# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
## CHATTANOOGA DIVISION

| | | |
|---|---|---|
| LAURENCE PASKOWITZ, On Behalf Of Himself And All Others Similarly Situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CIVIL ACTION NO. |
| CBL & ASSOCIATES PROPERTIES, INC., STEPHEN D. LEBOVITZ, CHARLES B. LEBOVITZ, A. LARRY CHAPMAN, and FARZANA KHALEEL, | ) ) ) ) ) | 1:19-CV-00149-JRG-CHS |
| Defendants. | ) ) | |
| PATRICK WILLIAMS, On Behalf Of Himself And All Others Similarly Situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CIVIL ACTION NO. |
| CBL & ASSOCIATES PROPERTIES, INC., STEPHEN D. LEBOVITZ, CHARLES B. LEBOVITZ, A. LARRY CHAPMAN, and FARZANA KHALEEL, | ) ) ) ) ) | 1:19-CV-00181 |
| Defendants. | ) ) | |
| ALBERTO MERELLES, On Behalf Of Himself And All Others Similarly Situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CIVIL ACTION NO. |
| CBL & ASSOCIATES PROPERTIES, INC., STEPHEN D. LEBOVITZ, CHARLES B. LEBOVITZ, A. LARRY CHAPMAN, and FARZANA KHALEEL, | ) ) ) ) ) | 1:19-CV-00193 |
| Defendants. | ) ) | |

## JOINT CONSENT MOTION FOR CONSOLIDATION AND ORDER ADDRESSING CERTAIN EARLY SCHEDULING MATTERS

Plaintiffs Laurence Paskowitz, Patrick Williams, and Alberto Merelles (collectively, "Plaintiffs") and Defendants CBL & Associates Properties, Inc. ("CBL"), Stephen D. Lebovitz, Charles B. Lebovitz, A. Larry Chapman, and Farzana Khaleel (collectively, "Defendants") hereby jointly move this Court for entry of an order consolidating the above-captioned cases and addressing certain early scheduling and procedural matters, and, in support, respectfully show as follows:

1. The above-captioned cases are putative class action lawsuits asserting claims under the Securities Exchange Act of 1934. The complaints allege similar claims against the same Defendants. Further, each Plaintiff seeks to assert these claims on behalf of a proposed class consisting of persons or entities that purchased or otherwise acquired the publicly traded securities of CBL during a specified time period.[1]

2. These cases are subject to provisions of the Private Securities Litigation Reform Act of 1995 that, among other things: (i) establish procedures for the Court's appointment of a Lead Plaintiff and approval of the Lead Plaintiff's selection of counsel by August 15, 2019 (*see* 15 U.S.C. § 78u-4(a)(3)); and (ii) address consolidation of actions asserting substantially the same claims (*see* 15 U.S.C. § 78u-4(a)(3)(B)(ii)).

3. The time for Defendants to respond to the complaints filed in the above-captioned cases has not yet passed.

---

[1] Plaintiff Laurence Paskowitz asserts claims on behalf of persons or entities that purchased CBL securities between November 8, 2017 and March 26, 2019, inclusive, Plaintiff Patrick Williams alleges a class period from April 29, 2016 to March 26, 2019, inclusive, and Plaintiff Alberto Merelles alleges a class period from July 29, 2014 to March 26, 2019.

- 2 -

4.     Defendants have waived service of process in the *Paskowitz* case.  Counsel for Defendants hereby agree to waive service of process on behalf of their clients in the *Williams* and *Merelles* cases.

5.     Counsel for Plaintiffs and Defendants have conferred and agree that (i) consolidation of the above-captioned cases and (ii) entry of an order addressing certain early scheduling matters as set forth herein will promote the efficient conduct of the litigation and conserve resources of the Court and parties.  Accordingly, Plaintiffs and Defendants hereby jointly request that the Court enter an order providing as follows:

i.     The actions styled *Paskowitz v. CBL & Associates et al.*, Case no. 1:19-cv-00149-JRG-CHS, *Williams v. CBL & Associates et al.*, Case no. 1:19-cv-00181, and *Merelles v. CBL & Associates et al.*, Case no. 1:19-CV-00193, are consolidated for all purposes pursuant to Federal Rule of Civil Procedure 42(a);

ii.     All future filings in the consolidated action shall be made in Case No. 1:19-cv-00149-JRG-CHS, under the following caption:

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
CHATTANOOGA DIVISION

| | |
|---|---|
| IN RE CBL & ASSOCIATES PROPERTIES, INC. SECURITIES LITIGATION | ) <br> ) Consolidated Case No. <br> ) No. 1:19-CV-00149-JRG-CHS <br> ) |

iii.     Defendants shall not be required to respond to the complaints currently on file in the actions styled *Paskowitz v. CBL & Associates et al.*, Case no. 1:19-cv-00149-JRG-CHS, *Williams v. CBL & Associates et al.*, Case no. 1:19-cv-

00181, and *Merelles v. CBL & Associates et al.*, Case no. 1:19-CV-00193, but shall instead respond to a consolidated complaint to be filed in the consolidated action by the Lead Plaintiff(s) appointed by the Court.

iv. Within seven (7) days following the entry of an order appointing Lead Plaintiff(s), counsel for such Lead Plaintiff(s) and counsel for Defendants will confer and submit for the Court's consideration a proposed schedule addressing, among other things, proposed deadlines for the filing of (1) a consolidated complaint and (2) Defendants' answer or other response to same.

A proposed order is submitted herewith for the Court's consideration.

Respectfully submitted, this 11th day of July, 2019.

Date: July 11, 2019.


*/s/ Paul Kent Bramlett*
Paul Kent Bramlett (#7387)
Robert Preston Bramlett (#25895)
BRAMLETT LAW OFFICES
40 Burton Hills Blvd., Suite 200
P.O. Box 150734
Nashville, TN 37215
Telephone: (615) 248-2828
Fax: (866) 816-4116
Email: pknashlaw@aol.com
Email: robert@BramlettLawOffices.com

-and-

*/s/ Thomas J. McKenna*
Thomas J. McKenna
Gregory M. Egleston
GAINEY McKENNA & EGLESTON
440 Park Avenue South, 5th Floor
New York, NY 10016
Tel: (212) 983-1300
Fax: (212) 983-0383
Email: tjmckenna@gme-law.com

*/s/ Scott M. Shaw*
Scott M. Shaw, Esq.
EVANS HARRISON HACKETT PLLC
835 Georgia Avenue, Suite 800
Chattanooga, TN 37402
Direct Dial: 423.693.2179
Fax: 423.648.7897
sshaw@ehhlaw.com

***Attorney for Defendants***

*/s/ B. Warren Pope*
B. Warren Pope
Georgia Bar No. 583723
KING & SPALDING LLP
1180 Peachtree Street, NE
Atlanta, Georgia 30309-3521
Tel: (404) 572-4600
Fax: (404) 572-5100
wpope@kslaw.com

- 4 -

Email: gegleston@gme-law.com

-and-

-and-

*/s/ Roy L. Jacobs*
Roy L. Jacobs
ROY JACOBS & ASSOCIATES
420 Lexington Avenue, Suite 2440
New York, NY 10170
Telephone: (212) 867-1156
Facsimile: (212) 504-8343
Email: rjacobs@jacobsclasslaw.com

*/s/ Gregory Cook*
Gregory Cook
BALCH & BINGHAM LLP
1901 Sixth Avenue N., Suite 1500
Birmingham, AL 35203-4642
Tel: 205-226-3426
gcook@balch.com

**Attorneys for Plaintiff Laurence Paskowitz**

**Of counsel for Defendants**

*/s/ Sara R. Johnson*
Sara R. Johnson (BPR# 030781)
Al Holifield (BPR# 015494)
HOLIFIELD JANICH & FERRERA, PLLC
11907 Kingston Pike Suite 201
Knoxville, Tennessee 37934
Telephone: (865) 566-0115
Fax: (865) 566-0119
Email: aholifield@holifieldlaw.com
Email: sjohnson@holifieldlaw.com

**Liaison Counsel for Plaintiff Patrick Williams**

-and-

*/s/ Jeremy A. Lieberman*
Jeremy A. Lieberman
J. Alexander Hood
POMERANTZ LLP
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
Email: jalieberman@pomlaw.com
Email: ahood@pomlaw.com

-and-

- 5 -

*/s/ Patrick V. Dahlstrom*

Patrick V. Dahlstrom
POMERANTZ LLP
10 South La Salle Street, Suite 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181
Facsimile: (312) 377-1184
Email: pdahlstrom@pomlaw.com

-and-

*/s/ Peretz Bronstein*

Peretz Bronstein
BRONSTEIN, GEWIRTZ &
GROSSMAN, LLC
60 East 42nd Street, Suite 4600
New York, NY 10165
Telephone: (212) 697-6484
Facsimile: (212) 697-7296
Email: peretz@bgandg.com

**Attorneys for Plaintiff Patrick Williams**

*/s/ Christopher M. Wood*

Christopher M. Wood
ROBINS GELLER RUDMAN & DOWD LLP
414 Union Street, Suite 900
Nashville, TN 37219
Telephone: (615) 244-2203
Fax: (615) 252-3798
Email: cwood@rgrdlaw.com

-and-

*/s/ Brian E. Cochran*

Brian E. Cochran
ROBINS GELLER RUDMAN & DOWD LLP
200 South Wacker Drive, 31st Fl.
Chicago, IL 60606
Telephone: (312) 674-4676
Fax: (312) 674-4676
bcochran@rgrdlaw.com

-and-

*/s/ Michael I. Fistel, Jr.*
Michael I. Fistel, Jr.
JOHNSON FISTEL, LLP
40 Powder Springs Street
Marietta, GA 30064
Telephone: (470) 632-6000
Fax: (770)200-3101
michaelf@johnsonfistel.com

***Attorneys for Plaintiff Alberto Merelles***