UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
CHATTANOOGA DIVISION

| | |
|---|---|
| LAURENCE PASKOWITZ, On Behalf Of Himself And All Others Similarly Situated, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CIVIL ACTION NO. ) |
| CBL & ASSOCIATES PROPERTIES, INC., STEPHEN D. LEBOVITZ, CHARLES B. LEBOVITZ, A. LARRY CHAPMAN, and FARZANA KHALEEL, | ) 1:19-CV-00149-JRG-CHS ) ) ) ) |
| Defendants. | ) ) ) |
| PATRICK WILLIAMS, On Behalf Of Himself And All Others Similarly Situated, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CIVIL ACTION NO. ) |
| CBL & ASSOCIATES PROPERTIES, INC., STEPHEN D. LEBOVITZ, CHARLES B. LEBOVITZ, A. LARRY CHAPMAN, and FARZANA KHALEEL, | ) 1:19-CV-00181 ) ) ) ) |
| Defendants. | ) ) ) |
| ALBERTO MERELLES, On Behalf Of Himself And All Others Similarly Situated, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CIVIL ACTION NO. ) |

| | |
|---|---|
| CBL & ASSOCIATES PROPERTIES, INC., STEPHEN D. LEBOVITZ, CHARLES B. LEBOVITZ, A. LARRY CHAPMAN, and FARZANA KHALEEL,<br><br>     Defendants. | )   1:19-CV-00193<br>)<br>)<br>)<br>)<br>)<br>) |

## [PROPOSED] ORDER ADDRESSING CONSOLIDATION AND CERTAIN EARLY SCHEDULING MATTERS

This cause comes before the Court on the Joint Consent Motion for Consolidation and Order Addressing Certain Early Scheduling Matters filed by Plaintiffs Laurence Paskowitz, Patrick Williams, and Alberto Merelles (collectively, "Plaintiffs") and Defendants CBL & Associates Properties, Inc. ("CBL"), Stephen D. Lebovitz, Charles B. Lebovitz, A. Larry Chapman, and Farzana Khaleel (collectively, "Defendants").  Good cause appearing to grant the relief requested therein, IT IS HEREBY ORDERED as follows:

    i.    The actions styled *Paskowitz v. CBL & Associates et al.*, Case no. 1:19-cv-00149-JRG-CHS, *Williams v. CBL & Associates et al.*, Case no. 1:19-cv-00181, and *Merelles v. CBL & Associates et al.*, Case no. 1:19-CV-00193, are consolidated for all purposes pursuant to Federal Rule of Civil Procedure 42(a);

    ii.    All future filings in the consolidated action shall be made in Case No. 1:19-cv-00149-JRG-CHS, under the following caption:

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
CHATTANOOGA DIVISION

| | |
|---|---|
| IN RE CBL & ASSOCIATES PROPERTIES, INC. SECURITIES LITIGATION | )<br>)   Consolidated Case No.<br>)   No. 1:19-CV-00149-JRG-CHS<br>) |

iii.  Defendants shall not be required to respond to the complaints currently on file in the actions styled *Paskowitz v. CBL & Associates et al.*, Case no. 1:19-cv-00149-JRG-CHS, *Williams v. CBL & Associates et al.*, Case no. 1:19-cv-00181, and *Merelles v. CBL & Associates et al.*, Case no. 1:19-CV-00193, but shall instead respond to a consolidated complaint to be filed in the consolidated action by the Lead Plaintiff(s) appointed by the Court.

iv.  Within seven (7) days following the entry of an order appointing Lead Plaintiff(s), counsel for such Lead Plaintiff(s) and counsel for Defendants will confer and submit for the Court's consideration a proposed schedule addressing, among other things, proposed deadlines for the filing of (1) a consolidated complaint and (2) Defendants' response to same.

###

Case 1:19-cv-00181-JRG-CHS   Document 7-1   Filed 07/11/19   Page 3 of 3   PageID #: 46