# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
## CHATTANOOGA DIVISION

| | |
|---|---|
| LAURENCE PASKOWITZ, Individually and on Behalf of All Others Similarly Situated, | Case No. 1:19-cv-00149-JRG |
| Plaintiff, | |
| v. | |
| CBL & ASSOCIATES PROPERTIES, INC., STEPHEN D. LEBOVITZ, CHARLES B. LEBOVITZ, A. LARRY CHAPMAN, and FARZANA KHALEEL, | |
| Defendants. | |
| PATRICK WILLIAMS, Individually and on Behalf of All Others Similarly Situated, | Case No. 1:19-cv-00181-JRG |
| Plaintiff, | |
| v. | |
| CBL & ASSOCIATES PROPERTIES, INC., STEPHEN D. LEBOVITZ, CHARLES B. LEBOVITZ, A. LARRY CHAPMAN, and FARZANA KHALEEL, | |
| Defendants. | |
| ALBERTO MERELLES, Individually and on Behalf of All Others Similarly Situated, | Case No. 1:19-cv-00193-JRG |
| Plaintiff, | |
| v. | |
| CBL & ASSOCIATES PROPERTIES, INC., STEPHEN D. LEBOVITZ, CHARLES B. LEBOVITZ, FARZANA KHALEEL, and A. LARRY CHAPMAN, | |
| Defendants. | |

**NOTICE OF HOULIHAN & COMPANY LLC, RONALD A. FISH, AND JEFF LION'S MOTION FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS <u>LEAD PLAINTIFF, AND APPROVAL OF COUNSEL</u>**

TO THE CLERK OF THE COURT, ALL PARTIES, AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE** that Houlihan & Company LLC, Ronald A. Fish, and Jeff Lion ("Movants") respectfully move this Court for an order: (1) consolidating the above-captioned related actions; (2) appointing Movants as Lead Plaintiff pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 ("Exchange Act"), 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"); (3) approving Movants' selection of Glancy Prongay & Murray LLP and The Rosen Law Firm, P.A. as Lead Counsel and Branstetter, Stranch & Jennings, PLLC as Liaison Counsel for the class; and (4) granting such other relief as the Court may deem to be just and proper (the "Motion").

Movants seek appointment as lead plaintiff and approval of their choice of counsel pursuant to the Exchange Act, the Federal Rules of Civil Procedure, and the PSLRA. This motion is based on this notice, the attached memorandum of law, the declaration of J. Gerard Stranch, IV, and the Court's complete files and records in this action, as well as such further argument as the Court may allow at a hearing on this motion.

Respectfully submitted,

DATED: July 16, 2019

By: _s/ J. Gerard Stranch, IV_
**BRANSTETTER, STRANCH & JENNINGS, PLLC**
J. Gerard Stranch, IV (BPR #023045)
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
Telephone: (615) 254-8801
Facsimile: (615) 255-5419
Email: gerards@bsjfirm.com

*Proposed Liaison Counsel for Movants and the Class*

1

**GLANCY PRONGAY & MURRAY LLP**
Brian Murray
Lesley F. Portnoy
230 Park Ave., Suite 530
New York, NY 10169
Telephone: (212) 682-5340
Facsimile: (212) 884-0988
Email: BMurray@glancylaw.com

**THE ROSEN LAW FIRM, P.A.**
Phillip Kim
275 Madison Ave., 34th Floor
New York, NY 10016
Telephone: (212) 686-1060
Facsimile: (212) 202-3827
Email: pkim@rosenlegal.com

*[Proposed] Lead Counsel for Movants
and the Class*

**KRANENBURG**
Werner R. Kranenburg
80-83 Long Lane
London EC1A 9ET
United Kingdom
Telephone: +44 20 3174 0365
Email: werner@kranenburgesq.com

**THE SCHALL LAW FIRM**
Brian Schall
1880 Century Park East, Suite 404
Los Angeles, CA 90067
Telephone: (310) 301-3335
Email: brian@schallfirm.com

*Additional Counsel*

# CERTIFICATE OF SERVICE

I, the undersigned say:

I am not a party to the above case and am over eighteen years old.

On July 16, 2019, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Eastern District of Tennessee, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on July 16, 2019, at Nashville, Tennessee.

*J. Gerard Stranch, IV*
J. Gerard Stranch, IV
