DocuSign Envelope ID: D2580890-90CE-4C6D-AEDD-F2D0DF672A38

# SWORN CERTIFICATION OF PLAINTIFF

## CBL & ASSOCIATES PROPERTIES, INC SECURITIES LITIGATION

I, Richard Houlihan individually, on behalf of Houlihan & Company LLC, certify that:

1.  I have reviewed the Complaint and authorize its filing and/or the filing of a Lead Plaintiff motion on behalf of Houlihan & Company LLC.

2.  I am duly authorized to institute legal action on Houlihan & Company LLC's behalf, including legal action against CBL & Associates Properties, Inc and other defendants.

3.  Houlihan & Company LLC did not purchase the CBL & Associates Properties, Inc securities that are the subject of this action at the direction of plaintiff's counsel or in order to participate in any private action arising under this title.

4.  Houlihan & Company LLC is willing to serve as a representative party on behalf of a class and understands that a lead plaintiff is a representative party who acts on behalf of other class members in directing the action, and whose duties may include testifying at deposition and trial. Houlihan & Company LLC also understands that, if appointed lead plaintiff in this action, it will be subject to the jurisdiction of the Court and will be bound by all rulings by the Court, including rulings regarding any judgements.

5.  Houlihan & Company LLC transactions in CBL & Associates Properties, Inc securities during the Class Period set forth in the Complaint are as follows:

    (See attached transactions)

6.  Houlihan & Company LLC has not sought to serve, nor served, as a representative party on behalf of a class under this title during the last three years, except:

7.  Houlihan & Company LLC will not accept any payment for serving as a representative party, except to receive its pro rata share of any recovery or as ordered or approved by the court, including the award to a representative plaintiff of reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

DocuSign Envelope ID: D2580890-90CE-4C6D-AEDD-F2D0DF672A38

I declare under penalty of perjury that the foregoing are true and correct statements.

7/15/2019
_____
Date

DocuSigned by:

*Richard Houlihan*
FB366008873340B...

_____
Richard Houlihan

# Houlihan & Company LLC's Transactions in CBL & Associates Properties, Inc. (CBL)

**Account 1**

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 7/10/2017 | Bought | 10,000 | $8.3000 |
| 8/11/2017 | Bought | 5,000 | $8.2500 |
| 8/15/2017 | Bought | 10,000 | $8.3500 |
| 8/18/2017 | Bought | 5,000 | $7.9500 |
| 9/26/2017 | Sold | -10,000 | $8.9998 |
| 9/29/2017 | Bought | 30,000 | $8.3800 |
| 10/18/2017 | Sold | -5,000 | $8.7498 |
| 10/18/2017 | Sold | -5,000 | $8.7498 |
| 10/26/2017 | Bought | 10,000 | $8.0200 |
| 11/3/2017 | Bought | 10,000 | $6.0000 |
| 4/24/2018 | Sold | -5,000 | $3.8399 |
| 4/24/2018 | Sold | -5,000 | $3.8399 |
| 9/13/2018 | Sold | -10,000 | $4.2799 |
| 10/8/2018 | Sold | -10,000 | $3.8000 |
| 10/10/2018 | Sold | -10,000 | $3.8000 |

**Account 2**

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 3/15/2017 | Bought | 1,000 | $9.6662 |
| 3/27/2017 | Bought | 2,000 | $9.4266 |
| 7/11/2017 | Bought | 10,000 | $8.1751 |
| 7/28/2017 | Bought | 10,000 | $8.9737 |
| 8/18/2017 | Bought | 6,000 | $8.0376 |
| 9/13/2017 | Bought | 5,000 | $7.5000 |
| 3/15/2018 | Sold | -34,000 | $4.1932 |

**Houlihan & Company LLC 's Transactions in CBL & Associates Properties, Inc. Options**

| | | Account 2 | | | |
|---|---|---|---|---|---|
| **Date** | **Transaction Type** | **Contract Type** | **Exp / Strike** | **Quantity** | **Price** |
| 5/17/2017 | Purchase | Call | Dec 15, 2017 / $7.50 | 20 | $0.6800 |
| 5/17/2017 | Purchase | Call | Dec 15, 2017 / $7.50 | 30 | $0.8000 |