# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
## CHATTANOOGA DIVISION

| | |
|---|---|
| LAURENCE PASKOWITZ, Individually and on Behalf of All Others Similarly Situated, | Case No. 1:19-cv-00149-JRG |
| Plaintiff, | |
| v. | |
| CBL & ASSOCIATES PROPERTIES, INC., STEPHEN D. LEBOVITZ, CHARLES B. LEBOVITZ, A. LARRY CHAPMAN, and FARZANA KHALEEL, | |
| Defendants. | |
| PATRICK WILLIAMS, Individually and on Behalf of All Others Similarly Situated, | Case No. 1:19-cv-00181-JRG |
| Plaintiff, | |
| v. | |
| CBL & ASSOCIATES PROPERTIES, INC., STEPHEN D. LEBOVITZ, CHARLES B. LEBOVITZ, A. LARRY CHAPMAN, and FARZANA KHALEEL, | |
| Defendants. | |
| ALBERTO MERELLES, Individually and on Behalf of All Others Similarly Situated, | Case No. 1:19-cv-00193-JRG |
| Plaintiff, | |
| v. | |
| CBL & ASSOCIATES PROPERTIES, INC., STEPHEN D. LEBOVITZ, CHARLES B. LEBOVITZ, FARZANA KHALEEL, and A. LARRY CHAPMAN, | |
| Defendants. | |

**[PROPOSED] ORDER GRANTING HOULIHAN & COMPANY LLC, RONALD A. FISH, AND JEFF LION'S MOTION FOR CONSOLIDATION OF RELATED ACTIONS, <u>APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF COUNSEL</u>**

Having considered the motion of Houlihan & Company LLC, Ronald A. Fish, and Jeff Lion for consolidation of related actions, appointment as lead plaintiff, and approval of counsel (the "Motion"), and good cause appearing, the Court ORDERS as follows:

1. The Motion is GRANTED;

2. The above-captioned actions are consolidated pursuant to Federal Rule of Civil Procedure 42(a) as *In re CBL & Associates Properties, Inc. Litigation*, Master File No. 1:19-cv-00149;

3. The Court, having considered the provisions of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. §78u-4(a)(3)(B), appoints Houlihan & Company LLC, Ronald A. Fish, and Jeff Lion as Lead Plaintiff; and

4. Pursuant to 15 U.S.C. §78u-4(a)(3)(B)(v), the Court appoints Glancy Prongay & Murray LLP and The Rosen Law Firm, P.A. as Lead Counsel and Branstetter, Stranch & Jennings, PLLC as Liaison Counsel for the class.

IT IS SO ORDERED.

Dated: _____, 2019          _____
                                        HON. J. RONNIE GREER
                                        UNITED STATES DISTRICT JUDGE

1