# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
## CHATTANOOGA DIVISION

| | |
|---|---|
| LAURENCE PASKOWITZ, Individually and on Behalf of All Others Similarly Situated, | Case No. 1:19-cv-00149-JRG |
| Plaintiff, | |
| v. | |
| CBL & ASSOCIATES PROPERTIES, INC., STEPHEN D. LEBOVITZ, CHARLES B. LEBOVITZ, A. LARRY CHAPMAN, and FARZANA KHALEEL, | |
| Defendants. | |
| PATRICK WILLIAMS, Individually and on Behalf of All Others Similarly Situated, | Case No. 1:19-cv-00181-JRG |
| Plaintiff, | |
| v. | |
| CBL & ASSOCIATES PROPERTIES, INC., STEPHEN D. LEBOVITZ, CHARLES B. LEBOVITZ, A. LARRY CHAPMAN, and FARZANA KHALEEL, | |
| Defendants. | |
| ALBERTO MERELLES, Individually and on Behalf of All Others Similarly Situated, | Case No. 1:19-cv-00193-JRG |
| Plaintiff, | |
| v. | |
| CBL & ASSOCIATES PROPERTIES, INC., STEPHEN D. LEBOVITZ, CHARLES B. LEBOVITZ, FARZANA KHALEEL, and A. LARRY CHAPMAN, | |
| Defendants. | |

**DECLARATION OF J. GERARD STRANCH, IV IN SUPPORT OF HOULIHAN & COMPANY LLC, RONALD A. FISH, AND JEFF LION'S MOTION FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF COUNSEL**

I, J. Gerard Stranch, IV, hereby declare as follows:

1.      I am an attorney with the law firm Branstetter, Stranch, & Jennings, PLLC, [proposed] liaison counsel for [proposed] lead plaintiff movants Houlihan & Company LLC, Ronald A. Fish, and Jeff Lion ("Movants") and for the class in the above-captioned action. I make this declaration in support of Movants' Motion for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      Attached hereto as the exhibits are true and correct copies of the following:

Exhibit A:    Press release published May 17, 2019 on *GlobeNewswire*, announcing the pendency of the securities class action against Defendants herein: *Paskowitz v. CBL & Associates Properties, Inc., et al.*, Case No. 1:19-cv-00149;

Exhibit B:    Signed PSLRA Certification of Movants;

Exhibit C:    Table of Movants' calculated losses, as a result of transactions in CBL & Associates Properties, Inc. securities;

Exhibit D:    Firm résumé of Glancy Prongay & Murray LLP;

Exhibit E:    Firm résumé of The Rosen Law Firm, P.A.; and

Exhibit F:    Firm résumé of Branstetter, Stranch, & Jennings, PLLC.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct. Executed this 16th day of July, 2019.

*J. Gerard Stranch, IV*
J. Gerard Stranch, IV

1

# CERTIFICATE OF SERVICE

I, the undersigned say:

I am not a party to the above case and am over eighteen years old.

On July 16, 2019, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Eastern District of Tennessee, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on July 16, 2019, at Nashville, Tennessee.


*J. Gerard Stranch, IV*
J. Gerard Stranch, IV