# EXHIBIT A

**MarketWatch**

# Gainey McKenna & Egleston Announces It Has Filed A Class Action Lawsuit Against CBL & Associates Properties, Inc (CBL)

By
Published: May 17, 2019 8:01 p.m. ET

NEW YORK, May 17, May 17, 2019 (GLOBE NEWSWIRE via COMTEX) -- NEW YORK, May 17, 2019 (GLOBE NEWSWIRE) -- Gainey McKenna & Egleston announces that it has filed a class action lawsuit against CBL & Associates Properties, Inc ("CBL" or the "Company") CBL, +3.57% in the United States District Court for the Eastern District of Tennessee on behalf of those who purchased or acquired the securities of CBL between November 8, 2017 through March 26, 2019, inclusive (the "Class Period"), seeking to recover damages caused by Defendants' violations of the federal securities laws and to pursue remedies under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act") and Rule 10b-5 promulgated thereunder.

The Complaint alleges that Defendants made false and/or misleading statements and/or failed to disclose in its SEC filings that the Company was the target of a class action suit that could result in tens of millions or even hundreds of millions of dollars in liability. The Complaint alleges that Defendants completely ignored their disclosure obligation, motivated by a desire to avoid bad publicity surrounding their dishonest nature and their dishonest conduct. When the truth was revealed, CBL shares materially declined in price, injuring Plaintiff and the other members of the proposed Class.

Investors who purchased or otherwise acquired the securities of CBL during the Class Period should contact the Firm prior to the July 16, 2019 lead plaintiff motion deadline. A lead plaintiff is a representative party acting on behalf of other class members in directing the litigation. If you wish to discuss your rights or interests regarding this class action, please contact Thomas J. McKenna, Esq. or Gregory M. Egleston, Esq. of Gainey McKenna & Egleston at (212) 983-1300, or via e-mail at tjmckenna@gme-law.com or gegleston@gme-law.com.

Please visit our website at http://www.gme-law.com for more information about the firm.

(C) Copyright 2019 GlobeNewswire, Inc. All rights reserved.

**From MarketWatch**

- Dow sinks 602 points as the stock market contends with a fresh threat: a rising dollar
- You can get $300 off cruises on this beloved line right now
- Driverless cars will lead to more sex in cars, study finds

---

BACK TO TOP

- **MarketWatch**
- Site Index
- Topics
- Help
- Feedback
- Newsroom Roster
- Media Archive
- Premium Products
- Mobile

Case 1:19-cv-00181-JRG-CHS    Document 11-1    Filed 07/16/19    Page 2 of 4
PageID #: 76

- **Company**

  - Company Info
  - Code of Conduct
  - Corrections
  - Advertising Media Kit
  - Advertise Locally
  - Reprints & Licensing
  - Your Ad Choices
  - 

- **Dow Jones Network**

  - WSJ.com
  - Barron's Online
  - BigCharts
  - Virtual Stock Exchange
  - Financial News London
  - WSJ.com Small Business
  - realtor.com
  - Mansion Global



Copyright © 2019 MarketWatch, Inc. All rights reserved.

By using this site you agree to the Terms of Service, Privacy Policy, and Cookie Policy.

- Facebook
- Twitter
- Linkedin
- Google Plus



PageID #: 77

*Intraday Data provided by FACTSET and subject to terms of use. Historical and current end-of-day data provided by FACTSET. All quotes are in local exchange time. Real-time last sale data for U.S. stock quotes reflect trades reported through Nasdaq only. Intraday data delayed at least 15 minutes or per exchange requirements.*

Case 1:19-cv-00181-JRG-CHS    Document 11-1    Filed 07/16/19    Page 4 of 4
PageID #: 78