# EXHIBIT B

# CERTIFICATION

The individual or institution listed below (the "Plaintiff") authorizes the Rosen Law Firm, P.A. to file an action or amend a current action under the federal securities laws to recover damages and to seek other relief against CBL & Associates Properties, Inc. ("CBL"), and their current and former officers, and others in connection with the purchase and sale of securities issued by CBL.

Plaintiff declares, as to the claims asserted under the federal securities laws, that:

1. I have reviewed a complaint against CBL and certain of their officers and directors and I authorize The Rosen Law Firm, PA to file a lead plaintiff motion on my behalf.

2. I did not engage in transactions in the securities that are the subject of this action at the direction of plaintiff's counsel or in order to participate in this or any other litigation under the securities laws of the United States.

3. I am willing to serve as a lead plaintiff either individually or as part of a group. A lead plaintiff is a representative party who acts on behalf of other class members in directing the action, and whose duties may include testifying at deposition and trial.

4. The following is a list of all of the purchases and sales I have made in CBL securities during the Class Period set forth in the complaint. I have made no transactions during the class period in the securities that are the subject of this lawsuit except those set forth below.

   See schedule A

5. I have not, within the three years preceding the date of this certification, sought to serve or served as a representative party on behalf of a class in an action involving alleged violations of the federal securities laws, except: for the following company(ies):

6. I will not accept any payment for serving as a representative party beyond my pro rata share of any recovery, except reasonable costs and expenses, such as travel expenses and lost wages directly related to the class representation, as ordered or approved by the court pursuant to law.

I declare under penalty of perjury that the foregoing is true and correct. Executed this

day ___7/16/19___

Signature: _____

Name: Jeff Lion

# SCHEDULE A

## JEFF LION

### TRANSACTIONS (JULY 29, 2014 THROUGH MARCH 26, 2019)

#### PURCHASES

| DATE | SHARES | PRICE |
| --- | --- | --- |
| 4/29/2015 | 400 | ($18.6700) |
| 4/29/2015 | 1,300 | ($18.6800) |
| 4/29/2015 | 300 | ($18.6900) |
| 4/29/2015 | 3,359 | ($18.7000) |
| 4/29/2015 | 5,359 | ($18.6599) |
| 4/29/2015 | 4,124 | ($18.6855) |
| 4/29/2015 | 100 | ($18.6499) |
| 4/29/2015 | 100 | ($18.6490) |
| 4/29/2015 | 1,035 | ($18.6455) |
| 5/22/2017 | 44,197 | ($7.5700) |
| 5/22/2017 | 8,803 | ($7.5600) |

1

Case 1:19-cv-00181-JRG-CHS    Document 11-2    Filed 07/16/19    Page 3 of 9 PageID #: 81

DocuSign Envelope ID: 0F68AE13-8A4F-441C-A525-8607501E48B8

# CERTIFICATION

The individual or institution listed below (the "Plaintiff") authorizes the Rosen Law Firm, P.A. to file an action or amend a current action under the federal securities laws to recover damages and to seek other relief against CBL & Associates Properties, Inc. ("CBL") and its current and former officers and directors. The Rosen Law Firm, P.A. agrees to prosecute the action on a contingent fee basis not to exceed one-third of any recovery and will advance all costs and expenses. Any legal fees and expenses will be determined by, and payable, only upon order of the U.S. District Court.

Plaintiff declares, as to the claims asserted under the federal securities laws, that:

1.      I have reviewed the complaint against CBL and its current and former officers and directors and I retain the Rosen Law Firm, P.A. as counsel in this action for all purposes.

2.      I did not engage in transactions in the securities that are the subject of this action at the direction of plaintiff's counsel or in order to participate in this or any other litigation under the securities laws of the United States.

3.      I am willing to serve as a lead plaintiff either individually or as part of a group. A lead plaintiff is a representative party who acts on behalf of other class members in directing the action, and whose duties may include testifying at deposition and trial.

4.      The following is a list of all of the purchases and sales I have made in CBL securities during the Class Period set forth in the complaint.  I have made no transactions during the Class Period in the securities that are the subject of this lawsuit except those set forth below.

| Number of Shares Purchased or Sold | Date(s) Purchased | Price Paid Per Share | Date(s) Sold (if applicable) | Price Sold Per Share |
|---|---|---|---|---|
| 53,510 | 11/01/2018 | $3.19 | | $ |
| 46,560 | 11/01/2018 | $3.19 | | $ |
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |

PLEASE FAX CERTIFICATION TO ROSEN LAW FIRM at (212) 202-3827
OR MAIL OR EMAIL:
THE ROSEN LAW FIRM PA
275 Madison Avenue, 34th Floor
New York, New York 10016
info@rosenlegal.com

DocuSign Envelope ID: 0F68AE13-8A4F-441C-A525-8607501E48B8

5.      I have not, within the three years preceding the date of this certification, sought to serve or served as a representative party on behalf of a class in an action involving alleged violations of the federal securities laws, except: for the following company(ies):

6.      I will not accept any payment for serving as a representative party beyond my pro rata share of any recovery, except reasonable costs and expenses, such as travel expenses and lost wages directly related to the class representation, as ordered or approved by the court pursuant to law.

I declare under penalty of perjury that the foregoing is true and correct. Executed on 7/15/2019 _____.

Signature: _____

Name:    Ronald Fish

Address: REDACTED

Phone: REDACTED

E-mail: REDACTED

Item. 4 (continue from prior page if needed)

| Number of Shares Purchased or Sold | Date(s) Purchased | Price Paid Per Share | Date(s) Sold (if applicable) | Price Sold Per Share |
|---|---|---|---|---|
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |

PLEASE FAX CERTIFICATION TO ROSEN LAW FIRM at (212) 202-3827                                    2
OR MAIL OR EMAIL:
THE ROSEN LAW FIRM PA
275 Madison Avenue, 34th Floor
New York, New York 10016
info@rosenlegal.com

DocuSign Envelope ID: D2580890-90CE-4C6D-AEDD-F2D0DF672A38

# SWORN CERTIFICATION OF PLAINTIFF

## CBL & ASSOCIATES PROPERTIES, INC SECURITIES LITIGATION

I, Richard Houlihan individually, on behalf of Houlihan & Company LLC, certify that:

1.      I have reviewed the Complaint and authorize its filing and/or the filing of a Lead Plaintiff motion on behalf of Houlihan & Company LLC.

2.      I am duly authorized to institute legal action on Houlihan & Company LLC's behalf, including legal action against CBL & Associates Properties, Inc and other defendants.

3.      Houlihan & Company LLC did not purchase the CBL & Associates Properties, Inc securities that are the subject of this action at the direction of plaintiff's counsel or in order to participate in any private action arising under this title.

4.      Houlihan & Company LLC is willing to serve as a representative party on behalf of a class and understands that a lead plaintiff is a representative party who acts on behalf of other class members in directing the action, and whose duties may include testifying at deposition and trial. Houlihan & Company LLC also understands that, if appointed lead plaintiff in this action, it will be subject to the jurisdiction of the Court and will be bound by all rulings by the Court, including rulings regarding any judgements.

5.      Houlihan & Company LLC transactions in CBL & Associates Properties, Inc securities during the Class Period set forth in the Complaint are as follows:

        (See attached transactions)

6.      Houlihan & Company LLC has not sought to serve, nor served, as a representative party on behalf of a class under this title during the last three years, except:

7.      Houlihan & Company LLC will not accept any payment for serving as a representative party, except to receive its pro rata share of any recovery or as ordered or approved by the court, including the award to a representative plaintiff of reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

DocuSign Envelope ID: D2580890-90CE-4C6D-AEDD-F2D0DF672A38

I declare under penalty of perjury that the foregoing are true and correct statements.

7/15/2019

_____

Date

DocuSigned by:

Richard Houlihan

FB366008873340B...

_____

Richard Houlihan

# Houlihan & Company LLC's Transactions in CBL & Associates Properties, Inc. (CBL)

### Account 1

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 7/10/2017 | Bought | 10,000 | $8.3000 |
| 8/11/2017 | Bought | 5,000 | $8.2500 |
| 8/15/2017 | Bought | 10,000 | $8.3500 |
| 8/18/2017 | Bought | 5,000 | $7.9500 |
| 9/26/2017 | Sold | -10,000 | $8.9998 |
| 9/29/2017 | Bought | 30,000 | $8.3800 |
| 10/18/2017 | Sold | -5,000 | $8.7498 |
| 10/18/2017 | Sold | -5,000 | $8.7498 |
| 10/26/2017 | Bought | 10,000 | $8.0200 |
| 11/3/2017 | Bought | 10,000 | $6.0000 |
| 4/24/2018 | Sold | -5,000 | $3.8399 |
| 4/24/2018 | Sold | -5,000 | $3.8399 |
| 9/13/2018 | Sold | -10,000 | $4.2799 |
| 10/8/2018 | Sold | -10,000 | $3.8000 |
| 10/10/2018 | Sold | -10,000 | $3.8000 |

### Account 2

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 3/15/2017 | Bought | 1,000 | $9.6662 |
| 3/27/2017 | Bought | 2,000 | $9.4266 |
| 7/11/2017 | Bought | 10,000 | $8.1751 |
| 7/28/2017 | Bought | 10,000 | $8.9737 |
| 8/18/2017 | Bought | 6,000 | $8.0376 |
| 9/13/2017 | Bought | 5,000 | $7.5000 |
| 3/15/2018 | Sold | -34,000 | $4.1932 |

**Houlihan & Company LLC 's Transactions in CBL & Associates Properties, Inc. Options**

| | | Account 2 | | | |
|---|---|---|---|---|---|
| **Date** | **Transaction Type** | **Contract Type** | **Exp / Strike** | **Quantity** | **Price** |
| 5/17/2017 | Purchase | Call | Dec 15, 2017 / $7.50 | 20 | $0.6800 |
| 5/17/2017 | Purchase | Call | Dec 15, 2017 / $7.50 | 30 | $0.8000 |