# EXHIBIT C

**Lookback Price** $1.1850

| Name | Date Purchased | Shares | Price per share | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Loss/Gain |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Lion, Jeff | 4/29/2015 | 400 | ($18.6700) | ($7,468.00) | | | | | | | |
| | 4/29/2015 | 1,300 | ($18.6800) | ($24,284.00) | | | | | | | |
| | 4/29/2015 | 300 | ($18.6900) | ($5,607.00) | | | | | | | |
| | 4/29/2015 | 3359 | ($18.7000) | ($62,813.30) | | | | | | | |
| | 4/29/2015 | 5359 | ($18.6599) | ($99,998.40) | | | | | | | |
| | 4/29/2015 | 4,124 | ($18.6855) | ($77,059.00) | | | | | | | |
| | 4/29/2015 | 100 | ($18.6499) | ($1,864.99) | | | | | | | |
| | 4/29/2015 | 100 | ($18.6490) | ($1,864.90) | | | | | | | |
| | 4/29/2015 | 1,035 | ($18.6455) | ($19,298.09) | | | | | | | |
| | 5/22/2017 | 44,197 | ($7.5700) | ($334,571.29) | | | | | | | |
| | 5/22/2017 | 8,803 | ($7.5600) | ($66,550.68) | | | | | | | |
| **LION TOTAL:** | | **69,077** | | **($701,379.66)** | | | | | **69,077** | **$81,856.25** | **($619,523.41)** |
| | | | | | | | | | | | |
| Fish, Ronald | 11/1/2018 | 53,510 | ($3.1900) | ($170,696.90) | | | | | | | |
| | 11/1/2018 | 46,560 | ($3.1900) | ($148,526.40) | | | | | | | |
| **FISH TOTAL:** | | **100,070** | | **($319,223.30)** | | | | | **100,070** | **$118,582.95** | **($200,640.35)** |
| | | | | | | | | | | | |
| Houlihan & Co. LLC | 7/10/2017 | 10,000 | ($8.3000) | ($83,000.00) | 9/26/2017 | 10,000 | $8.9998 | $89,998.00 | | | |
| **Account 1** | 8/11/2017 | 5,000 | ($8.2500) | ($41,250.00) | 10/18/2017 | 5,000 | $8.7498 | $43,749.00 | | | |
| | 8/15/2017 | 10,000 | ($8.3500) | ($83,500.00) | 10/18/2017 | 5,000 | $8.7498 | $43,749.00 | | | |
| | 8/18/2017 | 5,000 | ($7.9500) | ($39,750.00) | 4/24/2018 | 5,000 | $3.8399 | $19,199.50 | | | |
| | 9/29/2017 | 30,000 | ($8.3800) | ($251,400.00) | 4/24/2018 | 5,000 | $3.8399 | $19,199.50 | | | |
| | 10/26/2017 | 10,000 | ($8.0200) | ($80,200.00) | 9/13/2018 | 10,000 | $4.2799 | $42,799.00 | | | |
| | 11/3/2017 | 10,000 | ($6.0000) | ($60,000.00) | 10/8/2018 | 10,000 | $3.8000 | $38,000.00 | | | |
| | | | | | 10/10/2018 | 10,000 | $3.8000 | $38,000.00 | | | |
| | | 80,000 | | ($639,100.00) | | 60,000 | | $334,694.00 | 20,000 | $23,700.00 | ($280,706.00) |
| | | | | | | | | | | | |
| **Account 2** | 3/15/2017 | 1,000 | ($9.6662) | ($9,666.20) | 3/15/2018 | 34,000 | $4.1932 | $142,568.80 | | | |
| | 3/27/2017 | 2,000 | ($9.4266) | ($18,853.20) | | | | | | | |
| | 7/11/2017 | 10,000 | ($8.1751) | ($81,751.00) | | | | | | | |
| | 7/28/2017 | 10,000 | ($8.9737) | ($89,737.00) | | | | | | | |
| | 8/18/2017 | 6,000 | ($8.0376) | ($48,225.60) | | | | | | | |
| | 9/13/2017 | 5,000 | ($7.5000) | ($37,500.00) | | | | | | | |
| | | 34,000 | | ($285,733.00) | | 34,000 | | $142,568.80 | 0 | $0.00 | ($143,164.20) |
| | | | | | | | | | | | |
| **Account 2 Options** | 5/17/2017 | 2,000 | ($0.6800) | ($1,360.00) | 9/13/2017 | 5,000 | Assigned | $0.00 | | | |
| | 5/17/2017 | 3,000 | ($0.8000) | ($2,400.00) | | | | | | | |
| | | 5,000 | | ($3,760.00) | | 5,000 | | $0.00 | 0 | $0.00 | ($3,760.00) |

| | | |
|---|---|---|
| | **Houlihan & Co. Total:** | **($427,630.20)** |
| | **Grand Total:** | **($1,247,793.96)** |