UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TENNESEE

CHATTANOOGA DIVISION

| | |
|---|---|
| LAURENCE PASKOWITZ, On Behalf Of Himself And All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CBL & ASSOCIATES PROPERTIES, INC., STEPHEN D. LEBOVITZ, CHARLES B. LEBOVITZ, A. LARRY CHAPMAN and FARZANA KHALEEL,<br><br>Defendants. | Civil Action No. 1:19-cv-00149-JRG-CHS |
| PATRICK WILLIAMS, On Behalf of Himself And All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CBL & ASSOCIATES PROPERTIES, INC., et al.,<br><br>Defendants. | Civil Action No. 1:19-cv-00181-JRG-CHS |
| ALBERTO MERELLES, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>-vs.<br><br>CBL & ASSOCIATES PROPERTIES, INC., et al.,<br><br>Defendants. | Civil Action No. 1:19-cv-00193-JRG-CHS |

**MOTION BY CHARLES D. HOFFMAN, HOFFINVESTCO, AND LYDIA HOFFMAN FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD AND LOCAL COUNSEL**

PLEASE TAKE NOTICE that Charles D. Hoffman, HoffInvestCo, and Lydia Hoffman (the "Hoffmans") hereby move this Court for an Order: (1) consolidating the above-captioned actions; (2) appointing the Hoffmans as Lead Plaintiff pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 (the "Exchange Act"), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"); (3) approving the Hoffman's selection of the law firm Abraham, Fruchter & Twersky LLP ("AF&T") as Lead Counsel, and (4) approving the Hoffman's selection of the law firm The Hamilton Firm as Local Counsel. This Motion is based upon (1) the Memorandum of Points and Authorities in Support of the Motion by Charles D. Hoffman, HoffInvestCo, and Lydia Hoffman for Consolidation, Appointment as Lead Plaintiff and Approval of Selection of Lead and Local Counsel and (2) the Declaration of John W. Chandler, Jr. in Support of the Motion by Charles D. Hoffman, HoffInvestCo, and Lydia Hoffman for Consolidation, Appointment as Lead Plaintiff and Approval of Selection of Lead and Local Counsel, filed concurrently herewith. A proposed order granting this motion is attached hereto as Exhibit A.

Dated: July 16, 2019

**THE HAMILTON FIRM**

/s/ John W. Chandler, Jr.
John W. Chandler, Jr.
2401 Broad Street, Suite 102
Chattanooga, TN 37408
Tel: (423) 634-0871
Fax: (423) 634-0874
jwc@thehamiltonfirm.com

Jeffrey S. Abraham
(*pro hac vice* motion forthcoming)
Michael J. Klein
(*pro hac vice* motion forthcoming)
**ABRAHAM, FRUCHTER &**
    **TWERSKY, LLP**
One Penn Plaza, Suite 2805
New York, NY 10119
Tel: (212) 279-5050
Fax: (212) 279-3655
jabraham@aftlaw.com
mklein@aftlaw.com

Attorneys for the Hoffmans

3

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of July, 2019, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system. Notice of this filing was sent by operation of the Court's electronic filing system to all parties indicated in the electronic filing receipt. I hereby certify that I am unaware of any other parties in this cause not using the CM/ECF system.

/s/ John W. Chandler, Jr.
John W. Chandler, Jr.

**THE HAMILTON FIRM**
2401 Broad Street, Suite 102
Chattanooga, TN 37408
Tel: (423) 634-0871
Fax: (423) 634-0874
jwc@thehamiltonfirm.com