# EXHIBIT A

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TENNESEE

CHATTANOOGA DIVISION

| | |
|---|---|
| LAURENCE PASKOWITZ, On Behalf Of Himself And All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CBL & ASSOCIATES PROPERTIES, INC., STEPHEN D. LEBOVITZ, CHARLES B. LEBOVITZ, A. LARRY CHAPMAN and FARZANA KHALEEL,<br><br>Defendants. | Civil Action No. 1:19-cv-00149-JRG-CHS |
| PATRICK WILLIAMS, On Behalf of Himself And All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CBL & ASSOCIATES PROPERTIES, INC., et al.,<br><br>Defendants. | Civil Action No. 1:19-cv-00181-JRG-CHS |
| ALBERTO MERELLES, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>CBL & ASSOCIATES PROPERTIES, INC., et al.,<br><br>Defendants. | Civil Action No. 1:19-cv-00193-JRG-CHS |

**[PROPOSED] ORDER CONSOLIDATING ACTIONS, APPOINTING LEAD PLAINTIFF, AND APPROVING SELECTION OF LEAD AND LOCAL COUNSEL**

Having considered the Motion by Charles D. Hoffman, HoffInvestCo, and Lydia Hoffman for Consolidation, Appointment as Lead Plaintiff and Approval of Selection of Lead and Local Counsel, the Memorandum of Points and Authorities in support thereof, and the Declaration of John W. Chandler, Jr. in support thereof, and good cause appearing therefore:

1. The above-captioned actions are consolidated for all purposes;

2. Charles D. Hoffman, HoffInvestCo, and Lydia Hoffman are hereby appointed Lead Plaintiff for the Class pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934;

3. The law firm of Abraham, Fruchter & Twersky, LLP is hereby appointed Lead Counsel for the Class; and

4. The Hamilton Firm is hereby appointed as Local Counsel for the Class.


IT IS SO ORDERED.

Dated: _____

_____
The Honorable J. Ronnie Greer
United States District Judge