UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TENNESEE

CHATTANOOGA DIVISION

| | |
|---|---|
| LAURENCE PASKOWITZ, On Behalf Of Himself And All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CBL & ASSOCIATES PROPERTIES, INC., STEPHEN D. LEBOVITZ, CHARLES B. LEBOVITZ, A. LARRY CHAPMAN and FARZANA KHALEEL,<br><br>Defendants. | Civil Action No. 1:19-cv-00149-JRG-CHS |
| PATRICK WILLIAMS, On Behalf of Himself And All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CBL & ASSOCIATES PROPERTIES, INC., et al.,<br><br>Defendants. | Civil Action No. 1:19-cv-00181-JRG-CHS |
| ALBERTO MERELLES, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>CBL & ASSOCIATES PROPERTIES, INC., et al.,<br><br>Defendants. | Civil Action No. 1:19-cv-00193-JRG-CHS |

**DECLARATION OF JOHN W. CHANDLER, JR. IN SUPPORT OF THE MOTION BY CHARLES D. HOFFMAN, HOFFINVESTCO, AND LYDIA HOFFMAN FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD AND LOCAL COUNSEL**

I, John W. Chandler, Jr., declare:

1. I am an attorney duly licensed to practice before all of the courts of the State of Tennessee and this Court. I am an attorney at The Hamilton Firm, local counsel for proposed lead plaintiffs Charles D. Hoffman, HoffInvestCo, and Lydia Hoffman (the "Hoffmans") in the above-captioned action. This declaration is made in support of the Hoffmans' Motion for Consolidation, Appointment as Lead Plaintiff and Approval of Selection of Lead and Local Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. Attached are true and correct copies of the following exhibits:

Exhibit A: Notice of pendency of class action published in *Globe Newswire*, a national business-oriented publication, on March 11, 2019;

Exhibit B: Charles D. Hoffman's Certification of Plaintiff Pursuant to the Federal Securities Laws, executed individually and on behalf of HoffInvestCo

Exhibit C: Lydia Hoffman's Certification of Plaintiff Pursuant to the Federal Securities Laws

Exhibit D: A chart showing the Hoffmans' estimated losses, prepared by counsel;

Exhibit E: Abraham, Fruchter & Twersky, LLP's firm résumé; and

Exhibit F: The résumé John W. Chandler, Jr., of The Hamilton Firm.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 16th day of July, 2019, at Chattanooga, Tennessee.

/s/ John W. Chandler, Jr.
John W. Chandler, Jr.

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of July, 2019, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system. Notice of this filing was sent by operation of the Court's electronic filing system to all parties indicated in the electronic filing receipt. I hereby certify that I am unaware of any other parties in this cause not using the CM/ECF system.

/s/ John W. Chandler, Jr.
John W. Chandler, Jr.

**THE HAMILTON FIRM**
2401 Broad Street, Suite 102
Chattanooga, TN 37408
Tel: (423) 634-0871
Fax: (423) 634-0874
jwc@thehamiltonfirm.com