# EXHIBIT B

Case 1:19-cv-00181-JRG-CHS    Document 14-2    Filed 07/16/19    Page 1 of 9
PageID #: 206

## CERTIFICATION OF NAMED PLAINTIFF

I, Charles D. Hoffman, individually and on behalf of HoffInvestCo, certify under penalties of perjury that the following is true and correct to the best of my knowledge, information and belief:

1.      I have reviewed the complaint filed in *Paskowitz v. CBL & Associates Properties, Inc.*, Case 1:19-cv-00149 (E.D. Tenn.), as well as the complaint filed in *Merelles v. CBL & Associates Properties, Inc.*, Case 1:19-cv-00193 (E.D. Tenn.), and have authorized the filing of a similar complaint on behalf of myself and HoffInvestCo, an entity of which I am the managing member and majority owner.

2.      Neither I nor HoffInvestCo purchased any of the securities that are the subject of the complaint at the direction of plaintiff's counsel or in order to participate in any private action arising under federal securities laws.

3.      HoffInvestCo and I are willing to serve as representative parties on behalf of the class, including providing testimony at deposition and trial, if necessary.

4.      All of my and HoffInvestCo's transactions in CBL common and preferred stock from July 29, 2014 through March 26, 2019 are set forth in Exhibits A and B, attached hereto and were made: (i) by HoffInvestCo; (ii) through a joint account which I maintain with my wife, Lydia Hoffman; and (iii) through my self-directed individual retirement account.

5.      Neither I nor HoffInvestCo have sought to serve or served as a representative party in a class action that was filed under the federal securities laws within the three-year period prior to this date.

6.      Neither I nor HoffInvestCo will accept any payment for serving as a representative party on behalf of the class beyond my pro rata share of any recovery, except such reasonable costs

CBL

and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this /5 day of July, 2019.

Charles D. Hoffman, individually
and on behalf of HoffInvestCo

- 2 -

CBL

## EXHIBIT A

| Security | Portfolio | Trans | Trade Date | Shares | Price |
|---|---|---|---|---|---|
| CBL Pfd. D | HoffInvestCo | Buy | 11/21/2017 | 5,500 | 22.25 |
| CBL Pfd. D | HoffInvestCo | Sell | 11/30/2017 | -200 | 22.98 |
| CBL Pfd. D | HoffInvestCo | Sell | 11/30/2017 | -100 | 22.975 |
| CBL Pfd. D | HoffInvestCo | Sell | 11/30/2017 | -598 | 22.97 |
| CBL Pfd. D | HoffInvestCo | Buy | 12/6/2017 | 2,500 | 22.559 |
| CBL Pfd. D | HoffInvestCo | Buy | 4/4/2018 | 2,898 | 16.9 |
| CBL Pfd. D | HoffInvestCo | Buy | 5/29/2018 | 4,900 | 18.2 |
| CBL Pfd. D | HoffInvestCo | Buy | 5/29/2018 | 600 | 18.1999 |
| CBL Pfd. D | HoffInvestCo | Sell | 1/30/2019 | -124 | 14.5345 |
| CBL Pfd. D | HoffInvestCo | Sell | 1/30/2019 | -83 | 14.5344 |
| CBL Pfd. D | HoffInvestCo | Sell | 1/30/2019 | -100 | 14.547 |
| CBL Pfd. D | HoffInvestCo | Buy | 2/11/2019 | 1,000 | 13.72 |
| CBL Pfd. D | HoffInvestCo | Buy | 2/11/2019 | 5,000 | 13.74 |
| CBL Pfd. D | HoffInvestCo | Buy | 2/13/2019 | 3,947 | 13.7 |
| CBL Pfd. D | HoffInvestCo | Buy | 2/13/2019 | 53 | 13.7 |
| CBL Pfd. D | HoffInvestCo | Sell | 2/13/2019 | -4,193 | 14.05 |
| CBL Pfd. D | HoffInvestCo | Buy | 2/14/2019 | 3,000 | 13.55 |
| CBL Pfd. D | HoffInvestCo | Buy | 2/28/2019 | 200 | 13.1665 |
| CBL Pfd. D | HoffInvestCo | Buy | 2/28/2019 | 3,600 | 13.18 |
| CBL Pfd. D | HoffInvestCo | Buy | 2/28/2019 | 200 | 13.1671 |
| CBL Pfd. D | HoffInvestCo | Sell | 3/4/2019 | -4,500 | 13.45 |
| CBL Pfd. D | HoffInvestCo | Sell | 3/5/2019 | -325 | 13.4345 |
| CBL Pfd. D | HoffInvestCo | Sell | 3/5/2019 | -4,175 | 13.4 |
| CBL Pfd. D | HoffInvestCo | Buy | 3/20/2019 | 2,600 | 11.4 |

- 3 -

CBL

**EXHIBIT B**

| Security | Portfolio | Trans | Trade Date | Shares | Price |
|---|---|---|---|---|---|
| CBL | Joint Account | Buy | 11/20/2017 | 12,600 | 5.615 |
| CBL | Joint Account | Buy | 11/20/2017 | 9,400 | 5.6183 |
| CBL | Joint Account | Sell | 11/20/2017 | -100 | 5.715 |
| CBL | Joint Account | Sell | 11/20/2017 | -21,900 | 5.71 |
| CBL Pfd. D | C Hoffman IRA | Buy | 12/5/2017 | 6,000 | 22.72 |
| CBL | Joint Account | Buy | 12/6/2017 | 91 | 5.47 |
| CBL | Joint Account | Buy | 12/6/2017 | 27,809 | 5.4799 |
| CBL | Joint Account | Buy | 12/6/2017 | 2,000 | 5.475 |
| CBL | Joint Account | Buy | 12/6/2017 | 100 | 5.48 |
| CBL | Joint Account | Buy | 12/6/2017 | 100 | 5.455 |
| CBL | Joint Account | Buy | 12/6/2017 | 29,900 | 5.46 |
| CBL | Joint Account | Sell | 12/6/2017 | -400 | 5.505 |
| CBL | Joint Account | Sell | 12/6/2017 | -29,600 | 5.5 |
| CBL | Joint Account | Buy | 12/7/2017 | 1,000 | 5.379 |
| CBL | Joint Account | Buy | 12/7/2017 | 18,300 | 5.38 |
| CBL | Joint Account | Buy | 12/7/2017 | 700 | 5.375 |
| CBL | Joint Account | Sell | 12/8/2017 | -6,800 | 5.501 |
| CBL | Joint Account | Sell | 12/8/2017 | -100 | 5.5001 |
| CBL | Joint Account | Sell | 12/8/2017 | -41,100 | 5.5 |
| CBL | Joint Account | Buy | 12/14/2017 | 38,000 | 5.46 |
| CBL | Joint Account | Sell | 12/15/2017 | -39,800 | 5.54 |
| CBL Pfd. D | Joint Account | Buy | 12/15/2017 | 5,000 | 22.3834 |
| CBL Pfd. D | Joint Account | Buy | 12/20/2017 | 6,000 | 22.15 |
| CBL Pfd. D | Joint Account | Buy | 12/22/2017 | 2,200 | 21.95 |
| CBL Pfd. D | Joint Account | Buy | 12/22/2017 | 6,800 | 21.9484 |
| CBL Pfd. D | Joint Account | Buy | 12/27/2017 | 701 | 21.82 |
| CBL Pfd. D | Joint Account | Buy | 12/27/2017 | 3,198 | 21.83 |
| CBL Pfd. D | Joint Account | Buy | 12/27/2017 | 101 | 21.81 |
| CBL Pfd. D | Joint Account | Buy | 1/2/2018 | 800 | 21.4644 |
| CBL Pfd. D | Joint Account | Buy | 1/2/2018 | 500 | 21.41 |
| CBL Pfd. D | Joint Account | Buy | 1/2/2018 | 2,400 | 21.465 |
| CBL Pfd. D | Joint Account | Buy | 1/2/2018 | 300 | 21.47 |
| CBL Pfd. D | Joint Account | Buy | 1/12/2018 | 6,000 | 21.15 |
| CBL Pfd. D | C Hoffman IRA | Buy | 1/16/2018 | 276 | 20.9933 |

- 4 -

CBL

| Security | Portfolio | Trans | Trade Date | Shares | Price |
|---|---|---|---|---|---|
| CBL Pfd. D | Joint Account | Buy | 2/14/2018 | 1,100 | 17.46 |
| CBL Pfd. D | Joint Account | Buy | 2/14/2018 | 100 | 17.43 |
| CBL Pfd. D | Joint Account | Sell | 2/28/2018 | -2,200 | 18.35 |
| CBL Pfd. D | Joint Account | Sell | 3/6/2018 | -2,700 | 18.5 |
| CBL Pfd. E | Joint Account | Buy | 3/6/2018 | 1,199 | 16.5 |
| CBL Pfd. E | Joint Account | Buy | 3/6/2018 | 1,801 | 16.45 |
| CBL Pfd. D | Joint Account | Buy | 3/22/2018 | 2,700 | 17.03 |
| CBL Pfd. D | Joint Account | Sell | 4/2/2018 | -2,800 | 17.3 |
| CBL Pfd. D | Joint Account | Buy | 4/3/2018 | 300 | 16.88 |
| CBL Pfd. D | Joint Account | Buy | 4/3/2018 | 1,700 | 16.91 |
| CBL Pfd. D | Joint Account | Buy | 4/3/2018 | 400 | 16.89 |
| CBL Pfd. D | Joint Account | Buy | 4/3/2018 | 300 | 16.9 |
| CBL Pfd. D | Joint Account | Buy | 4/3/2018 | 100 | 16.845 |
| CBL Pfd. D | Joint Account | Sell | 4/5/2018 | -3,000 | 17.22 |
| CBL Pfd. D | Joint Account | Sell | 4/16/2018 | -3,000 | 17.83 |
| CBL Pfd. D | Joint Account | Sell | 4/27/2018 | -3,000 | 17.83 |
| CBL Pfd. E | Joint Account | Buy | 4/30/2018 | 2,000 | 16.0158 |
| CBL | Joint Account | Buy | 5/2/2018 | 9,800 | 4.0979 |
| CBL | Joint Account | Sell | 5/4/2018 | -9,800 | 4.33 |
| CBL Pfd. D | Joint Account | Sell | 5/7/2018 | -861 | 17.9601 |
| CBL Pfd. D | Joint Account | Sell | 5/7/2018 | -2,139 | 17.92 |
| CBL Pfd. E | Joint Account | Buy | 5/7/2018 | 170 | 16.09 |
| CBL Pfd. E | Joint Account | Buy | 5/7/2018 | 100 | 16.05 |
| CBL Pfd. E | Joint Account | Buy | 5/7/2018 | 2,730 | 16.1 |
| CBL Pfd. D | Joint Account | Sell | 5/8/2018 | -500 | 18.4 |
| CBL Pfd. E | Joint Account | Buy | 5/17/2018 | 2,683 | 16 |
| CBL Pfd. E | Joint Account | Buy | 5/17/2018 | 300 | 16.01 |
| CBL Pfd. E | Joint Account | Buy | 5/22/2018 | 1,894 | 16.18 |
| CBL Pfd. E | Joint Account | Buy | 5/22/2018 | 100 | 16.19 |
| CBL Pfd. D | Joint Account | Sell | 5/25/2018 | -700 | 18.3 |
| CBL Pfd. D | Joint Account | Sell | 5/25/2018 | -1,500 | 18.3 |
| CBL Pfd. E | Joint Account | Buy | 5/25/2018 | 2,148 | 16.22 |
| CBL Pfd. D | Joint Account | Sell | 6/1/2018 | -100 | 18.75 |
| CBL Pfd. D | Joint Account | Sell | 6/4/2018 | -1,000 | 18.87 |
| CBL Pfd. D | Joint Account | Sell | 6/4/2018 | -2,700 | 18.85 |
| CBL Pfd. E | Joint Account | Buy | 6/4/2018 | 400 | 16.799 |

CBL

| Security | Portfolio | Trans | Trade Date | Shares | Price |
|---|---|---|---|---|---|
| CBL Pfd. E | Joint Account | Buy | 6/4/2018 | 1,400 | 16.8 |
| CBL Pfd. E | Joint Account | Buy | 6/4/2018 | 1,100 | 16.7899 |
| CBL Pfd. E | Joint Account | Buy | 6/4/2018 | 800 | 16.79 |
| CBL Pfd. E | Joint Account | Buy | 6/4/2018 | 300 | 16.7854 |
| CBL Pfd. D | Joint Account | Sell | 6/6/2018 | -2,667 | 19.22 |
| CBL Pfd. E | Joint Account | Buy | 6/6/2018 | 2,064 | 17.0852 |
| CBL Pfd. E | Joint Account | Buy | 6/6/2018 | 1,086 | 17.1 |
| CBL Pfd. E | Joint Account | Buy | 6/6/2018 | 150 | 17.09 |
| CBL Pfd. D | Joint Account | Buy | 6/12/2018 | 1,400 | 19.67 |
| CBL Pfd. D | Joint Account | Buy | 6/12/2018 | 600 | 19.68 |
| CBL | Joint Account | Buy | 6/13/2018 | 6,308 | 5.61 |
| CBL | Joint Account | Buy | 6/13/2018 | 5,329 | 5.605 |
| CBL | Joint Account | Buy | 6/13/2018 | 3,163 | 5.609 |
| CBL Pfd. D | Joint Account | Buy | 6/13/2018 | 3,945 | 19.55 |
| CBL Pfd. D | Joint Account | Sell | 6/13/2018 | -9,557 | 19.75 |
| CBL | Joint Account | Buy | 6/14/2018 | 13,100 | 5.41 |
| CBL | Joint Account | Buy | 6/14/2018 | 1,000 | 5.405 |
| CBL | Joint Account | Buy | 6/14/2018 | 900 | 5.4075 |
| CBL Pfd. E | Joint Account | Buy | 6/14/2018 | 100 | 17.119 |
| CBL Pfd. E | Joint Account | Buy | 6/14/2018 | 300 | 17.0961 |
| CBL Pfd. E | Joint Account | Buy | 6/14/2018 | 1,975 | 17.1018 |
| CBL Pfd. E | Joint Account | Buy | 6/14/2018 | 200 | 17.1 |
| CBL Pfd. D | Joint Account | Sell | 6/15/2018 | -591 | 19.27 |
| CBL Pfd. D | Joint Account | Sell | 6/15/2018 | -640 | 19.27 |
| CBL | Joint Account | Sell | 6/19/2018 | -3,300 | 5.71 |
| CBL | Joint Account | Sell | 6/19/2018 | -25,700 | 5.7 |
| CBL Pfd. D | Joint Account | Buy | 6/20/2018 | 2,286 | 19.12 |
| CBL Pfd. D | Joint Account | Buy | 6/20/2018 | 2,600 | 19.14 |
| CBL Pfd. D | Joint Account | Buy | 6/20/2018 | 400 | 19.13 |
| CBL Pfd. D | C Hoffman IRA | Buy | 6/21/2018 | 175 | 19.1999 |
| CBL Pfd. D | Joint Account | Buy | 6/21/2018 | 100 | 19.1713 |
| CBL Pfd. D | Joint Account | Buy | 6/21/2018 | 800 | 19.175 |
| CBL Pfd. D | Joint Account | Buy | 6/21/2018 | 1,100 | 19.18 |
| CBL Pfd. D | Joint Account | Sell | 6/21/2018 | -800 | 19.45 |
| CBL Pfd. D | Joint Account | Sell | 6/22/2018 | -350 | 19.66 |
| CBL Pfd. D | Joint Account | Sell | 6/22/2018 | -550 | 19.62 |

- 6 -

CBL

| Security | Portfolio | Trans | Trade Date | Shares | Price |
|---|---|---|---|---|---|
| CBL Pfd. D | Joint Account | Buy | 6/26/2018 | 2,000 | 19.35 |
| CBL | Joint Account | Buy | 7/2/2018 | 15,506 | 5.39 |
| CBL | Joint Account | Buy | 7/2/2018 | 100 | 5.3875 |
| CBL | Joint Account | Buy | 7/2/2018 | 2,994 | 5.385 |
| CBL | Joint Account | Buy | 7/2/2018 | 400 | 5.385 |
| CBL | Joint Account | Sell | 7/2/2018 | -19,500 | 5.5 |
| CBL Pfd. D | Joint Account | Sell | 7/2/2018 | -6,576 | 19.4 |
| CBL Pfd. D | C Hoffman IRA | Buy | 7/3/2018 | 149 | 19.24 |
| CBL Pfd. D | Joint Account | Buy | 7/3/2018 | 5,000 | 19.3 |
| CBL Pfd. D | Joint Account | Sell | 7/5/2018 | -81 | 19.44 |
| CBL Pfd. D | Joint Account | Buy | 7/10/2018 | 1,500 | 19.25 |
| CBL Pfd. D | Joint Account | Buy | 7/10/2018 | 581 | 19.2448 |
| CBL | Joint Account | Buy | 7/18/2018 | 11,500 | 5.26 |
| CBL Pfd. E | Joint Account | Sell | 7/18/2018 | -3,000 | 17.425 |
| CBL Pfd. E | Joint Account | Sell | 7/18/2018 | -1,100 | 17.4001 |
| CBL Pfd. E | Joint Account | Sell | 7/18/2018 | -827 | 17.4 |
| CBL | Joint Account | Sell | 7/19/2018 | -11,500 | 5.38 |
| CBL Pfd. E | Joint Account | Buy | 7/19/2018 | 3,413 | 17.39 |
| CBL Pfd. E | Joint Account | Buy | 7/19/2018 | 264 | 17.375 |
| CBL Pfd. D | Joint Account | Sell | 7/20/2018 | -3,580 | 19.5 |
| CBL Pfd. D | Joint Account | Buy | 7/26/2018 | 597 | 19.32 |
| CBL Pfd. D | Joint Account | Buy | 7/26/2018 | 51 | 19.2869 |
| CBL | Joint Account | Buy | 7/30/2018 | 19,500 | 5.21 |
| CBL | Joint Account | Sell | 7/30/2018 | -100 | 5.345 |
| CBL | Joint Account | Sell | 7/30/2018 | -9,700 | 5.34 |
| CBL | Joint Account | Sell | 7/30/2018 | -9,700 | 5.3401 |
| CBL Pfd. D | Joint Account | Buy | 7/30/2018 | 3,300 | 19.2099 |
| CBL Pfd. D | Joint Account | Buy | 8/1/2018 | 1,925 | 19.28 |
| CBL Pfd. D | Joint Account | Buy | 8/1/2018 | 868 | 19.27 |
| CBL Pfd. D | Joint Account | Buy | 8/2/2018 | 1,139 | 19.295 |
| CBL Pfd. D | Joint Account | Buy | 8/2/2018 | 400 | 19.31 |
| CBL Pfd. E | C Hoffman IRA | Buy | 8/24/2018 | 3,220 | 16.4 |
| CBL Pfd. E | C Hoffman IRA | Buy | 8/24/2018 | 1,980 | 16.39 |
| CBL Pfd. E | Joint Account | Buy | 9/18/2018 | 2,400 | 14.8 |
| CBL Pfd. E | Joint Account | Buy | 9/18/2018 | 188 | 14.7 |
| CBL Pfd. E | Joint Account | Buy | 9/18/2018 | 50 | 14.7793 |

- 7 -

CBL

| Security | Portfolio | Trans | Trade Date | Shares | Price |
|---|---|---|---|---|---|
| CBL Pfd. D | Joint Account | Buy | 10/4/2018 | 300 | 15.539 |
| CBL Pfd. D | Joint Account | Buy | 10/4/2018 | 820 | 15.54 |
| CBL Pfd. D | Joint Account | Buy | 10/4/2018 | 216 | 15.53 |
| CBL Pfd. D | Joint Account | Buy | 10/4/2018 | 100 | 15.5367 |
| CBL Pfd. D | Joint Account | Buy | 10/4/2018 | 100 | 15.537 |
| CBL Pfd. D | Joint Account | Buy | 10/4/2018 | 100 | 15.52 |
| CBL Pfd. D | C Hoffman IRA | Buy | 10/18/2018 | 215 | 15.6848 |
| CBL Pfd. D | Joint Account | Sell | 10/19/2018 | -2,500 | 16.02 |
| CBL Pfd. E | Joint Account | Buy | 11/6/2018 | 4,000 | 13.42 |
| CBL Pfd. E | Joint Account | Sell | 11/8/2018 | -3,388 | 13.5251 |
| CBL Pfd. D | Joint Account | Buy | 11/12/2018 | 3,164 | 14.6008 |
| CBL | C Hoffman IRA | Buy | 12/31/2018 | 4,550 | 1.9985 |
| CBL | Joint Account | Sell | 1/3/2019 | -500 | 2.1712 |
| CBL Pfd. D | Joint Account | Sell | 1/8/2019 | -21 | 13.15 |
| CBL Pfd. D | Joint Account | Sell | 1/9/2019 | -6,979 | 13.2 |
| CBL Pfd. D | Joint Account | Sell | 1/16/2019 | -100 | 13.96 |
| CBL Pfd. D | Joint Account | Sell | 1/16/2019 | -6,462 | 13.95 |
| CBL | C Hoffman IRA | Buy | 1/23/2019 | 10,600 | 2.29 |
| CBL Pfd. D | Joint Account | Sell | 1/30/2019 | -8,438 | 14.3 |
| CBL | C Hoffman IRA | Sell | 2/11/2019 | -15,000 | 2.42 |
| CBL Pfd. D | C Hoffman IRA | Buy | 2/11/2019 | 100 | 13.6667 |
| CBL Pfd. D | C Hoffman IRA | Buy | 2/11/2019 | 21 | 13.68 |
| CBL Pfd. D | C Hoffman IRA | Buy | 2/11/2019 | 1,100 | 13.7 |
| CBL Pfd. D | C Hoffman IRA | Buy | 2/11/2019 | 740 | 13.7098 |
| CBL Pfd. D | C Hoffman IRA | Buy | 2/11/2019 | 679 | 13.6767 |
| CBL | Joint Account | Buy | 2/12/2019 | 14,200 | 2.385 |
| CBL | Joint Account | Buy | 2/12/2019 | 5,800 | 2.39 |
| CBL | Joint Account | Buy | 2/19/2019 | 12,900 | 2.19 |
| CBL | Joint Account | Buy | 2/19/2019 | 2,100 | 2.185 |
| CBL | C Hoffman IRA | Buy | 2/21/2019 | 3,300 | 2.05 |
| CBL | C Hoffman IRA | Buy | 3/11/2019 | 790 | 1.805 |
| CBL Pfd. E | Joint Account | Buy | 3/15/2019 | 28 | 10.55 |
| CBL Pfd. E | Joint Account | Buy | 3/15/2019 | 2,972 | 10.55 |
| CBL Pfd. D | C Hoffman IRA | Buy | 3/21/2019 | 210 | 11.071 |

CBL