# EXHIBIT C

## CERTIFICATION OF NAMED PLAINTIFF
## PURSUANT TO FEDERAL SECURITIES LAWS

I, Lydia Hoffman, certify under penalties of perjury that the following is true and correct to the best of my knowledge, information and belief:

1.      I have reviewed the complaint filed in *Paskowitz v. CBL & Associates Properties, Inc.,* Case 1:19-cv-00149 (E.D. Tenn.), as well as the complaint filed in *Merelles v. CBL & Associates Properties, Inc.*, Case 1:19-cv-00193 (E.D. Tenn.), and have authorized the filing of a similar complaint. .

2.      I did not purchase any of the securities that are the subject of this action at the direction of plaintiff's counsel or in order to participate in any private action arising under federal securities laws.

3.      I am willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4.      All of my transactions in CBL common and preferred stock from July 29, 2014 through March 26, 2019 are set forth in Exhibit A attached hereto and were made through: (i) my self-directed individual retirement account; and (ii) a joint account I maintain with my husband, Charles D. Hoffman.

5.      I have not sought to serve or served as a representative party in a class action that was filed under the federal securities laws within the three-year period prior to this date.

6.      I will not accept any payment for serving as a representative party on behalf of the class beyond my pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

CBL

I declare under penalty of perjury that the foregoing is true and correct. Executed this ___

day of July, 2019.

_____
Lydia Hoffman

CBL

## EXHIBIT A

| Security | Portfolio | Trans | Trade Date | Shares | Price |
|---|---|---|---|---|---|
| CBL | L Hoffman IRA | Buy | 11/15/2017 | 17,010 | 5.51 |
| CBL | L Hoffman IRA | Buy | 11/15/2017 | 1,490 | 5.505 |
| CBL | L Hoffman IRA | Sell | 11/16/2017 | 5,331 | 5.695 |
| CBL | L Hoffman IRA | Sell | 11/16/2017 | 101 | 5.7 |
| CBL | L Hoffman IRA | Sell | 11/16/2017 | 1,300 | 5.695 |
| CBL | L Hoffman IRA | Sell | 11/16/2017 | 11,768 | 5.691 |
| CBL | Joint Account | Buy | 11/20/2017 | 12,600 | 5.615 |
| CBL | Joint Account | Buy | 11/20/2017 | 9,400 | 5.6183 |
| CBL | Joint Account | Sell | 11/20/2017 | 100 | 5.715 |
| CBL | Joint Account | Sell | 11/20/2017 | 21,900 | 5.71 |
| CBL | Joint Account | Buy | 12/6/2017 | 91 | 5.47 |
| CBL | Joint Account | Buy | 12/6/2017 | 27,809 | 5.4799 |
| CBL | Joint Account | Buy | 12/6/2017 | 2,000 | 5.475 |
| CBL | Joint Account | Buy | 12/6/2017 | 100 | 5.48 |
| CBL | Joint Account | Buy | 12/6/2017 | 100 | 5.455 |
| CBL | Joint Account | Buy | 12/6/2017 | 29,900 | 5.46 |
| CBL | Joint Account | Sell | 12/6/2017 | 400 | 5.505 |
| CBL | Joint Account | Sell | 12/6/2017 | 29,600 | 5.5 |
| CBL | Joint Account | Buy | 12/7/2017 | 1,000 | 5.379 |
| CBL | Joint Account | Buy | 12/7/2017 | 18,300 | 5.38 |
| CBL | Joint Account | Buy | 12/7/2017 | 700 | 5.375 |
| CBL | Joint Account | Sell | 12/8/2017 | 6,800 | 5.501 |
| CBL | Joint Account | Sell | 12/8/2017 | 100 | 5.5001 |
| CBL | Joint Account | Sell | 12/8/2017 | 41,100 | 5.5 |
| CBL | Joint Account | Buy | 12/14/2017 | 38,000 | 5.46 |
| CBL | Joint Account | Sell | 12/15/2017 | 39,800 | 5.54 |
| CBL Pfd. D | Joint Account | Buy | 12/15/2017 | 5,000 | 22.3834 |
| CBL Pfd. D | Joint Account | Buy | 12/20/2017 | 6,000 | 22.15 |
| CBL Pfd. D | Joint Account | Buy | 12/22/2017 | 2,200 | 21.95 |
| CBL Pfd. D | Joint Account | Buy | 12/22/2017 | 6,800 | 21.9484 |
| CBL Pfd. D | L Hoffman IRA | Buy | 12/22/2017 | 300 | 21.875 |
| CBL Pfd. D | L Hoffman IRA | Buy | 12/22/2017 | 3,784 | 21.9 |
| CBL Pfd. D | L Hoffman IRA | Buy | 12/22/2017 | 516 | 21.89 |
| CBL Pfd. D | L Hoffman IRA | Buy | 12/22/2017 | 300 | 21.887 |
| CBL Pfd. D | Joint Account | Buy | 12/27/2017 | 701 | 21.82 |
| CBL Pfd. D | Joint Account | Buy | 12/27/2017 | 3,198 | 21.83 |

- 3 -

CBL

| Security | Portfolio | Trans | Trade Date | Shares | Price |
|---|---|---|---|---|---|
| CBL Pfd. D | Joint Account | Buy | 12/27/2017 | 101 | 21.81 |
| CBL Pfd. D | L Hoffman IRA | Buy | 12/27/2017 | 800 | 21.845 |
| CBL Pfd. D | L Hoffman IRA | Buy | 12/27/2017 | 259 | 21.85 |
| CBL Pfd. D | Joint Account | Buy | 1/2/2018 | 800 | 21.4644 |
| CBL Pfd. D | Joint Account | Buy | 1/2/2018 | 500 | 21.41 |
| CBL Pfd. D | Joint Account | Buy | 1/2/2018 | 2,400 | 21.465 |
| CBL Pfd. D | Joint Account | Buy | 1/2/2018 | 300 | 21.47 |
| CBL Pfd. D | Joint Account | Buy | 1/12/2018 | 6,000 | 21.15 |
| CBL Pfd. D | Joint Account | Buy | 2/14/2018 | 1,100 | 17.46 |
| CBL Pfd. D | Joint Account | Buy | 2/14/2018 | 100 | 17.43 |
| CBL Pfd. D | Joint Account | Sell | 2/28/2018 | 2,200 | 18.35 |
| CBL Pfd. D | Joint Account | Sell | 3/6/2018 | 2,700 | 18.5 |
| CBL Pfd. E | Joint Account | Buy | 3/6/2018 | 1,199 | 16.5 |
| CBL Pfd. E | Joint Account | Buy | 3/6/2018 | 1,801 | 16.45 |
| CBL Pfd. D | Joint Account | Buy | 3/22/2018 | 2,700 | 17.03 |
| CBL Pfd. D | Joint Account | Sell | 4/2/2018 | 2,800 | 17.3 |
| CBL Pfd. D | Joint Account | Buy | 4/3/2018 | 300 | 16.88 |
| CBL Pfd. D | Joint Account | Buy | 4/3/2018 | 1,700 | 16.91 |
| CBL Pfd. D | Joint Account | Buy | 4/3/2018 | 400 | 16.89 |
| CBL Pfd. D | Joint Account | Buy | 4/3/2018 | 300 | 16.9 |
| CBL Pfd. D | Joint Account | Buy | 4/3/2018 | 100 | 16.845 |
| CBL Pfd. D | Joint Account | Sell | 4/5/2018 | 3,000 | 17.22 |
| CBL Pfd. D | Joint Account | Sell | 4/16/2018 | 3,000 | 17.83 |
| CBL Pfd. D | Joint Account | Sell | 4/27/2018 | 3,000 | 17.83 |
| CBL Pfd. E | Joint Account | Buy | 4/30/2018 | 2,000 | 16.0158 |
| CBL | Joint Account | Buy | 5/2/2018 | 9,800 | 4.0979 |
| CBL | Joint Account | Sell | 5/4/2018 | 9,800 | 4.33 |
| CBL Pfd. D | Joint Account | Sell | 5/7/2018 | 861 | 17.9601 |
| CBL Pfd. D | Joint Account | Sell | 5/7/2018 | 2,139 | 17.92 |
| CBL Pfd. E | Joint Account | Buy | 5/7/2018 | 170 | 16.09 |
| CBL Pfd. E | Joint Account | Buy | 5/7/2018 | 100 | 16.05 |
| CBL Pfd. E | Joint Account | Buy | 5/7/2018 | 2,730 | 16.1 |
| CBL Pfd. D | Joint Account | Sell | 5/8/2018 | 500 | 18.4 |
| CBL Pfd. E | Joint Account | Buy | 5/17/2018 | 2,683 | 16 |
| CBL Pfd. E | Joint Account | Buy | 5/17/2018 | 300 | 16.01 |
| CBL Pfd. E | Joint Account | Buy | 5/22/2018 | 1,894 | 16.18 |
| CBL Pfd. E | Joint Account | Buy | 5/22/2018 | 100 | 16.19 |
| CBL Pfd. D | Joint Account | Sell | 5/25/2018 | 700 | 18.3 |

- 4 -

CBL

| Security | Portfolio | Trans | Trade Date | Shares | Price |
|---|---|---|---|---|---|
| CBL Pfd. D | Joint Account | Sell | 5/25/2018 | 1,500 | 18.3 |
| CBL Pfd. E | Joint Account | Buy | 5/25/2018 | 2,148 | 16.22 |
| CBL Pfd. D | Joint Account | Sell | 6/1/2018 | 100 | 18.75 |
| CBL Pfd. D | Joint Account | Sell | 6/4/2018 | 1,000 | 18.87 |
| CBL Pfd. D | Joint Account | Sell | 6/4/2018 | 2,700 | 18.85 |
| CBL Pfd. E | Joint Account | Buy | 6/4/2018 | 400 | 16.799 |
| CBL Pfd. E | Joint Account | Buy | 6/4/2018 | 1,400 | 16.8 |
| CBL Pfd. E | Joint Account | Buy | 6/4/2018 | 1,100 | 16.7899 |
| CBL Pfd. E | Joint Account | Buy | 6/4/2018 | 800 | 16.79 |
| CBL Pfd. E | Joint Account | Buy | 6/4/2018 | 300 | 16.7854 |
| CBL Pfd. D | Joint Account | Sell | 6/6/2018 | 2,667 | 19.22 |
| CBL Pfd. E | Joint Account | Buy | 6/6/2018 | 2,064 | 17.0852 |
| CBL Pfd. E | Joint Account | Buy | 6/6/2018 | 1,086 | 17.1 |
| CBL Pfd. E | Joint Account | Buy | 6/6/2018 | 150 | 17.09 |
| CBL Pfd. D | Joint Account | Buy | 6/12/2018 | 1,400 | 19.67 |
| CBL Pfd. D | Joint Account | Buy | 6/12/2018 | 600 | 19.68 |
| CBL | Joint Account | Buy | 6/13/2018 | 6,308 | 5.61 |
| CBL | Joint Account | Buy | 6/13/2018 | 5,329 | 5.605 |
| CBL | Joint Account | Buy | 6/13/2018 | 3,163 | 5.609 |
| CBL Pfd. D | Joint Account | Buy | 6/13/2018 | 3,945 | 19.55 |
| CBL Pfd. D | Joint Account | Sell | 6/13/2018 | 9,557 | 19.75 |
| CBL | Joint Account | Buy | 6/14/2018 | 13,100 | 5.41 |
| CBL | Joint Account | Buy | 6/14/2018 | 1,000 | 5.405 |
| CBL | Joint Account | Buy | 6/14/2018 | 900 | 5.4075 |
| CBL Pfd. E | Joint Account | Buy | 6/14/2018 | 100 | 17.119 |
| CBL Pfd. E | Joint Account | Buy | 6/14/2018 | 300 | 17.0961 |
| CBL Pfd. E | Joint Account | Buy | 6/14/2018 | 1,975 | 17.1018 |
| CBL Pfd. E | Joint Account | Buy | 6/14/2018 | 200 | 17.1 |
| CBL Pfd. D | Joint Account | Sell | 6/15/2018 | 591 | 19.27 |
| CBL Pfd. D | Joint Account | Sell | 6/15/2018 | 640 | 19.27 |
| CBL | Joint Account | Sell | 6/19/2018 | 3,300 | 5.71 |
| CBL | Joint Account | Sell | 6/19/2018 | 25,700 | 5.7 |
| CBL Pfd. D | Joint Account | Buy | 6/20/2018 | 2,286 | 19.12 |
| CBL Pfd. D | Joint Account | Buy | 6/20/2018 | 2,600 | 19.14 |
| CBL Pfd. D | Joint Account | Buy | 6/20/2018 | 400 | 19.13 |
| CBL Pfd. D | Joint Account | Buy | 6/21/2018 | 100 | 19.1713 |
| CBL Pfd. D | Joint Account | Buy | 6/21/2018 | 800 | 19.175 |
| CBL Pfd. D | Joint Account | Buy | 6/21/2018 | 1,100 | 19.18 |

- 5 -

CBL

| Security | Portfolio | Trans | Trade Date | Shares | Price |
|---|---|---|---|---|---|
| CBL Pfd. D | Joint Account | Sell | 6/21/2018 | 800 | 19.45 |
| CBL Pfd. D | L Hoffman IRA | Buy | 6/21/2018 | 80 | 19.17 |
| CBL Pfd. D | Joint Account | Sell | 6/22/2018 | 350 | 19.66 |
| CBL Pfd. D | Joint Account | Sell | 6/22/2018 | 550 | 19.62 |
| CBL Pfd. D | Joint Account | Buy | 6/26/2018 | 2,000 | 19.35 |
| CBL | Joint Account | Buy | 7/2/2018 | 15,506 | 5.39 |
| CBL | Joint Account | Buy | 7/2/2018 | 100 | 5.3875 |
| CBL | Joint Account | Buy | 7/2/2018 | 2,994 | 5.385 |
| CBL | Joint Account | Buy | 7/2/2018 | 400 | 5.385 |
| CBL | Joint Account | Sell | 7/2/2018 | 19,500 | 5.5 |
| CBL Pfd. D | Joint Account | Sell | 7/2/2018 | 6,576 | 19.4 |
| CBL Pfd. D | Joint Account | Buy | 7/3/2018 | 5,000 | 19.3 |
| CBL Pfd. D | L Hoffman IRA | Buy | 7/3/2018 | 143 | 19.2799 |
| CBL Pfd. D | Joint Account | Sell | 7/5/2018 | 81 | 19.44 |
| CBL Pfd. D | Joint Account | Buy | 7/10/2018 | 1,500 | 19.25 |
| CBL Pfd. D | Joint Account | Buy | 7/10/2018 | 581 | 19.2448 |
| CBL | Joint Account | Buy | 7/18/2018 | 11,500 | 5.26 |
| CBL Pfd. E | Joint Account | Sell | 7/18/2018 | 3,000 | 17.425 |
| CBL Pfd. E | Joint Account | Sell | 7/18/2018 | 1,100 | 17.4001 |
| CBL Pfd. E | Joint Account | Sell | 7/18/2018 | 827 | 17.4 |
| CBL | Joint Account | Sell | 7/19/2018 | 11,500 | 5.38 |
| CBL Pfd. E | Joint Account | Buy | 7/19/2018 | 3,413 | 17.39 |
| CBL Pfd. E | Joint Account | Buy | 7/19/2018 | 264 | 17.375 |
| CBL Pfd. D | Joint Account | Sell | 7/20/2018 | 3,580 | 19.5 |
| CBL Pfd. D | Joint Account | Buy | 7/26/2018 | 597 | 19.32 |
| CBL Pfd. D | Joint Account | Buy | 7/26/2018 | 51 | 19.2869 |
| CBL | Joint Account | Buy | 7/30/2018 | 19,500 | 5.21 |
| CBL | Joint Account | Sell | 7/30/2018 | 100 | 5.345 |
| CBL | Joint Account | Sell | 7/30/2018 | 9,700 | 5.34 |
| CBL | Joint Account | Sell | 7/30/2018 | 9,700 | 5.3401 |
| CBL Pfd. D | Joint Account | Buy | 7/30/2018 | 3,300 | 19.2099 |
| CBL Pfd. D | Joint Account | Buy | 8/1/2018 | 1,925 | 19.28 |
| CBL Pfd. D | Joint Account | Buy | 8/1/2018 | 868 | 19.27 |
| CBL Pfd. D | Joint Account | Buy | 8/2/2018 | 1,139 | 19.295 |
| CBL Pfd. D | Joint Account | Buy | 8/2/2018 | 400 | 19.31 |
| CBL Pfd. E | Joint Account | Buy | 9/18/2018 | 2,400 | 14.8 |
| CBL Pfd. E | Joint Account | Buy | 9/18/2018 | 188 | 14.7 |
| CBL Pfd. E | Joint Account | Buy | 9/18/2018 | 50 | 14.7793 |

- 6 -

.CBL

| Security | Portfolio | Trans | Trade Date | Shares | Price |
|---|---|---|---|---|---|
| CBL Pfd. D | Joint Account | Buy | 10/4/2018 | 300 | 15.539 |
| CBL Pfd. D | Joint Account | Buy | 10/4/2018 | 820 | 15.54 |
| CBL Pfd. D | Joint Account | Buy | 10/4/2018 | 216 | 15.53 |
| CBL Pfd. D | Joint Account | Buy | 10/4/2018 | 100 | 15.5367 |
| CBL Pfd. D | Joint Account | Buy | 10/4/2018 | 100 | 15.537 |
| CBL Pfd. D | Joint Account | Buy | 10/4/2018 | 100 | 15.52 |
| CBL Pfd. D | Joint Account | Sell | 10/19/2018 | 2,500 | 16.02 |
| CBL Pfd. E | Joint Account | Buy | 11/6/2018 | 4,000 | 13.42 |
| CBL Pfd. E | Joint Account | Sell | 11/8/2018 | 3,388 | 13.5251 |
| CBL Pfd. D | Joint Account | Buy | 11/12/2018 | 3,164 | 14.6008 |
| CBL | Joint Account | Sell | 1/3/2019 | 500 | 2.1712 |
| CBL Pfd. D | Joint Account | Sell | 1/8/2019 | 21 | 13.15 |
| CBL Pfd. D | Joint Account | Sell | 1/9/2019 | 6,979 | 13.2 |
| CBL Pfd. D | L Hoffman IRA | Buy | 1/9/2019 | 125 | 13.0299 |
| CBL Pfd. D | L Hoffman IRA | Buy | 1/9/2019 | 300 | 13.03 |
| CBL Pfd. D | Joint Account | Sell | 1/16/2019 | 100 | 13.96 |
| CBL Pfd. D | Joint Account | Sell | 1/16/2019 | 6,462 | 13.95 |
| CBL Pfd. D | L Hoffman IRA | Buy | 1/25/2019 | 213 | 14.0725 |
| CBL Pfd. D | L Hoffman IRA | Buy | 1/25/2019 | 500 | 14.0726 |
| CBL Pfd. D | L Hoffman IRA | Buy | 1/25/2019 | 294 | 14.0731 |
| CBL Pfd. D | L Hoffman IRA | Buy | 1/25/2019 | 6 | 14.08 |
| CBL Pfd. D | Joint Account | Sell | 1/30/2019 | 8,438 | 14.3 |
| CBL | Joint Account | Buy | 2/12/2019 | 14,200 | 2.385 |
| CBL | Joint Account | Buy | 2/12/2019 | 5,800 | 2.39 |
| CBL | Joint Account | Buy | 2/19/2019 | 12,900 | 2.19 |
| CBL | Joint Account | Buy | 2/19/2019 | 2,100 | 2.185 |
| CBL Pfd. E | Joint Account | Buy | 3/15/2019 | 28 | 10.55 |
| CBL Pfd. E | Joint Account | Buy | 3/15/2019 | 2,972 | 10.55 |
| CBL Pfd. D | L Hoffman IRA | Buy | 3/15/2019 | 133 | 11.8866 |
| CBL Pfd. D | L Hoffman IRA | Buy | 3/21/2019 | 136 | 11.0755 |