# EXHIBIT D

Case 1:19-cv-00181-JRG-CHS Document 14-4 Filed 07/16/19 Page 1 of 8 PageID #: 223

## Gain(Loss) Chart

| Security | Portfolio | Trans | Trade Date | Shares | Price | Amount |
|---|---|---|---|---|---|---|
| CBL | Joint Account | Opening Balance | 07/29/2014 | | | |
| CBL | Joint Account | Buy | 11/20/2017 | 12,600 | 5.6150 | ($70,749.00) |
| CBL | Joint Account | Buy | 11/20/2017 | 9,400 | 5.6183 | ($52,812.02) |
| CBL | Joint Account | Sell | 11/20/2017 | (100) | 5.7150 | $571.50 |
| CBL | Joint Account | Sell | 11/20/2017 | (21,900) | 5.7100 | $125,049.00 |
| CBL | Joint Account | Buy | 12/06/2017 | 91 | 5.4700 | ($497.77) |
| CBL | Joint Account | Buy | 12/06/2017 | 27,809 | 5.4799 | ($152,390.54) |
| CBL | Joint Account | Buy | 12/06/2017 | 2,000 | 5.4750 | ($10,950.00) |
| CBL | Joint Account | Buy | 12/06/2017 | 100 | 5.4800 | ($548.00) |
| CBL | Joint Account | Buy | 12/06/2017 | 100 | 5.4550 | ($545.50) |
| CBL | Joint Account | Buy | 12/06/2017 | 29,900 | 5.4600 | ($163,254.00) |
| CBL | Joint Account | Sell | 12/06/2017 | (400) | 5.5050 | $2,202.00 |
| CBL | Joint Account | Sell | 12/06/2017 | (29,600) | 5.5000 | $162,800.00 |
| CBL | Joint Account | Buy | 12/07/2017 | 1,000 | 5.3790 | ($5,379.00) |
| CBL | Joint Account | Buy | 12/07/2017 | 18,300 | 5.3800 | ($98,454.00) |
| CBL | Joint Account | Buy | 12/07/2017 | 700 | 5.3750 | ($3,762.50) |
| CBL | Joint Account | Sell | 12/08/2017 | (6,800) | 5.5010 | $37,406.80 |
| CBL | Joint Account | Sell | 12/08/2017 | (100) | 5.5001 | $550.01 |
| CBL | Joint Account | Sell | 12/08/2017 | (41,100) | 5.5000 | $226,050.00 |
| CBL | Joint Account | Buy | 12/14/2017 | 38,000 | 5.4600 | ($207,480.00) |
| CBL | Joint Account | Sell | 12/15/2017 | (39,800) | 5.5400 | $220,492.00 |
| CBL | Joint Account | Buy | 05/02/2018 | 9,800 | 4.0979 | ($40,159.42) |
| CBL | Joint Account | Sell | 05/04/2018 | (9,800) | 4.3300 | $42,434.00 |
| CBL | Joint Account | Buy | 06/13/2018 | 6,308 | 5.6100 | ($35,387.88) |
| CBL | Joint Account | Buy | 06/13/2018 | 5,329 | 5.6050 | ($29,869.05) |
| CBL | Joint Account | Buy | 06/13/2018 | 3,163 | 5.6090 | ($17,741.27) |
| CBL | Joint Account | Buy | 06/14/2018 | 13,100 | 5.4100 | ($70,871.00) |
| CBL | Joint Account | Buy | 06/14/2018 | 1,000 | 5.4050 | ($5,405.00) |
| CBL | Joint Account | Buy | 06/14/2018 | 900 | 5.4075 | ($4,866.75) |
| CBL | Joint Account | Sell | 06/19/2018 | (3,300) | 5.7100 | $18,843.00 |
| CBL | Joint Account | Sell | 06/19/2018 | (25,700) | 5.7000 | $146,490.00 |
| CBL | Joint Account | Buy | 07/02/2018 | 15,506 | 5.3900 | ($83,577.34) |
| CBL | Joint Account | Buy | 07/02/2018 | 100 | 5.3875 | ($538.75) |
| CBL | Joint Account | Buy | 07/02/2018 | 2,994 | 5.3850 | ($16,122.69) |
| CBL | Joint Account | Buy | 07/02/2018 | 400 | 5.3850 | ($2,154.00) |
| CBL | Joint Account | Sell | 07/02/2018 | (19,500) | 5.5000 | $107,250.00 |
| CBL | Joint Account | Buy | 07/18/2018 | 11,500 | 5.2600 | ($60,490.00) |

*Ending Balances valued at the 90 days post class period average closing price.*

Case 1:19-cv-00181-JRG-CHS    Document 14-4    Filed 07/16/19    Page 2 of 8
PageID #: 224

## Gain(Loss) Chart

| Security | Portfolio | Trans | Trade Date | Shares | Price | Amount |
|---|---|---|---|---|---|---|
| CBL | Joint Account | Sell | 07/19/2018 | (11,500) | 5.3800 | $61,870.00 |
| CBL | Joint Account | Buy | 07/30/2018 | 19,500 | 5.2100 | ($101,595.00) |
| CBL | Joint Account | Sell | 07/30/2018 | (100) | 5.3450 | $534.50 |
| CBL | Joint Account | Sell | 07/30/2018 | (9,700) | 5.3400 | $51,798.00 |
| CBL | Joint Account | Sell | 07/30/2018 | (9,700) | 5.3401 | $51,798.97 |
| CBL | Joint Account | Sell | 01/03/2019 | (500) | 2.1712 | $1,085.60 |
| CBL | Joint Account | Buy | 02/12/2019 | 14,200 | 2.3850 | ($33,867.00) |
| CBL | Joint Account | Buy | 02/12/2019 | 5,800 | 2.3900 | ($13,862.00) |
| CBL | Joint Account | Buy | 02/19/2019 | 12,900 | 2.1900 | ($28,251.00) |
| CBL | Joint Account | Buy | 02/19/2019 | 2,100 | 2.1850 | ($4,588.50) |
| CBL | Joint Account | Ending Balance | 06/24/2019 | 35,000 | 1.1850 | $41,475.00 |
| CBL | Joint Account | G(L) | | | | ($17,468.59) |
| | | | | | | |
| CBL Pfd. D | Joint Account | Opening Balance | 07/29/2014 | | | |
| CBL Pfd. D | Joint Account | Buy | 12/15/2017 | 5,000 | 22.3834 | ($111,917.00) |
| CBL Pfd. D | Joint Account | Buy | 12/20/2017 | 6,000 | 22.1500 | ($132,900.00) |
| CBL Pfd. D | Joint Account | Buy | 12/22/2017 | 2,200 | 21.9500 | ($48,290.00) |
| CBL Pfd. D | Joint Account | Buy | 12/22/2017 | 6,800 | 21.9484 | ($149,249.12) |
| CBL Pfd. D | Joint Account | Buy | 12/27/2017 | 701 | 21.8200 | ($15,295.82) |
| CBL Pfd. D | Joint Account | Buy | 12/27/2017 | 3,198 | 21.8300 | ($69,812.34) |
| CBL Pfd. D | Joint Account | Buy | 12/27/2017 | 101 | 21.8100 | ($2,202.81) |
| CBL Pfd. D | Joint Account | Buy | 01/02/2018 | 800 | 21.4644 | ($17,171.52) |
| CBL Pfd. D | Joint Account | Buy | 01/02/2018 | 500 | 21.4100 | ($10,705.00) |
| CBL Pfd. D | Joint Account | Buy | 01/02/2018 | 2,400 | 21.4650 | ($51,516.00) |
| CBL Pfd. D | Joint Account | Buy | 01/02/2018 | 300 | 21.4700 | ($6,441.00) |
| CBL Pfd. D | Joint Account | Buy | 01/12/2018 | 6,000 | 21.1500 | ($126,900.00) |
| CBL Pfd. D | Joint Account | Buy | 02/14/2018 | 1,100 | 17.4600 | ($19,206.00) |
| CBL Pfd. D | Joint Account | Buy | 02/14/2018 | 100 | 17.4300 | ($1,743.00) |
| CBL Pfd. D | Joint Account | Sell | 02/28/2018 | (2,200) | 18.3500 | $40,370.00 |
| CBL Pfd. D | Joint Account | Sell | 03/06/2018 | (2,700) | 18.5000 | $49,950.00 |
| CBL Pfd. D | Joint Account | Buy | 03/22/2018 | 2,700 | 17.0300 | ($45,981.00) |
| CBL Pfd. D | Joint Account | Sell | 04/02/2018 | (2,800) | 17.3000 | $48,440.00 |
| CBL Pfd. D | Joint Account | Buy | 04/03/2018 | 300 | 16.8800 | ($5,064.00) |
| CBL Pfd. D | Joint Account | Buy | 04/03/2018 | 1,700 | 16.9100 | ($28,747.00) |
| CBL Pfd. D | Joint Account | Buy | 04/03/2018 | 400 | 16.8900 | ($6,756.00) |
| CBL Pfd. D | Joint Account | Buy | 04/03/2018 | 300 | 16.9000 | ($5,070.00) |
| CBL Pfd. D | Joint Account | Buy | 04/03/2018 | 100 | 16.8450 | ($1,684.50) |
| CBL Pfd. D | Joint Account | Sell | 04/05/2018 | (3,000) | 17.2200 | $51,660.00 |

*Ending Balances valued at the 90 days post class period average closing price.*

## Gain(Loss) Chart

| Security | Portfolio | Trans | Trade Date | Shares | Price | Amount |
|---|---|---|---|---|---|---|
| CBL Pfd. D | Joint Account | Sell | 04/16/2018 | (3,000) | 17.8300 | $53,490.00 |
| CBL Pfd. D | Joint Account | Sell | 04/27/2018 | (3,000) | 17.8300 | $53,490.00 |
| CBL Pfd. D | Joint Account | Sell | 05/07/2018 | (861) | 17.9601 | $15,463.65 |
| CBL Pfd. D | Joint Account | Sell | 05/07/2018 | (2,139) | 17.9200 | $38,330.88 |
| CBL Pfd. D | Joint Account | Sell | 05/08/2018 | (500) | 18.4000 | $9,200.00 |
| CBL Pfd. D | Joint Account | Sell | 05/25/2018 | (700) | 18.3000 | $12,810.00 |
| CBL Pfd. D | Joint Account | Sell | 05/25/2018 | (1,500) | 18.3000 | $27,450.00 |
| CBL Pfd. D | Joint Account | Sell | 06/01/2018 | (100) | 18.7500 | $1,875.00 |
| CBL Pfd. D | Joint Account | Sell | 06/04/2018 | (1,000) | 18.8700 | $18,870.00 |
| CBL Pfd. D | Joint Account | Sell | 06/04/2018 | (2,700) | 18.8500 | $50,895.00 |
| CBL Pfd. D | Joint Account | Sell | 06/06/2018 | (2,667) | 19.2200 | $51,259.74 |
| CBL Pfd. D | Joint Account | Buy | 06/12/2018 | 1,400 | 19.6700 | ($27,538.00) |
| CBL Pfd. D | Joint Account | Buy | 06/12/2018 | 600 | 19.6800 | ($11,808.00) |
| CBL Pfd. D | Joint Account | Buy | 06/13/2018 | 3,945 | 19.5500 | ($77,124.75) |
| CBL Pfd. D | Joint Account | Sell | 06/13/2018 | (9,557) | 19.7500 | $188,750.75 |
| CBL Pfd. D | Joint Account | Sell | 06/15/2018 | (591) | 19.2700 | $11,388.57 |
| CBL Pfd. D | Joint Account | Sell | 06/15/2018 | (640) | 19.2700 | $12,332.80 |
| CBL Pfd. D | Joint Account | Buy | 06/20/2018 | 2,286 | 19.1200 | ($43,708.32) |
| CBL Pfd. D | Joint Account | Buy | 06/20/2018 | 2,600 | 19.1400 | ($49,764.00) |
| CBL Pfd. D | Joint Account | Buy | 06/20/2018 | 400 | 19.1300 | ($7,652.00) |
| CBL Pfd. D | Joint Account | Buy | 06/21/2018 | 100 | 19.1713 | ($1,917.13) |
| CBL Pfd. D | Joint Account | Buy | 06/21/2018 | 800 | 19.1750 | ($15,340.00) |
| CBL Pfd. D | Joint Account | Buy | 06/21/2018 | 1,100 | 19.1800 | ($21,098.00) |
| CBL Pfd. D | Joint Account | Sell | 06/21/2018 | (800) | 19.4500 | $15,560.00 |
| CBL Pfd. D | Joint Account | Sell | 06/22/2018 | (350) | 19.6600 | $6,881.00 |
| CBL Pfd. D | Joint Account | Sell | 06/22/2018 | (550) | 19.6200 | $10,791.00 |
| CBL Pfd. D | Joint Account | Buy | 06/26/2018 | 2,000 | 19.3500 | ($38,700.00) |
| CBL Pfd. D | Joint Account | Sell | 07/02/2018 | (6,576) | 19.4000 | $127,574.40 |
| CBL Pfd. D | Joint Account | Buy | 07/03/2018 | 5,000 | 19.3000 | ($96,500.00) |
| CBL Pfd. D | Joint Account | Sell | 07/05/2018 | (81) | 19.4400 | $1,574.64 |
| CBL Pfd. D | Joint Account | Buy | 07/10/2018 | 1,500 | 19.2500 | ($28,875.00) |
| CBL Pfd. D | Joint Account | Buy | 07/10/2018 | 581 | 19.2448 | ($11,181.23) |
| CBL Pfd. D | Joint Account | Sell | 07/20/2018 | (3,580) | 19.5000 | $69,810.00 |
| CBL Pfd. D | Joint Account | Buy | 07/26/2018 | 597 | 19.3200 | ($11,534.04) |
| CBL Pfd. D | Joint Account | Buy | 07/26/2018 | 51 | 19.2869 | ($983.63) |
| CBL Pfd. D | Joint Account | Buy | 07/30/2018 | 3,300 | 19.2099 | ($63,392.67) |
| CBL Pfd. D | Joint Account | Buy | 08/01/2018 | 1,925 | 19.2800 | ($37,114.00) |
| CBL Pfd. D | Joint Account | Buy | 08/01/2018 | 868 | 19.2700 | ($16,726.36) |

*Ending Balances valued at the 90 days post class period average closing price.*

Case 1:19-cv-00181-JRG-CHS    Document 14-4    Filed 07/16/19    Page 4 of 8 PageID #: 226

## Gain(Loss) Chart

| Security | Portfolio | Trans | Trade Date | Shares | Price | Amount |
|---|---|---|---|---|---|---|
| CBL Pfd. D | Joint Account | Buy | 08/02/2018 | 1,139 | 19.2950 | ($21,977.01) |
| CBL Pfd. D | Joint Account | Buy | 08/02/2018 | 400 | 19.3100 | ($7,724.00) |
| CBL Pfd. D | Joint Account | Buy | 10/04/2018 | 300 | 15.5390 | ($4,661.70) |
| CBL Pfd. D | Joint Account | Buy | 10/04/2018 | 820 | 15.5400 | ($12,742.80) |
| CBL Pfd. D | Joint Account | Buy | 10/04/2018 | 216 | 15.5300 | ($3,354.48) |
| CBL Pfd. D | Joint Account | Buy | 10/04/2018 | 100 | 15.5367 | ($1,553.67) |
| CBL Pfd. D | Joint Account | Buy | 10/04/2018 | 100 | 15.5370 | ($1,553.70) |
| CBL Pfd. D | Joint Account | Buy | 10/04/2018 | 100 | 15.5200 | ($1,552.00) |
| CBL Pfd. D | Joint Account | Sell | 10/19/2018 | (2,500) | 16.0200 | $40,050.00 |
| CBL Pfd. D | Joint Account | Buy | 11/12/2018 | 3,164 | 14.6008 | ($46,196.93) |
| CBL Pfd. D | Joint Account | Sell | 01/08/2019 | (21) | 13.1500 | $276.15 |
| CBL Pfd. D | Joint Account | Sell | 01/09/2019 | (6,979) | 13.2000 | $92,122.80 |
| CBL Pfd. D | Joint Account | Sell | 01/16/2019 | (100) | 13.9600 | $1,396.00 |
| CBL Pfd. D | Joint Account | Sell | 01/16/2019 | (6,462) | 13.9500 | $90,144.90 |
| CBL Pfd. D | Joint Account | Sell | 01/30/2019 | (8,438) | 14.3000 | $120,663.40 |
| CBL Pfd. D | Joint Account | Ending Balance | 06/24/2019 | | 9.2984 | |
| CBL Pfd. D | Joint Account | G(L) | | | | ($206,054.85) |
| | | | | | | |
| CBL Pfd. E | Joint Account | Opening Balance | 07/29/2014 | | | |
| CBL Pfd. E | Joint Account | Buy | 03/06/2018 | 1,199 | 16.5000 | ($19,783.50) |
| CBL Pfd. E | Joint Account | Buy | 03/06/2018 | 1,801 | 16.4500 | ($29,626.45) |
| CBL Pfd. E | Joint Account | Buy | 04/30/2018 | 2,000 | 16.0158 | ($32,031.60) |
| CBL Pfd. E | Joint Account | Buy | 05/07/2018 | 170 | 16.0900 | ($2,735.30) |
| CBL Pfd. E | Joint Account | Buy | 05/07/2018 | 100 | 16.0500 | ($1,605.00) |
| CBL Pfd. E | Joint Account | Buy | 05/07/2018 | 2,730 | 16.1000 | ($43,953.00) |
| CBL Pfd. E | Joint Account | Buy | 05/17/2018 | 2,683 | 16.0000 | ($42,928.00) |
| CBL Pfd. E | Joint Account | Buy | 05/17/2018 | 300 | 16.0100 | ($4,803.00) |
| CBL Pfd. E | Joint Account | Buy | 05/22/2018 | 1,894 | 16.1800 | ($30,644.92) |
| CBL Pfd. E | Joint Account | Buy | 05/22/2018 | 100 | 16.1900 | ($1,619.00) |
| CBL Pfd. E | Joint Account | Buy | 05/25/2018 | 2,148 | 16.2200 | ($34,840.56) |
| CBL Pfd. E | Joint Account | Buy | 06/04/2018 | 400 | 16.7990 | ($6,719.60) |
| CBL Pfd. E | Joint Account | Buy | 06/04/2018 | 1,400 | 16.8000 | ($23,520.00) |
| CBL Pfd. E | Joint Account | Buy | 06/04/2018 | 1,100 | 16.7899 | ($18,468.89) |
| CBL Pfd. E | Joint Account | Buy | 06/04/2018 | 800 | 16.7900 | ($13,432.00) |
| CBL Pfd. E | Joint Account | Buy | 06/04/2018 | 300 | 16.7854 | ($5,035.62) |
| CBL Pfd. E | Joint Account | Buy | 06/06/2018 | 2,064 | 17.0852 | ($35,263.85) |
| CBL Pfd. E | Joint Account | Buy | 06/06/2018 | 1,086 | 17.1000 | ($18,570.60) |
| CBL Pfd. E | Joint Account | Buy | 06/06/2018 | 150 | 17.0900 | ($2,563.50) |

*Ending Balances valued at the 90 days post class period average closing price.*

Case 1:19-cv-00181-JRG-CHS     Document 14-4     Filed 07/16/19     Page 5 of 8
PageID #: 227

## Gain(Loss) Chart

| Security | Portfolio | Trans | Trade Date | Shares | Price | Amount |
|---|---|---|---|---|---|---|
| CBL Pfd. E | Joint Account | Buy | 06/14/2018 | 100 | 17.1190 | ($1,711.90) |
| CBL Pfd. E | Joint Account | Buy | 06/14/2018 | 300 | 17.0961 | ($5,128.83) |
| CBL Pfd. E | Joint Account | Buy | 06/14/2018 | 1,975 | 17.1018 | ($33,776.06) |
| CBL Pfd. E | Joint Account | Buy | 06/14/2018 | 200 | 17.1000 | ($3,420.00) |
| CBL Pfd. E | Joint Account | Sell | 07/18/2018 | (3,000) | 17.4250 | $52,275.00 |
| CBL Pfd. E | Joint Account | Sell | 07/18/2018 | (1,100) | 17.4001 | $19,140.11 |
| CBL Pfd. E | Joint Account | Sell | 07/18/2018 | (827) | 17.4000 | $14,389.80 |
| CBL Pfd. E | Joint Account | Buy | 07/19/2018 | 3,413 | 17.3900 | ($59,352.07) |
| CBL Pfd. E | Joint Account | Buy | 07/19/2018 | 264 | 17.3750 | ($4,587.00) |
| CBL Pfd. E | Joint Account | Buy | 09/18/2018 | 2,400 | 14.8000 | ($35,520.00) |
| CBL Pfd. E | Joint Account | Buy | 09/18/2018 | 188 | 14.7000 | ($2,763.60) |
| CBL Pfd. E | Joint Account | Buy | 09/18/2018 | 50 | 14.7793 | ($738.97) |
| CBL Pfd. E | Joint Account | Buy | 11/06/2018 | 4,000 | 13.4200 | ($53,680.00) |
| CBL Pfd. E | Joint Account | Sell | 11/08/2018 | (3,388) | 13.5251 | $45,823.04 |
| CBL Pfd. E | Joint Account | Buy | 03/15/2019 | 28 | 10.5500 | ($295.40) |
| CBL Pfd. E | Joint Account | Buy | 03/15/2019 | 2,972 | 10.5500 | ($31,354.60) |
| CBL Pfd. E | Joint Account | Ending Balance | 06/24/2019 | 30,000 | 8.7256 | $261,767.65 |
| CBL Pfd. E | Joint Account | G(L) | | | | ($207,077.21) |
| | | | | | | |
| CBL Pfd. D | HoffInvestCo | Opening Balance | 07/29/2014 | | | |
| CBL Pfd. D | HoffInvestCo | Buy | 11/21/2017 | 5,500 | 22.2500 | ($122,375.00) |
| CBL Pfd. D | HoffInvestCo | Sell | 11/30/2017 | (200) | 22.9800 | $4,596.00 |
| CBL Pfd. D | HoffInvestCo | Sell | 11/30/2017 | (100) | 22.9750 | $2,297.50 |
| CBL Pfd. D | HoffInvestCo | Sell | 11/30/2017 | (598) | 22.9700 | $13,736.06 |
| CBL Pfd. D | HoffInvestCo | Buy | 12/06/2017 | 2,500 | 22.5590 | ($56,397.50) |
| CBL Pfd. D | HoffInvestCo | Buy | 04/04/2018 | 2,898 | 16.9000 | ($48,976.20) |
| CBL Pfd. D | HoffInvestCo | Buy | 05/29/2018 | 4,900 | 18.2000 | ($89,180.00) |
| CBL Pfd. D | HoffInvestCo | Buy | 05/29/2018 | 600 | 18.1999 | ($10,919.94) |
| CBL Pfd. D | HoffInvestCo | Sell | 01/30/2019 | (124) | 14.5345 | $1,802.28 |
| CBL Pfd. D | HoffInvestCo | Sell | 01/30/2019 | (83) | 14.5344 | $1,206.36 |
| CBL Pfd. D | HoffInvestCo | Sell | 01/30/2019 | (100) | 14.5470 | $1,454.70 |
| CBL Pfd. D | HoffInvestCo | Buy | 02/11/2019 | 1,000 | 13.7200 | ($13,720.00) |
| CBL Pfd. D | HoffInvestCo | Buy | 02/11/2019 | 5,000 | 13.7400 | ($68,700.00) |
| CBL Pfd. D | HoffInvestCo | Buy | 02/13/2019 | 3,947 | 13.7000 | ($54,073.90) |
| CBL Pfd. D | HoffInvestCo | Buy | 02/13/2019 | 53 | 13.7000 | ($726.10) |
| CBL Pfd. D | HoffInvestCo | Sell | 02/13/2019 | (4,193) | 14.0500 | $58,911.65 |
| CBL Pfd. D | HoffInvestCo | Buy | 02/14/2019 | 3,000 | 13.5500 | ($40,650.00) |
| CBL Pfd. D | HoffInvestCo | Buy | 02/28/2019 | 200 | 13.1665 | ($2,633.30) |

*Ending Balances valued at the 90 days post class period average closing price.*

## Gain(Loss) Chart

| Security | Portfolio | Trans | Trade Date | Shares | Price | Amount |
|---|---|---|---|---|---|---|
| CBL Pfd. D | HoffInvestCo | Buy | 02/28/2019 | 3,600 | 13.1800 | ($47,448.00) |
| CBL Pfd. D | HoffInvestCo | Buy | 02/28/2019 | 200 | 13.1671 | ($2,633.42) |
| CBL Pfd. D | HoffInvestCo | Sell | 03/04/2019 | (4,500) | 13.4500 | $60,525.00 |
| CBL Pfd. D | HoffInvestCo | Sell | 03/05/2019 | (325) | 13.4345 | $4,366.21 |
| CBL Pfd. D | HoffInvestCo | Sell | 03/05/2019 | (4,175) | 13.4000 | $55,945.00 |
| CBL Pfd. D | HoffInvestCo | Buy | 03/20/2019 | 2,600 | 11.4000 | ($29,640.00) |
| CBL Pfd. D | HoffInvestCo | Ending Balance | 06/24/2019 | 21,600 | 9.2984 | $200,846.36 |
| CBL Pfd. D | HoffInvestCo | G(L) | | | | ($182,386.24) |
| | | | | | | |
| CBL | C Hoffman IRA | Opening Balance | 07/29/2014 | | | |
| CBL | C Hoffman IRA | Buy | 12/31/2018 | 4,550 | 1.9985 | ($9,093.18) |
| CBL | C Hoffman IRA | Buy | 01/23/2019 | 10,600 | 2.2900 | ($24,274.00) |
| CBL | C Hoffman IRA | Sell | 02/11/2019 | (15,000) | 2.4200 | $36,300.00 |
| CBL | C Hoffman IRA | Buy | 02/21/2019 | 3,300 | 2.0500 | ($6,765.00) |
| CBL | C Hoffman IRA | Buy | 03/11/2019 | 790 | 1.8050 | ($1,425.95) |
| CBL | C Hoffman IRA | Ending Balance | 06/24/2019 | 4,240 | 1.1850 | $5,024.40 |
| CBL | C Hoffman IRA | G(L) | | | | ($233.73) |
| | | | | | | |
| CBL Pfd. D | C Hoffman IRA | Opening Balance | 07/29/2014 | | | |
| CBL Pfd. D | C Hoffman IRA | Buy | 12/05/2017 | 6,000 | 22.7200 | ($136,320.00) |
| CBL Pfd. D | C Hoffman IRA | Buy | 01/16/2018 | 276 | 20.9933 | ($5,794.15) |
| CBL Pfd. D | C Hoffman IRA | Buy | 06/21/2018 | 175 | 19.1999 | ($3,359.98) |
| CBL Pfd. D | C Hoffman IRA | Buy | 07/03/2018 | 149 | 19.2400 | ($2,866.76) |
| CBL Pfd. D | C Hoffman IRA | Buy | 10/18/2018 | 215 | 15.6848 | ($3,372.23) |
| CBL Pfd. D | C Hoffman IRA | Buy | 02/11/2019 | 100 | 13.6667 | ($1,366.67) |
| CBL Pfd. D | C Hoffman IRA | Buy | 02/11/2019 | 21 | 13.6800 | ($287.28) |
| CBL Pfd. D | C Hoffman IRA | Buy | 02/11/2019 | 1,100 | 13.7000 | ($15,070.00) |
| CBL Pfd. D | C Hoffman IRA | Buy | 02/11/2019 | 740 | 13.7098 | ($10,145.25) |
| CBL Pfd. D | C Hoffman IRA | Buy | 02/11/2019 | 679 | 13.6767 | ($9,286.48) |
| CBL Pfd. D | C Hoffman IRA | Buy | 03/21/2019 | 210 | 11.0710 | ($2,324.91) |
| CBL Pfd. D | C Hoffman IRA | Ending Balance | 06/24/2019 | 9,665 | 9.2984 | $89,869.45 |
| CBL Pfd. D | C Hoffman IRA | G(L) | | | | ($100,324.27) |
| | | | | | | |
| CBL Pfd. E | C Hoffman IRA | Opening Balance | 07/29/2014 | | | |
| CBL Pfd. E | C Hoffman IRA | Buy | 08/24/2018 | 3,220 | 16.4000 | ($52,808.00) |
| CBL Pfd. E | C Hoffman IRA | Buy | 08/24/2018 | 1,980 | 16.3900 | ($32,452.20) |
| CBL Pfd. E | C Hoffman IRA | Ending Balance | 06/24/2019 | 5,200 | 8.7256 | $45,373.06 |
| CBL Pfd. E | C Hoffman IRA | G(L) | | | | ($39,887.14) |

*Ending Balances valued at the 90 days post class period average closing price.*

Case 1:19-cv-00181-JRG-CHS    Document 14-4    Filed 07/16/19    Page 7 of 8
PageID #: 229

# Gain(Loss) Chart

| Security | Portfolio | Trans | Trade Date | Shares | Price | Amount |
|---|---|---|---|---|---|---|
| CBL | L Hoffman IRA | Opening Balance | 07/29/2014 | | | |
| CBL | L Hoffman IRA | Buy | 11/15/2017 | 17,010 | 5.5100 | ($93,725.10) |
| CBL | L Hoffman IRA | Buy | 11/15/2017 | 1,490 | 5.5050 | ($8,202.45) |
| CBL | L Hoffman IRA | Sell | 11/16/2017 | (5,331) | 5.6950 | $30,360.05 |
| CBL | L Hoffman IRA | Sell | 11/16/2017 | (101) | 5.7000 | $575.70 |
| CBL | L Hoffman IRA | Sell | 11/16/2017 | (1,300) | 5.6950 | $7,403.50 |
| CBL | L Hoffman IRA | Sell | 11/16/2017 | (11,768) | 5.6910 | $66,971.69 |
| CBL | L Hoffman IRA | Ending Balance | 06/24/2019 | | 1.1850 | |
| CBL | L Hoffman IRA | G(L) | | | | $3,383.38 |
| | | | | | | |
| CBL Pfd. D | L Hoffman IRA | Opening Balance | 07/29/2014 | | | |
| CBL Pfd. D | L Hoffman IRA | Buy | 12/22/2017 | 300 | 21.8750 | ($6,562.50) |
| CBL Pfd. D | L Hoffman IRA | Buy | 12/22/2017 | 3,784 | 21.9000 | ($82,869.60) |
| CBL Pfd. D | L Hoffman IRA | Buy | 12/22/2017 | 516 | 21.8900 | ($11,295.24) |
| CBL Pfd. D | L Hoffman IRA | Buy | 12/22/2017 | 300 | 21.8870 | ($6,566.10) |
| CBL Pfd. D | L Hoffman IRA | Buy | 12/27/2017 | 800 | 21.8450 | ($17,476.00) |
| CBL Pfd. D | L Hoffman IRA | Buy | 12/27/2017 | 259 | 21.8500 | ($5,659.15) |
| CBL Pfd. D | L Hoffman IRA | Buy | 06/21/2018 | 80 | 19.1700 | ($1,533.60) |
| CBL Pfd. D | L Hoffman IRA | Buy | 07/03/2018 | 143 | 19.2799 | ($2,757.03) |
| CBL Pfd. D | L Hoffman IRA | Buy | 01/09/2019 | 125 | 13.0299 | ($1,628.74) |
| CBL Pfd. D | L Hoffman IRA | Buy | 01/09/2019 | 300 | 13.0300 | ($3,909.00) |
| CBL Pfd. D | L Hoffman IRA | Buy | 01/25/2019 | 213 | 14.0725 | ($2,997.44) |
| CBL Pfd. D | L Hoffman IRA | Buy | 01/25/2019 | 500 | 14.0726 | ($7,036.30) |
| CBL Pfd. D | L Hoffman IRA | Buy | 01/25/2019 | 294 | 14.0731 | ($4,137.49) |
| CBL Pfd. D | L Hoffman IRA | Buy | 01/25/2019 | 6 | 14.0800 | ($84.48) |
| CBL Pfd. D | L Hoffman IRA | Buy | 03/15/2019 | 133 | 11.8866 | ($1,580.92) |
| CBL Pfd. D | L Hoffman IRA | Buy | 03/21/2019 | 136 | 11.0755 | ($1,506.27) |
| CBL Pfd. D | L Hoffman IRA | Ending Balance | 06/24/2019 | 7,889 | 9.2984 | $73,355.41 |
| CBL Pfd. D | L Hoffman IRA | G(L) | | | | ($84,244.44) |
| | | | | | | |
| | | Grand Total | | | | ($834,293.09) |

*Ending Balances valued at the 90 days post class period average closing price.*

Case 1:19-cv-00181-JRG-CHS    Document 14-4    Filed 07/16/19    Page 8 of 8
PageID #: 230