# EXHIBIT F

### John W. Chandler, Jr.

After graduating from the University of Tennessee School of Law in 1978, Mr. Chandler was hired by the Memphis, Tennessee Law Firm of Burch, Porter & Johnson. While still working as an Associate, Mr. Chandler assumed primary responsibility for representing that firm's long-term railroad clients (i.e. Illinois Central Railroad and Southern Pacific Railroad) in railroad crossing and Federal Employer's Liability Act (FELA) cases in State and Federal Courts throughout the State of Tennessee. While he was still an Associate, Mr. Chandler obtained a $1.5 Million jury verdict in the U.S. District Court for the Western District of Tennessee at Memphis for the parents of a Tipton County Tennessee Sheriff's Deputy, who was recklessly shot and killed by his partner in a § 1983 civil rights case. *See Carr v. Hicks*, Case No. 2:89-cv-03090 (U.S. Dist. Ct. W. Dist. TN).

In 2001, after Illinois Central Railroad was bought out by Canadian National Railway and Southern Pacific Railroad Company merged with Union Pacific Railroad, Mr. Chandler resigned from Burch, Porter & Johnson and opened a solo law office; in order to use his expertise with railroad litigation to sue railroads along with Pamela R. O'Dwyer, who at that time was the Chair of the American Trial Lawyers' Association (now known as the American Association for Justice) Railroad Section. Mr. Chandler first assisted Ms. O'Dwyer in the defense of a $400,000.00 wrongful death jury verdict she had obtained in the railroad crossing case of *Shanklin v. Norfolk Southern Railway Company* in the U.S. District Court for the Western District of Tennessee both before the United States Court of Appeals for the Sixth Circuit and the United States Supreme Court. After the United States Supreme Court reversed that jury verdict on the basis of Federal preemption of the Plaintiff's inadequate signalization claim; Mr. Chandler participated at the second trial of that case in District Court that resulted in a $1.4 Million jury verdict and drafted the Plaintiff's Reply Brief in the Defendant Railroad's unsuccessful appeal of that jury verdict to the Sixth Circuit. *See Shanklin v. Norfolk Southern Ry. Co.*, 369 F.3d 978 (6th Cir. 2004).

During the next several years, Mr. Chandler and Ms. O'Dwyer jointly tried numerous grade crossing and FELA cases in State and Federal Courts throughout the States of Tennessee, Arkansas, and Mississippi, as well as a few other States. Those cases included the railroad crossing case of *Feaster v. CSX Transp., Inc.*, Case No. 10,913-cv (Circuit Court of Bedford County, Tennessee), which was settled for a confidential amount after the trial resulted in a hung jury. The *Feaster* case was the subject of a July 12, 2004 article published in the New York Times as one of a series of articles on railroad crossing safety entitled "Blood on the Tracks" that were written by Walt Bogdanich, who won the 2005 Pulitzer Prize in National Reporting for that series of articles.

In 2008 Mr. Chandler associated with the Law Office of Morgan G. Adams / Truck Wreck Justice in Chattanooga. During his approximate 10-year tenure with that law firm, Mr. Chandler devoted his practice almost exclusively to representing Plaintiffs suing trucking companies in tractor-trailer wreck cases. While working at that office, Mr. Chandler tried or settled numerous tractor-trailer cases, including a case involving a significant traumatic brain injury that settled for $1.5 Million.

Since June of 2018, Mr. Chandler has been associated with The Hamilton Firm in Chattanooga, Tennessee, where he represents Plaintiffs in a variety of cases with a focus on tractor-

1

trailer wreck cases. At the present time, Mr. Chandler has two such cases pending in this District Court (i.e. *Amy Renee Byrd, Personal Representative for the Estate of James Anthony Crosby, Deceased, and Pat Salmon and Sons of Florida, Inc. and Tri-Sal Leasing Co., Inc.; v. Roy Buie, et al;* Civil Case No. 1:17-cv-00273 and *Crystina Bass and Christopher Bass v. Bobo Transportation, Inc., et al*; Case No. 1:17-cv-108).

Mr. Chandler has tried over 100 cases to verdict in State and Federal Courts throughout the State of Tennessee and in several other States and has successfully argued appeals in the U.S. Courts of Appeal for the Sixth and Eighth Circuits. Mr. Chandler has been the Author/Editor of *Handling Motor Vehicle Accident Cases* (2d) published by Thomson Reuters since 2001; served as the Chair of the American Association of Justice (formerly ATLA) Railroad Section during 2000-2001; and has received a "AV Preeminent Peer Review 5.0 out of 5.0" rating from Martindale Hubbell each year for 25 straight years from 1994 to the present.

2