# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
## CHATTANOOGA DIVISION

| | |
|---|---|
| LAURENCE PASKOWITZ, On Behalf Of Himself And All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CBL & ASSOCIATES PROPERTIES, INC., STEPHEN D. LEBOVITZ, CHARLES B. LEBOVITZ, A. LARRY CHAPMAN and FARZANA KHALEEL,<br><br>Defendants. | Case No. 1:19-cv-00149-JRG-CHS (GREER/STEGER)<br><br>JURY DEMAND<br><br>**DECLARATION OF CHRISTOPHER T. CAIN IN SUPPORT OF BRENT COWIN'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL** |
| PATRICK WILLIAMS, On Behalf of Himself And All Others Similarly Situated,<br><br>Plaintiff,<br><br><br><br>CBL & ASSOCIATES PROPERTIES, INC., STEPHEN D. LEBOVITZ, CHARLES B. LEBOVITZ, A. LARRY CHAPMAN and FARZANA KHALEEL,<br><br>Defendants. | CASE NO. 1:19-CV-00181-JRG-CHS (GREER/STEGER)<br><br>JURY DEMAND |

(additional caption on following page)

| | |
|---|---|
| ALBERTO MERELLES, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>CBL & ASSOCIATES PROPERTIES, INC., STEPHEN D. LEBOVITZ, CHARLES B. LEBOVITZ, FARZANA KHALEEL, and A. LARRY CHAPMAN,<br><br>Defendants. | Case No. 1:19-cv-00193-JRG-CHS (GREER/STEGER)<br><br>JURY DEMAND |

Christopher T. Cain, Jr. declares on this 16th day of July:

1.      I am a partner with the law firm of Scott & Cain, PLLC.  I submit this declaration in support of Cowin's motion for appointment as Lead Plaintiff and approval of his selection of Faruqi & Faruqi, LLP to serve as Lead Counsel and Scott & Cain, PLLC to serve as liaison counsel for the Class.

2.      Attached hereto as Exhibits A through D are true and correct copies of the following documents:

Exhibit A: First Notice of Pendency of a Class Action

Exhibit B: PSLRA Certification of Cowin

Exhibit C: Chart of Cowin's Losses

Exhibit D: Firm Resume of Faruqi & Faruqi, LLP

I hereby declare under penalty of perjury that the foregoing is true and correct.

1

/s/ *Christopher T. Cain*
Christopher T. Cain, BPR #19997