# EXHIBIT A

# Gainey McKenna & Egleston Announces It Has Filed A Class Action Lawsuit Against CBL & Associates Properties, Inc (CBL)



May 17, 2019 20:00 ET | **Source:** Gainey McKenna & Egleston

NEW YORK, May 17, 2019 (GLOBE NEWSWIRE) -- Gainey McKenna & Egleston announces that it has filed a class action lawsuit against CBL & Associates Properties, Inc ("CBL" or the "Company") (NYSE: CBL) in the United States District Court for the Eastern District of Tennessee on behalf of those who purchased or acquired the securities of CBL between November 8, 2017 through March 26, 2019, inclusive (the "Class Period"), seeking to recover damages caused by Defendants' violations of the federal securities laws and to pursue remedies under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act") and Rule 10b-5 promulgated thereunder.

The Complaint alleges that Defendants made false and/or misleading statements and/or failed to disclose in its SEC filings that the Company was the target of a class action suit that could result in tens of millions or even hundreds of millions of dollars in liability.  The Complaint alleges that Defendants completely ignored their disclosure obligation, motivated by a desire to avoid bad publicity surrounding their dishonest nature and their dishonest conduct.  When the truth was revealed, CBL shares materially declined in price, injuring Plaintiff and the other members of the proposed Class.

Investors who purchased or otherwise acquired the securities of CBL during the Class Period should contact the Firm **prior to the July 16, 2019** lead plaintiff motion deadline.  A lead plaintiff is a representative party acting on behalf of other class members in directing the litigation.  If you wish to discuss your rights or interests regarding this class action, please contact Thomas J. McKenna, Esq. or Gregory M. Egleston, Esq. of Gainey McKenna & Egleston at (212) 983-1300, or via e-mail at **tjmckenna@gme-law.com** or **gegleston@gme-law.com**.

Please visit our website at **http://www.gme-law.com** for more information about the firm.

Newswire Distribution Network & Management

- Home
- Newsroom

- RSS Feeds
- Legal

About Us

**GlobeNewswire** is one of the world's largest newswire distribution networks, specializing in the delivery of corporate press releases financial disclosures and multimedia content to the media, investment community, individual investors and the general public.

© 2019 GlobeNewswire, Inc. All Rights Reserved.