# EXHIBIT C


**FARUQI & FARUQI** LLP

| OPEN TRANSACTIONS | | | | | | | CLOSE TRANSACTIONS | | | | | | | Matched Loss |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Transaction | Security | Date | Quantity | Price | Total | | Transaction | Security | Date | Quantity | Price | Total | | |
| Purchase | Common Stock | 10/01/2015 | 7,600 | $13.8176 | $105,013.42 | | | | | | | | | |
| Purchase | Common Stock | 10/05/2015 | 3,090 | $13.8971 | $42,942.04 | | | | | | | | | |
| Purchase | Common Stock | 12/03/2015 | 4,879 | $12.3374 | $60,194.34 | | | | | | | | | |
| Purchase | Common Stock | 12/03/2015 | 4,184 | $12.3600 | $51,714.24 | 4,067 | | | | | | | | |
| Purchase | Common Stock | 12/03/2015 | 2,937 | $12.3300 | $36,213.21 | | | | | | | | | |
| Purchase | Common Stock | 01/27/2016 | 1,946 | $11.0390 | $21,481.89 | | | | | | | | | |
| | | | | | | | Sale | Common Stock | 02/09/2016 | (5,000) | $9.7822 | ($48,911.00) | | $10,230.22 |
| Purchase | Common Stock | 03/31/2016 | 7,364 | $11.8876 | $87,540.29 | | | | | | | | | |
| Purchase | Common Stock | 02/21/2017 | 797 | $10.4650 | $8,340.61 | | | | | | | | | |
| Purchase | Common Stock | 02/21/2017 | 203 | $10.4565 | $2,122.67 | | | | | | | | | |
| Purchase | Common Stock | 02/24/2017 | 100 | $9.9200 | $992.00 | | | | | | | | | |
| Purchase | Common Stock | 02/24/2017 | 10,319 | $9.9300 | $102,467.67 | 10,030 | | | | | | | | |
| Purchase | Common Stock | 02/24/2017 | 100 | $9.9100 | $991.00 | | | | | | | | | |
| Purchase | Common Stock | 02/24/2017 | 100 | $9.9100 | $991.00 | | | | | | | | | |
| Purchase | Common Stock | 02/24/2017 | 66 | $9.9100 | $654.06 | | | | | | | | | |
| Purchase | Common Stock | 02/24/2017 | 34 | $9.9100 | $336.94 | | | | | | | | | |
| Purchase | Common Stock | 02/24/2017 | 20 | $9.9100 | $198.20 | | | | | | | | | |
| Purchase | Common Stock | 02/24/2017 | 100 | $9.9100 | $991.00 | | | | | | | | | |
| Purchase | Common Stock | 02/24/2017 | 100 | $9.9100 | $991.00 | | | | | | | | | |
| Purchase | Common Stock | 02/24/2017 | 100 | $9.9100 | $991.00 | | | | | | | | | |
| Purchase | Common Stock | 02/24/2017 | 100 | $9.9100 | $991.00 | | | | | | | | | |
| Purchase | Common Stock | 02/24/2017 | 100 | $9.9100 | $991.00 | | | | | | | | | |
| Purchase | Common Stock | 02/24/2017 | 100 | $9.9100 | $991.00 | | | | | | | | | |
| Purchase | Common Stock | 02/24/2017 | 23 | $9.9200 | $228.16 | | | | | | | | | |
| Purchase | Common Stock | 02/24/2017 | 200 | $9.9200 | $1,984.00 | | | | | | | | | |
| Purchase | Common Stock | 02/24/2017 | 100 | $9.9200 | $992.00 | | | | | | | | | |
| Purchase | Common Stock | 02/24/2017 | 100 | $9.9200 | $992.00 | | | | | | | | | |
| Purchase | Common Stock | 02/24/2017 | 100 | $9.9000 | $990.00 | | | | | | | | | |
| Purchase | Common Stock | 02/24/2017 | 200 | $9.9000 | $1,980.00 | | | | | | | | | |
| Purchase | Common Stock | 02/24/2017 | 100 | $9.9100 | $991.00 | | | | | | | | | |
| Purchase | Common Stock | 02/24/2017 | 100 | $9.9200 | $992.00 | | | | | | | | | |
| Purchase | Common Stock | 02/24/2017 | 100 | $9.9200 | $992.00 | | | | | | | | | |
| Purchase | Common Stock | 02/24/2017 | 500 | $9.9200 | $4,960.00 | | | | | | | | | |
| Purchase | Common Stock | 02/24/2017 | 100 | $9.9200 | $992.00 | | | | | | | | | |
| Purchase | Common Stock | 02/24/2017 | 100 | $9.9200 | $992.00 | | | | | | | | | |
| Purchase | Common Stock | 02/24/2017 | 100 | $9.9200 | $992.00 | | | | | | | | | |
| Purchase | Common Stock | 02/24/2017 | 100 | $9.9200 | $992.00 | | | | | | | | | |
| Purchase | Common Stock | 02/24/2017 | 100 | $9.9200 | $992.00 | | | | | | | | | |
| Purchase | Common Stock | 02/24/2017 | 200 | $9.9200 | $1,984.00 | | | | | | | | | |
| Purchase | Common Stock | 02/24/2017 | 100 | $9.9200 | $992.00 | | | | | | | | | |
| Purchase | Common Stock | 02/24/2017 | 400 | $9.9200 | $3,968.00 | | | | | | | | | |
| Purchase | Common Stock | 02/24/2017 | 100 | $9.9200 | $992.00 | | | | | | | | | |
| Purchase | Common Stock | 02/24/2017 | 100 | $9.9200 | $992.00 | | | | | | | | | |
| Purchase | Common Stock | 02/24/2017 | 100 | $9.9200 | $992.00 | | | | | | | | | |
| Purchase | Common Stock | 02/24/2017 | 174 | $9.9200 | $1,726.08 | | | | | | | | | |
| Purchase | Common Stock | 02/24/2017 | 500 | $9.9200 | $4,960.00 | | | | | | | | | |
| Purchase | Common Stock | 02/24/2017 | 3,000 | $9.9600 | $29,880.00 | 1,604 | | | | | | | | |
| Purchase | Common Stock | 02/24/2017 | 2,594 | $9.9590 | $25,833.65 | | | | | | | | | |
| Purchase | Common Stock | 02/24/2017 | 800 | $9.9500 | $7,960.00 | 794 | | | | | | | | |
| | | | | | | 532 | | | | | | | | |
| | | | | | | | Sale | Common Stock | 02/24/2017 | (6) | $10.0150 | ($60.09) | | ($0.39) |
| Purchase | Common Stock | 03/22/2017 | 5,000 | $8.8273 | $44,136.50 | 2,096 | | | | | | | | |
| Purchase | Common Stock | 03/28/2017 | 5,000 | $8.9099 | $44,549.50 | | | | | | | | | |
| Purchase | Common Stock | 05/22/2017 | 25 | $7.5950 | $189.88 | | | | | | | | | |
| Purchase | Common Stock | 05/22/2017 | 162 | $7.5950 | $1,230.39 | | | | | | | | | |
| Purchase | Common Stock | 05/22/2017 | 5 | $7.5950 | $37.98 | | | | | | | | | |
| Purchase | Common Stock | 05/22/2017 | 5 | $7.5950 | $37.98 | | | | | | | | | |
| Purchase | Common Stock | 05/22/2017 | 5 | $7.5950 | $37.98 | | | | | | | | | |
| Purchase | Common Stock | 05/22/2017 | 8 | $7.5950 | $60.76 | | | | | | | | | |
| Purchase | Common Stock | 05/22/2017 | 7 | $7.5950 | $53.17 | | | | | | | | | |
| Purchase | Common Stock | 05/22/2017 | 8 | $7.5950 | $60.76 | | | | | | | | | |

| Type | Security | Date | Shares | Price | Amount | | |
|---|---|---|---|---|---|---|---|
| Purchase | Common Stock | 05/22/2017 | 100 | $7.5900 | $759.00 | | |
| Purchase | Common Stock | 05/22/2017 | 100 | $7.5900 | $759.00 | | |
| Purchase | Common Stock | 05/22/2017 | 80 | $7.5950 | $607.60 | | |
| Purchase | Common Stock | 05/22/2017 | 100 | $7.5900 | $759.00 | | |
| Purchase | Common Stock | 05/22/2017 | 20 | $7.5900 | $151.80 | | |
| Purchase | Common Stock | 05/22/2017 | 100 | $7.5950 | $759.50 | | |
| Purchase | Common Stock | 05/22/2017 | 100 | $7.5990 | $759.90 | | |
| Purchase | Common Stock | 05/22/2017 | 200 | $7.5990 | $1,519.80 | | |
| Purchase | Common Stock | 05/22/2017 | 100 | $7.5999 | $759.99 | | |
| Purchase | Common Stock | 05/22/2017 | 12,976 | $7.6000 | $98,617.60 | 4,065 | |
| Purchase | Common Stock | 05/22/2017 | 13 | $7.5950 | $98.74 | | |
| Purchase | Common Stock | 05/22/2017 | 200 | $7.5950 | $1,519.00 | | |
| Purchase | Common Stock | 05/22/2017 | 200 | $7.5950 | $1,519.00 | | |
| Purchase | Common Stock | 05/22/2017 | 200 | $7.5950 | $1,519.00 | | |
| Purchase | Common Stock | 05/22/2017 | 200 | $7.5950 | $1,519.00 | | |
| Purchase | Common Stock | 05/22/2017 | 200 | $7.5950 | $1,519.00 | | |
| Purchase | Common Stock | 05/22/2017 | 200 | $7.5950 | $1,519.00 | | |
| Purchase | Common Stock | 05/22/2017 | 162 | $7.5950 | $1,230.39 | | |
| Purchase | Common Stock | 07/19/2017 | 587 | $8.7130 | $5,114.53 | | |
| Purchase | Common Stock | 08/07/2017 | 3,745 | $8.8174 | $33,021.16 | | |
| Purchase | Common Stock | 10/25/2017 | 200 | $8.2150 | $1,643.00 | | |
| Sale | Common Stock | 11/07/2017 | (14,818) | $5.6601 | ($83,871.36) | | $34,074.06 |
| Purchase | Common Stock | 11/09/2017 | 4,751 | $5.9492 | $28,264.65 | | |
| Purchase | Common Stock | 11/09/2017 | 7,525 | $5.9290 | $44,615.73 | | |
| Purchase | Common Stock | 11/09/2017 | 2,418 | $5.6979 | $13,777.52 | | |
| Purchase | Common Stock | 11/13/2017 | 1,000 | $5.8150 | $5,815.00 | | |
| Purchase | Common Stock | 02/02/2018 | 397 | $5.3363 | $2,118.51 | | |
| Sale | Common Stock | 02/08/2018 | (10,000) | $4.6500 | ($46,500.00) | | |
| Sale | Common Stock | 02/08/2018 | (500) | $4.7000 | ($2,350.00) | | |
| Sale | Common Stock | 02/08/2018 | (9,500) | $4.6500 | ($44,175.00) | | |
| Sale | Common Stock | 02/13/2018 | (7,900) | $4.4118 | ($34,853.22) | | |
| Sale | Common Stock | 02/16/2018 | (525) | $4.7836 | ($2,511.39) | | |
| Sale | Common Stock | 02/16/2018 | (652) | $4.6800 | ($3,051.36) | | |
| Sale | Common Stock | 02/16/2018 | (108) | $4.6800 | ($505.44) | | $70,267.44 |
| Purchase | Common Stock | 03/16/2018 | 748 | $4.3762 | $3,273.40 | | |
| Purchase | Common Stock | 03/28/2018 | 1,690 | $4.3850 | $7,410.65 | | |
| Purchase | Common Stock | 04/30/2018 | 7,500 | $4.1578 | $31,183.42 | | |
| Purchase | Common Stock | 05/01/2018 | 2,500 | $4.1799 | $10,449.75 | | |
| Purchase | Common Stock | 05/01/2018 | 1,338 | $4.2400 | $5,673.12 | | |
| Purchase | Common Stock | 05/02/2018 | 5,965 | $4.1286 | $24,627.10 | | |
| Purchase | Common Stock | 05/02/2018 | 430 | $4.1450 | $1,782.35 | | |
| Purchase | Common Stock | 05/02/2018 | 6,162 | $4.0800 | $25,140.96 | 2,802 | |
| Purchase | Common Stock | 05/02/2018 | 2,500 | $4.0799 | $10,199.75 | | |
| Purchase | Common Stock | 05/02/2018 | 5,000 | $4.0993 | $20,496.47 | | |
| Purchase | Common Stock | 06/15/2018 | 2,000 | $5.3490 | $10,698.00 | | |
| Purchase | Common Stock | 06/15/2018 | 1,000 | $5.3857 | $5,385.70 | | |
| Purchase | Common Stock | 06/15/2018 | 250 | $5.3550 | $1,338.75 | | |
| Purchase | Common Stock | 06/18/2018 | 275 | $5.5060 | $1,514.15 | | |
| Purchase | Common Stock | 06/27/2018 | 2,800 | $6.1221 | $17,141.88 | | |
| Purchase | Common Stock | 07/18/2018 | 764 | $5.2262 | $3,992.82 | | |
| Purchase | Common Stock | 07/31/2018 | 4,036 | $5.4595 | $22,034.64 | | |
| Purchase | Common Stock | 08/03/2018 | 2,600 | $5.0288 | $13,075.00 | | |
| Purchase | Common Stock | 10/23/2018 | 88 | $3.3761 | $297.10 | | |
| Purchase | Common Stock | 10/29/2018 | 2,000 | $3.4393 | $6,878.60 | | |
| Purchase | Common Stock | 10/29/2018 | 1,002 | $3.4799 | $3,486.86 | | |
| Purchase | Common Stock | 10/29/2018 | 500 | $3.5672 | $1,783.60 | | |
| Purchase | Common Stock | 10/29/2018 | 500 | $3.5599 | $1,779.95 | | |
| Purchase | Common Stock | 10/29/2018 | 500 | $3.6300 | $1,815.00 | | |
| Purchase | Common Stock | 10/29/2018 | 500 | $3.5800 | $1,790.00 | | |
| Purchase | Common Stock | 11/01/2018 | 30 | $3.1950 | $95.85 | | |
| Sale | Common Stock | 11/02/2018 | (29,705) | $2.9002 | ($86,150.26) | | $51,362.65 |
| Purchase | Common Stock | 11/06/2018 | 175 | $3.0866 | $540.16 | | |
| Purchase | Common Stock | 11/09/2018 | 200 | $3.0364 | $607.28 | | |
| Purchase | Common Stock | 11/12/2018 | 400 | $3.1300 | $1,252.00 | | |
| Purchase | Common Stock | 11/13/2018 | 130 | $3.0600 | $397.80 | | |
| Sale | Common Stock | 11/14/2018 | (1,000) | $2.8800 | ($2,880.00) | | |
| Sale | Common Stock | 11/15/2018 | (5,200) | $2.6201 | ($13,624.52) | | |
| Sale | Common Stock | 11/15/2018 | (5,200) | $2.6204 | ($13,626.17) | | |
| Sale | Common Stock | 11/15/2018 | (11,200) | $2.6231 | ($29,378.21) | | |
| Sale | Common Stock | 11/15/2018 | (2,800) | $2.6170 | ($7,327.56) | | |
| Sale | Common Stock | 11/15/2018 | (836) | $2.6115 | ($2,183.21) | | $50,718.43 |

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Purchase | Common Stock | 11/19/2018 | 316 | $2.7448 | $867.36 | | | | | | | | |
| Purchase | Common Stock | 11/19/2018 | 125 | $2.7190 | $339.88 | | | | | | | | |
| Purchase | Common Stock | 11/26/2018 | 97 | $2.7050 | $262.39 | | | | | | | | |
| | | | | | | | Sale | Common Stock | 12/17/2018 | (5,060) | $2.3179 | ($11,728.54) | $34,772.28 |
| Purchase | Common Stock | 12/18/2018 | 245 | $2.0650 | $505.93 | | | | | | | | |
| Purchase | Common Stock | 12/18/2018 | 500 | $2.0701 | $1,035.05 | | | | | | | | |
| Purchase | Common Stock | 12/18/2018 | 45 | $2.0672 | $93.02 | | | | | | | | |
| | | | | | | | Sale | Common Stock | 12/19/2018 | (7,400) | $2.0065 | ($14,848.03) | $52,408.02 |
| Purchase | Common Stock | 12/26/2018 | 306 | $1.9946 | $610.35 | | | | | | | | |
| Purchase | Common Stock | 01/07/2019 | 153 | $2.1848 | $334.27 | | | | | | | | |
| Purchase | Common Stock | 01/08/2019 | 4,200 | $2.2781 | $9,568.02 | | | | | | | | |
| Purchase | Common Stock | 01/08/2019 | 400 | $2.2699 | $907.96 | | | | | | | | |
| Purchase | Common Stock | 01/22/2019 | 335 | $2.3677 | $793.18 | | | | | | | | |
| Purchase | Common Stock | 03/20/2019 | 51 | $1.7991 | $91.75 | | | | | | | | |
| Purchase | Common Stock | 03/20/2019 | 100 | $1.7950 | $179.50 | | | | | | | | |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Class Period Purchases | 161,085 | Total Costs | $1,221,864.49 | | Class Period Sales | (117,410) | Total Proceeds | ($448,535.37) | Matched Loss* $303,832.71 |
| | | | | | | Remaining Shares | 43,675 | | | Unmatched Loss** $417,741.53 |
| | | | | | | | | | | Total Loss $721,574.25 |

| Lax Factors | |
|---|---|
| Total Shares Purchased | 161,085 |
| Net Shares Purchased | 43,675 |
| Net Funds Expended | $773,329.12 |
| Approximate LIFO Loss | $721,574.25 |

*LIFO calculates losses by assuming the first stocks to be sold are the stocks purchased most recently prior to that sale.

**Under a LIFO calculation, unmatched purchased shares retained at the end of the the Class Period (those which are not offset by matching sales) are matched against a value equal to the 90-day post-Class Period average price. See 15 U.S.C. § 78u-4(e). Here, the unmatched loss is calculated by subtracting the value of the shares held at the end of the Class Period (i.e., the number of shares held multiplied by the 90-day average) from the cost basis of those shares.