UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
CHATTANOOGA DIVISION

| | |
|---|---|
| LAURENCE PASKOWITZ, On Behalf Of Himself And All Others Similarly Situated, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | CIVIL ACTION NO. |
| CBL & ASSOCIATES PROPERTIES, INC., ) STEPHEN D. LEBOVITZ, CHARLES B. ) LEBOVITZ, A. LARRY CHAPMAN, and ) FARZANA KHALEEL, ) ) | 1:19-CV-00149-JRG-CHS |
| Defendants. ) ) | |
| PATRICK WILLIAMS, On Behalf Of ) Himself And All Others Similarly Situated, ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | CIVIL ACTION NO. |
| CBL & ASSOCIATES PROPERTIES, INC., ) STEPHEN D. LEBOVITZ, CHARLES B. ) LEBOVITZ, A. LARRY CHAPMAN, and ) FARZANA KHALEEL, ) ) | 1:19-CV-00181 |
| Defendants. ) ) | |
| ALBERTO MERELLES, On Behalf Of ) Himself And All Others Similarly Situated, ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | CIVIL ACTION NO. |

CBL & ASSOCIATES PROPERTIES, INC.,     )    1:19-CV-00193
STEPHEN D. LEBOVITZ, CHARLES B.      )
LEBOVITZ, A. LARRY CHAPMAN, and     )
FARZANA KHALEEL,                          )
                                         )
      Defendants.                      )
                                         )

## ORDER ADDRESSING CONSOLIDATION
## AND CERTAIN EARLY SCHEDULING MATTERS

This cause comes before the Court on the Joint Consent Motion for Consolidation and

Order Addressing Certain Early Scheduling Matters filed by Plaintiffs Laurence Paskowitz,

Patrick Williams, and Alberto Merelles (collectively, "Plaintiffs") and Defendants CBL &

Associates Properties, Inc. ("CBL"), Stephen D. Lebovitz, Charles B. Lebovitz, A. Larry

Chapman, and Farzana Khaleel (collectively, "Defendants"). Good cause appearing to grant the

relief requested therein, IT IS HEREBY ORDERED as follows:

     i.     The actions styled *Paskowitz v. CBL & Associates et al.*, Case no. 1:19-cv-

          00149-JRG-CHS, *Williams v. CBL & Associates et al.*, Case no. 1:19-cv-

          00181, and *Merelles v. CBL & Associates et al.*, Case no. 1:19-CV-00193, are

          consolidated for all purposes pursuant to Federal Rule of Civil Procedure

          42(a);

    ii.     All future filings in the consolidated action shall be made in Case No. 1:19-

          cv-00149-JRG-CHS, under the following caption:

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
CHATTANOOGA DIVISION

IN RE CBL & ASSOCIATES PROPERTIES,     **)**   Consolidated Case No.
INC. SECURITIES LITIGATION               **)**   No. 1:19-CV-00149-JRG-CHS
                                               **)**

- 2 -

iii.     Defendants shall not be required to respond to the complaints currently on file in the actions styled *Paskowitz v. CBL & Associates et al.*, Case no. 1:19-cv-00149-JRG-CHS, *Williams v. CBL & Associates et al.*, Case no. 1:19-cv-00181, and *Merelles v. CBL & Associates et al.*, Case no. 1:19-CV-00193, but shall instead respond to a consolidated complaint to be filed in the consolidated action by the Lead Plaintiff(s) appointed by the Court.

iv.     Within seven (7) days following the entry of an order appointing Lead Plaintiff(s), counsel for such Lead Plaintiff(s) and counsel for Defendants will confer and submit for the Court's consideration a proposed schedule addressing, among other things, proposed deadlines for the filing of (1) a consolidated complaint and (2) Defendants' response to same.


So ordered.

ENTER:

                    s/J. RONNIE GREER
            UNITED STATES DISTRICT JUDGE

- 3 -