**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESEE**
**CHATTANOOGA DIVISION**

|  |  |
|---|---|
| IN RE CBL & ASSOCIATES PROPERTIES, INC. SECURITIES LITIGATION | ) <br> ) Consolidated Case No. <br> ) No. 1:19-CV-00149-JRG-CHS <br> ) |

### [PROPOSED] ORDER GRANTING THE MOTION IN THE ALTERNATIVE BY CHARLES D. HOFFMAN, HOFFINVESTCO, AND LYDIA HOFFMAN TO CONDUCT LIMITED DISCOVERY

Charles D. Hoffman, HoffInvestCo, and Lydia Hoffman (collectively the "Hoffmans"), having demonstrated a reasonable basis for a finding that competing movants are unable to adequately represent the class, hereby shall meet and confer on the scope and timing of discovery and the Hoffmans shall submit a proposed discovery plan to the Court, within _____ days of this Order, which discovery plan will result in completion of the contemplated discovery within _____ days.

IT IS SO ORDERED.

Dated: _____

_____
The Honorable J. Ronnie Greer
United States District Judge