# EXHIBIT 1

| Date | Shares Transacted | Total Shares Held |
|---|---|---|
| 7/14/2016 | 10,000 | 10,000 |
| 7/14/2016 | 5,000 | 15,000 |
| 7/14/2016 | 5,000 | 20,000 |
| 7/14/2016 | 1,000 | 21,000 |
| 8/23/2016 | 3,640 | 24,640 |
| 8/29/2016 | 5,000 | 29,640 |
| 8/29/2016 | 2,000 | 31,640 |
| 8/29/2016 | 1,000 | 32,640 |
| 3/17/2017 | 4,000 | 36,640 |
| 5/16/2017 | -10,000 | 26,640 |
| 5/16/2017 | -5,000 | 21,640 |
| 10/12/2017 | -1,100 | 20,540 |
| 10/13/2017 | -1,100 | 19,440 |
| 11/3/2017 | 2,000 | 21,440 |
| 11/3/2017 | 2,000 | 23,440 |
| 11/3/2017 | 2,000 | 25,440 |
| 4/25/2018 | -2,900 | 22,540 |
| 4/25/2018 | -5,000 | 17,540 |
| 4/25/2018 | -2,100 | 15,440 |
| 4/25/2018 | -10,000 | 5,440 |
| 4/25/2018 | -6,800 | -1,360 |
| 5/31/2018 | 10,000 | 8,640 |
| 5/31/2018 | 20,000 | 28,640 |
| 5/31/2018 | 2,000 | 30,640 |