# EXHIBIT 2

GET FUNDED          BROWSE COMPANIES          LEARN                    LOG IN     SIGN UP



# Jay Scolnick
*President & CEO PREMIER COMMUNITY HOMES, LTD.*

Denver, Colorado, US

Self-Accredited

FOLLOW

**GENERALLY RESPONSIVE**

| PROFILE | FOLLOWING | FOLLOWERS |
|---------|-----------|-----------|

## COMPANY AFFILIATIONS

No company affiliations.

|  | COMPANIES | | PEOPLE | |
|---|---|---|---|---|
|  | Teams | Following | Followers | Following |
|  | 0 | 1 | 24 | 4 |

### MY INTERESTS

Jay Scolnick has not indicated any interests.

## WORK EXPERIENCE

### SUMMARY

I am a real estate investor, land developer and home builder.

### MANAGER                                    October 2011 - Present

**Dakota Modulars LLC**

Developing raw land in the oil rich region of the North Dakota Bakken into work force housing and single family lots. Selling and delivering brand new modular homes, hotels and apartments into North Dakota.

### MANAGER, OWNER                              April 2009 - Present

**Colorado Factory Modulars, LLC**

Retail sales of manufactured and modular homes to customers wanting to order a factory built home for their own property. Colorado Factory Modulars also provides custom designed apartments and motel/hotels. Financing and budgeting during and prior to construction is a standard service.

### MANAGER                                    April 2008 - Present

**Colorado Factory Modulars, LLC**

Providing extensive experience and value to consumers with their purchase of factory built housing for their land. Setting up factory built housing on individuals that own land. Setting up modular hotels and motels for investors and existing motel operators to expand their rental portfolio.

### PRESIDENT AND CEO                          September 1992 - Present

**Premier community Homes, Ltd**

Developing raw land into single family lots for sale and for building land/home projects with modular homes. Providing affordable housing to first home buyers. Providing high ratio mortgage financing, provided through a variety of government financing programs.

### OWNER                                      January 1992 - Present

**Premier Community Homes**

Subdivided land for the placement and sale of modular homes to homeowners.

### FOLLOWERS (24)

   

**See all followers**

### RECENT ACTIVITY

Julian Kwan is now connected to Jay Scolnick
A week ago

Jay Scolnick is now connected to Sohin Shah
A few weeks ago

Jay Scolnick is now on Crowdfunder.

**Getting Started**
Get Funded
How To Invest
Pricing
Sign Up
Log In

**Browse**
Browse Companies
Companies
People

**Legal**
Terms of Use
Privacy Policy

**Crowdfunder**
About
Blog
Press
Sitemap
Support

**Learn**
Investment Crowdfunding
Successfully Raise Investment
Entrepreneur FAQ
Investor FAQ
Knowledge Center

Case 1:19-cv-00181-JRG-CHS     Document 40-2     Filed 07/30/19     Page 2 of 3
PageID #: 406

GET FUNDED          BROWSE COMPANIES          LEARN                              LOG IN          SIGN UP

**DISCLOSURE:** Crowdfunder.com is a website owned and operated by Crowdfunder, Inc. ("Crowdfunder"). By accessing this website or any page thereof, you agree to be bound by the Terms of Use and Privacy Policy, as amended from time to time and in effect at the most recent time you access this website or any page thereof. Nothing on this website shall constitute an offer to sell, or a solicitation of an offer to subscribe for or buy, any securities to any person in any jurisdiction to whom or in which such offer or solicitation is unlawful. Consequently, any featured, front page or prominent placement of a listed company on this site is not deemed to be a recommendation and may be based on various algorithms or selections that drive traffic to such listed company. Crowdfunder does not effect securities transactions, give investment advice or recommend any securities as it is not registered as a broker-dealer, funding portal or investment adviser with the U.S. Securities and Exchange Commission or the securities regulatory commission, agency or body of any state of the United States or any non-U.S. jurisdiction. As such, Crowdfunder is not acting in a fiduciary capacity with respect to any user of the Crowdfunder services, and Crowdfunder disclaims any broker-client or advisor-client relationship with respect to any party using those services. Listed companies are actively seeking to raise early stage capital pursuant to Rule 506(b) or Rule 506(c) of Regulation D ("Regulation D") under the U.S. Securities Act of 1933, as amended (the "Securities Act"), or pursuant to Regulation A (sometimes referred to as "Regulation A+") under the Securities Act ("Regulation A"). A listed company's offerings are being made by, and all the information included on this website relating to a listed company and its securities has been provided by and is the responsibility of, such listed company. A listed company's offerings on this website, if made pursuant to Rule 506(b) or Rule 506(c) of Regulation D, generally are available only to "accredited investors" as defined in Regulation D. Accredited investors are able to identify listed companies in which they may have an interest after a certification process for Rule 506(b) offerings, while Rule 506(c) offerings are available for the general public to view. Offerings made pursuant to Regulation A are also generally available for the general public to view. Investing in securities, particularly in securities issued by start-up companies, involves substantial risk, and investors should be able to bear the loss of their entire investment. All investors should make their own determination of whether or not to make any investment based on their own independent evaluation and analysis. Crowdfunder does not verify or assure that information provided by any listed company offering its securities is accurate or complete or that the valuation of such securities is appropriate. Neither Crowdfunder nor any of its directors, officers, employees, representatives, affiliates or agents shall have any liability whatsoever arising from any error or incompleteness of fact or opinion in, or lack of care in the preparation of, any of the materials posted on this website. Crowdfunder does not provide legal, accounting or tax advice. Any representation or implication to the contrary is expressly disclaimed.

You can learn more about investing in Regulation D and Regulation A offerings from the SEC or FINRA.

Case 1:19-cv-00181-JRG-CHS          Document 40-2          Filed 07/30/19          Page 3 of 3
PageID #: 407