# EXHIBIT A

# CERTIFICATION OF NAMED PLAINTIFF

I, Brent Cowin ("Plaintiff") hereby retain the Gainey McKenna & Egleston and such co-counsel it deems appropriate to associate with, subject to their investigation, to pursue my claims on a contingent fee basis and for counsel to advance the costs of the case, with no attorneys fee owing except as may be awarded by the court at the conclusion of the matter and paid out of any recovery obtained and I also hereby declare the following as to the claims asserted under the law that:

Plaintiff reviewed the complaint to be filed in this matter and authorized the filing of a complaint based on similar allegations in a related or amended complaint.

Plaintiff did not purchase the security that is the subject of this action at the direction of Plaintiff's counsel or in order to participate in this private action.

Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

Plaintiff's transactions in *CBL & Associates Properties, Inc.* securities that are the subject of this action during the Class Period are as follows:

| No. of Shares | Stock Symbol | Buy/Sell | Date | Price Per Share |
|---|---|---|---|---|
| See Attached Statements | | | | |
| | | | | |
| | | | | |

**Please list other transactions on a separate sheet of paper, if necessary.**

Plaintiff has sought to serve as a class representative in the following cases within the last three years:

Plaintiff has complete investment authority and is the agent and attorney-in-fact with full power and authority to bring suit to recover for investment losses.

Plaintiff will not accept any payment serving as a representative party on behalf of the class beyond Plaintiff's *pro rata* share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 27th day of June, 2019

*/s/ Brent Cowin*
Brent Cowin

Case 1:19-cv-01181-JRG-SGC Document 42 Filed 07/16/19 Page 3 of 5 PageID #: 441
Case 1:19-cv-01181-JRG-SGC Document 42 Filed 07/16/19 Page 3 of 5 PageID #: 424

| Date Purchased | Shares | Price | Stock Symbol | Date Sold | Shares | Price | Stock Symbol |
|---|---|---|---|---|---|---|---|
| 2/21/2017 | 797 | $10.47 | CBL | 11/7/2017 | 14,818 | $5.66 | CBL |
| 2/24/2017 | 100 | $9.92 | CBL | 2/8/2018 | 10,000 | $4.65 | CBL |
| 2/24/2017 | 10,319 | $9.93 | CBL | 2/8/2018 | 500 | $4.70 | CBL |
| 2/24/2017 | 100 | $9.91 | CBL | 2/8/2018 | 9,500 | $4.65 | CBL |
| 2/24/2017 | 100 | $9.91 | CBL | 2/13/2018 | 7,900 | $4.41 | CBL |
| 2/24/2017 | 66 | $9.91 | CBL | 2/16/2018 | 525 | $4.78 | CBL |
| 2/24/2017 | 34 | $9.91 | CBL | 2/16/2018 | 652 | $4.68 | CBL |
| 2/24/2017 | 20 | $9.91 | CBL | 2/16/2018 | 108 | $4.68 | CBL |
| 2/24/2017 | 100 | $9.91 | CBL | 11/2/2018 | 29,705 | $2.90 | CBL |
| 2/24/2017 | 100 | $9.91 | CBL | 11/14/2018 | 1,000 | $2.88 | CBL |
| 2/24/2017 | 100 | $9.91 | CBL | 11/15/2018 | 5,200 | $2.62 | CBL |
| 2/24/2017 | 100 | $9.91 | CBL | 11/15/2018 | 5200 | $2.62 | CBL |
| 2/24/2017 | 100 | $9.91 | CBL | 11/15/2018 | 11200 | $2.62 | CBL |
| 2/24/2017 | 100 | $9.91 | CBL | 11/15/2018 | 2,800 | $2.61 | CBL |
| 2/24/2017 | 23 | $9.92 | CBL | 11/15/2018 | 836 | $2.61 | CBL |
| 2/24/2017 | 200 | $9.92 | CBL | 12/17/2018 | 5,060 | $2.32 | CBL |
| 2/24/2017 | 100 | $9.92 | CBL | 12/19/2018 | 7,400 | $2.00 | CBL |
| 2/24/2017 | 100 | $9.92 | CBL | | | | |
| 2/24/2017 | 100 | $9.92 | CBL | | | | |
| 2/24/2017 | 200 | $9.90 | CBL | | | | |
| 2/24/2017 | 100 | $9.91 | CBL | | | | |
| 2/24/2017 | 100 | $9.92 | CBL | | | | |
| 2/24/2017 | 100 | $9.92 | CBL | | | | |
| 2/24/2017 | 500 | $9.92 | CBL | | | | |
| 2/24/2017 | 100 | $9.92 | CBL | | | | |
| 2/17/2017 | 100 | $9.92 | CBL | | | | |
| 2/24/2017 | 100 | $9.92 | CBL | | | | |
| 2/24/2017 | 100 | $9.92 | CBL | | | | |
| 2/24/2017 | 100 | $9.92 | CBL | | | | |
| 2/24/2017 | 100 | $9.92 | CBL | | | | |
| 2/24/2017 | 100 | $9.92 | CBL | | | | |
| 2/24/2017 | 400 | $9.92 | CBL | | | | |
| 2/24/2017 | 100 | $9.92 | CBL | | | | |
| 2/14/2017 | 100 | $9.92 | CBL | | | | |
| 2/24/2017 | 100 | $9.92 | CBL | | | | |
| 2/24/2017 | 174 | $9.92 | CBL | | | | |
| 2/24/2017 | 500 | $9.92 | CBL | | | | |
| 3/22/2017 | 5,000 | $8.83 | CBL | | | | |
| 3/28/2017 | 5,000 | $8.91 | CBL | | | | |
| 5/22/2017 | 25 | $7.60 | CBL | | | | |

Case 1:19-cv-01819-RGA Document 17 Filed 07/16/19 Page 4 of 5 PageID #: 442

Case 1:19-cv-00181-JRG Document 1-2 Filed 07/16/19 Page 10 of 15 PageID #: 425

| Date | Quantity | Price | Code |
|---|---|---|---|
| 5/22/2017 | 162 | $7.60 | CBL |
| 5/22/2017 | 5 | $7.60 | CBL |
| 5/22/2017 | 5 | $7.60 | CBL |
| 5/22/2017 | 5 | $7.60 | CBL |
| 5/22/2017 | 8 | $7.60 | CBL |
| 5/22/2017 | 7 | $7.60 | CBL |
| 5/22/2017 | 8 | $7.60 | CBL |
| 5/22/2017 | 100 | $7.59 | CBL |
| 5/22/2017 | 100 | $7.59 | CBL |
| 5/22/2017 | 80 | $7.60 | CBL |
| 5/22/2017 | 100 | $7.59 | CBL |
| 5/22/2017 | 20 | $7.59 | CBL |
| 5/22/2017 | 100 | $7.60 | CBL |
| 5/22/2017 | 100 | $7.60 | CBL |
| 5/22/2017 | 200 | $7.60 | CBL |
| 5/221/17 | 100 | $7.60 | CBL |
| 5/22/2017 | 12,976 | $7.60 | CBL |
| 5/22/2017 | 13 | $7.60 | CBL |
| 5/22/2017 | 200 | $7.60 | CBL |
| 5/22/2017 | 200 | $7.60 | CBL |
| 5/22/2017 | 200 | $7.60 | CBL |
| 5/22/2017 | 200 | $7.60 | CBL |
| 5/22/2017 | 200 | $7.60 | CBL |
| 5/22/2017 | 200 | $7.60 | CBL |
| 5/22/2017 | 162 | $7.60 | CBL |
| 8/7/2017 | 3,745 | $8.82 | CBL |
| 11/9/2017 | 4,751 | $5.95 | CBL |
| 11/9/2017 | 7,525 | $5.92 | CBL |
| 11/9/2017 | 2,418 | $5.69 | CBL |
| 11/13/2017 | 1,000 | $5.81 | CBL |
| 2/2/2018 | 397 | $5.33 | CBL |
| 3/16/2018 | 748 | $4.37 | CBL |
| 3/28/2018 | 1,690 | $4.38 | CBL |
| 4/30/2018 | 7,500 | $4.15 | CBL |
| 5/1/2018 | 2,500 | $4.18 | CBL |
| 5/1/2028 | 1,338 | $4.24 | CBL |
| 5/2/2018 | 5,965 | $4.12 | CBL |
| 5/2/2018 | 430 | $4.45 | CBL |
| 5/2/2018 | 6,162 | $4.08 | CBL |
| 5/2/2018 | 2,500 | $4.07 | CBL |
| 5/2/2018 | 500 | $4.09 | CBL |
| 6/15/2018 | 2,000 | $5.34 | CBL |

| | | | |
|---|---|---|---|
| 6/15/2018 | 1,000 | $5.38 | CBL |
| 6/15/2018 | 250 | $5.35 | CBL |
| 6/18/2018 | 275 | $5.50 | CBL |
| 6/27/218 | 2,800 | $6.12 | CBL |
| 7/18/2018 | 764 | $5.22 | CBL |
| 7/31/2018 | 4,036 | $5.45 | CBL |
| 8/3/2018 | 2,600 | $5.02 | CBL |
| 10/23/2018 | 88 | $3.38 | CBL |
| 10/29/2018 | 2,000 | $3.43 | CBL |
| 10/29/2018 | 1,002 | $4.37 | CBL |
| 10/29/2018 | 500 | $3.56 | CBL |
| 10/29/2018 | 500 | $3.55 | CBL |
| 10/29/2018 | 500 | $3.63 | CBL |
| 10/29/2018 | 500 | $3.58 | CBL |
| 11/1/2018 | 30 | $3.95 | CBL |
| 11/6/2018 | 175 | $3.09 | CBL |
| 11/9/2018 | 200 | $3.04 | CBL |
| 11/12/2018 | 400 | $3.13 | CBL |
| 11/13/2018 | 130 | $3.06 | CBL |
| 11/19/2018 | 316 | $2.74 | CBL |
| 11/19/2018 | 125 | $2.72 | CBL |
| 11/26/2018 | 97 | $2.71 | CBL |
| 12/18/2018 | 245 | $2.06 | CBL |
| 12/18/2018 | 500 | $2.07 | CBL |
| 12/18/2018 | 45 | $2.07 | CBL |
| 1/8/2019 | 4,200 | $2.27 | CBL |
| 1/8/2019 | 400 | $2.27 | CBL |
| 1/22/2019 | 335 | $2.36 | CBL |
| 3/20/2019 | 51 | $1.80 | CBL |
| 3/20/2019 | 100 | $1.80 | CBL |