UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| PATRICK WILLIAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:19-CV-00181-JRG-CHS |
| | ) | |
| | ) | |
| CBL & ASSOCIATES PROPERTIES, INC. et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |
| | ) | |
| ALBERTO MERELLES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:19-CV-00193-JRG-CHS |
| | ) | |
| | ) | |
| CBL & ASSOCIATES PROPERTIES, INC. et al., | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

This matter is before the Court on Notice of Houlihan & Company LLC, Ronald A. Fish, and Jeff Lion's Motion for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Counsel [Doc. 9], Motion by Charles D. Hoffman, HoffInvestCo, and Lydia Hoffman for Consolidation, Appointment as Lead Plaintiff and Approval of Selection of Lead and Local Counsel [Doc. 12], Brett Cowin's Motion for Appointment as Lead Plaintiff and Approval of Lead Counsel [Doc. 15], and Motion of Jay Scolnick and Mark Shaner to: (1) Appoint Lead Plaintiffs; and (2) Approve Lead Plaintiff's Selection of Counsel [Doc. 48]. The parties are **ORDERED** to appear before the Court for a hearing on the motions on Thursday, September 12, 2019, at 10:00 a.m., at the James H. Quillen United States Courthouse.

So ordered.

ENTER:

s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE
