Sheryl Scolnick

# Activity Statement
(July 10, 2019)

*July 10, 2019*

Interactive Brokers LLC, Two Pickwick Plaza, Greenwich, CT 06830

Account Information

Net Asset Value

Mark-to-Market Performance Summary

Realized & Unrealized Performance Summary

Month & Year to Date Performance Summary

Cash Report

Open Positions

| Symbol | Quantity | Mult | Cost Price | Cost Basis | Close Price | Value | Unrealized P/L | Code |
|---|---|---|---|---|---|---|---|---|
| Stocks | | | | | | | | |
| USD | | | | | | | | |
| (redacted) | | | | | | | | |
| CBL | 32,000 | 1 | 5.1668809 | 165,340.19 | 1.2300 | 39,360.00 | -125,980.19 | SY |
| (redacted) | | | | | | | | |
| **Total** | | | | **321,182.00** | | **238,609.00** | **-82,573.00** | |

Interest Accruals

Financial Instrument Information

Codes

Notes/Legal Notes

*2016    32,640*
*2017    ⟨7200⟩*
*2018    5200*

## Notes

1. Most stock exchange transactions settle on the trade date plus two business days. Options, futures and US open-end mutual fund transactions settle on trade date plus one business day. (Some exchanges and other transaction types may have longer or shorter settlement periods.) Ending settled cash reflects the cash that has actually settled.

2. Initial and maintenance margin requirements are available within the Account Window of the Trader Workstation.

3. Interactive Brokers LLC receives compensation from fund companies in connection with the purchase and holding of fund shares by customers of Interactive Brokers LLC. Such compensation includes, but is not limited to, Rule 12b-1 fees that are paid out of the funds assets. The source and amount of any remuneration received by Interactive Brokers LLC in connection with a transaction will be furnished upon written request of the customer. IB may share a portion of the compensation received from fund companies with your financial advisor or introducing broker.

4. Quantities preceded by a "-" sign indicate sell transactions. Other transactions are purchases.

5. In case of partial executions, commissions are charged on the total quantity executed on the original order. The commission is displayed on the first partial execution only.

6. Each closed lot indicated above with a reference to note (6) was chosen by the end of the trading day to be sold versus the specific opening purchase identified in that row.

7. Trade execution times are displayed in Eastern Time.

Case 1:19-cv-00181-JRG-CHS    Document 52-1    Filed 08/06/19    Page 1 of 1
PageID #: 464

 EXHIBIT A