**REPLY DECLARATION IN SUPPORT OF MOTION OF JAY SCOLNICK AND MARK SHANER FOR APPOINTMENT AS LEAD PLAINTIFFS AND APPROVAL OF SELECTION OF COUNSEL**

I, Jay Scolnick, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I respectfully submit this Declaration in support of the motion of Mark Shaner and myself for appointment as Lead Plaintiffs and approval of our selection of counsel in the instant class action (the "Class Action") on behalf of investors in the securities of CBL & Associates Properties, Inc. ("CBL") pursuant to the Private Securities Litigation Reform Act of 1995.

2. I am the sole Trustee, plan administrator, and plan sponsor for Premier Community Home Pension Plan (the "Pension Plan"). The Pension Plan is a single participant plan in which I am the single participant. As Trustee, I have authority to bind the Pension Plan and to assign its claims in this Action in connection with its purchases of CBL securities.

3. I am the Vice President for Doreen Development Corporation ("Doreen"). Doreen is a real estate development company. As Vice President, I have authority to bind Doreen and to assign its claims in this Action in connection with its purchases of CBL securities.

4. Furthermore, my wife, Sheryl Scolnick, did not engage in any short selling during the Class Period.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States that the foregoing statements relating to myself are true and correct to the best of my knowledge.

Executed this 6th day of August, 2019.

_____

Jay Scolnick

1

EXHIBIT B