|  | ) |  |
| --- | --- | --- |
| IN RE CBL & ASSOCIATES PROPERTIES, | ) | Consolidated Case No. |
| INC. SECURITIES LITIGATION | ) | No. 1:19-cv-00181-JRG-CHS |
|  | ) |  |

**THE HOFFMANS' DISCOVERY REQUESTS
DIRECTED TO THE SCOLNICK GROUP**

Comes now Lead Plaintiff movants Charles D. Hoffman, Lydia Hoffman and HoffInvestCo (collectively, the "Hoffmans") request that Jay B. Scolnick and Mark Shaner (collectively, the "Scolnick Group") respond to the interrogatories and document requests listed below in accordance with, respectively, the requirements of Rules 33 and 34 of the Federal Rules of Civil Procedure and any other relevant order entered by the Court in this action governing any such discovery.

**DEFINITIONS**

As used herein, the following words have the following meanings:

1. The terms "you" or "your" refer to the person responding to the discovery requests.

2. The terms "CBL" or the "Company" refer to CBL & Associates Properties, Inc.

3. The term "Certification" refers to the Certification pursuant to the Federal Securities Law by you or on your behalf with the Court on or about July 16, 2019.

4. The terms "document" or "documents" shall have the same meaning and scope as referred to in Fed. R. Civ. P. 34(a).

5. The term "material" refers to a 20% or greater economic or equity interest.

6. The terms "state", "identify", and "describe" mean to specifically state all complete information known or available to you regarding the person, event, act, item, thing, or document to which reference is made, including, but not limited to, the following:

(a) In the case of a natural person, to state his full name and present or last known address;

(b) In the case of a business concern, to state its name and its present or last known address;

(c) In the case of an item or thing, other than a document, to describe it with particularity as to its characteristics and the name and address of the person presently having control, custody, or possession of it;

(d) In the case of any act or event, to state the date such an act or event occurred, and the name and present or last known address of each person involved or observing same; and

(e) In the case of a document, to state its date, its author, its recipient, or the person for whom it was prepared, if any, the type of document (*e.g.,* letter, memorandum, chart, or other category), its present location, and the custodian thereof. If such document was, but is no longer, in your possession or control or in existence, state whether it:

i. Is missing or lost;

ii. Has been destroyed;

iii. Has been transferred, voluntarily or involuntarily, to another; or

iv. Has otherwise been disposed of, and, in each instance, explain the attendant circumstances of such disposition, including the date thereof.

2

## INTERROGATORIES

INTERROGATORY NO. 1. Identify which complaint you are referring to in paragraph 2 of your Certification.

ANSWER:

INTERROGATORY NO. 2. State with specificity the class period to which you were referring in paragraph 5 of your Certification.

ANSWER:

INTERROGATORY NO. 3. State with specificity which account statements, summaries or other similar records or documents you read or reviewed prior to signing your Certification.

ANSWER:

INTERROGATORY NO. 4. Identify each corporation, limited liability company, trust, partnership, or other entity or account in which you or any member of your immediate family directly or indirectly own a material equity interest or for which you serve as an executive officer, general partner, trustee or fiduciary.

ANSWER:

INTERROGATORY NO. 5. State with specificity any steps or action you took prior to signing your Certification to review the investment history of any entity identified in response to Interrogatory No. 3, to determine whether it engaged in any transactions in CBL securities including, without limitation, common stock, preferred stock and stock options.

3

ANSWER:

INTERROGATORY NO. 6.  Identify any corporate resolution or other specific or general grant of authority made to Jay B. Scolnick to assign the claims of Doreen Development Corporation ("Doreen") in connection with this litigation.

ANSWER:

INTERROGATORY NO. 7.  State with specificity the reasons why Sheryl Scolnick and Doreen assigned their claims rather than appear individually as proposed lead plaintiffs.

ANSWER:

INTERROGATORY NO. 8.  Identify each person who is a senior executive officer or who directly or indirectly owns a material equity interest in Doreen and the amount of any such interest.

ANSWER:

## DOCUMENT REQUESTS

1. All documents you used or relied upon in responding to the foregoing interrogatories.

2. The complaint referenced in paragraph 2 of your Certification.

3. Your brokerage account statements for any account in which you or any of your assignees (including, without limitation, Sheryl Scolnick, Doreen Development Corporation and Premier Community Homes Pension Plan) traded CBL common stock, preferred stock or stock options for the period of July 29, 2014 through March 26, 2019.

4

4.  Any agreement through which you or any member of the Scolnick Group agreed to retain counsel in connection with this litigation.

Dated: August 13, 2019

**THE HAMILTON FIRM**

/s/  John W. Chandler, Jr.
John W. Chandler, Jr.
2401 Broad Street, Suite 102
Chattanooga, TN 37408
Tel: (423) 634-0871
Fax: (423) 634-0874
jwc@thehamiltonfirm.com

Jeffrey S. Abraham (admitted *pro hac vice*)
Michael J. Klein (admitted *pro hac vice*)
**ABRAHAM, FRUCHTER &**
    **TWERSKY, LLP**
One Penn Plaza, Suite 2805
New York, NY 10119
Tel: (212) 279-5050
Fax: (212) 279-3655
jabraham@aftlaw.com
mklein@aftlaw.com

**Attorneys for the Hoffmans**

5