**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**CHATTANOOGA DIVISION**

|  |  |
|---|---|
| IN RE CBL & ASSOCIATES PROPERTIES INC. SECURITIES LITIGATION ) ) ) ) | Consolidated Case No.: No. 1:19-CV-00181-JRG-CHS |

### GAINEY McKENNA & EGLESTON'S RESPONSE TO BRENT COWIN'S SUBMISSION REGARDING COMPETING LEAD PLAINTIFF MOTIONS AND NOTICE OF FRAUD ON THE COURT (DKT. NOS. 41, 42 AND 51)

Gainey McKenna & Egleston ("GM&E") respectfully submits the attached declarations in response to Brent Cowin's submission regarding Competing Lead Plaintiff Motions and Notice of Fraud on the Court (Dkt. Nos. 41, 42 and 51).

Attached hereto are the following Declarations:

1.     The Declaration of Thomas J. McKenna, Esq. in Response to Brent Cowin's Submission Regarding Competing Lead Plaintiff Motions and Notice of Fraud on the Court (Dkt. Nos. 41, 42 and 51); and

2.     The Declaration of Gregory M. Egleston, Esq. in Response to Brent Cowin's Submission Regarding Competing Lead Plaintiff Motions and Notice of Fraud on the Court (Dkt. Nos. 41, 42 and 51).

Dated: August 22, 2019

Respectfully submitted,

**GAINEY McKENNA & EGLESTON**

By: */s/ Gregory M. Egleston*
    Gregory M. Egleston
Thomas J. McKenna
440 Park Avenue South, 5th Floor
New York, NY 10016
Tel:    (212) 983-1300
Fax:    (212) 983-0383
Email: gegleston@gme-law.com
Email: tjmckenna@gme-law.com

## CERTIFICATE OF SERVICE

This is to certify that on August 22, 2019, I caused the above and foregoing document to be filed on the Court's CM/ECF electronic filing system, and that by virtue of this filing, all attorneys registered on the CM/ECF system will be served electronically.

*/s/ Gregory M. Egleston*
Gregory M. Egleston
