# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
## CHATTANOOGA DIVISION

|  |  |
|---|---|
| IN RE CBL & ASSOCIATES PROPERTIES, INC. SECURITIES LITIGATION | Consolidated Case No. 1:19-CV-00181-JRG-CHS <br><br> <u>CLASS ACTION</u> |

## <u>MOTION TO STRIKE SUPPLEMENTAL MEMORANDUM OF THE HOFFMAN GROUP (DKT. NO. 62)</u>

Movants Jay Scolnick and Mark Shaner (collectively, "Movants"), hereby move the Court for an Order striking from the record the supplemental brief, improperly filed on September 3, 2019 in violation of Local Rule 7.1(d), in further support of the motion of Charles D. Hoffman, HoffInvestCo, and Lydia Hoffman motion for appointment as lead plaintiffs (the "Supplemental Brief") (Dkt. No. 62).

In support of this Motion, Movants submit a Memorandum of Law in support of Motion dated September 4, 2019.

Dated: September 4, 2019            Respectfully submitted,

HOLIFIELD JANICH & FERRERA, PLLC

*/s/ Sarah R. Johnson*
Al Holifield (BPR# 015494)
Sarah R. Johnson (BPR# 030781)
11907 Kingston Pike Suite 201
Knoxville, Tennessee 37934
Telephone: (865) 566-0115
Fax: (865) 566-0119
Email: aholifield@holifieldlaw.com
Email: sjohnson@holifieldlaw.com

*Counsel for Movants and*
*Proposed Liaison Counsel for the Class*

POMERANTZ LLP
Jeremy A. Lieberman
J. Alexander Hood II
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
Email: jalieberman@pomlaw.com
        ahood@pomlaw.com

*Counsel for Movants and*
*Proposed Lead Counsel for the Class*

BRONSTEIN, GEWIRTZ
& GROSSMAN, LLC
Peretz Bronstein
60 East 42nd Street, Suite 4600
New York, NY 10165
Telephone: (212) 697-6484
Facsimile: (212) 697-7296
Email: peretz@bgandg.com

*Additional Counsel for Movants*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true and exact copy of the foregoing has been served electronically upon all parties and/or counsel listed through the Court's ECF system on this September 4, 2019.

**HOLIFIELD JANICH & FERRERA, PLLC**

*/s/ Sarah R. Johnson*
Sarah R. Johnson, Esq.