| | |
|---|---|
| | Consolidated Case No.<br>1:19-CV-00181-JRG-CHS |
| IN RE CBL & ASSOCIATES PROPERTIES, INC. SECURITIES LITIGATION | <u>CLASS ACTION</u> |

## **[PROPOSED] ORDER GRANTING MOTION TO STRIKE**

WHEREAS, the Court having considered the motion of Jay Scolnick and Mark Shaner (collectively, "Scolnick and Shaner") to strike the supplemental brief filed by Charles D. Hoffman, HoffInvestCo, and Lydia Hoffman (collectively, the "Hoffman Group") on September 3, 2019 (the "Supplemental Brief") (Dkt. No. 62); and

WHEREAS, the Court finding that the Hoffman Group's Supplemental Brief was improperly filed in violation of Local Rule 7.1(d);

**IT IS HEREBY ORDERED THAT:**

1. Scolnick and Shaner's motion to strike the Supplemental Brief is GRANTED.

2. The Hoffman Group's Supplemental Brief is hereby stricken from the

record.

SO ORDERED:

Dated _____, 2019

_____
HONORABLE J. RONNIE GREER
UNITED STATES DISTRICT JUDGE

2