# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESEE
## CHATTANOOGA DIVISION

| | |
|---|---|
| IN RE CBL & ASSOCIATES PROPERTIES, INC. SECURITIES LITIGATION | ) Consolidated Case No. ) No. 1:19-cv-00181-JRG-CHS ) |

## LEAD PLAINTIFFS' MOTION FOR LEAVE TO SERVE LIMITED DOCUMENT REQUESTS DIRECTED AT OBTAINING DOCUMENTS PREVIOUSLY FILED UNDER SEAL IN ANOTHER COURT AND REQUIRING DEFENDANTS TO PROVIDE THOSE DOCUMENTS ON AN EXPEDITED BASIS

Comes now Lead Plaintiffs Jay B. Scolnick, Mark Shaner, Charles D. Hoffman, HoffInvestCo, and Lydia Hoffman ("Lead Plaintiffs"), pursuant to Fed. R. Civ. P. 26(d)(1), and Fed. R. Civ. P. 34(b)(2)(A, and move the Court for an Order authorizing Lead Plaintiffs to submit Request for Production of Documents Directed to CBL & Associates Properties, Inc. ("CBL") that are attached hereto prior to the Rule 26(f) conference and requiring CBL to produce the requested documents within fourteen (14) calendar days of his counsel's receipt of same.

In support of this Motion, Lead Plaintiffs rely upon their Memorandum of Law filed contemporaneously herewith.

WHEREFORE, premises considered, Lead Plaintiffs pray that this Court enter an Order authorizing them to submit the Request for Production of Documents to CBL that are attached hereto and required CBL to produce the requested documents within fourteen (14) days of its counsel's receipt of same.

Dated: November 15, 2019

Respectfully Submitted,

/s/ *John W. Chandler, Jr.*
John W. Chandler, Jr.
**THE HAMILTON FIRM**
2401 Broad Street, Suite 102
Chattanooga, TN 37408
Tel: (423) 634-0871
Fax: (423) 634-0874
jwc@thehamiltonfirm.com

Al Holifield (BPR# 015494)
Sarah R. Johnson (BPR# 030781)
**HOLIFIELD JANICH &**
**FERRERA, PLLC**
11907 Kingston Pike Suite 201
Knoxville, Tennessee 37934
Tel: (865) 566-0115
Fax: (865) 566-0119
aholifield@holifieldlaw.com
sjohnson@holifieldlaw.com

**Co-Liaison Counsel for the Class**

Jeffrey S. Abraham (admitted *pro hac vice*)
Michael J. Klein (admitted *pro hac vice*)
**ABRAHAM, FRUCHTER &**
**TWERSKY, LLP**
One Penn Plaza, Suite 2805
New York, NY 10119
Tel: (212) 279-5050
Fax: (212) 279-3655
jabraham@aftlaw.com
mklein@aftlaw.com

Jeremy A. Lieberman (admitted *pro hac vice*)
Michael J. Wernke (admitted *pro hac vice*)
J. Alexander Hood II (admitted *pro hac vice*)
**POMERANTZ LLP**
600 Third Avenue, 20th Floor
New York, New York 10016
Tel: (212) 661-1100
Fax: (212) 661-8665
jalieberman@pomlaw.com
mjwernke@pomlaw.com
ahood@pomlaw.com

**Co-Lead Counsel for the Class**

**BRONSTEIN, GEWIRTZ &
GROSSMAN, LLC**
Peretz Bronstein
60 East 42nd Street, Suite 4600
New York, NY 10165
Tel: (212) 697-6484
Fax: (212) 697-7296
peretz@bgandg.com

**Additional Counsel for Jay Scolnick**

**KASKELA LAW LLC**
D. Seamus Kaskela
18 Campus Boulevard, Suite 100
Newtown Square, PA 19073
Tel: (484) 258-1585
skaskela@kaskelalaw.com

**Additional Counsel for Mark Shaner**

CERTIFICATE OF CONSULTATION

I certify this 13th day of November, 2019, that Lead Plaintiffs' counsel discussed their request for production of documents with CBL's counsel Peter Starr by telephone as well as by letter and asked that he agree to provide the requested documents. However, Mr. Starr has refused to do so.

/s/ *John W. Chandler, Jr.*

CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of November, 2019, a true and correct copy of the foregoing was filed with the Clerk of the United States District Court, Eastern District of Tennessee at Chattanooga, using the CM/ECF system which will send notice of the electronic filing to counsel of record. Parties may access this filing through the Court's electronic filing system.

/s/ *John W. Chandler, Jr.*