EXHIBIT C

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## FT. MYERS DIVISION

| | |
|---|---|
| WAVE LENGTHS HAIR SALONS OF FLORIDA, INC., d/b/a SALON ADRIAN, on behalf of itself and all others similarly situated, | Case No. 2:16-cv-206-FtM-PAM-MRM |
| Plaintiff, | |
| v. | |
| CBL & ASSOCIATES PROPERTIES, INC., CBL & ASSOCIATES MANAGEMENT, INC., CBL & ASSOCIATES LIMITED PARTNERSHIP and JG GULF COAST TOWN CENTER LLC, | |
| Defendants. | |

### INTERVENORS' MOTION FOR LEAVE TO FILE REPLY BRIEF TO DEFENDANTS' RESPONSE TO INTERVENORS' MOTION TO UNSEAL DOCUMENTS

Jay B. Scolnick, Mark Shaner, Charles D. Hoffman, HoffInvestCo, and Lydia Hoffman (the "Intervenors") respectfully request leave to submit a Reply to Defendants' Response (Doc. 314) to Intervenors' Motion to Intervene and Unseal Documents (Doc. 313) ("Motion"). Intervenors' proposed Reply will address the new arguments raised in Defendants' Response concerning, *inter alia*, which party bears the burden of proof and whether the harm to Defendants, if any, from unsealing the documents outweighs the common law right of access to judicial proceedings. The proposed Reply will identify controlling responsive authority, thereby narrowing the issues for the Court and benefiting the resolution of the Motion.

WHEREFORE, Intervenors respectfully request leave to submit a Reply not exceeding seven (7) pages of argument, on or before October 22, 2019.

1

## MEMORANDUM OF LAW

Pursuant to Local Rule 3.01(d) the Court may, upon the prior request of a party, allow for a Reply Brief. Because Defendants' Response raises issues of burden switching and purports to identify harm that Defendants would suffer by the unsealing of the documents that were not raised in the Motion or prior motions to seal by Defendants, Intervenors respectfully request leave to file a Reply, on or before October 22, 2019, and not exceeding seven (7) pages of argument.

## 3.01 (g) CERTIFICATION

Counsel for the Intervenors has conferred with counsel for Defendants on October 15, 2019. Defendants take no position with respect to the relief requested in this motion.

Dated: October 15, 2019

Respectfully Submitted,

/s/ Jayne A. Goldstein

Jayne A. Goldstein (Fl. Bar No. 144088)
**SHEPHERD, FINKELMAN, MILLER & SHAH, LLP**
jgoldstein@sfmslaw.com
1625 North Commerce Parkway, Suite 320
Fort Lauderdale, FL  33326
Telephone: (954) 515-0123
Facsimile: (866) 300-7367

Jeffrey S. Abraham
Michael J. Klein
**ABRAHAM, FRUCHTER & TWERSKY, LLP**
One Penn Plaza, Suite 2805
New York, NY 10119
Tel: (212) 279-5050
Fax: (212) 279-3655
jabraham@aftlaw.com
mklein@aftlaw.com

2

Jeremy A. Lieberman
Michael J. Wernke
**POMERANTZ LLP**
600 Third Avenue, 20th Floor
New York, New York 10016
Tel: (212) 661-1100
Fax: (212) 661-8665
jalieberman@pomlaw.com
mjwernke@pomlaw.com

**BRONSTEIN, GEWIRTZ &
GROSSMAN, LLC**
Peretz Bronstein
60 East 42nd Street, Suite 4600
New York, NY 10165
Tel: (212) 697-6484
Fax: (212) 697-7296
peretz@bgandg.com

**Counsel for Intervenors**

3