**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESEE**
**CHATTANOOGA DIVISION**

|  |  |
|---|---|
| IN RE CBL & ASSOCIATES PROPERTIES, INC. SECURITIES LITIGATION | ) <br> ) Consolidated Case No. <br> ) No. 1:19-cv-00181-JRG-CHS <br> ) |

**DECLARATION OF SARAH R. JOHNSON IN SUPPORT OF**
**LEAD PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**
**THE CONSOLIDATED COMPLAINT**

I, Sarah R. Johnson, hereby declare pursuant to 28 U.S.C. § 1746 as follows:

1.  I am an attorney with Holifield Janich & Ferrera, PLLC, appointed by the Court as Co-Liason Counsel for Lead Plaintiffs Jay B. Scolnick, Mark Shaner, Charles D. Hoffman, HoffInvestCo, and Lydia Hoffman ("Plaintiffs") in the above-captioned action.

2.  I make this Declaration to provide the Court with true and correct copies of the following documents cited in Plaintiffs' Opposition to Defendants' Motion to Dismiss the Consolidated Complaint.

3.  Attached hereto as Exhibit 1 is a true and correct copy of Marvell Technology Group Ltd.'s annual report for the fiscal year ended January 31, 2009, filed on Form 10-K on April 1, 2009, excerpted.

4.  Attached hereto as Exhibit 2 is a true and correct copy of CBL & Associates Properties, Inc.'s annual report for the fiscal year ended December 31, 2016, filed on Form 10-K on March 1, 2017, excerpted.

Dated: February 6, 2020

Respectfully Submitted,

/s/  *Sarah R. Johnson*
Sarah R. Johnson
**HOLIFIELD JANICH &
    FERRERA, PLLC**
11907 Kingston Pike Suite 201
Knoxville, Tennessee 37934
Tel: (865) 566-0115
Fax: (865) 566-0119
sjohnson@holifieldlaw.com

**Co-Liaison Counsel for the Class**

1