# EXHIBIT 2

Prepared for: MICHAEL WERNKE

✖

**SECURITIES**

Regulatory Filings     ☆ **Favorite**

**Exhibits**
126294 381876

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
**Washington, D.C. 20549**

# FORM 10-K

x**ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**
**FOR THE FISCAL YEAR ENDED DECEMBER 31, 2016**
**Or**

o**TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**
**FOR THE TRANSITION PERIOD FROM _____ TO _____**
**COMMISSION FILE NO. 1-12494 (CBL & ASSOCIATES PROPERTIES, INC.)**
**COMMISSION FILE NO. 333-182515-01 (CBL & ASSOCIATES LIMITED PARTNERSHIP)**
_____

**CBL & ASSOCIATES PROPERTIES, INC.**
**CBL & ASSOCIATES LIMITED PARTNERSHIP**
(Exact Name of Registrant as Specified in Its Charter)

| | |
|---|---|
| **Delaware (CBL & Associates Properties, Inc.)** | |
| **Delaware (CBL & Associates Limited Partnership)** | **62-1545718** |
| (State or other jurisdiction of incorporation or organization) | **62-1542285** |
| | (I.R.S. Employer Identification No.) |

| | | |
|---|---|---|
| **2030 Hamilton Place Blvd., Suite 500** | | |
| **Chattanooga, TN** | **37421** | |
| (Address of principal executive offices) | (Zip Code) | |

Registrant's telephone number, including area code: **423.855.0001**

Securities registered pursuant to Section 12(b) of the Act:
CBL & Associates Properties, Inc.:

| Title of each Class | Name of each exchange on which registered |
|---|---|
| Common Stock, $0.01 par value | New York Stock Exchange |
| 7.375% Series D Cumulative Redeemable Preferred Stock, $0.01 par value | New York Stock Exchange |
| 6.625% Series E Cumulative Redeemable Preferred Stock, $0.01 par value | New York Stock Exchange |

CBL & Associates Limited Partnership: None

Securities registered pursuant to Section 12(g) of the Act:
CBL & Associates Properties, Inc.: None
CBL & Associates Limited Partnership: None

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act.

| | | |
|---|---|---|
| CBL & Associates Properties, Inc. | Yes x | No o |
| CBL & Associates Limited Partnership | Yes x | No o |

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section

(11)  The Outlet Shoppes at Gettysburg - The loan is interest only through September 2017. Thereafter, debt service will be $2,422 in annual principal payments plus interest.

(12)  The loan on this Property was retired subsequent to December 31, 2016. See **Note 19** to the consolidated financial statements for more information.

(13)  The Outlet Shoppes at Laredo - The interest rate will be reduced to LIBOR plus 2.25% once the development is complete and certain debt and operational metrics are met. The loan has one 24-month extension option, which is at the joint venture's election, subject to continued compliance with the terms of the loan agreement. The Operating Partnership owns less than 100% of the Property but guarantees 100% of the debt.

(14)  Represents bond discounts as well as net premiums related to debt assumed to acquire real estate assets, which had stated interest rates that were above or below the estimated market rates for similar debt instruments at the respective acquisition dates.

(15)  Ambassador Town Center - The debt is prepayable at any time without prepayment penalty. The unconsolidated affiliate has an interest rate swap on a notional amount of $47,197, amortizing to $38,866 over the term of the swap, to effectively fix the interest rate on the variable-rate loan. Therefore, this amount is currently reflected as having a fixed rate. The swap terminates in June 2023.

(16)  Ambassador Town Center Infrastructure Improvements - The Operating Partnership owns less than 100% of the Property but guarantees 100% of the debt. The guaranty will be reduced to 50% on March 1st of such year as payment-in-lieu of taxes ("PILOT") payments received and attributed to the prior calendar year by Ambassador Infrastructure and delivered to the lender are $1,200 or more, provided no event of default exists. The guaranty will be reduced to 20% when the PILOT payments are $1,400 or more, provided no event of default exists.

(17)  Oak Park Mall - The loan is interest only through November 2017. Thereafter, debt service will be $15,755 in annual principal payments plus interest.

(18)  Triangle Town Center - The fixed-rate loan is 4.00% interest-only payments through the initial maturity date. The unconsolidated affiliate, in which we have a 10% ownership interest, and its third party partner have the option to exercise two one-year extension options, subject to continued compliance with the terms of the loan agreement. Under the terms of the loan agreement, the joint venture must pay the lender $5,000 to reduce the principal balance of the loan and an extension fee of 0.50% of the remaining outstanding loan balance if it exercises the first extension. If the joint venture elects to exercise the second extension, it must pay the lender $8,000 to reduce the principal balance of the loan and an extension fee of 0.75% of the remaining outstanding principal loan balance. Additionally, the interest rate would increase to 5.737% during the extension period.

(19)  Represents the Company's pro rata share of debt, including our share of unconsolidated affiliates' debt and excluding noncontrolling interests' share of consolidated debt on shopping center Properties.

The following is a reconciliation of consolidated debt to the Company's pro rata share of total debt (in thousands):

| | |
|---|---:|
| Total consolidated debt | $ 4,483,149 |
| Noncontrolling interests' share of consolidated debt | (116,666) |
| Company's share of unconsolidated debt | 603,325 |
| Unamortized deferred financing costs | (19,716) |
| Company's pro rata share of total debt | $ 4,950,092 |

Other than our property-specific mortgage or construction loans, there are no material liens or encumbrances on our Properties. See **Note 5** and **Note 6** to the consolidated financial statements for additional information regarding property-specific indebtedness and construction loans.

**ITEM 3. LEGAL PROCEEDINGS**

We are currently involved in certain litigation that arises in the ordinary course of business, most of which is expected to be covered by liability insurance. Based on current expectations, such matters, both individually and in the aggregate, are not expected to have a material adverse effect on our liquidity, results of operations, business or financial condition.

On May 27, 2016, Tommy French filed a putative class action in the United States District Court for the Eastern District of Tennessee on behalf of himself and all persons who purchased our common stock between August 8, 2013 and May 24, 2016. Two additional suits were filed shortly thereafter with similar allegations. On June 9, 2016, The Allan J. and Sherry R. Potts Living Trust filed a putative class action in the same Court on behalf of the trust and all persons who purchased our common stock between August 8, 2013 and May 24, 2016, and on June 24, 2016, International Union of Painters & Allied Trades District Council No. 35 Pension Plan filed another putative class action in the same Court on behalf of itself and all persons who purchased our common stock between August 9, 2011 and May 24, 2016, containing similar allegations. On July 26, 2016, motions were submitted to the Court for the consolidation of these three cases, as well as for the appointment of a lead plaintiff. On September 26, 2016, the Court granted the motion, consolidated the cases into one action, and appointed the New Mexico Educational Retirement Board as lead plaintiff and its counsel, Bernstein Liebhard, as lead counsel. The Court granted the lead plaintiff 60 days to file a consolidated amended complaint, and once filed, we will file a response. The previously filed complaints are all based on substantially similar allegations that certain of our financing arrangements were obtained through fraud and/or misrepresentation, and that we and certain of our officers and directors made materially misleading statements to the market by failing to disclose material information concerning these alleged misrepresentations, and concerning the supposed involvement by insiders in alleged trading of our stock by a United States senator on the basis of material nonpublic information. Based on these allegations, these complaints assert claims for violation of the securities laws and seek a variety of relief, including unspecified monetary damages as well as costs and attorneys' fees. The above-referenced plaintiffs voluntarily dismissed their claims on December 20

45

and 21, 2016, respectively, and on January 4, 2017, the Court administratively closed the case. We made no payment or entered into any agreement as part of this matter, and as such, we now consider this matter closed.

On July 29, 2016, Henry Shebitz filed a shareholder derivative suit in the Chancery Court for Hamilton County, Tennessee alleging that our directors, three former directors and certain current and former officers breached their fiduciary duties by causing us to make materially misleading statements to the market by failing to disclose material information concerning these alleged misrepresentations, and concerning the supposed involvement by insiders in alleged trading of our stock by a United States senator on the basis of material nonpublic information. The complaint further alleged that certain of our current and former officers and directors improperly engaged in transactions in the Company's stock while in possession of material nonpublic information concerning the Company's alleged misleading statements. The complaint purported to seek relief on behalf of us for unspecified damages as well as costs and attorneys' fees. On or about January 31, 2017, the plaintiff filed a Notice of Voluntary Dismissal, and on February 2, 2017, the Court entered an order dismissing the suit without prejudice. We made no payment or entered into any agreement as part of this matter, and as such, we now consider this matter closed.

## ITEM 4. MINE SAFETY DISCLOSURES

Not applicable.

PART II

## ITEM 5. MARKET FOR REGISTRANT'S COMMON EQUITY, RELATED STOCKHOLDER MATTERS AND ISSUER PURCHASES OF EQUITY SECURITIES

Common stock of CBL & Associates Properties, Inc. is traded on the New York Stock Exchange. The stock symbol is "CBL". Quarterly sale prices and dividends paid per share of common stock are as follows:

| | Market Price | | | |
|---|---|---|---|---|
| Quarter Ended | High | | Low | Dividend |
| **2016** | | | | |
| March 31 | $ | 12.74 | $ 9.40 | $ 0.265 |
| June 30 | $ | 12.28 | $ 9.10 | $ 0.265 |
| September 30 | $ | 14.29 | $ 9.73 | $ 0.265 |
| December 31 | $ | 12.28 | $ 10.36 | $ 0.265 |
| **2015** | | | | |
| March 31 | $ | 21.36 | $ 18.72 | $ 0.265 |
| June 30 | $ | 19.98 | $ 15.92 | $ 0.265 |
| September 30 | $ | 16.61 | $ 13.65 | $ 0.265 |
| December 31 | $ | 15.59 | $ 12.06 | $ 0.265 |

There were approximately 771 shareholders of record for our common stock as of February 23, 2017.

Future dividend distributions are subject to our actual results of operations, taxable income, economic conditions, issuances of common stock and such other factors as our Board of Directors deems relevant. Our actual results of operations will be affected by a number of factors, including the revenues received from the Properties, our operating expenses, interest expense, unanticipated capital expenditures and the ability of the Anchors and tenants at the Properties to meet their obligations for payment of rents and tenant reimbursements.

See **Part III, Item 12** contained herein for information regarding securities authorized for issuance under equity compensation plans.