**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**CHATTANOOGA DIVISION**

|  |  |
|---|---|
| IN RE CBL & ASSOCIATES PROPERTIES, INC. SECURITIES LITIGATION | ) ) ) ) ) ) |

Consolidated Case No. 1:19-CV-181

**DECLARATION OF B. WARREN POPE IN SUPPORT OF DEFENDANTS'**
**REPLY MEMORANDUM OF LAW**

I, B. Warren Pope, hereby declare pursuant to 28 U.S.C. § 1746 as follows:

1. I am an attorney with King & Spalding LLP, counsel for Defendants in the above-captioned action.

2. I make this Declaration to provide the Court with true and correct copies of the following documents cited in Defendants' Reply Memorandum of Law in Further Support of Defendants' Motion to Dismiss the Consolidated Complaint:

Exhibit 1    CBL & Associates Properties, Inc.'s 2018 Form 10-K, filed with the United States Securities and Exchange Commission on March 1, 2019 (excerpt).

Exhibit 2    CBL & Associates Properties, Inc.'s Q3 2018 Form 10-Q, filed with the United States Securities and Exchange Commission on November 9, 2018 (excerpt).

Exhibit 3    CBL & Associates Properties, Inc.'s Q3 2016 Form 10-Q, filed with the United States Securities and Exchange Commission on November 8, 2016 (excerpt).

Exhibit 4    CBL & Associates Properties, Inc.'s 2016 Form 10-K, filed with the United States Securities and Exchange Commission on March 1, 2017 (excerpt).

1

Respectfully submitted this 12th day of March, 2020.

/s/    B. Warren Pope
B. Warren Pope
Georgia Bar No. 583723
**KING & SPALDING LLP**
1180 Peachtree Street, N.E.
Atlanta, Georgia 30309-3521
Telephone: (404) 572-4600
Fax: (404) 572-5100
wpope@kslaw.com

Admitted *pro hac vice*

*Counsel for Defendants*

2

<u>**CERTIFICATE OF SERVICE**</u>

The undersigned hereby certifies that on March 12, 2020, a true and exact copy of the foregoing has been electronically transmitted to the Clerk of Court using the ECF System for filing, which will provide electronic notice of filing to all counsel of record.

By: */s/ B. Warren Pope*  
B. Warren Pope  
Georgia Bar No. 583723  
Admitted *pro hac vice*

3

# Exhibit 1

# Section 1: 10-K

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
**Washington, D.C. 20549**

# FORM 10-K

☒ **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**
**FOR THE FISCAL YEAR ENDED DECEMBER 31, 2018**

**Or**

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**
**FOR THE TRANSITION PERIOD FROM _____ TO _____**

**COMMISSION FILE NO. 1-12494 (CBL & ASSOCIATES PROPERTIES, INC.)**
**COMMISSION FILE NO. 333-182515-01 (CBL & ASSOCIATES LIMITED PARTNERSHIP)**
_____

**CBL & ASSOCIATES PROPERTIES, INC.**
**CBL & ASSOCIATES LIMITED PARTNERSHIP**
(Exact Name of Registrant as Specified in Its Charter)

| | |
|---|---|
| **Delaware (CBL & Associates Properties, Inc.)** | **62-1545718** |
| **Delaware (CBL & Associates Limited Partnership)** | **62-1542285** |
| (State or Other Jurisdiction of Incorporation or Organization) | (I.R.S. Employer Identification No.) |

**2030 Hamilton Place Blvd., Suite 500**
**Chattanooga, TN**      **37421**
(Address of Principal Executive Offices)      (Zip Code)

Registrant's telephone number, including area code: **423.855.0001**

Securities registered pursuant to Section 12(b) of the Act:
CBL & Associates Properties, Inc.:

| **Title of each Class** | **Name of each exchange on which registered** |
|---|---|
| Common Stock, $0.01 par value | New York Stock Exchange |
| 7.375% Series D Cumulative Redeemable Preferred Stock, $0.01 par value | New York Stock Exchange |
| 6.625% Series E Cumulative Redeemable Preferred Stock, $0.01 par value | New York Stock Exchange |

CBL & Associates Limited Partnership: None

Securities registered pursuant to Section 12(g) of the Act:
CBL & Associates Properties, Inc.: None
CBL & Associates Limited Partnership: None

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act.

| | | |
|---|---|---|
| CBL & Associates Properties, Inc. | Yes ☐ | No ☒ |
| CBL & Associates Limited Partnership | Yes ☐ | No ☒ |

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act.

| | | |
|---|---|---|
| CBL & Associates Properties, Inc. | Yes ☐ | No ☒ |
| CBL & Associates Limited Partnership | Yes ☐ | No ☒ |

Case 1:19-cv-00181-JRG-CHS     Document 104-1     Filed 03/12/20     Page 5 of 28
PageID #: 1503

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.

CBL & Associates Properties, Inc.                 Yes ☒    No ☐
CBL & Associates Limited Partnership              Yes ☒    No ☐

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§ 232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files).

CBL & Associates Properties, Inc.                 Yes ☒    No ☐
CBL & Associates Limited Partnership              Yes ☒    No ☐

Indicate by check mark if disclosure of delinquent filers pursuant to Item 405 of Regulation S-K (§ 229.405 of this chapter) is not contained herein, and will not be contained, to the best of registrant's knowledge, in definitive proxy or information statements incorporated by reference in Part III of this Form 10-K or any amendment to this Form 10-K. ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

CBL & Associates Properties, Inc.
 Large accelerated filer ☒                         Accelerated filer ☐
 Non-accelerated filer ☐                           Smaller Reporting Company ☐
 Emerging growth company ☐

CBL & Associates Limited Partnership
 Large accelerated filer ☐                         Accelerated filer ☐
 Non-accelerated filer ☒                           Smaller Reporting Company ☐
 Emerging growth company ☐

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act).

CBL & Associates Properties, Inc.                 Yes ☐    No ☒
CBL & Associates Limited Partnership              Yes ☐    No ☒

The aggregate market value of the 168,512,246 shares of CBL & Associates Properties, Inc.'s common stock held by non-affiliates of the registrant as of June 30, 2018 was $938,613,210, based on the closing price of $5.57 per share on the New York Stock Exchange on June 29, 2018. (For this computation, the registrant has excluded the market value of all shares of its common stock reported as beneficially owned by executive officers and directors of the registrant; such exclusion shall not be deemed to constitute an admission that any such person is an "affiliate" of the registrant.)

As of February 25, 2019, 173,463,248 shares of common stock were outstanding.

### DOCUMENTS INCORPORATED BY REFERENCE

Portions of CBL & Associates Properties, Inc.'s Proxy Statement for the 2019 Annual Meeting of Stockholders are incorporated by reference in Part III.

## EXPLANATORY NOTE

This report combines the annual reports on Form 10-K for the year ended December 31, 2018 of CBL & Associates Properties, Inc. and CBL & Associates Limited Partnership. Unless stated otherwise or the context otherwise requires, references to the "Company" mean CBL & Associates Properties, Inc. and its subsidiaries. References to the "Operating Partnership" mean CBL & Associates Limited Partnership and its subsidiaries. The terms "we," "us" and "our" refer to the Company or the Company and the Operating Partnership collectively, as the context requires.

The Company is a real estate investment trust ("REIT") whose stock is traded on the New York Stock Exchange. The Company is the 100% owner of two qualified REIT subsidiaries, CBL Holdings I, Inc. and CBL Holdings II, Inc. At December 31, 2018, CBL Holdings I, Inc., the sole general partner of the Operating Partnership, owned a 1.0% general partner interest in the Operating Partnership and CBL Holdings II, Inc. owned an 85.6% limited partner interest for a combined interest held by the Company of 86.6%.

As the sole general partner of the Operating Partnership, the Company's subsidiary, CBL Holdings I, Inc., has exclusive control of the Operating Partnership's activities. Management operates the Company and the Operating Partnership as one business. The management of the Company consists of the same individuals that manage the Operating Partnership. The Company's only material asset is its indirect ownership of partnership interests of the Operating Partnership. As a result, the Company conducts substantially all its business through the Operating Partnership as described in the preceding paragraph. The Company also issues public equity from time to time and guarantees certain debt of the Operating Partnership. The Operating Partnership holds all of the assets and indebtedness of the Company and, through affiliates, retains the ownership interests in the Company's joint ventures. Except for the net proceeds of offerings of equity by the Company, which are contributed to the Operating Partnership in exchange for partnership units on a one-for-one basis, the Operating Partnership generates all remaining capital required by the Company's business through its operations and its incurrence of indebtedness.

We believe that combining the two annual reports on Form 10-K for the Company and the Operating Partnership provides the following benefits:

- enhances investors' understanding of the Company and the Operating Partnership by enabling investors to view the business as a whole in the same manner that management views and operates the business;
- eliminates duplicative disclosure and provides a more streamlined and readable presentation, since a substantial portion of the disclosure applies to both the Company and the Operating Partnership; and
- creates time and cost efficiencies through the preparation of one combined report instead of two separate reports.

To help investors understand the differences between the Company and the Operating Partnership, this report provides separate consolidated financial statements for the Company and the Operating Partnership. Noncontrolling interests, shareholders' equity and partners' capital are the main areas of difference between the consolidated financial statements of the Company and those of the Operating Partnership. A single set of notes to consolidated financial statements is presented that includes separate discussions for the Company and the Operating Partnership, when applicable. A combined Management's Discussion and Analysis of Financial Condition and Results of Operations section is also included that presents combined information and discrete information related to each entity, as applicable.

In order to highlight the differences between the Company and the Operating Partnership, this report includes the following sections that provide separate financial and other information for the Company and the Operating Partnership:

- consolidated financial statements;
- certain accompanying notes to consolidated financial statements, including Note 2- Summary of Significant Accounting Policies, Note 7 - Mortgage and Other Indebtedness, Net, Note 8 - Shareholders' Equity and Partners' Capital and Note 9 - Redeemable Interests and Noncontrolling Interests;
- information concerning unregistered sales of equity securities and use of proceeds in Item 5 of Part II of this report;
- selected financial data in Item 6 of Part II of this report;
- controls and procedures in Item 9A of Part II of this report; and
- certifications of the Chief Executive Officer and Chief Financial Officer included as Exhibits 31.1 through 32.4.

**TABLE OF CONTENTS**

Page Number

Cautionary Statement Regarding Forward-Looking Statements — 1

**PART I**

| 1. | Business | 2 |
|---|---|---|
| 1A. | Risk Factors | 6 |
| 1B. | Unresolved Staff Comments | 26 |
| 2. | Properties | 26 |
| 3. | Legal Proceedings | 47 |
| 4. | Mine Safety Disclosures | 47 |

**PART II**

| 5. | Market For Registrant's Common Equity, Related Stockholder Matters and Issuer Purchases of Equity Securities | 47 |
|---|---|---|
| 6. | Selected Financial Data | 48 |
| 7. | Management's Discussion and Analysis of Financial Condition and Results of Operations | 50 |
| 7A. | Quantitative and Qualitative Disclosures About Market Risk | 78 |
| 8. | Financial Statements and Supplementary Data | 79 |
| 9. | Changes in and Disagreements With Accountants on Accounting and Financial Disclosure | 79 |
| 9A. | Controls and Procedures | 79 |
| 9B. | Other Information | 84 |

**PART III**

| 10. | Directors, Executive Officers and Corporate Governance | 84 |
|---|---|---|
| 11. | Executive Compensation | 84 |
| 12. | Security Ownership of Certain Beneficial Owners and Management and Related Stockholder Matters | 84 |
| 13. | Certain Relationships and Related Transactions, and Director Independence | 84 |
| 14. | Principal Accounting Fees and Services | 84 |

**PART IV**

| 15. | Exhibits, Financial Statement Schedules | 85 |
|---|---|---|
| 16. | Form 10-K Summary | 85 |
| | Index to Exhibits | 156 |
| | Signatures | 161 |

During the three months ended December 31, 2018, the Operating Partnership canceled the 7,430 common units underlying the 7,430 shares of common stock that were surrendered for tax obligations in conjunction with the surrender to the Company of such shares, as described above. During December 2018, the Operating Partnership elected to pay less than $0.1 million in cash, at a cost of $2.636 per unit, to a holder of 8,120 special common units of limited partnership interest in the Operating Partnership upon the exercise of the holder's conversion rights.

## ITEM 6. SELECTED FINANCIAL DATA (CBL & Associates Properties, Inc.)
(In thousands, except per share data)

| | | Year Ended December 31, [1] | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | 2018 | | 2017 | | 2016 | | 2015 | | 2014 |
| Total revenues | $ | 858,557 | $ | 927,252 | $ | 1,028,257 | $ | 1,055,018 | $ | 1,060,739 |
| Total operating expenses | | (774,835) | | (694,690) | | (774,629) | | (777,434) | | (685,596) |
| Total other income (expenses) | | (182,951) | | (73,580) | | (58,097) | | (158,569) | | (122,164) |
| **Income (loss) from continuing operations** | | (99,229) | | 158,982 | | 195,531 | | 119,015 | | 252,979 |
| Discontinued operations | | — | | — | | — | | — | | 54 |
| **Net income (loss)** | | (99,229) | | 158,982 | | 195,531 | | 119,015 | | 253,033 |
| Net (income) loss attributable to noncontrolling interests in: | | | | | | | | | | |
| Operating Partnership | | 19,688 | | (12,652) | | (21,537) | | (10,171) | | (30,106) |
| Other consolidated subsidiaries | | 973 | | (25,390) | | (1,112) | | (5,473) | | (3,777) |
| **Net income (loss) attributable to the Company** | | (78,568) | | 120,940 | | 172,882 | | 103,371 | | 219,150 |
| Preferred dividends | | (44,892) | | (44,892) | | (44,892) | | (44,892) | | (44,892) |
| **Net income (loss) available to common shareholders** | $ | (123,460) | $ | 76,048 | $ | 127,990 | $ | 58,479 | $ | 174,258 |
| | | | | | | | | | | |
| **Basic per share data attributable to common shareholders:** | | | | | | | | | | |
| Income (loss) from continuing operations, net of preferred dividends | $ | (0.72) | $ | 0.44 | $ | 0.75 | $ | 0.34 | $ | 1.02 |
| Net income (loss) attributable to common shareholders | $ | (0.72) | $ | 0.44 | $ | 0.75 | $ | 0.34 | $ | 1.02 |
| Weighted-average common shares outstanding | | 172,486 | | 171,070 | | 170,762 | | 170,476 | | 170,247 |
| | | | | | | | | | | |
| **Diluted per share data attributable to common shareholders:** | | | | | | | | | | |
| Income (loss) from continuing operations, net of preferred dividends | $ | (0.72) | $ | 0.44 | $ | 0.75 | $ | 0.34 | $ | 1.02 |
| Net income (loss) attributable to common shareholders | $ | (0.72) | $ | 0.44 | $ | 0.75 | $ | 0.34 | $ | 1.02 |
| Weighted-average common and potential dilutive common shares outstanding | | 172,486 | | 171,070 | | 170,836 | | 170,499 | | 170,247 |
| | | | | | | | | | | |
| **Amounts attributable to common shareholders:** | | | | | | | | | | |
| Income (loss) from continuing operations, net of preferred dividends | $ | (123,460) | $ | 76,048 | $ | 127,990 | $ | 58,479 | $ | 174,212 |
| Discontinued operations | | — | | — | | — | | — | | 46 |
| Net income (loss) attributable to common shareholders | $ | (123,460) | $ | 76,048 | $ | 127,990 | $ | 58,479 | $ | 174,258 |
| **Dividends declared per common share** | $ | 0.675 | $ | 0.995 | $ | 1.060 | $ | 1.060 | $ | 1.000 |

(1) Please refer to Notes 4, 6 and 16 to the consolidated financial statements for a description of acquisitions, joint venture transactions and impairment charges that have impacted the comparability of the financial information presented.

48

| | | December 31, | | | |
|---|---|---|---|---|---|
| | **2018** | **2017** | **2016** | **2015** | **2014** |
| **BALANCE SHEET DATA:** | | | | | |
| Net investment in real estate assets | $ **4,785,526** | $ 5,156,835 | $ 5,520,539 | $ 5,857,953 | $ 5,947,175 |
| Total assets | **5,340,853** | 5,704,808 | 6,104,640 | 6,479,991 | 6,599,172 |
| Mortgage and other indebtedness, net | **4,043,180** | 4,230,845 | 4,465,294 | 4,710,628 | 4,683,333 |
| Redeemable noncontrolling interests | **3,575** | 8,835 | 17,996 | 25,330 | 37,559 |
| Total shareholders' equity | **964,137** | 1,140,004 | 1,228,714 | 1,284,970 | 1,406,552 |
| Noncontrolling interests | **68,028** | 96,474 | 112,138 | 114,629 | 143,376 |
| Total equity | **1,032,165** | 1,236,478 | 1,340,852 | 1,399,599 | 1,549,928 |

| | | Year Ended December 31, | | | |
|---|---|---|---|---|---|
| | **2018** | **2017** | **2016** | **2015** | **2014** |
| **OTHER DATA:** | | | | | |
| Cash flows provided by (used in): | | | | | |
| Operating activities | $ **377,242** | $ 430,397 | $ 468,579 | $ 495,015 | $ 468,061 |
| Investing activities | **(27,469)** | (75,812) | 9,988 | (265,306) | (239,735) |
| Financing activities | **(360,433)** | (351,482) | (485,074) | (236,246) | (260,768) |
| FFO allocable to Operating Partnership common unitholders (1) | **339,803** | 434,613 | 538,198 | 481,068 | 545,514 |
| FFO allocable to common shareholders | **293,658** | 373,028 | 460,052 | 410,592 | 465,160 |

(1)  Please refer to Management's Discussion and Analysis of Financial Condition and Results of Operations for the definition of FFO, which does not represent cash flows from operations as defined by accounting principles generally accepted in the United States of America ("GAAP") and is not necessarily indicative of the cash available to fund all cash requirements.  A reconciliation of net income (loss) attributable to common shareholders to FFO allocable to Operating Partnership common unitholders is presented on page 77.

## ITEM 6. SELECTED FINANCIAL DATA (CBL & Associates Limited Partnership)
(In thousands, except per unit data)

| | | Year Ended December 31, (1) | | | |
|---|---|---|---|---|---|
| | **2018** | **2017** | **2016** | **2015** | **2014** |
| Total revenues | $ **858,557** | $ 927,252 | $ 1,028,257 | $ 1,055,018 | $ 1,060,739 |
| Total operating expenses | **(774,835)** | (694,690) | (774,629) | (777,434) | (685,596) |
| Total other income (expenses) | **(182,951)** | (73,580) | (58,097) | (158,569) | (122,164) |
| **Income (loss) from continuing operations** | **(99,229)** | 158,982 | 195,531 | 119,015 | 252,979 |
| Discontinued operations | **—** | — | — | — | 54 |
| **Net income (loss)** | **(99,229)** | 158,982 | 195,531 | 119,015 | 253,033 |
| Net (income) loss attributable to noncontrolling interests | **973** | (25,390) | (1,112) | (5,473) | (3,777) |
| **Net income (loss) attributable to the Operating Partnership** | **(98,256)** | 133,592 | 194,419 | 113,542 | 249,256 |
| Distributions to preferred unitholders | **(44,892)** | (44,892) | (44,892) | (44,892) | (44,892) |
| **Net income (loss) available to common unitholders** | $ **(143,148)** | $ 88,700 | $ 149,527 | $ 68,650 | $ 204,364 |
| | | | | | |
| **Basic per unit data attributable to common unitholders:** | | | | | |
| Income (loss) from continuing operations, net of preferred distributions | $ **(0.72)** | $ 0.45 | $ 0.75 | $ 0.34 | $ 1.02 |
| Net income (loss) attributable to common unitholders | $ **(0.72)** | $ 0.45 | $ 0.75 | $ 0.34 | $ 1.02 |
| Weighted-average common units outstanding | **199,580** | 199,322 | 199,764 | 199,734 | 199,660 |

Case 1:19-cv-00181-JRG-CHS    Document 104-1    Filed 03/12/20    Page 10 of 28
PageID #: 1508

# Exhibit 2

# Section 1: 10-Q (10-Q)

*Table of Contents*

**UNITED STATES OF AMERICA**
**SECURITIES AND EXCHANGE COMMISSION**
**Washington, D.C. 20549**
## FORM 10-Q

☒   **QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**
**FOR THE QUARTERLY PERIOD ENDED SEPTEMBER 30, 2018**

or

☐   **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**
**FOR THE TRANSITION PERIOD FROM _____ TO _____**

**COMMISSION FILE NO. 1-12494 (CBL & ASSOCIATES PROPERTIES, INC.)**
**COMMISSION FILE NO. 333-182515-01 (CBL & ASSOCIATES LIMITED PARTNERSHIP)**
_____

**CBL & ASSOCIATES PROPERTIES, INC.**
**CBL & ASSOCIATES LIMITED PARTNERSHIP**
(Exact Name of registrant as specified in its charter)
_____

| | |
|---|---|
| **DELAWARE (CBL & ASSOCIATES PROPERTIES, INC.)** | **62-1545718** |
| **DELAWARE (CBL & ASSOCIATES LIMITED PARTNERSHIP)** | **62-1542285** |
| **(State or other jurisdiction of incorporation or organization)** | **(I.R.S. Employer Identification Number)** |

**2030 Hamilton Place Blvd., Suite 500, Chattanooga, TN  37421-6000**
(Address of principal executive office, including zip code)

**423.855.0001**
(Registrant's telephone number, including area code)

**N/A**
(Former name, former address and former fiscal year, if changed since last report)

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.

| | | |
|---|---|---|
| CBL & Associates Properties, Inc. | Yes ☒ | No ☐ |
| CBL & Associates Limited Partnership | Yes ☒ | No ☐ |

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files).

| | | |
|---|---|---|
| CBL & Associates Properties, Inc. | Yes ☒ | No ☐ |
| CBL & Associates Limited Partnership | Yes ☒ | No ☐ |

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

CBL & Associates Properties, Inc.

| | |
|---|---|
| Large accelerated filer ☒ | Accelerated filer ☐ |
| Non-accelerated filer ☐ | Smaller reporting company ☐ |
| Emerging growth company ☐ | |

CBL & Associates Limited Partnership

| | |
|---|---|
| Large accelerated filer ☐ | Accelerated filer ☐ |

Case 1:19-cv-00181-JRG-CHS   Document 104-1   Filed 03/12/20   Page 12 of 28 PageID #: 1510

Non-accelerated filer ☒        Smaller reporting company ☐

Emerging growth company ☐

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act).

| | Yes | No |
|---|---|---|
| CBL & Associates Properties, Inc. | ☐ | ☒ |
| CBL & Associates Limited Partnership | ☐ | ☒ |

As of November 2, 2018, there were 172,669,152 shares of CBL & Associates Properties, Inc.'s common stock, par value $0.01 per share, outstanding.

**EXPLANATORY NOTE**

This report combines the quarterly reports on Form 10-Q for the quarter ended September 30, 2018 of CBL & Associates Properties, Inc. and CBL & Associates Limited Partnership. Unless stated otherwise or the context otherwise requires, references to the "Company" mean CBL & Associates Properties, Inc. and its subsidiaries. References to the "Operating Partnership" mean CBL & Associates Limited Partnership and its subsidiaries. The terms "we," "us" and "our" refer to the Company or the Company and the Operating Partnership collectively, as the context requires.

The Company is a real estate investment trust ("REIT") whose stock is traded on the New York Stock Exchange. The Company is the 100% owner of two qualified REIT subsidiaries, CBL Holdings I, Inc. and CBL Holdings II, Inc. At September 30, 2018, CBL Holdings I, Inc., the sole general partner of the Operating Partnership, owned a 1.0% general partner interest in the Operating Partnership and CBL Holdings II, Inc. owned an 85.6% limited partner interest for a combined interest held by the Company of 86.6%.

As the sole general partner of the Operating Partnership, the Company's subsidiary, CBL Holdings I, Inc., has exclusive control of the Operating Partnership's activities. Management operates the Company and the Operating Partnership as one business. The management of the Company consists of the same individuals that manage the Operating Partnership. The Company's only material asset is its indirect ownership of partnership interests of the Operating Partnership. As a result, the Company conducts substantially all its business through the Operating Partnership as described in the preceding paragraph. The Company also issues public equity from time to time and guarantees certain debt of the Operating Partnership. The Operating Partnership holds all of the assets and indebtedness of the Company and, through affiliates, retains the ownership interests in the Company's joint ventures. Except for the net proceeds of offerings of equity by the Company, which are contributed to the Operating Partnership in exchange for partnership units on a one-for-one basis, the Operating Partnership generates all remaining capital required by the Company's business through its operations and its incurrence of indebtedness.

We believe that combining the two quarterly reports on Form 10-Q for the Company and the Operating Partnership provides the following benefits:

- enhances investors' understanding of the Company and the Operating Partnership by enabling investors to view the business as a whole in the same manner that management views and operates the business;

- eliminates duplicative disclosure and provides a more streamlined and readable presentation, since a substantial portion of the disclosure applies to both the Company and the Operating Partnership; and

- creates time and cost efficiencies through the preparation of one combined report instead of two separate reports.

To help investors understand the differences between the Company and the Operating Partnership, this report provides separate condensed consolidated financial statements for the Company and the Operating Partnership. Noncontrolling interests, shareholders' equity and partners' capital are the main areas of difference between the condensed consolidated financial statements of the Company and those of the Operating Partnership. A single set of notes to condensed consolidated financial statements is presented that includes separate discussions for the Company and the Operating Partnership, when applicable. A combined Management's Discussion and Analysis of Financial Condition and Results of Operations section is also included that presents combined information and discrete information related to each entity, as applicable.

In order to highlight the differences between the Company and the Operating Partnership, this report includes the following sections that provide separate financial and other information for the Company and the Operating Partnership:

- condensed consolidated financial statements;

- certain accompanying notes to condensed consolidated financial statements, including Note 6 - Unconsolidated Affiliates and Noncontrolling Interests; Note 7 - Mortgage and Other Indebtedness, Net; and Note 10 - Earnings per Share and Earnings per Unit;

- controls and procedures in Item 4 of Part I of this report;

- information concerning unregistered sales of equity securities and use of proceeds in Item 2 of Part II of this report; and

- certifications of the Chief Executive Officer and Chief Financial Officer included as Exhibits 31.1 through 32.4.

# CBL & Associates Properties, Inc.
# CBL & Associates Limited Partnership
# Table of Contents

**PART I     FINANCIAL INFORMATION**                                                                      1

Item 1.     Condensed Consolidated Financial Statements (Unaudited)                                      1

**CBL & Associates Properties, Inc.**

        Condensed Consolidated Balance Sheets as of September 30, 2018 and December 31, 2017             1

        Condensed Consolidated Statements of Operations for the Three and Nine Months Ended
            September 30, 2018 and 2017                                                                  2

        Condensed Consolidated Statements of Equity for the Nine Months Ended
            September 30, 2018 and 2017                                                                  3

        Condensed Consolidated Statements of Cash Flows for the Nine Months Ended
            September 30, 2018 and 2017                                                                  5

**CBL & Associates Limited Partnership**

        Condensed Consolidated Balance Sheets as of September 30, 2018 and December 31, 2017             7

        Condensed Consolidated Statements of Operations for the Three and Nine Months Ended
            September 30, 2018 and 2017                                                                  8

        Condensed Consolidated Statements of Capital for the Nine Months Ended
            September 30, 2018 and 2017                                                                  9

        Condensed Consolidated Statements of Cash Flows for the Nine Months Ended
            September 30, 2018 and 2017                                                                  11

**CBL & Associates Properties, Inc. and CBL & Associates Limited Partnership**

        Notes to Unaudited Condensed Consolidated Financial Statements                                   13

Item 2.     Management's Discussion and Analysis of Financial Condition and Results of Operations        37

Item 3.     Quantitative and Qualitative Disclosures About Market Risk                                   60

Item 4.     Controls and Procedures                                                                      61

**PART II    OTHER INFORMATION**                                                                         61

Item 1.     Legal Proceedings                                                                            61

Item1A.     Risk Factors                                                                                 61

Item 2.     Unregistered Sales of Equity Securities and Use of Proceeds                                  61

Item 3.     Defaults Upon Senior Securities                                                              62

Item 4.     Mine Safety Disclosures                                                                      62

Item 5.     Other Information                                                                            62

Item 6.     Exhibits                                                                                     63

            SIGNATURES                                                                                   64

The Company has the following contract balances as of September 30, 2018:

| Description | Financial Statement Line Item | As of September 30, 2018 | Expected Settlement Period | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | 2018 | 2019 | 2020 | 2023 |
| Contract assets [1] | Management, development and leasing fees | $ 610 | $ (213) | $ (389) | (4) | $ (4) |
| Contract liability [2] | Other rents | 98 | (49) | (49) | — | — |

(1) Represents leasing fees recognized as revenue in the period in which the lease is executed. Under third party and unconsolidated affiliates' contracts, the remaining 50% of the commissions are paid when the tenant opens. The tenant typically opens within a year, unless the project is in development.

(2) Relates to a contract in which the Company received advance payments in the initial year of the multi-year contract.

## Revenues

Sales taxes are excluded from revenues. The following table presents the Company's revenues disaggregated by revenue source:

| | Three Months Ended September 30, 2018 | Nine Months Ended September 30, 2018 |
| --- | --- | --- |
| Leasing revenues [1] | $ 200,731 | $ 621,016 |
| Revenues from contracts with customers (ASC 606): | | |
| Operating expense reimbursements [2] | 1,682 | 6,062 |
| Management, development and leasing fees [3] | 2,658 | 8,022 |
| Marketing revenues [4] | 1,124 | 3,374 |
| | 5,464 | 17,458 |
| Other revenues | 683 | 3,202 |
| Total revenues | $ 206,878 | $ 641,676 |

(1) Revenues from leases are accounted for in accordance with ASC 840, *Leases*.

(2) Includes $1,621 in the Malls segment and $61 in the All Other segment for the three months ended September 30, 2018. Includes $5,660 in the Malls segment and $402 in the All Other segment for the nine months ended September 30, 2018. See description below.

(3) Included in All Other segment.

(4) Includes $1,119 in the Malls segment and $5 in the All Other segment for the three months ended September 30, 2018. Includes $3,362 in the Malls segment and $12 in the All Other segment for the nine months ended September 30, 2018.

See Note 9 for information on the Company's segments.

### Leasing Revenues

The majority of the Company's revenues are earned through the lease of space at its properties. Lease revenues include minimum rent, percentage rent, other rents and reimbursements from tenants for real estate taxes, insurance, common area maintenance ("CAM") and other operating expenses as provided in the lease agreements.

Minimum rental revenue from operating leases is recognized on a straight-line basis over the initial terms of the related leases. Certain tenants are required to pay percentage rent if their sales volumes exceed thresholds specified in their lease agreements. Percentage rent is recognized as revenue when the thresholds are achieved and the amounts become determinable.

The Company receives reimbursements from tenants for real estate taxes, insurance, CAM and other recoverable operating expenses as provided in the lease agreements. Tenant reimbursements are recognized when earned in accordance with the tenant lease agreements. Tenant reimbursements related to certain capital expenditures are billed to tenants over periods of 5 to 15 years and are recognized as revenue in accordance with the underlying lease terms.

17

# Exhibit 3

**UNITED STATES OF AMERICA**
**SECURITIES AND EXCHANGE COMMISSION**
**Washington, D.C. 20549**

# FORM 10-Q

☒    **QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**
**FOR THE QUARTERLY PERIOD ENDED SEPTEMBER 30, 2016**

**Or**

☐    **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**
**FOR THE TRANSITION PERIOD FROM _____ TO _____**

**COMMISSION FILE NO. 1-12494 (CBL & ASSOCIATES PROPERTIES, INC.)**
**COMMISSION FILE NO. 333-182515-01 (CBL & ASSOCIATES LIMITED PARTNERSHIP)**

_____

# CBL & ASSOCIATES PROPERTIES, INC.
# CBL & ASSOCIATES LIMITED PARTNERSHIP
**(Exact Name of registrant as specified in its charter)**

_____

| | |
|---|---|
| **DELAWARE (CBL & ASSOCIATES PROPERTIES, INC.)** | **62-1545718** |
| **DELAWARE (CBL & ASSOCIATES LIMITED PARTNERSHIP)** | **62-1542285** |
| **(State or other jurisdiction of incorporation or organization)** | **(I.R.S. Employer Identification Number)** |

**2030 Hamilton Place Blvd., Suite 500, Chattanooga, TN  37421-6000**
**(Address of principal executive office, including zip code)**

**423.855.0001**
**(Registrant's telephone number, including area code)**

**N/A**
**(Former name, former address and former fiscal year, if changed since last report)**

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.

| | | |
|---|---|---|
| CBL & Associates Properties, Inc. | Yes ☒ | No ☐ |
| CBL & Associates Limited Partnership | Yes ☒ | No ☐ |

Indicate by check mark whether the registrant has submitted electronically and posted on its corporate Web site, if any, every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit and post such files).

| | | |
|---|---|---|
| CBL & Associates Properties, Inc. | Yes ☒ | No ☐ |
| CBL & Associates Limited Partnership | Yes ☒ | No ☐ |

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, or a smaller reporting company. See the definitions of "large accelerated filer," "accelerated filer," and "smaller reporting company" in Rule 12b-2 of the Exchange Act.

CBL & Associates Properties, Inc.

| | | | |
|---|---|---|---|
| Large accelerated filer ☒ | Accelerated filer ☐ | Non-accelerated filer ☐ | Smaller Reporting Company ☐ |

CBL & Associates Limited Partnership

| | | | |
|---|---|---|---|
| Large accelerated filer ☐ | Accelerated filer ☐ | Non-accelerated filer ☒ | Smaller Reporting Company ☐ |

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act).

| | | |
|---|---|---|
| CBL & Associates Properties, Inc. | Yes ☐ | No ☒ |
| CBL & Associates Limited Partnership | Yes ☐ | No ☒ |

As of November 3, 2016, there were 170,793,828 shares of CBL & Associates Properties, Inc.'s common stock, par value $0.01 per share, outstanding.

**EXPLANATORY NOTE**

This report combines the quarterly reports on Form 10-Q for the quarter ended September 30, 2016 of CBL & Associates Properties, Inc. and CBL & Associates Limited Partnership. Unless stated otherwise or the context otherwise requires, references to the "Company" mean CBL & Associates Properties, Inc. and its subsidiaries. References to the "Operating Partnership" mean CBL & Associates Limited Partnership and its subsidiaries. The terms "we," "us" and "our" refer to the Company or the Company and the Operating Partnership collectively, as the context requires.

The Company is a real estate investment trust ("REIT") whose stock is traded on the New York Stock Exchange. The Company is the 100% owner of two qualified REIT subsidiaries, CBL Holdings I, Inc. and CBL Holdings II, Inc. At September 30, 2016, CBL Holdings I, Inc., the sole general partner of the Operating Partnership, owned a 1.0% general partner interest in the Operating Partnership and CBL Holdings II, Inc. owned an 84.8% limited partner interest for a combined interest held by the Company of 85.8%.

As the sole general partner of the Operating Partnership, the Company's subsidiary, CBL Holdings I, Inc., has exclusive control of the Operating Partnership's activities. Management operates the Company and the Operating Partnership as one business. The management of the Company consists of the same individuals that manage the Operating Partnership. The Company's only material asset is its indirect ownership of partnership interests of the Operating Partnership. As a result, the Company conducts substantially all its business through the Operating Partnership as described in the preceding paragraph. The Company also issues public equity from time to time and guarantees certain debt of the Operating Partnership. The Operating Partnership holds all of the assets and indebtedness of the Company and, through affiliates, retains the ownership interests in the Company's joint ventures. Except for the net proceeds of offerings of equity by the Company, which are contributed to the Operating Partnership in exchange for partnership units on a one-for-one basis, the Operating Partnership generates all remaining capital required by the Company's business through its operations and its incurrence of indebtedness.

We believe that combining the two quarterly reports on Form 10-Q for the Company and the Operating Partnership provides the following benefits:

- enhances investors' understanding of the Company and the Operating Partnership by enabling investors to view the business as a whole in the same manner that management views and operates the business;

- eliminates duplicative disclosure and provides a more streamlined and readable presentation, since a substantial portion of the disclosure applies to both the Company and the Operating Partnership; and

- creates time and cost efficiencies through the preparation of one combined report instead of two separate reports.

To help investors understand the differences between the Company and the Operating Partnership, this report provides separate condensed consolidated financial statements for the Company and the Operating Partnership. Noncontrolling interests, shareholders' equity and partners' capital are the main areas of difference between the condensed consolidated financial statements of the Company and those of the Operating Partnership. A single set of notes to condensed consolidated financial statements is presented that includes separate discussions for the Company and the Operating Partnership, when applicable. A combined Management's Discussion and Analysis of Financial Condition and Results of Operations section is also included that presents combined information and discrete information related to each entity, as applicable.

In order to highlight the differences between the Company and the Operating Partnership, this report includes the following sections that provide separate financial and other information for the Company and the Operating Partnership:

- condensed consolidated financial statements;

- certain accompanying notes to condensed consolidated financial statements, including Note 5 - Unconsolidated Affiliates, Redeemable Interests, Noncontrolling Interests and Cost Method Investments; Note 6 - Mortgage and Other Indebtedness; Note 7 - Comprehensive Income; and Note 11 - Earnings per Share and Earnings per Unit;

- controls and procedures in Item 4 of Part I of this report;

- information concerning unregistered sales of equity securities and use of proceeds in Item 2 of Part II of this report; and

- certifications of the Chief Executive Officer and Chief Financial Officer included as Exhibits 31.1 through 32.4.

# CBL & Associates Properties, Inc.
# CBL & Associates Limited Partnership
## Table of Contents

**PART I**   **FINANCIAL INFORMATION**..................................................................................................... 1

Item 1.   Condensed Consolidated Financial Statements (Unaudited) .......................................................... 1


**CBL & Associates Properties, Inc.**

Condensed Consolidated Balance Sheets as of September 30, 2016 and December 31, 2015.......................... 1

Condensed Consolidated Statements of Operations for the Three and Nine Months Ended September 30, 2016 and 2015 ................................................................................................................ 2

Condensed Consolidated Statements of Comprehensive Income for the Three and Nine Months Ended September 30, 2016 and 2015 .............................................................................................. 3

Condensed Consolidated Statements of Equity for the Nine Months Ended September 30, 2016 and 2015... 4

Condensed Consolidated Statements of Cash Flows for the Nine Months Ended September 30, 2016 and 2015 ............................................................................................................................................... 6


**CBL & Associates Limited Partnership**

Condensed Consolidated Balance Sheets as of September 30, 2016 and December 31, 2015.......................... 8

Condensed Consolidated Statements of Operations for the Three and Nine Months Ended September 30, 2016 and 2015 ................................................................................................................ 9

Condensed Consolidated Statements of Comprehensive Income (Loss) for the Three and Nine Months Ended September 30, 2016 and 2015 .............................................................................................. 10

Condensed Consolidated Statements of Capital for the Nine Months Ended September 30, 2016 and 2015.. 11

Condensed Consolidated Statements of Cash Flows for the Nine Months Ended September 30, 2016 and 2015 ............................................................................................................................................... 13


**CBL & Associates Properties, Inc. and CBL & Associates Limited Partnership**

Notes to Unaudited Condensed Consolidated Financial Statements ................................................... 15

Item 2.   Management's Discussion and Analysis of Financial Condition and Results of Operations.......................... 43

Item 3.   Quantitative and Qualitative Disclosures About Market Risk ........................................................... 65

Item 4.   Controls and Procedures ............................................................................................................ 66


**PART II**   **OTHER INFORMATION**................................................................................................. 66


Item 1.   Legal Proceedings ...................................................................................................................... 66

Item 1A.   Risk Factors ............................................................................................................................. 67

Item 2.   Unregistered Sales of Equity Securities and Use of Proceeds ......................................................... 67

Item 3.   Defaults Upon Senior Securities .................................................................................................. 67

Item 4.   Mine Safety Disclosures ............................................................................................................. 67

Item 5.   Other Information ...................................................................................................................... 67

Item 6.   Exhibits .................................................................................................................................... 67


SIGNATURES .................................................................................................................................. 68

**Note 12 – Contingencies**

*Litigation*

The Company is currently involved in certain litigation that arises in the ordinary course of business, most of which is expected to be covered by liability insurance. Management makes assumptions and estimates concerning the likelihood and amount of any potential loss relating to these matters using the latest information available. The Company records a liability for litigation if an unfavorable outcome is probable and the amount of loss or range of loss can be reasonably estimated. If an unfavorable outcome is probable and a reasonable estimate of the loss is a range, the Company accrues the best estimate within the range. If no amount within the range is a better estimate than any other amount, the Company accrues the minimum amount within the range. If an unfavorable outcome is probable but the amount of the loss cannot be reasonably estimated, the Company discloses the nature of the litigation and indicates that an estimate of the loss or range of loss cannot be made. If an unfavorable outcome is reasonably possible and the estimated loss is material, the Company discloses the nature and estimate of the possible loss of the litigation. Based on current expectations, such matters, both individually and in the aggregate, are not expected to have a material adverse effect on the liquidity, results of operations, business or financial condition of the Company.

On May 27, 2016, Tommy French filed a putative class action in the United States District Court for the Eastern District of Tennessee on behalf of himself and all persons who purchased the Company's common stock between August 8, 2013 and May 24, 2016. Two additional suits were filed shortly thereafter with similar allegations. On June 9, 2016, The Allan J. and Sherry R. Potts Living Trust filed a putative class action in the same Court on behalf of the trust and all persons who purchased the Company's common stock between August 8, 2013 and May 24, 2016, and on June 24, 2016, International Union of Painters & Allied Trades District Council No. 35 Pension Plan filed another putative class action in the same Court on behalf of itself and all persons who purchased the Company's common stock between August 9, 2011 and May 24, 2016, containing similar allegations. On July 26, 2016, motions were submitted to the Court for the consolidation of these three cases, as well as for the appointment of a lead plaintiff. On September 26, 2016, the Court granted the motion, consolidated the cases into one action, and appointed the New Mexico Educational Retirement Board as lead plaintiff and its counsel, Bernstein Liebhard, as lead counsel. The Court granted the lead plaintiff 60 days to file a consolidated amended complaint, and once filed, the Company will file a response. The previously filed complaints are all based on substantially similar allegations that certain of the Company's financing arrangements were obtained through fraud and/or misrepresentation, and that the Company and certain of its officers and directors made materially misleading statements to the market by failing to disclose material information concerning these alleged misrepresentations, and concerning the supposed involvement by insiders of the Company in alleged trading in the Company's stock by a United States senator on the basis of material nonpublic information. Based on these allegations, these complaints assert claims for violation of the securities laws and seek a variety of relief, including unspecified monetary damages as well as costs and attorneys' fees. The Company believes these complaints are without merit and intends to defend itself vigorously.

On July 29, 2016, Henry Shebitz filed a shareholder derivative suit in the Chancery Court for Hamilton County, Tennessee alleging that the Company's directors, three former directors and certain current and former officers breached their fiduciary duties by causing the Company to make materially misleading statements to the market by failing to disclose material information concerning these alleged misrepresentations, and concerning the supposed involvement by insiders of the Company in alleged trading in the Company's stock by a United States senator on the basis of material nonpublic information. The complaint further alleges that certain of the Company's current and former officers and directors improperly engaged in transactions in the Company's stock while in possession of material nonpublic information concerning the Company's alleged misleading statements. The complaint purports to seek relief on behalf of the Company for unspecified damages as well as costs and attorneys' fees. The Company believes that this complaint is without merit and intends to defend against it vigorously.

*Environmental Contingencies*

The Company evaluates potential loss contingencies related to environmental matters using the same criteria described above related to litigation matters. Based on current information, an unfavorable outcome concerning such environmental matters, both individually and in the aggregate, is considered to be reasonably possible. However, the Company believes its maximum potential exposure to loss would not be material to its results of operations or financial condition. The Company has a master insurance policy that provides coverage through 2022 for certain environmental claims up to $10,000 per occurrence and up to $50,000 in the aggregate, subject to deductibles and certain exclusions. At certain locations, individual policies are in place.

*Guarantees*

The Operating Partnership may guarantee the debt of a joint venture primarily because it allows the joint venture to obtain funding at a lower cost than could be obtained otherwise. This results in a higher return for the joint venture on its investment, and a higher return on the Operating Partnership's investment in the joint venture. The Operating Partnership may receive a fee from the joint venture for providing the guaranty. Additionally, when the Operating Partnership issues a guaranty, the terms of the joint venture agreement typically provide that the Operating Partnership may receive indemnification from the joint venture partner or have the ability to increase its ownership interest. The guarantees expire upon repayment of the debt, unless noted otherwise.

# Exhibit 4

Case 1:19-cv-00181-JRG-CHS     Document 104-1     Filed 03/12/20     Page 22 of 28
PageID #: 1520

# UNITED STATES
## SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

# FORM 10-K

☒ **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934 FOR THE FISCAL YEAR ENDED DECEMBER 31, 2016**

**Or**

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934 FOR THE TRANSITION PERIOD FROM _____ TO _____**

**COMMISSION FILE NO. 1-12494 (CBL & ASSOCIATES PROPERTIES, INC.)**
**COMMISSION FILE NO. 333-182515-01 (CBL & ASSOCIATES LIMITED PARTNERSHIP)**
_____

## CBL & ASSOCIATES PROPERTIES, INC.
## CBL & ASSOCIATES LIMITED PARTNERSHIP
(Exact Name of Registrant as Specified in Its Charter)

| | |
|---|---|
| **Delaware (CBL & Associates Properties, Inc.)** | **62-1545718** |
| **Delaware (CBL & Associates Limited Partnership)** | **62-1542285** |
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification No.) |

| | |
|---|---|
| **2030 Hamilton Place Blvd., Suite 500** | |
| **Chattanooga, TN** | **37421** |
| (Address of principal executive offices) | (Zip Code) |

Registrant's telephone number, including area code: **423.855.0001**

Securities registered pursuant to Section 12(b) of the Act:
CBL & Associates Properties, Inc.:

| **Title of each Class** | **Name of each exchange on which registered** |
|---|---|
| Common Stock, $0.01 par value | New York Stock Exchange |
| 7.375% Series D Cumulative Redeemable Preferred Stock, $0.01 par value | New York Stock Exchange |
| 6.625% Series E Cumulative Redeemable Preferred Stock, $0.01 par value | New York Stock Exchange |

CBL & Associates Limited Partnership: None

Securities registered pursuant to Section 12(g) of the Act:
CBL & Associates Properties, Inc.: None
CBL & Associates Limited Partnership: None

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act.

| | | |
|---|---|---|
| CBL & Associates Properties, Inc. | Yes ☒ | No ☐ |
| CBL & Associates Limited Partnership | Yes ☒ | No ☐ |

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act.

| | | |
|---|---|---|
| CBL & Associates Properties, Inc. | Yes ☐ | No ☒ |
| CBL & Associates Limited Partnership | Yes ☐ | No ☒ |

Case 1:19-cv-00181-JRG-CHS     Document 104-1     Filed 03/12/20     Page 23 of 28
PageID #: 1521

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.

| | | |
|---|---|---|
| CBL & Associates Properties, Inc. | Yes ☒ | No ☐ |
| CBL & Associates Limited Partnership | Yes ☒ | No ☐ |

Indicate by check mark whether the registrant has submitted electronically and posted on its corporate Web site, if any, every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit and post such files).

| | | |
|---|---|---|
| CBL & Associates Properties, Inc. | Yes ☒ | No ☐ |
| CBL & Associates Limited Partnership | Yes ☒ | No ☐ |

Indicate by check mark if disclosure of delinquent filers pursuant to Item 405 of Regulation S-K (§229.405 of this chapter) is not contained herein, and will not be contained, to the best of registrant's knowledge, in definitive proxy or information statements incorporated by reference in Part III of this Form 10-K or any amendment to this Form 10-K. ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, or a smaller reporting company. See the definitions of "large accelerated filer," "accelerated filer," and "smaller reporting company" in Rule 12b-2 of the Exchange Act.

CBL & Associates Properties, Inc.

| | | | |
|---|---|---|---|
| Large accelerated filer ☒ | Accelerated filer ☐ | Non-accelerated filer ☐ | Smaller Reporting Company ☐ |

CBL & Associates Limited Partnership

| | | | |
|---|---|---|---|
| Large accelerated filer ☐ | Accelerated filer ☐ | Non-accelerated filer ☒ | Smaller Reporting Company ☐ |

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act).

| | | |
|---|---|---|
| CBL & Associates Properties, Inc. | Yes ☐ | No ☒ |
| CBL & Associates Limited Partnership | Yes ☐ | No ☒ |

The aggregate market value of the 167,103,845 shares of CBL & Associates Properties, Inc.'s common stock held by non-affiliates of the registrant as of June 30, 2016 was $1,555,736,797, based on the closing price of $9.31 per share on the New York Stock Exchange on June 30, 2016. (For this computation, the registrant has excluded the market value of all shares of its common stock reported as beneficially owned by executive officers and directors of the registrant; such exclusion shall not be deemed to constitute an admission that any such person is an "affiliate" of the registrant.)

As of February 23, 2017, 171,093,419 shares of common stock were outstanding.

### DOCUMENTS INCORPORATED BY REFERENCE

Portions of CBL & Associates Properties, Inc.'s Proxy Statement for the 2017 Annual Meeting of Stockholders are incorporated by reference in Part III.

**EXPLANATORY NOTE**

This report combines the annual reports on Form 10-K for the year ended December 31, 2016 of CBL & Associates Properties, Inc. and CBL & Associates Limited Partnership. Unless stated otherwise or the context otherwise requires, references to the "Company" mean CBL & Associates Properties, Inc. and its subsidiaries. References to the "Operating Partnership" mean CBL & Associates Limited Partnership and its subsidiaries. The terms "we," "us" and "our" refer to the Company or the Company and the Operating Partnership collectively, as the context requires.

The Company is a real estate investment trust ("REIT") whose stock is traded on the New York Stock Exchange. The Company is the 100% owner of two qualified REIT subsidiaries, CBL Holdings I, Inc. and CBL Holdings II, Inc. At December 31, 2016, CBL Holdings I, Inc., the sole general partner of the Operating Partnership, owned a 1.0% general partner interest in the Operating Partnership and CBL Holdings II, Inc. owned an 84.8% limited partner interest for a combined interest held by the Company of 85.8%.

As the sole general partner of the Operating Partnership, the Company's subsidiary, CBL Holdings I, Inc., has exclusive control of the Operating Partnership's activities. Management operates the Company and the Operating Partnership as one business. The management of the Company consists of the same individuals that manage the Operating Partnership. The Company's only material asset is its indirect ownership of partnership interests of the Operating Partnership. As a result, the Company conducts substantially all its business through the Operating Partnership as described in the preceding paragraph. The Company also issues public equity from time to time and guarantees certain debt of the Operating Partnership. The Operating Partnership holds all of the assets and indebtedness of the Company and, through affiliates, retains the ownership interests in the Company's joint ventures. Except for the net proceeds of offerings of equity by the Company, which are contributed to the Operating Partnership in exchange for partnership units on a one-for-one basis, the Operating Partnership generates all remaining capital required by the Company's business through its operations and its incurrence of indebtedness.

We believe that combining the two annual reports on Form 10-K for the Company and the Operating Partnership provides the following benefits:

- enhances investors' understanding of the Company and the Operating Partnership by enabling investors to view the business as a whole in the same manner that management views and operates the business;

- eliminates duplicative disclosure and provides a more streamlined and readable presentation, since a substantial portion of the disclosure applies to both the Company and the Operating Partnership; and

- creates time and cost efficiencies through the preparation of one combined report instead of two separate reports.

To help investors understand the differences between the Company and the Operating Partnership, this report provides separate consolidated financial statements for the Company and the Operating Partnership. Noncontrolling interests, shareholders' equity and partners' capital are the main areas of difference between the consolidated financial statements of the Company and those of the Operating Partnership. A single set of notes to consolidated financial statements is presented that includes separate discussions for the Company and the Operating Partnership, when applicable. A combined Management's Discussion and Analysis of Financial Condition and Results of Operations section is also included that presents combined information and discrete information related to each entity, as applicable.

In order to highlight the differences between the Company and the Operating Partnership, this report includes the following sections that provide separate financial information for the Company and the Operating Partnership:

- consolidated financial statements;

- certain accompanying notes to consolidated financial statements, including Note 2- Summary of Significant Accounting Policies, Note 6 - Mortgage and Other Indebtedness, Note 7 - Shareholders' Equity and Partners' Capital and Note 8 - Redeemable Interests and Noncontrolling Interests;

- information concerning unregistered sales of equity securities and use of proceeds in Item 5 of Part II of this report;

- selected financial data in Item 6 of Part II of this report;

- controls and procedures in Item 9A of this report; and

- certifications of the Chief Executive Officer and Chief Financial Officer included as Exhibits 31.1 through 32.4.

# TABLE OF CONTENTS

Page Number

Cautionary Statement Regarding Forward-Looking Statements ............................................................... 1

## PART I

| 1. | Business............................................................................................................... | 2 |
| 1A. | Risk Factors......................................................................................................... | 10 |
| 1B. | Unresolved Staff Comments ................................................................................ | 26 |
| 2. | Properties.............................................................................................................. | 26 |
| 3. | Legal Proceedings ............................................................................................... | 45 |
| 4. | Mine Safety Disclosures...................................................................................... | 46 |

## PART II

| 5. | Market For Registrant's Common Equity, Related Stockholder Matters and Issuer Purchases of Equity Securities................................................. | 46 |
| 6. | Selected Financial Data....................................................................................... | 48 |
| 7. | Management's Discussion and Analysis of Financial Condition and Results of Operations ............................................................................... | 51 |
| 7A. | Quantitative and Qualitative Disclosures About Market Risk .............................. | 79 |
| 8. | Financial Statements and Supplementary Data.................................................... | 79 |
| 9. | Changes in and Disagreements With Accountants on Accounting and Financial Disclosure ................................................................................. | 79 |
| 9A. | Controls and Procedures...................................................................................... | 80 |
| 9B. | Other Information................................................................................................. | 82 |

## PART III

| 10. | Directors, Executive Officers and Corporate Governance.................................... | 82 |
| 11. | Executive Compensation...................................................................................... | 82 |
| 12. | Security Ownership of Certain Beneficial Owners and Management and Related Stockholder Matters ......................................................................... | 82 |
| 13. | Certain Relationships and Related Transactions, and Director Independence................................... | 82 |
| 14. | Principal Accounting Fees and Services .............................................................. | 82 |

## PART IV

| 15. | Exhibits, Financial Statement Schedules ............................................................ | 83 |

Signatures .......................................................................................................................... 84

Index to Financial Statements and Schedules ................................................................... 86
Index to Exhibits ............................................................................................................... 154

(11) The Outlet Shoppes at Gettysburg - The loan is interest only through September 2017. Thereafter, debt service will be $2,422 in annual principal payments plus interest.

(12) The loan on this Property was retired subsequent to December 31, 2016. See Note 19 to the consolidated financial statements for more information.

(13) The Outlet Shoppes at Laredo - The interest rate will be reduced to LIBOR plus 2.25% once the development is complete and certain debt and operational metrics are met. The loan has one 24-month extension option, which is at the joint venture's election, subject to continued compliance with the terms of the loan agreement. The Operating Partnership owns less than 100% of the Property but guarantees 100% of the debt.

(14) Represents bond discounts as well as net premiums related to debt assumed to acquire real estate assets, which had stated interest rates that were above or below the estimated market rates for similar debt instruments at the respective acquisition dates.

(15) Ambassador Town Center - The debt is prepayable at any time without prepayment penalty. The unconsolidated affiliate has an interest rate swap on a notional amount of $47,197, amortizing to $38,866 over the term of the swap, to effectively fix the interest rate on the variable-rate loan. Therefore, this amount is currently reflected as having a fixed rate. The swap terminates in June 2023.

(16) Ambassador Town Center Infrastructure Improvements - The Operating Partnership owns less than 100% of the Property but guarantees 100% of the debt. The guaranty will be reduced to 50% on March 1st of such year as payment-in-lieu of taxes ("PILOT") payments received and attributed to the prior calendar year by Ambassador Infrastructure and delivered to the lender are $1,200 or more, provided no event of default exists. The guaranty will be reduced to 20% when the PILOT payments are $1,400 or more, provided no event of default exists.

(17) Oak Park Mall - The loan is interest only through November 2017. Thereafter, debt service will be $15,755 in annual principal payments plus interest.

(18) Triangle Town Center - The fixed-rate loan is 4.00% interest-only payments through the initial maturity date. The unconsolidated affiliate, in which we have a 10% ownership interest, and its third party partner have the option to exercise two one-year extension options, subject to continued compliance with the terms of the loan agreement. Under the terms of the loan agreement, the joint venture must pay the lender $5,000 to reduce the principal balance of the loan and an extension fee of 0.50% of the remaining outstanding loan balance if it exercises the first extension. If the joint venture elects to exercise the second extension, it must pay the lender $8,000 to reduce the principal balance of the loan and an extension fee of 0.75% of the remaining outstanding principal loan balance. Additionally, the interest rate would increase to 5.737% during the extension period.

(19) Represents the Company's pro rata share of debt, including our share of unconsolidated affiliates' debt and excluding noncontrolling interests' share of consolidated debt on shopping center Properties.

The following is a reconciliation of consolidated debt to the Company's pro rata share of total debt (in thousands):

| | | |
|---|---:|---:|
| Total consolidated debt | $ | 4,483,149 |
| Noncontrolling interests' share of consolidated debt | | (116,666) |
| Company's share of unconsolidated debt | | 603,325 |
| Unamortized deferred financing costs | | (19,716) |
| Company's pro rata share of total debt | $ | 4,950,092 |

Other than our property-specific mortgage or construction loans, there are no material liens or encumbrances on our Properties. See Note 5 and Note 6 to the consolidated financial statements for additional information regarding property-specific indebtedness and construction loans.

## ITEM 3. LEGAL PROCEEDINGS

We are currently involved in certain litigation that arises in the ordinary course of business, most of which is expected to be covered by liability insurance. Based on current expectations, such matters, both individually and in the aggregate, are not expected to have a material adverse effect on our liquidity, results of operations, business or financial condition.

On May 27, 2016, Tommy French filed a putative class action in the United States District Court for the Eastern District of Tennessee on behalf of himself and all persons who purchased our common stock between August 8, 2013 and May 24, 2016. Two additional suits were filed shortly thereafter with similar allegations. On June 9, 2016, The Allan J. and Sherry R. Potts Living Trust filed a putative class action in the same Court on behalf of the trust and all persons who purchased our common stock between August 8, 2013 and May 24, 2016, and on June 24, 2016, International Union of Painters & Allied Trades District Council No. 35 Pension Plan filed another putative class action in the same Court on behalf of itself and all persons who purchased our common stock between August 9, 2011 and May 24, 2016, containing similar allegations. On July 26, 2016, motions were submitted to the Court for the consolidation of these three cases, as well as for the appointment of a lead plaintiff. On September 26, 2016, the Court granted the motion, consolidated the cases into one action, and appointed the New Mexico Educational Retirement Board as lead plaintiff and its counsel, Bernstein Liebhard, as lead counsel. The Court granted the lead plaintiff 60 days to file a consolidated amended complaint, and once filed, we will file a response. The previously filed complaints are all based on substantially similar allegations that certain of our financing arrangements were obtained through fraud and/or misrepresentation, and that we and certain of our officers and directors made materially misleading statements to the market by failing to disclose material information concerning these alleged misrepresentations, and concerning the supposed involvement by insiders in alleged trading of our stock by a United States senator on the basis of material nonpublic information. Based on these allegations, these complaints assert claims for violation of the securities laws and seek a variety of relief, including unspecified monetary damages as well as costs and attorneys' fees. The above-referenced plaintiffs voluntarily dismissed their claims on December 20

45

and 21, 2016, respectively, and on January 4, 2017, the Court administratively closed the case.  We made no payment or entered into any agreement as part of this matter, and as such, we now consider this matter closed.

On July 29, 2016, Henry Shebitz filed a shareholder derivative suit in the Chancery Court for Hamilton County, Tennessee alleging that our directors, three former directors and certain current and former officers breached their fiduciary duties by causing us to make materially misleading statements to the market by failing to disclose material information concerning these alleged misrepresentations, and concerning the supposed involvement by insiders in alleged trading of our stock by a United States senator on the basis of material nonpublic information.  The complaint further alleged that certain of our current and former officers and directors improperly engaged in transactions in the Company's stock while in possession of material nonpublic information concerning the Company's alleged misleading statements.  The complaint purported to seek relief on behalf of us for unspecified damages as well as costs and attorneys' fees.  On or about January 31, 2017, the plaintiff filed a Notice of Voluntary Dismissal, and on February 2, 2017, the Court entered an order dismissing the suit without prejudice.   We made no payment or entered into any agreement as part of this matter, and as such, we now consider this matter closed.

## ITEM 4. MINE SAFETY DISCLOSURES

Not applicable.

### PART II

## ITEM 5. MARKET FOR REGISTRANT'S COMMON EQUITY, RELATED STOCKHOLDER MATTERS AND ISSUER PURCHASES OF EQUITY SECURITIES

Common stock of CBL & Associates Properties, Inc. is traded on the New York Stock Exchange.  The stock symbol is "CBL".  Quarterly sale prices and dividends paid per share of common stock are as follows:

| Quarter Ended | Market Price | | Dividend |
| | High | Low | |
|---|---|---|---|
| **2016** | | | |
| March 31 | $ 12.74 | $ 9.40 | $ 0.265 |
| June 30 | $ 12.28 | $ 9.10 | $ 0.265 |
| September 30 | $ 14.29 | $ 9.73 | $ 0.265 |
| December 31 | $ 12.28 | $ 10.36 | $ 0.265 |
| | | | |
| **2015** | | | |
| March 31 | $ 21.36 | $ 18.72 | $ 0.265 |
| June 30 | $ 19.98 | $ 15.92 | $ 0.265 |
| September 30 | $ 16.61 | $ 13.65 | $ 0.265 |
| December 31 | $ 15.59 | $ 12.06 | $ 0.265 |

There were approximately 771 shareholders of record for our common stock as of February 23, 2017.

Future dividend distributions are subject to our actual results of operations, taxable income, economic conditions, issuances of common stock and such other factors as our Board of Directors deems relevant.  Our actual results of operations will be affected by a number of factors, including the revenues received from the Properties, our operating expenses, interest expense, unanticipated capital expenditures and the ability of the Anchors and tenants at the Properties to meet their obligations for payment of rents and tenant reimbursements.

See Part III, Item 12 contained herein for information regarding securities authorized for issuance under equity compensation plans.