| | ) | |
|---|---|---|
| IN RE CBL & ASSOCIATES PROPERTIES, | ) | Consolidated Case No. |
| INC. SECURITIES LITIGATION | ) | 1:19-CV-181-JRG-CHS |
| | ) | |

## DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY

Defendants respectfully submit this Notice of Supplemental Authority in support of their pending Motion to Dismiss. Attached as Exhibit A is the June 30, 2020 decision of the United States District Court for the Eastern District of Tennessee in *Stein v. U.S. Express Enterprises, Inc., et al.*, Case No. 1:19-cv-00098, Dkt. No. 91 (E.D. Tenn.) (McDonough, J.), dismissing claims arising under Section 10(b) and 20(a) of the Securities Exchange Act of 1934.

Relevant here, Judge McDonough found that: (1) many of the challenged statements were inactionable opinions (*Id.* at 23-24, 53); (2) the plaintiffs failed to allege a violation of Item 303 of Regulation S-K (*Id.* at 48-49); and (3) the plaintiffs failed to plead facts raising the required strong inference of scienter (*Id.* at 63-84).

Dated: July 10, 2020

*/s/ B. Warren Pope*
B. Warren Pope*
Georgia Bar No. 583723
**KING & SPALDING LLP**
1180 Peachtree Street, N.E.
Atlanta, Georgia 30309-3521
Telephone: (404) 572-4600
Fax: (404) 572-5100
wpope@kslaw.com

Gregory C. Cook*
**BALCH & BINGHAM LLP**
1901 Sixth Avenue, N., Suite 1500
Birmingham, Alabama 35203
Telephone: (205) 226-3426
gcook@balch.com

Scott M. Shaw, Esq.
**EVANS HARRISON HACKETT PLLC**
One Central Plaza, Suite 800
835 Georgia Avenue
Chattanooga, TN 37402
Telephone: (423) 693-2179
Fax: (423) 648-7897
sshaw@ehhlaw.com

*admitted *pro hac vice*

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 10, 2020, a true and exact copy of the foregoing has been electronically transmitted to the Clerk of Court using the ECF System for filing, which will provide electronic notice of filing to all counsel of record.

By: */s/ B. Warren Pope*
    B. Warren Pope
    Georgia Bar No. 583723
    Admitted *pro hac vice*