# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE

IN RE CBL & ASSOCIATES PROPERTIES, INC. SECURITIES LITIGATION

)
)
)
)

Consolidated Case No.
1:19-CV-181-JRG-CHS

## NOTICE OF SUGGESTION OF BANKRUPTCY

**PLEASE TAKE NOTICE**, Beginning on November 1, 2020, Defendants CBL & Associates Properties, Inc. and CBL & Associates Limited Partnership (along with their debtor affiliates, the "**Debtors**") filed voluntary petitions for relief in the United States Bankruptcy Court for the Southern District of Texas (the "**Bankruptcy Court**") under chapter 11 of title 11 of the United States Code (11 U.S.C. § 101, et seq.) (the "**Bankruptcy Code**"). The Debtors' chapter 11 cases are jointly administered under Case Number 20-35226 (DRJ). A copy of the chapter 11 petition for Debtor CBL & Associates Properties, Inc. is attached hereto as **Exhibit A**.[1]

**PLEASE TAKE FURTHER NOTICE**, that pursuant to section 362(a) of the Bankruptcy Code (the "**Automatic Stay**"), the filing of the chapter 11 bankruptcy petitions "operates as a stay, applicable to all entities," of, among other things, "the commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other action or proceeding against the debtor that was or could have been commenced before the commencement of the case under the [Bankruptcy Code], or to recover a claim against the debtor that arose before the commencement of the [bankruptcy] case" and "any act to obtain possession

---

[1] A complete list of the Debtors, along with copies of their petitions and other Bankruptcy Court filings, may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/CBLProperties.

of property of the estate or of property from the estate or to exercise control over property of the estate." 11 U.S.C. § 362(a)(1), (3).

**PLEASE TAKE FURTHER NOTICE**, that any action against the Debtors without obtaining, from the Bankruptcy Court, relief from the Automatic Stay is void *ab initio* and may result in a finding of contempt for violation of the Automatic Stay. The Debtors reserve and retain their statutory rights to seek relief in the Bankruptcy Court from any action by Plaintiff or any judgment, order, or ruling entered in violation of the Automatic Stay.

Dated: November 9, 2020

/s/ Scott M. Shaw
Scott M. Shaw, Esq.
**EVANS HARRISON HACKETT PLLC**
One Central Plaza, Suite 800
835 Georgia Avenue
Chattanooga, TN 37402
Telephone: (423) 693-2179
Fax: (423) 648-7897
sshaw@ehhlaw.com

B. Warren Pope*
Georgia Bar No. 583723
**KING & SPALDING LLP**
1180 Peachtree Street, N.E.
Atlanta, Georgia 30309-3521
Telephone: (404) 572-4600
Fax: (404) 572-5100
wpope@kslaw.com

Gregory C. Cook*
**BALCH & BINGHAM LLP**
1901 Sixth Avenue, N., Suite 1500
Birmingham, Alabama 35203
Telephone: (205) 226-3426
gcook@balch.com

*admitted *pro hac vice*

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and exact copy of the foregoing has been served electronically upon all parties and/or counsel listed below through the Court's ECF system on this November 9, 2020.

**EVANS HARRISON HACKETT PLLC**

By: */s/ Scott M. Shaw*
Scott M. Shaw (TN BPR # 019171)