UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| IN RE CBL & ASSOCIATES PROPERTIES, | ) | Consolidated Case No. |
| INC. SECURITIES LITIGATION | ) | 1:19-CV-00181-JRG-CHS |

## **ORDER**

This matter is before the Court on Defendant's Notice of Suggestion of Bankruptcy. [Doc. 119]. This case is hereby **STAYED**. 11 U.S.C. § 362. Plaintiffs may move to lift the stay at the proper time. *Id.*

So ordered.

ENTER:

s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE
