## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESEE
## CHATTANOOGA DIVISION

| | |
|---|---|
| IN RE CBL & ASSOCIATES PROPERTIES, INC. SECURITIES LITIGATION | ) <br> ) Consolidated Case No. <br> ) No. 1:19-cv-00181-JRG-CHS <br> ) |

## LEAD PLAINTIFFS' MOTION FOR CLARIFICATION OF THE COURT'S STAY ORDER OR, IN THE ALTERNATIVE, TO LIFT THE AUTOMATIC STAY AS TO NON-DEBTOR DEFENDANTS

Comes now Lead Plaintiffs Jay B. Scolnick, Mark Shaner, Charles D. Hoffman, HoffInvestCo, and Lydia Hoffman ("Plaintiffs"), and move the Court for an Order clarifying that its November 10, 2020 order stayed the case only as to the CBL & Associates Properties, Inc. and CBL & Associates Limited Partnership ("CBL" or "Debtor"). Debtor filed a voluntary petition for relief under chapter 11 of title 11 of the Unites States Code (11 U.S.C. § 101, *et seq.*) (the "Bankruptcy Code"), which triggers section 362(a) of the Bankruptcy Code's "Automatic Stay Provision" as to claims asserted against CBL only, and not as to claims asserted against the Non-Debtor Defendants.[1] In the alternative, Plaintiffs move the Court for an Order lifting the stay as to the Non-Debtor Defendants.

In support of this Motion, Plaintiffs rely upon their Memorandum of Law filed contemporaneously herewith.

---

[1] The "Non-Debtor Defendants" are Charles B. Lebovitz, Stephen D. Lebovitz, Farzana Khaleel, Larry Chapman, Augustus N. Stephas, and Don Sewell.

{00410631;2 }

Dated: December 23, 2020                    Respectfully Submitted,

                                            /s/John W. Chandler, Jr.
                                            **THE HAMILTON FIRM**
                                            2401 Broad Street, Suite 102
                                            Chattanooga, TN 37408
                                            Tel: (423) 634-0871
                                            Fax: (423) 634-0874
                                            jwc@thehamiltonfirm.com

                                            Al Holifield (BPR# 015494)
                                            Sarah R. Johnson (BPR# 030781)
                                            **HOLIFIELD JANICH &**
                                                **FERRERA, PLLC**
                                            11907 Kingston Pike Suite 201
                                            Knoxville, Tennessee 37934
                                            Tel: (865) 566-0115
                                            Fax: (865) 566-0119
                                            aholifield@holifieldlaw.com
                                            sjohnson@holifieldlaw.com

                                            **Co-Liaison Counsel for the Class**

                                            Jeffrey S. Abraham (admitted *pro hac vice*)
                                            Michael J. Klein (admitted *pro hac vice*)
                                            **ABRAHAM, FRUCHTER &**
                                                **TWERSKY, LLP**
                                            One Penn Plaza, Suite 2805
                                            New York, NY 10119
                                            Tel: (212) 279-5050
                                            Fax: (212) 279-3655
                                            jabraham@aftlaw.com
                                            mklein@aftlaw.com

Jeremy A. Lieberman (admitted *pro hac vice*)
Michael J. Wernke (admitted *pro hac vice*)
J. Alexander Hood II (admitted *pro hac vice*)
**POMERANTZ LLP**
600 Third Avenue, 20th Floor
New York, New York 10016
Tel: (212) 661-1100
Fax: (212) 661-8665
jalieberman@pomlaw.com
mjwernke@pomlaw.com
ahood@pomlaw.com

**Co-Lead Counsel for the Class**

**BRONSTEIN, GEWIRTZ &
  GROSSMAN, LLC**
Peretz Bronstein
60 East 42nd Street, Suite 4600
New York, NY 10165
Tel: (212) 697-6484
Fax: (212) 697-7296
peretz@bgandg.com

**Additional Counsel for Jay Scolnick**

**KASKELA LAW LLC**
D. Seamus Kaskela
18 Campus Boulevard, Suite 100
Newtown Square, PA 19073
Tel: (484) 258-1585
skaskela@kaskelalaw.com

**Additional Counsel for Mark Shaner**

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 23rd day of December, 2020, a true and correct copy of the foregoing was filed with the Clerk of the United States District Court, Eastern District of Tennessee at Chattanooga, using the CM/ECF system which will send notice of the electronic filing to counsel of record. Parties may access this filing through the Court's electronic filing system.

<u>/s/John W. Chandler, Jr.</u>