# EXHIBIT C

## CBL & Associates Properties

## CBL Lauds Amended RSA With Bank Group, Still Has 'Wood to Chop' With Property- Level Lenders Before Emerging

Wed 03/24/2021 13:22 PM

*Relevant Document:*
Notice

At a status conference today, Ray Schrock of Weil Gotshal, counsel for the CBL & Associates debtors, walked Judge David Jones through the amended restructuring support agreement with term lenders and previewed remaining issues in the chapter 11 case. According to Schrock, the debtors still have "wood to chop" to resolve the claims of property-level lenders holding guarantees from the parent entity debtors, although Schrock said he "expects all of that is going to work out."

Schrock explained that the debtors do not expect to emerge from chapter 11 prior to Nov. 1 because the RSA plan would require them to "pay out a lot of cash," which the debtors are still accumulating
while not paying interest on their debt during the bankruptcy. Schrock added that the debtors also have "quite a bit of work to do on the property-level debt." Schrock suggested that the treatment of property-level debt guarantees would likely be resolved through "settlements in the plan based on the underlying property values."

Schrock further noted that the debtors do not yet have the support of the official committee of unsecured creditors for the new RSA. Chuck Gibbs of McDermott Will & Emery, counsel for the UCC, said that the UCC has not yet voted on approval of the RSA because "things are still a bit in flux." Gibbs indicated that nevertheless, "we hope to get to the position to be supportive" of the RSA plan.

According to Schrock, the debtors are tentatively planning to schedule a hearing for approval of their yet-to-be-filed disclosure statement on May 20. Under the RSA, the disclosure statement must be approved by May 25, and a plan must be confirmed by Sept. 17.

The parties each praised the efforts of Judge Marvin Isgur in mediating disputes among the debtors, noteholders, Wells Fargo and the UCC. Judge Jones remarked that Judge Isgur had told him he felt like "the most hated person in America" during the mediation.

This publication has been prepared by Reorg Research, Inc. or one of its affiliates (collectively, "Reorg") and is being provided to the recipient in connection with a subscription to one or more Reorg products. Recipient's use of the Reorg platform is subject to Reorg's Terms of Use or the user agreement pursuant to which the recipient has access to the platform (the "Applicable Terms"). The recipient of this publication may not redistribute or republish any portion of the information contained herein other than with Reorg's express written consent or in accordance with the Applicable Terms. The information in this publication is for general informational purposes only and should not be construed as legal, investment, accounting or other professional advice on any subject matter or as a substitute for such advice. The recipient of this publication must comply with all applicable laws, including laws regarding the purchase and sale of securities. Reorg obtains information from a wide variety of sources, which it believes to be reliable, but Reorg does not make any representation, warranty, or certification as to the materiality or public availability of the information in this publication or that such information is accurate, complete, comprehensive or fit for a particular purpose. Recipients must make their own decisions about investment strategies or securities mentioned in this publication. Reorg and its officers, directors, partners and employees expressly disclaim all liability relating to or arising from actions taken or not taken based on any or all of the information contained in this publication. © 2021 Reorg. All rights reserved. Reorg® is a registered trademark of Reorg Research, Inc.

© Copyright 2012 - 2021