**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**CHATTANOOGA DIVISION**

| | |
|---|---|
| IN RE CBL & ASSOCIATES PROPERTIES, INC. SECURITIES LITIGATION | ) ) ) ) |

Consolidated Case No.
1:19-CV-181-JRG-CHS

**UNOPPOSED [PROPOSED] ORDER FURTHER EXTENDING THE STAY AS TO THE NON-DEBTOR DEFENDANTS**

This matter having come before the Court on Defendants' Unopposed Motion to Extend the Stay as to the Non-Debtor Defendants, and for good cause shown to grant the relief requested, the Court hereby orders as follows:

Consistent with the Bankruptcy Court's August 11, 2021 Order extending the automatic stay under 11 U.S.C. § 362(a) to the Individual Defendants in this case, the stay in this case shall likewise continue and be extended to the Individual Defendants from August 12, 2021 through and including September 15, 2021. Further, as noted in the Bankruptcy Court's August 11, 2021 Order, the Individual Defendants may seek to further extend the stay in this Court beyond September 15, 2021, should the Bankruptcy Court grant or be presented with a request for such relief, and Lead Plaintiffs may oppose any such request. No further action shall occur in this case until the automatic stay as extended to the Individual Defendants has been lifted by the Bankruptcy Court.

IT IS SO ORDERED this _____ day of August, 2021.

_____
HON. J. RONNIE GREER
UNITED STATES DISTRICT JUDGE