# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
### CHATTANOOGA DIVISION

|  |  |
|---|---|
| | ) |
| IN RE CBL & ASSOCIATES PROPERTIES, | )   Consolidated Case No. |
| INC. SECURITIES LITIGATION | )   1:19-CV-181-JRG-CHS |
| | ) |

## DEFENDANTS' MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEF TO THEIR MOTION TO DISMISS PROVIDING NOTICE OF SUBSEQUENT DEVELOPMENTS

Defendants CBL & Associates Properties, Inc. ("CBL & Associates"), CBL & Associates Limited Partnership ("CBL LP," and collectively with CBL & Associates, "CBL" or the "Company"), Stephen D. Lebovitz, Charles B. Lebovitz, A. Larry Chapman, Farzana Khaleel, Augustus N. Stephas, and Don Sewell (collectively, "Defendants"), pursuant to Local Rule 7.1(d), respectfully submit this Motion for Leave to File a Supplemental Brief To Their Motion to Dismiss (Dkt. 93) providing notice of important developments affecting this litigation since the close of briefing on Defendant's Motion to Dismiss.

Local Rule 7.1(d) provides that "[n]o additional briefs, affidavits, or other papers in support of or in opposition to a motion shall be filed without prior approval of the Court, except that a party may file a supplemental brief of no more than 5 pages to call to the Court's attention developments occurring after a party's final brief is filed." L.R. 7.1(d). Defendants seek leave under Local Rule 7.1(d) to file the attached Supplemental Brief To Their Motion To Dismiss Providing Notice of Subsequent Developments, which is limited to five pages. This Supplemental Brief provides the Court with important updates pertinent to Defendants' pending Motion to Dismiss, including the discharge of Plaintiffs' claims against CBL as part of its bankruptcy plan, which was confirmed on August 11, 2021.

Respectfully submitted this 2nd day of November, 2021.

**EVANS HARRISON HACKETT PLLC**

By: */s/ Scott M. Shaw*
Scott M. Shaw (TN BPR # 019171)
835 Georgia Avenue, Suite, 800
Chattanooga, TN 37402
Telephone: (423) 693-2179
Facsimile: (423) 648-7897
Email: sshaw@ehhlaw.com

*/s/ B. Warren Pope*
B. Warren Pope*
Georgia Bar No. 583723
**KING & SPALDING LLP**
1180 Peachtree Street, N.E.
Atlanta, Georgia 30309-3521
Telephone: (404) 572-4600
Fax: (404) 572-5100
wpope@kslaw.com

*/s/ Gregory C. Cook*
Gregory C. Cook*
**BALCH & BINGHAM LLP**
1901 Sixth Avenue, N., Suite 1500
Birmingham, Alabama 35203
Telephone: (205) 226-3426
gcook@balch.com

*admitted *pro hac vice*

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that November 2, 2021, a true and exact copy of the foregoing has been electronically transmitted to the Clerk of Court using the ECF System for filing, which will provide electronic notice of filing to all counsel of record.

**EVANS HARRISON HACKETT PLLC**

By: */s/ Scott M. Shaw*
Scott M. Shaw (TN BPR # 019171)