**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**CHATTANOOGA DIVISION**

|  |  |
|---|---|
| IN RE CBL & ASSOCIATES PROPERTIES, INC. SECURITIES LITIGATION | )<br>)  Consolidated Case No.<br>)  1:19-CV-181-JRG-CHS<br>) |

## [PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEF TO THEIR MOTION TO DISMISS

This matter having come before the Court on Defendants' Motion For Leave To File Supplemental Brief To Their Motion To Dismiss, and for good cause shown to grant the relief requested, the Court hereby orders that Defendants' Motion For Leave To File Supplemental Brief To Their Motion To Dismiss is GRANTED.

IT IS SO ORDERED this _____ day of November, 2021.

_____

HON. J. RONNIE GREER

UNITED STATES DISTRICT JUDGE