UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| IN RE CBL & ASSOCIATES PROPERTIES, | ) | Consolidated Case No. |
| INC. SECURITIES LITIGATION | ) | 1:19-CV-00181-JRG-CHS |

## **ORDER**

This matter is before the Court on Defendants' Motion for Leave to File Supplement to

Their Motion to Dismiss [Doc. 137]. The motion is **GRANTED**.

So ordered.

ENTER:

 

s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE