**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESEE**
**CHATTANOOGA DIVISION**

|  |  |
|---|---|
| IN RE CBL & ASSOCIATES PROPERTIES, INC. SECURITIES LITIGATION | ) <br> ) Consolidated Case No. <br> ) No. 1:19-cv-00181-JRG-CHS <br> ) |

**LEAD PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY**

Lead Plaintiffs respectfully submit this Notice of Supplemental Authority in opposition to Defendants' pending Motion to Dismiss (Dkt. 93). Attached as Exhibit A is the March 7, 2022, decision of the United States District Court for the Southern District of Ohio in *In re FirstEnergy Corp., Sec. Litig.,* Case No. 2:20-cv-3785, Dkt. 219 (S.D. Ohio) (Marbley, J.), sustaining claims arising under Section 10(b) and 20(a) of the Securities Exchange Act of 1934.

Among the points relevant to Defendants' pending motion to dismiss, Judge Marbley held: (1) defendants were under a duty to disclose illegal conduct in statements of "soft information" (*compare* Ex. A at 20-24 *with* Dkt. 93-1 at 17-19); (2) a large illegal scheme "personally overseen and facilitated by the senior echelon of Company management" to overcome problems the company was facing supported a holistic inference of *scienter* that was supported by application of the Sixth Circuit's *Helwig* factors (*compare* Ex. A at 36 *with* Dkt. 93-1 at 21-24, Dkt. 104 at 12-16); (3) statements about legal compliance were not protected statements of opinion where the company's business model was based upon corrupt conduct (*compare* Ex. A at 18-19 *with* Dkt. 93-1 at 24-25, Dkt. 104 at 16-23); (4) claims against non-speakers may proceed under a scheme liability theory (*compare* Ex. A at 24-32 *with* Dkt. 93-1 at 29, Dkt. 104 at 24-25, Dkt. 141 at 3); and, (5) the Sixth Circuit's test for pleading a Section 20(a) claim does not mention a culpability requirement and allegations respecting control need not be pleaded with particularity (*compare* Ex. A at 58-62 *with* Dkt. 104 at 3-6).

Dated: March 11, 2022

Respectfully Submitted,

*/s/ Sarah R. Johnson*
Al Holifield (BPR# 015494)
Sarah R. Johnson (BPR# 030781)
**HOLIFIELD & JANICH, PLLC**
11907 Kingston Pike Suite 201
Knoxville, Tennessee 37934
Tel: (865) 566-0115
Fax: (865) 566-0119
aholifield@holifieldlaw.com
sjohnson@holifieldlaw.com

John W. Chandler, Jr.
**THE HAMILTON FIRM**
2401 Broad Street, Suite 102
Chattanooga, TN 37408
Tel: (423) 634-0871
Fax: (423) 634-0874
jwc@thehamiltonfirm.com

**Co-Liaison Counsel for the Class**

Jeffrey S. Abraham (admitted *pro hac vice*)
Michael J. Klein (admitted *pro hac vice*)
**ABRAHAM, FRUCHTER &
   TWERSKY, LLP**
450 Seventh Avenue, 38th Floor
New York, NY 10123
Tel: (212) 279-5050
Fax: (212) 279-3655
jabraham@aftlaw.com
mklein@aftlaw.com

1

Jeremy A. Lieberman (admitted *pro hac vice*)
Michael J. Wernke (admitted *pro hac vice*)
J. Alexander Hood II (admitted *pro hac vice*)
**POMERANTZ LLP**
600 Third Avenue, 20th Floor
New York, New York 10016
Tel: (212) 661-1100
Fax: (212) 661-8665
jalieberman@pomlaw.com
mjwernke@pomlaw.com
ahood@pomlaw.com

**Co-Lead Counsel for the Class**

**BRONSTEIN, GEWIRTZ &**
  **GROSSMAN, LLC**
Peretz Bronstein
60 East 42nd Street, Suite 4600
New York, NY 10165
Tel: (212) 697-6484
Fax: (212) 697-7296
peretz@bgandg.com

**Additional Counsel for Jay Scolnick**

**KASKELA LAW LLC**
D. Seamus Kaskela
18 Campus Boulevard, Suite 100
Newtown Square, PA 19073
Tel: (484) 258-1585
skaskela@kaskelalaw.com

**Additional Counsel for Mark Shaner**

2

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and exact copy of the foregoing has been served electronically upon all parties and/or counsel listed through the Court's ECF system on this March 11, 2022.

**HOLIFIELD & JANICH, PLLC**

*/s/ Sarah R. Johnson*
Sarah R. Johnson, Esq.