**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**CHATTANOOGA DIVISION**

|  |  |
|---|---|
| IN RE CBL & ASSOCIATES PROPERTIES, INC. SECURITIES LITIGATION | ) ) ) ) ) Consolidated Case No. 1:19-CV-181-JRG-CHS |

**DEFENDANTS' MOTION FOR CLARIFICATION OF SCIENTER RULING IN MAY 3, 2022 ORDER AS TO CHARLES B. LEBOVITZ, STEPHEN D. LEBOVITZ, A. LARRY CHAPMAN, AND FARZANA KHALEEL**

Defendants Charles B. Lebovitz, Stephen D. Lebovitz, A. Larry Chapman, and Farzana Khaleel (collectively, the "Moving Defendants") respectfully move this Court for clarification of one aspect of the Court's May 3, 2022 order (Dkt. 145): its ruling regarding whether Plaintiffs' Consolidated Complaint adequately alleges scienter as to the Moving Defendants. The specific matters on which the Moving Defendants seek clarification and the supporting grounds therefor are set forth in the accompanying Memorandum of Law.

Respectfully submitted this 24th day of May, 2022.

**EVANS HARRISON HACKETT PLLC**

By: _/s/ Scott M. Shaw_
Scott M. Shaw (TN BPR # 019171)
835 Georgia Avenue, Suite, 800
Chattanooga, TN 37402
Telephone: (423) 693-2179
Facsimile: (423) 648-7897
Email: sshaw@ehhlaw.com

_/s/ B. Warren Pope_
B. Warren Pope*
Georgia Bar No. 583723
**KING & SPALDING LLP**
1180 Peachtree Street, N.E.
Atlanta, Georgia 30309-3521
Telephone: (404) 572-4600
Fax: (404) 572-5100
wpope@kslaw.com

/s/ Gregory C. Cook
Gregory C. Cook*
**BALCH & BINGHAM LLP**
1901 Sixth Avenue, N., Suite 1500
Birmingham, Alabama 35203
Telephone: (205) 226-3426
gcook@balch.com

*admitted *pro hac vice*

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that May 24, 2022, a true and exact copy of the foregoing has been electronically transmitted to the Clerk of Court using the ECF System for filing, which will provide electronic notice of filing to all counsel of record.

**EVANS HARRISON HACKETT PLLC**

By: /s/ Scott M. Shaw
Scott M. Shaw (TN BPR # 019171)