|  |  |  |
|---|---|---|
| IN RE CBL & ASSOCIATES PROPERTIES, INC. SECURITIES LITIGATION | ) ) ) ) | Consolidated Case No. 1:19-CV-00181-JRG-CHS |

## **ORDER**

This matter is before the Court on the parties' Joint Motion to Modify Scheduling Order [Doc. 154], in which the parties move the Court, under Federal Rule of Civil Procedure 16(b)(4), to extend the due date of Plaintiffs' motion for class certification. As good cause for their motion, the parties state that they agree that "this case involves significantly more types of securities than a standard federal securities class action" and that "additional time is warranted for Plaintiffs' expert to conduct their [sic] analysis." [*Id.* at 2]. The parties' motion is **GRANTED**, and the Court's scheduling order [Doc. 153] is hereby **AMENDED** as follows:

a.  Plaintiffs' motion for class certification will be filed by August 18, 2022;

b.  Defendants' opposition to class certification will be filed by October 28, 2022, with depositions of class representatives to be completed no later than September 30, 2022; and,

c.  Plaintiffs' reply in support of their motion for class certification will be filed by December 12, 2022, with depositions of Defendants' expert(s) to be completed no later than December 2, 2022.

All other deadlines in the scheduling order remain unchanged.

So ordered.

ENTER:

s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE

2