**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**CHATTANOOGA DIVISION**

|  |  |
|---|---|
| IN RE CBL & ASSOCIATES PROPERTIES, INC. SECURITIES LITIGATION | ) ) ) ) ) |

Consolidated Case No.
1:19-CV-181-JRG-CHS

**DECLARATION OF MICHAEL J. WERNKE IN SUPPORT OF**
**MOTION FOR CLASS CERTIFICATION**

I, Michael J. Wernke, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1.      I am a partner of the law firm of Pomerantz LLP, appointed by the Court as Co-Lead Counsel in this action. I am personally involved in the representation of Plaintiffs and the putative class, and submit this declaration in support of Plaintiffs' motion for class certification. I have personal knowledge of the matters set forth herein.

2.      Attached hereto as Exhibit A is a true and correct copy of the Expert Report of Matthew D. Cain, Ph.D.

3.      Attached hereto as Exhibit B is a declaration from Lead Plaintiff and proposed Class Representative Jay B. Scolnick.

4.      Attached hereto as Exhibit C is a declaration from Lead Plaintiff and proposed Class Representative Mark K. Shaner.

5.      Attached hereto as Exhibit D is a declaration from Lead Plaintiff and proposed Class Representative Charles D. Hoffman.

1

6.	Attached hereto as Exhibit E is a declaration from Lead Plaintiff and proposed Class Representative Lydia Hoffman.

7.	Attached hereto as Exhibit F is the firm resume for Pomerantz LLP.

8.	Attached hereto as Exhibit G is the firm resume for Abraham, Fruchter & Twersky LLP.

9.	Attached hereto as Exhibit H is a declaration from Plaintiff and proposed Class Representative Ronald T. Amsterdam.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 18th day of August, 2022 in New York, NY.

*/s/ Michael J. Wernke*
Michael J. Wernke

2