# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**

| | |
|---|---|
| IN RE CBL & ASSOCIATES PROPERTIES INC. SECURITIES LITIGATION | **Consolidated Case No.**<br><br>**1:19-cv-00181-JRG-CHS**<br><br><br>**<u>CLASS ACTION</u>** |

**EXPERT REPORT OF MATTHEW D. CAIN, PH.D.**

**August 18, 2022**

Table of Contents

1    Qualifications and Compensation ......................................................................................... 1
2    Summary of Opinions ......................................................................................................... 2
3    Case Background ................................................................................................................. 4
    3.1    Overview of the Company and Allegations .................................................................. 4
    3.2    Bases for Opinions on Market Efficiency..................................................................... 5
4    Evaluation of market efficiency factors for CBL Common Stock........................................ 9
    4.1    *Cammer* Factor 1: Average Weekly Trading Volume...................................................... 9
    4.2    *Cammer* Factor 2: Analyst Coverage ......................................................................... 10
    4.3    *Cammer* Factor 3: Market Makers............................................................................. 12
    4.4    *Cammer* Factor 4: SEC Form S-3 Filing Eligibility .................................................... 15
    4.5    *Cammer* Factor 5: Cause and Effect Relationship Between Company Information and
    Stock Prices........................................................................................................................ 16
    4.6    Additional Factor 1: Market Capitalization ................................................................. 21
    4.7    Additional Factor 2: Bid-Ask Spread .......................................................................... 22
    4.8    Additional Factor 3: Public Float................................................................................. 23
    4.9    Additional Factor 4: Institutional Ownership .............................................................. 23
    4.10    Additional Factor 5: Autocorrelation ......................................................................... 24
    4.11    Additional Factor 6: Options Trading ........................................................................ 25
5    The Relevant Factors Used To Evaluate The Market Efficiency Of CBL Common Stock
Applies To The Examination Of Whether CBL Preferred Stock Traded In An Efficient Market 26
    5.1    Overview of Preferred Stock ....................................................................................... 26
    5.2    Efficiency of the Market for CBL Preferred Stock....................................................... 27
    5.2.1    Average Weekly Trading Volume ........................................................................... 28
    5.2.2    Market Makers and Arbitrageurs ............................................................................ 28
    5.2.3    Cause and Effect Analysis ...................................................................................... 29
    5.2.4    Market Capitalization.............................................................................................. 31
    5.2.5    Bid-Ask Spread....................................................................................................... 32
    5.2.6    Public Float ............................................................................................................ 33
    5.2.7    Autocorrelation ...................................................................................................... 33
6    The Relevant Factors Used To Evaluate The Market Efficiency Of CBL Common Stock
Applies To The Examination Of Whether CBL Senior Notes Traded In An Efficient Market .... 34
    6.1    Background on Corporate Bonds.................................................................................. 34
    6.2    Overview of CBL Senior Notes Included in the Class .................................................. 35
    6.2.1    5.25% Senior Note Due 2023 ................................................................................. 35
    6.2.2    4.60% Senior Note due 2024 ................................................................................. 35
    6.2.3    5.95% Senior Note due 2026 ................................................................................. 35
    6.2.4    CBL Senior Notes Rating Changes......................................................................... 36
    6.3    Efficiency of the Market for CBL Senior Notes .......................................................... 36
    6.3.1    Average Weekly Trading Volume ........................................................................... 37
    6.3.2    Analyst Coverage.................................................................................................... 38
    6.3.3    Market Makers and Arbitrageurs ............................................................................ 38

6.3.4 SEC Form S-3 Eligibility................................................................................ 40
6.3.5 Cause and Effect Analysis Examining Days with Disclosures about CBL's Credit
Rating Changes ................................................................................................ 40
6.3.6 Market Capitalization.................................................................................... 43
6.3.7 Bid-Ask Spread ............................................................................................ 44
6.3.8 Public Float .................................................................................................. 45
7      Ability to Calculate Damages on a Class-Wide Basis .......................................... 46
8      Conclusion ............................................................................................................ 48
Appendix A ......................................................................................................................... 49
Appendix B ......................................................................................................................... 54
Appendix C ......................................................................................................................... 57
Exhibit 1a ........................................................................................................................... 60
Exhibit 1b ........................................................................................................................... 61
Exhibit 1c ........................................................................................................................... 62
Exhibit 2a ........................................................................................................................... 63
Exhibit 2b ........................................................................................................................... 64
Exhibit 2c ........................................................................................................................... 65
Exhibit 2d ........................................................................................................................... 66
Exhibit 2e ........................................................................................................................... 67
Exhibit 2f ........................................................................................................................... 68
Exhibit 3 ............................................................................................................................. 69
Exhibit 4a ........................................................................................................................... 70
Exhibit 4b ........................................................................................................................... 71
Exhibit 4c ........................................................................................................................... 72
Exhibit 5a ........................................................................................................................... 73
Exhibit 5b ........................................................................................................................... 74
Exhibit 5c ........................................................................................................................... 75
Exhibit 5d ........................................................................................................................... 76
Exhibit 5e ........................................................................................................................... 77
Exhibit 5f ........................................................................................................................... 78
Exhibit 6a ........................................................................................................................... 79
Exhibit 6b ........................................................................................................................... 81
Exhibit 6c ........................................................................................................................... 83
Exhibit 6d ........................................................................................................................... 85
Exhibit 6e ........................................................................................................................... 86
Exhibit 6f ........................................................................................................................... 87
Exhibit 7a ........................................................................................................................... 88
Exhibit 7b ........................................................................................................................... 89
Exhibit 7c ........................................................................................................................... 90
Exhibit 7d ........................................................................................................................... 91
Exhibit 7e ........................................................................................................................... 92
Exhibit 7f ........................................................................................................................... 93
Exhibit 8a ........................................................................................................................... 94
Exhibit 8b ........................................................................................................................... 95
Exhibit 8c ........................................................................................................................... 96
Exhibit 8d ........................................................................................................................... 97

Exhibit 8e ................................................................................................................................. 98
Exhibit 8f ................................................................................................................................. 99
Exhibit 9a ............................................................................................................................... 100
Exhibit 9b ............................................................................................................................... 101
Exhibit 10a-1 .......................................................................................................................... 102
Exhibit 10a-2 .......................................................................................................................... 104
Exhibit 10a-3 .......................................................................................................................... 106
Exhibit 10b-1 .......................................................................................................................... 108
Exhibit 10b-2 .......................................................................................................................... 122
Exhibit 10b-3 .......................................................................................................................... 124
Exhibit 10b-4 .......................................................................................................................... 125
Exhibit 10b-5 .......................................................................................................................... 128
Exhibit 10b-6 .......................................................................................................................... 130
Exhibit 10c-1 .......................................................................................................................... 132
Exhibit 10c-2 .......................................................................................................................... 133
Exhibit 10c-3 .......................................................................................................................... 134
Exhibit 10d-1 .......................................................................................................................... 135
Exhibit 10d-2 .......................................................................................................................... 138
Exhibit 10d-3 .......................................................................................................................... 141
Exhibit 11a ............................................................................................................................. 144
Exhibit 11b ............................................................................................................................. 145
Exhibit 11c ............................................................................................................................. 146

# 1 QUALIFICATIONS AND COMPENSATION

1. I am and have been since 2019, a Ph.D. in Finance and a Senior Fellow at the Berkeley Center for Law and Business at the University of California, Berkeley. I teach courses, deliver guest lectures, participate in academic seminars, and conduct research in various topic areas related to finance, economics, accounting, law, and business. I have been engaged in academic research for over a decade and continue to publish in law reviews and peer-reviewed academic journals across these disciplines. My research focuses on a variety of topics, including empirical corporate finance, corporate governance, board independence, mergers and acquisitions, hostile takeovers, shareholder lawsuits, negotiations, financial contracting, disclosures of financial information, and shareholder activism. Similarly, I was a fellow with the Harvard Law School Program on Corporate Governance from 2018 through 2019, where I participated in research seminars and related activities.

2. I worked at the U.S. Securities and Exchange Commission ("SEC") as a Financial Economist between 2014 and 2018. During that time, I provided economic analysis and expert witness testimony on behalf of the SEC in a wide variety of enforcement investigations, settlement negotiations and litigation, including cases alleging accounting fraud, revenue recognition practices, and disclosure violations. I also served as an advisor to SEC Commissioner Robert J. Jackson, Jr., during which time I assisted with enforcement oversight and policymaking decisions, research, and speechwriting on a wide range of topics, including securities violations, revenue recognition practices, and corporate governance issues. Additionally, while employed at the SEC as a Financial Economist, I continued to work on and publish academic research, for which I was awarded the Chairman's Award for Economic Research.

3. Prior to working at the SEC, I was an Assistant Professor of Finance at the University of Notre Dame. I taught courses in Mergers and Acquisitions to both undergraduate and graduate students, and I also conducted empirical research on various finance, legal, accounting, and economic topics. I have been engaged in academic research for over a decade and continue to publish in law reviews and peer-reviewed academic journals across these disciplines.

4. Prior to working at Notre Dame, I received a Ph.D. in Finance from Purdue University in 2007. Prior to those studies, I worked as an analyst in Debt Capital Markets at National City Bank,

1

where I assisted companies in raising syndicated loans and private placements of debt and equity for use in funding mergers, acquisitions, and other general corporate purposes. I received a B.S. in Finance from Grove City College in 2001.

5. In addition to teaching at UC Berkeley, Notre Dame and Purdue, I have delivered guest lectures to undergraduate and graduate students at Vanderbilt University, Arizona State University, Cornell University, and UC Berkeley School of Law. I have also presented my academic research at numerous academic, governmental, and professional institutions, as listed in my curriculum vitae, which is attached to this Report as **Appendix A**.

6. I have published research in leading peer-reviewed finance, accounting, law, and economics journals, including the Journal of Financial Economics, Journal of Law and Economics, Journal of Accounting and Economics, Journal of Empirical Legal Studies, and Journal of Financial and Quantitative Analysis. My curriculum vitae, attached as **Appendix A**, further details my publications and previous testimony.

7. I billed my time at a rate of $850 per hour for my work on this matter and my compensation is in no way contingent on the outcome of this case. My work is ongoing, and I reserve the right to update my analyses and opinions based upon new information, discovery, expert reports, or other information that comes to my attention. I am being assisted by staff at Fideres Partners LLP, who performed work under my direction. I have no financial or other interest in Fideres Partners' billings in this matter.

## 2   SUMMARY OF OPINIONS

8. I have been asked by counsel for the Court-appointed Lead Plaintiffs in this matter to determine whether the markets for (a) CBL's Common Stock, (b) CBL's 7.375% Series D Cumulative Redeemable Preferred Stock (the "Series D Preferred Stock"), (c) CBL's 6.625% Series E Cumulative Redeemable Preferred Stock (the "Series E Preferred Stock," and together with the "Series D Preferred Stock," CBL's "Preferred Stock"), (d) senior unsecured notes issued by CBL Operating in November 2013 that bear interest at 5.25% and were scheduled to mature on December 1, 2023 (the "2023 Senior Notes" or "5.25% Notes"), (e) senior unsecured notes issued by CBL Operating in October 2014 that bear interest at 4.60% and were scheduled to mature on

2

October 15, 2024 (the "2024 Senior Notes" or the 4.60% Notes), and (f) senior unsecured notes issued by CBL & Associates Limited Partnership in December 2016 and September 2017 that bear interest at 5.95% and were scheduled to mature on December 15, 2026 (the "2026 Senior Notes" or the "5.95% Notes," and together with the "2023 Senior Notes" and the "2024 Senior Notes," the "Senior Notes") were efficient during the period from July 29, 2014 to March 26, 2019, inclusive (the "Class Period").[1] In addition, I have been asked to opine on whether the calculation of damages on a class-wide basis in this matter is subject to a common methodology.

9. The materials I have considered in forming my opinions are summarized in **Appendix B**.

10. Based on my analysis to date and the evaluation of the factors described throughout this report, I have formed the opinion that the markets for shares of CBL's Common Stock, shares of Preferred Stock, and Senior Notes were efficient during the Class Period.

11. I have also formed the opinion that damages in this matter can be calculated on a class-wide basis subject to a common methodology.

12. The remainder of my report is organized as follows: **Section 3** describes the case background and the bases for the reliance requirement and the "fraud on the market" theory relating to market efficiency. **Section 4** presents my analyses of the market efficiency factors during the Class Period in relation to CBL's Common Stock. **Section 5** examines how the market efficiency factors related to CBL's Common Stock price apply to the Preferred Stock, examines certain operational factors for the Preferred Stock, as well as examines the relationship between the prices of CBL's Common Stock and its Preferred Stock, to demonstrate that the Preferred Stock also traded in an efficient market. **Section 6** conducts a similar analysis that examines how market efficiency factors related to CBL's Common Stock apply to CBL's Senior Notes, examines certain operational factors for the Bonds, and introduces certain amendments to the accepted market efficiency factors for CBL's Common Stock to properly demonstrate that CBL's Senior Notes also

---

[1] I understand the Defendants to be Charles B. Lebovitz, Stephen D. Lebovitz, Farzana Khaleel, A. Larry Chapman, Augustus N. Stephas, Don Sewell (collectively the "Defendants"). Source: Consolidated Class Action Complaint, *In Re CBL & Associates Properties, Inc. Securities Litigation*, No. 1:19-cv-00181-JRG-CHS (E.D. Tenn.) (the "Complaint").

traded in an efficient market. **Section 7** addresses how damages can be calculated on a class-wide basis subject to a common methodology**. Section 8** contains my conclusions.

## 3 CASE BACKGROUND

### 3.1 Overview of the Company and Allegations

13. CBL & Associates Properties, Inc. ("CBL Associates") is a self-managed real estate investment trust ("REIT") specializing in the development, management, and financing of shopping malls through CBL & Associates Limited Partnership ("CBL Operating" and with CBL Associates, "CBL" or the "Company"). The Company also undertakes infrastructure developments such as the addition of square footage to properties, subdivision of retail spaces, aesthetic renovations of the interior and exterior of properties, and improvement of parking facilities.[2]

14. Lead Plaintiffs allege claims under the Securities Exchange Act of 1934 (the "Exchange Act") for fraud against certain of CBL's current and former officers and directors. Specifically, the Defendants allegedly made false and/or misleading statements and/or failed to disclose that (i) the Company engaged in a scheme to overcharge small retail tenants for electricity usage, a failure which subsequently led to inflated financial results in Company reports; (ii) the existence and materiality of a lawsuit (the "Wave Litigation"[3]) and the Company's likely liability revolving around the previously discussed alleged electricity overcharging scheme.[4]

15. The Complaint alleges that a partial revelation of the truth occurred on March 1, 2019, three years after the initial Wave Litigation was filed, when the Company first acknowledged the Wave Litigation in its SEC filings, yet claimed that CBL was not likely to incur losses due to the Wave Litigation.[5] The Complaint also alleges that the relevant truth was further revealed on March 26, 2019, when the Company disclosed that it had agreed to pay $90 million to settle the Wave Litigation.[6] As a result of CBL's alleged wrongful acts and material omissions of fact, investors allegedly purchased CBL's Common Stock, Preferred Shares, and Senior Debt at artificially

---

[2] Complaint ¶¶22-24.

[3] *Wave Length Hair Salons of Florida, Inc. v. CBL & Associates, Inc.*, Docket No. 2:16-cv-00206 (M.D. Fla.).

[4] Complaint ¶1.

[5] Complaint ¶8.

[6] *Ibid*.

inflated prices during the Class Period.[7]

16. **Exhibit 1a** graphs the closing stock price and trading volume for CBL's Common Stock shares throughout the Class Period.

17. **Exhibit 1b** graphs the closing stock price and trading volume for CBL's Series D Preferred Stock shares throughout the Class Period. **Exhibit 1c** graphs the closing stock price and trading volume for CBL's Series E Preferred Stock shares throughout the Class Period.

## 3.2    Bases for Opinions on Market Efficiency

18. I understand that Lead Plaintiffs assert in part that the "fraud-on-the-market" theory, positing that shareholders rely on the alleged misrepresentations or material omissions of fact made by Defendants through their effect on stock prices in an open and well-developed market. If a market is efficient, meaning that widely available public information is quickly incorporated into stock prices, then all purchasers of the stock are induced into reliance on any misrepresentations or material omissions of fact because those statements or material omissions of fact have distorted the value of each class member's purchase price. The fraud-on-the-market theory of reliance has been addressed by numerous courts over the years in relation to Section 10(b) claims, and was adopted by the U.S. Supreme Court in its *Basic* decision:

> [I]n an open and developed securities market, the price of a company's stock is determined by the available material information regarding the company and its business…. Misleading statements will therefore defraud purchasers of stock even if the purchasers do not directly rely on the misstatements…. The causal connection between the defendants' fraud and the plaintiffs' purchase of stock in such a case is no less significant than in a case of direct reliance on misrepresentations.[8]

19. This theory was also reaffirmed by the Supreme Court *in Halliburton II*:

> More than 25 years ago, we held that plaintiffs could satisfy the reliance element of the Rule 10b–5 cause of action by invoking a presumption that a public, material

---

[7] Complaint ¶187.

[8] *Basic Inc. v. Levinson*, 485 U.S. 224, 241-42 (1988).

misrepresentation will distort the price of stock traded in an efficient market, and that anyone who purchases the stock at the market price may be considered to have done so in reliance on the misrepresentation. We adhere to that decision and decline to modify the prerequisites for invoking the presumption of reliance.[9]

20. As these cases indicate, stock prices quickly incorporate the valuation effects of public statements in an open, developed, and efficient market. In finance, "semi-strong-form" market efficiency refers to a market in which publicly available information is quickly reflected in a security's market price. Thus, if a company omits important information or provides misleading information to shareholders, the stock price will become distorted and either inflated or deflated relative to the price at which the stock would trade but-for the misleading or omitted information. Thus, in an efficient market, purchasers implicitly rely on a company's misrepresentations or material omissions of fact because they are impounded into the stock price at which trades are made.

21. Courts and practitioners have argued that markets with continuous public reporting of stock prices and trading volume, such as the New York Stock Exchange ("NYSE") and the Nasdaq Stock Market ("NASDAQ"), should be granted a presumption of efficiency for virtually all securities traded on them.[10] The continuous reporting of trading statistics, significant trading volumes, rapid information dissemination, and other exchange rules practically guarantee a liquid market for securities traded on these exchanges. The fact that CBL's Common Stock traded in such a well-developed market (under the trading symbol "CBL" on the NYSE) leads to a strong presumption of market efficiency.[11]

22. Numerous academics have studied the pricing behavior of stock markets, and some have purported to identify anomalies that call into question the efficiency of markets. However, academics have generally concluded that these anomalies represent random patterns in the data,

---

[9] *Halliburton Co. v. Erica P. John Fund, Inc.*, 573 U.S. 258, 283-84 (2014).

[10] See *Cammer v. Bloom*, 711 F. Supp. 1264, 1292 (D.N.J. 1989) ("*Cammer*"), citing Bromberg & Lowenfels, 4 Securities Fraud and Commodities Fraud, §8.6 (Aug.1988): "We think that, at a minimum, there should be a presumption – probably conditional for class determination – that certain markets are developed and efficient for virtually all the securities traded there: the New York and American Stock Exchanges, the Chicago Board Options Exchange and the NASDAQ National Market System."

[11] Complaint ¶14.

are often not scientifically reproducible or robust to different statistical modeling choices, and/or are not persistent and have been quickly eliminated by arbitrage trading. For example, Nobel Prize winner Eugene Fama summarizes market efficiency as follows:

> The recent finance literature seems to produce many long-term return anomalies. Subjected to scrutiny, however, the evidence does not suggest that market efficiency should be abandoned. Consistent with the market efficiency hypothesis that the anomalies are chance results, apparent overreaction of stock prices to information is about as common as underreaction. And post-event continuation of pre-event abnormal returns is about as frequent as post-event reversal. Most important, the long-term return anomalies are fragile. They tend to disappear with reasonable changes in the way they are measured.[12]

Similarly, Kewei Hou, Chen Xue, and Lu Zhang concluded that "[m]ost anomalies fail to replicate, falling short of the currently acceptable standards for empirical finance… In all, capital markets are more efficient than previously recognized."[13] Moreover, the existence of anomalies does not directly undermine the premise of market efficiency, as the key question at issue under the fraud-on-the-market theory of reliance pertains to whether alleged misstatements or material omissions of fact would be reflected in stock prices at a given time.

23.   Academic research thus provides a strong presumption for market efficiency. I understand that courts have also developed various tests that attempt to weigh in favor of or against the presumption of market efficiency. None of these tests are individually determinative of market efficiency, but when viewed as a whole they can be informative in supporting or rebutting a presumption of market efficiency in relation to the reliance element of the fraud-on-the-market theory. These factors include what courts have referred to as the *Cammer* and *Krogman*[14] factors, as well as other additional metrics.

24.   In the following section, I discuss these factors and evaluate them in relation to CBL Common Stock. In doing so, I compare the various factors for CBL's Common Stock: (1)

---

[12] Eugene F. Fama, 1998, Market Efficiency, Long-Term Returns, and Behavioral Finance, Journal of Financial Economics 49, at 304.

[13] Kewei Hou, Chen Xue, and Lu Zhang, 2020, Replicating Anomalies, Review of Financial Studies 33, at 2071.

[14] *Krogman v. Sterritt*, 202 F.R.D. 467 (N.D. Tex. 2001) ("*Krogman*").

benchmarks established by courts; (2) scientific tests of statistical significance; and/or (3) findings from peer-reviewed published academic research.

25. One academic study that I use for comparison purposes was published by Simona Mola, P. Raghavendra Rau, and Ajay Khorana, which I refer to as the "MRK Study."[15] In this study, these authors examined two samples of firms. One sample included companies that lost all analyst coverage (the "MRK Sample" firms); these firms had smaller market capitalizations, less trading volume, larger bid-ask spreads, and lower institutional ownership relative to analyst-covered firms, both before and after losing analyst coverage. The second sample included the analyst-covered firms (the "MRK Covered" firms), and the differences between the two samples in average and median market capitalization, trading volume, bid-ask spread, and institutional ownership were all statistically significant at the 99% level.[16] The authors of the MRK Study summarize their findings as follows:

> This paper examines the value of sell-side analysts to covered firms by documenting the effects on firm performance and investor interest after a complete loss of analyst coverage for periods of at least one year. We find that analyst coverage adds value to a firm both because it reduces information asymmetries about the firm's future performance and because it maintains investor recognition for that firm's stock... Firms that lose all analyst coverage continue to suffer a significant deterioration in bid-ask spreads, trading volumes, and institutional presence but do not show a significant difference in subsequent performance relative to covered peers.[17]

26. The authors describe these variables as reflective of investor interest: after losing analyst coverage, "investor interest characteristics, such as market capitalization, trading volume, bid-ask spread, institutional holdings, and number of institutions, significantly worsen relative to [analyst-]covered peers."[18] Therefore, I interpret the sample of MRK Covered firms as those

---

[15] Simona Mola, P. Raghavendra Rau, and Ajay Khorana, 2013, Is There Life After the Complete Loss of Analyst Coverage? Accounting Review 88, at 667-705 (the "MRK Study").

[16] MRK Study at 678, 681-682.

[17] MRK Study at 667.

[18] MRK Study at 681 (footnotes omitted).

eliciting high investor interest and reflecting the common indicia of firms operating in efficient markets. I then compare several of CBL's market efficiency factors to the samples of firms in the MRK Study to assess whether CBL's characteristics are consistent with firms operating in efficient markets.

27.  The following section presents my analyses and findings from the evaluation of various market efficiency factors for CBL Common Stock during the Class Period.

## 4  EVALUATION OF MARKET EFFICIENCY FACTORS FOR CBL COMMON STOCK

### 4.1  *Cammer* Factor 1: Average Weekly Trading Volume

28.  Trading volume refers to the number of shares of a security transacted between market participants. The greater the amount of buying and selling activity of a security, the more likely it is that new information will be quickly incorporated into the price of that security. Thus, trading volume is an indicator of how developed, liquid, and efficient the market is for a given stock. Thomas and Cotter have stated that "[t]rading volume was also considered as an eligibility standard because it affects information dissemination to the market, and was an important criterion for investment analysts in deciding which stocks to follow."[19]

29.  Stock trading volume refers to the extent to which a firm's equity is traded among investors during a given time period. The first *Cammer* factor for stock trading volume has been defined by the *Cammer* court using average weekly trading volume relative to shares outstanding. In setting a threshold of trading volume for the presumption of market efficiency, the court stated:

> Turnover measured by average weekly trading of 2% or more of the outstanding shares would justify a strong presumption that the market for the security is an efficient one; 1% would justify a substantial presumption.[20]

---

[19] Randall S. Thomas and James F. Cotter, 2000, Measuring Securities Market Efficiency in the Regulatory Setting, Law and Contemporary Problems 63, at 108.

[20] *Cammer*, 711 F. Supp. at 1293 (citing Bromberg & Lowenfels, *supra*).

30.  **Exhibit 2a** graphs CBL's Common Stock weekly trading volume as a fraction of shares outstanding throughout the Class Period.[21] The average weekly trading volume was 8.11% of CBL's common shares outstanding over the Class Period. This level of trading volume significantly exceeds both the 1% and 2% thresholds established by the *Cammer* court. As a result, CBL's level of stock trading volume throughout the Class Period supports the conclusion that CBL's Common Stock traded in an efficient market throughout the Class Period.

31.  I also note that the average weekly trading volume of CBL's Common Stock over the Class Period was 13.9 million shares. According to the authors in the MRK Study, the median weekly trading volume for the MRK Sample firms was 0.034 million shares while the median for the MRK Covered firms was 0.215 million shares weekly.[22] CBL's average weekly trading volume of 13.9 million shares during the Class Period significantly exceeds that of both the median MRK Sample firms and the MRK Covered firms. This further supports the conclusion that CBL's Common Stock traded in an efficient market throughout the Class Period.

## 4.2  *Cammer* Factor 2: Analyst Coverage

32.  An analyst is someone, usually working for a financial institution such as a brokerage, bank, or investment bank, who studies financial information and trends for a specific company or an industry. Analysts typically participate in company conference calls, analyst-oriented meetings and presentations, and general industry conferences, publish reports in which they may assess recent company business developments, review historical financial performance and provide forecasts of future operating performance, or make investment recommendations, such as whether investors should buy, sell, or hold the company's stock. The content of analyst reports includes information that the analyst believes is important for investors. Analyst coverage can be indicative of market efficiency since research analysts ensure that new important company-specific information is disseminated to investors and thus impounded into stock prices quickly and efficiently. The *Cammer* court similarly stated:

---

[21] In this analysis, a "trading week" consists of five consecutive trading days, which may not follow the calendar week.

[22] MRK Study at 678 (Table 3). The median annual trading volume for MRK sample firms was 1.75 million shares. 1.75 million divided by 52 weeks is approximately 0.034 million shares. The median annual trading volume for MRK covered firms was 11.19 million shares. 11.19 million divided by 52 weeks is approximately 0.215 million shares.

> [I]t would be persuasive to allege a significant number of securities analysts followed and reported on a company's stock during the class period. The existence of such analysts would imply, for example, the [auditor] reports were closely reviewed by investment professionals, who would in turn make buy/sell recommendations to client investors.[23]

33. Coverage of a company's stock by research analysts is also reflected by analyst participation in company conference calls, company-hosted "analyst day" conferences and presentations, and general industry conferences.

34. In **Exhibit 3,** I report the analyst coverage of CBL over the Class Period.[24] I identified a total of 1,959 reports issued by analysts at 26 separate firms.[25] This list includes reports that were produced by firms that conduct thorough and detailed research on CBL and its industry, such as JPMorgan, KeyBanc, Wells Fargo, RBC, and Oppenheimer, among others. This is a significant degree of analyst coverage which served to disseminate important new publicly available information to investors, including Company news, financial performance, forecasts, and analyst commentary and recommendations.

35. This degree of analyst coverage compares favorably to that documented by academic research. For example, the MRK Study noted that 19% of U.S. firms covered by I/B/E/S received no analyst coverage in a given year.[26] Charles M.C. Lee and Eric So documented that on average, firms were covered by between 0.765 and 7.614 analysts when ranking firms into deciles by the total number of analyst forecasts issued.[27] CBL's analyst coverage is consistent with the MRK Covered firms which elicited high investor interest. The analyst coverage of CBL during the Class Period supports the conclusion that CBL's Common Stock traded in an efficient market throughout the Class Period.

---

[23] *Cammer*, 711 F. Supp. at 1286.

[24] I obtained analyst reports covering CBL from Investext and Factiva. These statistics represent a lower bound of the analyst coverage of CBL because many analyst reports are provided directly to investors but are not captured by third-party data vendors such as Investext.

[25] This number of reports was reduced from 1,959 to 1,453 reports when removing duplicates.

[26] MRK Study at 668.

[27] Charles M.C. Lee and Eric C. So, 2017, Uncovering Expected Returns: Information in Analyst Coverage Proxies, Journal of Financial Economics 124, at 336 (see Table 1, Panel B – "COV").

36. In addition to the analyst coverage documented above, investors could access information about CBL from a variety of other sources.[28] For example, I conducted a search of press and news articles about CBL using Factiva, a well-known provider of access to business news across a comprehensive set of publications. Factiva coverage includes Dow Jones Newswires, PR Newswire, The Wall Street Journal, Reuters, MarketWatch, Investor's Business Daily, and numerous other outlets. This search identified at least 1,636 articles throughout the Class Period.[29] Moreover, CBL produced numerous filings containing Company information which were immediately disseminated to the public through the SEC's online database, EDGAR, during the Class Period. Individual and institutional investors thus had access to publicly available information about CBL from a variety of sources during the Class Period. As a result, the analyst coverage, number of analyst research reports produced, and substantial public dissemination of news, SEC filings, and information about CBL supports the conclusion that CBL Common Stock traded in a well-developed and informationally efficient market during the Class Period.

### 4.3 *Cammer* Factor 3: Market Makers

37. The third *Cammer* factor relates to securities trading outside of major exchanges, in over-the-counter markets without continuous reporting of trading volume. This factor examines market makers, which are firms that facilitate buying and selling – order flow – in a company's stock during trading hours.[30] Market makers are present on major exchanges as well as over-the-counter markets. In particular, market makers can facilitate market efficiency in an over-the-counter market because they are:

> … [P]resumably knowledgeable about the issuing company and the stocks' supply and demand conditions (i.e., the "order flow"). Therefore, it is believed the larger the number

---

[28] Investors can also receive information from online research forums, such as SeekingAlpha, which offers both free and subscription-based research reports. For example, there were 119 reports published during the Class Period on SeekingAlpha.

[29] The articles were identified through a Factiva search including CBL's company tag, of all available sources.

[30] "A 'market maker' is a firm that stands ready to buy or sell a stock at publicly quoted prices." *See* https://www.investor.gov/introduction-investing/investing-basics/glossary/market-makers.

of market makers in a given security, the more information is available about it and the quicker its dissemination in the price.[31]

38. In evaluating market efficiency by looking at market makers, the *Cammer* court held:

For over the counter markets without volume reporting, the number of market makers is probably the best single criterion. Ten market makers for a security would justify a substantial presumption that the market for the security is an efficient one; five market makers would justify a more modest presumption.[32]

39. The court thus stated that market makers can be an important indicator of market efficiency for stock trading in an over-the-counter market without continuous trading volume reporting. However, CBL's Common Stock traded on the NYSE throughout the Class Period. This type of large, national exchange reports volume, prices, bid-ask spreads, and other trading details which ensure that it remains well-developed, liquid, and efficient. The *Cammer* court thus stated:

We think that, at a minimum, there should be a presumption – probably conditional for class determination – that certain markets are developed and efficient for virtually all the securities traded there: the New York and American Stock Exchanges, the Chicago Board Options Exchange and the NASDAQ National Market System.[33]

---

[31] Brad M. Barber, Paul A. Griffin, and Baruch Lev, 1994, The Fraud-on-the-Market Theory and the Indicators of Common Stocks' Efficiency, Journal of Corporate Law 19, at 291.

[32] *Cammer*, 711 F. Supp. at 1293.

[33] *Cammer*, 711 F. Supp. at 1292.

40. I understand that courts view large, established stock exchanges with market makers (such as the NYSE and NASDAQ[34]) as being informationally efficient.[35] Moreover, I understand that courts view institutional investors as potentially providing similar benefits to market makers by supplying trading liquidity and informationally-efficient and informed trading.[36] Academic research has similarly found that institutional investors can facilitate trading liquidity. As I discuss further in **Section 4.9** below, CBL's Common Stock was widely held by institutional investors by the end of the Class Period (see **Exhibit 10b-1**).[37]

41. As a result, CBL's public listing on the NYSE, a well-developed and established national exchange, satisfies the intent of this *Cammer* factor. Moreover, CBL had at least 127 market

---

[34] The NYSE Market Model, NYSE, available at: https://www.nyse.com/market-model: "The cornerstone of the NYSE market model is the Designated Market Maker (DMM). DMMs have obligations to maintain fair and orderly markets for their assigned securities. They operate both manually and electronically to facilitate price discovery during market opens, closes and during periods of trading imbalances or instability. This high-touch approach is crucial for offering the best prices, dampening volatility, adding liquidity and enhancing value. DMMs apply their market experience and judgment of dynamic trading conditions, macroeconomic news and industry-specific intelligence, to inform their decisions. A valuable resource for our listed-company community, DMMs offer insights, while making capital commitments, maintaining market integrity, and supporting price discovery." *See also*: http://www.nasdaqtrader.com/trader.aspx?id=marketmakerprocess: "NASDAQ is a unique market organization that provides a competitive trading environment and efficient, low-cost execution of orders. There are multiple market participants, including market makers, order-entry firms and electronic communications networks (ECNs) that utilize NASDAQ's trading services. Definition of a Market Maker: A market maker is a NASDAQ member firm that buys and sells securities at prices it displays in NASDAQ for its own account (principal trades) and for customer accounts (agency trades)."

[35] *See*, *e.g., Vinh Nguyen v. Radient Pharms. Corp.*, 287 F.R.D. 563, 572-73 (C.D. Ca. 2012) ("One defendant in *Cammer* contended that only stocks trading on the New York or American stock exchanges should be eligible for the presumption of reliance provided by the theory of fraud on the market. In rejecting that broad distinction, the court noted that 'the inquiry in an individual case remains the development of the market for that stock, and not the location where the stock trades.' But the trading location is still important, in one key sense: In an over the counter market, the number of market makers may be a particularly important measure of market efficiency…By contrast, Radient traded on the NYSE Amex during the Class Period which, as Plaintiffs' expert notes, means that it was assigned what that market now calls a Designated Market Maker" (citations omitted); *see also Hayes v. MagnaChip Semiconductor Corp.*, Case No. 14-cv-01160-JST (N.D. Ca. 2016), at 6: "The Court agrees that both the presence of a designated market maker and so many market makers in other trading venues weigh in favor of a finding of market efficiency."

[36] *See*, *e.g., In re Countrywide Financial Corp. Sec. Litig.*, 273 F.R.D. 586, 614 (C.D. Ca. 2009) ("Similarly, the presence of large institutional investors may be similar to the presence of market-makers and arbitrageurs: large investors, with more money at stake, may be more likely to inform themselves well before trading.") (citations omitted); *In re HealthSouth Corp. Sec. Litig.*, 257 F.R.D. 260, 281 (N.D. Ala. 2009) ("[T]he majority of HealthSouth's shares were owned by large sophisticated institutions. These facts further demonstrate that HealthSouth's stock traded in an efficient market.")

[37] CBL Common Stock was held by at least 800 institutional investors at some point during the Class Period (see **Exhibit 10a-1** and **Exhibit 10b-1**). Institutional ownership fluctuated on a quarterly basis throughout the Class Period, from a minimum of 79.08% of shares outstanding on June 30, 2018, to a maximum of 100.45% of shares outstanding on September 30, 2014 according to data from Bloomberg and CBL's SEC Filings. These figures represent a lower-bound estimate of institutional holdings as some institutions may not be reflected in Bloomberg's coverage.

makers and brokers providing similar activity over the Class Period.[38] In sum, CBL easily satisfies this *Cammer* factor by virtue of the Common Stock's highly liquid and well-developed trading venue, the presence of market makers, and the widespread holdings by sophisticated institutional investors, further supporting the efficiency of the market for CBL Common Stock during the Class Period.

### 4.4 *Cammer* Factor 4: SEC Form S-3 Filing Eligibility

42. The fourth *Cammer* factor cited by the court is SEC Form S-3 filing eligibility:

> [I]t would be helpful to allege the Company was entitled to file an S-3 Registration Statement in connection with public offerings or, if ineligible, such ineligibility was only because of timing factors rather than because the minimum stock requirements set forth in the instructions to Form S-3 were not met. Again, it is the number of shares traded and value of shares outstanding that involve the facts which imply efficiency.[39]

43. Form S-3 filing eligibility allows companies to file a shortened form with the SEC in order to raise capital, by providing references to previous SEC filings as opposed to repeating a large quantity of information. This eligibility includes the following requirements: the registrant has a class of securities subject to the Exchange Act, the registrant has filed all necessary filings with the SEC in a timely manner for the past 12 months, the registrant has not failed to pay any dividend or sinking fund installment on preferred stock or defaulted on any material debts or leases, the registrant has a public float of $75 million.[40,41] The logic and intuition behind this factor as discussed by the *Cammer* court is that a company which makes timely financial filings with regulators implies that investors have ready and ample access to publicly available information about the issuer.

44. CBL's Common Stock public float far exceeded the required $75 million threshold during the Class Period (average of $1.8 billion during the Class Period). In addition, CBL filed two SEC

---

[38] Bloomberg "RANK" function. This represents a lower bound of market making activity as coverage begins in 2017.

[39] *Cammer*, 711 F. Supp. at 1287.

[40] https://www.sec.gov/files/forms-3.pdf.

[41] SEC 1379, "Form S-3, Registration Statement under the Securities Act of 1933, General Instructions".

form S-3ASR's (Automatic Shelf Registration) during the Class Period; the first form was filed on July 2, 2015 and the second was filed on July 2, 2018.[42] Unlike form S-3, the S-3ASR's are effective immediately after filing and are not subject to a review period by the SEC; therefore, in effect, the information is immediately disseminated upon filing. Thus, CBL satisfies this *Cammer* Factor during the Class Period. As a result, this factor supports the efficiency of the market for CBL Common Stock during the Class Period.

### 4.5 *Cammer* Factor 5: Cause and Effect Relationship Between Company Information and Stock Prices

45. The fifth *Cammer* factor relates to whether a company's stock prices quickly respond to and incorporate new value-relevant information.

> The *Cammer* court held: … [O]ne of the most convincing ways to demonstrate [market] efficiency would be to illustrate, over time, a cause and effect relationship between company disclosures and resulting movements in stock price.[43]

46. To assess the extent of a "cause and effect relationship between company disclosures and resulting movements in stock price," I analyzed CBL's quarterly earnings announcements (the "News Days"). These announcements represent a potential opportunity for the public release of new value-relevant Company information to investors. One would not expect every key date announcement to cause a significant stock price movement for a company since investors and analysts may anticipate the reported performance, or because the information may contain a mix of both positive and negative information. The mix of unanticipated results, forward guidance, executive statements, analyst interpretations of this information, and other company-specific news can cause company stock prices to move in an efficient market. I also considered the fact that other types of news or information could be more or less relevant for a given company during certain time periods.

47. I compared the stock returns and trading volume of CBL's Common Stock on News Days versus those metrics on trading days that contained the least news during the Class Period (the

---

[42] *See* https://sec.report/Document/0000910612-18-000056/ and https://sec.report/Document/0001047469-15-005947/

[43] *Cammer*, 711 F. Supp. at 1291.

"Least News Trading Days").[44] The Least News Trading Days provide a benchmark measurement of days in which relatively little Company-specific information was provided to the market. If CBL's stock prices tend to move more significantly following News Days than on the Least News Trading Days, this would support a conclusion of market efficiency.

48.  In order to study the stock price movements for CBL on different trading days, I performed an event study.[45] A generally accepted method for performing an event study is to create a regression model over a selected time period to observe the typical relationship between the price of the relevant security and market and industry indices. Through this regression model, an economist can model the predicted daily return of the relevant security, based on market and industry returns. By subtracting the predicted return from the actual return, an economist can calculate the "abnormal" return in the company's daily stock price movement, which represents the component of the daily stock price return that is not attributable to market-wide or industry-wide movements, but rather, is attributable to company-specific news. Finally, as part of an event study method, an economist tests whether the deviation from expected price movements (i.e., the abnormal return) is sufficiently large compared to the usual volatility in the Company stock price return such that simple random movement can be rejected as the cause.

49.  Here, I performed an event study to evaluate whether CBL's Common Stock responded to information disclosed on the News Days. To conduct the event study, I deployed the methodologies described above that are well-established in academic literature and routinely applied and accepted in the context of securities fraud litigation.

50.  In order to isolate the impact of Company-specific news on CBL's stock price during the Class Period, I performed regression analyses to measure the relationship between CBL's stock price returns and: (1) changes in market-wide factors that would be expected to impact all stocks; and (2) changes in industry-wide factors that would be expected to impact stocks in CBL's industry.

---

[44] Least News Trading Days were identified as dates with no Factiva headlines or earnings announcements during the Class Period.

[45] An event study is a standard method to analyze the impact of information on market prices that has been adopted in academic research and a wide variety of other applications. See A. Craig MacKinlay, 1997, Event Studies in Economics and Finance, Journal of Economic Literature 13.

By modeling how CBL's stock price returns moved relative to an overall market index and an industry index, I could also measure its response to Company-specific news.

51. For each trading day analyzed, I constructed a regression model using data from the prior 120 trading days ("Estimation Window").[46] To study the relationship between CBL's stock price returns and overall market factors, I used the S&P 1500 Composite Total Return Index (the "Market Index"). The Market Index is commonly used by economists as a representation of the overall market. To study the relationship between CBL's stock price returns and changes in industry-wide factors that would be expected to impact all stocks in CBL's particular industry, I used the FTSE National Association of Real Estate Investment Trusts Total Return Index (the "Industry Index").[47]

52. I established the relationship between the daily return of the Company stock, the daily return on the Market Index, and the daily return on the Industry Index over the Estimation Window.[48] As shown in **Exhibit 4a**, the event study model revealed a mixed relation between the Company's daily returns and those of the overall stock market throughout the Class Period; however, the coefficient on the Industry Index was positive throughout the Class Period. In other words, movements of the Market Index, and in particular the Industry Index, help explain movements in CBL's stock price. This allowed me to predict the expected daily return of the Company on a date once I had controlled for that day's market and industry returns. I then

---

[46] *See, e.g.,* Mark L. Mitchell and Jeffry M. Netter, 1994, The Role of Financial Economics in Securities Fraud Cases: Applications at the Securities and Exchange Commission, *The Business Lawyer* 49, at 568 ("The market model is estimated with regression analysis. The estimation period for this market model equation typically ranges from 100 to 300 trading days preceding the event under study."); A. Craig MacKinlay, 1997, Event Studies in Economics and Finance, *Journal of Economic Literature* 35, at 15 ("Given the selection of a normal performance model, the estimation window needs to be defined. The most common choice, when feasible, is using the period prior to the event window for the estimation window. For example, in an event study using daily data and the market model, the market model parameters could be estimated over the 120 days prior to the event. Generally the event period itself is not included in the estimation period to prevent the event from influencing the normal performance model parameter estimates.").

[47] In its form 10K for the fiscal year ended December 31, 2021, CBL compared its performance to the Industry Index in its long-term incentive program for its named executive officers. *See* https://www.sec.gov/Archives/edgar/data/910612/000156459022013053/cbl-10k_20211231.htm

[48] My use of this estimation model accounts for the relationship between the Company, market, and industry daily returns. This method has been accepted by academics in peer-reviewed literature. See A. Craig MacKinlay, 1997, Event Studies in Economics and Finance, Journal of Economic Literature 35, at 15 ("For example, in an event study using daily data and the market model, the market model parameters could be estimated over the 120 days prior to the event."); *see also* Phillip A. Braun, Daniel B. Nelson and Alain M. Sunier, 1995, Good News, Bad News, Volatility, and Betas, Journal of Finance 50, at 1597.

subtracted the predicted return from the actual return to get the "abnormal" return, which represents the component of the return that is not attributable to market-wide or industry-wide movements.

53. Finally, I calculated the statistical significance of the abnormal return by comparing it to the usual volatility in the Company stock price return. An important statistic from a regression analysis is the standard deviation of the errors, which measures the degree of imprecision in the predictions from my regression model. In other words, the standard deviation of errors provides a metric for how much "randomness" remains in the price movement of CBL's Common Stock, after controlling for the Market Index and the Industry Index. **Exhibit 5a** plots the standard deviation of the regression errors, also known as Root Mean Squared Error, over the Class Period.

54. To test for statistical significance, I calculated the t-statistic, which is the test that economists use to determine whether randomness can be rejected as the explanation for an abnormal price movement. The t-statistic measures the number of standard deviations between the actual observation and the predicted movement. It is calculated by dividing the abnormal return by the standard deviation of the errors. Probability theory suggests that under the standard assumption that abnormal returns will be normally distributed with a mean of zero in the absence of new value-relevant company-specific news, based purely on randomness, using a 95% confidence level and a sufficiently large sample size, an abnormal return should have a t-statistic greater than 1.96 (or less than -1.96) approximately 5% of the time in the absence of new company-specific information.[49] In other words, there is a 95% chance that, barring some non-random explanation, the actual observed return will fall within 1.96 standard deviations of the predicted return.

55. **Exhibit 6a** reports the event study results of the 19 days that met the criteria I established for the identification of News Days during the Class Period. The columns list the market impact dates, closing stock price, log return, abnormal return from my event study, abnormal dollar change in stock price from my event study, the t-statistic, statistical significance of the stock movement,

---

[49] David I. Tabak and Frederick C. Dunbar, Materiality and Magnitude: Event Studies in the Courtroom, Litigation Services Handbook, The Role of the Financial Expert, Ch. 19 (3rd ed. 2001). The financial economics literature often identifies the 90% threshold as a relevant boundary for significance as well.

and a description of the earnings announcement on each date. Overall, 7 out of 19 CBL news announcements caused stock price movements that were statistically significant at the 95% level. I compare this rate with that on the Least News Trading Days in the following exhibit.

56. **Exhibit 7a** summarizes the statistical comparison of CBL's Common Stock returns and trading volume following the 19 News Days versus these metrics as measured on the Least News Trading Days. As shown in the exhibit, 36.84% of the 19 earnings announcements caused stock movements that were statistically significant at the 95% level. This compares to 5.39% of the Least News Trading Days with statistically significant stock price movements. The difference between these two percentages is statistically significant at the 99% level. This provides strong evidence of a cause-and-effect relationship between information and CBL Common Stock price movements.

57. This exhibit also shows that the average of the absolute value of abnormal returns following CBL's 19 News Days was 5.41%. This compares to an average of only 1.32% on the Least News Trading Days. The difference between these two averages is statistically significant at the 95% level. This further supports a finding of a strong cause-and-effect relationship between information and CBL Common Stock price movements.

58. Finally, this exhibit reports an average daily trading volume of 7.16 million shares for CBL Common Stock following News Days. This compares to an average daily trading volume of 2.57 million shares on the Least News Trading Days. The difference between these two values is statistically significant at the 95% level, providing further evidence of the cause-and-effect relationship between information and CBL Common Stock price movements.

59. In summary, relative to other trading days, CBL's earnings announcements caused a greater proportion of statistically significant stock price movements, absolute levels of price changes, and increases in trading volume. This finding establishes a clear cause-and-effect relationship between new Company-specific information and CBL Common Stock price movements. As a result, this price impact analysis supports the conclusion that CBL's Common Stock traded in an efficient market during the Class Period.

## 4.6 Additional Factor 1: Market Capitalization

60. I have also considered several additional factors beyond the five *Cammer* factors, the first of which is the total value of stock outstanding, or market capitalization. The *Cammer* court acknowledged this factor as indicative of market efficiency, holding that "it is the number of shares traded and value of shares outstanding that involve the facts which imply efficiency."[50] Moreover, the *Krogman* court stated "[m]arket capitalization, calculated as the number of shares multiplied by the prevailing share price, may be an indicator of market efficiency because there is a greater incentive for stock purchasers to invest in more highly capitalized corporations."[51] As stated previously, the MRK Study found that firms lacking analyst coverage had other indicators of trading in less developed and efficient markets, including smaller market capitalizations. The median market capitalization of the MRK Sample firms was $27.91 million.[52] By contrast, the MRK Covered firms had a median market capitalization of $243.97 million.[53] This study supports the view that firms with larger market capitalizations tend to trade in more efficient markets.

61. **Exhibit 8a** reports CBL's market capitalization throughout the Class Period. This market capitalization averaged $1.8 billion over the Class Period. CBL's market capitalization exceeded the MRK Sample firms on an inflation-adjusted basis, and the MRK Covered firms on an inflation-adjusted basis.[54] CBL's number of shares outstanding ranged from 170.3 million shares to 173.5 million shares during the Class Period.[55] Given that CBL's market capitalization was higher than that of the MRK Sample firms and the MRK Covered firms on an inflation-adjusted basis, CBL's market capitalization on a stand-alone basis is strongly supportive of market efficiency. In addition, given CBL's shares outstanding available for trading, its sizeable float as discussed below, and the

---

[50] *Cammer*, 711 F. Supp. at 1287.

[51] *Krogman*, 202 F.R.D. at 478.

[52] MRK Study at 678 (Table 3).

[53] MRK Study at 678 (Table 3).

[54] Source: U.S. Bureau of Labor Statistics, CPI Inflation Calculator, available at: https://www.bls.gov/data/inflation_calculator.htm (last visited August 4, 2022). $27.91 million in December 1996 represented approximately $44.73 million in March 2019; $243.97 million in December 1996 represented approximately $391.03 million in March 2019.

[55] Shares outstanding during the Class Period obtained from Bloomberg.

other factors analyzed herein, the market capitalization is consistent with the conclusion that the Common Stock traded in an efficient market during the Class Period.

## 4.7   Additional Factor 2: Bid-Ask Spread

62.   The *Krogman* court considered the bid-ask spread as another factor that can indicate market efficiency: "[a] large bid-ask spread is indicative of an inefficient market, because it suggests that the stock is too expensive to trade."[56] The bid-ask spread is the difference between the price at which an investor could purchase a stock (the ask) and the price at which an investor could sell the stock (the bid). This spread can be expressed as the difference between these prices in their quoted currency, or as a percentage – for example relative to the bid-ask midpoint. A narrow bid-ask spread indicates lower transaction costs to trade in a given stock and is indicative of a more informationally-efficient market. A wider bid-ask spread will cause investors to pay more money to buy and sell a given stock, and these higher transaction costs can discourage trading and price discovery, thus indicating a less liquid and less efficient market.

63.   I analyzed the bid-ask spread of CBL's Common Stock during the Class Period. **Exhibit 9a** reports the monthly average bid-ask spread as a percentage of the bid-ask midpoint over this time period.[57] This spread fluctuated between 0.05% and 3.49% from July 2014 through March 2019, and averaged 0.25% over the Class Period.[58]

64.   By way of comparison, the MRK Study found that the MRK Sample firms had a median bid-ask spread of 4.55% while the MRK Covered firms had a median bid-ask spread of 1.69%.[59] CBL's average bid-ask spread over the Class Period was lower than the median values of both the

---

[56] *Krogman*, 202 F.R.D. at 478.

[57] I calculated the percent bid-ask spread using daily closing bid and ask quotes. Kee H. Chung and Hao Zhang, *A Simple Approximation of Intraday Spreads Using Daily Data*, 17 J. Fin. Markets, 94, Table 2 (2014). This study compared data using end-of-day prices to intraday data and documented that the spreads were very similar. *See also*: Farshid Abdi and Angelo Ranaldo, 2017, A Simple Estimation of Bid-Ask Spreads from Daily Close, High, and Low Prices, *Review of Financial Studies* 30, at p. 4439: "An *approximation* of intraday bid-ask spreads with end-of-day quotes provides accurate measures and computational savings" (citations omitted).

[58] I also examined the dates from July 2014 and March 2019 that were part of the Class Period, and report them in **Exhibit 9a**. The Class Period dates from July 2014 had an average bid-ask spread of 3.49% and the Class Period dates from March 2019 had an average bid-ask spread of 0.53%. I noted, however, that neither of these figures was computed using a full month of data.

[59] MRK Study at 678 (Table 3).

MRK Sample firms and the MRK Covered firms, indicating that investors could trade CBL's Common Stock at very low relative cost. As a result, CBL's bid-ask spread supports the conclusion that the Common Stock traded in an efficient market during the Class Period.

## 4.8    Additional Factor 3: Public Float

65.   The *Krogman* court also considered the public float of a company in weighing market efficiency.[60] The public float represents the number of shares outstanding that are available for trading and not held by corporate insiders. Even if a company has a large market capitalization, if the majority of the equity is held by its CEO and/or other insiders, then investors may be unable to trade the stock without exerting undue pricing pressure resulting from a lack of liquidity and supply/demand imbalances.

66.   **Exhibit 10a-1** reports the shares outstanding, public float, and shares held by insiders for CBL Common Stock during the Class Period. As shown in the exhibit, CBL insiders held less than 3.23% of the Common Stock throughout the Class Period (average = 1.88%). Thus, approximately 98.12% of CBL's common shares were held by institutions and other outside investors. This large degree of public float for CBL's Common Stock supports the conclusion that it traded in an efficient market during the Class Period.

## 4.9    Additional Factor 4: Institutional Ownership

67.   Institutional investors are pension funds, endowments, mutual funds, investment banks, hedge funds, and other sophisticated investors who have significant resources to allocate to investing decisions. These investors can improve market efficiency by digesting new public information and making investment decisions over large block holdings of shares, thus causing the new information to be quickly impounded into stock prices. Thus, the presence of institutional shareholders can be an indicator of market efficiency.

68.   I also report the total institutional ownership of CBL's Common Stock in **Exhibit 10a-1**, which shows that on average 800 institutions held the stock at some point during the Class Period

---

[60] In determining efficiency, courts also consider the percentage of shares held by the public, rather than insiders." *Krogman*, 202 F.R.D. at 478.

(a full list of institutional ownership can be seen in **Exhibit 10b-1**).[61] By comparison, the MRK Study found that the MRK Sample firms had a median of only nine institutional investors while the MRK Covered firms had a median of 40 institutional investors.[62] CBL's institutional ownership base exceeds both of these levels. Thus, the significant institutional ownership base for CBL Common Stock supports the conclusion that the Common Stock traded in an efficient market during the Class Period.

### 4.10  Additional Factor 5: Autocorrelation

69.  Autocorrelation refers to an anomaly by which stock returns over a given time period are able to predict future returns. The interval over which autocorrelation is examined tends to be on a daily basis. Thus, if the stock return today predicts tomorrow's stock return with a statistically significant correlation, the returns are said to be autocorrelated. A positive autocorrelation could give rise to "momentum" trading whereby an investor would purchase (sell or short sell) stock when returns are positive (negative) in order to generate profits as the returns continue over subsequent trading days. A negative autocorrelation could give rise to "reversal" trading whereby an investor would sell or short sell (purchase) stock when returns are positive (negative) in order to capture profits when the returns reverse. Autocorrelation may occur occasionally due to random patterns in aggregate stock return data or due to consecutive news days with different types of new information being publicly released. However, if statistically significant autocorrelation in stock returns persists over a sufficient time period such as several quarters and is large enough in magnitude that a trader could earn riskless profits after trading costs, this would imply market inefficiency because publicly available information about prior stock price movements would not be fully reflected in current stock prices.

70.  I use an established methodology, i.e., a regression analysis, to test for autocorrelation in CBL's Common Stock returns.[63] This evaluates whether, from a statistical perspective, the stock

---

[61] Note: Short interest data is reported bi-weekly while updates to institutional holdings via 13-F filings are only available quarterly, and quarter-end dates may occur on non-trading days. As a result, institutional holdings may appear to exceed shares outstanding and the public float due to timing differences of data reporting.

[62] MRK Study at 678 (Table 3).

[63] I evaluate abnormal returns, the calculation of which was described in the *Cammer* factor five analysis section of this report (**Section 4.5**).

Case 1:19-cv-00181-JRG-CHS    Document 166-1    Filed 08/18/22    Page 29 of 151
PageID #: 2426

return on a given day can predict the stock return on the following trading day.[64] After performing the regression to test for this pattern over the sample of trading days throughout the Class Period, if the regression produces a statistically significant result, then it becomes necessary to explore whether this pattern is sufficiently large in magnitude, consistent in direction, and persistent over time such that a trading arbitrage opportunity exists. If, however, the regression does not indicate a statistically significant pattern in the stock returns, then no evidence exists of an autocorrelation anomaly.

71.  **Exhibit 11a** presents the results from the autocorrelation test for CBL's Common Stock during the Class Period. The autocorrelation coefficient over the full Class Period is not statistically significant. Moreover, the quarterly autocorrelation coefficients alternate between positive and negative throughout the Class Period, indicating no consistent predictability in the Company's daily stock returns over time. The lack of a consistent and persistent autocorrelation pattern over time would thus not present an arbitrage opportunity for investors. This finding supports the conclusion that CBL's Common Stock traded in an efficient market during the Class Period.

### 4.11  Additional Factor 6: Options Trading

72.  Academic studies have shown that options written on company stock help to improve market depth and liquidity, investor interest, and overall market efficiency, as indicated by increases in trading volume, narrower bid-ask spreads, and improvements in transaction sizes and frequencies.[65] Thus, options trading on a company's stock can improve price discovery and support a finding of market efficiency, relative to a company without any options trading. According to Bloomberg, CBL's Common Stock had 388,902 call option contracts and 631,943 put option contracts traded during the Class Period. The presence of options trading supports the conclusion that CBL's Common Stock traded in an efficient market during the Class Period.

---

[64] Doron Avramov, Tarun Chordia, and Amit Goyal, 2006, Liquidity and Autocorrelations in Individual Stock Returns, Journal of Finance 61, at 2367-68; Michael C. Jensen, 1978, Some Anomalous Evidence Regarding Market Efficiency, Journal of Financial Economics 6, at 95-101.

[65] Raman Kumar, Atulya Sarin, and Kuldeep Shastri, 1998, The Impact of Options Trading on the Market Quality of the Underlying Security: An Empirical Analysis, Journal of Finance 53. *See also*: Stephen A. Ross, 1976, Options and Efficiency, Quarterly Journal of Economics 90.

# 5 THE RELEVANT FACTORS USED TO EVALUATE THE MARKET EFFICIENCY OF CBL COMMON STOCK APPLIES TO THE EXAMINATION OF WHETHER CBL PREFERRED STOCK TRADED IN AN EFFICIENT MARKET

## 5.1 Overview of Preferred Stock

73. I have also been asked to determine whether CBL's Preferred Stock traded in an efficient market. In the following paragraphs, I provide a general overview of preferred stock and evaluate the efficiency of the market for the CBL Preferred Stock in question. I note that the information environment relating to the Company's Common Stock will also relate to the Company's other securities. In other words, the market efficiency of CBL's Common Stock, as established above, will enhance the market efficiency of CBL's Preferred Stock. As a result, the efficiency factors I evaluate below for CBL's Preferred Stock should not be viewed in isolation but rather are additive to the Common Stock's market efficiency. For example, a company with a relatively large common stock market capitalization will elicit investor attention that will enhance the market efficiency of even a small market value outstanding of preferred stock.

74. A preferred stock is a stock issued with a fixed dividend rate specified at the issuance of the stock series. Because dividends are guaranteed, preferred shareholders maintain priority over common stockholders in relation to dividend payments from a company. Should a company suspend its usual dividend payments for common stock, preferred shareholders are still entitled to the receipt of dividends and may be paid in arrears until the company resumes its usual dividend payments. Preferred stock subject to this benefit is designated cumulative at issuance.

75. Preferred stockholders maintain priority over common stockholders in relation to a company's assets should the company be liquidated, though they are still subordinate to bond holders. While they are technically an equity class, preferred shares are sometimes categorized as a "hybrid" security that acts as a mix between a stock and a bond due to their guaranteed dividend payments, which function similarly to the coupon payments of bonds. Because of this built-in fixed income component, preferred stock generally experiences less price volatility than common stock and can be less sensitive to earnings announcements. To balance these advantages, preferred shareholders cede the voting rights held by common stockholders.

76. Because of this hybrid nature, factors that affect the prices of both bonds and stocks may have some impact on preferred stock prices. Such factors include company announcements involving earnings or dividends and changes in the credit profile of a company. Further causes of major price fluctuations can be based on inherent factors of the stock established at issuance.

77. A preferred share series is defined as "callable" if the issuing company can buy back all outstanding preferred shares in a series at par value after a determined "call date." Shares may be recalled by a company should interest rates fall and the guaranteed high dividend yield is no longer necessary to attract investors. In such a case a company may buy back outstanding preferred shares and issue a new series with a lower yield.

78. A preferred share series can also be "convertible," meaning a holder can choose to exchange his or her preferred shares for common stock under certain conditions. Such conditions include a board of directors voting to force the conversion of convertible preferred shares, the investor deeming it profitable to convert shares based on the common stock's dynamics, or a date being set by the issuing company at which all outstanding shares in the series are automatically converted.

79. Preferred stock is often held by institutions, as institutional investors benefit from certain tax advantages not available to retail investors. The stocks are generally bought in bulk by these institutions and are therefore a simple way to raise large amounts of capital for a company that is unable to issue more debt due to regulations, is at risk of credit downgrading if it issues more debt, or is looking to finance new projects.

80. CBL's Preferred Stock was issued as cumulative. Series D Preferred Stock was callable throughout the duration of the Class Period whereas Series E Preferred Stock was callable after October 5, 2017. Neither series was convertible.

**5.2  Efficiency of the Market for CBL Preferred Stock**

81. Recent court cases[66] have found that certain established factors used in determining the market efficiency for common stock are also applicable to preferred stock. Therefore, I have

---

[66] *See* for example, *In Re Teva Securities Litigation*, No. 3:17-cv-00558 (SRU) (D. Conn.).

undertaken certain analyses similar to the ones applied above to the Common Stock to determine whether CBL Preferred Stock traded in an efficient market throughout the duration of the Class Period. Whether market participants are investors in CBL Common Stock or CBL Preferred Stock, they generally will have access to the same information from the same sources (*e.g.*, analysts, media, Company filings, etc.). Therefore, to the extent that CBL Common Stock share price reflects publicly available information regarding CBL, and the share price rapidly adjusts to account for new, economically material and unanticipated information, I would expect that prices for CBL Preferred Stock would also reflect the same publicly available information regarding CBL. Should it be found that CBL Common Stock traded in an efficient market during the Class Period, then that finding supports the conclusion that CBL Preferred Stock also traded in an efficient market.

### 5.2.1 Average Weekly Trading Volume

82. **Exhibit 2b** graphs the weekly trading volume for CBL's Series D Preferred Stock as a fraction of shares outstanding throughout the Class Period whereas **Exhibit 2c** shows the same information for CBL's Series E Preferred Stock. By this metric, the average weekly trading volume of CBL Series D Preferred Stock was 1.68% over the Class Period whereas the average weekly trading volume of CBL Series E Preferred Stock was 1.97% over the Class Period. This level of trading volume for both Preferred Stocks exceeds the 1% common stock threshold articulated by the *Cammer* court. As a result, CBL's level of Preferred Stock trading volume throughout the Class Period provides substantial support for the conclusion that CBL's Preferred Stock traded in an efficient market.

### 5.2.2 Market Makers and Arbitrageurs

83. Throughout the Class Period, CBL's Preferred Stock was also listed on the NYSE: CBL Series D Preferred Stock traded under "CBL.PRD" and CBL Series E Preferred Stock traded under "CBL.PRE". As discussed above, I understand that courts view large, established stock exchanges with market makers (such as the NYSE) as being informationally efficient. The listing on the NYSE thus supports the conclusion that the CBL Preferred Stock traded in an efficient market.

84. Data regarding market makers is not readily available for preferred shares. However, as explained above, academic research has found that institutional investors can facilitate trading

liquidity, and courts view institutional investors as potentially providing similar benefits as market makers by supplying trading liquidity and informationally-efficient and informed trading.

85. **Exhibit 10a-2** shows that institutional ownership as a percentage of shares outstanding for CBL Series D Preferred Stock ranged from 31.44% to 46.11% and the stock was held by 56 institutions during the Class Period. Likewise, **Exhibit 10a-3** shows that institutional ownership as a percentage of shares outstanding for CBL Series E Preferred Stock ranged from 17.24% to 36.11% and the stock was held by 37 institutions during the Class Period. Because the shares outstanding for CBL's Preferred Stock was constant during the Class Period, this varied level of institutional ownership implies that institutions were not passive investors but rather served a function similar to that of market makers. This further supports the conclusion that CBL's Preferred Stock traded in an efficient market.

### 5.2.3  Cause and Effect Analysis

86. I test for a cause-effect relationship between CBL's relevant disclosures and CBL's Preferred Stock prices using a similar event study methodology to the one I employed to evaluate this relationship for CBL's Common Stock. I performed a regression on the daily returns of CBL's Preferred Stock prices against the same Market Index returns, Industry Index returns, News Days, and Least News Days definitions used in my Common Stock regression. As discussed in **Section 5.1**, preferred share prices are generally more stable than common stock prices and therefore tend to have smaller reactions in relation to company-specific disclosures.

87. I established the relationship between the daily return of the Company's Preferred Stock, the daily return on the Market Index, and the daily return on the Industry Index over the Estimation Window. As shown in **Exhibit 4b** and **Exhibit 4c**, the event study model revealed a mixed relation between the Company's Preferred Stock daily returns and those of the overall stock market throughout the Class Period; however, the coefficient on the Industry Index was positive for the majority of the Class Period for both CBL Series D Preferred Stock and Series E Preferred Stock. In other words, movements of the Market Index, and in particular, the Industry Index, help explain movements in CBL's Preferred Stock prices.

88. As previously discussed, an important statistic from a regression analysis is the standard deviation of the errors, which measures the degree of variability in Preferred Stock prices

remaining after controlling for the price movements in the Market and Industry indices. **Exhibit 5b** and **Exhibit 5c** plot the standard deviation of the regression errors, also known as Root Mean Squared Error, over the Class Period for CBL's Preferred Stock.

89. **Exhibit 6b** and **Exhibit 6c** report the event study results of the 19 dates that met the criteria I established for the identification of News Days during the Class Period. Overall, five 5 of 19 CBL earnings announcements caused statistically significant price movements in CBL Series D Preferred Stock whereas 4 out of the 19 news announcements caused statistically significant price movements for Series E Preferred Stock at the 95% confidence level. I compare these rates with those on the Least News Trading Days in the following exhibit.

90. **Exhibit 7b** and **Exhibit 7c** summarize the statistical comparison of CBL's Preferred Stock returns and trading volume following the 19 News Days versus these metrics as measured on the Least News Trading Days. As shown in the exhibits, 26.32% of the 19 News Days caused price movements that were statistically significant for Series D Preferred Stock whereas 21.05% of the 19 News Days caused statistically significant price movements for Series E Preferred Stock at the 95% confidence level. This compares to 8.18% and 7.08% of the Least News Trading Days with statistically significant price movements for Series D Preferred Stock and Series E Preferred Stock, respectively. The differences between the percentage of significant movements on News Days vs Least News Days is statistically significant at the 99% level and the 95% level for Series D Preferred Stock and Series E Preferred Stock, respectively. These results provide strong evidence of a cause-and-effect relationship between information and CBL Common Stock price movements.

91. These exhibits also show that the average of the absolute value of Preferred Stock abnormal returns following CBL's 19 News Days was 1.48% and 1.87% for CBL's Series D Preferred Stock and Series E Preferred Stock, respectively. This compares to an average of 0.62% and 0.78% on the Least News Trading Days for CBL's Series D Preferred Stock and Series E Preferred Stock, respectively. These differences are not statistically significant at conventional levels. However, despite the lack of a statistically significant difference in average absolute abnormal return, as discussed above, the Preferred Stock prices responded rapidly to potential new value-relevant information, consistent with market efficiency.

92. Finally, these exhibits report an average daily trading volume of 82 thousand and 42 thousand shares following News Days for CBL Series D Preferred Stock and E, respectively. This compares to an average daily trading volume of 55 thousand and 28 thousand shares on the Least News Trading Days for Series D Preferred Stock and E, respectively. These differences are not statistically significant at conventional levels. However, despite the lack of a statistically significant difference in average trading volume, as discussed above, the Preferred Stock prices responded rapidly to potential new value-relevant information, consistent with market efficiency.

93. In summary, relative to other trading days, CBL's earnings announcements caused a greater proportion of statistically significant price movements and absolute levels of price changes for CBL's Preferred Stock. This finding establishes a clear cause-and-effect relationship between new Company-specific information and CBL Preferred Stock price movements. As a result, this price impact analysis supports the conclusion that CBL's Preferred Stock traded in an efficient market during the Class Period.

### 5.2.4 Market Capitalization

94. **Exhibit 8b** reports CBL's Series D Preferred Stock market capitalization throughout the Class Period. This market capitalization averaged $410.34 million over the Class Period. This market capitalization exceeded the MRK Sample firms on an inflation-adjusted basis, and the MRK Covered firms on an inflation-adjusted basis.[67] CBL's number of Series D preferred shares was held constant at 18.15 million shares during the Class Period.[68] Given that the market capitalization for CBL's Series D Preferred Stock was higher than that of the MRK Sample firms and the MRK Covered firms on an inflation-adjusted basis, this Preferred Stock's market capitalization on a stand-alone basis is supportive of market efficiency.

95. Similarly, **Exhibit 8c** reports that CBL's Series E Preferred Stock market capitalization averaged $151.91 million over the Class Period. This market capitalization exceeded the MRK Sample firms on an inflation adjusted basis. CBL's number of Series E preferred shares was held

---

[67]Source: U.S. Bureau of Labor Statistics, CPI Inflation Calculator, available at: https://www.bls.gov/data/inflation_calculator.htm (last visited August 2022). $27.91 million in December 1996 represented approximately $44.73 million in March 2019; $243.97 million in December 1996 represented approximately $391.03 million in March 2019.

[68] Shares outstanding during the Class Period obtained from CBL's SEC filings.

constant at 6.9 million shares during the Class Period.[69] While CBL's Series E Preferred Stock market capitalization was less than the MRK Covered firms on an inflation adjusted basis, it was more than three times higher than that of the MRK Sample firms. Moreover, as explained above, the information generated by investor interest in CBL's Common Stock market capitalization will also enhance the informational efficiency of the Company's Preferred Stock. Given the large overall market capitalization of CBL's Common and Preferred Stock, these averages are supportive of market efficiency.

96. Given CBL's Preferred Stock shares outstanding available for trading, their sizeable floats as discussed below, and the other factors analyzed herein, the market capitalizations are consistent with the conclusion that CBL's Preferred Stock traded in an efficient market during the Class Period.

### 5.2.5 Bid-Ask Spread

97. I analyzed the bid-ask spread of CBL's Preferred Stock during the Class Period. **Exhibit 9a** reports the monthly average bid-ask spread as a percentage of the bid-ask midpoint over this time period for CBL's Series D Preferred Stock.[70] This spread fluctuated between 0.09% and 0.68% from July 2014 through March 2019, and averaged 0.27% over the Class Period.[71]

98. **Exhibit 9a** also reports the monthly average bid-ask spread as a percentage of the bid-ask midpoint over this time period for CBL's Series E Preferred Stock. This spread fluctuated between 0.17% and 1.28% between July 2014 and March 2019, and averaged 0.59% over the Class Period.[72]

---

[69] Shares outstanding during the Class Period obtained from CBL's SEC filings.

[70] I calculated the percent bid-ask spread using the same methodology described in the Common Stock analysis above.

[71] I also examined the dates from July 2014 and March 2019 that were part of the Class Period, and report them in **Exhibit 9a**. The Class Period dates from July 2014 had an average bid-ask spread of 0.42% and the Class Period dates from March 2019 had an average bid-ask spread of 0.15%. I noted, however, that neither of these figures was computed using a full month of data.

[72] I also examined the dates from July 2014 and March 2019 that were part of the Class Period, and report them in **Exhibit 9a**. The Class Period dates from July 2014 had an average bid-ask spread of 0.32% and the Class Period dates from March 2019 had an average bid-ask spread of 0.30%. I noted, however, that neither of these figures was computed using a full month of data.

99. By way of comparison, the MRK Study found that the MRK Sample firms had a median bid-ask spread of 4.55% while the MRK Covered firms had a median bid-ask spread of 1.69%.[73] CBL's Preferred Stock average bid-ask spread over the Class Period was lower than the median values of both the MRK Sample firms and the MRK Covered firms indicating that investors could trade CBL's Preferred Stock at very low relative cost. As a result, CBL's bid-ask spread supports the conclusion that the Preferred Stock traded in an efficient market during the Class Period.

### 5.2.6 Public Float

100. **Exhibit 10a-2** and **Exhibit 10a-3** report the shares outstanding, public float, and shares held by insiders for CBL Preferred Stock during the Class Period. As shown in the exhibit, I did not identify any evidence of insider holdings of CBL's Preferred Stock, meaning that public float is the same as the number of shares outstanding. This large degree of public float for CBL's Preferred Stock supports the conclusion that it traded in an efficient market during the Class Period.

### 5.2.7 Autocorrelation

101. I conducted a regression analysis similar to the one conducted for CBL's Common Stock for each CBL Preferred Stock to verify whether CBL's Preferred Stock suffered from autocorrelation. **Exhibit 11b** presents the results from the autocorrelation test for CBL's Series D Preferred Stock during the Class Period. The autocorrelation coefficient is not statistically significant over the full Class Period. Moreover, the quarterly autocorrelation coefficients alternate between positive and negative, indicating no consistent predictability in the Company's daily stock returns over time.

102. Similarly, **Exhibit 11c** presents the results from the autocorrelation test for CBL's Series E Preferred Stock during the Class Period. The autocorrelation coefficient is not statistically significant over the full Class Period. Moreover, the quarterly autocorrelation coefficients alternate between positive and negative, indicating no consistent predictability in CBL's Series E Preferred Stock returns over time.

---

[73] MRK Study at 678 (Table 3).

103. The lack of a consistent and persistent autocorrelation pattern over time would thus not present an arbitrage opportunity for investors. These findings support the conclusion that CBL's Preferred Stock traded in an efficient market during the Class Period.

## 6 THE RELEVANT FACTORS USED TO EVALUATE THE MARKET EFFICIENCY OF CBL COMMON STOCK APPLIES TO THE EXAMINATION OF WHETHER CBL SENIOR NOTES TRADED IN AN EFFICIENT MARKET

### 6.1 Background on Corporate Bonds

104. A corporate bond is a debt instrument that obligates the issuer to pay a specified percentage of the bond's par value on designated dates (the coupon payments) and to repay the bond's par or principal value at maturity. A corporate bond is assumed to have a par value of $1,000 unless otherwise specified.

105. A senior note is a type of corporate bond that takes precedence over equity (*i.e.*, common and preferred stock) and other debts in terms of payments and in the event that the company declares bankruptcy and is forced into liquidation.

106. Unlike common stock where most secondary market trading volumes happen on major national centralized stock exchanges, corporate debt is mostly traded in the over-the-counter (OTC) market, which is a geographically dispersed group of traders linked to one another via telecommunication systems. Some debt can be traded on exchanges such as the NYSE, mainly for small orders.[74]

107. Participants in the corporate bond secondary market are mostly institutions. While large institutional investors have access to the quotes from their bond dealers, small investors do not have access to real-time public price quotes. Brokers aid investors in the secondary market by collecting and transmitting orders, negotiating prices, and executing orders. Dealers offer price information to market participants and provide the opportunity for investors to trade immediately rather than waiting for sufficient orders on the other side of the trade.[75]

---

[74] Fabozzi, Frank J., and Steven V. Mann. The handbook of fixed income securities. McGraw-Hill Education, 2012, at 40.

[75] *Ibid*., at 42-51.

108. A corporate bond investment carries the uncertainty as to whether the issuer will make timely payments of interest and principal as prescribed by the bond's indenture. This risk is called credit default risk (or credit risk) and is measured by bond rating agencies. The three major nationally recognized statistical rating organizations (NRSROs) in the United States are Fitch Ratings, Moody's, and Standard & Poor's. These ratings often change over time and are used by market participants as a factor in the valuation of corporate bonds.[76]

## 6.2 Overview of CBL Senior Notes Included in the Class

### 6.2.1 5.25% Senior Note Due 2023

109. On November 22, 2013, CBL filed a Form 424B2 prospectus supplement (the "2013 424B2") with the SEC relating to the offering of the $450,000,000 notional, 5.25% coupon Senior Notes Due 2023.[77] The 2023 Notes had a maturity date of December 1, 2023 and were deemed callable as of September 1, 2023 with 30 days' notice by CBL. The 2023 Notes had $450,000,000 notional outstanding throughout the Class Period.

### 6.2.2 4.60% Senior Note due 2024

On October 2, 2014, CBL filed a Form 424B5 prospectus supplement (the "2014 424B5") with the SEC relating to the offering of the $300,000,000 notional, 4.60% coupon Senior Notes Due 2024.[78] The 2024 Notes had a maturity date of October 15, 2024 and were deemed callable as of July 15, 2024 with 30 days' notice by CBL. The 2024 Notes had $300,000,000 notional outstanding throughout the Class Period.

### 6.2.3 5.95% Senior Note due 2026

110. On December 8, 2016, CBL filed a Form 424B5 prospectus supplement (the "2016 424B5") with the SEC relating to the offering of $400,000,000 5.95% coupon Senior Notes Due 2026.[79] In addition, on August 29, 2017, CBL filed another Form 424B5 prospectus supplement (the "2017 424B5") with the SEC relating to a further offering of $225,000,000 of the 2026

---

[76] *Ibid*., at 327.

[77] https://www.sec.gov/Archives/edgar/data/0000910612/000104746913010785/a2217502z424b2.htm.

[78] https://www.sec.gov/Archives/edgar/data/0000910612/000104746914008087/a2221625z424b5.htm.

[79] https://www.sec.gov/Archives/edgar/data/0000910612/000104746916017091/a2230455z424b5.htm.

Notes.[80] The 2026 Notes had a maturity date of December 15, 2026 and were deemed callable as of September 15, 2026 with 30 days' notice by CBL. At the beginning of the Class Period, the 2026 Notes had $400,000,000 notional outstanding and by the end of the Class Period had $625,000,000 notional outstanding.

### 6.2.4 CBL Senior Notes Rating Changes

111. CBL's Senior Notes were initially rated at Baa3, BBB- and BBB- by Moody's, Fitch and S&P, respectively[81], the lowest investment grade tier offered by each company. On November 9, 2017, Fitch downgraded the 2023 Note to BB+, the highest non-investment grade tier offered by the company. A few months later, Moody's followed suit, downgrading the company to Ba1, while S&P, after placing the Notes on credit downgrading watchlists multiple times, finally downgraded the Notes to BB+. Ba1 and BB+ are the highest non-investment grade tiers offered by Moody's and S&P respectively. The final rating change of the Notes during the Class Period took place on February 22, 2019, when Moody's downgraded the bond to B1. Following the Class Period, the Notes experienced further downgrades until CBL eventually defaulted on the debt on November 1, 2020.

## 6.3 Efficiency of the Market for CBL Senior Notes

112. As I described above regarding CBL's Preferred Stock, I note that the information environment relating to the Company's Common Stock will also relate to the Company's other securities. In other words, the market efficiency of CBL's Common Stock, as established above, will enhance the market efficiency of CBL's Senior Notes. As a result, the efficiency factors I evaluate below for CBL's Senior Notes should not be viewed in isolation but rather are additive to the Common Stock's market efficiency. For example, a company with a relatively large common stock market capitalization will elicit investor attention that will enhance the market efficiency of even a small market value outstanding of debt.

---

[80] https://www.sec.gov/Archives/edgar/data/0000910612/000104746917005461/a2233141z424b5.htm.

[81] I used Bloomberg as a source for the credit rating information of CBL's Senior Notes. For a rating comparison chart, see, for example, https://www.fidelity.com/learning-center/investment-products/fixed-income-bonds/bond-ratings.

### 6.3.1   Average Weekly Trading Volume

113. I used FINRA's TRACE data to analyze weekly trading volume for the Notes included in the Class.[82] FINRA's TRACE aggregates reported trades by brokers and customers of bonds in U.S. markets. Included in the data is the date and time of transactions, transaction prices, volume of Notes traded in terms of notional value, and whether a reporting party placed a buy or sell order. I analyzed trades which were marked as a sell order from a dealer to a customer in order to focus on trades in which the underlying information was made available to the public.

114. I calculated average weekly trading volume for each Note by aggregating the volume of notional values traded during the Class Period and dividing that value by the number of possible trading weeks of the Note during the Class Period. Average weekly turnover was then calculated as the ratio of the average weekly trading volume to the number of Notes outstanding. **Exhibit 2d** details the results of my analysis for CBL's 5.25% Senior Note, showing that the Note had an average weekly trading volume of $11.0 million, with an average weekly turnover of 2.45% of Notes outstanding during the Class Period. Similarly, **Exhibit 2e** shows that CBL's 4.60% Senior Note had an average weekly trading volume of $6.6 million, and had an average weekly turnover of 2.20% of Notes outstanding during the Class Period. Finally, **Exhibit 2f** shows that CBL's 5.95% Senior note had an average weekly trading volume of $24.6 million, with an average weekly turnover of 4.45% of Notes outstanding during the Class Period.

115. Even when considering the generally lower frequency of trading volumes for corporate bonds relative to common stock, the average weekly turnover for all three of CBL's Senior Notes exceeded the 1% and 2% common stock thresholds established by the *Cammer* Court.[83] As a result, CBL's level of trading volume throughout the Class Period provides strong support for the conclusion that CBL's Senior Notes traded in an efficient market during the Class Period.

---

[82] See **Appendix C** for more details.

[83] I also noted that CBL's Senior Notes were traded by large, sophisticated institutional investors, in contrast to the frequent retail trading activity that would be included within the *Cammer* Court's volume thresholds. As a result, even lower levels of trading volume for the Senior Notes would not be inconsistent with market efficiency.

### 6.3.2    Analyst Coverage

116. As discussed in **Section 4.2**, I have found that CBL was covered by 1,959 analyst reports which were issued by 26 different firms over the Class Period. While many of these reports focus on CBL's Common Stock, they also contain information that directly relates to the valuation of CBL's debt securities, such as varying outlooks on CBL's credit rating. Credit ratings are a reflection of a company's overall financial health and its ability to pay promised coupon series to relevant investors, information which is often included in equity analyst reports. It thus follows that analyst reports focused on common stock still provide relevant information for debt investors.[84]

117. Bond prices are not as responsive to a company's earnings announcements as equity products tend to be. For example, positive earnings reports tend to increase a company's equity value while increases in the debt value remain somewhat bounded by the coupon rate on the debt issued. However, negative news and equity reports can increase the default risk of debt, which can adversely affect a bond's price.

118. Furthermore, as discussed in **Section 6.2**, Fitch, Moody's, and S&P all provided continuous coverage of CBL's Senior Notes during the Class Period, quickly disseminating relevant credit information regarding the Company to investors.

119. The number of analyst reports issued covering CBL, as well as the continuous coverage of CBL's debt instruments by major credit rating agencies, support my conclusion that the CBL Senior Notes traded in an efficient market during the Class Period.

### 6.3.3    Market Makers and Arbitrageurs

120. As discussed in **Section 4.3**, activity from a large group of dealers or market makers in a market supports the conclusion that securities trade efficiently in that market. The presence of such

---

[84] Moreover, firms with low investor recognition face difficulty raising capital and investing in positive-NPV projects. When firms remain without analyst coverage for several years, finance and investment projects are likely to become exceedingly expensive, forcing firms to forgo value-enhancing opportunities and ultimately jeopardizing their growth and survival prospects" (MRK Study at p. 670 [citations omitted]). This and other academic research demonstrate that analyst coverage improves information production for all of a firm's securities, not merely the common stock that is frequently the focus of analyst research reports. *See also In re Dynex Capital, Inc. Sec. Litig.*, U.S. Dist. LEXIS 22484, at \*13-14 (S.D.N.Y. 2011).

market makers can be considered an important criterion for establishing market efficiency within OTC markets. **Exhibit 10d-1** shows that according to the provided FINRA data, there were 299 independent reporting market makers actively trading CBL's 5.25% Note during the Class Period. Similarly, **Exhibit 10d-2** shows that there were 260 independent reporting market makers actively trading CBL's 4.60% Note during the Class Period. Finally, **Exhibit 10d-3** shows that there were 299 independent reporting market makers actively trading CBL's 5.95% Note during the Class Period. This also compares favorably to what the *Cammer* court articulated would be a sufficient number of market makers to justify market efficiency, and is the most important criterion for OTC securities:

> For over the counter markets without volume reporting, the number of market makers is probably the best single criterion. Ten market makers for a security would justify a substantial presumption that the market for the security is an efficient one; five market makers would justify a more modest presumption.[85]

121. This large number of market makers and dealers were competing with each other for the market of CBL Senior Notes during the Class Period. These advanced institutions often risk their own capital and utilize sophisticated research teams to support transparency and thus, market efficiency for the CBL Senior Notes.

122. Further, **Exhibit 10b-4** shows that there were 151 individual institutions that held CBL's 5.25% Note during the Class Period. Similarly, **Exhibit 10b-5** shows that 101 individual institutions held CBL's 4.60% Note during the Class Period. Finally, **Exhibit 10b-6** shows that 107 individual institutions held CBL's 5.95% Note during the Class Period.[86]

123. The large number of market makers that actively traded the CBL Senior Notes, as well as the large number of institutional holders of CBL's Senior Notes during the Class Period, further support the conclusion that CBL's Senior Notes traded in an efficient market throughout the Class Period.

---

[85] *Cammer*, 711 F. Supp. at 1293.

[86] This data was obtained from Bloomberg. Bloomberg may underestimate the total institutional holdings for assets, especially fixed income securities, as public disclosure of ownership is not generally required.

### 6.3.4 SEC Form S-3 Eligibility

124. In **Section 4.4** above, I demonstrated that CBL was eligible to file an SEC Form S-3 and filed multiple S-3ASRs (Automatic Shelf Registration) during the Class Period; the first form was filed on July 2, 2015, and the second was filed on July 2, 2018.[87] These S-3ASRs were used to register multiple types of securities and were referenced in all of CBL's Senior Note prospectus supplement SEC Form 424s. As noted in the 2013 424B2, 2014 424B5, 2016 424B5 and 2017 424B5: *"We have filed with the SEC a registration statement on Form S-3, as amended, of which this prospectus supplement is a part, under the Securities Act of 1933, as amended ('Securities Act') with respect to the securities offered by this prospectus supplement."*

125. CBL's S-3 filing eligibility during the Class Period supports the efficiency of the market for CBL's Senior Notes during the Class Period.

### 6.3.5 Cause and Effect Analysis Examining Days with Disclosures about CBL's Credit Rating Changes

126. To assess the extent of a cause-and-effect relationship between Company disclosures and resulting movements in CBL Senior Notes' prices, I analyzed CBL's credit rating changes. As discussed in **Section 6.1**, the credit rating of a bond is considered by market participants as an important factor in the valuation of corporate bonds. Moreover, credit rating changes are often triggered by the revelation of important value-relevant Company information. As a result, for each credit rating change for CBL, I also reviewed and considered any of CBL's earnings releases within one week prior to the ratings change.[88] During the Class Period, I considered the following six dates containing credit rating changes for CBL:

- On November 9, 2017, Fitch downgraded CBL from BBB- to BB+[89]
  - o November 3, 2017, Q3 2017 Earnings Release

---

[87]  *See* https://sec.report/Document/0000910612-18-000056/ and https://sec.report/Document/0001047469-15-005947/.

[88] These earnings announcements are listed in **Exhibits 6a-6c**.

[89] Source: Dow Jones Institutional News, Fitch Downgrades CBL to 'BB+'; Outlook Negative (Dow Jones Institutional News - Factiva) 02:24 PM.

- On February 15, 2018, Moody's downgraded CBL from Baa3 to Ba1[90]

    o February 9, 2018, Q4 2017 Earnings Release

- On August 3, 2018, S&P downgraded CBL from BBB- to BB+[91]

    o August 2, 2018, Q2 2018 Earnings Release

- On December 20, 2018, Fitch downgraded CBL from BB+ to BB-[92]

- On February 11, 2019, S&P downgraded CBL from BB+ to BB[93]

    o February 8, 2019, Q4 2018 Earnings Release

- On February 22, 2019, Moody's downgraded CBL from Ba1 to B1[94]

127. In order to study the price movements of CBL Senior Notes on different trading days, I performed an event study similar to what I have applied to CBL Common Stock, but with two additional explanatory variables in the regression model. These additional variables account for the different pricing dynamics for a bond when compared to a stock: i) return of Treasury Note with maturity closest to the maturity date of corresponding CBL Senior Notes[95] and ii) return of a bond index[96] of similar credit rating to CBL's Senior Notes, net of i).

128. Because the FINRA TRACE data only covers transactions in the Class Period, I used the first 120 days with daily returns for each CBL Senior Note as the Control Period to estimate a market model which I then used to compute abnormal returns for the days during this period (*i.e.*, I use an in-sample Control Period)[97]. For each CBL Senior Note, from the 121st day with daily return data until

---

[90] Source: Moody's Investor Service, https://www.moodys.com/research/Moodys-downgrades-CBL-to-Ba1-outlook-remains-negative--PR_379465.

[91] Source: Dow Jones Institutional News, S&PGR Revises CBL & Associates Outook To Negative (Dow Jones Institutional News - Factiva) 04:56 PM.

[92] Source: Dow Jones Institutional News, Fitch Downgrades CBL to 'BB-'; Outlook Negative (Dow Jones Institutional News - Factiva) 02:51 PM.

[93] Dow Jones Institutional News, S&PGR Downgrade CBL & Assoc Properties To 'BB-': Otlk Negative (Dow Jones Institutional News - Factiva) 04:58 PM.

[94] Source: Moody's Investor Service, https://www.moodys.com/research/Moodys-downgrades-CBLs-senior-unsecured-debt-to-B1-stable-outlook--PR_394855.

[95] For CBL's 5.25% Note, I used Treasury Note with CUSIP 912828WE6. For CBL 4.60% Note, I used Treasury Note with CUSIP 912828D56. For CBL 5.95% Note, I used Treasury Note with CUSIP 912828U24.

[96] Before November 9, 2017 I used returns of ICE BofA BBB US Corporate Index Total Return Index. From November 9, 2017 to February 22, 2019, I used returns of ICE BofA BB US High Yield Index Total Return Index Value. After February 22, 2019, I used returns of ICE BofA Single-B US High Yield Index Total Return Index.

[97] Unlike common stock, CBL Senior Notes did not trade on every trading date. To calculate daily returns, I only considered dates with CBL Senior Notes prices, after removing NYSE and SIFMA holidays.

---

41

the end of the Class Period, I used a rolling period of 120 days with daily returns before each date to estimate a separate set of parameters or coefficients (namely $\alpha$, $\beta_1$, $\beta_2$, $\beta_3$ and $\beta_4$) which I then used to calculate the abnormal return and the standard error for that date.

129. I estimated the statistical significance of the abnormal return by comparing it to the usual volatility in the CBL Senior Notes' return. **Exhibit 5d** plots the standard deviation of the regression errors, also known as Root Mean Squared Error, for CBL's 5.25% Note over the Class Period. Similarly, **Exhibit 5e** plots the Root Mean Squared Error for CBL's 4.60% Note during the Class Period. Finally, **Exhibit 5f** plots the Root Mean Squared Error for CBL's 5.95% Note during the Class Period.

130. **Exhibit 6d** reports the event study results for the credit rating change and related earnings release dates for CBL's 5.25% Note during the Class Period. This exhibit lists the dates, closing CBL Senior Note price, log return, abnormal return from my event study, abnormal dollar change in price from my event study, the t-statistic, statistical significance of the movement, and a description of the credit rating change or earnings announcement.[98] According to my regression, 4 out of 10 credit rating changes and related earnings releases caused price movements in CBL 5.95% Notes that are considered statistically significant at the 95% level.

131. Similarly, **Exhibit 6e** reports the Event study results for CBL's 4.60% Notes during the Class Period. According to my regression, 5 out of the 10 credit rating changes and related earnings releases caused a price movement in this Note that is considered statistically significant at the 95% level.

---

[98] Focusing only on single-day returns represents a conservative approach to analyzing bonds. Using multi-day returns is common in securities litigation (including common stocks). For example, the court in *Monroe Cty. Employees' Ret. Sys. v. Southern Co.*, 332 F.R.D. 370, 391 (N.D. Ga. 2019) stated that "[…] there are many cases that find that multi-day event windows are appropriate for event study analysis in securities fraud class actions." *See, e.g.*, *In re Xcelera.com Sec. Litig.*, 430 F.3d 503, 513 n.11 (1st Cir. 2005) (rejecting argument that a two-day event window is inconsistent with an efficient market); *In re DVI, Inc. Sec. Litig.*, 639 F.3d 623, 635 (3rd Cir. 2011) ("That some information took two days to affect the price does not undermine a finding of efficiency."), abrogated on other grounds by *Amgen Inc. v. Connecticut Retirement Plains and Trust Funds*, 133 S. Ct. (2013); *In re Vivendi Universal, S.A., Sec. Litig.*, 634 F. Supp. 2d 352, 372 (S.D.N.Y. 2009) (using a three-day window for analysis); *Fogarazzo v. Lehman Bros.*, 263 F.R.D. 90, 104 (S.D.N.Y. 2009) (accepting event study with three-day event window and rejecting argument that this rule only applied "where the timing of discrete events was [not] ascertainable"); *Aranaz*, 302 F.R.D. at 669 (citing significant two-day stock decline as "strong empirical evidence of market efficiency")."

132. Finally, **Exhibit 6f** reports the Event study results for CBL's 5.95% Notes during the Class Period. According to my regression, 5 out of the 10 credit rating changes and related earnings releases caused a price movement in this Note that is considered statistically significant at the 95% level.

133. **Exhibit 7d**, **Exhibit 7e**, and **Exhibit 7f** summarize the comparison of CBL 5.25%, 4.60%, and 5.95% Notes' returns and trading volume following the credit rating change and related earnings release dates versus these metrics as measured on the Least News Trading Days, respectively. As shown in the exhibit, 40% of the 10 news announcements caused single-day price movements that were statistically significant at the 95% level for CBL's 5.25% Note, whereas 50% of the 10 news announcements caused a single-day price movement that was statistically significant at the 95% level for CBL's 4.60% and 5.95% Notes. This compares to 6.81%, 4.17%, and 6.20% of the Least News Trading Days with statistically significant price movements for CBL's 5.25% Note, 4.60% Note, and 5.95% Note, respectively. The difference between the percentage of significant movements on credit rating change and related earnings release dates vs Least News Days is statistically significant at 99% level for each of CBL's Senior Notes. This provides strong evidence of a cause-and-effect relationship between information and CBL Senior Notes' price movements, which supports the conclusion that CBL's Senior Notes traded in an efficient market throughout the Class Period.

### 6.3.6    Market Capitalization

134. **Exhibit 8d** shows that CBL's 5.25% Note had a market capitalization ranging from $344.48 million to $498.82 million and averaged $430.69 million during the Class Period. Similarly, **Exhibit 8e** shows that CBL's 4.60% Note had a market capitalization ranging from $219.58 million to $313.23 million and averaged $269.18 million during the Class Period. Finally, **Exhibit 8f** shows that CBL's 5.95% Note had a market capitalization ranging from $378.45 million to $639.57 million and averaged $494.37 million during the Class Period.

135. By way of comparison, all three Notes' market capitalizations exceeded that of bonds that have been deemed to have traded in an efficient market by the courts.[99] Moreover, as noted above,

---

[99] *"DVI issued two tranches of 9 7/8% senior notes: the first, issued in 1997, totaled $100 million; the second, issued in 1998, totaled $55 million."* In re DVI, Inc. Securities Litigation, 639 F. 3d at 627. *"On April 14, 1999, the Company completed the private placement of $200.0 million, 11.0% senior subordinated note[…]."* Just for Feet, SEC Form

the information generated by investor interest in CBL's Common Stock market capitalization will also enhance the informational efficiency of the Company's Senior Notes. As a result, this factor is consistent with the conclusion that CBL's Senior Notes traded in an efficient market.

### 6.3.7 Bid-Ask Spread

136. Unlike the market for common stock, there are no publicly disseminated bid-ask spreads in the corporate bond market. As described in **Appendix C**, to estimate bid-ask spreads for CBL's Senior Notes, I analyze the price differences between customer purchases and sales within a narrow timeframe of 15 minutes.[100]

137. **Exhibit 9b** shows the average and median bid-ask spreads for each of CBL's Senior Notes for dealer-to-dealer and dealer-to-customer transactions during the Class Period. CBL's 5.25% Note had an average bid-ask spread of 1.21% and a median bid-ask spread of 1.07% for dealer-to-customer transactions, and an average bid-ask spread of 0.34% and a median bid-ask spread of 0.19% for dealer-to-dealer transactions during the Class Period. CBL's 4.60% Note had an average bid-ask spread of 1.48% and a median bid-ask spread of 1.34% for dealer-to-customer transactions, and an average bid-ask spread of 0.31% and a median bid-ask spread of 0.16% for dealer-to-dealer transactions during the Class Period. Finally, CBL's 5.95% Note had an average bid-ask spread of 1.30% and a median bid-ask spread of 1.16% for dealer-to-customer transactions, and an average bid-ask spread of 0.21% and a median bid-ask spread of 0.13% for dealer-to-dealer transactions during the Class Period.

138. As previously stated in **Section 4.7**, the MRK Study found that the MRK Sample firms had a median bid-ask spread of 4.55% while the MRK Covered firms had a median bid-ask spread of 1.69%. Each of CBL's Senior Notes had an average bid-ask spread over the Class Period that was lower than the median values of both the MRK Sample firms and the MRK Covered firms, indicating that bid-ask spreads of CBL Senior Notes were fairly narrow. The narrow bid-ask spreads of CBL's Senior Notes supports the conclusion that CBL's Senior Notes traded in an efficient market during the

---

10-K for the period ended January 30, 1999, p. 39. Relevant case: *AAL High Yield Bond Fund v. Ruttenberg, 229 F.R.D. 676 (N.D. Ala. 2005).*

[100] Similar techniques are used by researchers in finance. *See*, for example, Feldhütter, Peter, and Thomas K. Poulsen. "What determines bid-ask spreads in over-the-counter markets?." *Working Paper*. *See also,* Federal Reserve Staff Report: https://www.federalreserve.gov/foia/files/bond-market-liquidity-report-2014q1.pdf

Class Period.

139. The average and median dealer-to-customer bid-ask spreads of CBL's Senior Notes also compare favorably to the bid-ask spread measures calculated in other cases in which the court found the bonds to trade in an efficient market.[101]

140. The reasonably narrow bid-ask spreads support my conclusion that CBL's Senior Notes traded in an efficient market throughout the Class Period.

### 6.3.8  Public Float

141. As discussed in **Section 4.8**, float refers to the number of outstanding securities that are not held by insiders of the corporation. Under §16(a) of the Exchange Act, insiders are required to report their holdings of all equity securities of the corporation. However, there are no such reporting requirements for insiders with respect to publicly traded, non-convertible debt issued by the corporation (other than Section 10(b) and Rule 10b-5).

142. Having reviewed public reports, such as CBL's proxy statements, and institutional reporting data (e.g., Bloomberg), I did not find evidence that insiders held any positions in CBL's Senior Notes during the Class Period. In contrast, there are several fillings which discuss cash and stock incentive plans in place for insiders.[102]

143. Therefore, the public float for CBL's Senior Notes appears to be the same as the notional outstanding amount. This large amount of notional outstanding values for CBL's Senior Notes, $450,000,000 for the 5.25% Note, $300,000,000 for the 4.60% Note and $400,000,000 for the 5.95% Note ($625,000,000 after the additional issuance) supports the conclusion that CBL's Senior Notes traded in an efficient market during the Class Period.

---

[101] *See*, for example, *In Re: CenturyLink Sales Practice and Securities Litigation*, MDL No. 17-2795 (MJD/KMM). For CenturyLink's 7.6% Note "the average bid-ask spreads as a percentage of the spread mid-point was 2.48% (based on customer transactions). The median bid-ask spread as a percentage of the spread mid-point range was 2.55%"

[102] SEC Form 8-K filed February 13 2017, Exhibit 10.5.2 Cash incentive plan https://www.sec.gov/Archives/edgar/data/910612/000091061217000005/exhibit105122017aip.htm, and SEC Form 8-K filed March 27, 2015, Exhibit 10.5.9 Stock incentive plan https://www.sec.gov/Archives/edgar/data/0000915140/000091061215000027/0000910612-15-000027-index.html.

## 7 ABILITY TO CALCULATE DAMAGES ON A CLASS-WIDE BASIS

144. I have been asked by Counsel to evaluate whether per-share damages can be assessed for all Class members under §10(b) of the Exchange Act based upon a methodology common to all class members and consistent with Lead Plaintiff's theory of liability. The "out- of-pocket" method of calculating damages represents a standard and well-accepted methodology under Section 10(b) of the Exchange Act. This approach calculates damages formulaically as the artificial inflation in the prices of CBL securities at the time of purchase minus the artificial inflation in the prices of CBL securities at the time of sale. If securities are not sold prior to the full revelation of the fraud, then the difference is relative to a 90-day lookback period under the Securities Litigation Reform Act of 1995 ("PSLRA").[103] This limit on damages can also be applied class-wide. I understand that this out-of-pocket methodology has been widely accepted for use across 10(b) matters.

145. The claims process produces information necessary for the calculation of damages for each Class member, including the purchase and sale information for the security. This information is available from brokerage statements and other documentation of securities transactions. Artificial inflation is quantified for each day of the Class Period and then damages are calculated using the formula described above. As a result, the methodology for calculating damages in Section 10(b) matters such as this is well-established and formulaic across all Class members.

146. The quantification of artificial inflation is based upon a detailed loss causation analysis. I have not been asked to perform a loss causation analysis at this time, and I understand that such analysis often incorporates information produced during discovery. Nonetheless, the method employed to calculate artificial inflation can be applied class-wide.

147. Event studies are widely employed to calculate artificial inflation. Event studies measure security price reactions to corrective disclosures which revealed the relevant truth that was concealed by alleged material omissions of fact and/or misrepresentations.[104] To the extent that

---

[103] The PSLRA states: "in any private action arising under this chapter in which the plaintiff seeks to establish damages by reference to the market price of a security, the award of damages to the plaintiff shall not exceed the difference between the purchase or sale price paid or received, as appropriate, by the plaintiff for the subject security and the mean trading price of that security during the 90-day period beginning on the date on which the information correcting the misstatement or omission that is the basis for the action is disseminated to the market." *See* 15 U.S.C. §78u-4(e)(1).

[104] In this report I conducted an event study to assist with the evaluation of market efficiency. My event study in this report was not intended to quantify artificial inflation.

reliable evidence is introduced to show that a material portion of the difference in the artificial inflation between the purchase and sale of the securities may be attributed to non-fraud related factors, the impact of such "confounding information" on the price of CBL's securities can be determined on a common, class-wide basis using various accepted methodologies. The value of any confounding information can then be subtracted from the price impact of corrective disclosures in calculating inflation. This process may rely upon additional information learned during the discovery process, and will be based on the specific set of facts and circumstances in a given case.

148. A loss causation analysis must also document how artificial inflation evolved throughout the Class Period. This determination depends on the specific set of facts and circumstances for a given case and also could incorporate information produced through discovery. One frequent method for modeling the evolution of inflation is to assume "constant dollar inflation." This assumes that inflation equaled a constant dollar amount above the correct security price over the Class Period. Alternatively, one can measure "constant percentage inflation," which assumes that each price was inflated by a constant percentage amount above the correct security price over the Class Period. In other instances, artificial inflation may have varied on a daily basis and could evolve throughout the Class Period based on the timing of specific information or statements. In any of these approaches, the calculation of artificial inflation is based on the specific set of facts and circumstances in a given case and can involve valuation techniques, event studies, published academic research studies, analyst research, or other case-specific documents. All of these loss causation calculations can be performed on a class-wide basis and are not dependent upon individual class member identities or circumstances.

149. The same methodologies described above can also be employed to calculate artificial inflation for CBL's Preferred Stock and Senior Notes. The out-of-pocket methodology described above would also be applied to calculate §10(b) of the Exchange Act damages for CBL's Preferred Stock and Senior Notes. As with the Common Stock, this methodology can be applied on a class-wide basis for CBL's Preferred Stock and Senior Notes.

150. To summarize, I have not been asked to calculate damages in this matter. Such loss causation analysis would depend on information produced in discovery and development of the case record. Based on my experience and qualifications and my understanding of the nature of

claims in this matter, I conclude that damages in this case can, however, be calculated using a standard and well-established methodology, and can be applied on a class-wide basis.

## 8   CONCLUSION

151. In conclusion, based on the market efficiency factors considered by courts and in academia, upon which I conducted my analyses, it is my opinion that (a) CBL's Common Stock, (b) CBL's 7.375% Series D Cumulative Redeemable Preferred Stock, (c) CBL's 6.625% Series E Cumulative Redeemable Preferred Stock, (d) CBL's 5.25% Senior Note Due 2023, (e) CBL's 4.60% Senior Note Due 2024, and (f) CBL's 5.95% Senior Note Due 2026 traded in an efficient market throughout the Class Period. Moreover, it is my opinion that damages in this matter can be calculated on a class-wide basis utilizing a common methodology.

I declare under penalty of perjury that the foregoing is true and correct.

Matthew D. Cain, Ph.D.

_____

## Matthew D. Cain, Ph.D. August 2022

E-mail: mdcain@outlook.com Homepage
Mobile: 574-485-8065 SSRN

### Education

Ph.D., Finance, August 2007 Purdue University, West Lafayette, IN
B.S., Finance, May 2001 Grove City College, Grove City, PA

### Professional and Academic Experience

*Senior Fellow*, Berkeley Center for Law and Business, 2019-Present

*Visiting Scholar*, Vanderbilt Law School, 2021-2022

*Senior Visiting Scholar*, Berkeley Law School, University of California, 2019-2021

*Visiting Research Fellow*, Harvard Law School Program on Corporate Governance, 2018-2019

*Advisor to Commissioner Robert J. Jackson, Jr.*, U.S. Securities and Exchange Commission, 2018

*Economic Fellow / Financial Economist*, Office of Litigation Economics, Division of Economic and Risk Analysis, U.S. Securities and Exchange Commission, 2014-2018

*Assistant Professor of Finance*, Mendoza College of Business, University of Notre Dame, Notre Dame, IN, 2008-2014

*Visiting Faculty*, Krannert School of Management, Purdue University, West Lafayette, IN, 2007-2008

*Analyst*, Debt Capital Markets, National City Bank, Cleveland, OH, 2001-2003

### Publications

Retail Shareholder Participation in the Proxy Process: Monitoring, Engagement and Voting (with Alon Brav and Jonathon Zytnick), *Journal of Financial Economics*, forthcoming.

Does *Revlon* Matter? An Empirical and Theoretical Study (with Sean J. Griffith, Robert J. Jackson, Jr., and Steven Davidoff Solomon), *California Law Review* 108, 1683-1731 (2020).

Intermediation in Private Equity: The Role of Placement Agents (with Stephen B. McKeon and Steven Davidoff Solomon), *Journal of Financial and Quantitative Analysis* 55, 1095-1116 (2020).

Mootness Fees (with Jill E. Fisch, Steven Davidoff Solomon, and Randall S. Thomas), *Vanderbilt Law Review* 72, 1777-1816 (2019).

The Myth of Morrison: Securities Fraud Litigation Against Foreign Issuers (with Robert Bartlett, Jill E. Fisch, and Steven Davidoff Solomon), *The Business Lawyer* 74, 967-1013 (2019).

The Shifting Tides of Merger Litigation (with Jill E. Fisch, Steven Davidoff Solomon, and Randall S. Thomas), *Vanderbilt Law Review* 71, 603-640 (2018).

Do Takeover Laws Matter? Evidence from Five Decades of Hostile Takeovers (with Stephen B. McKeon and Steven Davidoff Solomon), *Journal of Financial Economics* 124, 464-485 (2017).

CEO Personal Risk-Taking and Corporate Policies (with Stephen B. McKeon), *Journal of Financial and Quantitative Analysis* 51, 139-164 (2016).

How Corporate Governance Is Made: The Case of the Golden Leash (with Jill E. Fisch, Sean J. Griffith, and Steven Davidoff Solomon), *University of Pennsylvania Law Review* 164, 649-702 (2016).

A Great Game: The Dynamics of State Competition and Litigation (with Steven Davidoff Solomon), *Iowa Law Review* 100, 465-500 (2015).

Broken Promises: Private Equity Bidding Behavior and the Value of Reputation (with Antonio J. Macias and Steven Davidoff Solomon), *Journal of Corporation Law* 40, 565-598 (2015).

Information Production by Investment Banks: Evidence from Fairness Opinions (with David J. Denis), *Journal of Law and Economics* 56, 245-280 (2013).

Delaware's Competitive Reach (with Steven Davidoff Solomon), *Journal of Empirical Legal Studies* 9, 92-128 (2012).

Form Over Substance? Management Buy-outs and the Value of Corporate Process (with Steven Davidoff Solomon), *Delaware Journal of Corporate Law* 36, 1-54 (2011).

Earnouts: A Study of Financial Contracting in Acquisition Agreements (with David J. Denis and Diane K. Denis), *Journal of Accounting and Economics* 51, 151-170 (2011).

## **Presentations**

Purdue University, 2021
Arizona State University College of Law, 2020
U.C. Berkeley School of Law, 2019; 2018
Vanderbilt University Law School, 2019
Berkeley Center for Law and Business, 2018
Cornerstone Research, 2018
Cornell University, 2016; 2015
Oxera, London, 2016
Institute for Law and Economics, University of Pennsylvania, 2015
U.C. Berkeley M&A Roundtable, New York, 2015
American Bar Association, Business Law, Private Equity M&A Subcommittee meeting, 2015
Virginia Commonwealth University, 2015
American Finance Association, annual meeting, 2015
Argentum Centre for Private Equity Symposium, Bergen, Norway, 2014
U.S. Securities and Exchange Commission, 2014
American Law and Economics Association, University of Chicago, 2014

The Brattle Group, 2013
U.S. Securities and Exchange Commission, 2013
Institute for Law and Economics, University of Pennsylvania, 2013
All Indiana Conference, 2013; 2010; 2009
American Law and Economics Association, Stanford Law School, 2012
George Washington University Law School, 2012
American Finance Association, annual meeting, 2012
Ohio State, 2011
Ohio University, 2011
Conference on Empirical Legal Studies, Yale Law School, 2010
Argentum Conference and Symposium on "Private Equity: The Road Ahead," Stockholm, Sweden, 2010
Purdue Alumni Conference, 2010
American Finance Association, annual meeting, 2008
Indiana University, 2008
Penn State, 2008
University of Arizona, 2008
University of Colorado, 2008
University of Florida, 2008
University of North Carolina at Chapel Hill, 2008
University of Notre Dame, 2008
University of Oregon, 2008
University of Pittsburgh, 2008
Virginia Tech, 2008
Financial Management Association, annual meeting, 2007
University of Georgia, 2007
University of Kentucky, 2007
Western Finance Association, annual meeting, 2006

**Journal Referee**:  *Review of Financial Studies*, *Journal of Financial and Quantitative Analysis*, *Journal of Corporate Finance*, *Journal of Banking and Finance*, *European Financial Management, Journal of Empirical Legal Studies, Financial Management, North American Journal of Economics and Finance, International Review of Law & Economics, Managerial and Decision Economics*, *Annals of Finance, Journal of Economics and Business*

**Teaching Experience**

UC Berkeley School of Law
>    LAW 246.31:  Economic Expert Witnesses: Depositions and Testimony, Spring 2022
>    LAW 251.52:  Economics of Corporate and Securities Litigation, Fall: 2020-2021

University of Notre Dame, Mendoza College of Business
>    FIN 70400:  Corporate Restructuring, Mergers & Acquisitions (MBA Elective), Fall: 2008-2013
>    FIN 40410:  Mergers and Acquisitions, Fall: 2008-2013

Purdue University, Krannert School of Management
>    MGMT 412: Financial Markets and Institutions, Spring: 2006 & 2008
>    MGMT 610: Financial Management I (MBA Core), Fall: 2007

51

**Expert Witness Experience**

- *Delaware County Employees Retirement System, et al. v. AdaptHealth Corp. f/k/a DFB Healthcare Acquisitions Corp., et al.*, Case No. 2:21-cv-03382-HB (E.D. Pa.). Report July 2022.

- *In re: QuantumScape Securities Class Action Litigation*, Case No. 3:21-cv-00058-WHO (N.D. Ca.). Report July 2022.

- *Bond v. Clover Health Investments, Corp., et al.*, Case No. 3:21-cv-00096 (M.D. Tenn.). Report July 2022.

- *In re: 2U, Inc. Securities Class Action*, Case Nos. 19-3455 and TDC-20-10006 (D. Md.). Report December 2021.

- *Zachary E. Gerut, v. Biospecifics Technologies Corp. and Endo International PLC*, Case No. 01-21-0002-2009 (Amer. Arb. Assoc.). Report December 2021. Arbitration March 2022.

- *In re: Under Armour Securities Litigation*, Case No. RDB-17-388 (D. Md.). Report November 2021. Deposition December 2021.

- *Bar Mandalevy, et al. v. BofI Holding, Inc., et al.*, Case No. 17-cv-00667-GPC-KSC (S.D. Ca). Report November 2021.

- *Securities and Exchange Commission v. Anatoly Hurgin, et al.*, Case No. 1:19-cv-05705 (S.D. Ny). Report November 2021. Deposition December 2021.

- *In re: Oracle Corporation Derivative Litigation*, Case No. 2017-0337-SG (Del. Chancery). Rebuttal Report October 2021. Deposition November 2021. Trial July-August 2022.

- *John Alberici, et al. v. Recro Pharma, Inc., et al.*, Case No. 2:18-cv-02279-MMB (E.D. Pa.). Report September 2021. Deposition October 2021. Report January 2022.

- *Securities and Exchange Commission v. Christopher Clark and William Wright*, Case No. 1:20-cv-01529 (E.D. Va.). Report August 2021. Trial December 2021.

- *Honey Baked Ham Inc. v. Honey Baked Ham Company, LLC and HBH Licensing, LLC*, Case No. 8:19-cv-01528-JVS (DFMx) (C.D. Ca.). Rebuttal Report August 2021.

- *In re: Purdue Pharma L.P., et al., Debtors* (Chapter 11), Case No. 19-23649 (RDD) (U.S. Bankruptcy Court, S.D. Ny). Rebuttal Report July 2021. Confirmation Hearing August 2021.

- *Abu Dhabi Investment Authority v. Mylan N.V. and Mylan Inc.*, Case No. 1:20-cv-01342 (S.D. Ny). Report May 2021. Deposition August 2021.

- *International Brotherhood of Electrical Workers Local 98 Pension Fund, et al. v. Deloitte & Touche, LLP and Deloitte LLP*, Case No. 3:19-cv-3304 (D. Sc.). Report April 2021. Deposition September 2021.

- *Securities and Exchange Commission v. James Wallace Nall, III, et al.*, Case No. 2:19-cv-702-TFM-C (S.D. Al.). Report April 2021. Rebuttal Report June 2021. Deposition June 2021.

- *Mark Stoyas, et al., v. Toshiba Corporation*, Case No. 2:15-cv-04194-DDP(JCx) (C.D. Ca.). Report February 2021. Deposition May 2021. Rebuttal Report August 2021.

- *Plymouth County Retirement System, et al. v. Patterson Companies, Inc., et al.*, Case No. 0:18-cv-00871-MJD-HB (D. Mn.). Report January 2021. Deposition March 2021.

- *In re Novo Nordisk Securities Litigation*, Case No. 3:17-cv-00209-BRM-LHG (D. Nj.). Rebuttal Report December 2020. Deposition February 2021.

- *In re Facebook, Inc. Securities Litigation*, Case No. 5:18-cv-01725-EJD (N.D. Ca). Declaration October 2020.

- *In re Qualcomm/Broadcom Merger Securities Litigation*, Case No. 3:18-cv-01208-CAB-AHG (S.D. Ca.). Declaration May 2020.

- *In re Banc of California Securities Litigation*, Case No. 8:17-cv-00118-AG-DFM (C.D. Ca.). Report April 2019.

- *Tharp v. Acacia Communications, Inc.*, Case No. 17-cv-11504 (D. Mass.). Declaration November 2018.

- *Securities and Exchange Commission v. Avent*, Case No. 1:16-cv-02459-WMR (N.D. Ga.). Report March 2017. Deposition May 2017. Jury Trial August 2019.

- *In the Matter of Lawrence I. Balter d/b/a Oracle Investment Research*, File No. 3-17614 (SEC Admin. Proc.). Report March 2017.

- *Securities and Exchange Commission v. Huang*, Case No. 2:15-cv-00269-MAK (E.D. Pa.). Report September 2015. Declaration October 2015. Jury Trial January 2016.

- *Securities and Exchange Commission v. Alyasin*, Case No. 4:15-cv-00566 (S.D. Tex.). Declaration March 2015.

# APPENDIX B

## Works Considered

**Court Documents:**

*AAL High Yield Bond Fund v. Ruttenberg*, 229 F.R.D. 676 (N.D. Ala. 2005)

*Amgen Inc. v. Connecticut Retirement Plains and Trust Funds*, 133 S. Ct. (2013)

*Aranaz v. Catalyst Pharm. Partners Inc.*, 302 F.R.D. 657, 669 (S.D. Fla. 2014)

*Basic Inc. v. Levinson*, 485 U.S. 224, 241-42 (1988)

*Cammer v. Bloom*, 711 F. Supp. 1264 (D.N.J. 1989)

*Fogarazzo v. Lehman Bros.*, 263 F.R.D. 90, 104 (S.D.N.Y. 2009)

*Halliburton Co. v. Erica P. John Fund, Inc.*, 573 U.S. 258, 283-84 (2014)

*Hayes v. MagnaChip Semiconductor Corp.*, Case No. 14-cv-01160-JST (N.D. Ca. 2016)

*Monroe Cty. Employees' Ret. Sys. v. Southern Co.*, 332 F.R.D. 370, 391 (N.D. Ga. 2019)

*In Re: CenturyLink Sales Practice and Securities Litigation*, MDL No. 17-2795 (MJD/KMM)

*In re Countrywide Financial Corp. Sec. Litig.*, 273 F.R.D. 586, 614 (C.D. Ca. 2009)

*In re DVI, Inc. Securities Litigation*, 639 F. 3d at 627.

*In re Dynex Capital, Inc. Sec. Litig.*, U.S. Dist. LEXIS 22484, at *13-14 (S.D.N.Y. 2011)

*In re HealthSouth Corp. Sec. Litig.*, 257 F.R.D. 260, 281 (N.D. Ala. 2009)

*In Re Teva Securities Litigation*, No. 3:17-cv-00558 (SRU) (D. Conn.)

*In re Vivendi Universal, S.A., Sec. Litig.*, 634 F. Supp. 2d 352, 372 (S.D.N.Y. 2009)

*In re Xcelera.com Sec. Litig.*, 430 F.3d 503, 513 n.11 (1st Cir. 2005)

*Krogman v. Sterritt*, 202 F.R.D. 467 (N.D. Tex. 2001)

*Vinh Nguyen v. Radient Pharms. Corp.*, 287 F.R.D. 563, 572-73 (C.D. Ca. 2012)

**Academic Literature:**

Abdi, Farshid and Angelo Ranaldo. A Simple Estimation of Bid-Ask Spreads from Daily Close, High, and Low Prices. Review of Financial Studies 30 (2017)

Avramov, Doron, Tarun Chordia and Amit Goyal. Liquidity and Autocorrelations in Individual Stock Returns. The Journal of finance 61.5 (2006): 2365-2394. Print.

Barber, Brad M., Paul A. Griffin and Baruch Lev. The Fraud-on-the-Market Theory and the Indicators of Common Stocks' Efficiency. J.Corp.L. 19 (1993): 285. Print.

Braun, Phillip A., Daniel B. Nelson and Alain M. Sunier. Good News, Bad News, Volatility, and Betas. The Journal of Finance 50.5 (1995): 1575-1603. Print.

Chung, Kee H. and Hao Zhang. A Simple Approximation of Intraday Spreads using Daily Data. Journal of Financial Markets 17 (2014): 94-120. Print.

Fabozzi, Frank J., and Steven V. Mann. The Handbook of Fixed Income Securities. McGraw-Hill Education (2012)

Fama, Eugene F. Market Efficiency, Long-Term Returns, and Behavioral Finance. Journal of Financial Economics 49.3 (1998): 283-306. Print.

Feldhütter, Peter, and Thomas K. Poulsen. "What determines bid-ask spreads in over-the-counter markets?." Working Paper

Hou, Kewei, Chen Xue, and Lu Zhang, 2020, Replicating Anomalies, Review of Financial Studies 33, at 2071.

Jensen, Michael C. Some Anomalous Evidence regarding Market Efficiency. Journal of Financial Economics 6.2-3 (1978): 95-101. Print.

Kumar, Raman, Atulya Sarin, and Kuldeep Shastri, 1998, The Impact of Options Trading on the Market Quality of the Underlying Security: An Empirical Analysis, Journal of Finance 53.

Lee, Charles MC and Eric C. So. Uncovering Expected Returns: Information in Analyst Coverage Proxies. Journal of Financial Economics 124.2 (2017): 331-348. Print.

MacKinlay, A. Craig. Event Studies in Economics and Finance. Journal of economic literature 35.1 (1997): 13-39. Print.

Mitchell, Mark L. and Jeffry M. Netter. The Role of Financial Economics in Securities Fraud Cases: Applications at the Securities and Exchange Commission. The Business Lawyer (1994): 545-590. Print.

Mola, Simona, P. Raghavendra Rau and Ajay Khorana. Is there Life After the Complete Loss of Analyst Coverage? The Accounting Review 88.2 (2013): 667-705. Print.

Stephen A. Ross, 1976, Options and Efficiency, Quarterly Journal of Economics 90.

Tabak, David and Frederick Dunbar. Materiality and Magnitude: Event Studies in the Courtroom. Litigation services handbook: The role of the financial expert (2001): 19.1-19.22. Print.

Thomas, Randall S. and James F. Cotter. Measuring Securities Market Efficiency in the Regulatory Setting. Law and contemporary problems 63.3 (2000): 105-122. Print.

**Data Sources:**

Bloomberg

Factiva

Investext

SEC Edgar

Factset

Federal Reserve Bank of St. Louis ("FRED")

FINRA TRACE


**Other:**

All other documents cited or referred to within this report

## APPENDIX C

### FINRA TRACE Data Processing Procedures

**Cancellations**

1. For my analyses I have only included secondary market transactions; these trades are marked as "S1" in the field "Market Indicator".

2. I have only included records with Status codes of "Newly Reported Trade" and "Correction (new trade portion)", *i.e.*, entries with "T" or "R" in field "Status". Where possible, I have also removed the original records that were matched to a Correction (cancelled portion, Status = "C"), Cancelled trade (Status = "X"), or Reversal (Historical Trade Cancels, Status = "Y").[105]

**Public Trades**

3. Unless otherwise specified, I only include publicly reported trades in my analysis. These trades are identified by excluding trades where i) the Contra Party was not designated to be a Customer (Contra Side MPID code "C") and ii) the Buy/Sell indicator was a buy (code "B").

**Date and Time**

4. For the date of the trade, I use the variable "Execution Dt." For time of the trade, I use the variable "Execution Tm."

**Holidays**

5. Unless otherwise specified, I exclude both NYSE holidays and "Recommended Full Close" dates by the Securities Industry and Financial Markets Association (SIFMA).[106]

---

[105] Pairs of cancelled or modified records were identified by matching the combination of "First System Control ID", "Execution Dt" and "Report Side MPID" of C/X/Y entries to the combination of "System Control ID", "Execution Dt" and "Report Side MPID" of X/T entries.

[106] Note that 1/16/2015 and 12/5/2018 were also excluded from my analyses. ICE BoA corporate bond indices are missing data for 1/16/2015 and NYSE was closed on 12/5/2018 in observance of a national day of mourning for President George H.W. Bush.

Case 1:19-cv-00181-JRG-CHS    Document 166-1    Filed 08/18/22    Page 62 of 151
PageID #: 2459

**Daily Volume-weighted Average Price**

6. I calculated a volume-weighted average price (VWAP) by using all records for that specific day subject to the restrictions listed above and an additional restriction that the trade take place between 9:30 am and 4:00 pm (matching the standard trading hours of the US stock market). For Price, I used "Entered Pr," which was then weighted by the "Entered Volume."

**Unique Brokers**

7. To determine the list of brokers trading each CBL Senior Note, I extracted each unique broker name from the variable "Report Side MPID", regardless of whether the trade was publicly reported or not.

**Bid-Ask Spread**

8. Because I do not have quotation data for CBL Senior Notes, I created proxies for bid-ask spreads based on actual purchases and sales that were close to each other. I only estimated bid-ask spreads for trades happened during the NYSE trading hours of 9:30 am to 4 pm ET.

9. I estimated separately bid-ask spreads for dealer-to-customer and dealer-to-dealer trades, where dealer-to-customer trades include all records with "C" in field "Contra Side MPID".

**Dealer-to-customer Bid-ask Spread**

10. For each buy/sell record, I evaluated whether there are any corresponding sale/buy records with lower/higher prices within 15mins of the record of interest.

11. I then estimated volume-weighted average prices based on these corresponding entries, and estimated bid-ask spread as the percentage difference between the price of the buy/sell record and the volume-weighted average prices of the corresponding sale/buy records.[107]

---

[107] The percentage spread is equal to ask price less the bid price, then divided by the average of the bid and ask prices.

12. Once I determined the bid-ask spread for each buy/sell record, I then calculated for each day a volume-weighted bid-ask spread (using as the weight the volume for each buy/sale transaction on that specific day).

**Dealer-to-dealer Bid-ask Spread**

13. For dealer-to-dealer bid-ask spread, I used broker trades during the NYSE trading hours of 9:30am to 4pm ET, including those that were not publicly reported.

14. For each buy/sell record, I evaluated whether there were any corresponding sale/buy records with lower/higher prices within 15mins of the record of interest. I also required the matched records to have the same reporting broker (as shown in "Report Side MPID").

15. I then estimated volume-weighted average prices based on these corresponding entries, and estimated bid-ask spread as the percentage difference between the price of the buy/sell record and the volume-weighted average prices of the corresponding sale/buy records.[108]

16. Once I determined the bid-ask spread for each buy/sell record, I then calculated for each day a volume-weighted bid-ask spread (using as weight the volume for each buy/sale transaction on that specific day).

---

[108] The percentage spread is equal to ask price less the bid price, then divided by the average of the bid and ask prices.

## EXHIBIT 1A



CBL Common Stock Closing Price and Volume
7/29/2014 - 4/30/2019

Class Period End, March 26 2019

Volume (Common Stock) — Closing Price (Common Stock)

Data Source: Bloomberg

## EXHIBIT 1B



CBL Series D Preferred Stock Closing Price and Volume
7/29/2014 - 4/30/2019

Data Source: Bloomberg

**EXHIBIT 1C**



CBL Series E Preferred Stock Closing Price and Volume
7/29/2014 - 4/30/2019

Class Period End, March 26 2019

Volume (Series E Preferred Stock) — Closing Price (Series E Preferred Stock)

Data Source: Bloomberg

**EXHIBIT 2A**



CBL Common Stock Average Weekly Trading Volume
as a Percentage of Shares Outstanding
7/29/2014 - 3/26/2019

Average Weekly Trading Volume over
the Class Period: 8.11%

Weekly Volume as % of Shares Outstanding (Common Stock)
— — Average Weekly Volume as % of Shares Outstanding (Common Stock)

Data Source: Bloomberg

**EXHIBIT 2B**



CBL Series D Preferred Stock Average Weekly Trading Volume
as a Percentage of Shares Outstanding
7/29/2014 - 3/26/2019

Average Weekly Trading Volume over the
Class Period: 1.68%

Weekly Volume as % of Shares Outstanding (Series D Preferred Stock)

Average Weekly Volume as % of Shares Outstanding (Series D Preferred Stock)

Data Sources: Bloomberg, SEC Edgar

**EXHIBIT 2C**



CBL Series E Preferred Stock Average Weekly Trading Volume
as a Percentage of Shares Outstanding
7/29/2014 - 3/26/2019

Average Weekly Trading Volume
over the Class Period: 1.97%

Weekly Volume as % of Shares Outstanding (Series E Preferred Stock)
Average Weekly Volume as % of Shares Outstanding (Series E Preferred Stock)

Data Sources: Bloomberg, SEC Edgar

## EXHIBIT 2D

**Weekly Trading Volume and Turnover of CBL 5.25% Note**

|  | Daily Volume | Weekly Volume | Notes Outstanding | Weekly Turnover |
|---|---|---|---|---|
| Total | 2,706,430,465 | 2,706,430,465 |  |  |
| Average | 2,323,116 | 11,001,749.86 | 450,000,000 | 2.445% |

Data Source: FINRA TRACE

Case 1:19-cv-00181-JRG-CHS   Document 166-1   Filed 08/18/22   Page 71 of 151 PageID #: 2468

# EXHIBIT 2E

**Weekly Trading Volume and Turnover of CBL 4.60% Note**

|  | Daily Volume | Weekly Volume | Notes Outstanding | Weekly Turnover |
|---|---|---|---|---|
| Total | 1,561,857,006 | 1,561,857,006 |  |  |
| Average | 1,394,515 | 6,590,113.95 | 300,000,000 | 2.197% |

Data Source: FINRA TRACE

## EXHIBIT 2F

| | | Weekly Trading Volume and Turnover of CBL 5.95% Note | | |
|---|---|---|---|---|
| | Daily Volume | Weekly Volume | Notes Outstanding | Weekly Turnover |
| Total | 3,004,131,129 | 3,004,131,129 | | |
| Average | 5,215,505 | 24,624,025.65 | 553,266,551 | 4.451% |

Data Source: FINRA TRACE

# EXHIBIT 3

**Summary of Research Analyst Coverage of CBL during the Class Period:**
**7/29/14 – 3/26/19**

| Analyst Name | Reports Issued During the Class Period |
|---|---|
| Wells Fargo Securities, LLC | 718 |
| KeyBanc Capital Markets Inc. | 514 |
| BTIG | 185 |
| Cowen and Company | 174 |
| JPMorgan | 73 |
| RBC Capital Markets | 53 |
| Hilliard Lyons | 36 |
| Wright Reports | 32 |
| Thomson Reuters StreetEvents | 30 |
| Sadif Analytics Prime | 26 |
| BuySellSignals Research | 24 |
| ValuEngine, Inc. | 23 |
| Oppenheimer & Co., Inc. | 17 |
| Validea | 15 |
| Boenning & Scattergood, Inc | 12 |
| JPMorgan Econ & FI | 6 |
| MarketLine (a Datamonitor Company) | 6 |
| MarketLine | 4 |
| EVERCORE ISI | 3 |
| Evercore Partners | 2 |
| Alliance Advisors | 1 |
| Cantor Fitzgerald | 1 |
| New Constructs, LLC | 1 |
| Sadif Analytics | 1 |
| Timetric | 1 |
| World Market Intelligence | 1 |
| **Total** | **1,959** |

Data Source: Investext

# EXHIBIT 4A



**Coefficients From Rolling Event Study Regression for CBL Common Stock**
**7/29/2014 - 3/26/2019**

FTSE NAREIT (Industry Index) — S&P 1500 Total Return Index (Market Index)

Data Source: Bloomberg

## EXHIBIT 4B



Coefficients From Rolling Event Study Regression for CBL Series D Preferred Stock
7/29/2014 - 3/26/2019

Data Source: Bloomberg

## EXHIBIT 4C



**Coefficients From Rolling Event Study Regression for CBL Series E Preferred Stock**
**7/29/2014 - 3/26/2019**

FTSE NAREIT (Industry Index) — S&P 1500 Total Return Index (Market Index)

Data Source: Bloomberg

# EXHIBIT 5A



Standard Deviation of Errors for Rolling Event Study for CBL Common Stock
7/29/2014 - 3/26/2019

Data Source: Bloomberg

**EXHIBIT 5B**



Standard Deviation of Errors for Rolling Event Study for CBL Series D Preferred Stock
7/29/2014 - 3/26/2019

Data Source: Bloomberg

74
Case 1:19-cv-00181-JRG-CHS    Document 166-1    Filed 08/18/22    Page 79 of 151
PageID #: 2476

**EXHIBIT 5C**



Standard Deviation of Errors for Rolling Event Study for CBL Series E Preferred Stock
7/29/2014 - 3/26/2019

Data Source: Bloomberg

**EXHIBIT 5D**



Standard Deviation of Errors for Rolling Event Study for CBL 5.25% Note
7/29/2014 - 3/26/2019

Data Source: Bloomberg, FINRA TRACE, FRED



Standard Deviation of Errors for Rolling Event Study for CBL 4.60% Note
10/2/2014 - 3/26/2019

Data Source: Bloomberg, FINRA TRACE, FRED

**EXHIBIT 5F**



Standard Deviation of Errors for Rolling Event Study for CBL 5.95% Note
12/7/2016 - 3/26/2019

Data Source: Bloomberg, FINRA TRACE, FRED

## EXHIBIT 6A

### Event Study Analysis of CBL News Dates for CBL Common Stock

| Date | Closing Price | Log Return | Abnormal Return | Abnormal Dollar Change | t-Stat | p-Value | Sig Level | Earnings Call Announcement |
|------|------|------|------|------|------|------|------|------|
| 30-Jul-14 | 18.94 | -1.57% | -1.57% | -0.30 | -1.205 | 23.05% | | Q2 2014 CBL & Associates Properties, Inc. Earnings Conference Call - Final (CQ FD Disclosure - Factiva) |
| 30-Oct-14 | 18.83 | 0.69% | -0.23% | -0.04 | -0.270 | 78.75% | | Q3 2014 CBL & Associates Properties Inc Earnings Call - Final (CQ FD Disclosure - Factiva) |
| 4-Feb-15 | 21.02 | 0.76% | 1.40% | 0.29 | 1.600 | 11.22% | | Q4 2014 CBL & Associates Properties Inc Earnings Call - Final (CQ FD Disclosure - Factiva) |
| 29-Apr-15 | 18.27 | -4.50% | -2.10% | -0.40 | -2.768 | 0.66% | *** | Q1 2015 CBL & Associates Properties Inc Earnings Call - Final (CQ FD Disclosure - Factiva) |
| 30-Jul-15 | 16.07 | -0.37% | 0.30% | 0.05 | 0.471 | 63.83% | | Q2 2015 CBL & Associates Properties Inc Earnings Call - Final (CQ FD Disclosure - Factiva) |
| 29-Oct-15 | 14.71 | -5.10% | -4.82% | -0.73 | -5.697 | 0.00% | *** | Q3 2015 CBL & Associates Properties Inc Earnings Call - Final (CQ FD Disclosure - Factiva) |
| 4-Feb-16 | 10.92 | 0.83% | 1.00% | 0.11 | 0.825 | 41.08% | | Q4 2015 CBL & Associates Properties Inc Earnings Call - Final (CQ FD Disclosure - Factiva) |
| 28-Apr-16 | 11.90 | -1.34% | -0.62% | -0.07 | -0.420 | 67.49% | | Q1 2016 CBL & Associates Properties Inc Earnings Call - Final (CQ FD Disclosure - Factiva) |
| 29-Jul-16 | 12.29 | 11.27% | 9.75% | 1.12 | 4.932 | 0.00% | *** | Q2 2016 CBL & Associates Properties Inc Earnings Call - Final (CQ FD Disclosure - Factiva) |
| 28-Oct-16 | 11.06 | -1.26% | -1.36% | -0.15 | -0.654 | 51.42% | | Q3 2016 CBL & Associates Properties Inc Earnings Call - Final (CQ FD Disclosure - Factiva) |
| 2-Feb-17 | 10.47 | -0.86% | -1.87% | -0.20 | -0.964 | 33.70% | | Q4 2016 CBL & Associates Properties Inc Earnings Call - Final (Bloomberg Government Disclosure - Factiva) |
| 4-May-17 | 8.44 | -9.27% | -8.49% | -0.75 | -4.673 | 0.00% | *** | Q1 2017 CBL & Associates Properties Inc Earnings Call - Final (Bloomberg Government Disclosure - Factiva) |

| Date | Closing Price | Log Return | Abnormal Return | Abnormal Dollar Change | t-Stat | p-Value | Sig Level | Earnings Call Announcement |
|---|---|---|---|---|---|---|---|---|
| 4-Aug-17 | 8.69 | 3.99% | 3.57% | 0.30 | 1.749 | 8.29% | * | Q2 2017 CBL & Associates Properties Inc Earnings Call - Final (CQ FD Disclosure - Factiva) |
| 3-Nov-17 | 5.92 | -29.99% | -29.42% | -2.04 | -14.832 | 0.00% | *** | Q3 2017 CBL & Associates Properties Inc Earnings Call - Final (CQ FD Disclosure - Factiva) |
| 9-Feb-18 | 4.20 | -17.03% | -18.74% | -0.85 | -8.748 | 0.00% | *** | Q4 2017 CBL & Associates Properties Inc Earnings Call - Final (CQ FD Disclosure - Factiva) |
| 27-Apr-18 | 4.16 | 2.19% | 1.25% | 0.05 | 0.483 | 62.97% | | Q1 2018 CBL & Associates Properties Inc Earnings Call - Final (CQ FD Disclosure - Factiva) |
| 2-Aug-18 | 5.01 | -10.78% | -10.37% | -0.55 | -4.433 | 0.00% | *** | Q2 2018 CBL & Associates Properties Inc Earnings Call - Final (CQ FD Disclosure - Factiva) |
| 30-Oct-18 | 3.71 | 4.13% | 2.33% | 0.08 | 0.967 | 33.58% | | Q3 2018 CBL & Associates Properties Inc Earnings Call - Final (CQ FD Disclosure - Factiva) |
| 8-Feb-19 | 2.34 | 3.04% | 3.55% | 0.08 | 1.176 | 24.21% | | Q4 2018 CBL & Associates Properties Inc Earnings Call - Final (CQ FD Disclosure - Factiva) |

Data Sources: Bloomberg, Factiva

## EXHIBIT 6B

### Event Study Analysis of CBL News Dates for CBL Series D Preferred Stock

| Date | Closing Price | Log Return | Abnormal Return | Abnormal Dollar Change | t-Stat | p-Value | Sig Level | Earnings Call Announcement |
|---|---|---|---|---|---|---|---|---|
| 30-Jul-14 | 25.48 | -0.64% | -0.67% | -0.17 | -1.454 | 14.87% | | Q2 2014 CBL & Associates Properties, Inc. Earnings Conference Call - Final (CQ FD Disclosure - Factiva) |
| 30-Oct-14 | 25.48 | 0.51% | 0.33% | 0.08 | 0.594 | 55.35% | | Q3 2014 CBL & Associates Properties Inc Earnings Call - Final (CQ FD Disclosure - Factiva) |
| 4-Feb-15 | 25.89 | -0.12% | 0.01% | 0.00 | 0.028 | 97.81% | | Q4 2014 CBL & Associates Properties Inc Earnings Call - Final (CQ FD Disclosure - Factiva) |
| 29-Apr-15 | 25.93 | 0.12% | 0.26% | 0.07 | 0.507 | 61.30% | | Q1 2015 CBL & Associates Properties Inc Earnings Call - Final (CQ FD Disclosure - Factiva) |
| 30-Jul-15 | 25.44 | 0.08% | 0.11% | 0.03 | 0.241 | 80.98% | | Q2 2015 CBL & Associates Properties Inc Earnings Call - Final (CQ FD Disclosure - Factiva) |
| 29-Oct-15 | 25.35 | 0.12% | 0.12% | 0.03 | 0.348 | 72.82% | | Q3 2015 CBL & Associates Properties Inc Earnings Call - Final (CQ FD Disclosure - Factiva) |
| 4-Feb-16 | 23.98 | 1.26% | 1.30% | 0.31 | 2.690 | 0.82% | *** | Q4 2015 CBL & Associates Properties Inc Earnings Call - Final (CQ FD Disclosure - Factiva) |
| 28-Apr-16 | 25.00 | 0.40% | 0.64% | 0.16 | 0.609 | 54.34% | | Q1 2016 CBL & Associates Properties Inc Earnings Call - Final (CQ FD Disclosure - Factiva) |
| 29-Jul-16 | 24.92 | -0.28% | -0.74% | -0.18 | -0.670 | 50.42% | | Q2 2016 CBL & Associates Properties Inc Earnings Call - Final (CQ FD Disclosure - Factiva) |
| 28-Oct-16 | 25.28 | -0.04% | -0.10% | -0.03 | -0.157 | 87.55% | | Q3 2016 CBL & Associates Properties Inc Earnings Call - Final (CQ FD Disclosure - Factiva) |
| 2-Feb-17 | 24.54 | -0.24% | -0.32% | -0.08 | -0.616 | 53.88% | | Q4 2016 CBL & Associates Properties Inc Earnings Call - Final (Bloomberg Government Disclosure - Factiva) |

81

| Date | Closing Price | Log Return | Abnormal Return | Abnormal Dollar Change | t-Stat | p-Value | Sig Level | Earnings Call Announcement |
|---|---|---|---|---|---|---|---|---|
| 4-May-17 | 23.20 | -0.43% | -0.31% | -0.07 | -0.475 | 63.57% | | Q1 2017 CBL & Associates Properties Inc Earnings Call - Final (Bloomberg Government Disclosure - Factiva) |
| 4-Aug-17 | 23.98 | -0.29% | -0.35% | -0.08 | -0.527 | 59.89% | | Q2 2017 CBL & Associates Properties Inc Earnings Call - Final (CQ FD Disclosure - Factiva) |
| 3-Nov-17 | 23.77 | -3.55% | -3.61% | -0.87 | -6.696 | 0.00% | *** | Q3 2017 CBL & Associates Properties Inc Earnings Call - Final (CQ FD Disclosure - Factiva) |
| 9-Feb-18 | 17.91 | -9.83% | -10.01% | -1.88 | -15.500 | 0.00% | *** | Q4 2017 CBL & Associates Properties Inc Earnings Call - Final (CQ FD Disclosure - Factiva) |
| 27-Apr-18 | 17.83 | 1.87% | 1.76% | 0.31 | 1.715 | 8.90% | * | Q1 2018 CBL & Associates Properties Inc Earnings Call - Final (CQ FD Disclosure - Factiva) |
| 2-Aug-18 | 18.85 | -2.36% | -2.39% | -0.46 | -2.249 | 2.64% | ** | Q2 2018 CBL & Associates Properties Inc Earnings Call - Final (CQ FD Disclosure - Factiva) |
| 30-Oct-18 | 15.67 | 2.98% | 2.51% | 0.39 | 2.271 | 2.50% | ** | Q3 2018 CBL & Associates Properties Inc Earnings Call - Final (CQ FD Disclosure - Factiva) |
| 8-Feb-19 | 13.95 | 2.47% | 2.65% | 0.37 | 1.258 | 21.09% | | Q4 2018 CBL & Associates Properties Inc Earnings Call - Final (CQ FD Disclosure - Factiva) |

Data Sources: Bloomberg, Factiva

## Event Study Analysis of CBL News Dates for CBL Series E Preferred Stock

| Date | Closing Price | Log Return | Abnormal Return | Abnormal Dollar Change | t-Stat | p-Value | Sig Level | Earnings Call Announcement |
|---|---|---|---|---|---|---|---|---|
| 30-Jul-14 | 24.65 | 0.08% | 0.01% | 0.00 | 0.015 | 98.82% | | Q2 2014 CBL & Associates Properties, Inc. Earnings Conference Call - Final (CQ FD Disclosure - Factiva) |
| 30-Oct-14 | 25.02 | 1.17% | 0.96% | 0.24 | 1.623 | 10.73% | | Q3 2014 CBL & Associates Properties Inc Earnings Call - Final (CQ FD Disclosure - Factiva) |
| 4-Feb-15 | 26.22 | -0.49% | -0.46% | -0.12 | -1.053 | 29.45% | | Q4 2014 CBL & Associates Properties Inc Earnings Call - Final (CQ FD Disclosure - Factiva) |
| 29-Apr-15 | 25.40 | -0.13% | -0.13% | -0.03 | -0.285 | 77.63% | | Q1 2015 CBL & Associates Properties Inc Earnings Call - Final (CQ FD Disclosure - Factiva) |
| 30-Jul-15 | 25.39 | -0.43% | -0.42% | -0.11 | -0.726 | 46.91% | | Q2 2015 CBL & Associates Properties Inc Earnings Call - Final (CQ FD Disclosure - Factiva) |
| 29-Oct-15 | 25.36 | 0.55% | 0.54% | 0.14 | 0.941 | 34.87% | | Q3 2015 CBL & Associates Properties Inc Earnings Call - Final (CQ FD Disclosure - Factiva) |
| 4-Feb-16 | 22.10 | 1.23% | 1.32% | 0.29 | 1.217 | 22.61% | | Q4 2015 CBL & Associates Properties Inc Earnings Call - Final (CQ FD Disclosure - Factiva) |
| 28-Apr-16 | 24.57 | -0.90% | -0.65% | -0.16 | -0.559 | 57.75% | | Q1 2016 CBL & Associates Properties Inc Earnings Call - Final (CQ FD Disclosure - Factiva) |
| 29-Jul-16 | 25.32 | 0.63% | 0.16% | 0.04 | 0.159 | 87.37% | | Q2 2016 CBL & Associates Properties Inc Earnings Call - Final (CQ FD Disclosure - Factiva) |
| 28-Oct-16 | 26.21 | 0.27% | 0.18% | 0.05 | 0.195 | 84.61% | | Q3 2016 CBL & Associates Properties Inc Earnings Call - Final (CQ FD Disclosure - Factiva) |
| 2-Feb-17 | 23.40 | -0.32% | -0.54% | -0.13 | -0.507 | 61.31% | | Q4 2016 CBL & Associates Properties Inc Earnings Call - Final (Bloomberg Government Disclosure - Factiva) |

| Date | Closing Price | Log Return | Abnormal Return | Abnormal Dollar Change | t-Stat | p-Value | Sig Level | Earnings Call Announcement |
|---|---|---|---|---|---|---|---|---|
| 4-May-17 | 22.74 | -3.71% | -3.46% | -0.80 | -2.836 | 0.54% | *** | Q1 2017 CBL & Associates Properties Inc Earnings Call - Final (Bloomberg Government Disclosure - Factiva) |
| 4-Aug-17 | 24.38 | 0.29% | 0.17% | 0.04 | 0.141 | 88.83% | | Q2 2017 CBL & Associates Properties Inc Earnings Call - Final (CQ FD Disclosure - Factiva) |
| 3-Nov-17 | 23.70 | -3.94% | -3.97% | -0.96 | -4.058 | 0.01% | *** | Q3 2017 CBL & Associates Properties Inc Earnings Call - Final (CQ FD Disclosure - Factiva) |
| 9-Feb-18 | 15.91 | -13.28% | -13.61% | -2.31 | -12.594 | 0.00% | *** | Q4 2017 CBL & Associates Properties Inc Earnings Call - Final (CQ FD Disclosure - Factiva) |
| 27-Apr-18 | 16.03 | 1.89% | 1.72% | 0.27 | 1.308 | 19.34% | | Q1 2018 CBL & Associates Properties Inc Earnings Call - Final (CQ FD Disclosure - Factiva) |
| 2-Aug-18 | 16.96 | -2.45% | -2.51% | -0.43 | -2.354 | 2.02% | ** | Q2 2018 CBL & Associates Properties Inc Earnings Call - Final (CQ FD Disclosure - Factiva) |
| 30-Oct-18 | 14.48 | 2.45% | 2.07% | 0.30 | 1.707 | 9.04% | * | Q3 2018 CBL & Associates Properties Inc Earnings Call - Final (CQ FD Disclosure - Factiva) |
| 8-Feb-19 | 12.60 | 2.41% | 2.63% | 0.33 | 1.274 | 20.50% | | Q4 2018 CBL & Associates Properties Inc Earnings Call - Final (CQ FD Disclosure - Factiva) |

Data Sources: Bloomberg, Factiva

**EXHIBIT 6D**

### Event Study Analysis of CBL News Dates for CBL 5.25% Note Maturing in 2023

| Date | Closing Price | Log Return | Abnormal Return | Abnormal Dollar Change | t-Stat | p-Value | Sig Level | Credit Rating/Relevant Earning Announcement |
|---|---|---|---|---|---|---|---|---|
| 3-Nov-17 | 0.98 | -2.83% | -2.80% | -0.03 | -6.4127 | 0.00% | *** | Q3 2017 Earnings Release |
| 9-Nov-17 | 0.97 | -0.15% | 0.24% | 0.00 | 0.5426 | 58.85% | | Fitch Downgrade from BBB- to BB+ |
| 9-Feb-18 | 0.90 | -3.26% | -2.72% | -0.03 | -7.0129 | 0.00% | *** | Q4 2017 Earnings Release |
| 15-Feb-18 | 0.88 | -1.24% | -1.34% | -0.01 | -3.4534 | 0.08% | *** | Moody's Downgrade from Baa3 to Ba1 |
| 2-Aug-18 | 0.88 | -0.66% | -0.46% | 0.00 | -0.7973 | 42.69% | | Q2 2018 Earnings Release |
| 3-Aug-18 | 0.88 | -0.25% | -0.23% | 0.00 | -0.4014 | 68.88% | | S&P Downgrade from BBB- to BB+ |
| 20-Dec-18 | 0.80 | -2.33% | -2.05% | -0.02 | -3.2907 | 0.13% | *** | Fitch Downgrade from BB+ to BB- |
| 8-Feb-19 | 0.84 | -0.15% | -0.04% | 0.00 | -0.0676 | 94.62% | | Q4 2018 Earnings Release |
| 11-Feb-19 | 0.84 | -0.02% | -0.07% | 0.00 | -0.1017 | 91.91% | | S&P Downgrade from BB+ to BB |
| 22-Feb-19 | 0.84 | 0.48% | 0.30% | 0.00 | 0.4709 | 63.86% | | Moody's Downgrade from Ba1 to B1 |

Data Sources: Bloomberg, FINRA TRACE, Factiva, FRED

Case 1:19-cv-00181-JRG-CHS   Document 166-1   Filed 08/18/22   Page 90 of 151
PageID #: 2487

## Event Study Analysis of CBL News Dates for CBL 4.60% Note Maturing in 2024

| Date | Closing Price | Log Return | Abnormal Return | Abnormal Dollar Change | t-Stat | p-Value | Sig Level | Credit Rating/Relevant Earning Announcement |
|---|---|---|---|---|---|---|---|---|
| 3-Nov-17 | 0.92 | -2.76% | -2.57% | -0.02 | -4.0941 | 0.01% | *** | Q3 2017 Earnings Release |
| 9-Nov-17 | 0.91 | -0.28% | 0.64% | 0.01 | 0.9817 | 32.83% | | Fitch Downgrade from BBB- to BB+ |
| 9-Feb-18 | 0.86 | -2.88% | -2.34% | -0.02 | -4.0052 | 0.01% | *** | Q4 2017 Earnings Release |
| 15-Feb-18 | 0.84 | 0.10% | -0.02% | 0.00 | -0.0305 | 97.57% | | Moody's Downgrade from Baa3 to Ba1 |
| 2-Aug-18 | 0.82 | -2.66% | -2.73% | -0.02 | -3.1230 | 0.23% | *** | Q2 2018 Earnings Release |
| 3-Aug-18 | 0.83 | 1.15% | 0.96% | 0.01 | 1.0928 | 27.68% | | S&P Downgrade from BBB- to BB+ |
| 20-Dec-18 | 0.76 | -3.02% | -2.19% | -0.02 | -2.7145 | 0.77% | *** | Fitch Downgrade from BB+ to BB- |
| 8-Feb-19 | 0.79 | 1.48% | 1.58% | 0.01 | 2.0608 | 4.16% | ** | Q4 2018 Earnings Release |
| 11-Feb-19 | 0.78 | -1.21% | -1.24% | -0.01 | -1.6190 | 10.82% | | S&P Downgrade from BB+ to BB |
| 22-Feb-19 | 0.79 | 1.57% | 1.44% | 0.01 | 1.8750 | 6.33% | * | Moody's Downgrade from Ba1 to B1 |

Data Sources: Bloomberg, FINRA TRACE, Factiva, FRED

**Event Study Analysis of CBL News Dates for CBL 5.95% Note Maturing in 2026**

| Date | Closing Price | Log Return | Abnormal Return | Abnormal Dollar Change | t-Stat | p-Value | Sig Level | Credit Rating/Relevant Earning Announcement |
|---|---|---|---|---|---|---|---|---|
| 3-Nov-17 | 0.95 | -4.25% | -4.06% | -0.04 | -10.0081 | 0.00% | *** | Q3 2017 Earnings Release |
| 9-Nov-17 | 0.94 | -0.35% | 0.24% | 0.00 | 0.5583 | 57.78% | | Fitch Downgrade from BBB- to BB+ |
| 9-Feb-18 | 0.89 | -2.36% | -1.93% | -0.02 | -4.1850 | 0.01% | *** | Q4 2017 Earnings Release |
| 15-Feb-18 | 0.87 | -1.82% | -2.18% | -0.02 | -4.7558 | 0.00% | *** | Moody's Downgrade from Baa3 to Ba1 |
| 2-Aug-18 | 0.85 | -1.08% | -1.29% | -0.01 | -2.2656 | 2.53% | ** | Q2 2018 Earnings Release |
| 3-Aug-18 | 0.85 | -0.29% | -0.39% | 0.00 | -0.6904 | 49.13% | | S&P Downgrade from BBB- to BB+ |
| 20-Dec-18 | 0.77 | -3.36% | -2.98% | -0.02 | -4.9582 | 0.00% | *** | Fitch Downgrade from BB+ to BB- |
| 8-Feb-19 | 0.81 | -0.20% | -0.14% | 0.00 | -0.2260 | 82.16% | | Q4 2018 Earnings Release |
| 11-Feb-19 | 0.81 | 0.06% | 0.00% | 0.00 | -0.0013 | 99.89% | | S&P Downgrade from BB+ to BB |
| 22-Feb-19 | 0.80 | 0.20% | 0.05% | 0.00 | 0.0831 | 93.40% | | Moody's Downgrade from Ba1 to B1 |

Data Sources: Bloomberg, FINRA TRACE, Factiva, FRED

**E**XHIBIT **7A**

**Comparison of Statistical Significance and Abnormal Returns for CBL News Days vs. Least News Trading Days
During the Class Period for CBL Common Stock**

| Statistic | News Days | Days with Least News | p-Value of Difference |
|---|---|---|---|
| N | 19 | 538 | |
| Significant Days at 95% Confidence Level | 7 | 29 | |
| % Significant Days at 95% Confidence Level | 36.84% | 5.39% | 0.00% |
| Average Absolute Abnormal Return | 5.41% | 1.32% | 2.86% |
| Average Volume (Millions) | 7.16 | 2.57 | 2.20% |

Data Sources: Bloomberg, Factiva

**Comparison of Statistical Significance and Abnormal Returns for CBL News Days vs. Least News Trading Days During the Class Period for CBL Series D Preferred Stock**

| Statistic | News Days | Days with Least News | p-Value of Difference |
|---|---|---|---|
| N | 19 | 538 | |
| Significant Days at 95% Confidence Level | 5 | 44 | |
| % Significant Days at 95% Confidence Level | 26.32% | 8.18% | 0.61% |
| Average Absolute Abnormal Return | 1.48% | 0.62% | 12.35% |
| Average Volume (Millions) | 0.08 | 0.06 | 29.94% |

Data Sources: Bloomberg, Factiva

**Comparison of Statistical Significance and Abnormal Returns for CBL News Days vs. Least News Trading Days During the Class Period for CBL Series E Preferred Stock**

| Statistic | News Days | Days with Least News | p-Value of Difference |
|---|---|---|---|
| N | 19 | 537 | |
| Significant Days at 95% Confidence Level | 4 | 38 | |
| % Significant Days at 95% Confidence Level | 21.05% | 7.08% | 2.35% |
| Average Absolute Abnormal Return | 1.87% | 0.78% | 14.00% |
| Average Volume (Millions) | 0.04 | 0.03 | 26.39% |

Data Sources: Bloomberg, Factiva

**Comparison of Statistical Significance and Abnormal Returns for CBL News Days vs. Least News Trading Days During the Class Period for CBL 5.25% Note Maturing in 2023**

| Statistic | Credit Rating Change and Relevant Earnings Release Days | Least News Trading Days | p-Value of Difference |
|---|---|---|---|
| N | 10 | 367 | |
| Significant Days at 95% Confidence Level | 4 | 25 | |
| % Significant Days at 95% Confidence Level | 40.00% | 6.81% | 0.01% |
| Average Absolute Abnormal Return | 1.02% | 0.53% | 19.66% |
| Average Volume (Millions) | 9.48 | 3.08 | 3.90% |

Data Sources: Bloomberg, FINRA TRACE, Factiva, FRED

**Comparison of Statistical Significance and Abnormal Returns for CBL News Days vs. Least News Trading Days During the Class Period for CBL 4.60% Note Maturing in 2024**

| Statistic | Credit Rating Change and Relevant Earnings Release Days | Least News Trading Days | p-Value of Difference |
|---|---|---|---|
| N | 10 | 312 | |
| Significant Days at 95% Confidence Level | 5 | 13 | |
| % Significant Days at 95% Confidence Level | 50.00% | 4.17% | 0.00% |
| Average Absolute Abnormal Return | 1.57% | 0.56% | 0.58% |
| Average Volume (Millions) | 1.82 | 2.03 | 72.63% |

Data Sources: Bloomberg, FINRA TRACE, Factiva, FRED

**Comparison of Statistical Significance and Abnormal Returns for CBL News Days vs. Least News Trading Days During the Class Period for CBL 5.95% Note Maturing in 2026**

| Statistic | Credit Rating Change and Relevant Earnings Release Days | Least News Trading Days | p-Value of Difference |
|---|---|---|---|
| N | 10 | 274 | |
| Significant Days at 95% Confidence Level | 5 | 17 | |
| % Significant Days at 95% Confidence Level | 50.00% | 6.20% | 0.00% |
| Average Absolute Abnormal Return | 1.33% | 0.44% | 8.03% |
| Average Volume (Millions) | 13.55 | 5.06 | 4.47% |

Data Sources: Bloomberg, FINRA TRACE, Factiva, FRED

## EXHIBIT 8A



### CBL Common Stock Market Capitalization

Average Market Cap over
Class Period: $1.823 Billion

Market Capitalization of Common Stock — — Average Market Capitalization Over the Class Period

Data Source: Bloomberg

## EXHIBIT 8B



CBL Series D Preferred Stock Market Capitalization

Data Sources: SEC Filings, Bloomberg

## EXHIBIT 8C



CBL Series E Preferred Stock Market Capitalization

Average Market Cap over Class Period: $152 million

Legend: Market Capitalization of Series E Preferred Stock — Average Market Capitalization Over the Class Period

Data Sources: SEC Filings, Bloomberg

## EXHIBIT 8D



CBL 5.25% Note Market Capitalization

Average Market Cap over Class Period: $431 million

Legend: Market Capitalization of CBL 5.25% Note — Average Market Capitalization Over the Class Period

Data Sources: SEC Filings, FINRA TRACE

## EXHIBIT 8E



CBL 4.60% Note Market Capitalization

Average Market Cap over Class Period: $269 million

Legend: Market Capitalization of CBL 4.60% Note — Average Market Capitalization Over the Class Period

Data Sources: SEC Filings, FINRA TRACE



CBL 5.95% Note Market Capitalization

Data Sources: SEC Filings, FINRA TRACE

## EXHIBIT 9A



### CBL Common Stock and Preferred Stock Average Monthly Bid-Ask Spread

Data Source: Bloomberg

Note: The percentage bid-ask spread was calculated as the a) the closing ask quote less the closing bid quote divided by b) the average of the bid and ask quotes.

**EXHIBIT 9B**

**CBL Senior Note Bid-Ask Spreads Over the Class Period**

| Note | Customer-Based Bid-Ask Spreads | | | Broker-Based Bid-Ask Spreads | | |
|---|---|---|---|---|---|---|
| | Mean % | Median % | Daily Observations | Mean % | Median % | Daily Observations |
| 5.25% (2023) | 1.21% | 1.07% | 438 | 0.34% | 0.19% | 510 |
| 4.60% (2024) | 1.48% | 1.34% | 253 | 0.31% | 0.16% | 391 |
| 5.95% (2026) | 1.30% | 1.16% | 443 | 0.21% | 0.13% | 442 |

Data Source: FINRA TRACE
Note: *See* **Appendix C** for bid-ask calculation specifics

## CBL Common Stock Shares Outstanding, Insider Holdings, and Institutional Holdings

| Date | Shares Outstanding (in 000s) | Total Institutions Owning Stock | Insider Holdings (in 000s) | Short Interest (in 000s) | Public Float (in 000s) | Insider Holdings as % of Shares Outstanding | Institutional Holdings (in 000s) | Institutional Holdings as % of Shares Outstanding | Institutional Holdings as % of Public Float |
|---|---|---|---|---|---|---|---|---|---|
| [1] | [2] | [3] | [4] | [5] | [6] = [2] + [5] - [4] | [7] = [4] / [2] | [8] | [9] = [8] / [2] | [10] = [8] / [6] |
| 09/30/2014 | 170,263.00 | 314 | 2,580.96 | 8,484.82 | 176,166.87 | 1.52% | 171,035.99 | 100.45% | 97.09% |
| 12/31/2014 | 170,263.00 | 342 | 2,622.77 | 9,344.16 | 176,984.40 | 1.54% | 170,722.91 | 100.27% | 96.46% |
| 03/31/2015 | 170,494.00 | 331 | 3,761.44 | 8,825.39 | 175,557.95 | 2.21% | 170,577.96 | 100.05% | 97.16% |
| 06/30/2015 | 170,495.00 | 343 | 2,948.89 | 7,584.81 | 175,130.92 | 1.73% | 167,208.22 | 98.07% | 95.48% |
| 09/30/2015 | 170,494.00 | 330 | 2,701.30 | 4,624.75 | 172,417.45 | 1.58% | 164,784.90 | 96.65% | 95.57% |
| 12/31/2015 | 170,496.00 | 338 | 2,867.68 | 3,425.37 | 171,053.69 | 1.68% | 160,682.71 | 94.24% | 93.94% |
| 03/31/2016 | 170,793.00 | 330 | 3,963.32 | 6,652.87 | 173,482.55 | 2.32% | 163,852.44 | 95.94% | 94.45% |
| 06/30/2016 | 170,794.00 | 344 | 2,824.14 | 12,710.50 | 180,680.36 | 1.65% | 164,490.17 | 96.31% | 91.04% |
| 09/30/2016 | 170,793.00 | 350 | 3,096.23 | 14,418.69 | 182,115.46 | 1.81% | 169,341.13 | 99.15% | 92.99% |
| 12/31/2016 | 170,794.00 | 339 | 2,757.05 | 11,158.10 | 179,195.06 | 1.61% | 169,319.90 | 99.14% | 94.49% |
| 03/31/2017 | 171,096.00 | 336 | 4,191.00 | 15,479.91 | 182,384.91 | 2.45% | 161,830.89 | 94.58% | 88.73% |
| 06/30/2017 | 171,096.00 | 350 | 2,994.77 | 41,635.62 | 209,736.86 | 1.75% | 168,305.41 | 98.37% | 80.25% |
| 09/30/2017 | 171,097.00 | 340 | 2,879.38 | 43,853.67 | 212,071.29 | 1.68% | 171,207.25 | 100.06% | 80.73% |
| 12/31/2017 | 171,102.00 | 348 | 2,953.51 | 33,664.86 | 201,813.36 | 1.73% | 142,282.91 | 83.16% | 70.50% |
| 03/31/2018 | 172,645.00 | 314 | 4,862.36 | 36,438.10 | 204,220.75 | 2.82% | 136,907.62 | 79.30% | 67.04% |
| 06/30/2018 | 172,663.00 | 303 | 2,043.68 | 42,643.04 | 213,262.36 | 1.18% | 136,541.52 | 79.08% | 64.03% |
| 09/30/2018 | 172,667.00 | 301 | 2,045.58 | 44,592.64 | 215,214.06 | 1.18% | 140,463.90 | 81.35% | 65.27% |

| Date | Shares Outstanding (in 000s) | Total Institutions Owning Stock | Insider Holdings (in 000s) | Short Interest (in 000s) | Public Float (in 000s) | Insider Holdings as % of Shares Outstanding | Institutional Holdings (in 000s) | Institutional Holdings as % of Shares Outstanding | Institutional Holdings as % of Public Float |
|---|---|---|---|---|---|---|---|---|---|
| 12/31/2018 | 172,669.00 | 304 | 3,588.90 | 42,131.46 | 211,211.56 | 2.08% | 137,883.14 | 79.85% | 65.28% |
| 03/31/2019 | 173,464.00 | 280 | 5,598.08 | 50,256.23 | 218,122.15 | 3.23% | 137,596.28 | 79.32% | 63.08% |
| **Total Institutions over Class Period:** | | **800** | | | **Class Period Average:** | **1.88%** | | **92.39%** | **83.87%** |

Data Sources: Bloomberg, Factset

**EXHIBIT 10A-2**

## CBL Series D Preferred Stock Shares Outstanding, Insider Holdings, and Institutional Holdings

| Date | Shares Outstanding (in 000s) | Total Institutions Owning Stock | Insider Holdings (in 000s) | Short Interest (in 000s) | Public Float (in 000s) | Insider Holdings as % of Shares Outstanding | Institutional Holdings (in 000s) | Institutional Holdings as % of Shares Outstanding | Institutional Holdings as % of Public Float |
|---|---|---|---|---|---|---|---|---|---|
| [1] | [2] | [3] | [4] | [5] | [6] = [2] + [5] - [4] | [7] = [4] / [2] | [8] | [9] = [8] / [2] | [10] = [8] / [6] |
| 09/30/2014 | 18,150.00 | 24 | - | - | 18,150.00 | 0.00% | 6,811.68 | 37.53% | 37.53% |
| 12/31/2014 | 18,150.00 | 23 | - | - | 18,150.00 | 0.00% | 7,432.80 | 40.95% | 40.95% |
| 03/31/2015 | 18,150.00 | 22 | - | - | 18,150.00 | 0.00% | 7,003.43 | 38.59% | 38.59% |
| 06/30/2015 | 18,150.00 | 20 | - | - | 18,150.00 | 0.00% | 7,692.62 | 42.38% | 42.38% |
| 09/30/2015 | 18,150.00 | 25 | - | - | 18,150.00 | 0.00% | 7,361.76 | 40.56% | 40.56% |
| 12/31/2015 | 18,150.00 | 26 | - | - | 18,150.00 | 0.00% | 8,369.38 | 46.11% | 46.11% |
| 03/31/2016 | 18,150.00 | 24 | - | - | 18,150.00 | 0.00% | 7,609.87 | 41.93% | 41.93% |
| 06/30/2016 | 18,150.00 | 26 | - | - | 18,150.00 | 0.00% | 7,940.36 | 43.75% | 43.75% |
| 09/30/2016 | 18,150.00 | 29 | - | - | 18,150.00 | 0.00% | 6,451.68 | 35.55% | 35.55% |
| 12/31/2016 | 18,150.00 | 28 | - | - | 18,150.00 | 0.00% | 7,230.84 | 39.84% | 39.84% |
| 03/31/2017 | 18,150.00 | 29 | - | - | 18,150.00 | 0.00% | 5,705.82 | 31.44% | 31.44% |
| 06/30/2017 | 18,150.00 | 27 | - | - | 18,150.00 | 0.00% | 7,046.71 | 38.82% | 38.82% |
| 09/30/2017 | 18,150.00 | 32 | - | - | 18,150.00 | 0.00% | 6,968.76 | 38.40% | 38.40% |
| 12/31/2017 | 18,150.00 | 25 | - | - | 18,150.00 | 0.00% | 6,367.90 | 35.08% | 35.08% |
| 03/31/2018 | 18,150.00 | 28 | - | - | 18,150.00 | 0.00% | 7,115.74 | 39.21% | 39.21% |
| 06/30/2018 | 18,150.00 | 23 | - | - | 18,150.00 | 0.00% | 6,534.52 | 36.00% | 36.00% |
| 09/30/2018 | 18,150.00 | 24 | - | - | 18,150.00 | 0.00% | 6,840.83 | 37.69% | 37.69% |
| 12/31/2018 | 18,150.00 | 19 | - | - | 18,150.00 | 0.00% | 5,739.61 | 31.62% | 31.62% |
| 03/31/2019 | 18,150.00 | 22 | - | - | 18,150.00 | 0.00% | 6,236.68 | 34.36% | 34.36% |

| Date | Shares Outstanding (in 000s) | Total Institutions Owning Stock | Insider Holdings (in 000s) | Short Interest (in 000s) | Public Float (in 000s) | Insider Holdings as % of Shares Outstanding | Institutional Holdings (in 000s) | Institutional Holdings as % of Shares Outstanding | Institutional Holdings as % of Public Float |
|---|---|---|---|---|---|---|---|---|---|
| Total Institutions over Class Period: | | 56 | | | Class Period Average: | 0.00% | | 38.41% | 38.41% |

Data Sources: SEC Filings, Bloomberg, Factset

**EXHIBIT 10A-3**

### CBL Series E Preferred Stock Shares Outstanding, Insider Holdings, and Institutional Holdings

| Date | Shares Outstanding (in 000s) | Total Institutions Owning Stock | Insider Holdings (in 000s) | Short Interest (in 000s) | Public Float (in 000s) | Insider Holdings as % of Shares Outstanding | Institutional Holdings (in 000s) | Institutional Holdings as % of Shares Outstanding | Institutional Holdings as % of Public Float |
|---|---|---|---|---|---|---|---|---|---|
| [1] | [2] | [3] | [4] | [5] | [6] = [2] + [5] - [4] | [7] = [4] / [2] | [8] | [9] = [8] / [2] | [10] = [8] / [6] |
| 09/30/2014 | 6,900.00 | 13 | - | - | 6,900.00 | 0.00% | 1,323.69 | 19.18% | 19.18% |
| 12/31/2014 | 6,900.00 | 15 | - | - | 6,900.00 | 0.00% | 1,379.02 | 19.99% | 19.99% |
| 03/31/2015 | 6,900.00 | 16 | - | - | 6,900.00 | 0.00% | 1,528.46 | 22.15% | 22.15% |
| 06/30/2015 | 6,900.00 | 17 | - | - | 6,900.00 | 0.00% | 1,886.13 | 27.34% | 27.34% |
| 09/30/2015 | 6,900.00 | 17 | - | - | 6,900.00 | 0.00% | 2,172.67 | 31.49% | 31.49% |
| 12/31/2015 | 6,900.00 | 18 | - | - | 6,900.00 | 0.00% | 2,491.76 | 36.11% | 36.11% |
| 03/31/2016 | 6,900.00 | 16 | - | - | 6,900.00 | 0.00% | 1,450.67 | 21.02% | 21.02% |
| 06/30/2016 | 6,900.00 | 14 | - | - | 6,900.00 | 0.00% | 1,563.78 | 22.66% | 22.66% |
| 09/30/2016 | 6,900.00 | 16 | - | - | 6,900.00 | 0.00% | 1,426.73 | 20.68% | 20.68% |
| 12/31/2016 | 6,900.00 | 14 | - | - | 6,900.00 | 0.00% | 1,841.16 | 26.68% | 26.68% |
| 03/31/2017 | 6,900.00 | 16 | - | - | 6,900.00 | 0.00% | 1,545.00 | 22.39% | 22.39% |
| 06/30/2017 | 6,900.00 | 18 | - | - | 6,900.00 | 0.00% | 1,758.39 | 25.48% | 25.48% |
| 09/30/2017 | 6,900.00 | 19 | - | - | 6,900.00 | 0.00% | 1,289.06 | 18.68% | 18.68% |
| 12/31/2017 | 6,900.00 | 16 | - | - | 6,900.00 | 0.00% | 1,722.23 | 24.96% | 24.96% |
| 03/31/2018 | 6,900.00 | 13 | - | - | 6,900.00 | 0.00% | 1,189.73 | 17.24% | 17.24% |
| 06/30/2018 | 6,900.00 | 12 | - | - | 6,900.00 | 0.00% | 1,702.76 | 24.68% | 24.68% |
| 09/30/2018 | 6,900.00 | 12 | - | - | 6,900.00 | 0.00% | 1,406.23 | 20.38% | 20.38% |
| 12/31/2018 | 6,900.00 | 12 | - | - | 6,900.00 | 0.00% | 1,763.11 | 25.55% | 25.55% |
| 03/31/2019 | 6,900.00 | 11 | - | - | 6,900.00 | 0.00% | 1,488.12 | 21.57% | 21.57% |

| Date | Shares Outstanding (in 000s) | Total Institutions Owning Stock | Insider Holdings (in 000s) | Short Interest (in 000s) | Public Float (in 000s) | Insider Holdings as % of Shares Outstanding | Institutional Holdings (in 000s) | Institutional Holdings as % of Shares Outstanding | Institutional Holdings as % of Public Float |
|---|---|---|---|---|---|---|---|---|---|
| **Total Institutions over Class Period:** | | **37** | | | **Class Period Average:** | **0.00%** | | **23.59%** | **23.59%** |

Data Sources: SEC Filings, Bloomberg, Factset

## Institutions that Held CBL Common Stock at Some Point During the Class Period

| | | | |
|---|---|---|---|
| 1 | 1919 Investment Counsel LLC | 402 | Koch Industries, Inc. (Investment Management) |
| 2 | 6 Meridian LLC | 403 | LPL Financial LLC |
| 3 | A. Montag & Associates, Inc. | 404 | LS Investment Advisors LLC |
| 4 | A.R.T. Advisors LLC | 405 | LSV Asset Management |
| 5 | ABN AMRO Investment Solutions SA | 406 | LaSalle Investment Management Securities LLC |
| 6 | AEW Capital Management LP | 407 | Lamashkia Mutual Funds Management Co. (1982) Ltd. |
| 7 | AGF Investments LLC | 408 | Land & Buildings Investment Management LLC |
| 8 | AGF Investments, Inc. | 409 | Landscape Capital Management LLC |
| 9 | AJO LP | 410 | Laurion Capital Management LP |
| 10 | ALPS Advisors, Inc. | 411 | Lazard Asset Management LLC |
| 11 | AMP Capital Investors Ltd. | 412 | Ledyard National Bank (Investment Management) |
| 12 | APG Asset Management NV | 413 | Legal & General Investment Management America, Inc. |
| 13 | APG Asset Management US, Inc. | 414 | Legal & General Investment Management Ltd. |
| 14 | AQR Capital Management LLC | 415 | Leucadia Asset Management LLC |
| 15 | AXA Investment Managers (Paris) SA | 416 | Livingston Group Asset Management Co. |
| 16 | AXA Investment Managers UK Ltd. | 417 | LoCorr Fund Management LLC |
| 17 | AXA Rosenberg Investment Management LLC | 418 | Loomis, Sayles & Co. LP |
| 18 | Aberdeen Asset Managers Ltd. | 419 | Los Angeles Capital Management LLC |
| 19 | Absa Asset Management Pty Ltd. (Investment Management) | 420 | Louisiana State Employees' Retirement System |
| 20 | Absolute Return Capital LLC | 421 | MML Investment Advisers LLC |
| 21 | Acadian Asset Management LLC | 422 | MML Investors Services LLC |
| 22 | Acrospire Investment Management LLC | 423 | MSI Financial Services, Inc. |
| 23 | Ada Investment Management LP | 424 | MUFG Union Bank, NA |
| 24 | Adams Asset Advisors LLC | 425 | MacKay Shields LLC |
| 25 | Advance Capital Management, Inc. | 426 | Mackenzie Financial Corp. |
| 26 | Advantage Investment Management LLC | 427 | Macquarie Investment Management Austria Kapitalanlage AG |

| | | | | |
|---|---|---|---|---|
| 27 | Advisors Asset Management, Inc. | 428 | Macquarie Investment Management Business Trust |
| 28 | Advisory Services Network LLC | 429 | Macquarie Investment Management Ltd. |
| 29 | Alaska Retirement Management Board | 430 | Magnus Financial Group LLC |
| 30 | Alberta Investment Management Corp. | 431 | Mairs & Power, Inc. |
| 31 | Alera Investment Advisors LLC | 432 | Mana Advisors LLC |
| 32 | Algebris (UK) Ltd. | 433 | Managed Account Advisors LLC |
| 33 | AllianceBernstein Japan Ltd. | 434 | Manning & Napier Advisors LLC |
| 34 | AllianceBernstein LP | 435 | Manulife Investment Management (US) LLC |
| 35 | Allianz Global Investors GmbH | 436 | Manulife Investment Management Ltd. |
| 36 | Allianz Global Investors U.S. LLC | 437 | Marshall Wace LLP |
| 37 | Allianz Investment Management LLC | 438 | Marshall Wace North America LP |
| 38 | Allspring Global Investments LLC | 439 | Martingale Asset Management LP |
| 39 | AlphaCrest Capital Management LLC | 440 | Mason Street Advisors LLC |
| 40 | Alpine Global Management LLC | 441 | Massachusetts Financial Services Co. |
| 41 | Alpine Woods Capital Investors LLC | 442 | McMorgan & Co. LLC |
| 42 | Altshuler Shaham Investments House Ltd. | 443 | Meadow Creek Investment Management LLC |
| 43 | Altshuler Shaham Mutual Funds Management Ltd. | 444 | Mediobanca SGR SpA |
| 44 | Alumot Sprint Mutual Funds Management Ltd. | 445 | Meeder Asset Management, Inc. |
| 45 | Amalgamated Bank (Investment Management) | 446 | Meitav Tachlit Mutual Funds Ltd. |
| 46 | American Assets Capital Advisers LLC | 447 | Mellon Investments Corp. |
| 47 | American Assets Investment Management LLC | 448 | Menta Capital LLC |
| 48 | American Beacon Advisors, Inc. | 449 | Mercer Global Advisors, Inc. |
| 49 | American Century Investment Management, Inc. | 450 | Merian Global Investors (UK) Ltd. |
| 50 | American Trust Investment Advisors LLC | 451 | Meritage Portfolio Management, Inc. |
| 51 | Ameritas Investment Partners, Inc. | 452 | Merrill Lynch International (Investment Management) |
| 52 | Amica Mutual Insurance Co. (Investment Portfolio) | 453 | Merrill Lynch, Pierce, Fenner & Smith, Inc. (Invt Mgmt) |
| 53 | Amity Advisers LLC | 454 | Merriman Wealth Management LLC |
| 54 | Amundi Asset Management SA (Investment Management) | 455 | MetLife Investment Management LLC |
| 55 | Amundi Asset Management US, Inc. | 456 | Metropolitan Life Insurance Co. (Investment Portfolio) |
| 56 | Amundi Japan Ltd. | 457 | Miles Capital, Inc. |
| 57 | Analytic Investors LLC | 458 | Milleis Investissements SA |

Case 1:19-cv-00181-JRG-CHS   Document 166-1   Filed 08/18/22   Page 114 of 151
PageID #: 2511

| | | | | |
|---|---|---|---|---|
| 58 | Anchor Capital Advisors LLC | | 459 | Millennium Management LLC |
| 59 | Aperio Group LLC | | 460 | Miller Value Partners LLC |
| 60 | Arbiter Partners Capital Management LLC | | 461 | Milliman Financial Risk Management LLC |
| 61 | Argonaut Management LP | | 462 | Mirador Capital Partners LP |
| 62 | Arizona State Retirement System | | 463 | MissionSquare Investments |
| 63 | Arrow Investment Advisors LLC | | 464 | Mitsubishi UFJ Kokusai Asset Management Co., Ltd. |
| 64 | Arrowstreet Capital LP | | 465 | Mizuho Trust & Banking Co., Ltd. (Investment Management) |
| 65 | Asset Management One Co., Ltd. | | 466 | Morgan Stanley & Co. International Plc |
| 66 | Asset Management One International Ltd. | | 467 | Morgan Stanley & Co. LLC |
| 67 | AssetMark, Inc. | | 468 | Morgan Stanley AIP GP LP |
| 68 | AthenaInvest Advisors LLC | | 469 | Morgan Stanley Investment Management Co. |
| 69 | BB&T Investment Services, Inc. | | 470 | Morgan Stanley Investment Management, Inc. |
| 70 | BMO Asset Management Corp. | | 471 | Morgan Stanley Smith Barney LLC (Investment Management) |
| 71 | BMO Asset Management, Inc. | | 472 | Motif Capital Management, Inc. |
| 72 | BMO Asset Managers Ltd. | | 473 | Mountain Lake Investment Management LLC |
| 73 | BNP PARIBAS ASSET MANAGEMENT Netherlands NV | | 474 | Mraz, Amerine & Associates, Inc. |
| 74 | BNP Paribas Arbitrage SNC | | 475 | Mutual of America Capital Management LLC |
| 75 | BNP Paribas Asset Management Belgium SA | | 476 | NEXT Financial Group, Inc. |
| 76 | BNP Paribas Asset Management France SAS | | 477 | NFJ Investment Group LLC /Old/ |
| 77 | BNY Mellon Capital Markets LLC | | 478 | NISA Investment Advisors LLC |
| 78 | BNY Mellon Investment Adviser, Inc. | | 479 | NN Investment Partners BV |
| 79 | BOKF, NA (Investment Management) | | 480 | NWAM LLC |
| 80 | Bailard, Inc. | | 481 | National Asset Management, Inc. |
| 81 | Balyasny Asset Management LP | | 482 | National Planning Corp. |
| 82 | Bank of America, NA (Private Banking) | | 483 | Nationwide Fund Advisors |
| 83 | Bank of Hawaii (Asset Management) | | 484 | Natixis Investment Managers International SA |
| 84 | Bank of Singapore Ltd. | | 485 | Neuberger Berman Breton Hill ULC |
| 85 | Bankinter Gestion de Activos SA SGIIC | | 486 | Neuberger Berman Investment Advisers LLC |
| 86 | Banque Lombard Odier & Cie SA (Investment Management) | | 487 | Neuburgh Advisers LLC |
| 87 | Barclays Bank (Suisse) SA | | 488 | New Amsterdam Partners LLC |
| 88 | Barclays Bank Plc (Investment Management) | | 489 | New Mexico Educational Retirement Board |

| | | | | |
|---|---|---|---|---|
| 89 | Barclays Bank Plc (Private Banking Singapore) | | 490 | New York Life Investment Management LLC |
| 90 | Barclays Bank Plc (Private Banking) | | 491 | New York State Common Retirement Fund |
| 91 | Barclays Capital Securities Ltd. | | 492 | New York State Teachers Retirement System |
| 92 | Barclays Capital, Inc. | | 493 | NewEdge Advisors LLC |
| 93 | Barclays Investment Solutions Ltd. | | 494 | Newton Investment Management North America LLC |
| 94 | Barings LLC | | 495 | NexPoint Advisors LP |
| 95 | Barnett & Co., Inc. | | 496 | Nikko Asset Management Co., Ltd. |
| 96 | Barrow, Hanley, Mewhinney & Strauss LLC | | 497 | Nine Chapters Capital Management LLC |
| 97 | Bayesian Capital Management LP | | 498 | Nissay Asset Management Corp. |
| 98 | Baystate Wealth Management LLC | | 499 | Nomura Asset Management Co., Ltd. |
| 99 | Beach Point Capital Management LP | | 500 | Nomura Securities Co., Ltd. (Private Banking) |
| 100 | Bellwether Investment Group LLC | | 501 | Nordea Investment Management AB (Denmark) |
| 101 | Benjamin F. Edwards & Co., Inc. | | 502 | Norges Bank Investment Management |
| 102 | Bessemer Investment Management LLC | | 503 | North Star Investment Management Corp. |
| 103 | BetaShares Capital Ltd. | | 504 | Northern Trust Global Investments Ltd. |
| 104 | Bienville Capital Management LLC | | 505 | Northern Trust Investments, Inc.(Investment Management) |
| 105 | Billings Capital Management LLC | | 506 | Numeric Investors LLC |
| 106 | BlackRock Advisors (UK) Ltd. | | 507 | NumerixS Investment Technologies Inc. |
| 107 | BlackRock Advisors LLC | | 508 | Nuveen Asset Management LLC |
| 108 | BlackRock Asset Management Canada Ltd. | | 509 | Nykredit Bank A/S (Investment Management) |
| 109 | BlackRock Asset Management North Asia Ltd. | | 510 | O'Shaughnessy Asset Management LLC |
| 110 | BlackRock Asset Management Schweiz AG | | 511 | O.M.F. Orion Mutual Funds Management Co. Ltd. |
| 111 | BlackRock Financial Management, Inc. | | 512 | OMERS Administration Corp. |
| 112 | BlackRock Fund Advisors | | 513 | Ohio Public Employees Retirement System |
| 113 | BlackRock Investment Management (Australia) Ltd. | | 514 | Old Mutual Customised Solutions (Pty) Ltd. |
| 114 | BlackRock Investment Management (UK) Ltd. | | 515 | Old Mutual Investment Group (Pty) Ltd. |
| 115 | BlackRock Investment Management LLC | | 516 | OppenheimerFunds, Inc. |
| 116 | BlackRock Japan Co., Ltd. | | 517 | Optimum Investment Advisors LLC |
| 117 | Blackstone Alternative Investment Advisors LLC | | 518 | Orinda Asset Management LLC |
| 118 | BlueCrest Capital Management (UK) LLP | | 519 | OxFORD Asset Management LLP |
| 119 | Bluefin Capital Management LLC | | 520 | PDT Partners LLC |

| | | | | |
|---|---|---|---|---|
| 120 | Booth Park Capital Management LLC | | 521 | PGGM Vermogensbeheer BV |
| 121 | Boothbay Fund Management LLC | | 522 | PGIM Quantitative Solutions LLC |
| 122 | Boston Advisors LLC | | 523 | PGIM, Inc. |
| 123 | Boulegeris Investments, Inc. | | 524 | PNC Bank, NA (Investment Management) |
| 124 | Boutique Investment Partners (Pty) Ltd. | | 525 | PVG Asset Management Corp. |
| 125 | Bowling Portfolio Management LLC | | 526 | Pacer Advisors, Inc. |
| 126 | Bramshill Investments LLC | | 527 | Pacific Global Investment Management Co. |
| 127 | Brandywine Global Investment Management LLC | | 528 | Pacific Investment Management Co. LLC |
| 128 | Brevan Howard Asset Management LLP | | 529 | Paloma Partners Management Co. |
| 129 | Bridge Fund Managers (Pty) Ltd. | | 530 | PanAgora Asset Management, Inc. |
| 130 | Bridgecreek Investment Management LLC | | 531 | Paradigm Asset Management Co. LLC |
| 131 | Bridgewater Associates LP | | 532 | Parallax Volatility Advisers LP |
| 132 | Bridgeway Capital Management LLC | | 533 | Parallel Advisors LLC |
| 133 | Brookfield Public Securities Group LLC | | 534 | Parametric Portfolio Associates LLC |
| 134 | Brookstone Capital Management LLC | | 535 | Parkside Financial Bank & Trust (Investment Management) |
| 135 | Bruderman Asset Management LLC | | 536 | Parkwood LLC |
| 136 | CAMG Solamere Management LLC | | 537 | Parsec Financial Management, Inc. |
| 137 | CBRE Investment Management Listed Real Assets LLC | | 538 | Partners Group AG |
| 138 | CCM Partners LP | | 539 | Payden & Rygel |
| 139 | CI Investments, Inc. | | 540 | Peak6 Capital Management LLC |
| 140 | CIBC Asset Management, Inc. | | 541 | Pearl River Capital LLC |
| 141 | CONCERT Wealth Management, Inc. | | 542 | Pendal Group Ltd. (Investment Management) |
| 142 | CWM Advisors LLC | | 543 | Pennsylvania Public School Employees Retirement System |
| 143 | CWM LLC | | 544 | Penserra Capital Management LLC |
| 144 | Cable Hill Partners LLC | | 545 | Pension Reserves Investment Management Board |
| 145 | Cadence Capital Management LLC | | 546 | People's United Advisors, Inc. |
| 146 | California State Teachers' Retirement System | | 547 | Perella Weinberg Partners Capital Management LP |
| 147 | Callan LLC | | 548 | Perpetual Investment Management Ltd. |
| 148 | Cambridge Investment Research Advisors, Inc. | | 549 | Piedmont Investment Advisors, Inc. |
| 149 | Canada Life Investment Management Ltd. | | 550 | Piermont Capital Management LLC |
| 150 | Canada Pension Plan Investment Board | | 551 | Piershale Financial Group, Inc. |

| | | | |
|---|---|---|---|
| 151 | CapWealth Advisors LLC | 552 | PineBridge Investments Asia Ltd. |
| 152 | Capital Analysts LLC | 553 | PineBridge Investments LLC |
| 153 | Capital Fund Management SA | 554 | Pinnacle Bank (Private Banking) (Beatrice, Nebraska) |
| 154 | Capital Guardian Trust Co. | 555 | Point72 Asset Management LP |
| 155 | Caption Management LLC | 556 | Prelude Capital Management LLC |
| 156 | Carne Global Fund Managers (Ireland) Ltd. | 557 | Premia Global Advisors LLC |
| 157 | Carroll Financial Associates, Inc. | 558 | Price Capital Management, Inc. |
| 158 | Catalyst Capital Advisors LLC | 559 | Princeton Alpha Management LP |
| 159 | Cavanal Hill Investment Management, Inc. | 560 | Principal Global Investors LLC |
| 160 | Caxton Associates LP | 561 | Principal Real Estate Investors LLC |
| 161 | CenterSquare Investment Management LLC | 562 | Private Advisor Group LLC |
| 162 | CenterSquare Investment Management, Inc. | 563 | ProFund Advisors LLC |
| 163 | Centerpoint Advisors LLC | 564 | ProShare Advisors LLC |
| 164 | Central Trust Co. (Missouri) | 565 | Proficio Capital Partners LLC |
| 165 | Century Capital Management LLC | 566 | Providence Capital Advisors LLC |
| 166 | Cetera Advisor Networks LLC | 567 | Putnam Investment Management LLC |
| 167 | Charles Schwab Investment Management, Inc. | 568 | Pzena Investment Management LLC |
| 168 | Checchi Capital Advisers LLC | 569 | QS Investors LLC |
| 169 | Chicago Equity Partners LLC | 570 | Quad-Cities Investment Group LLC |
| 170 | China Southern Asset Management Co., Ltd. | 571 | Quadrant Capital Group LLC |
| 171 | Cipher Capital LP | 572 | Quadrature Capital Ltd. |
| 172 | Citadel Advisors LLC | 573 | Quantbot Technologies LP |
| 173 | Citigroup Global Markets, Inc. (Broker) | 574 | Quantitative Investment Management LLC |
| 174 | Citigroup Global Markets, Inc. (Investment Management) | 575 | Quantitative Systematic Strategies LLC |
| 175 | City National Rochdale LLC | 576 | Quants Vermogensmanagement AG |
| 176 | Clear Street Markets LLC | 577 | Qube Research & Technologies Ltd. |
| 177 | ClearBridge Investments LLC | 578 | Quintet Private Bank (Europe) S.A. |
| 178 | Cliffwater Investments LLC | 579 | R&F Capital Advisors LP |
| 179 | Clinton Group, Inc. | 580 | R.H. Bluestein & Co. LLC |
| 180 | Cohen & Steers Capital Management, Inc. | 581 | RBC Capital Markets LLC (Investment Management) |
| 181 | Coldstream Capital Management, Inc. | 582 | RBC Dominion Securities, Inc. |

| | | | |
|---|---|---|---|
| 182 | Colorado Public Employees' Retirement Association | 583 | RBC Dominion Securities, Inc. (Investment Management) |
| 183 | Columbia Management Investment Advisers LLC | 584 | RBC Global Asset Management, Inc. |
| 184 | Columbia Wanger Asset Management LLC | 585 | RBC Private Counsel (USA), Inc. |
| 185 | Comerica Bank (Investment Management Texas) | 586 | RM Sincerbeaux Capital Management LLC |
| 186 | Commonwealth Equity Services LLC | 587 | RMR Advisors LLC |
| 187 | Community Capital Management, Inc. | 588 | RREEF America LLC |
| 188 | Connor, Clark & Lunn Investment Management Ltd. | 589 | Rafferty Asset Management LLC |
| 189 | Consultinvest Asset Management SGR SpA | 590 | Ramsey Quantitative Systems, Inc. |
| 190 | Contrarius Investment Management Ltd. | 591 | Rational Advisors, Inc. |
| 191 | Convergence Investment Partners LLC | 592 | Raymond James & Associates, Inc. (Invt Mgmt) |
| 192 | Convergent Wealth Advisors LLC | 593 | Raymond James Financial Services Advisors, Inc. |
| 193 | Cooke & Bieler LP | 594 | Redpoint Investment Management Pty Ltd. |
| 194 | Copeland Capital Management LLC | 595 | Regal Investment Advisors LLC |
| 195 | CornerCap Investment Counsel, Inc. | 596 | Regions Investment Management, Inc. |
| 196 | Cornerstone Advisors, Inc. (Washington) | 597 | Rehmann Capital Advisory Group LLC |
| 197 | Counterpoint Boutique (Pty) Ltd. | 598 | Renaissance Technologies LLC |
| 198 | Cozad Asset Management, Inc. | 599 | Research Affiliates LLC |
| 199 | Creative Financial Designs, Inc. | 600 | Resona Asset Management Co., Ltd. |
| 200 | Creative Planning LLC | 601 | Resource Real Estate LLC (Investment Management) |
| 201 | Credit Suisse AG | 602 | Resources Investment Advisors LLC |
| 202 | Credit Suisse AG (Broker) | 603 | RhumbLine Advisers LP |
| 203 | Credit Suisse Asset Management (Schweiz) AG | 604 | Risk Paradigm Group LLC |
| 204 | Credit Suisse International (Investment Management) | 605 | RiverFront Investment Group LLC |
| 205 | Credit Suisse Securities (Europe) Ltd. | 606 | Riverhead Capital Management LLC |
| 206 | Credit Suisse Securities (USA) LLC (Broker) | 607 | Robeco Institutional Asset Management BV |
| 207 | Cresset Asset Management LLC | 608 | Roble Belko & Co., Inc |
| 208 | Crossmark Global Investments, Inc. | 609 | Rockefeller & Co. LLC |
| 209 | Csenge Advisory Group LLC | 610 | Rotella Capital Management, Inc. |
| 210 | Cubist Systematic Strategies LLC | 611 | Royal Alliance Associates, Inc. (Investment Management) |
| 211 | Cutler Group LP | 612 | Royce & Associates LP |
| 212 | D. E. Shaw & Co. LP | 613 | Russell Investment Management LLC |

Case 1:19-cv-00181-JRG-CHS   Document 166-1   Filed 08/18/22   Page 119 of 151
PageID #: 2516

| 213 | D.A. Davidson & Co. (Investment Management) | 614 | Russell Investments Canada Ltd. |
| 214 | DBX Advisors LLC | 615 | Russell Investments Ltd. |
| 215 | DJE Kapital AG | 616 | SEB Investment Management AB |
| 216 | DSM Pension Services BV | 617 | SECOR Capital Advisors LP |
| 217 | DWS Investment GmbH | 618 | SEI Investments Management Corp. |
| 218 | DWS Investment Management Americas, Inc. | 619 | SG Americas Securities LLC |
| 219 | DWS Investments (UK) Ltd. | 620 | SSN Advisory, Inc. |
| 220 | Daiwa Asset Management Co. Ltd. | 621 | SSgA Funds Management, Inc. |
| 221 | Danske Bank A/S (Investment Management) | 622 | SagePoint Financial, Inc. (Investment Management) |
| 222 | Davis Selected Advisers LP | 623 | San Francisco Sentry Investment Group, Inc. |
| 223 | Deere & Co. (Investment Management) | 624 | Sanders Morris Harris LLC (Investment Management) |
| 224 | Denali Advisors LLC | 625 | Santander Asset Management UK Ltd. |
| 225 | Deutsche Bank Securities, Inc. | 626 | Sapphire Star Capital LLC |
| 226 | Dialectic Capital Management LP | 627 | Schroder Investment Management (Switzerland) AG |
| 227 | Dimensional Fund Advisors LP | 628 | Schroder Investment Management Ltd. |
| 228 | Dimensional Fund Advisors Ltd. | 629 | Schroder Investment Management North America, Inc. |
| 229 | Donoghue Forlines LLC | 630 | Schulhoff & Co., Inc. |
| 230 | Doyle Wealth Management LLC | 631 | Schweizerische Nationalbank (Investment Portfolio) |
| 231 | Dreman Value Management LLC | 632 | SeaCrest Wealth Management LLC |
| 232 | Driehaus Capital Management LLC | 633 | Securian Asset Management, Inc. |
| 233 | DuPont Capital Management Corp. | 634 | Securities America Advisors, Inc. |
| 234 | Dynamic Capital Management Ltd. | 635 | Security Capital Research & Management, Inc. |
| 235 | Dynamic Technology Lab Pte Ltd. | 636 | Security Investors LLC |
| 236 | EII Capital Management, Inc. | 637 | Segall Bryant & Hamill LLC |
| 237 | EQIS Capital Management, Inc. | 638 | Sentinel Trust Co. |
| 238 | Element Capital Management LLC | 639 | Sheaff Brock Investment Advisors LLC |
| 239 | Elkfork Partners LLC | 640 | Shell Asset Management Company BV |
| 240 | Elkhorn Investments LLC | 641 | Signator Investors, Inc. |
| 241 | Ellington Management Group LLC | 642 | SignatureFD LLC |
| 242 | Employees Retirement System of Texas | 643 | Silverleafe Capital Partners LLC |
| 243 | Endurance Wealth Management, Inc. | 644 | Simplex Trading LLC |

| | | | | |
|---|---|---|---|---|
| 244 | Engineers Gate Manager LP | | 645 | Skagen AS (Investment Management) |
| 245 | Enterprise Bank & Trust (Missouri) | | 646 | Smith Asset Management Group LP |
| 246 | Envestnet Asset Management, Inc. | | 647 | Sound Income Strategies LLC |
| 247 | Equitable Investment Management Group LLC | | 648 | Spirit of America Management Corp. |
| 248 | Equity Armor Investments LLC | | 649 | Spot Trading LLC |
| 249 | Ergoteles LLC | | 650 | Sprott Asset Management LP |
| 250 | Etoile Gestion SA | | 651 | Squar Milner Financial Services LLC |
| 251 | Eurizon Capital SGR SpA | | 652 | Squarepoint OPS LLC |
| 252 | Euromobiliare Asset Management SGR SpA | | 653 | Standard Life Investments (USA) Ltd. |
| 253 | Evercore Wealth Management LLC | | 654 | Starwood Real Estate Securities LLC |
| 254 | Everence Capital Management, Inc. | | 655 | State Board of Administration of Florida Retirement System |
| 255 | Everett Capital Advisors UK LLP | | 656 | State Street Global Advisors Ltd. |
| 256 | Evergreen Capital Management LLC | | 657 | State Teachers Retirement System of Ohio |
| 257 | FIAM LLC | | 658 | State of Wisconsin Investment Board |
| 258 | FIL Gestion SASU | | 659 | Steel Canyon Capital LLC |
| 259 | FIL Investment Advisors (UK) Ltd. | | 660 | Stephens Investment Management Group LLC |
| 260 | FIL Investment Management (Hong Kong) Ltd. | | 661 | Sterling Capital Management LLC |
| 261 | FSC Securities Corp. | | 662 | Sterne Agee Asset Management, Inc. |
| 262 | Farallon Capital Management LLC | | 663 | Stevens Capital Management LP |
| 263 | Farmers & Merchants Investment, Inc. (Invt Mgmt) | | 664 | Stifel Nicolaus & Co., Inc. (Investment Management) |
| 264 | Federated Global Investment Management Corp. | | 665 | Stone Ridge Asset Management LLC |
| 265 | Federated Investment Management Co. | | 666 | Strategic Advisers LLC |
| 266 | Fidelity Investments Canada ULC | | 667 | Strategic Capital Alternatives LLC |
| 267 | Fidelity Management & Research Co. LLC | | 668 | Stratos Wealth Partners Ltd. |
| 268 | Fiduciary Trust International LLC | | 669 | Sumitomo Mitsui DS Asset Management Co., Ltd. |
| 269 | Fiera Capital Corp. (Investment Management) | | 670 | Sumitomo Mitsui Trust Asset Management Co., Ltd. |
| 270 | Fifth Third Bank, NA (Investment Management) | | 671 | Summit Trail Advisors LLC |
| 271 | Financial Architects, Inc. | | 672 | SunAmerica Asset Management LLC |
| 272 | Financial Gravity Asset Management, Inc. | | 673 | Susquehanna Financial Group LLLP |
| 273 | First Allied Advisory Services, Inc. | | 674 | Susquehanna Investment Group LLC |
| 274 | First City Capital Management, Inc. | | 675 | Synovus Securities, Inc. |

| | | | |
|---|---|---|---|
| 275 | First Horizon Advisors, Inc. | 676 | Synovus Trust Co. NA (Investment Management) |
| 276 | First Manhattan Co. | 677 | Systematic Financial Management LP |
| 277 | First Quadrant LLC | 678 | T. Rowe Price Associates, Inc. (Investment Management) |
| 278 | First Republic Investment Management, Inc. | 679 | TCI Wealth Advisors, Inc. |
| 279 | First Sentier Investors (Australia) IM Ltd. | 680 | TD Asset Management, Inc. |
| 280 | First Trust Advisors LP | 681 | TFS Capital LLC |
| 281 | Flexible Plan Investments Ltd. | 682 | THEAM SAS |
| 282 | Foresters Investment Management Co., Inc. | 683 | TIAA-CREF Investment Management LLC |
| 283 | Forsta AP-fonden | 684 | TIFF Advisory Services, Inc. |
| 284 | Fort Washington Investment Advisors, Inc. | 685 | TOBAM SAS |
| 285 | Forward Management LLC | 686 | Taishin Securities Investment Trust Co., Ltd. |
| 286 | Founders Financial Securities LLC | 687 | Teacher Retirement System of Texas |
| 287 | Foundry Partners LLC (Minnesota) | 688 | Teachers Advisors LLC |
| 288 | Fox Run Management LLC | 689 | Teachers Retirement System of the State of Kentucky |
| 289 | Franklin Advisers, Inc. | 690 | Tennessee Consolidated Retirement System |
| 290 | Franklin Templeton Institutional LLC | 691 | Texas Permanent School Fund (Investment Management) |
| 291 | Fubon Asset Management Co., Ltd. | 692 | Thames River Capital LLP |
| 292 | Fuller & Thaler Asset Management, Inc. | 693 | The Bank of New York Mellon Corp. (Investment Management) |
| 293 | Fund Development & Advisory AG | 694 | The Bank of New York Mellon Corp. (Wealth Management) |
| 294 | G Squared Capital LLP | 695 | The Boston Company Asset Management LLC |
| 295 | G1 Execution Services LLC | 696 | The California Public Employees Retirement System |
| 296 | GAM Investment Management (Switzerland) AG | 697 | The Independent Order Foresters Usb (Investment Portfolio) |
| 297 | GF Fund Management Co., Ltd. | 698 | The Municipal Employees' Retirement System of Michigan |
| 298 | GRS Advisors LLC | 699 | The Northwestern Mutual Life Insurance Co. (Invt Port) |
| 299 | GSA Capital Partners LLP | 700 | The Oregon Investment Council |
| 300 | GSI Capital Advisors LLC | 701 | The Patriot Financial Group Insurance Agency LLC |
| 301 | GW&K Investment Management LLC | 702 | The Patten Group, Inc. |
| 302 | Gateway Investment Advisers LLC | 703 | The Public Sector Pension Investment Board |
| 303 | General Motors Investment Management Corp. | 704 | The Renaissance Group LLC |
| 304 | Genesee Valley Trust Co. | 705 | The TLP Group LLC |
| 305 | Geode Capital Management LLC | 706 | The Trust Company of Toledo, NA (Investment Management) |

| | | | | |
|---|---|---|---|---|
| 306 | Gerstein, Fisher & Associates, Inc. | | 707 | The Vanguard Group, Inc. |
| 307 | Glassman Wealth Services LLC | | 708 | Thomas White International Ltd. |
| 308 | Glen Harbor Capital Management LLC | | 709 | Thompson, Siegel & Walmsley LLC |
| 309 | Glenmede Investment Management LP | | 710 | Thornburg Investment Management, Inc. |
| 310 | Global Endowment Management LP | | 711 | Thrivent Asset Management LLC |
| 311 | Global X Management Co. LLC | | 712 | Thrivent Investment Management, Inc. |
| 312 | GlobeFlex Capital LP | | 713 | Tibra Capital Pty Ltd. |
| 313 | Golden Capital Management LLC | | 714 | Timber Hill LLC |
| 314 | Goldman Sachs & Co. LLC (Private Banking) | | 715 | Tocqueville Asset Management LP |
| 315 | Goldman Sachs Asset Management (Singapore) Pte. Ltd. | | 716 | Tourbillon Capital Partners LP |
| 316 | Goldman Sachs Asset Management International | | 717 | Tower Research Capital LLC |
| 317 | Goldman Sachs Asset Management LP | | 718 | Tran Capital Management LP |
| 318 | Goldman Sachs International | | 719 | Transparent Value Advisors LLC |
| 319 | Graniteshares Advisors LLC | | 720 | Tredje AP-fonden |
| 320 | Graubundner Kantonalbank (Private Banking) | | 721 | Trustmark Investment Advisors, Inc. |
| 321 | Greenwich Investment Management, Inc. | | 722 | Tudor Investment Corp. |
| 322 | Griffin Capital Advisor LLC | | 723 | Turner Investments LP |
| 323 | Group One Trading LP | | 724 | Tuttle Capital Management LLC |
| 324 | Guardians of New Zealand Superannuation | | 725 | Two Sigma Advisers LP |
| 325 | Guggenheim Funds Investment Advisors LLC | | 726 | Two Sigma Investments LP |
| 326 | Guggenheim Partners Investment Management LLC | | 727 | Two Sigma Securities LLC |
| 327 | Guyasuta Investment Advisors, Inc. | | 728 | UBS AG (New York) |
| 328 | HBK Investments LP | | 729 | UBS Asset Management (Americas) Inc. |
| 329 | HHM Wealth Advisors LLC | | 730 | UBS Asset Management (Australia) Ltd. |
| 330 | HRS Investment Holdings LLC | | 731 | UBS Asset Management (UK) Ltd. |
| 331 | HRT Financial LLC | | 732 | UBS Asset Management Switzerland AG |
| 332 | HSBC Global Asset Management (UK) Ltd. | | 733 | UBS Financial Services, Inc. |
| 333 | Hancock Whitney Bank (Investment Management) | | 734 | UBS O'Connor LLC |
| 334 | Handelsbanken Fonder AB | | 735 | UBS Securities LLC |
| 335 | Harvest Fund Management Co., Ltd. | | 736 | UBS Switzerland AG (Investment Management) |
| 336 | Hawk Ridge Capital Management LP | | 737 | UOB Asset Management Ltd. |

| | | | | |
|---|---|---|---|---|
| 337 | Hazelview Securities, Inc. | 738 | USAA Asset Management Co. |
| 338 | Heitman Real Estate Securities LLC | 739 | USAA Investment Services Co. |
| 339 | Henderson Global Investors (North America), Inc. | 740 | United Capital Financial Advisers LLC |
| 340 | Henderson Global Investors Ltd. | 741 | Utah Retirement Systems |
| 341 | Hermes Investment Management Ltd. | 742 | Valley National Advisers, Inc. |
| 342 | Herndon Capital Management LLC | 743 | Vanguard Advisers, Inc. |
| 343 | Hexavest, Inc. | 744 | Vanguard Fiduciary Trust Co. |
| 344 | HighTower Advisors LLC | 745 | Vanguard Global Advisers LLC |
| 345 | Highbridge Capital Management LLC | 746 | Vanguard Investments Australia Ltd. |
| 346 | Highland Associates, Inc. | 747 | Veritable LP |
| 347 | Highland Capital Management LLC | 748 | Verition Fund Management LLC |
| 348 | Hillsdale Investment Management, Inc. | 749 | Versant Capital Management, Inc. |
| 349 | Hirtle, Callaghan & Co. LLC | 750 | Versor Investments LP |
| 350 | Horizon Investments LLC | 751 | Versus Capital Advisors LLC |
| 351 | Howe & Rusling, Inc. | 752 | Victory Capital Management, Inc. (Investment Management) |
| 352 | Hua Nan Securities Investment Trust Co. Ltd. | 753 | Vident Investment Advisory LLC |
| 353 | Hudock, Inc. | 754 | Virginia Retirement Systems |
| 354 | Huntington National Bank (Investment Management) | 755 | Virtu Americas LLC |
| 355 | I. G. Investment Management Ltd. | 756 | Virtu Financial BD LLC |
| 356 | IBI Mutual Funds Management (1978) Ltd. | 757 | Vision2020 Wealth Management Corp. |
| 357 | IBM Retirement Fund | 758 | Visium Asset Management LP |
| 358 | IFP Advisors, Inc. | 759 | Voya Investment Management Co. LLC |
| 359 | IRON Financial LLC | 760 | WBI Investments, Inc. |
| 360 | Independent Advisor Alliance LLC | 761 | WCM Investment Management LLC |
| 361 | Independent Portfolio Consultants, Inc. | 762 | WEDGE Capital Management LLP |
| 362 | Index Management Solutions LLC | 763 | WFG Advisors LP |
| 363 | IndexIQ Advisors LLC | 764 | Walleye Capital LLC |
| 364 | Integrated Wealth Management, Inc. | 765 | Waratah Capital Advisors Ltd. |
| 365 | Invesco Advisers, Inc. | 766 | Washington Trust Bank (Spokane, Washington) |
| 366 | Invesco Asset Management Ltd. | 767 | We Are One Seven LLC |
| 367 | Invesco Capital Management LLC | 768 | Wealthcare Capital Management LLC |

| | | | | |
|---|---|---|---|---|
| 368 | Invesco Investment Advisers LLC | 769 | Wealthspire Advisors LP |
| 369 | Invictus RG Pte Ltd. | 770 | Wealthstreet Investment Advisors LLC |
| 370 | Irish Life Investment Managers Ltd. | 771 | Wedbush Securities, Inc. (Investment Management) |
| 371 | Israel Discount Bank of New York (Investment Management) | 772 | Weiss Asset Management LP |
| 372 | Itau USA Asset Management, Inc. | 773 | Weiss Multi-Strategy Advisers LLC |
| 373 | J.J.B. Hilliard, W.L. Lyons LLC (Investment Management) | 774 | Well Done LLC |
| 374 | JBF Capital, Inc. | 775 | Wellington Management Co. LLP |
| 375 | JHL Capital Group LLC | 776 | Wells Fargo Advisors Financial Network LLC |
| 376 | JLP Asset Management LLC | 777 | Wells Fargo Bank, NA (Private Banking) |
| 377 | JNBA Financial Advisors, Inc. | 778 | Wells Fargo Clearing Services LLC |
| 378 | JOYN Advisors, Inc. | 779 | Wells Fargo Securities LLC |
| 379 | JPMorgan Asset Management (UK) Ltd. | 780 | Westfield Capital Management Co. LP |
| 380 | JPMorgan Chase Bank, NA (Investment Management) | 781 | Whittier Trust Co. |
| 381 | JPMorgan Investment Management, Inc. | 782 | William Blair Investment Management LLC |
| 382 | JPMorgan Securities LLC | 783 | Wilmington Funds Management Corp. |
| 383 | JPMorgan Securities LLC (Investment Management) | 784 | Wilmington Trust Investment Advisors, Inc. |
| 384 | Jacobs Levy Equity Management, Inc. | 785 | Wilmington Trust Investment Management LLC |
| 385 | James Investment Research, Inc. | 786 | Winfield Associates, Inc. |
| 386 | Jane Street Capital LLC | 787 | Wolverine Asset Management LLC |
| 387 | Janus Henderson Investors US LLC | 788 | Wolverine Trading LLC |
| 388 | Johnson Investment Counsel, Inc. | 789 | Woodbury Financial Services, Inc. |
| 389 | Julius Meinl Investment GmbH | 790 | Woodmont Investment Counsel LLC |
| 390 | KBC Asset Management NV | 791 | World Asset Management, Inc. |
| 391 | KBC Fund Management Ltd. | 792 | Xact Kapitalforvaltning AB |
| 392 | KBI Global Investors Ltd. | 793 | Yorktown Management & Research Co., Inc. |
| 393 | KLP Kapitalforvaltning AS | 794 | Yuanta Securities Investment Trust Co., Ltd. |
| 394 | KMS Financial Services, Inc. | 795 | Zacks Investment Management, Inc. |
| 395 | Kamunting Street Capital Management LP | 796 | Zeke Capital Advisors LLC |
| 396 | Kanaly Trust LTA | 797 | Ziegler Capital Management LLC |
| 397 | Kellner Capital LLC | 798 | Zurcher Kantonalbank (Investment Management) |
| 398 | Kempen Capital Management NV | 799 | Zweig-DiMenna Associates LLC |

| | | | |
|---|---|---|---|
| 399 | Kemper Corp. (Investment Portfolio) | 800 | abrdn, Inc. |
| 400 | Kennedy Capital Management, Inc. | | |
| 401 | Keystone Financial Group LLC | | |

Data Source: Factset

# EXHIBIT 10B-2

## Institutions that Held CBL Series D Preferred Stock at Some Point During the Class Period

| # | Institution | # | Institution |
|---|---|---|---|
| 1 | AllianceBernstein Japan Ltd. | 29 | Invesco Advisers, Inc. |
| 2 | AllianceBernstein LP | 30 | Invesco Capital Management LLC |
| 3 | Alpine Woods Capital Investors LLC | 31 | JPMorgan Asset Management (UK) Ltd. |
| 4 | Altegris Advisors LLC | 32 | JPMorgan Investment Management, Inc. |
| 5 | American Assets Capital Advisers LLC | 33 | KCM Investment Advisors LLC |
| 6 | Asset Management One Co., Ltd. | 34 | Lazard Asset Management LLC |
| 7 | BMO Asset Management, Inc. | 35 | Mackenzie Financial Corp. |
| 8 | Barnett & Co., Inc. | 36 | NWQ Investment Management Co. LLC |
| 9 | Bexil Advisers LLC | 37 | Nations Financial Group, Inc. |
| 10 | BlackRock Asset Management Canada Ltd. | 38 | Neuberger Berman Investment Advisers LLC |
| 11 | BlackRock Fund Advisors | 39 | Nikko Asset Management Co., Ltd. |
| 12 | Bluerock Fund Advisor LLC | 40 | Nuveen Asset Management LLC |
| 13 | CBRE Investment Management Listed Real Assets LLC | 41 | Orinda Asset Management LLC |
| 14 | Cohen & Steers Capital Management, Inc. | 42 | PGIM Quantitative Solutions LLC |
| 15 | Columbia Management Investment Advisers LLC | 43 | PGIM, Inc. |
| 16 | DWS Investment Management Americas, Inc. | 44 | PNC Investments LLC |
| 17 | Davis Selected Advisers LP | 45 | Pennsylvania State Employees' Retirement System |
| 18 | Diagonal Inversiones Capital, AV SA | 46 | RMR Advisors LLC |
| 19 | EII Capital Management, Inc. | 47 | Real Estate Management Services Group LLC |
| 20 | Eaton Vance Management | 48 | Russell Investment Management LLC |
| 21 | Fidelity Management & Research Co. LLC | 49 | Security Capital Research & Management, Inc. |
| 22 | First Foundation Advisors | 50 | Spirit of America Management Corp. |
| 23 | Forward Management LLC | 51 | Standard Life Investments (USA) Ltd. |
| 24 | Glenmede Investment Management LP | 52 | SunAmerica Asset Management LLC |
| 25 | Global X Management Co. LLC | 53 | The Patten Group, Inc. |
| 26 | Heitman Real Estate Securities LLC | 54 | Van Eck Associates Corp. |

Case 1:19-cv-00181-JRG-CHS    Document 166-1    Filed 08/18/22    Page 127 of 151
PageID #: 2524

| | | | | |
|---|---|---|---|---|
| 27 | IAT Reinsurance Co. Ltd. (Investment Portfolio) | 55 | | Versus Capital Advisors LLC |
| 28 | Infrastructure Capital Advisors LLC | 56 | | Yorktown Management & Research Co., Inc. |

Data Source: Factset

Case 1:19-cv-00181-JRG-CHS   Document 166-1   Filed 08/18/22   Page 128 of 151
PageID #: 2525

**EXHIBIT 10B-3**

## Institutions that Held CBL Series E Preferred Stock at Some Point During the Class Period

| | | | |
|---|---|---|---|
| 1 | AJO LP | 20 | Invesco Advisers, Inc. |
| 2 | AllianceBernstein Japan Ltd. | 21 | Invesco Capital Management LLC |
| 3 | AllianceBernstein LP | 22 | JPMorgan Investment Management, Inc. |
| 4 | Asset Management One Co., Ltd. | 23 | KCM Investment Advisors LLC |
| 5 | BMO Asset Management, Inc. | 24 | Lazard Asset Management LLC |
| 6 | Barnett & Co., Inc. | 25 | Mackenzie Financial Corp. |
| 7 | Bexil Advisers LLC | 26 | Neuberger Berman Investment Advisers LLC |
| 8 | BlackRock Fund Advisors | 27 | Nuveen Asset Management LLC |
| 9 | Boston Management & Research | 28 | PNC Investments LLC |
| 10 | Brookstone Capital Management LLC | 29 | Pennsylvania State Employees' Retirement System |
| 11 | CCM Partners LP | 30 | Perella Weinberg Partners Capital Management LP |
| 12 | ClearBridge Investments LLC | 31 | Quantitative Systematic Strategies LLC |
| 13 | Cohen & Steers Capital Management, Inc. | 32 | RMR Advisors LLC |
| 14 | Davis Selected Advisers LP | 33 | Real Estate Management Services Group LLC |
| 15 | Eaton Vance Management | 34 | Securian Asset Management, Inc. |
| 16 | Fidelity Management & Research Co. LLC | 35 | Security Capital Research & Management, Inc. |
| 17 | Global X Management Co. LLC | 36 | Spirit of America Management Corp. |
| 18 | Heitman Real Estate Securities LLC | 37 | The Patten Group, Inc. |
| 19 | Infrastructure Capital Advisors LLC | | |

Data Source: Factset

Case 1:19-cv-00181-JRG-CHS     Document 166-1     Filed 08/18/22     Page 129 of 151
PageID #: 2526

## EXHIBIT 10B-4

## Institutions that Held CBL 5.25% Note at Some Point During the Class Period

| | | | |
|---|---|---|---|
| 1 | Accident Fund Co/The | 77 | JPMorgan Chase & Co |
| 2 | Aegon NV | 78 | Kaizen Advisory LLC |
| 3 | AllianceBernstein LP | 79 | Knight Specialty Insurance Co |
| 4 | Allianz SE | 80 | Liberty Bankers Life Insurance Co |
| 5 | Altshuler Shaham Ltd | 81 | Lincoln Investment Advisors Corp |
| 6 | Ambac Assurance Corp | 82 | Lockheed Martin Investment Management Co |
| 7 | American Beacon Advisors Inc | 83 | Macquarie Group Ltd |
| 8 | American Benefit Life Insurance Co | 84 | Madison Investment Holdings Inc |
| 9 | American Family Insurance Co | 85 | MAG Mutual Insurance Co |
| 10 | American Health and Life Insurance Co | 86 | Mason Street Advisors LLC |
| 11 | Assicurazioni Generali SpA | 87 | Massachusetts Mutual Life Insurance Co |
| 12 | Atain Insurance Co | 88 | MCKESSON CO FLEXIBLE  PLAN |
| 13 | Atain Specialty Insurance Co | 89 | Mediolanum International Funds Ltd |
| 14 | AvMed Inc | 90 | MetLife Inc |
| 15 | AYALON ASSET MANAGEMENT | 91 | Millers Capital Insurance Co |
| 16 | BANK OF NEW YORK MELLON CORP/THE | 92 | Minnesota Mutual Cos Inc |
| 17 | Bankers Insurance Group Inc | 93 | Morgan Stanley |
| 18 | BlackRock Inc | 94 | Mountain States Insurance Group |
| 19 | Blue Care Network of Michigan | 95 | MS&AD Insurance Group Holdings Inc |
| 20 | Blue Cross & Blue Shield Association | 96 | New York Life Insurance Co |
| 21 | BLUEBAY FUNDS MANAGEMENT CO SA | 97 | NLG Capital Inc |
| 22 | Brown Brothers Harriman & Co | 98 | NLV Financial Corp |
| 23 | Calamos Partners LLC | 99 | Nordea Bank Abp |
| 24 | Callan LLC | 100 | Northwestern Mutual Life Insurance Co/The |
| 25 | Calvert Investment Management Inc | 101 | NUTRIMENTA (SINGAPORE) PTE. LTD |

Case 1:19-cv-00181-JRG-CHS    Document 166-1    Filed 08/18/22    Page 130 of 151
PageID #: 2527

| 26 | Canoe Financial LP | 102 | Orinda Asset Management LLC |
|---|---|---|---|
| 27 | Capital Health Plan Inc | 103 | Pacific Heights Asset Management LLC |
| 28 | Capitol Life Insurance Co/The | 104 | Pacific Life Insurance Co |
| 29 | CINCINNATI LIFE INSURANCE CO | 105 | Pan-American Life Insurance Group Inc |
| 30 | Clark Capital Management Group Inc | 106 | Pennsylvania National Mutual Casualty Insurance Co |
| 31 | CNA Financial Corp | 107 | Perfect Mutual Funds Ltd |
| 32 | CNX Resources Corp | 108 | Pharus Management Lux SA |
| 33 | Collateral Holdings Ltd | 109 | PIA-Leumi Fund Managers/Israel |
| 34 | Continental Insurance Co/The | 110 | Pictet Funds SA |
| 35 | Credit Agricole Group | 111 | Primerica Life Insurance Co |
| 36 | Credit Suisse Group AG | 112 | Principal Financial Group Inc |
| 37 | Deutsche Bank AG | 113 | PRP Performa Ltd |
| 38 | Donegal Mutual Insurance Co | 114 | Prudential Financial Inc |
| 39 | Eaton Vance Corp | 115 | Purpose Investments Inc |
| 40 | Elevance Health Inc | 116 | Putnam Investments LLC |
| 41 | Farm Bureau Life Insurance Co | 117 | Quaestio Investments SA/Luxembourg |
| 42 | Farmers Insurance Exchange | 118 | RPG Investment Advisory LLC |
| 43 | Federated Mutual Insurance Co | 119 | SEI Investments Co |
| 44 | Fidelity National Financial Inc/US | 120 | Senior Health Insurance Co of Pennsylvania |
| 45 | Fidelity Standard Life Ins | 121 | State Street Corp |
| 46 | FlexShares Trust | 122 | State Workers Insurance Fund/The |
| 47 | Florida Peninsula Insurance Co | 123 | Sterling Capital Management LLC |
| 48 | Flow Investment Services Corp | 124 | Sterling Investors Life Insurance |
| 49 | FMR LLC | 125 | Sun Life Financial Inc |
| 50 | Founders Insurance Co | 126 | SWISS RE AG |
| 51 | FRANK RUSSELL COMPANY | 127 | Tailor Capital SAS |
| 52 | Frost Investment Advisors LLC | 128 | Thompson Investment Management Inc |
| 53 | Fuchs & Associes Finance SA | 129 | Thrivent Financial for Lutherans |
| 54 | FundRock Management Co SA | 130 | Transamerica Advisors Life Insurance Co |
| 55 | GBU Financial Life | 131 | Transamerica Financial Life Insurance Co |
| 56 | GIIC Fineco SGIIC SA/Spain | 132 | Transamerica Investment Services LLC |

| | | | |
|---|---|---|---|
| 57 | Global Atlantic Financial Group Ltd | 133 | Transamerica Premier Life Insurance Co |
| 58 | Goldman Sachs Group Inc/The | 134 | Triton Insurance Co |
| 59 | Grange Mutual Casualty Co | 135 | Union Labor Life Insurance Co/The |
| 60 | Hancock Whitney Corp | 136 | United Heritage Life Insurance Co |
| 61 | Hannover Life Reassurance Co of America | 137 | United Services Automobile Association |
| 62 | HARRIS INSURANCE HOLDINGS GROUP | 138 | Universal American Corp |
| 63 | Hartford Financial Services Group Inc/The | 139 | Utica National Assurance Co |
| 64 | HCSC Insurance Services Co | 140 | Van Eck Associates Corp |
| 65 | Healthcare Providers Insurance Co | 141 | Vanguard Group Inc/The |
| 66 | Holbrook Holdings Inc | 142 | Vantis Life Insurance Co |
| 67 | Horizon Healthcare Services Inc | 143 | Versus Capital Advisors LLC |
| 68 | Housing Authority Property Insurance | 144 | Victory Capital Management Inc |
| 69 | Housing Authority Risk Retention Group Inc | 145 | Virtus Investment Partners Inc |
| 70 | Housing Specialty Insurance Co Inc | 146 | WEA Insurance Corp |
| 71 | Ilanot Batucha Investment | 147 | Wells Fargo & Co |
| 72 | IM Global Partner Asset Management SA | 148 | West Virginia Investment Management Board |
| 73 | Impax Asset Management Group PLC | 149 | Westwood Holdings Group Inc |
| 74 | Invesco Ltd | 150 | WisdomTree Investments Inc |
| 75 | Investors Heritage Life Insurance Co | 151 | Yorktown Management & Research Co Inc |
| 76 | Jefferson Life Insurance Co | | |

Data Source: Bloomberg

Case 1:19-cv-00181-JRG-CHS   Document 166-1   Filed 08/18/22   Page 132 of 151
PageID #: 2529

**EXHIBIT 10B-5**

## Institutions that Held CBL 4.60% Note at Some Point During the Class Period

| | | | |
|---|---|---|---|
| 1 | Aegon NV | 52 | Kentucky Employers Mutual Insurance |
| 2 | AllianceBernstein LP | 53 | KLP Kapitalforvaltning AS |
| 3 | Allianz SE | 54 | Life Assurance Co of America |
| 4 | American Family Insurance Co | 55 | Lincoln Investment Advisors Corp |
| 5 | Americo Financial Life & Annuity Insurance Co | 56 | Lockheed Martin Investment Management Co |
| 6 | Atain Insurance Co | 57 | Macquarie Group Ltd |
| 7 | Atain Specialty Insurance Co | 58 | MAG Mutual Insurance Co |
| 8 | BANK OF NEW YORK MELLON CORP/THE | 59 | MCKESSON CO FLEXIBLE  PLAN |
| 9 | BI Asset Management Fondsmaeglerselskab A/S | 60 | Millers Capital Insurance Co |
| 10 | BI Management AS/Denmark | 61 | MissionSquare Investments |
| 11 | BlackRock Inc | 62 | Mountain States Insurance Group |
| 12 | BLUEBAY FUNDS MANAGEMENT CO SA | 63 | Mountain West Farm Bureau Mutual Insurance Co |
| 13 | Brown Brothers Harriman & Co | 64 | MS&AD Insurance Group Holdings Inc |
| 14 | Cass County Life Insurance Co | 65 | Nassau Life Insurance Co |
| 15 | Catholic Order of Foresters | 66 | Nationwide Fund Advisors |
| 16 | Cincinnati Financial Corp | 67 | NLV Financial Corp |
| 17 | CINCINNATI LIFE INSURANCE CO | 68 | Northwestern Mutual Life Insurance Co/The |
| 18 | CNA Financial Corp | 69 | Occidental Fire & Casualty Co of North Carolina |
| 19 | Commercial Alliance Insurance | 70 | Pacific Life Insurance Co |
| 20 | Credit Agricole Group | 71 | Pan-American Life Insurance Group Inc |
| 21 | Czech Catholic Union | 72 | Pan-American Life Insurance Group Inc |
| 22 | Delta Dental of Washington | 73 | PHL Variable Insurance Co |
| 23 | Denver Investment Advisors LLC | 74 | Physicians' Reciprocal Insurers |
| 24 | Deutsche Bank AG | 75 | Principal Financial Group Inc |
| 25 | Direct General Insurance Agency of Tennessee Inc | 76 | Prudential Financial Inc |

| | | | | |
|---|---|---|---|---|
| 26 | Direct General Insurance Co | | 77 | RGA Reinsurance Co |
| 27 | DIRECT GENERAL INSURANCE COMPANY | | 78 | Sagicor Life Insurance Co |
| 28 | Direct Insurance Co | | 79 | Schroders PLC |
| 29 | Doctors Co An Interinsurance Exchange/The | | 80 | SEI Investments Co |
| 30 | Donegal Mutual Insurance Co | | 81 | Shelton Capital Management |
| 31 | Eaton Vance Corp | | 82 | State Street Corp |
| 32 | Farm Bureau Life Insurance Co | | 83 | State Workers Insurance Fund/The |
| 33 | Farm Bureau Property & Casualty Insurance Co | | 84 | TCW Group Inc/The |
| 34 | Farmers New World Life Insurance Co | | 85 | Teachers Insurance & Annuity Association of America |
| 35 | FMR LLC | | 86 | Thompson Investment Management Inc |
| 36 | Forethought Life Insurance Co | | 87 | Transamerica Financial Life Insurance Co |
| 37 | FRANK RUSSELL COMPANY | | 88 | Transamerica Premier Life Insurance Co |
| 38 | Frost Investment Advisors LLC | | 89 | Transguard Insurance Co of America Inc |
| 39 | FundLogic Alternatives PLC | | 90 | UBS AG |
| 40 | General Electric Co | | 91 | United Educators Insurance R |
| 41 | Goldman Sachs Group Inc/The | | 92 | Universal Underwriters Life Insurance Co |
| 42 | Guardian Life Insurance Co of America/The | | 93 | Van Eck Associates Corp |
| 43 | Harbor Capital Advisors Inc | | 94 | Vanguard Group Inc/The |
| 44 | HARRIS INSURANCE HOLDINGS GROUP | | 95 | Victory Capital Management Inc |
| 45 | Health Options Inc | | 96 | WEA Insurance Corp |
| 46 | Housing Authority Property Insurance | | 97 | Wells Fargo & Co |
| 47 | Housing Authority Risk Retention Group Inc | | 98 | West Virginia Investment Management Board |
| 48 | Housing Specialty Insurance Co Inc | | 99 | Wilshire Insurance Co |
| 49 | Invesco Ltd | | 100 | WisdomTree Investments Inc |
| 50 | ISDA Fraternal Association | | 101 | Zurich Insurance Group AG |
| 51 | JPMorgan Chase & Co | | | |

Data Source: Bloomberg

Case 1:19-cv-00181-JRG-CHS   Document 166-1   Filed 08/18/22   Page 134 of 151
PageID #: 2531

## Institutions that Held CBL 5.95% Note at Some Point During the Class Period

| | | | |
|---|---|---|---|
| 1 | Accident Fund Co/The | 55 | JPMorgan Chase & Co |
| 2 | Aegon NV | 56 | Life Insurance Co of North America |
| 3 | AGF Management Ltd | 57 | Lincoln Investment Advisors Corp |
| 4 | Allianz SE | 58 | Loomis Sayles & Co LP |
| 5 | American Health and Life Insurance Co | 59 | Louisiana Workers' Compensation Corp |
| 6 | Americo Financial Life & Annuity Insurance Co | 60 | Manulife Financial Corp |
| 7 | Ameriprise Financial Inc | 61 | Mediolanum International Funds Ltd |
| 8 | Arrow Investment Advisors LLC | 62 | MetLife Inc |
| 9 | AXA SA | 63 | MissionSquare Investments |
| 10 | Bank of Montreal | 64 | Mt Hawley Insurance Co |
| 11 | BANK OF NEW YORK MELLON CORP/THE | 65 | Nassau Life Insurance Co |
| 12 | BlackRock Inc | 66 | Nationwide Fund Advisors |
| 13 | Blue Cross & Blue Shield Association | 67 | Natixis SA |
| 14 | Blue Cross & Blue Shield of Rhode Island | 68 | NexPoint Advisors LP |
| 15 | BLUEBAY FUNDS MANAGEMENT CO SA | 69 | Nordea Bank Abp |
| 16 | BMO Global Asset Management | 70 | Northwestern Mutual Life Insurance Co/The |
| 17 | BMO UCITS ETF ICAV | 71 | Olive Street Investment Advisers LLC |
| 18 | Calvert Investment Management Inc | 72 | Pacific Guardian Life Insurance Co Ltd |
| 19 | Canoe Financial LP | 73 | Pacific Life Insurance Co |
| 20 | Catholic Order of Foresters | 74 | Pekin Life Insurance Co |
| 21 | CHESAPEAKE EMPLOYERS INS  CO | 75 | Pinnacol Assurance |
| 22 | Cigna Health and Life Insurance Co | 76 | POWER CORP OF CANADA |
| 23 | Clark Capital Management Group Inc | 77 | Primerica Life Insurance Co |
| 24 | Community Care Behavioral Health Organization | 78 | Principal Financial Group Inc |
| 25 | Connecticut General Life Insurance Co | 79 | ProAssurance Indemnity Co Inc |

| | | | | |
|---|---|---|---|---|
| 26 | Conning Inc | 80 | ProAssurance Insurance Co of America |
| 27 | Credit Agricole Group | 81 | RLI Insurance Co |
| 28 | Credit Suisse Group AG | 82 | Royal Bank of Canada |
| 29 | Croatian Fraternal Union of America | 83 | Sagicor Group Jamaica Ltd |
| 30 | Deutsche Bank AG | 84 | Schroders PLC |
| 31 | Diaman Sicav/Luxembourg | 85 | SEI Investments Co |
| 32 | Eaton Vance Corp | 86 | Selected Funeral & Life Insurance |
| 33 | Elevance Health Inc | 87 | Senior Health Insurance Co of Pennsylvania |
| 34 | Exchange Traded Concepts LLC | 88 | Shelton Capital Management |
| 35 | Federated Mutual Insurance Co | 89 | State of California |
| 36 | Fidelity National Financial Inc/US | 90 | State Street Corp |
| 37 | Fidelity Security Life Insurance Co | 91 | Teachers Insurance & Annuity Association of America |
| 38 | Fideuram - Intesa Sanpaolo Private Banking SpA | 92 | Texas Mutual Insurance Co |
| 39 | Fiera Capital Corp | 93 | Transamerica Financial Life Insurance Co |
| 40 | FMR LLC | 94 | Transamerica Investment Services LLC |
| 41 | FRANK RUSSELL COMPANY | 95 | Transamerica Premier Life Insurance Co |
| 42 | GAM Holding AG | 96 | United Heritage Life Insurance Co |
| 43 | General Electric Co | 97 | United Services Automobile Association |
| 44 | Goldman Sachs Group Inc/The | 98 | UPMC Health Benefits Inc |
| 45 | Hannover Life Reassurance Co of America | 99 | Utica National Assurance Co |
| 46 | Harbor Capital Advisors Inc | 100 | Van Eck Associates Corp |
| 47 | Hawaii Employers' Mutual Insurance Co Inc | 101 | Vanguard Group Inc/The |
| 48 | Highland Capital Management Fund Advisors LP | 102 | Voya Investment Management LLC |
| 49 | Housing Authority Property Insurance | 103 | VP Bank AG |
| 50 | Housing Authority Risk Retention Group Inc | 104 | Wells Fargo & Co |
| 51 | Housing Enterprise Risk Services Inc | 105 | WisdomTree Investments Inc |
| 52 | Illinois Mutual Life Insurance | 106 | Yorktown Management & Research Co Inc |
| 53 | Invesco Ltd | 107 | Zuercher Kantonalbank |
| 54 | Jefferson National Life Insurance Co | | |

Data Source: Bloomberg

## Summary of Institutional Holders of CBL 5.25% Note Maturing in 2023

| | 12/31/2014 | 12/31/2015 | 12/31/2016 | 12/31/2017 | 12/31/2018 | 12/31/2019 |
|---|---|---|---|---|---|---|
| Positions of All Institutions ($) | 229,972,000 | 252,586,000 | 243,288,000 | 193,815,000 | 236,908,000 | 222,163,000 |
| Institution as a % of Notes Outstanding | 51.10% | 56.13% | 54.06% | 43.07% | 52.65% | 49.37% |
| Number of Institutions with Positive Positions | 71 | 74 | 67 | 57 | 69 | 57 |

Data Source: Bloomberg

**EXHIBIT 10C-2**

### Summary of Institutional Holders of CBL 4.60% Note Maturing in 2024

|  | 12/31/2014 | 12/31/2015 | 12/31/2016 | 12/31/2017 | 12/31/2018 | 12/31/2019 |
|---|---|---|---|---|---|---|
| Positions of All Institutions ($) | 203,670,000 | 208,206,000 | 165,414,000 | 131,160,000 | 113,434,000 | 83,471,000 |
| Institution as a % of Notes Outstanding | 67.89% | 69.40% | 55.14% | 43.72% | 37.81% | 27.82% |
| Number of Institutions with Positive Positions | 54 | 57 | 48 | 43 | 40 | 33 |

Data Source: Bloomberg

**EXHIBIT 10C-3**

## Summary of Institutional Holders of CBL 5.95% Note Maturing in 2026

| | 12/31/2016 | 12/31/2017 | 12/31/2018 | 12/31/2019 |
|---|---|---|---|---|
| Positions of All Institutions ($) | 123,140,000 | 228,416,000 | 226,427,000 | 265,553,000 |
| Institution as a % of Notes Outstanding | 30.79% | 36.55% | 36.23% | 42.49% |
| Number of Institutions with Positive Positions | 54 | 54 | 53 | 46 |

Data Source: Bloomberg

**EXHIBIT 10D-1**

## Brokers for CBL's 5.25% Note During the Class Period

| # | Broker | # | Broker | # | Broker | # | Broker |
|---|--------|---|--------|---|--------|---|--------|
| 1 | AEFA | 76 | RAJA | 151 | AIGF | 226 | TWDL |
| 2 | AIGN | 77 | RSSE | 152 | IAME | 227 | IMPC |
| 3 | AVIL | 78 | DADA | 153 | MONX | 228 | PNCM |
| 4 | BNDS | 79 | KRTH | 154 | FBCO | 229 | FGCC |
| 5 | CBOL | 80 | MAXM | 155 | SSIN | 230 | IVEX |
| 6 | CGWM | 81 | LTCO | 156 | RGLS | 231 | AZAD |
| 7 | CIRI | 82 | FAST | 157 | MUFG | 232 | EDJO |
| 8 | FATS | 83 | FNET | 158 | NEXT | 233 | SPGS |
| 9 | FIBS | 84 | REGR | 159 | AISG | 234 | HOTO |
| 10 | FISB | 85 | FISA | 160 | NACL | 235 | PATR |
| 11 | HBCO | 86 | GSCO | 161 | BDDK | 236 | AGCP |
| 12 | INPR | 87 | EDFC | 162 | PARI | 237 | ANDG |
| 13 | LADY | 88 | BFFI | 163 | BLNI | 238 | NTRC |
| 14 | LATN | 89 | CMCA | 164 | FNIC | 239 | INTL |
| 15 | MADV | 90 | TKNG | 165 | FSRP | 240 | FLIO |
| 16 | PNCC | 91 | PRSB | 166 | HUNT | 241 | MKTI |
| 17 | TMCC | 92 | RJFS | 167 | CLVU | 242 | AGIS |
| 18 | UPLN | 93 | BFEC | 168 | PAUL | 243 | CISV |
| 19 | VFIN | 94 | OPCO | 169 | CFSC | 244 | CFDI |
| 20 | WRET | 95 | FFSI | 170 | AJCO | 245 | LSCF |
| 21 | WUND | 96 | INTA | 171 | SUFI | 246 | LAKE |
| 22 | BOFA | 97 | ONES | 172 | OMSL | 247 | HUCO |
| 23 | UBSW | 98 | WING | 173 | PFCL | 248 | ULAT |
| 24 | DEAN | 99 | SPAC | 174 | MLWM | 249 | FSCS |
| 25 | WCHV | 100 | BKCM | 175 | FFEC | 250 | VCLM |
| 26 | PWJC | 101 | MULT | 176 | WYNS | 251 | PSIM |
| 27 | FBSB | 102 | SEEL | 177 | INVM | 252 | MGPC |

Case 1:19-cv-00181-JRG-CHS    Document 166-1    Filed 08/18/22    Page 140 of 151
PageID #: 2537

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 28 | HDLY | 103 | JHDI | 178 | MCBT | 253 | CYND |
| 29 | JPMS | 104 | BBNT | 179 | SSLL | 254 | BNJM |
| 30 | SMRD | 105 | DORS | 180 | NOBL | 255 | HTDX |
| 31 | JEFF | 106 | WEGE | 181 | EFGC | 256 | SGLC |
| 32 | NFSC | 107 | LPSP | 182 | OXPS | 257 | BGHT |
| 33 | MLMA | 108 | SUSQ | 183 | JVBG | 258 | MKMP |
| 34 | PERS | 109 | GRPS | 184 | SWBC | 259 | NWML |
| 35 | MSCO | 110 | IDAY | 185 | EBKR | 260 | IAAK |
| 36 | INGS | 111 | SIIW | 186 | RAYG | 261 | RREZ |
| 37 | MLCO | 112 | BDTR | 187 | WBLR | 262 | KOVP |
| 38 | MKTX | 113 | INPI | 188 | DCSD | 263 | SARG |
| 39 | FCCP | 114 | BWIS | 189 | KISL | 264 | TMID |
| 40 | ASLB | 115 | BCAP | 190 | CSMI | 265 | WSTI |
| 41 | CITI | 116 | ODNC | 191 | CICI | 266 | CTDL |
| 42 | CHAS | 117 | RJFI | 192 | NHWI | 267 | JSEB |
| 43 | JSCA | 118 | LFAC | 193 | LIIS | 268 | CREF |
| 44 | FTLP | 119 | HAVN | 194 | KOVS | 269 | MWMS |
| 45 | HSBK | 120 | SUMT | 195 | LNCL | 270 | GFIG |
| 46 | SGAS | 121 | JNFS | 196 | NATL | 271 | ISCN |
| 47 | HRBF | 122 | VMEX | 197 | CART | 272 | ACAD |
| 48 | TDAR | 123 | SALI | 198 | CHUB | 273 | POOH |
| 49 | DBKS | 124 | ITCC | 199 | LISI | 274 | AMMS |
| 50 | ETRS | 125 | JHDR | 200 | HANK | 275 | CAPF |
| 51 | WEDB | 126 | IATS | 201 | SMPR | 276 | DRSC |
| 52 | SWST | 127 | APFS | 202 | HSAI | 277 | EXCS |
| 53 | VABD | 128 | CRTS | 203 | BRCY | 278 | COAS |
| 54 | FALC | 129 | IBCO | 204 | CGAT | 279 | FLTU |
| 55 | BANK | 130 | JEFM | 205 | WMBU | 280 | USAA |
| 56 | ARGA | 131 | TMBR | 206 | JWCF | 281 | BGIS |
| 57 | SPHN | 132 | PICE | 207 | NESC | 282 | WISC |
| 58 | BOKI | 133 | PJEF | 208 | GATS | 283 | PRGI |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 59 | VGRD | 134 | SCSI | 209 | PFSM | 284 | MORA |
| 60 | JANY | 135 | CFCO | 210 | STTT | 285 | CREW |
| 61 | STFL | 136 | SEID | 211 | STSE | 286 | PIPR |
| 62 | BARD | 137 | BGCF | 212 | LASS | 287 | EMER |
| 63 | SAIN | 138 | FBPC | 213 | ACTI | 288 | ZACK |
| 64 | ISFA | 139 | CSTI | 214 | CALT | 289 | RCMA |
| 65 | PSII | 140 | SSCO | 215 | HIGH | 290 | TPCD |
| 66 | YLPL | 141 | BIGG | 216 | DAVA | 291 | TWDS |
| 67 | HDVS | 142 | TRIP | 217 | AWMI | 292 | STOV |
| 68 | FINW | 143 | ODEO | 218 | MNRC | 293 | BLTK |
| 69 | GENW | 144 | CRPT | 219 | WISP | 294 | RILY |
| 70 | IBKR | 145 | CNFI | 220 | UNTD | 295 | INDX |
| 71 | RBCD | 146 | CLTN | 221 | PIMS | 296 | IPGR |
| 72 | NMRA | 147 | FBLT | 222 | FHCI | 297 | BBNI |
| 73 | SSIC | 148 | SABS | 223 | SGFC | 298 | CBTD |
| 74 | CMMW | 149 | WEGI | 224 | TRID | 299 | ROAR |
| 75 | ROYL | 150 | MACC | 225 | ANDB | | |

Data Source: FINRA TRACE

**Brokers for CBL's 4.60% Note During the Class Period**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1 | AEFA | 66 | MOLO | 131 | TMBI | 196 | EBKR |
| 2 | BNDS | 67 | IAME | 132 | VMEX | 197 | HDVS |
| 3 | BTSS | 68 | NMRA | 133 | IATS | 198 | BLNI |
| 4 | FIBS | 69 | CREF | 134 | VBSL | 199 | NACL |
| 5 | FISB | 70 | WMBU | 135 | VSIN | 200 | EXCS |
| 6 | MADV | 71 | CUNA | 136 | UPLN | 201 | SIIW |
| 7 | MKTI | 72 | FNET | 137 | CIST | 202 | CGAT |
| 8 | RCMA | 73 | BBNT | 138 | IESI | 203 | BGCF |
| 9 | RSSE | 74 | MKTX | 139 | MAXM | 204 | GATS |
| 10 | SAIN | 75 | ONES | 140 | CFCO | 205 | BDDK |
| 11 | SSIN | 76 | CITI | 141 | TRID | 206 | NBCS |
| 12 | TMCC | 77 | ISFA | 142 | TRIP | 207 | JEFM |
| 13 | FBSB | 78 | IMPC | 143 | CCMM | 208 | HBCO |
| 14 | WCHV | 79 | BFFI | 144 | COKE | 209 | CREW |
| 15 | JEFF | 80 | LFAC | 145 | ANDG | 210 | SSGR |
| 16 | GSCO | 81 | DADA | 146 | HSBK | 211 | HSAI |
| 17 | BKCM | 82 | ROYL | 147 | ZACK | 212 | AIGF |
| 18 | TDAR | 83 | LTCO | 148 | PARI | 213 | GRPS |
| 19 | UBSW | 84 | SPAC | 149 | CATE | 214 | APFS |
| 20 | JPMS | 85 | MLMA | 150 | BDTR | 215 | AWMI |
| 21 | NFSC | 86 | CBSE | 151 | EMER | 216 | TAFI |
| 22 | SSIC | 87 | PNCM | 152 | SUSQ | 217 | AFGT |
| 23 | JSCA | 88 | PNCC | 153 | TKNG | 218 | IDAY |
| 24 | STFL | 89 | CHUB | 154 | SMPR | 219 | RAYG |
| 25 | CHAS | 90 | STSE | 155 | OAKR | 220 | MWIL |
| 26 | IBKR | 91 | LAMA | 156 | MLWM | 221 | SWBC |
| 27 | MLCO | 92 | BIGG | 157 | AGIS | 222 | BRGE |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 28 | VGRD | 93 | ODNC | 158 | ACCP | 223 | JVBG |
| 29 | ETRS | 94 | JHDI | 159 | AGCP | 224 | NAPK |
| 30 | YLPL | 95 | CGCM | 160 | FBLT | 225 | UNTD |
| 31 | SWST | 96 | NATL | 161 | FFSI | 226 | SCFA |
| 32 | HDLY | 97 | BANK | 162 | INTA | 227 | AZAD |
| 33 | PWJC | 98 | RJFI | 163 | NEXT | 228 | PATR |
| 34 | MTBK | 99 | FCCP | 164 | HWLS | 229 | NTRC |
| 35 | CSTI | 100 | CGWM | 165 | CART | 230 | JSEB |
| 36 | WUND | 101 | JNFS | 166 | HUCO | 231 | FGCC |
| 37 | DEAN | 102 | FALC | 167 | BOKI | 232 | VCLM |
| 38 | HRBF | 103 | BGHT | 168 | CFSC | 233 | PRGI |
| 39 | CBOL | 104 | WEDB | 169 | FINW | 234 | CAPF |
| 40 | CIRI | 105 | AIGN | 170 | CBIN | 235 | CABR |
| 41 | CMMW | 106 | AMMS | 171 | JGUN | 236 | FNIC |
| 42 | FISA | 107 | ODEO | 172 | POOH | 237 | NITE |
| 43 | GENW | 108 | NWML | 173 | MSSY | 238 | EDJO |
| 44 | INPR | 109 | SCSI | 174 | WBFS | 239 | ISCN |
| 45 | KRTH | 110 | WEGE | 175 | POPS | 240 | TMID |
| 46 | LADY | 111 | JANY | 176 | KOVS | 241 | FLWT |
| 47 | PSII | 112 | INGS | 177 | LISI | 242 | FLTU |
| 48 | RJFS | 113 | SPGS | 178 | DCSD | 243 | FBCO |
| 49 | SGFC | 114 | BCAP | 179 | HORW | 244 | WBRO |
| 50 | WRET | 115 | KOVP | 180 | HTDX | 245 | EDFC |
| 51 | MSCO | 116 | WEGI | 181 | LNCL | 246 | ZDIB |
| 52 | SSLL | 117 | CALT | 182 | CICI | 247 | SEIC |
| 53 | WBLR | 118 | COAS | 183 | CSMI | 248 | MCBT |
| 54 | SMRD | 119 | MACC | 184 | BARD | 249 | TWDS |
| 55 | RAJA | 120 | NESC | 185 | WOOD | 250 | MORA |
| 56 | ASLB | 121 | FFEC | 186 | SPLD | 251 | KALS |
| 57 | RBCD | 122 | CMCA | 187 | LMKO | 252 | INTX |
| 58 | VABD | 123 | SUMT | 188 | CISV | 253 | ARKI |

| | | | | | | |
|---|---|---|---|---|---|---|---|
| 59 | OPCO | 124 | AISG | 189 | SNWS | 254 | MGPC |
| 60 | PERS | 125 | SUFI | 190 | IPGR | 255 | RILY |
| 61 | ARGA | 126 | SPHN | 191 | MULT | 256 | SGAS |
| 62 | FTLP | 127 | BWIS | 192 | SARG | 257 | CSCV |
| 63 | WING | 128 | ELSH | 193 | PJEF | 258 | ROAR |
| 64 | BOFA | 129 | CSAI | 194 | NOBL | 259 | DNWL |
| 65 | BGIS | 130 | RGLS | 195 | FRTN | 260 | ALAC |

Data Source: FINRA TRACE

# EXHIBIT 10D-3

## Brokers for CBL's 5.95% Note During the Class Period

| # | | # | | # | | # | |
|---|---|---|---|---|---|---|---|
| 1 | SUFI | 76 | WUND | 151 | RREZ | 226 | LSCF |
| 2 | SPGS | 77 | FISA | 152 | KEYS | 227 | GMSG |
| 3 | JEFF | 78 | IBKR | 153 | FCST | 228 | HJSC |
| 4 | SEEL | 79 | PSII | 154 | AIGF | 229 | SEIC |
| 5 | WCHV | 80 | RCMA | 155 | FALC | 230 | ACPS |
| 6 | MKTX | 81 | IAME | 156 | MZHO | 231 | CALT |
| 7 | MADV | 82 | YLPL | 157 | WBLR | 232 | GSIC |
| 8 | STFL | 83 | FNIC | 158 | VFIN | 233 | COWR |
| 9 | SMRD | 84 | BANK | 159 | CCSS | 234 | SMNS |
| 10 | SWST | 85 | CFSC | 160 | BWIS | 235 | MORA |
| 11 | TMCC | 86 | BNDS | 161 | GSIL | 236 | NHWI |
| 12 | WRET | 87 | CART | 162 | IMPC | 237 | TKNG |
| 13 | NBLB | 88 | LFAC | 163 | AXAA | 238 | RIED |
| 14 | VGRD | 89 | KRTH | 164 | GENW | 239 | LASS |
| 15 | FTEN | 90 | CICI | 165 | TAMT | 240 | WBFS |
| 16 | FIBS | 91 | GSCO | 166 | BDDK | 241 | HANK |
| 17 | NFSC | 92 | BIGG | 167 | IESI | 242 | ACII |
| 18 | PWJC | 93 | CTLA | 168 | NESC | 243 | AZAD |
| 19 | VABD | 94 | JHDI | 169 | CMCA | 244 | COAS |
| 20 | JANY | 95 | DADA | 170 | PJEF | 245 | CAPF |
| 21 | PATR | 96 | CBOL | 171 | IVEX | 246 | BDBS |
| 22 | FBSB | 97 | ASLB | 172 | BECM | 247 | FLTU |
| 23 | CHAS | 98 | BCAP | 173 | EDFC | 248 | SUSQ |
| 24 | RBCD | 99 | RJFI | 174 | FATS | 249 | PIPR |
| 25 | DEAN | 100 | IATS | 175 | ACTI | 250 | JSEB |
| 26 | BDTR | 101 | HDVS | 176 | PRGI | 251 | SBRO |
| 27 | WEGI | 102 | MUFG | 177 | WEDB | 252 | INTL |

Case 1:19-cv-00181-JRG-CHS    Document 166-1    Filed 08/18/22    Page 146 of 151
PageID #: 2543

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 28 | FNET | 103 | HBCK | 178 | CISV | 253 | FLIO |
| 29 | CITI | 104 | PARI | 179 | JEFM | 254 | LGNT |
| 30 | CGWM | 105 | CGAT | 180 | RAYG | 255 | WORD |
| 31 | CFCO | 106 | MSCO | 181 | LNCL | 256 | COSL |
| 32 | RAJA | 107 | SMPR | 182 | CSMI | 257 | SGFC |
| 33 | ARGA | 108 | SUMT | 183 | SALI | 258 | SPRC |
| 34 | RSSE | 109 | AULC | 184 | ITCC | 259 | CSCV |
| 35 | INPR | 110 | TITL | 185 | XPUS | 260 | EMER |
| 36 | HRBF | 111 | BOSC | 186 | STTT | 261 | BHII |
| 37 | ATKC | 112 | UPLN | 187 | AKCA | 262 | MCBT |
| 38 | MLCO | 113 | FBCO | 188 | ARVS | 263 | NWML |
| 39 | TDAR | 114 | NTRC | 189 | KOVS | 264 | CUTT |
| 40 | PERS | 115 | RGLS | 190 | APFS | 265 | TWDS |
| 41 | VMEX | 116 | KOVP | 191 | AISG | 266 | RILY |
| 42 | BFEC | 117 | SSIN | 192 | CYND | 267 | BRCY |
| 43 | ETRS | 118 | UBSW | 193 | VSIN | 268 | HEFR |
| 44 | JPMS | 119 | CMMW | 194 | VBSL | 269 | SPAC |
| 45 | FISB | 120 | HORW | 195 | FFSI | 270 | IFSF |
| 46 | BLNI | 121 | MOLO | 196 | CSTI | 271 | LIIS |
| 47 | JSCA | 122 | EBKR | 197 | ISCN | 272 | MNCC |
| 48 | RJFS | 123 | NACL | 198 | TWDI | 273 | CLVU |
| 49 | SSLL | 124 | BFFI | 199 | COAK | 274 | MSSY |
| 50 | AEFA | 125 | AJCO | 200 | MWMS | 275 | GRIL |
| 51 | ICMI | 126 | INVM | 201 | LPSP | 276 | BELS |
| 52 | ODEO | 127 | FAST | 202 | CGCM | 277 | ALAC |
| 53 | GATS | 128 | BOFA | 203 | POOH | 278 | PAUL |
| 54 | NATL | 129 | NEXT | 204 | HUNT | 279 | ACBD |
| 55 | LTCO | 130 | SSCO | 205 | MACC | 280 | FNSJ |
| 56 | BKCM | 131 | AIGN | 206 | TRNS | 281 | FFEC |
| 57 | MAXM | 132 | HSBK | 207 | ARTI | 282 | IPGR |
| 58 | SAIN | 133 | LISI | 208 | VCLM | 283 | WHCG |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 59 | ONES | 134 | CATE | 209 | JVBG | 284 | PICL |
| 60 | INGS | 135 | SWBC | 210 | TRIB | 285 | TRIP |
| 61 | MLMA | 136 | SSGR | 211 | UMBF | 286 | FINX |
| 62 | MULT | 137 | WING | 212 | EFGC | 287 | PICE |
| 63 | HDLY | 138 | FINW | 213 | HBCO | 288 | BNDI |
| 64 | JNFS | 139 | GRPS | 214 | FKSC | 289 | ARKI |
| 65 | BARD | 140 | ZDIB | 215 | DCSD | 290 | QCQC |
| 66 | SSIC | 141 | SARG | 216 | BGCF | 291 | LSSI |
| 67 | ISFA | 142 | HTDX | 217 | NITE | 292 | CNFI |
| 68 | JHDR | 143 | MLWM | 218 | TWDL | 293 | WYNS |
| 69 | FBLT | 144 | PNCC | 219 | BLTK | 294 | ROAR |
| 70 | AGIS | 145 | ROYL | 220 | STSE | 295 | FLWT |
| 71 | WMBU | 146 | WISP | 221 | TRAD | 296 | BBNI |
| 72 | CIRI | 147 | OPCO | 222 | RTHS | 297 | ARCH |
| 73 | BBNT | 148 | RBAC | 223 | BTSS | 298 | EDJO |
| 74 | SPHN | 149 | CLTN | 224 | ANDG | 299 | GWDS |
| 75 | HUCO | 150 | ZACK | 225 | TMID | | |

Data Source: FINRA TRACE

**CBL Common Stock**
**Test for Autocorrelation during the Class Period**

| Quarter | Coefficient on Previous Day's Abnormal Return | T-Statistic | P-Values |
|---|---|---|---|
| Q3 2014 | 0.06 | 0.35 | 0.730 |
| Q4 2014 | -0.08 | -0.61 | 0.546 |
| Q1 2015 | 0.04 | 0.33 | 0.739 |
| Q2 2015 | -0.06 | -0.43 | 0.667 |
| Q3 2015 | 0.10 | 0.75 | 0.457 |
| Q4 2015 | -0.11 | -0.85 | 0.398 |
| Q1 2016 | -0.06 | -0.46 | 0.644 |
| Q2 2016 | 0.02 | 0.12 | 0.903 |
| Q3 2016 | -0.05 | -0.39 | 0.695 |
| Q4 2016 | 0.20 | 1.57 | 0.121 |
| Q1 2017 | 0.03 | 0.19 | 0.848 |
| Q2 2017 | 0.05 | 0.36 | 0.720 |
| Q3 2017 | -0.05 | -0.39 | 0.695 |
| Q4 2017 | 0.14 | 1.14 | 0.259 |
| Q1 2018 | -0.08 | -0.63 | 0.533 |
| Q2 2018 | 0.20 | 1.64 | 0.105 |
| Q3 2018 | -0.13 | -0.97 | 0.337 |
| Q4 2018 | 0.05 | 0.38 | 0.704 |
| Q1 2019 | -0.14 | -1.11 | 0.271 |
| **Class Period** | 0.03 | 0.99 | 0.322 |

Note: For this calculation, I only considered days that are within the Class Period.
Data Source: Bloomberg

**EXHIBIT 11B**

**CBL Series D Preferred Stock**
**Test for Autocorrelation during the Class Period**

| Quarter | Coefficient on Previous Day's Abnormal Return | T-Statistic | P-Values |
|---|---|---|---|
| Q3 2014 | 0.05 | 0.36 | 0.723 |
| Q4 2014 | -0.07 | -0.51 | 0.610 |
| Q1 2015 | -0.19 | -1.59 | 0.117 |
| Q2 2015 | -0.11 | -0.90 | 0.373 |
| Q3 2015 | -0.11 | -0.88 | 0.380 |
| Q4 2015 | -0.18 | -1.47 | 0.146 |
| Q1 2016 | -0.05 | -0.41 | 0.681 |
| Q2 2016 | -0.18 | -1.45 | 0.153 |
| Q3 2016 | -0.13 | -1.09 | 0.282 |
| Q4 2016 | -0.28 | -2.23 | 0.030 |
| Q1 2017 | -0.19 | -1.54 | 0.130 |
| Q2 2017 | 0.06 | 0.46 | 0.650 |
| Q3 2017 | -0.16 | -1.26 | 0.211 |
| Q4 2017 | 0.34 | 2.85 | 0.006 |
| Q1 2018 | -0.01 | -0.10 | 0.919 |
| Q2 2018 | -0.11 | -0.93 | 0.357 |
| Q3 2018 | -0.01 | -0.05 | 0.963 |
| Q4 2018 | -0.24 | -1.95 | 0.055 |
| Q1 2019 | 0.19 | 1.40 | 0.168 |
| **Class Period** | 0.00 | -0.10 | 0.924 |

Note: For this calculation, I only considered days that are within the Class Period.
Data Source: Bloomberg

**CBL Series E Preferred Stock**
**Test for Autocorrelation during the Class Period**

| Quarter | Coefficient on Previous Day's Abnormal Return | T-Statistic | P-Values |
|---|---|---|---|
| Q3 2014 | -0.13 | -0.83 | 0.410 |
| Q4 2014 | -0.21 | -1.68 | 0.099 |
| Q1 2015 | 0.21 | 1.67 | 0.100 |
| Q2 2015 | -0.12 | -0.92 | 0.360 |
| Q3 2015 | -0.05 | -0.40 | 0.687 |
| Q4 2015 | 0.10 | 0.82 | 0.413 |
| Q1 2016 | -0.13 | -1.02 | 0.312 |
| Q2 2016 | -0.25 | -2.02 | 0.047 |
| Q3 2016 | 0.25 | 2.06 | 0.043 |
| Q4 2016 | 0.11 | 0.84 | 0.406 |
| Q1 2017 | -0.02 | -0.19 | 0.850 |
| Q2 2017 | -0.33 | -2.79 | 0.007 |
| Q3 2017 | -0.36 | -2.97 | 0.004 |
| Q4 2017 | 0.05 | 0.38 | 0.702 |
| Q1 2018 | -0.05 | -0.38 | 0.708 |
| Q2 2018 | -0.11 | -0.91 | 0.364 |
| Q3 2018 | 0.05 | 0.39 | 0.696 |
| Q4 2018 | -0.11 | -0.88 | 0.380 |
| Q1 2019 | 0.28 | 2.15 | 0.036 |
| **Class Period** | 0.01 | 0.31 | 0.759 |

Note: For this calculation, I only considered days that are within the Class Period.
Data Source: Bloomberg