# EXHIBIT C

DocuSign Envelope ID: F8A2A2AC-B464-490B-B590-EBEDB3D292BB

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**

|  |  |
|---|---|
| IN RE CBL & ASSOCIATES PROPERTIES, INC. SECURITIES LITIGATION | Consolidated Case No. 1:19-CV-181-JRG-CHS<br><br>**DECLARATION OF MARK SHANER IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

I, Mark Shaner, declare, under penalty of perjury as follows:

1.      I understand that I am along with Jay B. Scolnick, Charles D. Hoffman, HoffInvestCo, and Lydia Hoffman serving as the Lead Plaintiff in this litigation pursuant to an Order entered by this Court on September 10, 2019.

2.      I am aware that this class action lawsuit is being brought on behalf of not only myself and the other Lead Plaintiffs, but also other persons investors who purchased the securities of CBL & Associates Properties, Inc. ("CBL" or the "Company") or CBL & Associates Limited Partnership (the "Operating Partnership") during the proposed class period of between July 29, 2014 and March 26, 2019 (the "Class Period"), identified in the Consolidated Class Action Complaint.

3.      I understand that CBL has been released from this action through a bankruptcy proceeding but that the case is continuing against certain senior executives and directors of CBL during the Class Period with this Court having denied Defendants' motion to dismiss on May 3, 2022 and motion for reconsideration on May 25, 2022.

4.      I have communicated with my counsel on multiple occasions concerning the progress of this action.

5.      I understand that a class representative is a representative party who acts on behalf of other class members in directing the litigation.  I am willing to serve as a class representative either individually or together with the other proposed class representatives.

1

6. I understand that a class representative oversees the litigation and ensures that counsel for plaintiffs prosecute the case vigorously and in the interest of all class members.

7. I will continue to work with counsel to oversee the litigation, and I have and will continue to monitor the litigation.

8. I understand that my duties as a class representative include consulting with counsel on proposed strategies and tactics during the litigation, making recommendations whether to accept a particular settlement offer, and testifying at deposition and trial if called upon to do so.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information and belief.

2

DocuSign Envelope ID: F8A2A2AC-B464-490B-B590-EBEDB3D292BB

Executed this $\underset{17}{\underline{\quad}}$ day of August, 2022

DocuSigned by:

*Mark Shaner*

888697277BA84E5...

Mark Shaner

3