# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
### CHATTANOOGA DIVISION

|  |  |
|---|---|
| IN RE CBL & ASSOCIATES PROPERTIES, INC. SECURITIES LITIGATION | ) <br> ) Consolidated Case No. <br> ) 1:19-CV-181-JRG-CHS <br> ) |

## **DEFENDANTS' MOTION TO STRIKE NON-PARTY RONALD T. AMSTERDAM**

Defendants Charles B. Lebovitz, Stephen D. Lebovitz, A. Larry Chapman, Farzana Khaleel, Augustus N. Stephas, and Don Sewell (collectively, "Defendants") respectfully request that the Court strike the portions of Plaintiffs' Motion for Class Certification (Dkt. 164), Memorandum of Law in support thereof (Dkt. 165), and related filings that improperly attempt to add non-party Ronald T. Amsterdam as a named plaintiff and proposed class representative without this Court's approval. For the reasons set forth in the accompanying Memorandum of Law, Defendants respectfully request that the Court grant Defendants' Motion and enter an order:

(a) striking all references to Mr. Amsterdam in Plaintiffs' Motion for Class Certification and related filings;

(b) confirming that Mr. Amsterdam is not a party to this case nor a putative class representative; and

(c) providing all other relief that the Court deems proper.

Respectfully submitted this 30th day of August, 2022.

**EVANS HARRISON HACKETT PLLC**

By: _/s/ Scott M. Shaw_
Scott M. Shaw (TN BPR # 019171)
835 Georgia Avenue, Suite, 800
Chattanooga, TN 37402
Telephone: (423) 693-2179
Facsimile: (423) 648-7897
Email: sshaw@ehhlaw.com

B. Warren Pope*
Peter M. Starr*
Matthew B. Rosenthal*
**KING & SPALDING LLP**
1180 Peachtree Street, N.E.
Atlanta, Georgia 30309-3521
Telephone: (404) 572-4600
Fax: (404) 572-5100
wpope@kslaw.com
pstarr@kslaw.com
mrosenthal@kslaw.com


Gregory C. Cook*
L. Conrad Anderson, IV*
**BALCH & BINGHAM LLP**
1901 Sixth Avenue, N., Suite 1500
Birmingham, Alabama 35203
Telephone: (205) 226-3426
gcook@balch.com
canderson@balch.com

*admitted *pro hac vice*

*Counsel for Defendants*


## CERTIFICATE OF SERVICE

The undersigned hereby certifies that August 30, 2022, a true and exact copy of the foregoing has been electronically transmitted to the Clerk of Court using the ECF System for filing, which will provide electronic notice of filing to all counsel of record.

**EVANS HARRISON HACKETT PLLC**

By: */s/ Scott M. Shaw*
Scott M. Shaw (TN BPR # 019171)