|  |  |
|---|---|
| IN RE CBL & ASSOCIATES PROPERTIES, INC. SECURITIES LITIGATION | ) ) ) ) ) |

Consolidated Case No.
1:19-CV-181-JRG-CHS

### [PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO STRIKE NON-PARTY RONALD T. AMSTERDAM

This matter having come before the Court on Defendants' Motion to Strike Non-Party Ronald T. Amsterdam, and for good cause shown to grant the relief requested, the Court hereby orders that:

1. Defendants' Motion To Strike Ronald T. Amsterdam is GRANTED;

2. All references to Ronald T. Amsterdam in Plaintiffs' Motion for Class Certification (Dkt. 164) are STRICKEN;

3. All references to Ronald T. Amsterdam in Plaintiffs' Memorandum of Law in Support of Plaintiffs' Motion for Class Certification (Dkt. 165) are STRICKEN;

4. The Declaration of Ronald T. Amsterdam in Support of Plaintiffs' Motion for Class Certification (Dkt. 166-8) is STRICKEN; and

5. Ronald T. Amsterdam is neither a party to this litigation nor a putative class representative.

IT IS SO ORDERED this _____ day of _____ 2022.

_____
HON. J. RONNIE GREER
UNITED STATES DISTRICT JUDGE