| | |
|---|---|
| IN RE CBL & ASSOCIATES PROPERTIES, INC. SECURITIES LITIGATION | ) ) ) ) ) |

Consolidated Case No.
1:19-CV-181-JRG-CHS

**DECLARATION OF MICHAEL J. WERNKE IN SUPPORT OF PLAINTIFFS'
OPPOSITION TO DEFENDANTS' MOTION TO STRIKE NON-PARTY RONALD T.
AMSTERDAM**

I, Michael J. Wernke, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1. I am a partner of the law firm of Pomerantz LLP, appointed by the Court as Co-Lead Counsel in this action. I am personally involved in the representation of Lead Plaintiffs and the putative class, and submit this declaration in support of Lead Plaintiffs' opposition to Defendants' motion to strike non-party Ronald T. Amsterdam.

2. Attached hereto as Exhibit 1 is a true and correct copy of CBL's Objections to the Second Subpoena Served by Plaintiffs to FINRA, dated July 15, 2022.

3. Attached hereto as Exhibit 2 is a true and correct excerpt of Defendants' Subpoena to Ronald T. Amsterdam for the production of documents, dated August 24, 2022.

4. During a call on August 26, 2022, previously scheduled to discuss the parties' document productions and the depositions of the proposed class representatives, Plaintiffs' counsel enquired as to the stated objection to the proffering of Mr. Amsterdam as a class representative. Plaintiffs' counsel stated that it was their understanding, based on their legal research, that proposing Mr. Amsterdam in the motion for class certification was procedurally

1

proper. Plaintiffs' counsel asked Defendants' counsel to identify authority for their assertion that it was procedurally impermissible as a matter of law to propose Mr. Amsterdam as a class representative at the class certification stage. Defendants' counsel provided no authority, stating that they were still researching the issue.

5.      Attached hereto as Exhibit 3 is a true and correct copy of an email sent by me to Peter Starr and other attorneys for the parties, dated Friday, August 26, 2022, 3:45 P.M.

6.      Attached hereto as Exhibit 4 is a true and correct copy of an email sent by Peter Starr to me and other attorneys for the parties, dated August 29, 2022, 4:10 P.M.

7.      Attached hereto as Exhibit 5 is a true and correct copy of an email sent by Peter Starr to me and other attorneys for the parties, dated August 30, 2022, 2:12 P.M.

8.      Attached hereto as Exhibit 6 is a true and correct copy of slip opinion *Takacs v. A.G. Edwards and Sons, Inc.*, No. 04-cv-1852 JAH (NLS) (S.D. Cal. Mar 9, 2006).

9.      On August 24, 2022, in response to Defendants' document requests, Plaintiffs produced documents from Lead Plaintiffs Jay Scolnick and Mark Shaner. At the same time, documents from Ronald Amsterdam were produced.

10.     On August 30, 2022, I emailed Defendants' counsel informing them that Mr. Amsterdam was available for a deposition on September 23, 2022.

11.     On September 12, 2022, Defendants served a subpoena on Mr. Amsterdam for his deposition on September 23, 2022.

12.     As of August 18, 2022, Defendants had not made any document productions. Non-party CBL had made only one production, on August 5, 2022.

13.     Attached hereto as Exhibit 7 is true and correct copy of a PSLRA Certification, from Mr. Ronald T. Amsterdam, dated August 31, 2022.

2

I declare under penalty of perjury that the foregoing is true and correct. Executed this 13th day of September, 2022 in New York, NY.

*/s/ Michael J. Wernke*
Michael J. Wernke

Case 1:19-cv-00181-JRG-CHS   Document 174   Filed 09/13/22   Page 3 of 3   PageID #: 2727