# 3

**Subject:**  In re CBL - Plaintiff depositions and document production

---

**From:** Michael J. Wernke <mjwernke@pomlaw.com>
**Sent:** Friday, August 26, 2022 3:45 PM
**To:** Peter Starr <pstarr@kslaw.com>; Michael Klein <mklein@aftlaw.com>
**Cc:** Warren Pope <WPope@KSLAW.com>; Greg Cook <Gcook@balch.com>; Matt Rosenthal <mrosenthal@kslaw.com>; Jeffrey S. Abraham <JAbraham@aftlaw.com>; Veronica Montenegro <vvmontenegro@pomlaw.com>
**Subject:** RE: In re CBL - Plaintiff depositions and document production

Peter – Following up on our discussion, the cases we have found state that appointment of a non-named plaintiff as an additional class representative does not require the pleadings to be amended. *See, e.g. Peterson v. Alaska Commc'ns Sys. Grp., Inc.*, 328 F.R.D. 255, 268 (D. Alaska 2018); *Morales v. Stevco, Inc.*, No. 1:09-cv-704, 2011 WL 5511767, at *8 (E.D. Cal. Nov. 10, 2011); *Norwood v. Raytheon Co.*, 237 F.R.D. 581, 588 n.12 (W.D. Tex. 2006).

Please advise of any authority you have found supporting your position that amendment is necessary.

Regards,
Mike

---

**From:** Peter Starr <pstarr@kslaw.com>
**Sent:** Thursday, August 25, 2022 5:16 PM
**To:** Michael Klein <mklein@aftlaw.com>
**Cc:** Warren Pope <WPope@KSLAW.com>; Greg Cook <Gcook@balch.com>; Matt Rosenthal <mrosenthal@kslaw.com>; Michael J. Wernke <mjwernke@pomlaw.com>; Jeffrey S. Abraham <JAbraham@aftlaw.com>; Veronica Montenegro <vvmontenegro@pomlaw.com>
**Subject:** RE: In re CBL - Plaintiff depositions and document production

Thank you, Michael.  Let's reserve Wednesday-Thursday of that week (September 14-15) for the Hoffmans' depositions.  We'll take those in-person in New York – I assume you plan to host in AFT's offices?

Separately, are Plaintiffs available for a brief call tomorrow?  We'd like to discuss a couple of items relating to document productions (both Plaintiffs' and Defendants' productions) and depositions.  We're available to speak other than from 11:30-2:00.

Thanks,
Peter

---

**Peter Starr**
*Senior Associate*

T: +1 404 572 2767  |  E: pstarr@kslaw.com  |  Bio  |  vCard

King & Spalding LLP
1180 Peachtree Street, NE
Suite 1600
Atlanta, GA 30309