# 5

**Subject:**                In re CBL - Plaintiff depositions and document production

---

**From:** Peter Starr <pstarr@kslaw.com>
**Sent:** Tuesday, August 30, 2022 2:12 PM
**To:** Michael J. Wernke <mjwernke@pomlaw.com>; Michael Klein <mklein@aftlaw.com>
**Cc:** Warren Pope <WPope@KSLAW.com>; Greg Cook <Gcook@balch.com>; Matt Rosenthal <mrosenthal@kslaw.com>;
Jeffrey S. Abraham <JAbraham@aftlaw.com>; Veronica Montenegro <vvmontenegro@pomlaw.com>
**Subject:** RE: In re CBL - Plaintiff depositions and document production

Counsel,

Having not received a response to the email below, Defendants presume that Plaintiffs are not willing to withdraw Mr. Amsterdam and that judicial resolution of this dispute is required.

Regards,
Peter

---

**Peter Starr**
*Senior Associate*

T: +1 404 572 2767  |  E: pstarr@kslaw.com  |  Bio  |  vCard

King & Spalding LLP
1180 Peachtree Street, NE
Suite 1600
Atlanta, GA 30309



kslaw.com

**From:** Peter Starr
**Sent:** Monday, August 29, 2022 4:10 PM
**To:** 'Michael J. Wernke' <mjwernke@pomlaw.com>; Michael Klein <mklein@aftlaw.com>
**Cc:** Warren Pope <WPope@KSLAW.com>; Greg Cook <Gcook@balch.com>; Matt Rosenthal <mrosenthal@kslaw.com>;
Jeffrey S. Abraham <JAbraham@aftlaw.com>; Veronica Montenegro <vvmontenegro@pomlaw.com>
**Subject:** RE: In re CBL - Plaintiff depositions and document production

Mike,

Thank you for sharing the authorities below.  As previously discussed, we disagree with your assessment.  We continue to believe that the belated attempt to add Mr. Amsterdam as a party to the case—via class certification briefing rather than by timely motion practice—was improper on a number of grounds.

First, the Court's Scheduling Order (Dkt. 153) set July 5, 2022 as the deadline for "motions to amend the pleadings or add new parties."