# 7

DocuSign Envelope ID: C674BC67-FFF1-496B-8423-150A8BCF50B2

## CERTIFICATION PURSUANT
## TO FEDERAL SECURITIES LAWS

1.     I, Ronald T. Amsterdam, make this declaration pursuant to Section 27(a)(2) of the Securities Act of 1933 ("Securities Act") and/or Section 21D(a)(2) of the Securities Exchange Act of 1934 ("Exchange Act") as amended by the Private Securities Litigation Reform Act of 1995.

2.     I understand that by order dated September 10, 2019, the Court appointed Jay B. Scolnick, Mark Shaner, Charles D. Hoffman, HoffInvestCo, and Lydia Hoffman as co-lead plaintiffs in the consolidated action *In re CBL & Associates Properties, Inc. Securities Litigation*, 1:19-cv-00181 (E.D. Tenn.) (the "Action") for all claims related to Section 10(b) and 20(a) of the Exchange Act.

3.     I have reviewed the Consolidated Class Action Complaint (the "Complaint") as well as other filings in the Action. I am willing to serve as a representative party for all such claims on behalf of a class of investors who purchased or acquired the securities of CBL & Associates Properties, Inc. ("CBL") during the Class Period as specified in the Complaint, including providing testimony at deposition and trial, if necessary.

4.     I did not purchase or acquire CBL securities at the direction of plaintiffs' counsel or in order to participate in any private action arising under the Securities Act or Exchange Act.

5.     To the best of my current knowledge, the attached sheet lists all of my transactions in CBL securities during the Class Period as specified in the Complaint.

6.     During the three-year period preceding the date on which this Certification is signed, I have not sought to serve as a representative party on behalf of a class under the federal securities laws.

7.     I agree not to accept any payment for serving as a representative party on behalf of the class as set forth in the Complaint, beyond my *pro rata* share of any recovery, except such reasonable costs and expenses directly relating to the representation of the class as ordered or approved by the Court.

8.     I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct to the best of my knowledge, information, and belief.

**Executed** August 31, 2022
_____
(Date)

DocuSigned by:

*Ronald Amsterdam*

D900F5E0BD68443...
**(Signature)**

Ronald T. Amsterdam

2

DocuSign Envelope ID: C674BC67-FFF1-496B-8423-150A8BCF50B2

| Security | Date | Purchase or Sale | Number of Shares/Units | Total Amount |
|----------|------|------------------|------------------------|--------------|
| CBL 5.95% due 12/15/2026 | 3/17/2017 | Purchase | 10 | $9,936.03 |

3