**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**CHATTANOOGA DIVISION**

| | |
|---|---|
| IN RE CBL & ASSOCIATES PROPERTIES, INC. SECURITIES LITIGATION | ) ) ) ) ) Consolidated Case No. 1:19-CV-181-JRG-CHS |

**JOINT CONSENT MOTION VOLUNTARILY DISMISSING**
**LYDIA HOFFMAN'S CLAIMS WITHOUT PREJUDICE**

Lead Plaintiffs Charles Hoffman, Lydia Hoffman, HoffInvestCo, Jay Scolnick, and Mark Shaner ("Plaintiffs") and Defendants Charles B. Lebovitz, Stephen D. Lebovitz, A. Larry Chapman, Farzana Khaleel, Augustus N. Stephas, and Don Sewell ("Defendants" and with Plaintiffs the "Parties") hereby jointly move this Court for entry of an order withdrawing Lydia Hoffman as a Lead Plaintiff and proposed class representative and, in support, respectfully show as follows:

1.      Lydia Hoffman wishes to withdraw from prosecuting this Action as a lead plaintiff and class representative, while retaining her ability to share in any recovery as an absent class member;

2.      all Parties agree that dismissal of Lydia Hoffman's claims, without prejudice, pursuant to Fed. R. Civ. P. 41, is appropriate under the circumstances, and all parties agree to bear their own costs with respect to that dismissal; and

3.      because no claims of a certified class, or a class proposed to be certified for purposes of settlement, are being settled, voluntarily dismissed, or compromised, there is no need to give notice of Lydia Hoffman's withdrawal to the putative class. *See* Fed. R. Civ. P. 23(e). In addition, the Parties agree that providing notice to the putative class would be unduly burdensome under the circumstances, and the benefits of any notice of Mrs. Hoffman's withdrawal would be outweighed by the costs of such a notice.

{00507886;2 }

1

A proposed order is submitted herewith for the Court's consideration.

Respectfully submitted this 23rd day of September, 2022.

/s/ John W. Chandler, Jr.
John W. Chandler, Jr.
**THE HAMILTON FIRM**
2401 Broad Street, Suite 102
Chattanooga, TN 37408
Tel: (423) 634-0871
Fax: (423) 634-0874
Jwc@thehamiltonfirm.com

Al Holifield (BPR# 015494)
Sarah R. Johnson (BPR# 030781)
**HOLIFIELD & JANICH  PLLC**
11907 Kingston Pike Suite 201
Knoxville, Tennessee 37934
Tel: (865) 566-0115
Fax: (865) 566-0119
aholifield@holifieldlaw.com
sjohnson@holifieldlaw.com

*Co-Liaison Counsel*

Jeffrey S. Abraham (*pro hac vice*)
Michael J. Klein (*pro hac vice*)
**ABRAHAM, FRUCHTER &
    TWERSKY, LLP**
One Penn Plaza, Suite 2805
New York, NY 10119
Tel: (212) 279-5050
Fax: (212) 279-3655
jabraham@aftlaw.com
mklein@aftlaw.com

Jeremy A. Lieberman (*pro hac vice*)
Michael J. Wernke (*pro hac vice*)
**POMERANTZ LLP**
600 Third Avenue, 20th Floor
New York, New York 10016
Tel: (212) 661-1100
Fax: (212) 661-8665
jalieberman@pomlaw.com
mjwernke@pomlaw.com

/s/ B. Warren Pope
B. Warren Pope (*pro hac vice*)
Georgia Bar No. 583723
**KING & SPALDING LLP**
1180 Peachtree Street, N.E.
Atlanta, Georgia 30309-3521
Telephone: (404) 572-4600
Fax: (404) 572-5100
wpope@kslaw.com

Gregory C. Cook (*pro hac vice*)
**BALCH & BINGHAM LLP**
1901 Sixth Avenue, N., Suite 1500
Birmingham, Alabama 35203
Telephone: (205) 226-3426
gcook@balch.com

Scott M. Shaw, Esq. (TN BPR # 019171)
**EVANS HARRISON HACKETT PLLC**
835 Georgia Avenue, Suite 800
Chattanooga, TN 37402
Telephone: (423) 693-2179
Fax: (423) 648-7897
sshaw@ehhlaw.com

*Counsel for Defendants*

*Co-Lead Counsel*

**BRONSTEIN, GEWIRTZ & GROSSMAN, LLC**
Peretz Bronstein
60 East 42nd Street, Suite 4600
New York, NY 10165
Tel: (212) 697-6484
Fax: (212) 697-7296
peretz@bgandg.com

*Additional Counsel for Jay Scolnick*

**KASKELA LAW LLC**
D. Seamus Kaskela
18 Campus Boulevard, Suite 100
Newtown Square, PA 19073
Tel: (484) 258-1585
skaskela@kaskelalaw.com

*Additional Counsel for Mark Shaner*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 23, 2022, a true and exact copy of the foregoing has been electronically transmitted to the Clerk of Court using the ECF System for filing, which will provide electronic notice of filing to all counsel of record.

**THE HAMILTON FIRM**

By: */s/ John W. Chandler, Jr.*
John W. Chandler, Jr., Esq.

{00507886;2 }

3