# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
### CHATTANOOGA DIVISION

|  |  |
|---|---|
| IN RE CBL & ASSOCIATES PROPERTIES, INC. SECURITIES LITIGATION | ) ) ) ) ) Consolidated Case No. 1:19-CV-181-JRG-CHS |

## [PROPOSED] ORDER VOLUNTARILY DISMISSING LYDIA HOFFMAN FROM THIS ACTION WITHOUT PREJUDICE

WHEREAS, Lydia Hoffman wishes to withdraw from prosecuting this Action as a lead plaintiff and class representative while retaining her ability to share in any recovery as an absent class member;

IT IS ORDERED THAT Lydia Hoffman is withdrawn from this Action, with all parties to bear their own costs; and it is further

ORDERED that this Court need not order notice of this voluntary dismissal for the reasons stated in the Parties' joint motion.

IT IS SO ORDERED THIS _____ DAY OF _____, 2022

_____
J. Ronnie Greer
Senior United States District Judge

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 23, 2022, a true and exact copy of the foregoing has been electronically transmitted to the Clerk of Court using the ECF System for filing, which will provide electronic notice of filing to all counsel of record.

**THE HAMILTON FIRM**

By: _/s/ John W. Chandler, Jr._
John W. Chandler, Jr., Esq.

{00507886;2 }

1