UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
CHATTANOOGA DIVISION

| | | |
|---|---|---|
| IN RE CBL & ASSOCIATES PROPERTIES, INC. SECURITIES LITIGATION | ) ) ) ) | Consolidated Case No. 1:19-CV-181-JRG-CHS |

### ORDER VOLUNTARILY DISMISSING
### LYDIA HOFFMAN FROM THIS ACTION WITHOUT PREJUDICE

This matter is before the Court on the parties' Joint Consent Motion Voluntarily Dismissing Lydia Hoffman's Claims without Prejudice [Doc. 176]. WHEREAS, Lydia Hoffman wishes to withdraw from prosecuting this action as a lead plaintiff and class representative while retaining her ability to share in any recovery as an absent class member,

IT IS ORDERED THAT the parties' joint motion [Doc. 176] is GRANTED, and Lydia Hoffman is hereby dismissed without prejudice from this action, with all parties to bear their own costs. It is further ORDERED that this Court need not order notice of this voluntary dismissal for the reasons stated in the parties' joint motion.

IT IS SO ORDERED THIS 11th DAY OF ___October___, 2022

_____
J. Ronnie Greer
Senior United States District Judge

1