# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
## CHATTANOOGA DIVISION

|  | ) |  |
|---|---|---|
| IN RE CBL & ASSOCIATES PROPERTIES, INC. SECURITIES LITIGATION | ) ) ) | Consolidated Case No. 1:19-CV-181-JRG-CHS |

## <u>NOTICE ERRATA</u>

TO:  ALL PARTIES AND THEIR COUNSEL OF RECORD

On July 16, 2019, Jay Scolnick and Mark Shaner ("Plaintiffs") filed a motion, pursuant to Section 21D(a)(3) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3), as amended by the Private Securities Litigation Reform Act of 1995, for an Order to: (1) appoint lead plaintiffs; and (2) approve lead plaintiffs' selection of counsel. Case No: 1:19-cv-00149, ECF No. 23. Following consolidation of various actions, on September 10, 2019, the Court appointed Plaintiffs along with Charles D. Hoffman, HoffInvestCo, and Lydia Hoffman as co-Lead Plaintiffs. Case No: 1:19-cv-00181, ECF No. 69.

In connection with their motion Plaintiffs filed shareholder certifications and a loss chart. Case No: 1:19-cv-00149, ECF No. 25-4, 25-5. Plaintiffs' counsel recently became aware that due to a clerical error the certifications and loss chart contain certain immaterial inaccuracies as to Plaintiffs' transactions. Amended copies of Plaintiffs' certifications as well as the loss chart are attached hereto.

1

Dated: October 21, 2022

Respectfully Submitted,

/s/ *Sarah R. Johnson*
Al Holifield (BPR# 015494)
Sarah R. Johnson (BPR# 030781)
**HOLIFIELD JANICH &
    FERRERA, PLLC**
11907 Kingston Pike Suite 201
Knoxville, Tennessee 37934
Tel: (865) 566-0115
Fax: (865) 566-0119
aholifield@holifieldlaw.com
sjohnson@holifieldlaw.com

John W. Chandler, Jr.
**THE HAMILTON FIRM**
2401 Broad Street, Suite 102
Chattanooga, TN 37408
Tel: (423) 634-0871
Fax: (423) 634-0874
jwc@thehamiltonfirm.com

**Co-Liaison Counsel for Plaintiffs**

Jeffrey S. Abraham (admitted *pro hac vice*)
Michael J. Klein (admitted *pro hac vice*)
**ABRAHAM, FRUCHTER &
    TWERSKY, LLP**
450 Seventh Avenue, 38th Floor
New York, NY 10123
Tel: (212) 279-5050
Fax: (212) 279-3655
jabraham@aftlaw.com
mklein@aftlaw.com

Jeremy A. Lieberman (admitted *pro hac vice*)
Michael J. Wernke (admitted *pro hac vice*)
**POMERANTZ LLP**
600 Third Avenue, 20th Floor
New York, New York 10016
Tel: (212) 661-1100
Fax: (212) 661-8665
jalieberman@pomlaw.com
mjwernke@pomlaw.com

**Lead Counsel for Lead Plaintiffs**

2

**BRONSTEIN, GEWIRTZ &**
**GROSSMAN, LLC**
Peretz Bronstein
60 East 42nd Street, Suite 4600
New York, NY 10165
Tel: (212) 697-6484
Fax: (212) 697-7296
peretz@bgandg.com

**Additional Counsel for Jay Scolnick**

**KASKELA LAW LLC**
D. Seamus Kaskela
18 Campus Boulevard, Suite 100
Newtown Square, PA 19073
Tel: (484) 258-1585
skaskela@kaskelalaw.com

**Additional Counsel for Mark Shaner**

3

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and exact copy of the foregoing has been served electronically upon all parties and/or counsel listed through the Court's ECF system on this October 21, 2022.

**HOLIFIELD & JANICH, PLLC**

*/s/ Sarah R. Johnson*
Sarah R. Johnson, Esq.

4