## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
## CHATTANOOGA DIVISION

| | |
|---|---|
| IN RE CBL & ASSOCIATES PROPERTIES, INC. SECURITIES LITIGATION | Consolidated Case No. 1:19-CV-181-JRG-CHS |

## DECLARATION OF PETER M. STARR IN SUPPORT OF DEFENDANTS' RESPONSE IN OPPOSITION TO LEAD PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

I, Peter M. Starr, hereby declare:

1.      I am an attorney licensed to practice law in the State of Georgia with the law firm of King & Spalding LLP, attorneys of record for Defendants Charles B. Lebovitz, Stephen D. Lebovitz, Farzana Khaleel, A. Larry Chapman, Augustus N. Stephas, and Don Sewell ("Defendants"), in the above-captioned action.  I am admitted *pro hac vice* in this case.

2.      I make this Declaration in support of Defendants' Response in Opposition to Lead Plaintiffs' Motion for Class Certification.

3.      Attached hereto are true and correct copies of the following documents submitted in support of Defendants' Opposition:

| Exhibit 1 | Excerpts of the September 23, 2022 Deposition of Ronald T. Amsterdam – REDACTED VERSION FILED PUBLICLY; UNREDACTED VERSION FILED PROVISIONALLY UNDER SEAL |
|---|---|
| Exhibit 2 | August 18, 2022 Engagement Letter for Ronald T. Amsterdam (document produced by Plaintiffs as CBL_Amsterdam_00000001 and introduced in Mr. Amsterdam's deposition as Deposition Exhibit 19) |
| Exhibit 3 | Criminal Background Report – FILED PROVISIONALLY UNDER SEAL |
| Exhibit 4 | Florida Department of Corrections Record – FILED PROVISIONALLY UNDER SEAL |

1

| | |
|---|---|
| Exhibit 5 | Confirmation Order entered in *In re CBL & Associates Properties, Inc., et al.,* Case No. 20-35226 (DJR) (Bankr. S.D. Tex) (Dkt. 1397, dated August 11, 2021) |
| Exhibit 6 | Second Amended And Restated Bylaws of CBL & Associates Properties, Inc., dated May 6, 2014 |
| Exhibit 7 | Excerpts of the September 14, 2022 Deposition of Plaintiff Charles D. Hoffman and HoffInvestCo |
| Exhibit 8 | Excerpts of the September 29, 2022 Deposition of Plaintiff Jay Scolnick |
| Exhibit 9 | Excerpts of the September 30, 2022 Deposition of Plaintiff Mark Shaner |
| Exhibit 10 | Account Statement titled "Investment Report" showing Plaintiff Charles D. Hoffman's transactions in CBL stock from June 1, 2019 through June 30, 2019 (document produced by Plaintiffs as CBL_HOFFMAN_00549 and introduced in Mr. Hoffman's deposition as Deposition Exhibit 12)[1] |
| Exhibit 11 | Account Statement titled "Investment Report" showing Plaintiff Charles D. Hoffman's transactions in CBL stock from November 1, 2019 through November 30, 2019 (document produced by Plaintiffs as CBL_HOFFMAN_00709 and introduced in Mr. Hoffman's deposition as Deposition Exhibit 14)[2] |
| Exhibit 12 | Account Statement titled "Investment Report" showing Plaintiff Charles D. Hoffman's transactions in CBL stock from December 1, 2019 through December 31, 2019 (document produced by Plaintiffs as CBL_HOFFMAN_00743 and introduced in Mr. Hoffman's deposition as Deposition Exhibit 15)[3] |
| Exhibit 13 | Document titled "CBL & Associates Properties, Inc. Intrinsic Valuation" prepared by Plaintiff Jay Scolnick (document produced by Plaintiffs as CBL_Scolnick_00001641) |
| Exhibit 14 | Summary Document prepared by Plaintiff Jay Scolnick showing Mr. Scolnick's calculations of CBL's Net Asset Value from January 2016 through September 2017 (document produced by Plaintiffs as CBL_Shaner_00000031 and introduced in Mr. Scolnick's deposition as Deposition Exhibit 34) |

[1] Defendants submit the produced version of Exhibit 10, rather than the deposition exhibit, for improved legibility.
[2] Defendants submit the produced version of Exhibit 11, rather than the deposition exhibit for improved legibility.
[3] Defendants submit the produced version of Exhibit 12, rather than the deposition exhibit, for improved legibility.

| | |
|---|---|
| Exhibit 15 | Document titled "Annual Property Return Efficiency" prepared by Plaintiff Jay Scolnick (document produced by Plaintiffs as CBL_Scolnick_00001013 and introduced in Mr. Scolnick's deposition as Deposition Exhibit 27) |
| Exhibit 16 | Document titled "Weighted Average Cap Rate" prepared by Plaintiff Jay Scolnick (document produced by Plaintiffs as CBL_Scolnick_00001016 and introduced in Mr. Scolnick's deposition as Deposition Exhibit 28) |
| Exhibit 17 | Document titled "Debt Obligations and Maturities" prepared by Plaintiff Jay Scolnick (document produced by Plaintiffs as CBL_Scolnick_00001019 and introduced in Mr. Scolnick's deposition as Deposition Exhibit 29) |
| Exhibit 18 | Document titled "Annual Property Return Efficiency" prepared by Plaintiff Jay Scolnick (document produced by Plaintiffs as CBL_Shaner_00000020 and introduced in Mr. Scolnick's deposition as Deposition Exhibit 31) |
| Exhibit 19 | Document titled "Dividend and Interest Coverage Ratio" prepared by Plaintiff Jay Scolnick (document produced by Plaintiffs as CBL_Shaner_00000027 and introduced in Mr. Scolnick's deposition as Deposition Exhibit 32) |
| Exhibit 20 | Document prepared by Plaintiff Jay Scolnick purporting to show the number of CBL shares sold short from April 13, 2017 through April 30, 2018 (document produced by Plaintiffs as CBL_Scolnick_00000710) |
| Exhibit 21 | Document purporting to show Sheryl Scolnick's transactions in CBL stock from July 5, 2016 through February 13, 2019 (document produced by Plaintiffs as CBL_Scolnick_00000516 and introduced in Mr. Scolnick's deposition as Deposition Exhibit 42) |
| Exhibit 22 | November 5, 2017 Email from Plaintiff Jay Scolnick to Plaintiff Mark Shaner (document produced by Plaintiffs as CBL_Shaner_00000017 and introduced in Mr. Scolnick's deposition as Deposition Exhibit 30) |
| Exhibit 23 | Account Statement showing Plaintiff Mark Shaner's transactions in CBL stock from October 28, 2017 through December 29, 2017 (document produced by Plaintiffs as CBL_Shaner_00000143 and introduced in Mr. Shaner's deposition as Deposition Exhibit 52) |
| Exhibit 24 | Account Statement showing Plaintiff Mark Shaner's transactions in CBL stock from October 9, 2017 through April 16, 2019 (document produced by Plaintiffs as CBL_Shaner_00000139 and introduced in Mr. Shaner's deposition as Deposition Exhibit 54) |
| Exhibit 25 | Expert Report of Defendants' Expert Witness, Terrence Hendershott, Ph.D dated October 28, 2022 |

| Exhibit 26 | Excerpts of the October 4, 2022 Deposition of Plaintiff's Expert Witness Matthew D. Cain |

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted this 28th day of October, 2022.

By: /s/ Peter M. Starr

Peter M. Starr* (Georgia Bar No. 648453)
**KING & SPALDING LLP**
1180 Peachtree Street, N.E.
Atlanta, Georgia 30309-3521
Telephone: (404) 572-4600
Fax: (404) 572-5100
pstarr@kslaw.com

Scott M. Shaw (TN BPR # 019171)
**EVANS HARRISON HACKETT PLLC**
835 Georgia Avenue, Suite, 800
Chattanooga, TN 37402
Telephone: (423) 693-2179
Facsimile: (423) 648-7897
Email: sshaw@ehhlaw.com

B. Warren Pope*
Matthew B. Rosenthal*
**KING & SPALDING LLP**
1180 Peachtree Street, N.E.
Atlanta, Georgia 30309-3521
Telephone: (404) 572-4600
Fax: (404) 572-5100
wpope@kslaw.com
mrosenthal@kslaw.com

Gregory C. Cook*
L. Conrad Anderson, IV*
**BALCH & BINGHAM LLP**
1901 Sixth Avenue, N., Suite 1500
Birmingham, Alabama 35203
Telephone: (205) 226-3426

4

gcook@balch.com
canderson@balch.com

*admitted pro hac vice

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 28, 2022, a true and exact copy of the foregoing has been electronically transmitted to the Clerk of Court using the ECF System for filing, which will provide electronic notice of filing to all counsel of record.

By: */s/ Peter M. Starr*
Peter M. Starr (*Admitted Pro Hac Vice*)
(Georgia Bar No. 648453)

6