# EXHIBIT 2

DocuSign Envelope ID: 9704DABB-59EE-4B11-86F5-47010734039C



**Jeremy A. Lieberman**
Managing Partner

August 18, 2022

**VIA EMAIL**

Ronald T. Amsterdam
215 Pittsville Avenue
Staten Island, NY 10307
Phone: 917-650-3981
Email: ronam4@yahoo.com

     **Re:**    *In Re CBL & Associates Properties, Inc. Securities Litigation,*
            *Consolidated Case No. 1:19-CV-00181-JRG-CHS (E.D. Tenn.)*

Dear Ronald T. Amsterdam:

This letter sets forth the terms of engagement of Pomerantz LLP ("Pomerantz") to represent you in the above referenced litigation.

In connection with this litigation, Pomerantz will: 1) provide you with copies of all significant pleadings in the litigation; 2) promptly advise you of any significant developments in this action, including settlement discussions; and 3) schedule periodic meetings or conference calls with you to discuss the progress in this litigation and any strategies for the prosecution of this case.

It is important for you to maintain all hard copy and electronic documents, including emails, concerning your investment, and decision to invest, in the above referenced Securities during the Class Period so that we can produce them to the defendants in the litigation under strict confidentiality.

The litigation will be undertaken on a contingent fee basis and Pomerantz will advance all costs necessary for the proper prosecution of this case, seeking to recover those costs only from any recovery upon the successful conclusion of the action. Moreover, all fees will be sought only from such a recovery. In any case, you will not bear such costs or fees whatsoever.

*Privileged and Confidential*
*Protected Under the Attorney-Client Privilege*
*and the Attorney Work Product Doctrine*

DEPOSITION
EXHIBIT
19
9/23/22

jalieberman@pomlaw.com

600 Third Avenue, New York, New York 10016   main: 212.661.1100   direct: 646.581.9971   www.pomlaw.com

NEW YORK    CHICAGO    LOS ANGELES    PARIS

325

CONFIDENTIAL    CBL_Amsterdam_00000001

DocuSign Envelope ID: 9704DABB-59EE-4B11-86F5-47010734039C



Ronald T. Amsterdam
August 18, 2022
Page 2

In the event that this litigation is successful, Pomerantz will seek reasonable fees to be determined by the court, but will not request a fee in excess of 20% (twenty percent) of any settlement or judgment achieved. Abraham, Fruchter & Twersky LLP will jointly prosecute the litigation with Pomerantz as co-lead counsel. Bronstein Gewirtz & Grossman LLC will jointly prosecute the litigation with Pomerantz, and will share 15% (fifteen percent) of the net fees awarded to Pomerantz in this action. Kaskela Law LLC will jointly prosecute the litigation with Pomerantz, and will share 8% (eight percent) of the net fees awarded to Pomerantz in this action. Pomerantz will consult with, and obtain approval from you prior to making any fee application to the Court. In the event you enter into an individual settlement with Defendants, any settlement proceeds are subject to a retaining lien equal to Pomerantz's reasonable costs and attorney fees.

We look forward to representing you in this matter and appreciate your retaining the Pomerantz firm.

Very truly yours,

Jeremy Lie

Jeremy A. Lieberman

READ AND AGREED TO:

DocuSigned by:

R W T R
D900F5E0BD66443

RONALD T. AMSTERDAM

*Privileged and Confidential*
*Protected Under the Attorney-Client Privilege*
*and the Attorney Work Product Doctrine*