# EXHIBIT 3

## Filed Provisionally
## Under Seal

Case 1:19-cv-00181-JRG-CHS    Document 184-3    Filed 10/28/22    Page 1 of 1
PageID #: 2895