# EXHIBIT 4

Filed Provisionally
Under Seal

Case 1:19-cv-00181-JRG-CHS    Document 184-4    Filed 10/28/22    Page 1 of 1
PageID #: 2896