# EXHIBIT 11



Envelope # BHRWJFBBBBHQZ

CHARLES D HOFFMAN
LYDIA J HOFFMAN

CONFIDENTIAL



MR_CE_BHRWJFBBBBHQZ_BBBBB 20191129    S



MR_CE_BHRWJFBBBBHQZ_BBBBB 20191129   S

MR_CE_BHRWJFBBBBHQZ_BBBBB 20191129    S

Case 1:19-cv-00181-JRG-CHS    Document 184-11    Filed 10/28/22    Page 5 of 35    PageID #: 3367



CONFIDENTIAL

MR_CE_BHRWJFBBBBHQZ_BBBBB 20191129

## Holdings



## Activity

### Securities Bought & Sold

| Settlement Date | Security Name | Symbol/ CUSIP | Description | Quantity | Price | Total Cost Basis | Transaction Cost | Amount |
|---|---|---|---|---|---|---|---|---|
| 11/08 | CBL &ASSOCIATES PROPERTIES INC COM USD0.01 | 124830100 | You Bought | 700.000 | $1.60500 | | – | -$1,123.50 |
| 11/08 | CBL &ASSOCIATES PROPERTIES INC COM USD0.01 | 124830100 | You Bought | 10,300.000 | 1.61000 | | – | -16,583.00 |
| 11/12 | CBL &ASSOCIATES PROPERTIES INC COM USD0.01 | 124830100 | You Sold *Short-term gain: $443.12* | -11,000.000 | 1.65000 | 17,706.50r | -0.38 | 18,149.62 |

CONFIDENTIAL

MR_CE_BHRWJFBBBBHQZ_BBBBB 20191129



CONFIDENTIAL

FIDELITY
ACTIVE TRADER VIP

CONFIDENTIAL

GCB_HOFFMAN_00716

MR_CE__BHRWJFBBBBHQZ_BBBBB 20191129

 
## Estimated Cash Flow *(Rolling as of November 30, 2019)*

**HOFFINVESTCO - PARTNERSHIP**

This table does not include cash flow from foreign denominated fixed income.

-- *not available*

MR_CE_BHRWJFBBBBHQZ_BBBBB 20191129 S

FIDELITY
ACTIVE TRADER VIP



CONFIDENTIAL Case 1:19-cv-00181-JRG-CHS     Document 184-11     Filed 10/28/22     Page 11 of 35 CBL_HOFFMAN_00718
PageID #: 3373

MR_CE_BHRWJFBBBBHQZ_BBBBB 20191129

FIDELITY
ACTIVE TRADER VIP

CONFIDENTIAL

CBL_HOFFMAN_00719

MR_CE_BHRWJFBBBBHQZ_BBBBB 20191129

11 of 34

## Holdings

CHARLES D HOFFMAN - JOINT WROS



Other

| Description | Beginning Market Value Nov 1, 2019 | Quantity Nov 30, 2019 | Price Per Unit Nov 30, 2019 | Ending Market Value Accrued Interest (AI) Nov 30, 2019 | Total Cost Basis | Unrealized Gain/Loss Nov 30, 2019 | EAI ($) / EY (%) |
|---|---|---|---|---|---|---|---|
| CBL &ASSOCIATES PROPERTIES INC COM USD0.01 (CBL) | unavailable | 35,000.000 | $1.4400 | $50,400.00 | $53,566.74 | -$3,166.74 | - - |

MR_CE__BHRWJFBBBBHQZ_BBBBB 20191129

CONFIDENTIAL Case 1:19-cv-00181-JRG-CHS    Document 184-11    Filed 10/28/22    PageID #: 3375    Page 13 of 35    CBL_HOFFMAN_00720

**FIDELITY**
**ACTIVE TRADER VIP**



CONFIDENTIAL



## Activity

CHARLES D HOFFMAN - JOINT WROS

### Securities Bought & Sold (continued)

| Settlement Date | Security Name | Symbol/ CUSIP | Description | Quantity | Price | Total Cost Basis | Transaction Cost | Amount |
|---|---|---|---|---|---|---|---|---|
| 11/06 | CBL & ASSOC PPTYS INC DEP SHS REPSTG 7.37500% PFD | 124830605 | You Sold *Short-term gain: $75.41* | -169.000 | 10.32000 | 1,668.63f | -0.04 | 1,744.04 |
| 11/07 | CBL & ASSOC PPTYS INC DEP SHS REPSTG 7.37500% PFD | 124830605 | You Sold *Short-term gain: $1,948.09* | -1,601.000 | 10.50000 | 14,862.06f | -0.35 | 16,810.15 |

CONFIDENTIAL
CBL_HOFFMAN_00722

MR_CE_BHRWJFBBBBHQZ_BBBBB 20191129                S

## Activity

CHARLES D HOFFMAN - JOINT WROS

### Securities Bought & Sold (continued)

| Settlement Date | Security Name | Symbol/ CUSIP | Description | Quantity | Price | Total Cost Basis | Transaction Cost | Amount |
|---|---|---|---|---|---|---|---|---|
| 11/07 | CBL & ASSOC PPTYS INC DEP SHS REPSTG 7.37500% PFD | 124830605 | You Sold *Short-term gain: $865.50* | -1,020.000 | 10.51000 | 9,854.47ŧ | -0.23 | 10,719.97 |
| 11/12 | CBL & ASSOC PPTYS INC DEP SHS REPSTG 7.37500% PFD | 124830605 | You Sold *Short-term gain: $13,123.39* | -3,312.000 | 12.51000 | 28,308.87ŧ | -0.86 | 41,432.26 |
| 11/12 | CBL & ASSOC PPTYS INC DEP SHS REPSTG 7.37500% PFD | 124830605 | You Sold *Short-term gain: $16,417.77* | -3,286.000 | 12.60000 | 24,984.97ŧ | -0.86 | 41,402.74 |
| 11/12 | CBL & ASSOC PPTYS INC DEP SHS REPSTG 7.37500% PFD | 124830605 | You Sold *Short-term gain: $8,526.31* | -2,500.000 | 12.45000 | 22,598.04ŧ | -0.65 | 31,124.35 |
| 11/12 | CBL & ASSOC PPTYS INC DEP SHS REPSTG 7.37500% PFD | 124830605 | You Sold *Short-term gain: $9,765.65* | -1,993.000 | 12.60000 | 15,345.63ŧ | -0.52 | 25,111.28 |
| 11/13 | CBL & ASSOC PPTYS INC DEP SHS REPSTG 7.37500% PFD | 124830605 | You Bought | 400.000 | 11.93000 | | - | -4,772.00 |
| 11/13 | CBL & ASSOC PPTYS INC DEP SHS REPSTG 7.37500% PFD | 124830605 | You Bought | 2,100.000 | 11.94000 | | - | -25,074.00 |
| 11/13 | CBL & ASSOC PPTYS INC DEP SHS REPSTG 7.37500% PFD | 124830605 | You Sold *Short-term gain: $3,159.61* | -619.000 | 12.80000 | 4,763.42ŧ | -0.17 | 7,923.03 |
| 11/13 | CBL &ASSOCIATES PROPERTIES INC COM USD0.01 | 124830100 | You Bought | 2,700.000 | 1.51500 | | - | -4,090.50 |
| 11/13 | CBL &ASSOCIATES PROPERTIES INC COM USD0.01 | 124830100 | You Bought | 3,953.000 | 1.53500 | | - | -6,067.86 |
| 11/13 | CBL &ASSOCIATES PROPERTIES INC COM USD0.01 | 124830100 | You Bought | 12,300.000 | 1.52000 | | - | -18,696.00 |
| 11/13 | CBL &ASSOCIATES PROPERTIES INC COM USD0.01 | 124830100 | You Bought | 16,047.000 | 1.54000 | | - | -24,712.38 |

CONFIDENTIAL



MR_CE_BHRWJFBBBBHQZ_BBBBB 20191129

FIDELITY
**ACTIVE TRADER VIP**

## Activity

**CHARLES D HOFFMAN - JOINT WROS**

### Securities Bought & Sold (continued)



| Settlement Date | Security Name | Symbol/ CUSIP | Description | Quantity | Price | Total Cost Basis | Transaction Cost | Amount |
|---|---|---|---|---|---|---|---|---|
| 11/14 | CBL & ASSOC PPTYS INC DEP SHS REPSTG 7.37500% PFD | 124830605 | You Bought | 530.000 | 11.84000 | | - | -6,275.20 |
| 11/14 | CBL & ASSOC PPTYS INC DEP SHS REPSTG 7.37500% PFD | 124830605 | You Sold *Short-term gain: $1,153.35* | -2,500.000 | 12.40000 | 29,846.00† | -0.65 | 30,999.35 |
| 11/15 | CBL & ASSOC PPTYS INC DEP SHS REPSTG 7.37500% PFD | 124830605 | You Bought | 500.000 | 10.56290 | | - | -5,281.45 |
| 11/15 | CBL & ASSOC PPTYS INC DEP SHS REPSTG 7.37500% PFD | 124830605 | You Bought | 1,188.000 | 10.56310 | | - | -12,548.97 |
| 11/15 | CBL & ASSOC PPTYS INC DEP SHS REPSTG 7.37500% PFD | 124830605 | You Bought | 1,812.000 | 10.56160 | | - | -19,137.62 |
| 11/18 | CBL & ASSOC PPTYS INC DEP SHS REPSTG 7.37500% PFD | 124830605 | You Sold *Short-term gain: $2,056.14* *Short-term loss: $365.82* *Short-term disallowed loss: $365.82* *Wash sale of: 11/14/2019 $365.82* | -4,030.000 | 11.15000 | 43,243.24† | -0.94 | 44,933.56 |

CONFIDENTIAL

CBL_HOFFMAN_00725

MR_CE_BHRWJFBBBBHQZ_BBBBB 20191129

Case 1:19-cv-00181-JRG-CHS     Document 184-11     Filed 10/28/22     Page 18 of 35
PageID #: 3380



MR_CE_BHRWJFBBBBHQZ_BBBBB 20191129

CONFIDENTIAL



CONFIDENTIAL

CBL_HOFFMAN_00727

MR_CE_BHRWJFBBBBHQZ_BBBBB 20191129

19 of 34

MR_CE_BHRWJFBBBBHQZ_BBBBB 20191129    S

## Activity

CHARLES D HOFFMAN - JOINT WROS



### Trades Pending Settlement

| Trade Date | Settlement Date | Security Name | Symbol/ CUSIP | Description | Quantity | Price | Total Cost Basis | Amount |
|---|---|---|---|---|---|---|---|---|
| 11/27 | 12/02 | CBL & ASSOC PPTYS INC DEP SHS REPSTG 7.37500% PFD | CBLPRD | Bought | 2,500.0000 | $11.05000 | | -$27,625.00 |
| 11/27 | 12/02 | CBL & ASSOC PPTYS INC DEP SHS REPSTG 7.37500% PFD | CBLPRD | Bought | 500.0000 | 11.02900 | | -5,514.50 |
| 11/27 | 12/02 | CBL & ASSOC PPTYS INC DEP SHS REPSTG 7.37500% PFD | CBLPRD | Bought | 1,926.0000 | 11.04000 | | -21,263.04 |
| 11/27 | 12/02 | CBL & ASSOC PPTYS INC DEP SHS REPSTG 7.37500% PFD | CBLPRD | Bought | 74.0000 | 11.04000 | | -816.96 |
| 11/29 | 12/03 | CBL & ASSOC PPTYS INC DEP SHS REPSTG 7.37500% PFD | CBLPRD | Bought | 3,000.0000 | 11.04000 | | -33,120.00 |

MR_CE_BHRWJFBBBBHQZ_BBBBB 20191129

FIDELITY
ACTIVE TRADER VIP

MR_CE_BHRWJFBBBBHQZ_BBBBB 20191129

CONFIDENTIAL

 
## Estimated Cash Flow *(Rolling as of November 30, 2019)*

CHARLES D HOFFMAN - JOINT WROS

**ETP Income** includes estimated dividend payments for Exchange Traded Funds (ETFs) and Exchange Traded Notes (ETNs).

**Mutual Fund Income** includes estimated dividend payments for Fidelity and non-Fidelity mutual funds.

**Other Income** includes, but is not limited to estimated dividend payments for Unit Investment Trusts (UITs), REITs, and LPs.

This table does not include cash flow from foreign denominated fixed income.

-- *not available*

MR_CE_BHRWJFBBBBHQZ_BBBBB 20191129    S

# Account Summary

**CHARLES D HOFFMAN - TRADITIONAL IRA**

## Top Holdings

| Description | Value | Percent of Account |
|---|---|---|
| | | |
| | | |
| Cbl & Assoc Pptys INC Dep Shs Repstg 7.37500% Pfd | 143,510 | 20 |
| | | |

MR_CE_BHRWJFBBBBHQZ_BBBBB 20191129





CONFIDENTIAL

## Holdings

CHARLES D HOFFMAN - TRADITIONAL IRA

### Stocks (continued)

| Description | Beginning Market Value Nov 1, 2019 | Quantity Nov 30, 2019 | Price Per Unit Nov 30, 2019 | Ending Market Value Nov 30, 2019 | Cost | Unrealized Gain/Loss Nov 30, 2019 | EAI ($) / EY (%) |
|---|---|---|---|---|---|---|---|
| ▮▮▮▮ | ▮▮▮▮ | ▮▮▮▮ | ▮▮▮▮ | ▮▮▮▮ | ▮▮▮▮ | ▮▮▮▮ | ▮▮▮▮ |
| ▮▮▮▮ | ▮▮▮▮ | | | ▮▮▮▮ | ▮▮▮▮ | ▮▮▮▮ | ▮▮▮▮ |

**Preferred Stock**

| Description | Beginning Market Value Nov 1, 2019 | Quantity Nov 30, 2019 | Price Per Unit Nov 30, 2019 | Ending Market Value Nov 30, 2019 | Cost | Unrealized Gain/Loss Nov 30, 2019 | EAI ($) / EY (%) |
|---|---|---|---|---|---|---|---|
| CBL & ASSOC PPTYS INC DEP SHS REPSTG 7.37500% PFD (CBLPRD) | $142,872.13 | 13,130.000 | $10.9300 | $143,510.90 | $179,129.59 | -$35,618.69 | $24,208.44 16.870% |
| CBL &ASSOC PPTYS INC DEP 1/10TH PFD 6.62500% (CBLPRE) | 48,180.50 | 5,570.000 | 10.1200 | 56,368.40 | 88,374.07 | -32,005.67 | 9,225.31 16.370 |
| ▮▮▮▮ | ▮▮▮▮ | ▮▮▮▮ | | ▮▮▮▮ | ▮▮▮▮ | ▮▮▮▮ | ▮▮▮▮ |
| ▮▮▮▮ | ▮▮▮▮ | | | ▮▮▮▮ | ▮▮▮▮ | ▮▮▮▮ | ▮▮▮▮ |

### Other

| Description | Beginning Market Value Nov 1, 2019 | Quantity Nov 30, 2019 | Price Per Unit Nov 30, 2019 | Ending Market Value Accrued Interest (AI) Nov 30, 2019 | Cost | Unrealized Gain/Loss Nov 30, 2019 | EAI ($) / EY (%) |
|---|---|---|---|---|---|---|---|
| CBL &ASSOCIATES PROPERTIES INC COM USD0.01 (CBL) | $208.80 | 269.000 | $1.4400 | $387.36 - | $346.93 | $40.43 | - - |
| ▮▮▮▮ | ▮▮▮▮ | ▮▮▮▮ | ▮▮▮▮ | ▮▮▮▮ | ▮▮▮▮ | ▮▮▮▮ | ▮▮▮▮ |
| ▮▮▮▮ | ▮▮▮▮ | ▮▮▮▮ | ▮▮▮▮ | ▮▮▮▮ | ▮▮▮▮ | ▮▮▮▮ | ▮▮▮▮ |
| ▮▮▮▮ | ▮▮▮▮ | ▮▮▮▮ | | ▮▮▮▮ | | | ▮▮▮▮ |
| ▮▮▮▮ | ▮▮▮▮ | | | ▮▮▮▮ | ▮▮▮▮ | ▮▮▮▮ | ▮▮▮▮ |

MR_CE_BHRWJFBBBBHQZ_BBBBB 20191129



## Holdings

CHARLES D HOFFMAN - TRADITIONAL IRA

EAI   **Estimated Annual Income (EAI) & Estimated Yield (EY)**- *EAI is an estimate of annual income for a specific security position over the next rolling 12 months. EAI may be negative on short*
& EY  *positions. EY is calculated by dividing the current EAI for a security position by its statement closing date market value. EAI and EY are estimates only and may include return of principal*
      *and/or capital gains, which would render them overstated. Actual income and yield might be lower or higher than the estimated amounts.* **For calculation details, refer to the**
      **"Additional Information and Endnotes" section.**

*All positions held in cash account unless indicated otherwise.*

*Total Cost  does not include the cost basis on core, money market or other positions where cost basis is unknown or not applicable.*

## Activity

### Securities Bought & Sold

Settlement

| Date | Security | | Description | Quantity | Price | | | |
|------|----------|--|-------------|----------|-------|--|--|--|
| 11/13 | CBL & ASSOC PPTYS INC DEP SHS REPSTG 7.37500% PFD | 124830605 | You Sold<br>*Transaction Loss: $24,740.22* | -2,683.000 | 13.50000 | 60,959.97 | -0.75 | 36,219.75 |
| 11/13 | CBL &ASSOCIATES PROPERTIES INC COM USD0.01 | 124830100 | You Bought | 124.000 | 1.50500 | | - | -186.62 |

CONFIDENTIAL

MR_CE_BHRWJFBBBBHQZ_BBBBB 20191129   S



## Activity

**CHARLES D HOFFMAN - TRADITIONAL IRA**

### Securities Bought & Sold (continued)

| Settlement Date | Security Name | Symbol/ CUSIP | Description | Quantity | Price | Cost | Transaction Cost | Amount |
|---|---|---|---|---|---|---|---|---|
| 11/26 | CBL & ASSOC PPTYS INC DEP SHS REPSTG 7.37500% PFD | 124830605 | You Bought | 130.000 | 11.14830 | | - | -1,449.28 |



CONFIDENTIAL
CBL_HOFFMAN_00737

Case 1:19-cv-00181-JRG-CHS     Document 184-11     Filed 10/28/22     Page 30 of 35 PageID #: 3392

MR_CE_BHRWJFBBBBHQZ_BBBBB 20191129

 
## Additional Information and Endnotes

CHARLES D HOFFMAN - TRADITIONAL IRA

Cost basis and gain/loss information is provided as a service to our customer, and is based on standards for filing US Federal Tax Returns as determined by Fidelity. This information is not intended to address tax law or reporting requirements applicable in your country of tax residence.

Amortization, accretion and similar adjustments to cost basis are provided for many fixed income securities (and some bond-like equities), however they are not provided for certain fixed income securities, such as short-term instruments, Unit Investment Trusts, foreign fixed income securities, or those that are subject to early prepayment of principal (pay downs).

**B**     Adjusted cost basis information is shown where this indicator is displayed. Adjusted cost basis reflects any cumulative original issue discount, premium, or acquisition premium (including any year-to-date amount). It assumes such amounts were amortized or accrued for tax purposes from the acquisition date through the disposition date. Premium amortization was calculated using the yield-to-maturity method. Acquisition premium was calculated using the ratable accrual method. Any market discount accretion for this position was calculated using the straight-line method and, if applicable, recognized upon disposition. Gain/loss displayed for this transaction is calculated using the cost basis adjustments, as described above. The adjusted cost basis used here may not reflect all adjustments necessary for tax purposes (such as wash sale adjustments) and may not apply if you are using an alternative amortization calculation method. Refer to IRS Publication 550, Investment Income and Expenses, for additional information.

If total cost basis information is provided for multiple tax lots, that total cost basis information (and any associated gain/loss displayed) may have been calculated using a combination of adjusted cost basis information (as described above) and non-adjusted cost basis information. Total cost basis information (and any associated gain/loss displayed) is calculated using adjusted cost basis for lots for which adjusted cost basis is provided and non-adjusted cost basis for lots for which adjusted cost basis is not provided or not applicable.

**About Your RMD Estimate:** Each year your annual RMD estimate is calculated on or after January 1 using your prior year-end account balance divided by the applicable life expectancy factor. The life expectancy factor used is based on both your date of birth and the beneficiary information we have on file as of December 31st of the prior year. Please contact Fidelity if there is a change in your beneficiary information as this calculation will not be updated until the calendar year following the year in which you change your beneficiary designation.

**Inherited IRA:** The RMD estimate provided for an Inherited IRA is based on an assumed life expectancy factor. The assumed life expectancy factor assumes that you inherited the IRA from the original owner as an individual sole non-spouse beneficiary and is based on your date of birth unless you have established automatic withdrawals and provided additional information about your situation. The RMD estimate's assumed life expectancy factor, and the resulting RMD estimate, may not be accurate for your situation. If you have questions please call 800-343-3548, Monday through Friday, 8:00 a.m. to 8:30 p.m. EST and, when prompted, say "RMD".

**Successor Beneficiary:** This RMD estimate does not consider any successor beneficiary information or relationship situations. If you own the account as the result of the death of the beneficiary of the original IRA owner, you must provide Fidelity with additional information in order for Fidelity to provide an accurate RMD estimate. This can only be done through enrollment in automatic withdrawals and by providing the required information.

**Year-to-Date** distributions include any distributions taken after January 1st of the current year through midnight of the statement end date. **It is your responsibility to satisfy IRS minimum distribution requirements. Learn more about RMDs at www.Fidelity.com/RMD or call a Fidelity representative at the number listed on the front of your statement. If you need specific tax advice be sure to consult with your tax adviser.**

MR_CE_BHRWJFBBBBHQZ_BBBBB 20191129 S


## Additional Information and Endnotes

CHARLES D HOFFMAN - TRADITIONAL IRA

**Estimated Annual Income (EAI) & Estimated Yield (EY)** - EAI for fixed income is calculated using the coupon rate. For all other securities, EAI is calculated using an indicated annual dividend (IAD). The IAD is an estimate of a security's dividend payments for the next 12 months calculated based on prior and/or declared dividends for that security. EY reflects only the income generated by an investment and not changes in its price which may fluctuate. Interest and dividend rates are subject to change at any time and may be affected by current and future economic, political and business conditions. EAI and EY are provided for informational purposes only and should not be used or relied on for making investment, trading or tax decisions. EAI and EY are based on data obtained from information providers believed to be reliable, but no assurance can be made as to accuracy, timeliness or completeness. **Please refer to the Help/Glossary on Fidelity.com for additional information regarding these calculations.**

For more information about your statement, please refer to our **Frequently Asked Questions** document at **Fidelity.com/statements** .

MR_CE_BHRWJFBBBBHQZ_BBBBB 20191129    S



## Information About Your Fidelity Statement

TDD Service for the Hearing-Impaired Call 800-544-0118, 9 am - 9 pm ET, 7 days a week.

**Lost or Stolen Cards** For 24-Hour worldwide customer service, call 800-529-2164 for American Express or 800-323-5353 for Fidelity® Debit Card.

**Additional Investments with Fidelity** Make checks payable to Fidelity Investments. Include your account number on the check. For retirement and health savings accounts (HSA), designate in the memo field whe her your contribution is for the current or prior year. Mail checks or other inquiries to: Fidelity Investments, P.O. Box 770001, Cincinnati, OH 45277-0003.

**Income Summary** Shows income by tax status for he statement and year-to-date periods. Except for interest income earned on, or distributed by, tax-exempt securities, Fidelity reports dividends and capital gains held in taxable accounts as taxable income. A portion of income reported as tax-exempt income may be subject to alternative minimum taxes and/or state and local taxes. In Traditional IRAs, Rollover IRAs, SEP-IRAs, SIMPLE IRAs and Keoghs, earnings are reported as tax-deferred income. In Roth IRAs and HSAs, earnings are reported as tax-exempt income as they may be federally tax-exempt if certain conditions are met.

**Cost Basis, Gain/Loss, and Holding Period Information** NFS is required to report certain cost basis and holding period information to the IRS on Form 1099-B. Unless o herwise specified, NFS applies the average cost method for open-end mutual funds and the first-in, first-out (FIFO) me hod for all other securities. Cost basis is adjusted for wash sales on securities with the same CUSIP held in the same account (unless your account receives mark-to-market reporting). Your statement may not reflect all adjustments required for tax purposes. Customers should consult their tax advisors for further information.

**Cost** Fidelity provides purchase cost informa ion for securities held in retirement and HSA accounts. Such information may be adjusted for certain transactions and does not reflect dividends or capital gains reinvestments. Fidelity reports transaction profit or loss information when securities are sold within a retirement or HSA account. Transaction profit or loss is calculated by subtracting purchase cost from sales proceeds

using the FIFO method if shares were purchased at different times or prices. **Statement Mailing** We deliver statements at least four times during he calendar year for any account with a balance.

**Statement Discrepancies Please review your statement and report any inaccuracies or discrepancies. Inquiries, concerns or questions regarding your brokerage account or the activity therein should be directed to FBS by calling 800-544-6666, and NFS, who carries your brokerage accounts, by calling 866-408-1138.** Any oral communica ions regarding inaccuracies or discrepancies should be reconfirmed in writing to protect your rights, including those under the Securities Investor Protec ion Act (SIPA).

**Material Changes** Please advise us of material changes in your investment objectives or financial situation related to your brokerage account(s).

**Mutual Funds and Performance Before investing, consider the funds' investment objectives, risks, charges and expenses. Contact Fidelity for a prospectus containing this information. Read it carefully. Performance data shown represents past performance and is no guarantee of future results. Investment return and principal value will fluctuate, so you may have a gain or loss when shares are sold. Current performance may be higher or lower than that quoted. Visit Fidelity.com/performance for most recent month-end performance.**

**Sales Loads & Fees** Each fund reserves the right to terminate or modify its exchange privilege in the future. In connection with (i) access to, purchase or redemption of, and/or maintenance of positions in mutual funds and other investment products ("funds") or (ii) infrastructure needed to support such funds, some funds, or their investment affiliates, pay FBS and/or NFS sales loads and 12b-1 fees described in the prospectus as well as additional compensation for shareholder services, start-up fees, infrastructure support and maintenance, and other programs. Additional information about the source(s) and amount(s) of compensation as well as other remuneration received by FBS or NFS will be furnished to you upon written request. At the time you purchase shares of funds those shares will be assigned either a load, transaction fee (TF) or no transaction fee (NTF) status. When you subsequently sell those shares, any fees applicable to your transaction will be assessed based on the status assigned to he shares at the time of purchase.

## Additional Information About Your Brokerage Account, If Applicable

**Free credit balances (FCB)** are funds payable to you on demand. FCB are subject to open commitments such as uncleared checks and exclude proceeds from sales of certificated securities without delivery of the certificate. If your FCB is swept to a core position, you can liquidate the core position and have the proceeds sent to you or held in your account subject to the terms of your account agreement. Required rule 10b-10(a) information not contained herein will be provided on written request. Fidelity may use this free credit balance in connection with its business, subject to applicable law. **Assets Separate from Your Brokerage Account** Only securities in the margin portion of your brokerage account contribute to margin and maintenance requirements. Other Assets, which may be reported on your statement, including insurance products hat are distributed by FBS and Fidelity Insurance Agency, Inc. and mutual fund only accounts held directly with the fund (Fidelity Mutual Fund Accounts) are not carried by NFS, not covered by the Securities Investor Protection Corporation (SIPC) and do not count toward your margin and maintenance requirements. Assets held in brokerage accounts managed by Fidelity Personal and Workplace Advisors LLC (FPWA) are carried by NFS and covered by SIPC but do not contribute to your margin and maintenance requirements. **Short Account Balances** Securities sold short are held in a segregated short account. These securities are marked-to-market for margin purposes, and any increase or decrease from the previous week's value is transferred weekly to your margin account. Fidelity represents your short account balance as of the last weekly mark-to-market, not as of the statement end date. **Information About Your Option Transactions** Each transaction confirmation previously delivered to you contains full information about commissions and other charges, and such information is available promptly upon request. Assignments of American and European-style options are allocated among customer short positions pursuant to a random allocation procedure, a description is available upon request. Short posi ions in American-style options are liable for assignment anytime. The writer of a European-style option is subject to exercise assignment only during the exercise period. For more information, please call Fidelity at 800-544-6666. **Equity Dividend Reinvestment** Shares credited to your account resulted from transactions by FBS acting as agent for your account, or the Depository Trust Company (DTC). **Price Information/Total Market Value** The Total Market Value has been calculated out to 9 decimal places; however, he individual unit price is displayed in 5 decimal places. The Total Market Value represents prices obtained from various sources, may be impacted by the frequency with which such prices are reported and such prices are not guaranteed. Prices received from pricing vendors are generally based on current market quotes, but when such quotes are not available he pricing vendors use a variety of techniques to estimate value. These estimates, particularly for fixed income securities, may be based on certain minimum principal amounts (e.g. $1 million) and may not reflect all of the factors that affect the value of he security, including liquidity risk. The prices provided are not firm bids or offers. Certain securities may reflect N/A or unavailable where the price for such security is generally not available from a pricing source. The Market Value of a security, including those priced at par value, may differ from its purchase price and may not closely reflect the value at which the security may be sold or purchased based on various market factors. The sale or redemption of any fixed income security prior to maturity may result in a loss. Prices for Cer ificates of Deposits (CDs) on your statement are generally estimates and are not based on actual market prices. The secondary market for CDs is generally illiquid. You should always request a current valuation for your securities prior to making a financial decision or placing an order.

**Executing Orders on the Floor of the NYSE** The Floor broker may permit the Designated Market Maker to trade on parity with the order for some or all of the executions associated with filling that order, where such permission would not be inconsistent with the broker's best execution obliga ions.

**SIPC** Securities in accounts carried by NFS, a Fidelity Investments company, are protected in accordance with the SIPC up to $500,000 (including cash claims limited to $250,000). For details, including the SIPC brochure, please see www.sipc.org or call 1-202-371-8300. NFS has arranged for additional protection for cash and covered securities to supplement its SIPC coverage. Neither coverage protects against a decline in the market value of securities.

**Fidelity Investments** Fidelity Distributors Corpora ion (FDC) is the distributor for Fidelity Funds with marketing and shareholder services provided by FBS or NFS. **Brokerage services are provided by FBS, which clears all transactions through its affiliate, NFS. NFS carries all brokerage accounts. FBS and NFS are members of the NYSE and SIPC.** Upon written request, Fidelity will mail an NFS financial statement, which is also available for inspection at its office. Fidelity Investments (with pyramid logo) is a trademark of FMR LLC. **FPWA Services** Fidelity Go®, Fidelity®Personalized Planning & Advice and Fidelity®Strategic Disciplines are advisory services offered by FPWA, a registered investment adviser. Fidelity® Strategic Disciplines includes the Breckinridge Intermediate Municipal Strategy, the Fidelity®Equity-Income Strategy, the Fidelity®Tax-Managed U.S. Equity Index Strategy, he Fidelity®U.S. Large Cap Equity Strategy, the Fidelity®International Equity Strategy, the Fidelity®Tax-Managed International Equity Index Strategy, the Fidelity®Intermediate Municipal Strategy and the Fidelity®Core Bond Strategy. Fidelity® Wealth Services are advisory services offered by FPWA or Fidelity Personal Trust Company, FSB (FPTC), a federal savings bank. Nondeposit investment products and trust services offered by FPTC and its affiliates are not insured or guaranteed by the Federal Deposit Insurance Corporation or any other government agency, are not obligations of any bank, and are subject to risk, including possible loss of principal. **These advisory services are provided for a fee.** FBS, NFS, FDC, FPWA and FPTC are direct or indirect subsidiaries of FMR LLC.

**Ratings Information from Standard & Poors ("S&P")** may not be reproduced. S&P credit ratings are statements of opinion and are not statements of fact or recommendations to purchase, hold, or sell securities, nor do they address the suitability of securities for investment purposes, and should not be relied on as investment advice. S&P does not guarantee the accuracy, completeness, timeliness or availability of any information, including ratings, and is not responsible for errors or omissions (negligent or otherwise). S&P gives no express or implied warranties, including but not limited to any warranties of merchantability or fitness for particular purpose or use. S&P shall not be liable for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including lost income or profits and opportunity costs) in connec ion with any use of ratings.

**Miscellaneous** Mutual fund shares, other securities held in your account, and insurance products are neither deposits nor obligations of, nor endorsed or guaranteed by, any bank or other depositing ins itution, nor are they federally insured by he FDIC or any other agency. If you request a reprint of your statement, the disclosure information may not be the same as the information originally provided. To confirm that an authorized, direct deposit has been made to your Fidelity Account or Fidelity Mutual Fund Account, call Fidelity at 1-800-544-5555.

S

MR_CE_BHRWJFBBBBHQZ_BBBBB 20191129 BBBBB 20191129

588130.41.0



This page intentionally left blank

CONFIDENTIAL

CBE_HOFFMAN_00742