# EXHIBIT 12

Case 1:19-cv-00181-JRG-CHS    Document 184-12    Filed 10/28/22    Page 1 of 37
PageID #: 3398



Envelope # BHVBSCBBBBHTN

CHARLES D HOFFMAN
LYDIA J HOFFMAN

CONFIDENTIAL

Case 1:19-cv-00181-JRG-CHS    Document 184-12    Filed 10/28/22    Page 1 of 37
PageID #: 3399

GB1_HOFFMAN_00743

# FIDELITY
## ACTIVE TRADER VIP



MR_CE_BHVBSCBBBBHTN_BBBBB 20191231



**FIDELITY ACTIVE TRADER VIP**

CONFIDENTIAL

MR_CE_BHVBSCBBBBHTN_BBBBB 20191231   S

FIDELITY
ACTIVE TRADER VIP

MR_CE_BHVBSCBBBBHTN_BBBBB 20191231

MR_CE_BHVBSCBBBBHTN_BBBBB 20191231



CONFIDENTIAL

Case 1:19-cv-00181-JRG-CHS    Document 184-12    Filed 10/28/22    Page 7 of 37    GBL_HOFFMAN_00748
PageID #: 3404

FIDELITY
ACTIVE TRADER VIP

MR_CE_BHVBSCBBBBHTN_BBBBB 20191231 S

 
## Estimated Cash Flow *(Rolling as of December 31, 2019)*

HOFFINVESTCO - PARTNERSHIP

be made as to accuracy. There are circumstances in which these estimates will not be presented for a specific security you hold.   **Please refer to Help/Glossary on Fidelity.com for additional information on these calculations.**

**Bond & CD Income** includes interest payments for fixed and variable rate bonds, international bonds that pay in USD, and Certificates of Deposit (CDs).

**Bond & CD Principal** includes maturing principal payments for fixed and variable rate bonds, international bonds that pay in USD, and Certificates of Deposit (CDs).

**Stock Income** includes estimated dividend payments for common stocks, preferred stocks, international stocks, ADRs, closed-end mutual funds, and MLPs.

**ETP Income** includes estimated dividend payments for Exchange Traded Funds (ETFs) and Exchange Traded Notes (ETNs).

**Mutual Fund Income** includes estimated dividend payments for Fidelity and non-Fidelity mutual funds.

**Other Income** includes, but is not limited to estimated dividend payments for Unit Investment Trusts (UITs), REITs, and LPs.

This table does not include cash flow from foreign denominated fixed income.

*-- not available*

MR_CE_BHVBSCBBBBHTN_BBBBB 20191231     S



MR_CE_BHVBSCBBBBHTN_BBBBB 20191231



CONFIDENTIAL

MR_CE_BHVBSCBBBBHTN_BBBBB 20191231

# Holdings

**CHARLES D HOFFMAN - JOINT WROS**

## Stocks

| Description | Beginning Market Value Dec 1, 2019 | Quantity Dec 31, 2019 | Price Per Unit Dec 31, 2019 | Ending Market Value Dec 31, 2019 | Total Cost Basis | Unrealized Gain/Loss Dec 31, 2019 | EAI ($) / EY (%) |
|---|---|---|---|---|---|---|---|

### Preferred Stock

| Description | Beginning Market Value Dec 1, 2019 | Quantity Dec 31, 2019 | Price Per Unit Dec 31, 2019 | Ending Market Value Dec 31, 2019 | Total Cost Basis | Unrealized Gain/Loss Dec 31, 2019 | EAI ($) / EY (%) |
|---|---|---|---|---|---|---|---|
| M CBL & ASSOC PPTYS INC DEP SHS REPSTG 7.37500% PFD (CBLPRD) | unavailable | 23,345.000 | $4.9500 | $115,557.75 | $189,964.01 | -$74,406.26 | - - |

## Other

| Description | Beginning Market Value Dec 1, 2019 | Quantity Dec 31, 2019 | Price Per Unit Dec 31, 2019 | Ending Market Value Accrued Interest (AI) Dec 31, 2019 | Total Cost Basis | Unrealized Gain/Loss Dec 31, 2019 | EAI ($) / EY (%) |
|---|---|---|---|---|---|---|---|
| M CBL & ASSOCIATES PROPERTIES INC COM USD0.01 (CBL) | $50,400.00 | 35,000.000 | $1.0500 | $36,750.00 - | $53,566.74 | -$16,816.74 | - - |

MR_CE_BHVBSCBBBBHTN_BBBBB 20191231

CONFIDENTIAL



MR_CE_BHVBSCBBBBHTN_BBBBB 20191231    S

## Activity

CHARLES D HOFFMAN - JOINT WROS

### Securities Bought & Sold

| Settlement Date | Security Name | Symbol/ CUSIP | Description | Quantity | Price | Total Cost Basis | Transaction Cost | Amount |
|---|---|---|---|---|---|---|---|---|
| 12/02 | CBL & ASSOC PPTYS INC DEP SHS REPSTG 7.37500% PFD | 124830605 | You Bought | 74.000 | $11.04000 | | - | -$816.96 |
| 12/02 | CBL & ASSOC PPTYS INC DEP SHS REPSTG 7.37500% PFD | 124830605 | You Bought | 500.000 | 11.02900 | | - | -5,514.50 |
| 12/02 | CBL & ASSOC PPTYS INC DEP SHS REPSTG 7.37500% PFD | 124830605 | You Bought | 1,926.000 | 11.04000 | | - | -21,263.04 |
| 12/02 | CBL & ASSOC PPTYS INC DEP SHS REPSTG 7.37500% PFD | 124830605 | You Bought | 2,500.000 | 11.05000 | | - | -27,625.00 |
| 12/03 | CBL & ASSOC PPTYS INC DEP SHS REPSTG 7.37500% PFD | 124830605 | You Bought | 3,000.000 | 11.04000 | | - | -33,120.00 |
| 12/04 | CBL & ASSOC PPTYS INC DEP SHS REPSTG 7.37500% PFD | 124830605 | You Bought | 4,000.000 | 10.94000 | | - | -43,760.00 |

CONFIDENTIAL

MR_CE_BHVBSCBBBBHTN_BBBBB 20191231


## Activity

### Securities Bought & Sold (continued)

| Settlement Date | Security Name | Symbol/ CUSIP | Description | Quantity | Price | Total Cost Basis | Transaction Cost | Amount |
|---|---|---|---|---|---|---|---|---|
| 12/05 | CBL & ASSOC PPTYS INC DEP SHS REPSTG 7.37500% PFD | 124830605 | You Bought | 800.000 | 5.25500 | | - | -4,204.00 |
| 12/05 | CBL & ASSOC PPTYS INC DEP SHS REPSTG 7.37500% PFD | 124830605 | You Bought | 2,200.000 | 5.25990 | | - | -11,571.78 |

MR_CE_BHVBSCBBBBHTN_BBBBB 20191231   S

 | FIDELITY
ACTIVE TRADER VIP

## Activity

CHARLES D HOFFMAN - JOINT WROS

### Securities Bought & Sold (continued)

| Settlement Date | Security Name | Symbol/ CUSIP | Description | Quantity | Price | Total Cost Basis | Transaction Cost | Amount |
|---|---|---|---|---|---|---|---|---|
| 12/11 | CBL & ASSOC PPTYS INC DEP SHS REPSTG 7.37500% PFD | 124830605 | You Bought | 3,500.000 | 5.28990 | | - | -18,514.65 |
| 12/11 | CBL & ASSOC PPTYS INC DEP SHS REPSTG 7.37500% PFD | 124830605 | You Sold *Short-term loss: $25,608.80 Short-term disallowed loss: $25,608.80 Wash sale of: 12/09/2019 $25,608.80* | -2,300.000 | 5.43090 | 38,099.61† | -0.26 | 12,490.81 |

MR_CE_BHVBSCBBBBHTN_BBBBB 20191231



## Activity

**CHARLES D HOFFMAN - JOINT WROS**

### Securities Bought & Sold (continued)

| Settlement Date | Security Name | Symbol/ CUSIP | Description | Quantity | Price | Total Cost Basis | Transaction Cost | Amount |
|---|---|---|---|---|---|---|---|---|
| 12/11 | CBL & ASSOC PPTYS INC DEP SHS REPSTG 7.37500% PFD | 124830605 | You Sold *Short-term loss: $4,849.76* *Short-term disallowed loss: $4,849.76* *Wash sale of: 12/09/2019 $4,849.76* | -800.000 | 5.44520 | 9,205.82r | -0.10 | 4,356.06 |
| 12/11 | CBL & ASSOC PPTYS INC DEP SHS REPSTG 7.37500% PFD | 124830605 | You Sold *Short-term loss: $10,994.43* *Short-term disallowed loss: $10,994.43* *Wash sale of: 12/09/2019 $10,994.43* | -500.000 | 5.43410 | 13,711.42r | -0.06 | 2,716.99 |
| 12/11 | CBL & ASSOC PPTYS INC DEP SHS REPSTG 7.37500% PFD | 124830605 | You Sold *Short-term loss: $7,067.39* *Short-term disallowed loss: $7,067.39* *Wash sale of: 12/09/2019 $7,067.39* | -500.000 | 5.43000 | 9,782.33r | -0.06 | 2,714.94 |
| 12/11 | CBL & ASSOC PPTYS INC DEP SHS REPSTG 7.37500% PFD | 124830605 | You Sold *Short-term loss: $4,620.14* *Short-term disallowed loss: $4,620.14* *Wash sale of: 12/09/2019 $4,620.14* | -200.000 | 5.44500 | 5,709.11r | -0.03 | 1,088.97 |
| 12/11 | CBL & ASSOC PPTYS INC DEP SHS REPSTG 7.37500% PFD | 124830605 | You Sold *Short-term loss: $1,187.65* *Short-term disallowed loss: $1,187.65* *Wash sale of: 12/09/2019 $1,187.65* | -100.000 | 5.44790 | 1,732.42r | -0.02 | 544.77 |
| 12/11 | CBL & ASSOC PPTYS INC DEP SHS REPSTG 7.37500% PFD | 124830605 | You Sold *Short-term loss: $1,748.67* *Short-term disallowed loss: $1,748.67* *Wash sale of: 12/09/2019 $1,748.67* | -100.000 | 5.44000 | 2,292.65r | -0.02 | 543.98 |

Case 1:19-cv-00181-JRG-CHS    Document 184-12    Filed 10/28/22    Page 17 of 37   PageID #: 3414    CBL_HOFFMAN_00758



CONFIDENTIAL


## Activity

CHARLES D HOFFMAN - JOINT WROS

### Securities Bought & Sold (continued)

| Settlement Date | Security Name | Symbol/ CUSIP | Description | Quantity | Price | Total Cost Basis | Transaction Cost | Amount |
|---|---|---|---|---|---|---|---|---|
| ██ | ██████ | ████ | ████ | | | | | |
| ██ | ██████ | | | | | | | |
| ██ | ██████ | ████ | ██ | ████ | ████ | ████ | ██ | ████ |
| ██ | ██████ | ████ | ██ | ████ | ████ | ████ | ██ | ████ |
| ██ | ██████ | ████ | ██ | ████ | ████ | ████ | ██ | ████ |
| ██ | ██████ | ████ | ██ | ████ | ████ | ████ | ██ | ████ |
| ██ | ██████ | ████ | ██ | ████ | ████ | ████ | ██ | ████ |
| 12/13 | CBL & ASSOC PPTYS INC DEP SHS REPSTG 7.37500% PFD | 124830605 | You Bought | 6,845.000 | 5.13000 | | - | -35,114.85 |

CONFIDENTIAL

**Fidelity** INVESTMENTS | FIDELITY
ACTIVE TRADER VIP

MR_CE_BHVBSCBBBBHTN_BBBBB 20191231


## Activity

CHARLES D HOFFMAN - JOINT WROS

### Securities Bought & Sold (continued)

| Settlement Date | Security Name | Symbol/ CUSIP | Description | Quantity | Price | Total Cost Basis | Transaction Cost | Amount |
|---|---|---|---|---|---|---|---|---|
| 12/24 | CBL & ASSOC PPTYS INC DEP SHS REPSTG 7.37500% PFD | 124830605 | You Bought | 700.000 | 5.01990 | | - | -3,513.93 |
| 12/24 | CBL & ASSOC PPTYS INC DEP SHS REPSTG 7.37500% PFD | 124830605 | You Bought | 1,800.000 | 5.02000 | | - | -9,036.00 |

MR_CE_BHVBSCBBBBHTN_BBBBB 20191231



CONFIDENTIAL
CBL_HOFFMAN_00763

Case 1:19-cv-00181-JRG-CHS    Document 184-12    Filed 10/28/22    Page 22 of 37 PageID #: 3419



CONFIDENTIAL
MR_CE__BHVBSCBBBBHTN_BBBBB 20191231

Case 1:19-cv-00181-JRG-CHS    Document 184-12    Filed 10/28/22    Page 23 of 37
PageID #: 3420    CBE_HOFFMAN_00764



MR_CE_BHVBSCBBBBHTN_BBBBB 20191231

Case 1:19-cv-00181-JRG-CHS   Document 184-12   Filed 10/28/22   Page 24 of 37   CBE_HOFFMAN_00765
PageID #: 3421



CONFIDENTIAL



MR_CE_BHVBSCBBBBHTN_BBBBB 20191231



CONFIDENTIAL

## Holdings

CHARLES D HOFFMAN - TRADITIONAL IRA

### Stocks

| Description | Beginning Market Value Dec 1, 2019 | Quantity Dec 31, 2019 | Price Per Unit Dec 31, 2019 | Ending Market Value Dec 31, 2019 | Cost | Unrealized Gain/Loss Dec 31, 2019 | EAI ($) / EY (%) |
|---|---|---|---|---|---|---|---|
| ███ | | | | | | | |
| █████████ | ███ | ███ | ███ | ███ | ███ | ███ | ███ |
| ████ | ███ | | | ███ | ███ | ███ | ███ |

#### Preferred Stock

| Description | Beginning Market Value Dec 1, 2019 | Quantity Dec 31, 2019 | Price Per Unit Dec 31, 2019 | Ending Market Value Dec 31, 2019 | Cost | Unrealized Gain/Loss Dec 31, 2019 | EAI ($) / EY (%) |
|---|---|---|---|---|---|---|---|
| CBL & ASSOC PPTYS INC DEP SHS REPSTG 7.37500% PFD (CBLPRD) | $143,510.90 | 13,130.000 | $4.9500 | $64,993.50 | $179,129.59 | -$114,136.09 | - - |
| ████ | ███ | | | ███ | ███ | ███ | █ |
| █████ | ███ | | | ███ | ███ | ███ | ███ |

### Other

| Description | Beginning Market Value Dec 1, 2019 | Quantity Dec 31, 2019 | Price Per Unit Dec 31, 2019 | Ending Market Value Accrued Interest (AI) Dec 31, 2019 | Cost | Unrealized Gain/Loss Dec 31, 2019 | EAI ($) / EY (%) |
|---|---|---|---|---|---|---|---|
| CBL &ASSOCIATES PROPERTIES INC COM USD0.01 (CBL) | $387.36 | 269.000 | $1.0500 | $282.45 - | $346.93 | -$64.48 | - - |
| ████ | ███ | ███ | ███ | ███ | ███ | ███ | ███ |
| ████ | ███ | ██ | ██ | ███ | ███ | ███ | ███ |
| ████ | ███ | | | ███ | ███ | ███ | ███ |
| ████ | | | | ███ | ███ | ███ | ███ |
| ███████ | | | | | | | |

MR_CE_BHVBSCBBBBHTN_BBBBB 20191231

CONFIDENTIAL CBL_HOFFMAN_00769

Case 1:19-cv-00181-JRG-CHS   Document 184-12   Filed 10/28/22   Page 28 of 37 PageID #: 3425



## Holdings

CHARLES D HOFFMAN - TRADITIONAL IRA

EAI **Estimated Annual Income (EAI) & Estimated Yield (EY)**- *EAI is an estimate of annual income for a specific security position over the next rolling 12 months. EAI may be negative on short*
& EY *positions. EY is calculated by dividing the current EAI for a security position by its statement closing date market value. EAI and EY are estimates only and may include return of principal and/or capital gains, which would render them overstated. Actual income and yield might be lower or higher than the estimated amounts.* **For calculation details, refer to the "Additional Information and Endnotes" section.**

*Total Cost does not include the cost basis on core, money market or other positions where cost basis is unknown or not applicable.*

## Activity

### Securities Bought & Sold

| Settlement Date | Security Name | Symbol/ CUSIP | Description | Quantity | Price | Cost | Transaction Cost | Amount |
|---|---|---|---|---|---|---|---|---|
| 12/05 | CBL &ASSOC PPTYS INC DEP 1/10TH PFD 6.62500% | 124830803 | You Sold *Transaction Loss: $25,700.08* | -2,570.000 | 5.25000 | 39,192.30 | -0.28 | 13,492.22 |
| 12/05 | CBL &ASSOC PPTYS INC DEP 1/10TH PFD 6.62500% | 124830803 | You Sold *Transaction Loss: $8,904.09* | -800.000 | 5.26000 | 13,112.00 | -0.09 | 4,207.91 |
| 12/05 | CBL &ASSOC PPTYS INC DEP 1/10TH PFD 6.62500% | 124830803 | You Sold *Transaction Loss: $8,913.29* | -800.000 | 5.25600 | 13,118.00 | -0.09 | 4,204.71 |
| 12/05 | CBL &ASSOC PPTYS INC DEP 1/10TH PFD 6.62500% | 124830803 | You Sold *Transaction Loss: $8,908.09* | -800.000 | 5.25500 | 13,112.00 | -0.09 | 4,203.91 |
| 12/05 | CBL &ASSOC PPTYS INC DEP 1/10TH PFD 6.62500% | 124830803 | You Sold *Transaction Loss: $5,572.08* | -500.000 | 5.25750 | 8,200.77 | -0.06 | 2,628.69 |
| 12/05 | CBL &ASSOC PPTYS INC DEP 1/10TH PFD 6.62500% | 124830803 | You Sold *Transaction Loss: $1,113.89* | -100.000 | 5.25130 | 1,639.00 | -0.02 | 525.11 |

MR_CE_BHVBSCBBBHTN_BBBBB 20191231

MR_CE_BHVBSCBBBBHTN_BBBBB 20191231

CONFIDENTIAL
CBL_HOFFMAN_00771

## Activity

**CHARLES D HOFFMAN - TRADITIONAL IRA**



### Trades Pending Settlement

| Trade Date | Settlement Date | Security Name | Symbol/ CUSIP | Description | Quantity | Price | Cost | Amount |
|---|---|---|---|---|---|---|---|---|
| 12/31 | 01/03 | CBL &ASSOCIATES PROPERTIES INC COM USD0.01 | CBL | Bought | 451.0000 | $1.04870 | | -$472.96 |

MR_CE_BHVBSCBBBBHTN_BBBBB 20191231



MR_CE_BHVBSCBBBBHTN_BBBBB 20191231


# Additional Information and Endnotes

CHARLES D HOFFMAN - TRADITIONAL IRA

▶ The Stocks/ETFs and Options sections of Fidelity's Brokerage Commission and Fee Schedule have been updated. In the Stock/ETF section, we included additional information about the "Additional Assessment", which includes certain fees charged on orders to sell stocks and ETFs. These fees are used to offset charges imposed by self-regulatory organizations to cover the costs incurred by the government, including the SEC, for supervising and regulating the securities markets and securities professional. In the Options section, we included additional information about the Options Regulatory Fees, which are charged on any transaction to buy or sell options contracts. These fees are used to offset charges imposed by certain options exchanges. See https://www.fidelity.com/trading/commissions-margin-rates for a copy of the revised Brokerage Commission and Fee Schedule.

Options trading entails significant risk and is not appropriate for all investors. Certain complex options strategies carry additional risk. Before trading options, contact Fidelity Investments by calling 800-544-5115 to receive a copy of Characteristics and Risks of Standardized Options. Supporting documentation for any claims, if applicable, will be furnished upon request.

▶ NOTIFICATION OF YOUR TAX WITHHOLDING OPTIONS IN REGARD TO DISTRIBUTIONS FROM YOUR IRA. Federal Income Tax Withholding - IRS regulations require us to withhold federal income tax at a rate of 10% from your total IRA distribution (excluding Roth IRA distributions) unless you elect not to have federal income tax withholding apply (provided you have supplied Fidelity with a U.S. address) or you elect to increase the rate of withholding. Federal income tax will not be withheld from distributions from a Roth IRA unless you elect to have such tax withheld or are otherwise subject to withholding because you are a non-resident alien. If taken under a periodic distribution plan, your election will remain in effect on checkwriting or periodic distributions taken from your IRA until revoked by you. You can change your withholding elections for future distributions at any time by contacting Fidelity.

State Income Tax Withholding - If federal income tax withholding is applied to your distribution, state income tax may also apply. Your state of residence will determine your state income tax withholding requirements, if any. Please refer to the lists below. Your state of residence is determined by the legal address of record on your IRA. For residents of AR, IA, KS, MA, ME, OK and VT, if federal income tax withholding is applied to your distribution, state income tax will also apply. For residents of CA, DE, NC or OR, if federal income tax withholding is applied to your distribution, state income tax will also apply unless you elect not to have state income tax withheld.

For residents of DC, if you take a distribution of your entire account balance and do not directly roll that amount over to another eligible retirement account, DC requires that a minimum amount be withheld from the taxable portion of the distribution, whether or not federal income tax is withheld. For residents of CT and MI, state income tax applies regardless of whether or not federal income tax withholding is applied to your distribution. Please reference the CT and MI W-4P Form for information and to calculate the amount to withhold from your distribution. Tax withholding is not required if you meet certain CT and MI requirements governing pension and retirement benefits. For residents of MS, state income tax withholding will apply regardless of whether or not federal income tax withholding is applied to your distribution, unless you elect not to have state income tax withheld.

For residents of SC, you must provide a valid Social Security number; individual tax identification number; or tax identification number for a nonresident alien, if not SC requires that 7% tax be withheld from the distribution. For residents of AK, FL, HI, NH, SD, TN, TX, WA or WY, state income tax withholding is not available on IRA distributions. For residents of all other states, you are not subject to mandatory state income tax withholding; however you may elect voluntary state income tax withholding in a percentage. If you elect to have state income taxes withheld an your state provides a minimum amount or percentage for withholding, you must elect a percentage that is not less than your state's minimum withholding requirements. If the percentage you elect for withholding is less than your state's minimum withholding requirements, your state's minimum amount or percentage will be withheld.

MR_CE_BHVBSCBBBBHTN_BBBBB 20191231     S


## Additional Information and Endnotes

**CHARLES D HOFFMAN - TRADITIONAL IRA**

Whether or not you elect to have federal and/or state income tax withheld from your distribution(s), you are responsible for the full payment of federal income tax, any state or local taxes, and any penalties which may apply. You may be responsible for estimated tax payments and could incur penalties if your estimated tax payments are not sufficient. Please contact Fidelity for more information, or contact your state taxing authority for assistance. THE INFORMATION PROVIDED ABOVE IS GENERAL IN NATURE AND SHOULD NOT BE CONSIDERED LEGAL OR TAX ADVICE.

► Securities purchased on margin are the firm's collateral for the loan to you. The actual amount you can borrow and the firm's margin maintenance requirements may vary depending on the firm's internal margin policies which exceed the margin requirements of FINRA and NYSE. The firm's margin policies are subject to review and revision at any time in the firm's sole discretion. The firm reserves the right to alter the terms on your margin loan at any time to comply with changes in the firm's policies. If the securities in your account decline in value, so does the value of the collateral supporting your loan, and, as a result, the firm can take action, such as issue a margin call and/or sell securities or other assets in any of your accounts held with the member, in order to maintain the required equity in the account. It is important that you fully understand the risks involved in trading securities on margin.

The risks include the following: IMPORTANT: (1) YOU CAN LOSE MORE FUNDS THAN YOU DEPOSIT IN THE MARGIN ACCOUNT. (2) THE FIRM CAN FORCE THE SALE OF SECURITIES OR OTHER ASSETS IN YOUR ACCOUNT(S). (3) THE FIRM CAN SELL YOUR SECURITIES OR OTHER ASSETS WITHOUT CONTACTING YOU. (4) YOU ARE NOT ENTITLED TO CHOOSE WHICH SECURITIES OR OTHER ASSETS IN YOUR ACCOUNT(S) ARE LIQUIDATED OR SOLD TO MEET A MARGIN CALL. (5)THE FIRM CAN INCREASE ITS "HOUSE" MAINTENANCE MARGIN REQUIREMENTS AT ANY TIME AND IS NOT REQUIRED TO PROVIDE YOU ADVANCE WRITTEN NOTICE. (6) YOU ARE NOT ENTITLED TO AN EXTENSION OF TIME ON A MARGIN CALL.

► Important information about your telephone conversations with Fidelity. Telephone conversations made with/to Fidelity may be monitored and/or recorded without further notice or disclosure.

► National Financial Services LLC ("NFS") an affiliate of Fidelity Brokerage Services LLC (FBS) provides custody and clearing services on behalf of FBS. In that capacity, NFS is required to provide you with written notice on the manner in which you may gain website access to information regarding NFS' Impartial Callable Securities Lottery Process (the "Lottery Process").

We are also providing you with the following description of the Lottery Process: When street name or bearer securities held for you are subject to a partial call or partial redemption by the issuer, National Financial Services LLC (NFS) may or may not receive an allocation of called/redeemed securities by the issuer, transfer agent, and/or depository. If NFS is allocated a portion of the called/redeemed securities, NFS utilizes an impartial lottery allocation system, in accordance with applicable rules, that randomly selects the securities within customer accounts that will be called/redeemed. NFS' allocations are not made on a pro rata basis and it is possible for you to receive a full or partial allocation, or no allocation.

A more detailed description of the Lottery Process may be accessed by visiting Fidelity.com/callable-securities. You may also request a hard copy of the Lottery process by writing to National Financial Services LLC, P.O. Box 770001, Cincinnati, OH 45277.

Cost basis and gain/loss information is provided as a service to our customer, and is based on standards for filing US Federal Tax Returns as determined by Fidelity. This information is not intended to address tax law or reporting requirements applicable in your country of tax residence.

MR_CE_ BHVBSCBBBBHTN_BBBBB 20191231    S

 
## Additional Information and Endnotes

Amortization, accretion and similar adjustments to cost basis are provided for many fixed income securities (and some bond-like equities), however they are not provided for certain fixed income securities, such as short-term instruments, Unit Investment Trusts, foreign fixed income securities, or those that are subject to early prepayment of principal (pay downs).

**B**     Adjusted cost basis information is shown where this indicator is displayed. Adjusted cost basis reflects any cumulative original issue discount, premium, or acquisition premium (including any year-to-date amount). It assumes such amounts were amortized or accrued for tax purposes from the acquisition date through the disposition date. Premium amortization was calculated using the yield-to-maturity method. Acquisition premium was calculated using the ratable accrual method. Any market discount accretion for this position was calculated using the straight-line method and, if applicable, recognized upon disposition. Gain/loss displayed for this transaction is calculated using the cost basis adjustments, as described above. The adjusted cost basis used here may not reflect all adjustments necessary for tax purposes (such as wash sale adjustments) and may not apply if you are using an alternative amortization calculation method. Refer to IRS Publication 550, Investment Income and Expenses, for additional information.

If total cost basis information is provided for multiple tax lots, that total cost basis information (and any associated gain/loss displayed) may have been calculated using a combination of adjusted cost basis information (as described above) and non-adjusted cost basis information. Total cost basis information (and any associated gain/loss displayed) is calculated using adjusted cost basis for lots for which adjusted cost basis is provided and non-adjusted cost basis for lots for which adjusted cost basis is not provided or not applicable.

**About Your RMD Estimate:** Each year your annual RMD estimate is calculated on or after January 1 using your prior year-end account balance divided by the applicable life expectancy factor. The life expectancy factor used is based on both your date of birth and the beneficiary information we have on file as of December 31st of the prior year. Please contact Fidelity if there is a change in your beneficiary information as this calculation will not be updated until the calendar year following the year in which you change your beneficiary designation.

**Inherited IRA:** The RMD estimate provided for an Inherited IRA is based on an assumed life expectancy factor. The assumed life expectancy factor assumes that you inherited the IRA from the original owner as an individual sole non-spouse beneficiary and is based on your date of birth unless you have established automatic withdrawals and provided additional information about your situation. The RMD estimate's assumed life expectancy factor, and the resulting RMD estimate, may not be accurate for your situation. If you have questions please call 800-343-3548, Monday through Friday, 8:00 a.m. to 8:30 p.m. EST and, when prompted, say "RMD".

**Successor Beneficiary:** This RMD estimate does not consider any successor beneficiary information or relationship situations. If you own the account as the result of the death of the beneficiary of the original IRA owner, you must provide Fidelity with additional information in order for Fidelity to provide an accurate RMD estimate. This can only be done through enrollment in automatic withdrawals and by providing the required information.

Year-to-Date distributions include any distributions taken after January 1st of the current year through midnight of the statement end date. **It is your responsibility to satisfy IRS minimum distribution requirements. Learn more about RMDs at www.Fidelity.com/RMD or call a Fidelity representative at the number listed on the front of your statement. If you need specific tax advice be sure to consult with your tax adviser.**

**Estimated Annual Income (EAI) & Estimated Yield (EY)** - EAI for fixed income is calculated using the coupon rate. For all other securities, EAI is calculated using an indicated annual dividend (IAD). The IAD is an estimate of a security's dividend payments for the next 12 months calculated based on prior and/or declared dividends for that security. EY reflects only the income generated by an investment and not changes in its price which may fluctuate. Interest and dividend rates are subject to change at

MR_CE_BHVBSCBBBBHTN_BBBBB 20191231   S


## Additional Information and Endnotes

CHARLES D HOFFMAN - TRADITIONAL IRA

any time and may be affected by current and future economic, political and business conditions. EAI and EY are provided for informational purposes only and should not be used or relied on for making investment, trading or tax decisions. EAI and EY are based on data obtained from information providers believed to be reliable, but no assurance can be made as to accuracy, timeliness or completeness. **Please refer to the Help/Glossary on Fidelity.com for additional information regarding these calculations.**

For more information about your statement, please refer to our **Frequently Asked Questions** document at **Fidelity.com/statements** .

MR_CE_BHVBSCBBBBHTN_BBBBB 20191231

S



## Information About Your Fidelity Statement

TDD Service for the Hearing-Impaired Call 800-544-0118, 9 am - 9 pm ET, 7 days a week.

**Lost or Stolen Cards** For 24-Hour worldwide customer service, call 800-529-2164 for American Express or 800-323-5353 for Fidelity® Debit Card.

**Additional Investments with Fidelity** Make checks payable to Fidelity Investments. Include your account number on the check. For retirement and health savings accounts (HSA), designate in the memo field whe her your contribution is for the current or prior year. Mail checks or other inquiries to: Fidelity Investments, P.O. Box 770001, Cincinnati, OH 45277-0003.

**Income Summary** Shows income by tax status for he statement and year-to-date periods. Except for interest income earned on, or distributed by, tax-exempt securities, Fidelity reports dividends and capital gains held in taxable accounts as taxable income. A portion of income reported as tax-exempt income may be subject to alternative minimum taxes and/or state and local taxes. In Traditional IRAs, Rollover IRAs, SEP-IRAs, SIMPLE IRAs and Keoghs, earnings are reported as tax-deferred income. In Roth IRAs and HSAs, earnings are reported as tax-exempt income as they may be federally tax-exempt if certain conditions are met.

**Cost Basis, Gain/Loss, and Holding Period Information** NFS is required to report certain cost basis and holding period information to the IRS on Form 1099-B. Unless o herwise specified, NFS applies the average cost method for open-end mutual funds and the first-in, first-out (FIFO) me hod for all other securities. Cost basis is adjusted for wash sales on securities with the same CUSIP held in the same account (unless your account receives mark-to-market reporting). Your statement may not reflect all adjustments required for tax purposes. Customers should consult their tax advisors for further information.

**Cost** Fidelity provides purchase cost informa ion for securities held in retirement and HSA accounts. Such information may be adjusted for certain transactions and does not reflect dividends or capital gains reinvestments. Fidelity reports transaction profit or loss information when securities are sold within a retirement or HSA account. Transaction profit or loss is calculated by subtracting purchase cost from sales proceeds

using the FIFO method if shares were purchased at different times or prices. **Statement Mailing** We deliver statements at least four times during he calendar year for any account with a balance.

**Statement Discrepancies Please review your statement and report any inaccuracies or discrepancies. Inquiries, concerns or questions regarding your brokerage account or the activity therein should be directed to FBS by calling 800-544-6666, and NFS, who carries your brokerage accounts, by calling 866-408-1138.** Any oral communica ions regarding inaccuracies or discrepancies should be reconfirmed in writing to protect your rights, including those under the Securities Investor Protec ion Act (SIPA).

**Material Changes** Please advise us of material changes in your investment objectives or financial situation related to your brokerage account(s).

**Mutual Funds and Performance Before investing, consider the funds' investment objectives, risks, charges and expenses. Contact Fidelity for a prospectus containing this information. Read it carefully. Performance data shown represents past performance and is no guarantee of future results. Investment return and principal value will fluctuate, so you may have a gain or loss when shares are sold. Current performance may be higher or lower than that quoted. Visit Fidelity.com/performance for most recent month-end performance.**

**Sales Loads & Fees** Each fund reserves the right to terminate or modify its exchange privilege in the future. In connection with (i) access to, purchase or redemption of, and/or maintenance of positions in mutual funds and other investment products ("funds") or (ii) infrastructure needed to support such funds, some funds, or their investment affiliates, pay FBS and/or NFS sales loads and 12b-1 fees described in the prospectus as well as additional compensation for shareholder services, start-up fees, infrastructure support and maintenance, and other programs. Additional information about the source(s) and amount(s) of compensation as well as other remuneration received by FBS or NFS will be furnished to you upon written request. At the time you purchase shares of funds those shares will be assigned either a load, transaction fee (TF) or no transaction fee (NTF) status. When you subsequently sell those shares, any fees applicable to your transaction will be assessed based on the status assigned to he shares at the time of purchase.

## Additional Information About Your Brokerage Account, If Applicable

**Free credit balances (FCB)** are funds payable to you on demand. FCB are subject to open commitments such as uncleared checks and exclude proceeds from sales of certificated securities without delivery of the certificate. If your FCB is swept to a core position, you can liquidate the core position and have the proceeds sent to you or held in your account subject to the terms of your account agreement. Required rule 10b-10(a) information not contained herein will be provided on written request. Fidelity may use this free credit balance in connection with its business, subject to applicable law. **Assets Separate from Your Brokerage Account** Only securities in the margin portion of your brokerage account contribute to margin and maintenance requirements. Other Assets, which may be reported on your statement, including insurance products hat are distributed by FBS and Fidelity Insurance Agency, Inc. and mutual fund only accounts held directly with the fund (Fidelity Mutual Fund Accounts) are not carried by NFS, not covered by the Securities Investor Protection Corporation (SIPC) and do not count toward your margin and maintenance requirements. Assets held in brokerage accounts managed by Fidelity Personal and Workplace Advisors LLC (FPWA) are carried by NFS and covered by SIPC but do not contribute to your margin and maintenance requirements. **Short Account Balances** Securities sold short are held in a segregated short account. These securities are marked-to-market for margin purposes, and any increase or decrease from the previous week's value is transferred weekly to your margin account. Fidelity represents your short account balance as of the last weekly mark-to-market, not as of the statement end date. **Information About Your Option Transactions** Each transaction confirmation previously delivered to you contains full information about commissions and other charges, and such information is available promptly upon request. Assignments of American and European-style options are allocated among customer short positions pursuant to a random allocation procedure, a description is available upon request. Short posi ions in American-style options are liable for assignment anytime. The writer of a European-style option is subject to exercise assignment only during the exercise period. For more information, please call Fidelity at 800-544-6666. **Equity Dividend Reinvestment** Shares credited to your account resulted from transactions by FBS acting as agent for your account, or the Depository Trust Company (DTC). **Price Information/Total Market Value** The Total Market Value has been calculated out to 9 decimal places; however, he individual unit price is displayed in 5 decimal places. The Total Market Value represents prices obtained from various sources, may be impacted by the frequency with which such prices are reported and such prices are not guaranteed. Prices received from pricing vendors are generally based on current market quotes, but when such quotes are not available he pricing vendors use a variety of techniques to estimate value. These estimates, particularly for fixed income securities, may be based on certain minimum principal amounts (e.g. $1 million) and may not reflect all of the factors that affect the value of he security, including liquidity risk. The prices provided are not firm bids or offers. Certain securities may reflect N/A or unavailable where the price for such security is generally not available from a pricing source. The Market Value of a security, including those priced at par value, may differ from its purchase price and may not closely reflect the value at which the security may be sold or purchased based on various market factors. The sale or redemption of any fixed income security prior to maturity may result in a loss. Prices for Cer ificates of Deposits (CDs) on your statement are generally estimates and are not based on actual market prices. The secondary market for CDs is generally illiquid. You should always request a current valuation for your securities prior to making a financial decision or placing an order.

**Executing Orders on the Floor of the NYSE** The Floor broker may permit the Designated Market Maker to trade on parity with the order for some or all of the executions associated with filling that order, where such permission would not be inconsistent with the broker's best execution obliga ions.

**SIPC** Securities in accounts carried by NFS, a Fidelity Investments company, are protected in accordance with the SIPC up to $500,000 (including cash claims limited to $250,000). For details, including the SIPC brochure, please see www.sipc.org or call 1-202-371-8300. NFS has arranged for additional protection for cash and covered securities to supplement its SIPC coverage. Neither coverage protects against a decline in the market value of securities.

**Fidelity Investments** Fidelity Distributors Corpora ion (FDC) is the distributor for Fidelity Funds with marketing and shareholder services provided by FBS or NFS. **Brokerage services are provided by FBS, which clears all transactions through its affiliate, NFS. NFS carries all brokerage accounts. FBS and NFS are members of the NYSE and SIPC.** Upon written request, Fidelity will mail an NFS financial statement, which is also available for inspection at its office. Fidelity Investments (with pyramid logo) is a trademark of FMR LLC.

**FPWA Services** Fidelity Go®, Fidelity®Personalized Planning & Advice and Fidelity®Strategic Disciplines are advisory services offered by FPWA, a registered investment adviser. Fidelity® Strategic Disciplines includes the Breckinridge Intermediate Municipal Strategy, the Fidelity®Equity-Income Strategy, the Fidelity®Tax-Managed U.S. Equity Index Strategy, he Fidelity®U.S. Large Cap Equity Strategy, the Fidelity®International Equity Strategy, the Fidelity®Tax-Managed International Equity Strategy, the Fidelity®Intermediate Municipal Strategy and the Fidelity®Core Bond Strategy. Fidelity® Wealth Services are advisory services offered by FPWA or Fidelity Personal Trust Company, FSB (FPTC), a federal savings bank. Nondeposit investment products and trust services offered by FPTC and its affiliates are not insured or guaranteed by the Federal Deposit Insurance Corporation or any other government agency, are not obligations of any bank, and are subject to risk, including possible loss of principal. **These advisory services are provided for a fee.** FBS, NFS, FDC, FPWA and FPTC are direct or indirect subsidiaries of FMR LLC.

**Ratings Information from Standard & Poors ("S&P")** may not be reproduced. S&P credit ratings are statements of opinion and are not statements of fact or recommendations to purchase, hold, or sell securities, nor do they address the suitability of securities for investment purposes, and should not be relied on as investment advice. S&P does not guarantee the accuracy, completeness, timeliness or availability of any information, including ratings, and is not responsible for errors or omissions (negligent or otherwise). S&P gives no express or implied warranties, including but not limited to any warranties of merchantability or fitness for a particular purpose or use. S&P shall not be liable for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including lost income or profits and opportunity costs) in connec ion with any use of ratings.

**Miscellaneous** Mutual fund shares, other securities held in your account, and insurance products are neither deposits nor obligations of, nor endorsed or guaranteed by, any bank or other depositing ins itution, nor are they federally insured by he FDIC or any other agency. If you request a reprint of your statement, the disclosure information may not be the same as the information originally provided. To confirm that an authorized, direct deposit has been made to your Fidelity Account or Fidelity Mutual Fund Account, call Fidelity at 1-800-544-5555.

588130.41.0

S

MR_CE_BHVBSCBBBBHTN_BBBBB 20191231

CONFIDENTIAL

CBL_HOFFMAN_00778