# EXHIBIT 13

# CBL & Associates Properties, Inc.
## Intrinsic Valuation

**Actual**

**For the 3 months ended**  **Sept 30th, 2017**

**in $000's**

| | | | |
|---|---|---|---|
| Minimum Rents | $603,344 | $15.91 | $229,580 |
| Percentage Rents | $12,000 | | |
| Other Rents | $15,160 | | |
| Tenant Reimbursements | $252,220 | | |
| Total Rental Revenue | $882,724 | | $229,580 |
| Real Estate Operating Expenses | $125,180 | $3.30 | |
| Maintenance & Repairs | $45,016 | | |
| Real Estate Taxes | $86,292 | | |
| Total Operating Expenses | $256,488 | | $69,724 |
| Net Operating Income from rentals | $626,236 | | $159,856 |
| General & Administrative                Actual | $38,396 | 4.3% | |
| Net Rental Income | $587,840 | | |
| Net Income Capitalized Value  @        7.84% | $7,493,614 | | $2,037,798 |
| Intangible lease assets and other assets (NET) | $180,361 | | |
| Depreciated Value of Properties | $5,068,494 | | $1,486,265 |
| Increase in Value of Properties | $2,244,759 | | $551,533 |
| Total Equity: | $1,300,959 | | $282,690.22 |
| Add: Non Controlling Operating Units Interests | $13,076 | | |
| Less: Preferred Shares at Liquidation value-C     690 | $172,500 | | |
| Less: Preferred Shares at Liquidation value-D  1,815 | $453,750 | | |
| Add: Increase in value of JV Properties | $282,690 | | |
| Increase (Decrease) in Value of Properties | $2,244,759 | | |
| Intrinsic Value of Company | $3,215,234 | | |
| Operating Units outstanding | 28,226 | | |
| Common Shares | 171,097 | | |
| Total Common Shares Outstanding (net of Treas) | 199,323 | | |
| **Intrinsic Value Per Share (NAV):** | **$16.13** | | |
| Gross Book Value Per Share  (add deprec.): | $15.36 | | |
| Tangible  Gross Book Value Per Share: | $14.46 | | |
| Free and Clear  Return | 8.4% | | |
| Stock Price | **$5.92** | | |
| Stock Price as a percentage of Intrinsic Value (NAV) | **36.7%** | | |
| Stock Price as a percentage of Gross Book Value | 38.5% | | |
| Stock Price as a percentage of Tangible Book Vlue | 41.0% | | |
| Dividend Per Share | $0.80 | | |
| Yield | 13.5% | | |

11/5/17

Case 1:19-cv-00181-JRG-CHS     Document 184-13     Filed 10/28/22     Page 2 of 2
PageID #: 3436

CONFIDENTIAL

CBL_Scolnick_00001641