# EXHIBIT 14

| Date | NAV | Stock Price | Price/NAV |
|---|---|---|---|
| 3/31/09 | $16.59 | $6.40 | 38.6% |
| 3/31/10 | $13.76 | $13.45 | 97.7% |
| 3/31/11 | $14.57 | $11.45 | 78.6% |
| 3/31/16 | $18.35 | $9.73 | 53.0% |
| 6/30/16 | $21.99 | $11.75 | 53.4% |
| 9/30/16 | $20.48 | $10.36 | 50.6% |
| 12/31/16 | $23.44 | $9.38 | 40.0% |
| 3/31/17 | $17.62 | $8.25 | 46.8% |
| 6/30/17 | $17.79 | $9.00 | 50.6% |
| 9/30/17 | $16.13 | $5.92 | 36.7% |



**Exhibit**
34

CONFIDENTIAL

CBL_Shaner_00000031