# EXHIBIT 16

# Weighted Average Cap Rate

## CBL & Associates Properties, Inc.
### Dec 31st, 2016

| Gross Leasable Area | Capt Rate - LOW | Weighted Average | Cap Rate - High | Weighted Average | Income | % of Income | Total GLA | | Weighted Average |
|---|---|---|---|---|---|---|---|---|---|
| Malls, sales >$446 psf | 6.75% | 2.23% | 7.13% | 2.35% | $238,742 | 90.7% | 21,110,989 | 36.4% | 33.0% |
| Malls, sales >$300 & <$375 psf | 7.75% | 3.58% | 8.40% | 3.88% | | | 29,561,251 | 50.9% | 46.2% |
| Malls, sales <$300 psf | 9.13% | 0.74% | 10.03% | 0.81% | | | 5,194,536 | 9.0% | 8.1% |
| Lender workout malls | 10.9% | 0.37% | 11.38% | 0.38% | | | 2,162,265 | 3.7% | 3.4% |
| Associated Centers | 6.75% | 0.26% | 7.25% | 0.28% | $10,242 | 3.9% | | | |
| Community Centers | 7.38% | 0.15% | 7.88% | 0.16% | $5,482 | 2.1% | | | |
| Office Buildings | 8.88% | 0.29% | 9.48% | 0.31% | $8,612 | 3.3% | | | |
| Weighted Average cap rate | | 7.34% | | 7.88% | $263,078 | 100.0% | 58,029,041 | 100.0% | 90.7% |

**Average of high and low cap rate**    **7.61%**

Prepared on 4/29/17

Exhibit 28

CONFIDENTIAL

CBL_Scolnick_00001016