# EXHIBIT 17

**CBL & Associates Properties, Inc.**
**Dec 31st, 2016**

**Debt Obligations and Maturities**

| in 000's | Consolidated Debt | CBL's share of unconsolidated affilitate debt | Non-Controlling share of debt | Preferred Shares | Interest Rate | Total Debt |
|---|---|---|---|---|---|---|
| 2016 | $171,953 | $0 | $0 | | 5.81% | $171,953 |
| 2017 | $350,832 | $2,225 | -$17,639 | | 5.83% | $335,418 |
| 2018 | $651,959 | $50,538 | -$5,481 | | 3.71% | $697,016 |
| 2019 | $454,913 | $70,367 | $0 | | 3.09% | $525,280 |
| 2020 | $265,161 | $14,113 | -$1,045 | | 5.68% | $278,229 |
| 2021 | $607,886 | $0 | -$2,148 | | 5.30% | $605,738 |
| 2022 | $542,153 | $110,782 | -$15,001 | | 4.70% | $637,934 |
| 2023 | $526,098 | $110,040 | -$19,024 | | 4.88% | $617,114 |
| 2024 | $374,736 | $60,378 | -$26,158 | | 4.46% | $408,956 |
| 2025 | $38,450 | $138,000 | -$19,225 | | 4.07% | $157,225 |
| 2026 and thereafter | $506,138 -7130 | $46,882 | -$10,613 -$332 | $626,250 | 5.47% | $1,168,657 |
| Total | $4,483,149 | $603,325 | -$116,666 | $626,250 | 4.70% | $5,596,058 |

Prepared on 4/29/17

**Exhibit 29**

CONFIDENTIAL

CBL_Scolnick_00001019