# EXHIBIT 18

# Annual Property Return Efficiency

| CBL & Associates Properties, Inc. For the years ended | Actual 12/31/08 in $000's | Actual 12/31/09 in $000's | Actual 12/31/10 in $000's | Actual 12/31/11 in $000's | Actual 12/31/12 in $000's | Actual 12/31/13 in $000's | Actual 12/31/14 in $000's | Actual 12/31/15 in $000's | Actual 12/31/16 in $000's | 3 months Sept 30th, 2017 in $000's |
|---|---|---|---|---|---|---|---|---|---|---|
| Minimum Rental Revenue | $716,570 | $693,911 | $664,750 | $647,093 | $641,821 | $675,870 | $682,584 | $684,309 | $670,565 | $603,344 |
| Percentage Rents | $18,375 | $16,422 | $17,367 | $16,772 | $17,728 | $18,572 | $16,876 | $18,063 | $17,803 | $12,000 |
| Other Rents | $22,887 | $20,763 | $22,536 | $21,685 | $21,914 | $21,974 | $22,314 | $21,934 | $23,110 | $15,160 |
| Recoveries from tenants | $336,173 | $322,702 | $305,385 | $292,594 | $279,280 | $290,097 | $290,561 | $288,279 | $280,438 | $252,220 |
| Total Rental Revenue | $1,094,005 | $1,053,798 | $1,010,038 | $978,144 | $960,743 | $1,006,513 | $1,012,335 | $1,012,585 | $991,916 | $882,724 |
| Property Operating | $190,148 | $162,819 | $144,038 | $142,431 | $138,533 | $151,127 | $149,774 | $141,030 | $137,760 | $125,180 |
| Real Estate Taxes | $95,393 | $96,881 | $94,787 | $89,317 | $87,871 | $88,701 | $89,281 | $90,799 | $90,110 | $86,292 |
| Maintenance & Repairs | $65,617 | $57,441 | $54,723 | $53,214 | $50,350 | $56,379 | $54,842 | $51,516 | $53,586 | $45,016 |
| Total Operating Expenses | $351,158 | $317,141 | $293,548 | $284,962 | $276,754 | $296,207 | $293,897 | $283,345 | $281,456 | $256,488 |
| **Net Operating Income** | $742,847 | $736,657 | $716,490 | $693,182 | $683,989 | $710,306 | $718,438 | $729,240 | $710,460 | $626,236 |
| General & Administrative | $45,241 | $41,010 | $43,383 | $44,751 | $51,251 | $48,867 | $50,271 | $62,118 | $63,332 | $38,396 |
| Net Rental Income | $697,606 | $695,647 | $673,107 | $648,431 | $632,738 | $661,439 | $668,167 | $667,122 | $647,128 | $587,840 |
| General & Administrative as a % of | 4.1% | 3.9% | 4.3% | 4.6% | 5.3% | 4.9% | 5.0% | 6.1% | 6.4% | 4.3% |
| Operating Expenses as a % of Revenue | 32.1% | 30.1% | 29.1% | 29.1% | 28.8% | 29.4% | 29.0% | 28.0% | 28.4% | 29.1% |
| Income Producing Assets | $7,095,665 | $7,009,925 | $6,750,157 | $7,629,079 | $8,133,632 | $7,984,131 | $8,069,216 | $8,164,530 | $7,763,431 | $7,745,850 |
| Free & Clear Return (based on the average gross assets Y to Y) | 10.5% | 10.4% | 10.4% | 9.6% | 8.7% | 8.8% | 9.0% | 9.0% | 8.9% | 8.1% |
| Dividend per Share | $2.01 | $0.580 | $0.80 | $0.84 | $0.880 | $0.935 | $1.00 | $1.06 | $1.06 | $1.09 |
| Same Center stabilized Mall Rents | $29.46 | $29.35 | $29.32 | $30.12 | $30.12 | $30.41 | $31.03 | $32.15 | $32.82 | $33.00 |
| Same Center stabilized sales/s.f. | | | | | | | | $382 | $376 | $373 |
| Mall Occupancy | 92.6% | 91.3% | 92.9% | 94.7% | 94.7% | 94.7% | 94.9% | 93.1% | 94.1% | 91.6% |
| FFO Per Share (annual report) | | | | | | $2.23 | $2.73 | $2.41 | $2.69 | $2.32 |
| Stock Price at year End | $6.50 | $9.67 | $17.50 | $15.70 | $21.21 | $17.96 | $19.42 | $12.37 | $11.30 | $8.43 |
| # of malls | 75 | 75 | 76 | 74 | 77 | 75 | 72 | 72 | 65 | |
| # of Associated Centers | 30 | 30 | 30 | 29 | 28 | 25 | 25 | 21 | 20 | |
| # of Community Centers | 8 | 10 | 8 | 8 | 6 | 7 | 6 | 6 | 4 | |
| # of Office Buildings | 13 | 13 | 14 | 13 | 13 | 8 | 8 | 8 | 7 | 5 |

Prepared on 11/5/17

CONFIDENTIAL

**Exhibit 31**

CBL_Shaner_00000020