# EXHIBIT 19

# DIVIDEND and INTEREST COVERAGE RATIO

## CBL & Associates Properties, Inc.

### For the 3 months ended   Sept 30th, 2017

Dividend coverage Ratio from rental properties

## Dividend Coverage Ratio:                    Sept 30th, 2017

| | |
|---|---:|
| Net Operating Income | $626,236 |
| Interest on Long Term Debt | $215,652 |
| Net Cash Flow | $410,584 |
| **Interest Coverage Ratio for Preferreds**       X | **2.9 X** |
| Trust General & Administrative Expenses | $38,396 |
| Series D Preferred | $33,464 |
| Series C Preferred | $11,355 |
| Net Operating Cash Flow available for dividends | $327,369 |
| **Interest Coverage Ratio after Management and Preferred Dividends**       X | **1.5 X** |
| Available Cash Flow for Dividend per share | $1.64 |
| Current Annual Dividend | $0.80 |
| **Common Share Dividend Coverage Ratio   X** | **2.05 X** |
| Pay-Out Ratio | 48.71% |

Prepared on 11/5/17

**Exhibit 32**

Case 1:19-cv-00181-JRG-CHS    Document 184-19    Filed 10/28/22    Page 2 of 2
PageID #: 3448

CONFIDENTIAL                                                CBL_Shaner_00000027