# EXHIBIT 20

| Date | Shares sold Short | Ave. Daily Vol | Days to Cover | Change in Short position | 3 week moving average |
|---|---|---|---|---|---|
| 4/13/17 | 14,115,483 | | | | |
| 4/28/17 | 25,688,538 | | | 11,573,055 | |
| 5/15/17 | 34,952,676 | | | 9,264,138 | |
| 6/1/17 | 41,068,820 | | | 6,116,144 | 8,984,446 |
| 6/15/17 | 44,085,594 | 4,463,854 | 9.9 | 3,016,774 | 6,132,352 |
| 6/30/17 | 41,635,621 | | | -2,449,973 | 2,227,648 |
| 7/14/17 | 41,517,741 | 3,345,304 | 12.4 | -117,880 | 149,640 |
| 7/31/17 | 41,216,499 | 3,664,647 | 11.2 | -301,242 | -956,365 |
| 8/15/17 | 42,244,754 | 4,478,411 | 9.4 | 1,028,255 | 203,044 |
| 8/31/17 | 43,890,313 | 2,852,161 | 15.4 | 1,645,559 | 790,857 |
| 9/15/17 | 43,373,730 | | | -516,584 | 719,077 |
| 9/29/17 | 42,857,146 | | | -516,584 | 204,131 |
| 10/13/17 | 43,853,672 | 2,007,753 | 21.8 | 996,526 | -12,214 |
| 10/31/17 | 42,568,616 | 2,605,270 | 16.3 | -1,285,056 | -268,371 |
| 11/15/17 | 44,808,366 | 9,936,088 | 4.5 | 2,239,750 | 650,407 |
| 11/30/17 | 37,803,477 | 5,297,908 | 7.1 | -7,004,889 | -2,016,732 |
| 12/15/17 | 32,393,770 | | | -5,409,707 | -3,391,615 |
| 12/29/17 | 33,664,864 | 4,011,564 | 8.4 | 1,271,094 | -3,714,501 |
| 1/15/18 | 34,008,913 | 3,321,561 | 10.2 | 344,049 | -1,264,855 |
| 1/31/18 | 34,765,003 | | | 756,090 | 790,411 |
| 2/15/18 | 33,966,167 | 6,596,016 | 10.2 | -798,836 | 100,434 |
| 2/28/18 | 35,356,622 | | | 1,390,455 | 449,236 |
| 3/15/18 | 36,203,808 | 2,741,069 | 10.2 | 847,186 | 479,602 |
| 3/29/18 | 36,438,104 | | | 234,296 | 823,979 |
| 4/15/18 | 36,074,551 | 2,728,182 | 13.2 | -363,553 | 239,310 |
| 4/30/18 | 35,114,819 | 4,385,412 | 8.0 | -959,732 | -362,996 |

Case 1:19-cv-00181-JRG-CHS    Document 184-20    Filed 10/28/22    Page 2 of 2
PageID #: 3450

CONFIDENTIAL

CBL_Scolnick_00000710