# EXHIBIT 21

**SHERYL SCOLNICK PURCHASES OF CBL IN HER SEP IRA 2016**

| DATE | TRANSACTION ID | DESCRIPTION | QUANTITY | SYMBOL | PRICE | COMMISSION | AMOUNT |
|---|---|---|---|---|---|---|---|
| 7/5/16 | ▓ | Bought 1000 CBL @ 9.6299 | 1000 | CBL | $9.63 | $9.99 | -$9,640 |
| 7/5/16 | | Bought 2870 CBL @ 9.7499 | 2870 | CBL | $9.75 | $9.99 | -$27,992 |
| 7/5/16 | | Bought 2000 CBL @ 9.76 | 2000 | CBL | $9.76 | $9.99 | -$19,530 |
| 7/6/16 | | Bought 275 CBL @ 9.69 | 275 | CBL | $9.69 | $9.99 | -$2,675 |
| 7/11/16 | | Bought 720 CBL @ 10.3799 | 720 | CBL | $10.38 | $9.99 | -$7,484 |
| 7/11/16 | | Bought 1615 CBL @ 10.4054 | 1615 | CBL | $10.41 | $9.99 | -$16,815 |
| 7/11/16 | | Bought 3990 CBL @ 10.399 | 3990 | CBL | $10.40 | $9.99 | -$41,502 |
| 8/5/16 | | Bought 400 CBL @ 12.15 | 400 | CBL | $12.15 | $9.99 | -$4,870 |
| 8/24/16 | | Bought 100 CBL @ 12.7348 | 100 | CBL | $12.73 | $9.99 | -$1,283 |
| 8/29/16 | | Bought 100 CBL @ 13.97 | 100 | CBL | $13.97 | $9.99 | -$1,407 |
| 8/29/16 | | Bought 4230 CBL @ 13.96 | 4230 | CBL | $13.96 | $0.00 | -$59,051 |
| 8/29/16 | | Bought 600 CBL @ 13.9599 | 600 | CBL | $13.96 | $0.00 | -$8,376 |
| 10/14/16 | | ORDINARY DIVIDEND (CBL) | | CBL | | | $4,744 |
| 11/8/16 | | Bought 500 CBL @ 10.67 | 500 | CBL | $10.67 | $9.99 | -$5,345 |
| 12/20/16 | | Bought 175 CBL @ 11.7999 | 175 | CBL | $11.80 | $9.99 | -$2,075 |

***END OF FILE***

| | | | 18,575 | | | | -$203,301 |

**Exhibit 42**

CONFIDENTIAL

CBL_Scolnick_00000516

Sheryl Scolnick IRA purchases of CBL 2017

| DATE | TRANSACTION ID | DESCRIPTION | QUANTITY | SYMBOL | PRICE | COMMISSION | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1/10/17 | | Bought 300 CBL @ 11.09 | 300 | CBL | 11.09 | 9.99 | -3336.99 |
| 1/17/17 | | ORDINARY DIVIDEND (CBL) | | CBL | | | 4922.38 |
| 1/27/17 | | Bought 1000 CBL @ 9.89 | 1,000 | CBL | 9.89 | 9.99 | -9899.99 |
| 2/3/17 | | Bought 750 CBL @ 10.6 | 750 | CBL | 10.6 | 9.99 | -7959.99 |
| 2/3/17 | | Bought 1900 CBL @ 10.599 | 1,900 | CBL | 10.599 | 9.99 | -20148.09 |
| 2/3/17 | | Bought 1500 CBL @ 10.56 | 1,500 | CBL | 10.56 | 9.99 | -15849.99 |
| 2/24/17 | | Bought 500 CBL @ 9.82 | 500 | CBL | 9.82 | 9.99 | -4919.99 |
| 2/24/17 | | Bought 500 CBL @ 9.8 | 500 | CBL | 9.8 | 9.99 | -4909.99 |
| 2/24/17 | | Bought 500 CBL @ 9.78 | 500 | CBL | 9.78 | 9.99 | -4899.99 |
| 3/22/17 | | Bought 1000 CBL @ 8.8699 | 1,000 | CBL | 8.8699 | 6.95 | -8876.85 |
| 4/17/17 | | ORDINARY DIVIDEND (CBL) | | CBL | | | 7029.13 |
| 7/17/17 | | ORDINARY DIVIDEND (CBL) | | CBL | | | 7029.13 |
| 8/11/17 | | Bought 1000 CBL @ 8.2 | 1,000 | CBL | 8.2 | 6.95 | -8206.95 |
| 10/16/17 | | ORDINARY DIVIDEND (CBL) | | CBL | | | 7294.13 |
| ***END OF FILE*** | | | 8,950 | | | | |

CONFIDENTIAL

CBL_Scolnick_00000517

## Sheryl Scolnick Purchases of CBL in her SEP IRA 2018. (year was only dividends received)

| DATE | TRANSACTIC | DESCRIPTION | QUANTITY | SYMBOL | PRICE | COMMISSION | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1/16/18 | 1.8288E+10 | ORDINARY DIVIDEND (CBL | CBL | | | | $5,505 |
| 4/17/18 | 1.9041E+10 | ORDINARY DIVIDEND (CBL | CBL | | | | $5,505 |
| 7/16/18 | 1.9751E+10 | ORDINARY DIVIDEND (CBL | CBL | | | | $5,505 |
| 10/16/18 | 2.05E+10 | ORDINARY DIVIDEND (CBL | CBL | | | | $5,505 |

***END OF FILE***

CBL_Scolnick_00000518

Case 1:19-cv-00181-JRG-CHS   Document 184-21   Filed 10/28/22   Page 4 of 5   PageID #: 3454

CONFIDENTIAL

## Sheryl Scolnick Purchases of CBL in her SEP IRA 2018. (only dividends this year)

| DATE | TRANSACTION ID | DESCRIPTION | QUANTITY | SYMBOL | AMOUNT |
|------|----------------|-------------|----------|--------|--------|
| 1/16/19 | ███████ | ORDINARY DIVIDEND (CBL) | | CBL | $2,064.38 |
| 2/13/19 | ███████ | INTERNAL STOCK | 27525 | CBL | 0 |

***END OF FILE***

CBL_Scolnick_00000519

Case 1:19-cv-00181-JRG-CHS    Document 184-21    Filed 10/28/22    PageID #: 3455

CONFIDENTIAL