# EXHIBIT 22

CONFIDENTIAL

| | |
|---|---|
| **From:** | Mark Shaner [mks@msbfirm.com] |
| **Sent:** | 7/16/2022 7:20:56 PM |
| **To:** | Seamus Kaskela [skaskela@kaskelalaw.com] |
| **CC:** | jscol@pchomesltd.com |
| **Subject:** | FW: CBL analysis |
| **Attachments:** | Sept 30th, 2017 NAV Anchors.pdf; Sept 30th, 2017 NAV Annual F&C.pdf; Sept 30th, 2017 NAV Associated Centers.pdf; Sept 30th, 2017 NAV cap rate.pdf; Sept 30th, 2017 NAV Community Centers.pdf; Sept 30th, 2017 NAV Debt Obligations.pdf; Sept 30th, 2017 NAV Div. & Int. Coverage.pdf; Sept 30th, 2017 NAV Dividend History.pdf; Sept 30th, 2017 NAV Enterprise Value.pdf; Sept 30th, 2017 NAV Highlights.pdf; Sept 30th, 2017 NAV Hist NAV.pdf; Sept 30th, 2017 NAV Implied Capitalization.pdf; Sept 30th, 2017 NAV Intrinsic Value.pdf; Sept 30th, 2017 NAV IRR value.pdf; Sept 30th, 2017 NAV Lease Expirations.pdf; Sept 30th, 2017 NAV Malls.pdf; Sept 30th, 2017 NAV NAV spread.pdf; Sept 30th, 2017 NAV NOI ENT.pdf; Sept 30th, 2017 NAV Normaized.pdf; Sept 30th, 2017 NAV Office Buildings.pdf; Sept 30th, 2017 NAV Ownership.pdf; Sept 30th, 2017 NAV Properties.pdf; Sept 30th, 2017 NAV Qtrly F&C.pdf; Sept 30th, 2017 NAV SHARES OUTSTANDING.pdf; Sept 30th, 2017 NAV Short sales.pdf |

**From:** Jay Scolnick <jscol@pchomesltd.com>
**Sent:** Sunday, November 5, 2017 11:26 AM
**To:** Mark Shaner <m_shaner@msn.com>
**Cc:** Joe D <jad@delwest.com>
**Subject:** CBL analysis

Year to date their rent renewals dropped 4.1% on all their Stabilized malls.
After looking at their Overall Average Annual Base Rents to date, they seem flat. Basically their rents may not rise, but the current rents or income still support a $16 per share value (NAV).
Looks like a short sale attack.

--
Jay B Scolnick
President & CEO
Premier Community Homes, Ltd.
Colorado Factory Modulars, LLC
1635 E Layton Drive
Englewood, CO 80113-7000
(303) 573-0067
e-mail: jscol@pchomesltd.com
www.factorymodulars.com
www.coloradofactorymodulars.com

**Exhibit 30**

CONFIDENTIAL

CBL_Shaner_00000017

CONFIDENTIAL

CBL_Shaner_00000018