# EXHIBIT 23



MLPF& S CUST FPO
MARK SHANER IRA
FBO MARK SHANER

**Net Portfolio Value:**

Your Financial Advisor:
DEMORROW, MILLER & ASSOC
6400 S FIDDLERS GREEN CR 1100
ENGLEWOOD CO    80111
1-800-937-0724

# ■ MARK IRA

This account is enrolled in the Merrill Lynch Investment Advisory Program

December 01, 2017 - December 29, 2017

| | This Statement | Year to Date |
|---|---|---|
| **Opening Value** (12/01) | | |
| Total Credits | | |
| Total Debits | | |
| Securities You Transferred In/Out | | |
| Market Gains/(Losses) | | |
| **Closing Value** (12/29) | | |

| ASSETS | December 29 | November 30 |
|---|---|---|
| Cash/Money Accounts | | |
| Fixed Income | | |
| Equities | | |
| Mutual Funds | | |
| Options | | |
| Other | | |
| *Subtotal (Long Portfolio)* | | |
| **TOTAL ASSETS** | | |

| LIABILITIES | | |
|---|---|---|
| Debit Balance | | |
| **TOTAL LIABILITIES** | | |
| **NET PORTFOLIO VALUE** | | |

> **Exhibit 52**

*Merrill Lynch Wealth Management makes available products and services offered by Merrill Lynch, Pierce, Fenner & Smith Incorporated (MLPF&S) and other subsidiaries of Bank of America Corporation. MLPF&S is a registered broker-dealer, Member Securities Investor Protection Corporation (SIPC) and a wholly owned subsidiary of Bank of America Corporation. Investment products:*   | Are Not FDIC Insured | Are Not Bank Guaranteed | May Lose Value |

004

47 of 81

CONFIDENTIAL

CBL_Shaner_00000143

# MARK IRA

December 01, 2017 - December 29, 2017

## CASH FLOW

| | This Statement | Year to Date |
|---|---|---|
| **Opening Cash/ Money Accounts** | | |
| **CREDITS** | | |
| Funds Received | | |
| Electronic Transfers | | |
| Other Credits | | |
| *Subtotal* | | |
| **DEBITS** | | |
| Electronic Transfers | | |
| Other Debits | | |
| Advisory and other fees | | |
| *Subtotal* | | |
| **Net Cash Flow** | | |

## OTHER TRANSACTIONS

| | | |
|---|---|---|
| Dividends/ Interest Income | | |
| Dividend Reinvestments | | |
| Security Purchases/ Debits | | |
| Security Sales/ Credits | | |
| **Closing Cash/ Money Accounts** | | |

| **Fees Included in Transactions Above** | | |
|---|---|---|
| Commissions/ Trading Fees | - | |

## ASSET ALLOCATION*

* Estimated Accrued Interest not included; may not reflect all holdings; does not include asset categories less than 1%; includes the categorical values for the underlying portfolio of individual mutual funds, closed end funds, and UITs.



## DOCUMENT PREFERENCES THIS PERIOD

| | Mail | Online Delivery |
|---|---|---|
| Statements | | X |
| Performance Reports | | X |
| Trade Confirms | | X |
| Shareholders Communication | | X |
| Prospectus | | X |
| Service Notices | | X |
| Tax Statements | | X |

+

CONFIDENTIAL

CBL_Shaner_00000144



MARK IRA                                    Account Number: ███████

## *ACCOUNT INVESTMENT OBJECTIVE*                    December 01, 2017 - December 29, 2017

**TOTAL RETURN:** Objective is to strike a balance between current income and growth. Despite the relatively balanced nature of the portfolio, the investor should be willing to assume the risk of price volatility and principal loss.

If you have changes to your investment objective, please contact your Financial Advisor(s).

## *INVESTMENT ADVISORY PROGRAM*

We encourage you to contact your Financial Advisor(s) if there have been any changes in your financial situation or investment objectives, or if you wish to impose any reasonable restrictions on the management of your account(s) or reasonably modify existing restrictions.

Upon your request, and at no charge, we will provide to you more detailed information regarding the Program Fees that you pay. Please contact your Financial Advisor(s) if you would like to request this detailed Account fee information.

If you would like to receive a free copy of the current Form ADV Brochure(s) for the Investment Advisory Program, please send a written request with your account number(s) to: Managed Accounts Processing and Services, 4800 Deer Lake Drive West, Building 1, 3rd Fl., Jacksonville, FL 32246. You may also obtain a copy of the Investment Advisory Program Form ADV Brochure(s) by accessing the SEC's website at www.adviserinfo.sec.gov.

As part of the Investment Advisory Program, you will be provided with periodic performance measurement reports to help you monitor and assess the performance of your account(s). Should you have any questions regarding these reports or would like performance measurement reports on a more frequent basis, please contact your Financial Advisor(s).

## *YOUR RETIREMENT ACCOUNT ASSETS*

| **CASH/MONEY ACCOUNTS**<br>Description | Quantity | Total<br>Cost Basis | Estimated<br>Market Price | Estimated<br>Market Value | Estimated<br>Annual Income | Est. Annual<br>Yield% |
|---|---|---|---|---|---|---|
| | | | | | | |

+

CONFIDENTIAL                                    CBL_Shaner_00000145

# YOUR RETIREMENT ACCOUNT ASSETS

**PREFERRED STOCKS**

| Description | Acquired | Quantity | Adjusted/Total Cost Basis | Estimated Market Price | Estimated Market Value | Unrealized Gain/(Loss) | Estimated Accrued Interest | Estimated Annual Income | Current Yield% |
|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |  |  |

PLEASE REFER TO NOTES BELOW FOR INFORMATION REGARDING CREDIT RATINGS.

**EQUITIES**

| Description | Symbol | Acquired | Quantity | Unit Cost Basis | Total Cost Basis | Estimated Market Price | Estimated Market Value | Unrealized Gain/(Loss) | Estimated Annual Income | Current Yield% |
|---|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |  |  |  |

+

004

CONFIDENTIAL

CBL_Shaner_00000146



## *YOUR RETIREMENT ACCOUNT ASSETS*

December 01, 2017 - December 29, 2017

| EQUITIES (continued) Description | Symbol | Acquired | Quantity | Unit Cost Basis | Total Cost Basis | Estimated Market Price | Estimated Market Value | Unrealized Gain/(Loss) | Estimated Annual Income | Current Yield% |
|---|---|---|---|---|---|---|---|---|---|---|
| ▇▇▇▇▇▇▇▇▇▇▇▇ | | | | | | | | | | |
| CBL & ASSOC PPTYS INC | CBL | 10/06/16 | 1,000 | 11.6117 | 11,611.79 | 5.6600 | 5,660.00 | (5,951.79) | 800 | 14.13 |
| *REIT* | | 10/28/16 | 2,000 | 10.8844 | 21,768.95 | 5.6600 | 11,320.00 | (10,448.95) | 1,600 | 14.13 |
| | | 10/28/16 | 3,000 | 10.9829 | 32,948.95 | 5.6600 | 16,980.00 | (15,968.95) | 2,400 | 14.13 |
| | | 11/09/16 | 1,237 | 10.3372 | 12,787.16 | 5.6600 | 7,001.42 | (5,785.74) | 990 | 14.13 |
| | | 11/17/16 | 1,500 | 11.6659 | 17,498.95 | 5.6600 | 8,490.00 | (9,008.95) | 1,200 | 14.13 |
| | | 11/18/16 | 1,763 | 11.5532 | 20,368.43 | 5.6600 | 9,978.58 | (10,389.85) | 1,411 | 14.13 |
| | | 11/21/16 | 1,500 | 11.5059 | 17,258.95 | 5.6600 | 8,490.00 | (8,768.95) | 1,200 | 14.13 |
| | | 12/01/16 | 2,900 | 11.2329 | 32,575.65 | 5.6600 | 16,414.00 | (16,161.65) | 2,320 | 14.13 |
| | | 12/01/16 | 100 | 11.2330 | 1,123.30 | 5.6600 | 566.00 | (557.30) | 80 | 14.13 |
| | | 12/08/16 | 1,090 | 11.8829 | 12,952.44 | 5.6600 | 6,169.40 | (6,783.04) | 872 | 14.13 |
| | | 12/08/16 | 100 | 11.8830 | 1,188.30 | 5.6600 | 566.00 | (622.30) | 80 | 14.13 |
| | | 12/08/16 | 810 | 11.8829 | 9,625.22 | 5.6600 | 4,584.60 | (5,040.62) | 648 | 14.13 |
| | | 12/08/16 | 200 | 11.8830 | 2,376.60 | 5.6600 | 1,132.00 | (1,244.60) | 160 | 14.13 |
| | | 12/08/16 | 800 | 11.8829 | 9,506.39 | 5.6600 | 4,528.00 | (4,978.39) | 640 | 14.13 |
| | | 12/14/16 | 4,000 | 11.5022 | 46,008.95 | 5.6600 | 22,640.00 | (23,368.95) | 3,201 | 14.13 |
| | | 01/10/17 | 2,000 | 10.9644 | 21,928.95 | 5.6600 | 11,320.00 | (10,608.95) | 1,600 | 14.13 |
| | | 01/10/17 | 110 | 10.9844 | 1,208.29 | 5.6600 | 622.60 | (585.69) | 88 | 14.13 |
| | | 01/10/17 | 590 | 10.9844 | 6,480.84 | 5.6600 | 3,339.40 | (3,141.44) | 472 | 14.13 |
| | | 01/10/17 | 1,300 | 10.9844 | 14,279.82 | 5.6600 | 7,358.00 | (6,921.82) | 1,040 | 14.13 |
| | | 01/10/17 | 1,000 | 11.0989 | 11,098.95 | 5.6600 | 5,660.00 | (5,438.95) | 800 | 14.13 |
| | | 01/19/17 | 3,000 | 10.3329 | 30,998.95 | 5.6600 | 16,980.00 | (14,018.95) | 2,400 | 14.13 |
| | | 01/24/17 | 3,000 | 10.4229 | 31,268.95 | 5.6600 | 16,980.00 | (14,288.95) | 2,400 | 14.13 |
| | | 01/27/17 | 6,780 | 9.9009 | 67,128.74 | 5.6600 | 38,374.80 | (28,753.94) | 5,425 | 14.13 |
| | | 01/27/17 | 2,200 | 9.9009 | 21,782.19 | 5.6600 | 12,452.00 | (9,330.19) | 1,760 | 14.13 |
| | | 01/27/17 | 20 | 9.9010 | 198.02 | 5.6600 | 113.20 | (84.82) | 16 | 14.13 |
| | | 02/03/17 | 3,000 | 10.4223 | 31,266.95 | 5.6600 | 16,980.00 | (14,286.95) | 2,400 | 14.13 |
| | | 02/24/17 | 1,000 | 9.9700 | 9,970.00 | 5.6600 | 5,660.00 | (4,310.00) | 800 | 14.13 |
| | | 03/07/17 | 1,000 | 9.9000 | 9,900.00 | 5.6600 | 5,660.00 | (4,240.00) | 800 | 14.13 |

\+

CONFIDENTIAL                              CBL_Shaner_00000147

## YOUR RETIREMENT ACCOUNT ASSETS

December 01, 2017 - December 29, 2017

**EQUITIES** (continued)

| Description | Symbol | Acquired | Quantity | Unit Cost Basis | Total Cost Basis | Estimated Market Price | Estimated Market Value | Unrealized Gain/(Loss) | Estimated Annual Income | Current Yield% |
|---|---|---|---|---|---|---|---|---|---|---|
| CBL & ASSOC PPTYS INC | CBL | 03/07/17 | 2,000 | 9.7700 | 19,540.00 | 5.6600 | 11,320.00 | (8,220.00) | 1,600 | 14.13 |
| | | 03/08/17 | 1,000 | 9.7200 | 9,720.00 | 5.6600 | 5,660.00 | (4,060.00) | 800 | 14.13 |
| | | 03/08/17 | 1,000 | 9.6300 | 9,630.00 | 5.6600 | 5,660.00 | (3,970.00) | 800 | 14.13 |
| | | 03/08/17 | 1,000 | 9.4500 | 9,450.00 | 5.6600 | 5,660.00 | (3,790.00) | 800 | 14.13 |
| | | 03/08/17 | 225 | 9.3600 | 2,106.00 | 5.6600 | 1,273.50 | (832.50) | 180 | 14.13 |
| | | 03/09/17 | 1,775 | 9.2700 | 16,454.25 | 5.6600 | 10,046.50 | (6,407.75) | 1,420 | 14.13 |
| | | 03/13/17 | 5,000 | 9.2700 | 46,350.00 | 5.6600 | 28,300.00 | (18,050.00) | 4,001 | 14.13 |
| | | 03/14/17 | 5,000 | 9.2700 | 46,350.00 | 5.6600 | 28,300.00 | (18,050.00) | 4,001 | 14.13 |
| | | 03/21/17 | 2,000 | 9.5400 | 19,080.00 | 5.6600 | 11,320.00 | (7,760.00) | 1,600 | 14.13 |
| | | 03/21/17 | 2,000 | 9.6300 | 19,260.00 | 5.6600 | 11,320.00 | (7,940.00) | 1,600 | 14.13 |
| | | 03/21/17 | 2,000 | 9.3600 | 18,720.00 | 5.6600 | 11,320.00 | (7,400.00) | 1,600 | 14.13 |
| | | 03/21/17 | 2,000 | 9.2700 | 18,540.00 | 5.6600 | 11,320.00 | (7,220.00) | 1,600 | 14.13 |
| | | 03/22/17 | 1,000 | 8.9900 | 8,990.00 | 5.6600 | 5,660.00 | (3,330.00) | 800 | 14.13 |
| | | 03/22/17 | 1,000 | 8.8600 | 8,860.00 | 5.6600 | 5,660.00 | (3,200.00) | 800 | 14.13 |
| | | 03/22/17 | 1,000 | 8.8100 | 8,810.00 | 5.6600 | 5,660.00 | (3,150.00) | 800 | 14.13 |
| | | 05/04/17 | 1,000 | 8.4600 | 8,460.00 | 5.6600 | 5,660.00 | (2,800.00) | 800 | 14.13 |
| | | 05/31/17 | 1,000 | 7.4700 | 7,470.00 | 5.6600 | 5,660.00 | (1,810.00) | 800 | 14.13 |
| | | 08/15/17 | 1,000 | 8.1900 | 8,190.00 | 5.6600 | 5,660.00 | (2,530.00) | 800 | 14.13 |
| Subtotal | | | 78,000 | | 793,090.93 | | **441,480.00** | (351,610.93) | **62,405** | 14.13 |



+

CONFIDENTIAL

CBL_Shaner_00000148



Account Number: ███████

## YOUR RETIREMENT ACCOUNT ASSETS

| EQUITIES (continued) Description | Symbol | Acquired | Quantity | Unit Cost Basis | Total Cost Basis | Estimated Market Price | Estimated Market Value | Unrealized Gain/(Loss) | Estimated Annual Income | Current Yield% |
|---|---|---|---|---|---|---|---|---|---|---|

CONFIDENTIAL

53 of 81

CBL_Shaner_00000149

# *YOUR RETIREMENT ACCOUNT ASSETS*

| **EQUITIES** (continued)<br>Description | Symbol | Acquired | Quantity | Unit<br>Cost Basis | Total<br>Cost Basis | Estimated<br>Market Price | Estimated<br>Market Value | Unrealized<br>Gain/(Loss) | Estimated<br>Annual Income | Current<br>Yield% |
|---|---|---|---|---|---|---|---|---|---|---|



+

CONFIDENTIAL                                                            CBL_Shaner_00000150

## YOUR RETIREMENT ACCOUNT ASSETS

December 01, 2017 - December 29, 2017





| MUTUAL FUNDS/ CLOSED END FUNDS/ UIT Description | Quantity | Total Cost Basis | Estimated Market Price | Estimated Market Value | Unrealized Gain/ (Loss) | Total Client Investment | Cumulative Investment Return ($) | Estimated Annual Income | Current Yield% |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

| LONG PORTFOLIO | | Adjusted/ Total Cost Basis | | Estimated Market Value | Unrealized Gain/ (Loss) | Estimated Accrued Interest | Estimated Annual Income | | Current Yield% |
|---|---|---|---|---|---|---|---|---|---|
| **TOTAL** | | | | | | | | | |

**Total Client Investment:** Cost of shares directly purchased and still held. Does not include shares purchased through reinvestment.

**Cumulative Investment Return:** Estimated Market Value minus Total Client Investment. Cumulative Investment Return is the dollar value of the capital appreciation (depreciation) of all shares purchased and still held, including shares acquired through reinvestment of dividends and distributions, which may be greater or less than the actual income distributed.

**Unrealized Gain or (Loss):** Estimated Market Value minus Total Cost Basis (total cost of shares directly purchased and still held, as well as cost of shares acquired through reinvestment). Provided for Tax Planning purposes only and is not applicable to retirement accounts.

**Initial Purchase:** Date of your initial investment in this fund.

**Market Timing:** Merrill Lynch's policies prohibit mutual fund market timing, which involves the purchase and sale of mutual fund shares within short periods of time with the intention of capturing short-term profits resulting from market volatility. Market timing may result in lower returns for long-term fund shareholders because market timers capture short-term gains that would otherwise pass to all shareholders and due to increased transaction costs and fewer assets for investment due to the need to retain cash to satisfy redemptions.

**Sales Charge Discounts or Waivers:** Many funds offer various sales charge discounts or waivers depending on the terms of the prospectus and/ or statement of additional information. You should consult a fund's prospectus and/ or statement of additional information to determine whether you may qualify for a discount or waiver. Notify your Financial Advisor, Financial Solutions Advisor or Investment Center representative if you believe you qualify for any of these or any other discounts or waivers. Please contact your Financial Advisor, Financial Solutions Advisor or Investment Center representative for further information on available sales charge discounts and waivers.

**Notes**

For Credit Ratings: S&P and Moody's provide credit ratings on the credit quality of certain bonds and preferred stocks. For a credit enhanced security, Moody's and S&P publish and provide third party vendors the higher of the rating on the credit enhancer (guarantor) or the stand alone rating on the underlying security.

+

004

CONFIDENTIAL                                                                CBL_Shaner_00000151

MARK IRA

**24-Hour Assistance: (800) MERRILL**
Access Code: 47-229-87380

## YOUR RETIREMENT ACCOUNT TRANSACTIONS

December 01, 2017 - December 29, 2017

**DIVIDENDS/ INTEREST INCOME TRANSACTIONS**

| Date | Transaction Type | Quantity | Description | Reinvestment | Income | Income Year To Date |
|------|-----------------|----------|-------------|--------------|--------|---------------------|

**Tax-Exempt Interest**

**Tax-Exempt Dividends**

+

CONFIDENTIAL

CBL_Shaner_00000152



MARK IRA                                        Account Number: ▓▓▓▓▓▓

## YOUR RETIREMENT ACCOUNT TRANSACTIONS

**DIVIDENDS/ INTEREST INCOME TRANSACTIONS** (continued)

| Date | Transaction Type | Quantity | Description | Reinvestment | Income | Income Year To Date |
|------|------------------|----------|-------------|--------------|--------|---------------------|

**Tax-Exempt Dividends**

**REALIZED GAINS/ (LOSSES)**

| Description | Quantity | Acquired Date | Liquidation Date | Sale Amount | Cost Basis | Gains/ (Losses) This Statement | Gains/ (Losses) Year to Date |
|-------------|----------|---------------|------------------|-------------|------------|-------------------------------|------------------------------|

✪ - Excludes transactions for which we have insufficient data

The capital gains and losses shown above may not reflect all transactions which must be reported on your 2017 tax return. These reportable transactions will appear on your January statement.

+

004

CONFIDENTIAL

CBL_Shaner_00000153

MARK IRA                              Account Number: ███████          **24-Hour Assistance: (800) MERRILL**
                                                                        Access Code: 47-229-87380

# YOUR RETIREMENT ACCOUNT TRANSACTIONS                                 December 01, 2017 - December 29, 2017

### ADVISORY AND OTHER FEES

| Date | Fee Type | Quantity | Description | Debit | Credit |
|------|----------|----------|-------------|-------|--------|
| ███████████████████████████████████████████████████████████████████████████████████████ | | | | | |

### SWEEP PROGRAM TRANSACTIONS

| Date | Transaction Type | Quantity | Description | Debit | Credit |
|------|------------------|----------|-------------|-------|--------|
| ███████████████████████████████████████████████████████████████████████████████████████ | | | | | |

# YOUR RETIREMENT ACCOUNT CONTRIBUTIONS AND DISTRIBUTIONS

**Year-End Plan Value as of December 31, 2017:** ███████          **Contributions after December 31, 2016 for 2016:** █████

For IRA, IRRA, SEP/IRA, SIMPLE/IRA ROTH IRA and ESA accounts, the Year-End Plan Value represents the valuation we must furnish to you and the Internal Revenue Service as part of the IRS Form 5498 reporting requirements.

+

004

CONFIDENTIAL

CBL_Shaner_00000154



**24-Hour Assistance: (800) MERRILL**
Access Code: 47-229-87380

MLPF& S CUST FPO
MARK SHANER IRA
FBO MARK SHANER

**Net Portfolio Value:**

Your Financial Advisor:
DEMORROW, MILLER & ASSOC
6400 S FIDDLERS GREEN CR 1100
ENGLEWOOD CO     80111
1-800-937-0724

## ■ MARK IRA

This account is enrolled in the Merrill Lynch Investment Advisory Program

October 28, 2017 - November 30, 2017

|  | This Statement | Year to Date |
|---|---|---|
| **Opening Value** (10/28) | **$0.00** |  |
| Total Credits |  |  |
| Total Debits |  |  |
| Securities You Transferred In/Out |  |  |
| Market Gains/(Losses) |  |  |
| **Closing Value** (11/30) |  |  |



| ASSETS | November 30 | October 31 |
|---|---|---|
| Cash/Money Accounts |  | - |
| Fixed Income |  | - |
| Equities |  | - |
| Mutual Funds |  | - |
| Options |  | - |
| Other |  | - |
| *Subtotal (Long Portfolio)* |  | - |
| **TOTAL ASSETS** |  | - |

| LIABILITIES |  |  |
|---|---|---|
| Debit Balance |  | - |
| **TOTAL LIABILITIES** |  | - |
| **NET PORTFOLIO VALUE** |  | - |

*Merrill Lynch Wealth Management makes available products and services offered by Merrill Lynch, Pierce, Fenner & Smith Incorporated (MLPF&S) and other subsidiaries of Bank of America Corporation. MLPF&S is a registered broker-dealer, Member Securities Investor Protection Corporation (SIPC) and a wholly owned subsidiary of Bank of America Corporation. Investment products:* | Are Not FDIC Insured | Are Not Bank Guaranteed | May Lose Value |

Case 1:19-cv-00181-JRG-CHS     Document 184-23     Filed 10/28/22     Page 14 of 33
PageID #: 3472

40 of 89

CONFIDENTIAL

CBL_Shaner_00000155

# MARK IRA

## CASH FLOW

|  | This Statement | Year to Date |
|---|---|---|
| **Opening Cash/ Money Accounts** | - | |
| **CREDITS** | | |
| Funds Received | - | - |
| Electronic Transfers | | |
| Other Credits | | |
| *Subtotal* | | |
| **DEBITS** | | |
| Electronic Transfers | | |
| Other Debits | | |
| Advisory and other fees | | |
| *Subtotal* | | |
| **Net Cash Flow** | | |

## OTHER TRANSACTIONS

| | |
|---|---|
| Dividends/ Interest Income | |
| Security Purchases/ Debits | |
| Security Sales/ Credits | |
| **Closing Cash/ Money Accounts** | |
| **Fees Included in Transactions Above** | |
| Commissions/ Trading Fees | |

## ASSET ALLOCATION*

\* Estimated Accrued Interest not included; may not reflect all holdings; does not include asset categories less than 1%; includes the categorical values for the underlying portfolio of individual mutual funds, closed end funds, and UITs.



## DOCUMENT PREFERENCES THIS PERIOD

| | Mail | Online Delivery |
|---|---|---|
| Statements | | X |
| Performance Reports | | X |
| Trade Confirms | | X |
| Shareholders Communication | | X |
| Prospectus | | X |
| Service Notices | | X |
| Tax Statements | | X |

+

MARK IRA                                          Account Number: █████████



## *ACCOUNT INVESTMENT OBJECTIVE*                    *October 28, 2017 - November 30, 2017*

**TOTAL RETURN:** Objective is to strike a balance between current income and growth. Despite the relatively balanced nature of the portfolio, the investor should be willing to assume the risk of price volatility and principal loss.

If you have changes to your investment objective, please contact your Financial Advisor(s).

## *INVESTMENT ADVISORY PROGRAM*

We encourage you to contact your Financial Advisor(s) if there have been any changes in your financial situation or investment objectives, or if you wish to impose any reasonable restrictions on the management of your account(s) or reasonably modify existing restrictions.

Upon your request, and at no charge, we will provide to you more detailed information regarding the Program Fees that you pay. Please contact your Financial Advisor(s) if you would like to request this detailed Account fee information.

If you would like to receive a free copy of the current Form ADV Brochure(s) for the Investment Advisory Program, please send a written request with your account number(s) to: Managed Accounts Processing and Services, 4800 Deer Lake Drive West, Building 1, 3rd Fl., Jacksonville, FL 32246. You may also obtain a copy of the Investment Advisory Program Form ADV Brochure(s) by accessing the SEC's website at www.adviserinfo.sec.gov.

As part of the Investment Advisory Program, you will be provided with periodic performance measurement reports to help you monitor and assess the performance of your account(s). Should you have any questions regarding these reports or would like performance measurement reports on a more frequent basis, please contact your Financial Advisor(s).

## *YOUR RETIREMENT ACCOUNT ASSETS*

| **CASH/ MONEY ACCOUNTS**<br>*Description* | *Quantity* | *Total*<br>*Cost Basis* | *Estimated*<br>*Market Price* | *Estimated*<br>*Market Value* | *Estimated*<br>*Annual Income* | *Est. Annual*<br>*Yield%* |
|---|---|---|---|---|---|---|

+

Account Number: ▮▮▮▮

# YOUR RETIREMENT ACCOUNT ASSETS

October 28, 2017 - November 30, 2017

| PREFERRED STOCKS Description | Acquired | Quantity | Adjusted/ Total Cost Basis | Estimated Market Price | Estimated Market Value | Unrealized Gain/ (Loss) | Estimated Accrued Interest | Estimated Annual Income | Current Yield% |
|---|---|---|---|---|---|---|---|---|---|

PLEASE REFER TO NOTES BELOW FOR INFORMATION REGARDING CREDIT RATINGS.

| EQUITIES Description | Symbol | Acquired | Quantity | Unit Cost Basis | Total Cost Basis | Estimated Market Price | Estimated Market Value | Unrealized Gain/ (Loss) | Estimated Annual Income | Current Yield% |
|---|---|---|---|---|---|---|---|---|---|---|

+

006

CONFIDENTIAL

CBL_Shaner_00000158



## YOUR RETIREMENT ACCOUNT ASSETS

| EQUITIES (continued) Description | Symbol | Acquired | Quantity | Unit Cost Basis | Total Cost Basis | Estimated Market Price | Estimated Market Value | Unrealized Gain/ (Loss) | Estimated Annual Income | Current Yield% |
|---|---|---|---|---|---|---|---|---|---|---|
| ↓ CBL & ASSOC PPTYS INC | CBL | 10/06/16 | 1,000 | 11.6117 | 11,611.79 | 5.6300 | 5,630.00 | (5,981.79) | 800 | 14.20 |
| REIT | | 10/28/16 | 2,000 | 10.8844 | 21,768.95 | 5.6300 | 11,260.00 | (10,508.95) | 1,600 | 14.20 |
| | | 10/28/16 | 3,000 | 10.9829 | 32,948.95 | 5.6300 | 16,890.00 | (16,058.95) | 2,400 | 14.20 |
| | | 11/09/16 | 1,237 | 10.3372 | 12,787.16 | 5.6300 | 6,964.31 | (5,822.85) | 990 | 14.20 |
| | | 11/17/16 | 1,500 | 11.6659 | 17,498.95 | 5.6300 | 8,445.00 | (9,053.95) | 1,200 | 14.20 |
| | | 11/18/16 | 1,763 | 11.5532 | 20,368.43 | 5.6300 | 9,925.69 | (10,442.74) | 1,411 | 14.20 |
| | | 11/21/16 | 1,500 | 11.5059 | 17,258.95 | 5.6300 | 8,445.00 | (8,813.95) | 1,200 | 14.20 |
| | | 12/01/16 | 2,900 | 11.2329 | 32,575.65 | 5.6300 | 16,327.00 | (16,248.65) | 2,320 | 14.20 |
| | | 12/01/16 | 100 | 11.2330 | 1,123.30 | 5.6300 | 563.00 | (560.30) | 80 | 14.20 |
| | | 12/08/16 | 1,090 | 11.8829 | 12,952.44 | 5.6300 | 6,136.70 | (6,815.74) | 872 | 14.20 |
| | | 12/08/16 | 100 | 11.8830 | 1,188.30 | 5.6300 | 563.00 | (625.30) | 80 | 14.20 |
| | | 12/08/16 | 810 | 11.8829 | 9,625.22 | 5.6300 | 4,560.30 | (5,064.92) | 648 | 14.20 |
| | | 12/08/16 | 200 | 11.8830 | 2,376.60 | 5.6300 | 1,126.00 | (1,250.60) | 160 | 14.20 |
| | | 12/08/16 | 800 | 11.8829 | 9,506.39 | 5.6300 | 4,504.00 | (5,002.39) | 640 | 14.20 |
| | | 12/14/16 | 4,000 | 11.5022 | 46,008.95 | 5.6300 | 22,520.00 | (23,488.95) | 3,200 | 14.20 |
| | | 01/10/17 | 2,000 | 10.9644 | 21,928.95 | 5.6300 | 11,260.00 | (10,668.95) | 1,600 | 14.20 |
| | | 01/10/17 | 110 | 10.9844 | 1,208.29 | 5.6300 | 619.30 | (588.99) | 88 | 14.20 |
| | | 01/10/17 | 590 | 10.9844 | 6,480.84 | 5.6300 | 3,321.70 | (3,159.14) | 472 | 14.20 |
| | | 01/10/17 | 1,300 | 10.9844 | 14,279.82 | 5.6300 | 7,319.00 | (6,960.82) | 1,040 | 14.20 |
| | | 01/10/17 | 1,000 | 11.0989 | 11,098.95 | 5.6300 | 5,630.00 | (5,468.95) | 800 | 14.20 |
| | | 01/19/17 | 3,000 | 10.3329 | 30,998.95 | 5.6300 | 16,890.00 | (14,108.95) | 2,400 | 14.20 |
| | | 01/24/17 | 3,000 | 10.4229 | 31,268.95 | 5.6300 | 16,890.00 | (14,378.95) | 2,400 | 14.20 |
| | | 01/27/17 | 6,780 | 9.9009 | 67,128.74 | 5.6300 | 38,171.40 | (28,957.34) | 5,424 | 14.20 |
| | | 01/27/17 | 2,200 | 9.9009 | 21,782.19 | 5.6300 | 12,386.00 | (9,396.19) | 1,760 | 14.20 |
| | | 01/27/17 | 20 | 9.9010 | 198.02 | 5.6300 | 112.60 | (85.42) | 16 | 14.20 |
| | | 02/03/17 | 3,000 | 10.4223 | 31,266.95 | 5.6300 | 16,890.00 | (14,376.95) | 2,400 | 14.20 |
| | | 02/24/17 | 1,000 | 9.9700 | 9,970.00 | 5.6300 | 5,630.00 | (4,340.00) | 800 | 14.20 |
| | | 03/07/17 | 1,000 | 9.9000 | 9,900.00 | 5.6300 | 5,630.00 | (4,270.00) | 800 | 14.20 |

+

CONFIDENTIAL                                       CBL_Shaner_00000159

## YOUR RETIREMENT ACCOUNT ASSETS

**EQUITIES** (continued)

| Description | Symbol | Acquired | Quantity | Unit Cost Basis | Total Cost Basis | Estimated Market Price | Estimated Market Value | Unrealized Gain/(Loss) | Estimated Annual Income | Current Yield% |
|---|---|---|---|---|---|---|---|---|---|---|
| ↓ CBL & ASSOC PPTYS INC | CBL | 03/07/17 | 2,000 | 9.7700 | 19,540.00 | 5.6300 | 11,260.00 | (8,280.00) | 1,600 | 14.20 |
| | | 03/08/17 | 1,000 | 9.7200 | 9,720.00 | 5.6300 | 5,630.00 | (4,090.00) | 800 | 14.20 |
| | | 03/08/17 | 1,000 | 9.6300 | 9,630.00 | 5.6300 | 5,630.00 | (4,000.00) | 800 | 14.20 |
| | | 03/08/17 | 1,000 | 9.4500 | 9,450.00 | 5.6300 | 5,630.00 | (3,820.00) | 800 | 14.20 |
| | | 03/08/17 | 225 | 9.3600 | 2,106.00 | 5.6300 | 1,266.75 | (839.25) | 180 | 14.20 |
| | | 03/09/17 | 1,775 | 9.2700 | 16,454.25 | 5.6300 | 9,993.25 | (6,461.00) | 1,420 | 14.20 |
| | | 03/13/17 | 5,000 | 9.2700 | 46,350.00 | 5.6300 | 28,150.00 | (18,200.00) | 4,000 | 14.20 |
| | | 03/14/17 | 5,000 | 9.2700 | 46,350.00 | 5.6300 | 28,150.00 | (18,200.00) | 4,000 | 14.20 |
| | | 03/21/17 | 2,000 | 9.5400 | 19,080.00 | 5.6300 | 11,260.00 | (7,820.00) | 1,600 | 14.20 |
| | | 03/21/17 | 2,000 | 9.6300 | 19,260.00 | 5.6300 | 11,260.00 | (8,000.00) | 1,600 | 14.20 |
| | | 03/21/17 | 2,000 | 9.3600 | 18,720.00 | 5.6300 | 11,260.00 | (7,460.00) | 1,600 | 14.20 |
| | | 03/21/17 | 2,000 | 9.2700 | 18,540.00 | 5.6300 | 11,260.00 | (7,280.00) | 1,600 | 14.20 |
| | | 03/22/17 | 1,000 | 8.9900 | 8,990.00 | 5.6300 | 5,630.00 | (3,360.00) | 800 | 14.20 |
| | | 03/22/17 | 1,000 | 8.8600 | 8,860.00 | 5.6300 | 5,630.00 | (3,230.00) | 800 | 14.20 |
| | | 03/22/17 | 1,000 | 8.8100 | 8,810.00 | 5.6300 | 5,630.00 | (3,180.00) | 800 | 14.20 |
| | | 05/04/17 | 1,000 | 8.4600 | 8,460.00 | 5.6300 | 5,630.00 | (2,830.00) | 800 | 14.20 |
| | | 05/31/17 | 1,000 | 7.4700 | 7,470.00 | 5.6300 | 5,630.00 | (1,840.00) | 800 | 14.20 |
| | | 08/15/17 | 1,000 | 8.1900 | 8,190.00 | 5.6300 | 5,630.00 | (2,560.00) | 800 | 14.20 |
| Subtotal | | | 78,000 | | 793,090.93 | | **439,140.00** | (353,950.93) | **62,401** | 14.20 |

+

CONFIDENTIAL               CBL_Shaner_00000160

MARK IRA

Account Number: ▉▉▉▉▉▉



## YOUR RETIREMENT ACCOUNT ASSETS

| EQUITIES (continued) Description | Symbol | Acquired | Quantity | Unit Cost Basis | Total Cost Basis | Estimated Market Price | Estimated Market Value | Unrealized Gain/(Loss) | Estimated Annual Income | Current Yield% |
|---|---|---|---|---|---|---|---|---|---|---|

CONFIDENTIAL

CBL_Shaner_00000161

# YOUR RETIREMENT ACCOUNT ASSETS

| EQUITIES (continued) Description | Symbol | Acquired | Quantity | Unit Cost Basis | Total Cost Basis | Estimated Market Price | Estimated Market Value | Unrealized Gain/(Loss) | Estimated Annual Income | Current Yield% |
|---|---|---|---|---|---|---|---|---|---|---|



CONFIDENTIAL

CBL_Shaner_00000162



MARK IRA                                        Account Number: ▮▮▮▮▮▮

## YOUR RETIREMENT ACCOUNT ASSETS

| MUTUAL FUNDS/ CLOSED END FUNDS/ UIT Description | Quantity | Total Cost Basis | Estimated Market Price | Estimated Market Value | Unrealized Gain/ (Loss) | Total Client Investment | Cumulative Investment Return ($) | Estimated Annual Current Income | Yield% |
|---|---|---|---|---|---|---|---|---|---|



**Total Client Investment:** Cost of shares directly purchased and still held. Does not include shares purchased through reinvestment.

**Cumulative Investment Return:** Estimated Market Value minus Total Client Investment. Cumulative Investment Return is the dollar value of the capital appreciation (depreciation) of all shares purchased and still held, including shares acquired through reinvestment of dividends and distributions, which may be greater or less than the actual income distributed.

**Unrealized Gain or (Loss):** Estimated Market Value minus Total Cost Basis (total cost of shares directly purchased and still held, as well as cost of shares acquired through reinvestment). Provided for Tax Planning purposes only and is not applicable to retirement accounts.

**Initial Purchase:** Date of your initial investment in this fund.

**Market Timing:** Merrill Lynch's policies prohibit mutual fund market timing, which involves the purchase and sale of mutual fund shares within short periods of time with the intention of capturing short-term profits resulting from market volatility. Market timing may result in lower returns for long-term fund shareholders because market timers capture short-term gains that would otherwise pass to all shareholders and due to increased transaction costs and fewer assets for investment due to the need to retain cash to satisfy redemptions.

**Sales Charge Discounts or Waivers:** Many funds offer various sales charge discounts or waivers depending on the terms of the prospectus and/ or statement of additional information. You should consult a fund's prospectus and/ or statement of additional information to determine whether you may qualify for a discount or waiver. Notify your Financial Advisor, Financial Solutions Advisor or Investment Center representative if you believe you qualify for any of these or any other discounts or waivers. Please contact your Financial Advisor, Financial Solutions Advisor or Investment Center representative for further information on available sales charge discounts and waivers.

**Notes**

For Credit Ratings: S&P and Moody's provide credit ratings on the credit quality of certain bonds and preferred stocks. For a credit enhanced security, Moody's and S&P publish and provide third party vendors the higher of the rating on the credit enhancer (guarantor) or the stand alone rating on the underlying security.

+

CONFIDENTIAL                                                CBL_Shaner_00000163

MARK IRA

Account Number: ███████

# YOUR RETIREMENT ACCOUNT TRANSACTIONS

October 28, 2017 - November 30, 2017

## DIVIDENDS/ INTEREST INCOME TRANSACTIONS

| Date | Transaction Type | Quantity | Description | Income | Income Year To Date |
|------|-----------------|----------|-------------|--------|---------------------|

**Tax-Exempt Interest**

███████████████████████████████████████████████

**Tax-Exempt Dividends**

███████████████████████████████████████████████

| NET TOTAL | ███████ |
|-----------|---------|

## SECURITY TRANSACTIONS
TRANSACTIONS CONDUCTED PER THE APPLICABLE WRITTEN AGREEMENT

| Settlement Date | Description | Transaction Type | Quantity | Transaction Amount | Commissions/ Trading Fees | (Debit)/ Credit | Accrued Interest Earned/ (Paid) |
|-----------------|-------------|-----------------|----------|--------------------|--------------------------|-----------------|----------------------------------|

**Purchases**

███████████████████████████████████████████████

+

CONFIDENTIAL

CBL_Shaner_00000164

MARK IRA

Account Number: ▮▮▮▮▮▮



# YOUR RETIREMENT ACCOUNT TRANSACTIONS

**SECURITY TRANSACTIONS** (continued)
**TRANSACTIONS CONDUCTED PER THE APPLICABLE WRITTEN AGREEMENT**

| Settlement Date | Description | Transaction Type | Quantity | Transaction Amount | Commissions/ Trading Fees | (Debit)/ Credit | Accrued Interest Earned/ (Paid) |
|---|---|---|---|---|---|---|---|
| **Purchases** | | | | | | | |

+

006

CONFIDENTIAL

CBL_Shaner_00000165

MARK IRA                                  Account Number: ███████          **24-Hour Assistance: (800) MERRILL**
                                                                           Access Code: 47-229-87380

# YOUR RETIREMENT ACCOUNT TRANSACTIONS

October 28, 2017 - November 30, 2017

**SECURITY TRANSACTIONS** (continued)
**TRANSACTIONS CONDUCTED PER THE APPLICABLE WRITTEN AGREEMENT**

| Settlement Date | Description | Transaction Type | Quantity | Transaction Amount | Commissions/ Trading Fees | (Debit)/ Credit | Accrued Interest Earned/ (Paid) |
|---|---|---|---|---|---|---|---|
| Purchases | | | | | | | |



CONFIDENTIAL

CBL_Shaner_00000166

Case 1:19-cv-00181-JRG-CHS   Document 184-23   Filed 10/28/22   Page 25 of 33
PageID #: 3483

MARK IRA



Account Number: ▮▮▮▮▮▮▮

# YOUR RETIREMENT ACCOUNT TRANSACTIONS

**SECURITY TRANSACTIONS** (continued)
**TRANSACTIONS CONDUCTED PER THE APPLICABLE WRITTEN AGREEMENT**

| Settlement Date | Description | Transaction Type | Quantity | Transaction Amount | Commissions/ Trading Fees | (Debit)/ Credit | Accrued Interest Earned/ (Paid) |
|---|---|---|---|---|---|---|---|

**Purchases**

CONFIDENTIAL

CBL_Shaner_00000167

# YOUR RETIREMENT ACCOUNT TRANSACTIONS

October 28, 2017 - November 30, 2017

**SECURITY TRANSACTIONS** (continued)
**TRANSACTIONS CONDUCTED PER THE APPLICABLE WRITTEN AGREEMENT**

| Settlement Date | Description | Transaction Type | Quantity | Transaction Amount | Commissions/ Trading Fees | (Debit)/ Credit | Accrued Interest Earned/ (Paid) |
|---|---|---|---|---|---|---|---|
| Purchases | | | | | | | |

+

CONFIDENTIAL

MARK IRA



Account Number: ████████

# YOUR RETIREMENT ACCOUNT TRANSACTIONS

October 28, 2017 - November 30, 2017

**SECURITY TRANSACTIONS** (continued)
**TRANSACTIONS CONDUCTED PER THE APPLICABLE WRITTEN AGREEMENT**

| Settlement Date | Description | Transaction Type | Quantity | Transaction Amount | Commissions/ Trading Fees | (Debit)/ Credit | Accrued Interest Earned/ (Paid) |
|---|---|---|---|---|---|---|---|
| **Purchases** | | | | | | | |

+

CONFIDENTIAL

54 of 89

CBL_Shaner_00000169

# YOUR RETIREMENT ACCOUNT TRANSACTIONS

October 28, 2017 - November 30, 2017

## SECURITY TRANSACTIONS (continued)
**TRANSACTIONS CONDUCTED PER THE APPLICABLE WRITTEN AGREEMENT**

| Settlement Date | Description | Transaction Type | Quantity | Transaction Amount | Commissions/ Trading Fees | (Debit)/ Credit | Accrued Interest Earned/ (Paid) |
|---|---|---|---|---|---|---|---|
| **Purchases** | | | | | | | |
| ████████ | ████████ | ████████ | ████████ | ████████ | ████████ | ████████ | |
| **Sales** | | | | | | | |
| 11/13 | CBL & ASSOC PPTYS INC | Sale | -20,000.0000 | 112,000.00 | (2.59) | 111,997.41 | |
| | REIT CUS NO 124830100 | | | | | | |
| | UNIT PRICE 5.6000 | | | | | | |
| 11/14 | CBL & ASSOC PPTYS INC | Sale | -4,000.0000 | 23,400.00 | (.54) | 23,399.46 | |
| | REIT CUS NO 124830100 | | | | | | |
| | UNIT PRICE 5.8500 | | | | | | |
| | *Subtotal (Sales)* | | | *135,400.00* | *(3.13)* | *135,396.87* | |
| ████████ | ████████ | ████████ | ████████ | ████████ | ████████ | ████████ | |

## REALIZED GAINS/ (LOSSES)

| Description | Quantity | Acquired Date | Liquidation Date | Sale Amount | Cost Basis | Gains/ (Losses) ✪ This Statement | Year to Date |
|---|---|---|---|---|---|---|---|
| x CBL & ASSOC PPTYS INC | 5000.0000 | 09/09/16 | 11/09/17 | 27,999.35 | 66,858.95 | (38,859.60) | |
| x CBL & ASSOC PPTYS INC | 4900.0000 | 09/20/16 | 11/09/17 | 27,439.36 | 61,797.77 | (34,358.41) | |
| x CBL & ASSOC PPTYS INC | 100.0000 | 09/20/16 | 11/09/17 | 559.98 | 1,261.18 | (701.20) | |
| x CBL & ASSOC PPTYS INC | 5000.0000 | 09/20/16 | 11/09/17 | 27,999.36 | 63,908.95 | (35,909.59) | |
| x CBL & ASSOC PPTYS INC | 5000.0000 | 09/21/16 | 11/09/17 | 27,999.36 | 59,558.95 | (31,559.59) | |
| x CBL & ASSOC PPTYS INC | 4000.0000 | 10/06/16 | 11/10/17 | 23,399.46 | 46,447.16 | (23,047.70) | |
| *Subtotal (Long-Term)* | | | | | | *(164,436.09)* | *(164,436.09)* |
| **TOTAL** | | | | **135,396.87** | **299,832.96** | **(164,436.09)** | **(164,436.09)** |

+

CONFIDENTIAL

CBL_Shaner_00000170



MARK IRA

Account Number: ⬛

## *YOUR RETIREMENT ACCOUNT TRANSACTIONS*

**REALIZED GAINS/ (LOSSES)** (continued)

| Description | Quantity | Acquired Date | Liquidation Date | Sale Amount | Cost Basis | Gains/ (Losses) ✪ This Statement | Year to Date |
|---|---|---|---|---|---|---|---|

✪ - Excludes transactions for which we have insufficient data

X The cost basis on the sale or redemption of this security is determined utilizing the First-In First-Out (FIFO) accounting methodology. If you transferred this security to Merrill Lynch from another firm, the cost basis may have been reported to you by the other firm using an average cost methodology. If you previously used an average cost methodology in reporting sales transactions of this security to the IRS, you may need to use an adjusted basis other than the one shown above. Please consult your tax advisor for more information.

**SECURITIES YOU TRANSFERRED IN/ OUT**

| Date | Description | Transaction Type | Quantity | Value of Securities | Year To Date |
|---|---|---|---|---|---|

+

CONFIDENTIAL

CBL_Shaner_00000171

# YOUR RETIREMENT ACCOUNT TRANSACTIONS

October 28, 2017 - November 30, 2017

---

## SECURITIES YOU TRANSFERRED IN/OUT (continued)

| Date | Description | Transaction Type | Quantity | Value of Securities | Year To Date |
|------|-------------|------------------|----------|---------------------|--------------|
| ██████████████████████████████████████████████████████████████████████ | | | | | |

## CASH/OTHER TRANSACTIONS

| Date | Transaction Type | Quantity | Description | Debit | Credit |
|------|------------------|----------|-------------|-------|--------|
| Other Debits/Credits | | | | | |
| ██████████████████████████████████████████████████████████████████████ | | | | | |

## ADVISORY AND OTHER FEES

██████████████████████████████████████████████████████████████████████

## SWEEP PROGRAM TRANSACTIONS

| Date | Transaction Type | Quantity | Description | Debit | Credit |
|------|------------------|----------|-------------|-------|--------|
| ██████████████████████████████████████████████████████████████████████ | | | | | |

+

Case 1:19-cv-00181-JRG-CHS    Document 184-23    Filed 10/28/22    Page 31 of 33
PageID #: 3489

CONFIDENTIAL                                              CBL_Shaner_00000172



## YOUR RETIREMENT ACCOUNT TRANSACTIONS

**SWEEP PROGRAM TRANSACTIONS** (continued)

| Date | Transaction Type | Quantity | Description | Debit | Credit |
|------|------------------|----------|-------------|-------|--------|
| ████████████████████████████████████████████████████████████████████████████ | | | | | |

## YOUR RETIREMENT ACCOUNT CONTRIBUTIONS AND DISTRIBUTIONS

**Year-End Plan Value as of December 31, 2016:** ████        **Contributions after December 31, 2016 for 2016:** ████

+

CONFIDENTIAL                                                                         CBL_Shaner_00000173

This page intentionally left blank

Case 1:19-cv-00181-JRG-CHS Document 184-23 Filed 10/28/22 Page 33 of 33 PageID #: 3491

CONFIDENTIAL

CBL_Shaner_00000174