# EXHIBIT 24

# Charles Schwab Client Center

Summary   Balances   **Positions**   Portfolio Performance   History   Statements   Transfers & Payments

Individual

Page last updated: 01:57 PM ET, 07/15/2019   Refresh   Export   Print

Market Value   **Unrealized Gain / Loss**   Positions Monitor

View Realized Gain/Loss

Trades made today will not appear until tomorrow.
Cost Basis Calculator    Rules & Assumptions

| Market Value | Day Change* | Cost Basis | Gain/Loss | Cash Balance |
|---|---|---|---|---|

| Symbol | Name ( Full | Short ) | Quantity | Price | Market Value | Day Change** ( $ | % ) | Cost Basis | ▼ Gain/Loss ( $ | % ) | Next Steps |
|---|---|---|---|---|---|---|---|---|
| CBL | CBL & ASSOCIATES PPT REIT | 3,700 | $1.10 | $4,070.00 | -$185.00 | $10,192.85 | -$6,122.85 | Trade |
| **Total** | | | | **$4,070.00** | **-$185.00** | **$10,192.85** | **-$6,122.85** | |

Total includes missing cost basis values for one or more lots. You can update missing cost basis values by using the Edit functionality—clicking on the Missing hyperlinks until reaching the Edit page.

Data for this holding has been edited.

N/A   Not Available

The value reported for this security may not reflect the current market price.

Total excludes securities for which price is not available.

The Cash Balance or Total Cash value reflects the aggregate amount of your bank account(s), money market funds, unswept or intra-day cash, credit or debit balances for the account(s) displayed. Bank Sweep deposits are held at FDIC-insured bank(s) ("Banks") that are affiliated with Charles Schwab & Co., Inc. Securities products and services (including unswept or intra-day cash, net credit or debit balances, and money market funds) offered by Charles Schwab & Co., Inc. (member SIPC) are not deposits or obligations of the Banks, are subject to investment risk, are not FDIC insured, may lose value, and are not Bank guaranteed. Charles Schwab & Co., Inc. and the Banks are separate entities and are all affiliates of The Charles Schwab Corporation. Bank Sweep deposit balances do not include interest that has been accrued since the last interest payment was made to your account.

*The Total Day Change ($) and (%) are based on the sum of the Day Changes for all positions and do not include cash balances. Total Day Change will be available until one hour prior to the next market open.

**The Position Day Change value is calculated as: Price Change x the shares/bonds/units/contracts held in the account currently. It assumes no change in quantity from the prior day and will be available until one hour prior to the next market open.

Values for fixed income securities have been adjusted for amortization/accretion; with the exception of variable rate and mortgage-backed securities or for accounts with this preference turned off.

Prices and Market Values are real-time and based on NASDAQ Last Sale or a consolidated market quote unless otherwise indicated.

Quotes from the Toronto Stock Exchange and TSX Venture Exchange are delayed for professional users. Non-professional users may see a mix of real time and delayed quotes. For more information on the mutual fund performance, expenses and ratings, please click on the symbol.

Please view the Cost Basis Disclosure Statement     for additional information on cost basis methods choices and how Schwab reports adjusted cost basis information to the IRS.

(0611-3926)

Accounts   Trade   Research   Products   Guidance   Service
Summary   Balances   Positions   Portfolio Performance   History   Statements   Transfers & Payments

✛ Back to Top

**Brokerage Products: Not FDIC Insured   No Bank Guarantee   May Lose Value**

Account:
Today's Date: 01:57 PM ET, 07/15/2019

Charles Schwab & Co., Inc., and Charles Schwab Bank are separate but affiliated companies and subsidiaries of The Charles Schwab Corporation. Brokerage products are offered by Charles Schwab & Co., Inc. (Member SIPC ⬜) ("Schwab"). Schwab Intelligent Portfolios® is offered by Schwab, a dually registered broker dealer and investment advisor, and Institutional Intelligent Portfolios® is a technology and service platform provided to Advisor by Schwab Performance Technologies ("SPT") and used by Advisor to provide its clients with an automated investment management service. Deposit and lending products and services are offered by Charles Schwab Bank, Member FDIC and an Equal Housing Lender ("Schwab Bank").

Bank Sweep deposits are held at one or more FDIC-insured banks that are affiliated with Charles Schwab & Co., Inc. ("Affiliated Banks"). Funds deposited at Affiliated Banks are insured, in aggregate, up to $250,000 per Affiliated Bank, per depositor, for each account ownership category, by the Federal Deposit Insurance Corporation (FDIC). Securities products and services (including unswept or intra-day cash, net credit or debit balances, and money market funds) offered by Charles Schwab & Co., Inc. (Member SIPC ⬜) are not deposits or obligations of the Affiliated Banks, are subject to investment risk, are not FDIC insured, may lose value, and are not Affiliated Bank-guaranteed. Charles Schwab & Co., Inc. and the Affiliated Banks are separate entities and are all affiliates of The Charles Schwab Corporation.

© 2019 Charles Schwab & Co., Inc. All rights reserved. Member SIPC. Unauthorized access is prohibited. Usage will be monitored.

Agreements   Compensation and Advice Disclosures   Fees & Commissions   Privacy   🔒 SchwabSafe   USA Patriot Act   SIPC®   FDIC Insurance   Site Map   Site Help   Support Session

**Exhibit 54**

| | Show Indices | DJIA | NASDAQ | S&P 500 | Russell 2000 | Time (ET) | Refresh |
|---|---|---|---|---|---|---|---|
| | Symbol Lookup | 27,306.32 -21.77 (-0.08%) | 8,248.09 +3.95 (+0.05%) | 3,011.29 -2.54 (-0.08%) | 1,560.88 -8.71 (-0.56%) | 1:57:22 PM | |

https://client.schwab.com/Accounts/UGL/UGLAccounts.aspx?S=g    1/1
CONFIDENTIAL                                                        CBL_Shaner_00000139

Accounts > History

## Transactions



| ▼ Date | Action | Details | Symbol | Description* | Quantity | Price | Fees & Comm | Amount |
|---|---|---|---|---|---|---|---|---|
| 04/16/2019 | Cash Dividend | | CBL | CBL & ASSOCIATES PPT REIT | | | | $277.50 |
| 01/16/2019 | Pr Yr Cash Div | | CBL | CBL & ASSOCIATES PPT REIT | | | | $225.00 |
| 12/31/2018 | Buy | Trade Details | CBL | CBL & ASSOCIATES PPT REIT | 700 | $1.94 | $4.95 | -$1,362.95 |
| 11/14/2018 | Buy | Trade Details | CBL | CBL & ASSOCIATES PPT REIT | 2,000 | $2.97 | $4.95 | -$5,944.95 |

Case 1:19-cv-00181-JRG-CHS   Document 184-24   Filed 10/28/22   Page 3 of 5
PageID #: 3494

CONFIDENTIAL                                                  CBL_Shaner_00000140

| 11/02/2018 | Buy | Trade Details | CBL | CBL & ASSOCIATES PPT REIT | 1,000 | $2.88 | $4.95 | -$2,884.95 |
| 09/21/2018 | Sell | Trade Details | CBL | CBL & ASSOCIATES PPT REIT | 1,000 | $4.39 | $5.01 | $4,384.99 |
| 09/14/2018 | Buy | Trade Details | CBL | CBL & ASSOCIATES PPT REIT | 1,000 | $4.03 | $4.95 | -$4,034.95 |

Case 1:19-cv-00181-JRG-CHS   Document 184-24   Filed 10/28/22   Page 4 of 5
PageID #: 3495
CONFIDENTIAL                                                    CBL_Shaner_00000141

10/09/2017

*Transactions may include Bank Sweep deposit information. Bank Sweep deposits are held at the FDIC-insured depository institution(s) referenced on the Balances detail page, your account statements and disclosed in your account documents. SIPC does not cover balances held in the Bank Sweep feature.

(0007-7604)

# Brokerage Products: Not FDIC Insured • No Bank Guarantee • May Lose Value

Account: ▮
Today's Date: 02:01 PM ET, 07/15/2019

Charles Schwab & Co., Inc., and Charles Schwab Bank are separate but affiliated companies and subsidiaries of The Charles Schwab Corporation. Brokerage products are offered by Charles Schwab & Co., Inc. (Member SIPC ▣) ("Schwab"). Schwab Intelligent Portfolios® is offered by Schwab, a dually registered broker dealer and investment advisor, and Institutional Intelligent Portfolios® is a technology and service platform provided to Advisor by Schwab Performance Technologies ("SPT") and used by Advisor to provide its clients with an automated investment management service. Deposit and lending products and services are offered by Charles Schwab Bank, Member FDIC and an Equal Housing Lender ("Schwab Bank").

Bank Sweep deposits are held at one or more FDIC-insured banks that are affiliated with Charles Schwab & Co., Inc. ("Affiliated Banks"). Funds deposited at Affiliated Banks are insured, in aggregate, up to $250,000 per Affiliated Bank, per depositor, for each account ownership category, by the Federal Deposit Insurance Corporation (FDIC). Securities products and services (including unswept or intra-day cash, net credit or debit balances, and money market funds) offered by Charles Schwab & Co., Inc. (Member SIPC ▣) are not deposits or obligations of the Affiliated Banks, are subject to investment risk, are not FDIC insured, may lose value, and are not Affiliated Bank-guaranteed. Charles Schwab & Co., Inc. and the Affiliated Banks are separate entities and are all affiliates of The Charles Schwab Corporation.

© 2019 Charles Schwab & Co., Inc. All rights reserved. Member SIPC. Unauthorized access is prohibited. Usage will be monitored.