UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| IN RE CBL & ASSOCIATES PROPERTIES, | ) | Consolidated Case No. |
| INC. SECURITIES LITIGATION | ) | 1:19-CV-00181-JRG-CHS |

## **ORDER**

This matter is before the Court on the parties' Joint Motion to Modify Scheduling Order [Doc. 191]. The motion is **GRANTED**. Plaintiffs **SHALL** depose Dr. Terrence Hendershott by December 7, 2022, and Plaintiffs **SHALL** file their reply in support of their motion for class certification by December 16, 2022.

So ordered.

ENTER:

s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE