# EXHIBIT 3

## Department of Corrections Record

## Source Information

| | |
|---|---|
| **Coverage Begin Date:** | 01/01/1975 |
| **Information Current Through:** | 08/02/2004 |
| **Database Last Updated:** | 08/02/2004 |
| **Update Frequency:** | SUSPENDED |
| **Current Date:** | 09/23/2022 |
| **Source:** | FL DEPARTMENT OF CORRECTIONS (HISTORICAL) |

## Defendant Information

| | |
|---|---|
| **Offender Name:** | AMSTERDAM, RONALD |
| **SSN Number:** | 113-46-XXXX |
| **DOC Number:** | 648148 |
| **Birth Place:** | NY |
| **Date of Birth:** | 10/XX/1953 |
| **Gender:** | MALE |
| **Race:** | WHITE |
| **Eye Color:** | BLUE |
| **Height:** | 5 FT.9 IN. |

## Offense 1

| | |
|---|---|
| **Offense Number:** | 1 |
| **Case Number:** | 8300961 |
| **Case Status:** | INACTIVE OFFENDER |
| **Case Information:** | NCIC OFFENSE CODE: 1121, ADJUDICATION WITHHELD FLAG: Y |
| **Statute Violated:** | 794.011(2) |
| **Offense Charged:** | PERSON UNDER 18 COMMITS SEXUAL BATTERY UPON OR INJURES SEXUAL ORGANS OF A VICTIM LESS THAN 12 |
| **Date of Offense:** | 01/31/1983 |
| **Class of Offense:** | L FELONY |
| **Offense Location:** | BROWARD |
| **Jurisdiction County:** | BROWARD |
| **Sentence Imposed Date:** | 09/12/1983 |
| **Sentence Status:** | SENT. COMPONENTS: 001 |
| **Sentence Additional Info:** | COMMIT. PREFIX: 01 |

## Offense 1

| | |
|---|---|
| **Offense Number:** | 1 |
| **Case Number:** | 8300961 |
| **Case Status:** | INACTIVE OFFENDER |
| **Case Information:** | NCIC OFFENSE CODE: 1121, ADJUDICATION WITHHELD FLAG: Y |
| **Statute Violated:** | 794.011(2) |
| **Offense Charged:** | PERSON UNDER 18 COMMITS SEXUAL BATTERY UPON OR INJURES SEXUAL ORGANS OF A VICTIM LESS THAN 12 |
| **Date of Offense:** | 01/31/1983 |
| **Class of Offense:** | L FELONY |
| **Offense Location:** | BROWARD |
| **Jurisdiction County:** | BROWARD |
| **Projected/ Provisional Release Date:** | 09/11/1988 |
| **Community Supervision County:** | BROWARD |

WESTLAW © 2022 Thomson Reuters. No claim to original U.S. Government Works. 1

| | |
|---|---|
| **Parole Begin Date:** | 09/12/1983 |
| **Parole Projected Date:** | 09/12/1988 |
| **Parole Status:** | INACTIVE, INITIAL P&P COMMITMENT PREFIX: 01 |

## Order Documents

Call Westlaw CourtExpress at 1-877-DOC-RETR (1-877-362-7387) for on-site manual retrieval of documents related to this or other matters. Additional charges apply.

*Thomson Reuters Legal is not a consumer reporting agency and none of its services or the data contained therein constitute a 'consumer report' as such term is defined in the Federal Fair Credit Reporting Act (FCRA), 15 U.S.C. sec. 1681 et seq. The data provided to you may not be used as a factor in consumer debt collection decisioning, establishing a consumer's eligibility for credit, insurance, employment, government benefits, or housing, or for any other purpose authorized under the FCRA. By accessing one of our services, you agree not to use the service or data for any purpose authorized under the FCRA or in relation to taking an adverse action relating to a consumer application.*

**End of Document**

© 2022 Thomson Reuters. No claim to original U.S. Government Works.