# EXHIBIT 4

Case 1:19-cv-00181-JRG-CHS     Document 199-3     Filed 11/21/22     Page 1 of 4
PageID #: 3907

501 South Calhoun Street, Tallahassee, FL 32399-2500          http://www.dc.state.fl.us

---

CERTIFICATE

STATE OF FLORIDA
COUNTY OF LEON

I, Samantha McKuhen, HEREBY CERTIFY that I am employed by the Florida Department of Corrections as a(n) Government Operations Specialist I. As part of my duties and responsibilities, I maintain official records of the Florida Department of Corrections.

I FURTHER CERTIFY that the records attached to this Certificate are true and correct copies of

Ronald Amsterdam DC# 648148, Closing Summary

maintained in the course of regular business conducted by the Department of Corrections, a state agency, in order to comply with the provisions of Chapter 119, Florida Statutes.

*Samantha McKuhen*
Samantha McKuhen
Government Operations Specialist I

★ **INSPIRING SUCCESS BY TRANSFORMING ONE LIFE AT A TIME** ★

```
                          STATE OF FLORIDA
        DEPARTMENT OF CORRECTIONS CLOSING SUMMARY - PRIOR PERIODS OF SUPERVISION
```

October 06, 2022

Ronald Amsterdam              DC#648148
 ** PERMANENT ADDR NOT FOUND



Dear Ronald Amsterdam,

Please see the below details in reference to any outstanding terms for the case number(s) listed below at the time of termination, including, but not limited to, uncompleted conditions, unpaid restitution, court costs, fees, and fines. Information contained in this document is for informa-tional purposes only and should not be construed as modifying, satisfying, or negating any legal sentence or obligation.

Sentencing Judge: Judge Tyson
County of Sentence: Broward
Case No: 8300961


### Community Supervision

| Sentence Date | Offense | Offense Date | County | Case Number | Supervision Length |
|---|---|---|---|---|---|
| 09/12/1983 | SEX BAT BY JUVEN/VCTM UNDER | 01/31/1983 | BROWARD | 8300961 | 005Y 00M 00D |


### Termination

| Date of Termination | Type of Termination | Disposition Reason (If appropriate) |
|---|---|---|
| 09/12/1988 | NORMAL TERMINATION | |


### Restitution

| Case Number | Payee Name | Original Obligation | Current Balance |
|---|---|---|---|
| ** NO RESTITUTION ORDERED ** | | | |


### Court Costs/Fines

| Case Number | Payee Name | Original Obligation | Current Balance |
|---|---|---|---|
| ** NO Court Cost/Fine ** The Clerk of Circuit Court establishes and maintains a system of accounts receivable for court related fees, charges, and costs. | | | |


### State Accounts

| Case Number | Payee Name | Original Obligation | Current Balance |
|---|---|---|---|
| ** No State Account ** | | | |


### Others

| Case Number | Payee Name | Original Obligation | Current Balance |
|---|---|---|---|
| ** No Other Accounts ** | | | |

Community Service Hours
```
-------------------------------------------------------------------------------------------
|              Court Ordered              |              Hours Remaining                  |
-------------------------------------------------------------------------------------------
|      ** NO PUBLIC SERVICE HOURS ORDERED **                                              |
-------------------------------------------------------------------------------------------
```

Treatment Status
(Summary of offender's current and prior participation in treatment, educational, and vocational
 programs):
```
-------------------------------------------------------------------------------------------
| Treatment  |                             | Termination |             | Termination      |
|   Date     |     Program Description      |    Date     |   Status    | Reason           |
-------------------------------------------------------------------------------------------
|     ** No Treatment Record   **                                                         |
-------------------------------------------------------------------------------------------
```

Status of Other Special Conditions
```
-------------------------------------------------------------------------------------------
|  Case    |                          | Begin  |          |          |          |
| Number   |     Special Condition     |  Date  | Due Date | End Date | Status   |
-------------------------------------------------------------------------------------------
|     ** No Special Condition  **                                                         |
-------------------------------------------------------------------------------------------
```

*The probation file has already been destroyed as it met the state's retention cycle.


The foregoing is true and correct to the best of my knowledge and belief.

*Bradie M. Strickland*   Correctional Services Consultant     10/6/22
Bradie Strickland                Officer                Date


_____
Thomas Seaman                    Supervisor             Date



CC: Offender
CC: Clerk of Court, if applicable
CC: Offender File
CC: Florida Commission on Offender Review, if applicable