UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

IN RE CBL & ASSOCIATES PROPERTIES, ) Consolidated Case No.
INC. SECURITIES LITIGATION ) 1:19-CV-00181-JRG-CHS

## ORDER

On June 9, 2022, the Court entered a scheduling order [Doc. 153], in which the parties

agreed to the following language on alternative dispute resolution:

> Prior to the Court's May 3, 2022 ruling on the Motion to Dismiss, the parties
> conducted two separate, non-binding mediations before the same private mediator.
> Neither mediation resulted in a settlement. The parties intend to conduct another
> private, non-binding mediation likely sometime later this year. The parties will
> notify the Court within fifteen (15) days after the mediation as to whether the
> mediation was successful or not.

[*Id.* at 2]. Despite having expressed their intent to participate in mediation later this year, the

parties, now with only about two weeks left in the year, have yet to notify the Court of their

mediation conference's outcome. The parties are hereby **ORDERED** to inform the Court of

their mediation conference's outcome within fourteen days of this Order's date.

So ordered.

ENTER:

s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE