UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
CHATTANOOGA DIVISION

|  |  |  |
|---|---|---|
| IN RE CBL & ASSOCIATES PROPERTIES, INC. SECURITIES LITIGATION | ) ) ) ) ) | Consolidated Case No. 1:19-CV-181-JRG-CHS |

## JOINT STATUS REPORT

Lead Plaintiffs Jay B. Scolnick, Mark Shaner, Charles D. Hoffman, and HoffInvestCo ("Lead Plaintiffs") and Defendants Charles B. Lebovitz, Stephen D. Lebovitz, Farzana Khaleel, A. Larry Chapman, Augustus N. Stephas, and Don Sewell ("Defendants," and together with Lead Plaintiffs, the "Parties"), respectfully submit this Joint Status Report in response to the Court's December 12, 2022 Order (Dkt. 202), which supplements the joint status reports filed on December 23, 2022 (Dkt. 204) and January 4, 2023 (Dkt. 207).

The Parties conducted a third mediation on January 31, 2023, which was unsuccessful. The Parties are willing to mediate before Magistrate Judge Steger at the earliest mutually agreeable time and believe that doing so could be beneficial, provided that this Court approves.

Respectfully submitted this 14th day of February, 2023.

| */s/ Michael J. Klein* | */s/ Scott M. Shaw* |
|---|---|
| Jeffrey S. Abraham (*pro hac vice*) | Scott M. Shaw (TN BPR #019171) |
| Michael J. Klein (*pro hac vice*) | **EVANS HARRISON HACKETT PLLC** |
| **ABRAHAM, FRUCHTER & TWERSKY, LLP** | One Central Plaza, Suite 800 |
| 450 Seventh Avenue, 38th Floor | 835 Georgia Avenue |
| New York, New York 10123 | Chattanooga, TN 37402 |
| Tel: (212) 279-5050 | Telephone: (423) 693-2179 |
| Fax: (212) 279-3655 | Fax: (423) 648-7897 |
| jabraham@aftlaw.com | sshaw@ehhlaw.com |
| mklein@aftlaw.com |  |
|  | B. Warren Pope (*pro hac vice*) |
| Jeremy A. Lieberman (*pro hac vice*) | Peter M. Starr (*pro hac vice*) |
|  | Matthew B. Rosenthal (*pro hac vice*) |
| Michael J. Wernke (*pro hac vice*) | **KING & SPALDING LLP** |

**POMERANTZ LLP**
600 Third Avenue, 20th Floor
New York, New York 10016
Tel: (212) 661-1100
Fax: (212) 661-8665
jalieberman@pomlaw.com
mjwernke@pomlaw.com

*Co-Lead Counsel for the Class*

John W. Chandler, Jr.
**THE HAMILTON FIRM**
2401 Broad Street, Suite 102
Chattanooga, TN 37408
Tel: (423) 634-0871
Fax: (423) 634-0874
Jwc@thehamiltonfirm.com

Al Holifield (BPR# 015494)
Sarah R. Johnson (BPR# 030781)
**HOLIFIELD & JANICH PLLC**
11907 Kingston Pike Suite 201
Knoxville, Tennessee 37934
Tel: (865) 566-0115
Fax: (865) 566-0119
aholifield@holifieldlaw.com
sjohnson@holifieldlaw.com

*Co-Liaison Counsel for the Class*

**BRONSTEIN, GEWIRTZ & GROSSMAN, LLC**
Peretz Bronstein
60 East 42nd Street, Suite 4600
New York, NY 10165
Tel: (212) 697-6484
Fax: (212) 697-7296
peretz@bgandg.com

*Additional Counsel for Jay Scolnick*

**KASKELA LAW LLC**
D. Seamus Kaskela
18 Campus Boulevard, Suite 100
Newtown Square, PA 19073

1180 Peachtree Street, N.E.
Atlanta, Georgia 30309-3521
Telephone: (404) 572-4600
Fax: (404) 572-5100
wpope@kslaw.com
pstarr@kslaw.com
mrosenthal@kslaw.com

Gregory C. Cook (*pro hac vice*)
L. Conrad Anderson, IV (*pro hac vice*)
**BALCH & BINGHAM LLP**
1901 Sixth Avenue, N., Suite 1500
Birmingham, Alabama 35203
Telephone: (205) 226-3426
gcook@balch.com

*Counsel for Defendants*

Tel: (484) 258-1585
skaskela@kaskelalaw.com

*Additional Counsel for Mark Shaner*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on February 14, 2023, a true and exact copy of the foregoing has been electronically transmitted to the Clerk of Court using the ECF System for filing, which will provide electronic notice of filing to all counsel of record.

            **ABRAHAM, FRUCHTER & TWERSKY, LLP**

            By: */s/ Michael J. Klein*
              Michael J. Klein (*pro hac vice*)