|  | ) |  |
|---|---|---|
| IN RE CBL & ASSOCIATES PROPERTIES, | ) | Consolidated Case No. |
| INC. SECURITIES LITIGATION | ) | 1:19-CV-181-JRG-CHS |
|  | ) |  |

## JOINT MOTION TO STAY PROCEEDINGS

Lead Plaintiffs Jay B. Scolnick, Mark Shaner, Charles D. Hoffman, and HoffInvestCo ("Lead Plaintiffs") and Defendants Charles B. Lebovitz, Stephen D. Lebovitz, Farzana Khaleel, A. Larry Chapman, Augustus N. Stephas, and Don Sewell ("Defendants," and together with Lead Plaintiffs, the "Parties"), respectfully submit this Joint Motion to Stay Proceedings in this case.

The Parties have reached an agreement in principle to settle this case, subject to agreeing on settlement documentation, which, among other things, will include a proposed payment to the putative class, a denial of all liability by Defendants, releases of all claims, and provide for notice to the putative class. The settlement will be subject to preliminary and final court approval, as will be explained in the forthcoming settlement documents and a related motion for preliminary approval.

The Parties agree that judicial and party resources would be best served by entry of a stay of proceedings in this case given their agreement in principle to settle the case, subject to documentation, especially in light of the currently pending motions before the Court and the approaching discovery deadlines. Therefore, in order to conserve judicial and party resources, the Parties jointly request that the Court enter an order staying this case for a period of forty-five (45) days to allow for preparation and submission of settlement documents, with the right for the Parties to seek further extension of such a stay if necessary.

A Proposed Order is attached hereto.

1

Respectfully submitted this 24th day of February, 2023.

/s/ Michael J. Wernke
Michael J. Klein (*pro hac vice*)
Jeffrey S. Abraham (*pro hac vice*)
**ABRAHAM, FRUCHTER &
TWERSKY, LLP**
450 Seventh Avenue, 38th Floor
New York, New York 10123
Tel: (212) 279-5050
Fax: (212) 279-3655
jabraham@aftlaw.com
mklein@aftlaw.com

Jeremy A. Lieberman (*pro hac vice*)
Michael J. Wernke (*pro hac vice*)
**POMERANTZ LLP**
600 Third Avenue, 20th Floor
New York, New York 10016
Tel: (212) 661-1100
Fax: (212) 661-8665
jalieberman@pomlaw.com
mjwernke@pomlaw.com
*Co-Lead Counsel for the Class*

John W. Chandler, Jr.
**THE HAMILTON FIRM**
2401 Broad Street, Suite 102
Chattanooga, TN 37408
Tel: (423) 634-0871
Fax: (423) 634-0874
Jwc@thehamiltonfirm.com

Al Holifield (BPR# 015494)
Sarah R. Johnson (BPR# 030781)
**HOLIFIELD & JANICH  PLLC**
11907 Kingston Pike Suite 201
Knoxville, Tennessee 37934
Tel: (865) 566-0115
Fax: (865) 566-0119
aholifield@holifieldlaw.com
sjohnson@holifieldlaw.com

*Co-Liaison Counsel for the Class*

**EVANS HARRISON HACKETT PLLC**

By: */s/ Scott M. Shaw*
Scott M. Shaw (TN BPR #019171)
835 Georgia Avenue, Suite 800
Chattanooga, TN 37402
Telephone: (423) 693-2179
Fax: (423) 648-7897
sshaw@ehhlaw.com

B. Warren Pope (*pro hac vice*)
Peter M. Starr (*pro hac vice*)
Matthew B. Rosenthal (*pro hac vice*)
**KING & SPALDING LLP**
1180 Peachtree Street, N.E.
Atlanta, Georgia 30309-3521
Telephone: (404) 572-4600
Fax: (404) 572-5100
wpope@kslaw.com
pstarr@kslaw.com
mrosenthal@kslaw.com

L. Conrad Anderson, IV (*pro hac vice*)
**BALCH & BINGHAM LLP**
1901 Sixth Avenue, N., Suite 1500
Birmingham, Alabama 35203
Telephone: (205) 226-3426
canderson@balch.com

*Counsel for Defendants*

2

**BRONSTEIN, GEWIRTZ &**
**GROSSMAN, LLC**
Peretz Bronstein
60 East 42nd Street, Suite 4600
New York, NY 10165
Tel: (212) 697-6484
Fax: (212) 697-7296
peretz@bgandg.com

*Additional Counsel for Jay Scolnick*

**KASKELA LAW LLC**
D. Seamus Kaskela
18 Campus Boulevard, Suite 100
Newtown Square, PA 19073
Tel: (484) 258-1585
skaskela@kaskelalaw.com

*Additional Counsel for Mark Shaner*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on February 24th, 2023, a true and exact copy of the

foregoing has been electronically transmitted to the Clerk of Court using the ECF System for filing,

which will provide electronic notice of filing to all counsel of record.

**EVANS HARRISON HACKETT PLLC**

By: */s/ Scott M. Shaw*
Scott M. Shaw (TN BPR #019171)

3