**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**CHATTANOOGA DIVISION**

|  |  |
|---|---|
| | ) |
| IN RE CBL & ASSOCIATES PROPERTIES, INC. SECURITIES LITIGATION | ) Consolidated Case No. ) 1:19-CV-181-JRG-CHS ) |

**[PROPOSED] ORDER GRANTING JOINT MOTION TO STAY PROCEEDINGS**

Before the Court is the Joint Motion to Stay Proceedings submitted by Lead Plaintiffs Jay B. Scolnick, Mark Shaner, Charles D. Hoffman, and HoffInvestCo ("Lead Plaintiffs") and Defendants Charles B. Lebovitz, Stephen D. Lebovitz, Farzana Khaleel, A. Larry Chapman, Augustus N. Stephas, and Don Sewell ("Defendants," and together with Lead Plaintiffs, the "Parties"). After considering the Joint Motion, and for good cause shown, the Court hereby orders as follows:

The above-captioned case shall be stayed for a period of forty-five (45) days from the date of this Order. The Parties shall have the right to seek further extension of this stay as necessary to effectuate the putative settlement.

IT IS SO ORDERED this _____ day of February, 2023.

_____
HON. J. RONNIE GREER
UNITED STATES DISTRICT JUDGE

1
