UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
CHATTANOOGA DIVISION

| | | |
|---|---|---|
| IN RE CBL & ASSOCIATES PROPERTIES, INC. SECURITIES LITIGATION | ) ) ) ) | Consolidated Case No. 1:19-CV-181-JRG-CHS |

## JOINT STATUS REPORT

Lead Plaintiffs Jay B. Scolnick, Mark Shaner, Charles D. Hoffman, and HoffInvestCo ("Lead Plaintiffs") and Defendants Charles B. Lebovitz, Stephen D. Lebovitz, Farzana Khaleel, A. Larry Chapman, Augustus N. Stephas, and Don Sewell ("Defendants," and together with Lead Plaintiffs, the "Parties"), respectfully submit this Joint Status Report in response to the Court's February 27, 2023 Order (Dkt. 210).

The Parties have agreed to all substantive terms of a settlement agreement but are still finalizing ancillary documents, including those exhibits to the settlement agreement that will be sent to potential settlement class members if the Court preliminarily approves the settlement. The Parties anticipate that the settlement papers will be finalized and a motion for preliminary approval of a settlement will be filed no later than Friday, April 21, 2023.

Respectfully submitted this 13th day of April, 2023.

| | |
|---|---|
| */s/ Michael J. Klein*<br>Michael J. Klein (*pro hac vice*)<br>Jeffrey S. Abraham (*pro hac vice*)<br>**ABRAHAM, FRUCHTER &**<br>**TWERSKY, LLP**<br>450 Seventh Avenue, 38th Floor<br>New York, New York 10123<br>Tel: (212) 279-5050<br>Fax: (212) 279-3655<br>jabraham@aftlaw.com<br>mklein@aftlaw.com<br><br>Jeremy A. Lieberman (*pro hac vice*)<br>Michael J. Wernke (*pro hac vice*) | **EVANS HARRISON HACKETT PLLC**<br><br>By: */s/ Scott M. Shaw*<br>Scott M. Shaw (TN BPR #019171)<br>835 Georgia Avenue, Suite 800<br>Chattanooga, TN 37402<br>Telephone: (423) 693-2179<br>Fax: (423) 648-7897<br>sshaw@ehhlaw.com |

<div style="column-count:2">

**POMERANTZ LLP**
600 Third Avenue, 20th Floor
New York, New York 10016
Tel: (212) 661-1100
Fax: (212) 661-8665
jalieberman@pomlaw.com
mjwernke@pomlaw.com
*Co-Lead Counsel for the Class*

John W. Chandler, Jr.
**THE HAMILTON FIRM**
2401 Broad Street, Suite 102
Chattanooga, TN 37408
Tel: (423) 634-0871
Fax: (423) 634-0874
Jwc@thehamiltonfirm.com

Al Holifield (BPR# 015494)
Sarah R. Johnson (BPR# 030781)
**HOLIFIELD & JANICH PLLC**
11907 Kingston Pike Suite 201
Knoxville, Tennessee 37934
Tel: (865) 566-0115
Fax: (865) 566-0119
aholifield@holifieldlaw.com
sjohnson@holifieldlaw.com

*Co-Liaison Counsel for the Class*

**BRONSTEIN, GEWIRTZ & GROSSMAN, LLC**
Peretz Bronstein
60 East 42nd Street, Suite 4600
New York, NY 10165
Tel: (212) 697-6484
Fax: (212) 697-7296
peretz@bgandg.com

*Additional Counsel for Jay Scolnick*
**KASKELA LAW LLC**
D. Seamus Kaskela
18 Campus Boulevard, Suite 100
Newtown Square, PA 19073
Tel: (484) 258-1585
skaskela@kaskelalaw.com

*Additional Counsel for Mark Shaner*

B. Warren Pope (*pro hac vice*)
Peter M. Starr (*pro hac vice*)
Matthew B. Rosenthal (*pro hac vice*)
**KING & SPALDING LLP**
1180 Peachtree Street, N.E.
Atlanta, Georgia 30309-3521
Telephone: (404) 572-4600
Fax: (404) 572-5100
wpope@kslaw.com
pstarr@kslaw.com
mrosenthal@kslaw.com

L. Conrad Anderson, IV (*pro hac vice*)
**BALCH & BINGHAM LLP**
1901 Sixth Avenue, N., Suite 1500
Birmingham, Alabama 35203
Telephone: (205) 226-3426
canderson@balch.com

*Counsel for Defendants*

</div>

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 13, 2023, a true and exact copy of the foregoing has been electronically transmitted to the Clerk of Court using the ECF System for filing, which will provide electronic notice of filing to all counsel of record.

**EVANS HARRISON HACKETT PLLC**

By: */s/ Scott M. Shaw*
    Scott M. Shaw (TN BPR #019171)