|  |  |
|---|---|
| IN RE CBL & ASSOCIATES PROPERTIES, INC. SECURITIES LITIGATION | ) ) ) ) | Consolidated Case No. 1:19-CV-181-JRG-CHS |

## LEAD PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

Pursuant to Fed. R. Civ. P. 23(e), Lead Plaintiffs Jay B. Scolnick, Mark Shaner, Charles D. Hoffman, and HoffInvestCo ("Lead Plaintiffs"), individually and on behalf of all members of a putative class, hereby move this Court for an order: (i) granting preliminary approval of the proposed Stipulation and Agreement of Settlement (the "Stipulation");[1] (ii) approving the proposed notice program with respect to the Settlement Class, including the dissemination of the Postcard Notice, Internet Notice, the publication of the Summary Notice, and the posting of the Stipulation and its Exhibits on a website maintained by the Claims Administrator; (iii) setting a date for a Settlement Fairness Hearing; and, (iv) setting deadlines for the dissemination of the notices, for Settlement Class Member objections and Settlement Class Member opt-out notices, for the filing of Plaintiffs' motion for Final Approval of the Settlement, and for the filing of Lead Counsel's application for an award of attorneys' fees and reimbursement of expenses and compensatory award to Lead Plaintiffs and proposed class representative Ronald Amsterdam.

This motion is based upon the accompanying Memorandum of Law and Stipulation, with its Exhibits, which are filed contemporaneously herewith, and other such matters and argument as the Court may consider at the hearing on this motion.

---

[1] Capitalized terms undefined herein are defined in the Stipulation.

As further explained in the Stipulation and accompanying memorandum of law, the Parties propose the following schedule of events culminating with a Settlement Fairness Hearing, as as set forth in the Preliminary Approval Order filed herewith:

| Event | Deadline for Compliance |
| --- | --- |
| Mailing of Postcard Notice and Posting the Internet Notice and Proof of Claim and Release to the settlement website (the "Notice Date") | Within 30 calendar days of entry of the Preliminary Approval Order. Preliminary Approval Order ¶6(a). |
| Publication of Summary Notice | No later than 10 calendar days after the Notice Date. Preliminary Approval Order ¶6(c). |
| Filing of motions to be heard at the Settlement Fairness Hearing | 28 calendar days prior to the Settlement Fairness Hearing. Preliminary Approval Order ¶25. |
| Deadline for (1) receipt of requests for exclusion and (2) objections ot the settlement or fee motions | 21 calendar days prior to the Settlement Fairness Hearing. Preliminary Approval Order ¶¶12, 15. |
| Deadline for (1) replies in support of motions to be heard at the Settlement Fairness Hearing and (2) claims filing | 7 calendar days prior to the Settlement Fairness Hearing. Preliminary Approval Order ¶¶9, 25. |
| Settlement Fairness Hearing. | At least 100 calendar days after the Preliminary Approval Order enters. Preliminary Approval Order ¶4. |

Defendants do not oppose the relief sought by this motion.

Dated: April 19, 2023

Respectfully Submitted,

/s/ *Sarah Johnson*
Al Holifield (BPR# 015494)
Sarah R. Johnson (BPR# 030781)
**HOLIFIELD & JANICH, PLLC**
11907 Kingston Pike Suite 201
Knoxville, Tennessee 37934
Tel: (865) 566-0115
Fax: (865) 566-0119
aholifield@holifieldlaw.com
sjohnson@holifieldlaw.com

2

John W. Chandler, Jr.
**THE HAMILTON FIRM**
2401 Broad Street, Suite 102
Chattanooga, TN 37408
Tel: (423) 634-0871
Fax: (423) 634-0874
jwc@thehamiltonfirm.com

**Co-Liaison Counsel for Plaintiffs**

Jeffrey S. Abraham (admitted *pro hac vice*)
Michael J. Klein (admitted *pro hac vice*)
**ABRAHAM, FRUCHTER &
    TWERSKY, LLP**
450 Seventh Avenue, 38th Floor
New York, NY 10123
Tel: (212) 279-5050
Fax: (212) 279-3655
jabraham@aftlaw.com
mklein@aftlaw.com

Jeremy A. Lieberman (admitted *pro hac vice*)
Michael J. Wernke (admitted *pro hac vice*)
**POMERANTZ LLP**
600 Third Avenue, 20th Floor
New York, New York 10016
Tel: (212) 661-1100
Fax: (212) 661-8665
jalieberman@pomlaw.com
mjwernke@pomlaw.com

**Co-Lead Counsel and Proposed Class Counsel**

**BRONSTEIN, GEWIRTZ &
    GROSSMAN, LLC**
Peretz Bronstein
60 East 42nd Street, Suite 4600
New York, NY 10165
Tel: (212) 697-6484
Fax: (212) 697-7296
peretz@bgandg.com

**Additional Counsel for Jay Scolnick**

3

**KASKELA LAW LLC**
D. Seamus Kaskela
18 Campus Boulevard, Suite 100
Newtown Square, PA 19073
Tel: (484) 258-1585
skaskela@kaskelalaw.com

**Additional Counsel for Mark Shaner**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 19, 2023 I caused the foregoing to be electronically filed with the Clerk of Court via CM/ECF, which will send a notice of electronic filing to all registered users.

*By: Sarah Johnson*
**HOLIFIELD & JANICH, PLLC**
11907 Kingston Pike Suite 201
Knoxville, Tennessee 37934
Tel: (865) 566-0115
Fax: (865) 566-0119
sjohnson@holifieldlaw.com

*Co-Liaison Counsel for Plaintiffs*