# EXHIBIT 1

| | |
|---|---|
| IN RE CBL & ASSOCIATES PROPERTIES, INC. SECURITIES LITIGATION | Civil Action No. 1:19-CV-181-JRG-CHS |

## DECLARATION OF SUSANNA WEBB REGARDING: (A) MAILING OF THE POSTCARD NOTICE; (B) PUBLICATION OF THE SUMMARY NOTICE; AND (C) REPORT ON REQUESTS FOR EXCLUSION

I, Susanna Webb, declare and state as follows:

1. I am a Project Manager employed by Epiq Class Action & Claims Solutions, Inc. ("Epiq"). Pursuant to the Court's April 24, 2023, Order Granting Preliminary Approval of Class Action Settlement (the "Preliminary Approval Order"), Epiq was authorized to act as the Claims Administrator in connection with the Settlement of the above-captioned action.[1] The following statements are based on my personal knowledge and information provided by other Epiq employees working under my supervision and, if called on to do so, I could and would testify competently hereto.

## DISSEMINATION OF THE POSTCARD NOTICE AND NOTICE PACKET

2. Pursuant to the Preliminary Approval Order, Epiq mailed the Postcard Notice to potential Settlement Class Members via United States Postal Service ("USPS"). A copy of the Postcard Notice is attached as Exhibit A.

---

[1] Unless otherwise defined herein, all capitalized terms shall have the same meaning as set forth in the Stipulation and Agreement of Settlement (the "Stipulation").

3. As in most class actions of this nature, the large majority of potential class members are beneficial purchasers whose securities are held in "street name" – *i.e.*, the securities are purchased by brokerage firms, banks, institutions, and other third-party nominees in the name of the nominee, on behalf of the beneficial purchasers. Epiq maintains and updates an internal list of the largest and most common banks, brokers and other nominees. At the time of the initial mailing, Epiq's internal broker list contained 1,066 mailing records. On May 24, 2023, Epiq caused the long-form Notice and the Proof of Claim and Release Form, (the "Notice Packet") to be mailed to the 1,066 mailing records contained in its internal broker list by USPS First-Class mail. A copy of the Notice Packet is attached as Exhibit B.

4. The Notice sent to the broker list directed those who purchased or otherwise acquired publicly traded CBL Securities during the Class Period for the beneficial interest of a person or organization other than themselves to either: (i) provide Epiq with the names and addresses of such beneficial owners no later than seven (7) calendar days after such nominees' receipt of the Notice Packet; or (ii) request within seven (7) calendar days of receipt of the Notice Packet copies of the Postcard Notice from the Claims Administrator, and send a copy of the Postcard Notice to such beneficial owners, no later than seven (7) calendar days after receipt of the copies.

5. Through July 21, 2023, Epiq has mailed an additional 21,474 Postcard Notices to potential members of the Settlement Class whose names and addresses were provided to Epiq by individuals, entities or nominees requesting that Notice Postcards be mailed to such persons. In addition, 1,375 Postcard Notices were mailed to records provided by the Defendant. Epiq has mailed another 119,651 Postcard Notices to nominees who requested Postcard Notices to forward

2

to their customers.  Each of the requests was responded to in a timely manner, and Epiq will continue to timely respond to any additional requests received.

6.    As of July 21, 2023, an aggregate of 1,066 Notice Packets and 22,849 Notice Postcards have been disseminated to potential Settlement Class Members and their nominees by USPS First-Class mail.  In addition, Epiq has re-mailed 183 Notice Postcards to persons whose original mailing was returned to Epiq as undeliverable by the USPS and for whom updated addresses were provided to Epiq by the USPS.

## PUBLICATION OF THE SUMMARY NOTICE

7.    In accordance with paragraph 6 of the Preliminary Approval Order, Epiq caused the Summary Notice of Proposed Settlement of Class Action, Motion for Attorneys' Fees and Expenses, and Final Approval Hearing (the "Summary Notice") to be transmitted over the *PR Newswire* on May 29, 2023.  Attached as Exhibit C is a Confirmation of Publication and an image of the web page article attesting to the transmittal of the Summary Notice over the *PR Newswire*.

## CALL CENTER SERVICES

8.    Epiq reserved a toll-free phone number for the Settlement, (888) 296-0616, which was set forth in the Postcard Notice, long-form Notice, the Proof of Claim and Release Form ("Claim Form"), the Summary Notice, and on the Settlement website.

9.    The toll-free number connects callers with an Interactive Voice Recording ("IVR"). The IVR provides callers with pre-recorded information, including a brief summary about the Action and the option to request a copy of the Notice, and to speak with an operator during business

3

hours. The toll-free telephone line with pre-recorded information is available 24 hours a day, seven days a week.

10. Epiq made the IVR available on or about May 24, 2023, the same date Epiq began mailing the Notice Postcards.

## WEBSITE

11. On or about May 24, 2023, Epiq established and is maintaining a website dedicated to this Settlement (www.CBLSecuritiesLitigation.com) to provide additional information to Settlement Class Members. Users of the website can download copies of the Notice, the Claim Form, the Stipulation and Agreement of Settlement, and the Preliminary Approval Order, among other relevant documents. The web address was set forth in the Summary Notice, the long-form Notice, and on the Claim Form. As of June 7, 2023, the online claim portal for Settlement Class Members to electronically file their claims became operational. The website is accessible 24 hours a day, seven days a week. Epiq will continue operating, maintaining and, as appropriate, updating the website until the conclusion of this administration.

## EXCLUSION REQUESTS

12. Pursuant to the Preliminary Approval Order, Settlement Class Members who wish to be excluded from the Settlement Class are required to mail their written request to Epiq so that the request is received by July 31, 2023.[2] This deadline has not yet passed. As of the date of this

---

[2] Objections are to be filed with the Court and mailed to counsel. Epiq has not received any misdirected objections.

Declaration, Epiq has received one exclusion request. A redacted copy of the exclusion request is attached as Exhibit D.

I declare under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on July 21, 2023, at Louisville, Kentucky.

_Susanna Webb_

Susanna Webb

Case 1:19-cv-00181-JRG-CHS    Document 221-1    Filed 07/24/23    Page 6 of 52
PageID #: 5139

# EXHIBIT A

**CBL SECURITIES LITIGATION**
P.O. Box 2438
Portland, OR 97208-2438

BARCODE
NO-PRINT
ZONE

FIRST-CLASS MAIL
U.S. POSTAGE
PAID
Portland, OR
PERMIT NO. 2882

*Court-Ordered Legal Notice*

Important Legal Notice Authorized by the United States District Court for the Eastern District of Tennessee About a Securities Class Action (the "Court")

**If you purchased or otherwise acquired securities of CBL & Associates Inc. ("CBL") between July 29, 2014 and March 26, 2019, inclusive, you may be affected by a class action lawsuit that is currently pending.**

THIS NOTICE MAY AFFECT YOUR LEGAL RIGHTS. PLEASE READ IT CAREFULLY.

<<MAIL ID>>
<<NAME 1>>
<<NAME 2>>
<<ADDRESS LINE 1>>
<<ADDRESS LINE 2>>
<<ADDRESS LINE 3>>
<<ADDRESS LINE 4>>
<<ADDRESS LINE 5>>
<<CITY, STATE ZIP>>
<<COUNTRY>>

*In re CBL & Associates Properties, Inc. Securities Litigation*, No. 1:19-cv-00181 (E.D. Tenn.)
*THIS CARD ONLY PROVIDES LIMITED INFORMATION ABOUT THE ACTION.*
*VISIT WWW.CBLSECURITIESLITIGATION.COM FOR MORE INFORMATION.*

Individuals have sued CBL & Associates Properties, Inc. ("CBL" or the "Company"), along with certain of its current and former officers and directors ("Defendants"), for violation of federal securities laws in the above-captioned Action, alleging that, between July 29, 2014 and March 26, 2019 (the "Class Period"), Defendants made misleading statements to the investing public, which allegedly caused the Settlement Class to purchase CBL's common stock, preferred stock, and senior notes (collectively "securities") at artificially inflated prices. Defendants, for their part, have denied any and all liability and any and all wrongdoing. The Court has preliminarily approved a settlement of the Action in an Order dated April 24, 2023, and this notice is issued pursuant to that Order and Rule 23 of the Federal Rules of Civil Procedure.

**Who's Included?** If you purchased or otherwise acquired CBL securities during the Class Period you may be a member of the Settlement Class. If you purchased or otherwise acquired CBL securities during the Class Period for the beneficial interest of a Settlement Class member, you are required to forward this notice to the beneficial owners of CBL securities or provide their contact information to the Notice Administrator, CBL Securities Litigation, P.O. Box 2438, Portland, OR 97208-2438, or info@CBLSecuritiesLitigation.com.

**Who Represents Me?** The Court has appointed attorneys at Pomerantz LLP and Abraham, Fruchter & Twersky, LLP as Lead Counsel to represent the class on a contingent fee basis. You may hire your own lawyer to represent you at your own expense.

**What Are My Rights & Options?** You have a choice either to stay in the Settlement Class or timely exclude yourself from it by July 31, 2023. If you do nothing, you are choosing to stay in the Settlement Class, and are allowing the Court-appointed Lead Counsel to continue to represent you. If the Court grants final approval of the settlement, you will get the benefit of that settlement if you submit a valid claim form. If you do nothing, you cannot bring your own case against the Defendants for the legal claims included in the settlement. If you choose to exclude yourself, you will not be entitled to recover monetary benefits from the settlement, but you will be entitled to pursue any individual remedy which you may have at your own risk and expense. To ask to be excluded, send a letter to the return address postmarked by July 31, 2023, stating you want to be excluded from *In re CBL & Associates Properties, Inc. Securities Litigation*, No. 1:19-cv-00181. Include your name, address, telephone number, and signature, as well as the total number of CBL securities purchased or acquired and the date they were purchased or acquired, in accordance with the Internet Notice that can be found at www.CBLSecuritiesLitigation.com.

**Want More Information?** Go to www.CBLSecuritiesLitigation.com or call 888-256-0612.
**Do not contact the Court, Defendants, or their counsel in this Action with questions.**

AI6752 v.05

# EXHIBIT B

|  |  |
|---|---|
| IN RE CBL & ASSOCIATES PROPERTIES, INC. SECURITIES LITIGATION | Consolidated Case No. 1:19-CV-181-JRG-CHS |

**NOTICE OF PROPOSED SETTLEMENT OF CLASS ACTION, MOTION FOR ATTORNEYS' FEES AND EXPENSES, AND FINAL APPROVAL HEARING**

**TO:** **ALL PERSONS AND ENTITIES THAT PURCHASED OR OTHERWISE ACQUIRED CBL & ASSOCIATES PROPERTIES, INC. COMMON STOCK, PREFERRED STOCK, AND/OR CERTAIN CBL SENIOR NOTES DURING THE PERIOD FROM JULY 29, 2014 TO MARCH 26, 2019, BOTH DATES INCLUSIVE (THE "CLASS PERIOD").**

**EXCLUDED FROM THE CLASS ARE DEFENDANTS, THE OFFICERS AND DIRECTORS OF CBL AND THEIR FAMILIES AND AFFILIATES.**

*PLEASE READ THIS NOTICE CAREFULLY. YOUR RIGHTS MAY BE AFFECTED BY LEGAL PROCEEDINGS IN THIS LITIGATION. IF YOU ARE A MEMBER OF THE SETTLEMENT CLASS DESCRIBED HEREIN, YOU MAY BE ENTITLED TO RECEIVE A PAYMENT PURSUANT TO THE PROPOSED SETTLEMENT DESCRIBED BELOW.*

1. **CLASS RECOVERY:** This Notice has been sent to you pursuant to an Order of the United States District Court, Eastern District of Tennessee (the "Court") in the above-captioned action (the "Action"). One of the purposes of this Notice is to inform you of the proposed Settlement of the Action for $17.5 million. The Action is brought on behalf of all persons and entities that purchased or otherwise acquired CBL Securities during the period between July 29, 2014 and March 26, 2019 (the "Class Period"). "CBL Securities" includes (i) CBL common stock (ISIN No. US1248301004; CUSIP 124830100) ("Common Shares"), and/or (ii) CBL's 7.375% Series D Cumulative Redeemable Preferred Stock (ISIN No. US1248306052; CUSIP 124830605) ("Series D Preferred Shares") and/or (iii) CBL's 6.625% Series E Cumulative Redeemable Preferred Stock (ISIN No. US1248308033; CUSIP 124830803) ("Series E Preferred Shares", and together with the Series D Preferred Shares, the "Preferred Shares") and/or (iv) senior unsecured notes issued by CBL in November 2013, that bear interest at 5.25% and mature on December 1, 2023 (ISIN No. US12505JAA16; CUSIP 12505JAA1) ("2023 Senior Notes"), and/or (v) senior unsecured notes issued by CBL in October 2014 that bear interest at 4.60% and mature on October 15, 2024 (ISIN No. US12505JAB98; CUSIP 12505JAB9) ("2024 Senior Notes"), and/or (vi) senior unsecured notes issued by CBL Operating in December 2016 and August 2017 that bear interest at 5.95% and mature on December 15, 2026 (ISIN No. US12505JAD54; CUSIP 12505JAD5) ("2026 Senior Notes" and, collectively, the "Senior Notes").

2. Plaintiffs estimate there were approximately 150.8 million allegedly damaged shares of CBL Common Shares, 10.9 million allegedly damaged shares of CBL Preferred Shares, and 1.3 million allegedly damaged CBL Senior Notes purchased or otherwise acquired during the Class Period. Pursuant to the Plan of Allocation (*see* Section III herein), if all affected CBL shares elect to participate in the Settlement, the average recovery could be $0.08 per affected Common Share, $0.09 per affected Series D Preferred Share, $0.06 per affected Series E Preferred Share, $3.41 per affected 2023 Senior Note, $2.58 per affected 2024 Senior Note, and $3.37 per affected 2026 Senior Note before deduction of any fees, expenses, costs, and awards described herein. The actual amount disbursed to members of the Settlement Class who participate in the Settlement may be more or less than this figure.

3. **POTENTIAL OUTCOME OF THE CASE:** Plaintiffs and Defendants disagree as to the average amount per share that would be recoverable if Plaintiffs prevailed on each claim alleged under the Securities Exchange Act of 1934 (the "Exchange Act"). Plaintiffs and Defendants disagree on, among other things, whether Defendants engaged in conduct that would give rise to any liability to the Settlement Class under the federal securities laws, whether Defendants have valid defenses to any such claims of liability, and the amount of damages per share, if any, Plaintiffs would be able to prove at trial, the methodology used to determine any such damages, and whether there were any mitigating circumstances which would reduce any or all of the damages alleged by Plaintiff.

4. **REASONS FOR SETTLEMENT:** Plaintiffs believe that the proposed Settlement is fair, reasonable and adequate to, and in the best interests of, the Settlement Class. Plaintiffs and their counsel have reached this conclusion after investigating and considering, among other things, the strengths and weaknesses of Plaintiffs' claims

against Defendants, including the Defendants' contentions that the Settlement Class's claims are without merit, the uncertainties of this complex litigation, and the concrete benefits provided by the Settlement to the members of the Settlement Class. Without admitting any wrongdoing or liability on their part whatsoever, Defendants are nevertheless willing to agree to make the payment provided for by the Stipulation provided that all of the claims of the Settlement Class are settled and compromised, in order to avoid the continuing burden, expense, inconvenience and distraction to Defendants in this Action. Defendants have denied and continue to deny each and all of the claims alleged by Plaintiffs in this Action. Defendants have denied and continue to deny all charges of wrongdoing and liability against them arising out of any of the conduct, statements, acts or omissions alleged, or that could have been alleged, in this Action. Defendants also have denied and continue to deny, among other things, the allegations that Plaintiffs or the Settlement Class has suffered any damage, or that Plaintiffs or the Settlement Class was harmed by the conduct alleged in this Action.

5. **ATTORNEYS' FEES AND COSTS SOUGHT:** Lead Counsel has not received any payment for its services in conducting this litigation on behalf of Plaintiffs and the members of the Settlement Class, nor has it been reimbursed for its out-of-pocket expenditures. If the Settlement is approved by the Court, Lead Counsel will apply to the Court for attorneys' fees not to exceed 30% of the Settlement Amount, and reimbursement of expenses not to exceed $1,000,000. In addition, a Compensatory Award for the time and expenses incurred by Plaintiffs will be sought, not to exceed $40,000 each. If the full amount that can be requested by Lead Counsel is approved by the Court, the average cost would be $0.03 per affected Common Share, $0.03 per affected Series D Preferred Share, $0.02 per affected Series E Preferred Share, $1.25 per affected 2023 Senior Note, $0.95 per affected 2024 Senior Note, and $1.23 per affected 2026 Senior Note.

6. **IDENTIFICATION OF CLASS COUNSEL:** For further information regarding this Settlement please contact Lead Counsel: Michael J. Wernke, Pomerantz LLP, 600 Third Avenue, 20th Floor, New York, New York 10016, mjwernke@pomlaw.com or Jeffrey S. Abraham or Michael J. Klein, Abraham, Fruchter & Twersky, LLP, 450 Seventh Avenue, 38th Floor, New York, New York, 10123, jabraham@aftlaw.com, mklein@aftlaw.com.

## I. <u>THE CLASS INVOLVED IN THE PROPOSED SETTLEMENT</u>

The proposed Settlement affects the rights of the members of the Settlement Class. The Settlement Class consists of:

All persons and entities who purchased or otherwise acquired CBL Securities between July 29, 2014 and March 26, 2019, both dates inclusive.

Excluded from the Settlement Class are Defendants, current and former officers and directors of CBL, and their families and affiliates.

***The sending of this Notice should not be construed as any indication of the Court's view as to the merits of any claims or defenses asserted by any party to this Action.***

## II. <u>THE LITIGATION</u>

<u>Summary of the Litigation</u>

The Court handling this Action is the United States District Court for the Eastern District of Tennessee, and the Action is known as *In re CBL & Associates Properties, Inc. Securities Litigation*, No. 1:19-cv-00181 (E.D. Tenn.). The Court appointed Lead Plaintiffs Jay B. Scolnick, Mark Shaner, Charles D. Hoffman, and HoffInvestCo to represent the proposed Class. The Defendants in this Action are Charles B. Lebovitz, Stephen D. Lebovitz, Farzana Khaleel, Larry Chapman, Augustus N. Stephas, and Don Sewell. CBL & Associates Properties, Inc. and CBL & Associates Limited Partnership (together, "CBL") were defendants in the Action until they were dismissed as a result of CBL's bankruptcy.

This Action alleges violations of the Federal Securities Laws (specifically Sections 10(b) and 20(a) of the Exchange Act (15 U.S.C. §78j(b) and 78(t)(a)) and Rule 10b-5 promulgated thereunder (17 C.F.R. §240.10b-5)) against Defendants.

CBL is a publicly traded corporation with its principal place of business located in Chattanooga, Tennessee.

Plaintiffs allege that, during the Class Period, CBL Securities were artificially inflated as a result of a series of untrue or materially misleading statement regarding CBL's revenue from electricity provided to its retail tenants and a resulting class action lawsuit filed by those tenants.

**Discovery, Investigation, and Research Conducted by Lead Counsel**

Before agreeing to the Settlement, Lead Counsel conducted extensive investigation and research into the merits of the Action. This investigation has included consultation with experts concerning the amount of damages suffered by the Settlement Class; detailed reviews of CBL's public filings, SEC filings, press releases, and other public statements; over 900,000 pages of documents produced by Defendants and CBL during discovery; depositions of Plaintiffs' and Defendants' experts; review of analyst reports, financial analysts, and industry analysts relating to CBL; and research of the applicable law with respect to the claims asserted in the complaints filed in the Action, and the potential defenses thereto.

**Proposed Settlement**

Lead Counsel and Defendants' respective counsel participated in three protracted negotiations with the assistance of the mediator Michelle Yoshida. During these negotiations, the parties discussed, among other things, the respective claims and defenses, damage analyses, legal analyses, the evidence to be offered by the parties at trial, and other important factual and legal issues.

These negotiations resulted in the agreement to settle all claims of the Settlement Class against the Defendants, *i.e.*, the Stipulation, entered into on April 19, 2023. Lead Counsel believe that the claims asserted in the Action have merit and that the evidence developed to date in the action supports the claims asserted therein. Lead Counsel asserts and believes the Settlement Class would present supporting evidence at trial establishing liability against the Defendants under Sections 10(b) and 20(a) of the Exchange Act.

Lead Counsel, however, recognizes and acknowledges the expense and length of continued proceedings, trial, and appeals, and has taken into account the uncertain outcome and the risk of any litigation, especially complex actions such as here. They are also mindful of the inherent problems of proof under, as well as the defenses to, the federal securities laws violations asserted in this Action, including the defenses asserted by Defendants.

In light of the foregoing, Lead Counsel believe that the Settlement set forth in the Stipulation confers a meaningful benefit upon the Settlement Class. Based on their evaluation, Lead Counsel has determined that the Settlement is in the best interests of the Settlement Class.

**The Release**

Settlement Class Members who do not file for exclusion from the Settlement Class will release, discharge and dismiss with prejudice all Released Plaintiffs' Claims as against each and all of the Defendants' Releasees, without costs to any party except as provided herein, upon the Effective Date. Plaintiffs and all Settlement Class Members, whether or not any such person or entity submits a Proof of Claim and Release or shares in the Net Settlement Fund, on behalf of themselves and each of their predecessors, successors, parents, subsidiaries, affiliates, custodians, agents, assigns, representatives, heirs, executors, trustees and administrators, will be deemed by this Settlement on the Effective date to release and forever discharge the Defendants' Releasees from any and all of the Released Plaintiffs' Claims.

On the Effective Date, all Settlement Class Members and anyone claiming through or on behalf of any of them, will be forever barred and enjoined from commencing, instituting, prosecuting or continuing to prosecute any action or other proceedings in any court of law or equity, arbitration tribunal, or administrative forum, asserting the Released Plaintiffs' Claims against any of the Defendants' Releasees.

## III. PROPOSED PLAN OF ALLOCATION

The $17,500,000 Settlement Amount and any interest earned thereon shall be the Settlement Fund. The Settlement Fund less taxes, approved costs, fees and expenses (the "Net Settlement Fund") shall be distributed to members of the Settlement Class who submit valid Proofs of Claim ("Authorized Claimants").

The Claims Administrator shall determine each Authorized Claimant's *pro rata* share of the Net Settlement Fund based upon each Authorized Claimant's total "Recognized Losses" as compared to the total Recognized Losses of all Authorized Claimants. The Recognized Loss formula is not intended to be an estimate of the amount of what a Settlement Class Member lost or might have been able to recover after a trial; nor is it an estimate of the amount that will be paid to Authorized Claimants pursuant to the Settlement. The Recognized Loss formula is simply the basis upon which the Net Settlement Fund will be proportionately allocated to Authorized Claimants.

The Plan of Allocation has taken into consideration the Limitation on Damages provision of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(e), as well as the principles of economic loss articulated by the Supreme Court in *Dura Pharmaceuticals, Inc. v. Broudo*, 544 U.S. 336 (2005). For purposes of this Settlement, the Recognized Loss per share shall be calculated as follows:

The objective of this Plan of Allocation is to determine an equitable distribution of the Net Settlement Fund to all Class Members who have suffered economic losses stemming from the alleged violations of federal securities laws. Calculations pursuant to the Plan of Allocation are meant to be estimates or indications of neither the maximum amount Class members may have been able to recover following a trial, nor the amounts that will be paid to Authorized Claimants pursuant to the Settlement Agreement. Rather, any computations under the Plan of Allocation have been conducted for the sole purpose of making pro-rata allocations of the Net Settlement Fund by determining the relative weight of each Claimant's claim in this matter.

Plaintiffs' damages expert worked in conjunction with Lead Counsel to estimate the amount of artificial inflation in the daily closing prices of (a) CBL's Common Stock, (b) CBL's Series D Preferred Stock, (c) CBL's Series E Preferred Stock, (d) CBL's 5.25% Notes, (e) CBL's 4.60% Notes, and (f) CBL's 5.95% Notes, which Plaintiffs allege were damaged by Defendants' alleged materially false and misleading statements and omissions.

Under federal securities laws, losses can be represented as compensable only if the disclosure of the allegedly misrepresented or omitted information is the cause of changes in the prices of the relevant securities. Lead Plaintiffs have alleged that over the course of the Class Period, Defendants omitted material facts and issued false statements that led to Plaintiffs purchasing relevant securities at artificially inflated prices. Lead Plaintiffs further allege that Defendants revealed corrective disclosures on March 1, 2019 and March 27, 2019.

In order to calculate the estimated artificial inflation caused by Defendants' materially false and misleading statements and omissions, Plaintiffs' damages expert evaluated price changes in the relevant securities in reaction to aforementioned corrective disclosures on March 1 and 27, 2019, that allegedly revealed the truth concerning Defendants' alleged misrepresentations and omissions. Estimated artificial inflation was found under a common methodology based on case specific assumptions provided by Lead Counsel and in a manner that was independent of market and industry trends during the Class Period. The estimated artificial inflation for CBL's Common Stock can be found in Table 1a attached at the end of this notice. The estimated artificial inflation for CBL's Series D and Series E Preferred Stock can be found in Table 1b attached at the end of this notice. The estimated artificial inflation for CBL's 5.25%, 4.60%, and 5.95% Notes can be found in Table 1c attached at the end of this notice.

"Recognized Loss Amount" and recovery for each Claimant is based on the number and value of claims submitted and the timing of the purchase and sale of any of CBL's relevant, publicly traded securities defined in the Class by that Claimant. Specifically, Recognized Loss Amount for each Claimant is primarily estimated as the difference between the amount of alleged artificial inflation in a relevant security's closing price on that Claimant's purchase date and the amount of alleged artificial inflation in a relevant security's closing price on that Claimant's sale date. Therefore, in order to have a Recognized Loss Amount under this Plan of Allocation, a Claimant who purchased or otherwise acquired one of CBL's relevant securities during the Class Period must have held that security over at least one date on which corrective information was released to the market, thus removing some, if not all, of the artificial inflation from the price of that relevant security.

Purchases and Sales have been matched on a FIFO (First In First Out) basis to ascertain the validity of each Class Member's claim to a Recognized Loss Amount. If a Claimant has made multiple purchases, acquisitions, or sales of any of CBL's relevant securities during the Class Period, then any sale of said relevant securities is matched first to any holdings at the beginning of the Class Period, followed by any purchases or other acquisitions that occurred during the Class Period, in chronological order.

No cash payment will be made on a claim where the potential distribution amount is less than $20.00. Please be advised that if you did not incur a Recognized Loss as defined in the Plan of Allocation you will not receive a cash distribution from the Net Settlement Fund, but you will be bound by all determinations and judgments of the Court in connection with the Settlement, including being barred from asserting any of the Released Plaintiffs' Claims against the Defendants' Releasees.

## CALCULATION OF RECOGNIZED LOSS AMOUNTS

A Claimant's "Recognized Claim" will be equated to the sum of that Claimant's Recognized Loss Amounts, which will be calculated according to the relevant formulas in the following sections. The pro-rata share of the Net Settlement Fund will then be calculated for each Authorized Claimant as the Claimant's Recognized Claim divided by the sum of all Authorized Claimants' recognized Claim multiplied by the total amount of the Net Settlement Fund.

**CBL Common Stock**

A Recognized Loss Amount will be calculated based on the formula below for each purchase or other type of acquisition of CBL Common Stock during the Class Period. In order to be eligible as an Authorized Claimant under this Plan of Allocation, adequate documentation must be provided confirming all transactions. Recognized Loss Amounts are floored at zero, meaning any Recognized Loss Amount that is calculated as negative under the formula below will be equal to zero.

For each share of CBL Common Stock that was purchased or otherwise acquired during the period of July 29, 2014 through March 26, 2019 inclusive, and:

i) Sold before close of trading on February 28, 2019, the Recognized Loss Amount will be $0.00.

ii) Sold March 1, 2019 through March 26, 2019, inclusive, the Recognized Loss Amount will be the lesser of: (i) the amount of artificial inflation per share on the date of purchase or acquisition as stated in Table 1a minus the amount of artificial inflation per share on the date of sale as stated in Table 1a; or (ii) the price of purchase or acquisition minus the price of sale.

iii) Sold March 27, 2019 through June 24, 2019, inclusive, the Recognized Loss Amount will be the least of: (i) the amount of artificial inflation per share on the date of purchase or acquisition as stated in Table 1a; (ii) the price of purchase or acquisition minus the average closing price between March 27, 2019 and the date of sale as detailed in Table 2a; or (iii) the price of purchase or acquisition minus the price of sale.

iv) Held as of the close of trading on June 24, 2019, the Recognized Loss Amount will be the lesser of: (i) the amount of artificial inflation per share on the date of purchase or acquisition as stated in Table 1a; or (ii) the price of purchase or acquisition minus $1.19.

v) Common Stock Purchased/Sold Through the Exercise of Options: Option contracts are not securities eligible to participate in the Settlement. With respect to CBL common stock purchased or sold through the exercise of an option, the purchase/sale date of the common stock is the exercise date of the option and the purchase/sale price is the exercise price of the option.

**CBL Series D Preferred Stock**

A Recognized Loss Amount will be calculated based on the formula below for each purchase or other type of acquisition of CBL Series D Preferred Stock during the Class Period. In order to be eligible as an Authorized Claimant under this Plan of Allocation, adequate documentation must be provided confirming all transactions. Recognized Loss Amounts are floored at zero, meaning any Recognized Loss Amount that is calculated as negative under the formula below will be equal to zero.

For each share of CBL Series D Preferred Stock that was purchased or otherwise acquired during the period of July 29, 2014 through March 26, 2019 inclusive, and:

i) Sold before close of trading on February 28, 2019, the Recognized Loss Amount will be $0.00.

ii) Sold March 1, 2019 through March 26, 2019, inclusive, the Recognized Loss Amount will be the lesser of: (i) the amount of artificial inflation per share on the date of purchase or acquisition as stated in Table 1b minus the amount of artificial inflation per share on the date of sale as stated in Table 1b; or (ii) the price of purchase or acquisition minus the price of sale.

iii) Sold March 27, 2019 through June 24, 2019, inclusive, the Recognized Loss Amount will be the least of: (i) the amount of artificial inflation per share on the date of purchase or acquisition as stated in Table 1b; (ii) the price of purchase or acquisition minus the average closing price between March 27, 2019 and the date of sale as detailed in Table 2b; or (iii) the price of purchase or acquisition minus the price of sale.

iv) Held as of the close of trading on June 24, 2019, the Recognized Loss Amount will be the lesser of: (i) the amount of artificial inflation per share on the date of purchase or acquisition as stated in Table 1b; or (ii) the price of purchase or acquisition minus $9.29.

## CBL Series E Preferred Stock

A Recognized Loss Amount will be calculated based on the formula below for each purchase or other type of acquisition of CBL Series E Preferred Stock during the Class Period. In order to be eligible as an Authorized Claimant under this Plan of Allocation, adequate documentation must be provided confirming all transactions. Recognized Loss Amounts are floored at zero, meaning any Recognized Loss Amount that is calculated as negative under the formula below will be equal to zero.

For each share of CBL Series E Preferred Stock that was purchased or otherwise acquired during the period of July 29, 2014 through March 26, 2019 inclusive, and:

i)   Sold before close of trading on February 28, 2019, the Recognized Loss Amount will be $0.00.

ii)   Sold March 1, 2019 through March 26, 2019, inclusive, the Recognized Loss Amount will be the lesser of: (i) the amount of artificial inflation per share on the date of purchase or acquisition as stated in Table 1b minus the amount of artificial inflation per share on the date of sale as stated in Table 1b; or (ii) the price of purchase or acquisition minus the price of sale.

iii)   Sold March 27, 2019 through June 24, 2019, inclusive, the Recognized Loss Amount will be the least of: (i) the amount of artificial inflation per share on the date of purchase or acquisition as stated in Table 1b; (ii) the price of purchase or acquisition minus the average closing price between March 27, 2019 and the date of sale as detailed in Table 2c; or (iii) the price of purchase or acquisition minus the price of sale.

iv)   Held as of the close of trading on June 24, 2019, the Recognized Loss Amount will be the lesser of: (i) the amount of artificial inflation per share on the date of purchase or acquisition as stated in Table 1b; or (ii) the price of purchase or acquisition minus $8.73.

## CBL 5.25% Note

A Recognized Loss Amount will be calculated based on the formula below for each purchase or other type of acquisition of CBL 5.25% Notes during the Class Period. In order to be eligible as an Authorized Claimant under this Plan of Allocation, adequate documentation must be provided confirming all transactions. Recognized Loss Amounts are floored at zero, meaning any Recognized Loss Amount that is calculated as negative under the formula below will be equal to zero. Note that, for this security, a litigation factor of 50% will be applied to any calculated Recognized Loss Amount.

For each CBL 5.25% Note that was purchased or otherwise acquired during the period of July 29, 2014 through March 26, 2019 inclusive, and:

i)   Sold before close of trading on February 28, 2019, the Recognized Loss Amount will be $0.00.

ii)   Sold March 1, 2019 through March 26, 2019, inclusive, the Recognized Loss Amount will be the litigation factor of 50% multiplied by the lesser of: (i) the amount of artificial inflation per note on the date of purchase or acquisition as stated in Table 1c minus the amount of artificial inflation per share on the date of sale as stated in Table 1c; or (ii) the price of purchase or acquisition minus the price of sale.

iii)   Sold March 27, 2019 through June 24, 2019, inclusive, the Recognized Loss Amount will be the litigation factor of 50% multiplied by the least of: (i) the amount of artificial inflation per note on the date of purchase or acquisition as stated in Table 1c; (ii) the price of purchase or acquisition minus the average closing price between March 27, 2019 and the date of sale as detailed in Table 2d; or (iii) the price of purchase or acquisition minus the price of sale.

iv)   Held as of the close of trading on June 24, 2019, the Recognized Loss Amount will be the litigation factor of 50% multiplied by the lesser of: (i) the amount of artificial inflation per note on the date of purchase or acquisition as stated in Table 1c; or (ii) the price of purchase or acquisition minus $734.42.

## CBL 4.60% Note

A Recognized Loss Amount will be calculated based on the formula below for each purchase or other type of acquisition of CBL 4.60% Notes during the Class Period. In order to be eligible as an Authorized Claimant under this Plan of Allocation, adequate documentation must be provided confirming all transactions. Recognized Loss Amounts are floored at zero, meaning any Recognized Loss Amount that is calculated as negative under the formula below will be equal to zero. Note that, for this security, a litigation factor of 50% will be applied to any calculated Recognized Loss Amount.

For each CBL 4.60% Note that was purchased or otherwise acquired during the period of July 29, 2014 through March 26, 2019 inclusive, and:

i)  Sold before close of trading on February 28, 2019, the Recognized Loss Amount will be $0.00.

ii)  Sold March 1, 2019 through March 26, 2019, inclusive, the Recognized Loss Amount will be the litigation factor of 50% multiplied by the lesser of: (i) the amount of artificial inflation per note on the date of purchase or acquisition as stated in Table 1c minus the amount of artificial inflation per share on the date of sale as stated in Table 1c; or (ii) the price of purchase or acquisition minus the price of sale.

iii)  Sold March 27, 2019 through June 24, 2019, inclusive, the Recognized Loss Amount will be the litigation factor of 50% multiplied by the least of: (i) the amount of artificial inflation per note on the date of purchase or acquisition as stated in Table 1c; (ii) the price of purchase or acquisition minus the average closing price between March 27, 2019 and the date of sale as detailed in Table 2e; or (iii) the price of purchase or acquisition minus the price of sale.

iv)  Held as of the close of trading on June 24, 2019, the Recognized Loss Amount will be the litigation factor of 50% multiplied by the lesser of: (i) the amount of artificial inflation per note on the date of purchase or acquisition as stated in Table 1c; or (ii) the price of purchase or acquisition minus $678.03.

### CBL 5.95% Note

A Recognized Loss Amount will be calculated based on the formula below for each purchase or other type of acquisition of CBL 5.95% Notes during the Class Period. In order to be eligible as an Authorized Claimant under this Plan of Allocation, adequate documentation must be provided confirming all transactions. Recognized Loss Amounts are floored at zero, meaning any Recognized Loss Amount that is calculated as negative under the formula below will be equal to zero. Note that, for this security, a litigation factor of 50% will be applied to any calculated Recognized Loss Amount.

For each CBL 5.95% Note that was purchased or otherwise acquired during the period of July 29, 2014 through March 26, 2019 inclusive, and:

i)  Sold before close of trading on February 28, 2019, the Recognized Loss Amount will be $0.00.

ii)  Sold March 1, 2019 through March 26, 2019, inclusive, the Recognized Loss Amount will be the litigation factor of 50% multiplied by the lesser of: (i) the amount of artificial inflation per note on the date of purchase or acquisition as stated in Table 1c minus the amount of artificial inflation per share on the date of sale as stated in Table 1c; or (ii) the price of purchase or acquisition minus the price of sale.

iii)  Sold March 27, 2019 through June 24, 2019, inclusive, the Recognized Loss Amount will be the litigation factor of 50% multiplied by the least of: (i) the amount of artificial inflation per note on the date of purchase or acquisition as stated in Table 1c; (ii) the price of purchase or acquisition minus the average closing price between March 27, 2019 and the date of sale as detailed in Table 2f; or (iii) the price of purchase or acquisition minus the price of sale.

iv)  Held as of the close of trading on June 24, 2019, the Recognized Loss Amount will be the litigation factor of 50% multiplied by the lesser of: (i) the amount of artificial inflation per note on the date of purchase or acquisition as stated in Table 1c; or (ii) the price of purchase or acquisition minus $707.19.

### IV.  REQUESTING EXCLUSION FROM THE SETTLEMENT CLASS

**IF YOU ARE A MEMBER OF THE SETTLEMENT CLASS, YOU MAY BE ELIGIBLE TO SHARE IN THE BENEFITS OF THIS SETTLEMENT AND WILL BE BOUND BY ITS TERMS UNLESS YOU EXCLUDE YOURSELF FROM THE SETTLEMENT CLASS.**

Each Settlement Class Member shall be bound by all determinations and judgments of the Court in connection with the Settlement, whether favorable or unfavorable, unless such Settlement Class Member shall mail, by first class mail, sufficient postage prepaid, a written request for exclusion from the Settlement Class, **received no later than July 31, 2023,** addressed to the Claims Administrator at: CBL Securities Litigation, c/o Epiq Class Action & Claims Solutions, Inc., P.O. Box 2438, Portland, OR 97208-2438. Each request for exclusion must: (i) state the name, address, and telephone number of the person or entity requesting exclusion, and in the case of entities, the name and telephone number of the appropriate contact person; (ii) state that such person or entity "requests exclusion from the Settlement Class in *In re CBL & Associates Properties, Inc. Securities Litigation*, No. 1:19-cv-00181"; (iii) state the number of

shares of each CBL Security that the person or entity requesting exclusion purchased/acquired between July 29, 2014 and June 24, 2019, inclusive, as well as the dates, number of shares, and prices of each such purchase/acquisition; (iv) state the number of each CBL Security that the person or entity requesting exclusion sold between July 29, 2014 and June 24, 2019, inclusive, as well as the dates, number of shares, and prices of each such sale; and (v) be signed by the person or entity requesting exclusion or an authorized representative. A request for exclusion shall not be effective unless submitted within the time and in the form and manner provided for herein. **You cannot exclude yourself by telephone, email or fax.**

**If a person or entity who is a Settlement Class Member duly requests to be excluded from the Settlement Class, such person or entity will not be bound by any orders or judgments entered in respect of the Settlement and shall not be entitled to receive any benefits provided by the Settlement in the event it is finally approved by the Court.**

If a judgment approving the Settlement provided for in the Stipulation is finally entered, all Settlement Class Members who have not requested exclusion shall conclusively be deemed to have released and shall thereafter be barred from asserting any of the Released Plaintiffs' Claims against the Defendants' Releasees.

## V.  STATEMENT OF ATTORNEYS' FEES AND COSTS SOUGHT

Before final approval of the Settlement, Lead Counsel will apply to the Court for an award of attorneys' fees in an amount not to exceed 30% of the Settlement Fund, plus interest. Lead Counsel intends to share part of any attorneys' fees awarded by the Court with The Hamilton Firm, Holifield & Janich, LLC , Kaskela Law LLC and Bronstein, Gewirtz & Grossman, LLC in accordance with their level of contribution to the initiation, prosecution, and resolution of the Action. Lead Counsel also intends to apply for reimbursement of Litigation Expenses in an amount not to exceed $1,000,000, plus interest. Lead Counsel believes its intended fee request to be fair and reasonable. Lead Counsel has litigated this case on a wholly contingent basis and has received no compensation during the period the case has been pending. Lead Counsel expended considerable time and expense during the Action. Had the case not been successful, Lead Counsel would have sustained a considerable financial loss.

In addition, Lead Counsel intends to apply to the Court on behalf of Plaintiffs for reimbursement of their reasonable time, costs and expenses, directly relating to their representation of the Settlement Class. Lead Counsel will seek no more than $40,000 each for the Plaintiffs.

## VI.  THE SETTLEMENT FAIRNESS HEARING

The Settlement Fairness Hearing shall be held before Honorable J. Ronnie Greer on Monday, August 21, 2023 at 1:30 p.m., in Courtroom 400 of the United States District Court for the Eastern District of Tennessee, James H. Quillen United States Courthouse, 220 West Depot Street, Greeneville, Tennessee 37743, to determine: (1) whether the Settlement of the Settlement Class's claims against Defendants for $17,500,000, should be approved as fair, just, reasonable and adequate; (2) whether the proposed Plan of Allocation is fair, just, reasonable, and adequate; (3) whether the application of Lead Counsel for an award of attorneys' fees and expenses should be approved; (4) whether the Plaintiffs should be granted a compensatory award; and (5) whether the Action should be dismissed with prejudice as set forth in the Stipulation filed with the Court.

*The Settlement Fairness Hearing may be adjourned or continued from time to time by the Court without further notice to the Settlement Class other than an announcement at such Settlement Fairness Hearing or at any adjournment or continuance thereof. Please check the Claims Administrator's website at www.cblsecuritieslitigation.com for potential updates.*

Any Settlement Class Member who does not timely and validly request exclusion from the Settlement Class and who objects to the Settlement, the proposed Plan of Allocation of the Net Settlement Fund, the Judgment contemplated by the Stipulation, the application for attorneys' fees and reimbursement of expenses, and/or the application for the reimbursement of the reasonable costs and expenses of the Plaintiffs, or who otherwise wishes to be heard with respect to any of the foregoing, may appear in person or by attorney at the Settlement Fairness Hearing, at their own expense, and present any evidence or argument that may be proper and relevant. However, no person shall be heard, and no papers, briefs, pleadings or other documents submitted by any such person shall be considered by the Court unless, no later than July 31, 2023, (1) a notice of the person's intention to appear, (2) a statement of such person's objections to any matter before the Court, and (3) the grounds for such objections or the reason for such person's request to appear and to be heard, as well as the information requested in Section IV herein and all other documents and writings which such person desires the Court to consider, shall be filed by such person with the Clerk of the Court, and, on or before such filing, shall be delivered by hand, overnight mail or by certified mail, return-receipt requested, sufficient postage prepaid, upon each of the following counsel of record:

**Lead Counsel**
Michael J. Wernke
POMERANTZ LLP
600 Third Avenue, 20th Floor
New York, New York 10016

**Defendants' Counsel**
B. Warren Pope
KING & SPALDING LLP
1180 Peachtree Street, NE
Suite 1600
Atlanta, Georgia 30309

**and**

Jeffrey S. Abraham
Michael J. Klein
ABRAHAM FRUCHTER & TWERSKY LLP
450 Seventh Avenue, 38th Floor
New York, New York 10123

Any person or entity who fails to object in the manner prescribed in the paragraph immediately above shall be deemed to have waived any objections that person may have and shall be barred from raising such objections in this or any other action or proceeding. Objections directed solely to the proposed Plan of Allocation, attorneys' fees and expenses, or awards to the Plaintiffs will not affect the finality of either the Settlement or the Judgment to be entered thereto, if the Settlement is approved by the Court.

All members of the Settlement Class who do not request exclusion therefrom, in the manner provided herein, will be represented by Lead Counsel in connection with the Settlement, but may, if they so desire, also enter an appearance through counsel of their own choice and at their own expense.

## VII. <u>PROOF OF CLAIM AND RELEASE FORM</u>

*To be eligible to receive a cash distribution from the Settlement Fund, you must timely complete, sign and file a Proof of Claim and Release Form ("Proof of Claim").* A Proof of Claim is annexed to this Notice, or available online at www.cblsecuritieslitigation.com. You may receive more than one copy of this Notice and the Proof of Claim, but you should **submit only one Proof of Claim**.

The Proof of Claim (1) **must** be completed in accordance with the Instructions on the Proof of Claim, (2) **must** enclose all documentation required by the Instructions, and (3) **must** be submitted to the Claims Administrator **online at www.cblsecuritieslitigation.com, or postmarked, if mailed on or before August 14, 2023** at the following address:

*CBL Securities Litigation*
c/o Epiq Class Action & Claims Solutions, Inc.
P.O. Box 2438
Portland, OR 97208-2438

A Proof of Claim will be deemed filed when mailed via first-class mail, sufficient postage prepaid, or the date when filed online.

Members of the Settlement Class who do not exclude themselves from the Settlement Class and who fail to submit a valid and timely Proof of Claim will nevertheless be bound by the Settlement if finally approved, and all orders and judgments entered by the Court in connection therewith.

By Order of the Court, the Proof of Claim provides for and requires a Release of all Released Claims as defined in Section II, Subsection F, above, by all members of the Settlement Class who file Proofs of Claim. The Release will become effective on the Effective Date of the Settlement.

Each person or entity submitting a Proof of Claim thereby submits to the jurisdiction of the Court for purposes of the Action, the Settlement and any proceedings relating to such Proof of Claim, and agrees that such a filed Proof of Claim will be subject to review and further inquiry as to such person's or entity's status as a Settlement Class Member and the allowable amount of the claim.

The Claims Administrator will acknowledge receipt of your Claim Form by mail, within 60 days. Your claim is not deemed filed until you receive an acknowledgement postcard.

## VIII.  SPECIAL NOTICE TO BROKERS AND OTHER NOMINEES

Brokerage firms, banks, financial institutions and other nominees ("Nominees") who, during the Class Period, purchased or sold CBL Securities in the name of the Nominees on behalf of beneficial owners of such securities who may be Settlement Class Members, are requested to provide the Claims Administrator with the name and last known address of each such person or entity for whom the Nominee executed such transactions. The Claims Administrator will then cause the Notice and the Proof of Claim to be mailed promptly to said beneficial owners. Alternatively, Nominees may download copies of the Proof of Claim online at www.cblsecuritieslitigation.com or request additional copies of this Notice and the Proof of Claim from the Claims Administrator, in which case the Nominees are required to promptly forward the Notice and the Proof of Claim directly to the persons for whom the transactions were made and provide the Claims Administrator with written confirmation of having done so. For either alternative, contact the Claims Administrator.

After receipt of a timely request for reimbursement and supporting documentation, the Claims Administrator will reimburse the Nominee for all reasonable costs incurred in gathering and forwarding the names and addresses of beneficial owners to the Claims Administrator or forwarding the Notice and the Proof of Claim to beneficial owners, as the case may be.

## IX.  FURTHER INFORMATION

This Notice merely provides a brief summary of the litigation and the proposed Settlement and is qualified by and subject in all respects to the full terms and conditions in the Stipulation. For a more detailed statement of the matters involved in the litigation, you should refer to the pleadings, the Stipulation, and the orders entered by the Court and to the other papers filed in the Action. These papers may be inspected at the Office of the Clerk of the United States District Court for Eastern District of Tennessee, James H. Quillen United States Courthouse, 220 West Depot Street, Greeneville, Tennessee 37743. If you have any questions regarding the information contained in this Notice, you may contact Lead Counsel in writing at the addresses specified in Section VI, above.

You may also visit the Claims Administrator's website at www.cblsecuritieslitigation.com to find the Stipulation and/or download copies of the Notice and Proof of Claim. In addition, you may request additional copies of the Notice and Proof of Claim by contacting the Claims Administrator at:

*CBL Securities Litigation*
c/o Epiq Class Action & Claims Solutions, Inc.
P.O. Box 2438
Portland, OR 97208-2438

**INQUIRIES SHOULD NOT BE DIRECTED TO THE COURT, THE
CLERK'S OFFICE, DEFENDANTS, OR DEFENDANTS' COUNSEL**

Dated: May 24, 2023

By Order of the Court
United States District Court
Eastern District of Tennessee

Table 1a

## CBL Common Stock – Estimated Artificial Inflation Per Share
### (July 29, 2014 – March 27, 2019, inclusive)

| Security | Purchase/Sale Date Range | Artificial Inflation per Share |
|---|---|---|
| CBL Common Stock | Jul 29, 2014 - Feb 28, 2019 | $0.59 |
| | Mar 1, 2019 - Mar 26, 2019 | $0.45 |
| | Mar 27, 2019 - Present | $0.00 |

Table 1b

## CBL Preferred Stock – Estimated Artificial Inflation Per Share
### (July 29, 2014 – March 27, 2019, inclusive)

| Security | Purchase/Sale Date Range | Artificial Inflation per Share |
|---|---|---|
| CBL Series D Preferred Stock | Jul 29, 2014 - Feb 28, 2019 | $0.68 |
| | Mar 1, 2019 - Mar 26, 2019 | $0.68 |
| | Mar 27, 2019 - Present | $0.00 |
| CBL Series E Preferred Stock | Jul 29, 2014 - Feb 28, 2019 | $0.48 |
| | Mar 1, 2019 - Mar 26, 2019 | $0.42 |
| | Mar 27, 2019 - Present | $0.00 |

Table 1c

## CBL Senior Notes – Estimated Artificial Inflation Per Note
### (July 29, 2014/Date of Issuance – March 27, 2019, inclusive)

| Security | Purchase/Sale Date Range | Artificial Inflation per Share |
|---|---|---|
| CBL 5.25% Note | Jul 29, 2014 - Feb 28, 2019 | $50.51 |
| | Mar 1, 2019 - Mar 26, 2019 | $43.54 |
| | Mar 27, 2019 - Present | $0.00 |
| CBL 4.60% Note | Oct 2, 2014 - Feb 28, 2019 | $38.26 |
| | Mar 1, 2019 - Mar 26, 2019 | $25.96 |
| | Mar 27, 2019 - Present | $0.00 |
| CBL 5.95% Note | Dec 8, 2016 - Feb 28, 2019 | $49.82 |
| | Mar 1, 2019 - Mar 26, 2019 | $46.79 |
| | Mar 27, 2019 - Present | $0.00 |

# CBL Common Stock – 90-Day Look-Back Table
## (Average Closing Price: March 27, 2019 – June 24, 2019, inclusive)

| Date | Average Closing Price of Security from Mar 27, 2019 Through Listed Date | Date | Average Closing Price of Security from Mar 27, 2019 Through Listed Date | Date | Average Closing Price of Security from Mar 27, 2019 Through Listed Date |
|---|---|---|---|---|---|
| Mar 27, 2019 | $1.44 | Apr 26, 2019 | $1.36 | May 28, 2019 | $1.27 |
| Mar 28, 2019 | $1.55 | Apr 29, 2019 | $1.35 | May 29, 2019 | $1.26 |
| Mar 29, 2019 | $1.55 | Apr 30, 2019 | $1.34 | May 30, 2019 | $1.25 |
| Apr 01, 2019 | $1.54 | May 01, 2019 | $1.33 | May 31, 2019 | $1.24 |
| Apr 02, 2019 | $1.53 | May 02, 2019 | $1.32 | Jun 03, 2019 | $1.23 |
| Apr 03, 2019 | $1.53 | May 03, 2019 | $1.32 | Jun 04, 2019 | $1.22 |
| Apr 04, 2019 | $1.52 | May 06, 2019 | $1.31 | Jun 05, 2019 | $1.21 |
| Apr 05, 2019 | $1.53 | May 07, 2019 | $1.31 | Jun 06, 2019 | $1.21 |
| Apr 08, 2019 | $1.52 | May 08, 2019 | $1.31 | Jun 07, 2019 | $1.20 |
| Apr 09, 2019 | $1.52 | May 09, 2019 | $1.31 | Jun 10, 2019 | $1.20 |
| Apr 10, 2019 | $1.51 | May 10, 2019 | $1.31 | Jun 11, 2019 | $1.20 |
| Apr 11, 2019 | $1.51 | May 13, 2019 | $1.31 | Jun 12, 2019 | $1.20 |
| Apr 12, 2019 | $1.50 | May 14, 2019 | $1.30 | Jun 13, 2019 | $1.20 |
| Apr 15, 2019 | $1.50 | May 15, 2019 | $1.30 | Jun 14, 2019 | $1.19 |
| Apr 16, 2019 | $1.49 | May 16, 2019 | $1.30 | Jun 17, 2019 | $1.19 |
| Apr 17, 2019 | $1.47 | May 17, 2019 | $1.30 | Jun 18, 2019 | $1.19 |
| Apr 18, 2019 | $1.46 | May 20, 2019 | $1.29 | Jun 19, 2019 | $1.19 |
| Apr 22, 2019 | $1.44 | May 21, 2019 | $1.29 | Jun 20, 2019 | $1.19 |
| Apr 23, 2019 | $1.42 | May 22, 2019 | $1.28 | Jun 21, 2019 | $1.19 |
| Apr 24, 2019 | $1.40 | May 23, 2019 | $1.28 | Jun 24, 2019 | $1.19 |
| Apr 25, 2019 | $1.38 | May 24, 2019 | $1.27 | | |

AI67212 v.04

# CBL Series D Preferred Stock – 90-Day Look-Back Table
## (Average Closing Price: March 27, 2019 – June 24, 2019, inclusive)

| Date | Average Closing Price of Security from Mar 27, 2019 Through Listed Date | Date | Average Closing Price of Security from Mar 27, 2019 Through Listed Date | Date | Average Closing Price of Security from Mar 27, 2019 Through Listed Date |
|---|---|---|---|---|---|
| Mar 27, 2019 | $9.99 | Apr 26, 2019 | $9.24 | May 28, 2019 | $9.43 |
| Mar 28, 2019 | $9.87 | Apr 29, 2019 | $9.17 | May 29, 2019 | $9.41 |
| Mar 29, 2019 | $9.81 | Apr 30, 2019 | $9.11 | May 30, 2019 | $9.39 |
| Apr 01, 2019 | $9.78 | May 01, 2019 | $9.09 | May 31, 2019 | $9.37 |
| Apr 02, 2019 | $9.76 | May 02, 2019 | $9.07 | Jun 03, 2019 | $9.36 |
| Apr 03, 2019 | $9.72 | May 03, 2019 | $9.08 | Jun 04, 2019 | $9.34 |
| Apr 04, 2019 | $9.66 | May 06, 2019 | $9.12 | Jun 05, 2019 | $9.34 |
| Apr 05, 2019 | $9.62 | May 07, 2019 | $9.15 | Jun 06, 2019 | $9.33 |
| Apr 08, 2019 | $9.63 | May 08, 2019 | $9.20 | Jun 07, 2019 | $9.33 |
| Apr 09, 2019 | $9.63 | May 09, 2019 | $9.25 | Jun 10, 2019 | $9.34 |
| Apr 10, 2019 | $9.68 | May 10, 2019 | $9.30 | Jun 11, 2019 | $9.34 |
| Apr 11, 2019 | $9.71 | May 13, 2019 | $9.33 | Jun 12, 2019 | $9.35 |
| Apr 12, 2019 | $9.76 | May 14, 2019 | $9.36 | Jun 13, 2019 | $9.35 |
| Apr 15, 2019 | $9.79 | May 15, 2019 | $9.39 | Jun 14, 2019 | $9.35 |
| Apr 16, 2019 | $9.80 | May 16, 2019 | $9.43 | Jun 17, 2019 | $9.34 |
| Apr 17, 2019 | $9.75 | May 17, 2019 | $9.46 | Jun 18, 2019 | $9.33 |
| Apr 18, 2019 | $9.68 | May 20, 2019 | $9.47 | Jun 19, 2019 | $9.32 |
| Apr 22, 2019 | $9.59 | May 21, 2019 | $9.47 | Jun 20, 2019 | $9.32 |
| Apr 23, 2019 | $9.52 | May 22, 2019 | $9.47 | Jun 21, 2019 | $9.30 |
| Apr 24, 2019 | $9.43 | May 23, 2019 | $9.46 | Jun 24, 2019 | $9.29 |
| Apr 25, 2019 | $9.33 | May 24, 2019 | $9.45 | | |

Table 2c

**CBL Series E Preferred Stock – 90-Day Look-Back Table**
**(Average Closing Price: March 27, 2019 – June 24, 2019, inclusive)**

| Date | Average Closing Price of Security from Mar 27, 2019 Through Listed Date | Date | Average Closing Price of Security from Mar 27, 2019 Through Listed Date | Date | Average Closing Price of Security from Mar 27, 2019 Through Listed Date |
|---|---|---|---|---|---|
| Mar 27, 2019 | $9.01 | Apr 26, 2019 | $8.66 | May 28, 2019 | $8.80 |
| Mar 28, 2019 | $8.90 | Apr 29, 2019 | $8.60 | May 29, 2019 | $8.78 |
| Mar 29, 2019 | $8.95 | Apr 30, 2019 | $8.55 | May 30, 2019 | $8.77 |
| Apr 01, 2019 | $8.97 | May 01, 2019 | $8.52 | May 31, 2019 | $8.76 |
| Apr 02, 2019 | $8.96 | May 02, 2019 | $8.50 | Jun 03, 2019 | $8.74 |
| Apr 03, 2019 | $8.94 | May 03, 2019 | $8.50 | Jun 04, 2019 | $8.74 |
| Apr 04, 2019 | $8.90 | May 06, 2019 | $8.52 | Jun 05, 2019 | $8.73 |
| Apr 05, 2019 | $8.88 | May 07, 2019 | $8.54 | Jun 06, 2019 | $8.73 |
| Apr 08, 2019 | $8.89 | May 08, 2019 | $8.58 | Jun 07, 2019 | $8.73 |
| Apr 09, 2019 | $8.90 | May 09, 2019 | $8.62 | Jun 10, 2019 | $8.74 |
| Apr 10, 2019 | $8.95 | May 10, 2019 | $8.67 | Jun 11, 2019 | $8.75 |
| Apr 11, 2019 | $8.99 | May 13, 2019 | $8.69 | Jun 12, 2019 | $8.76 |
| Apr 12, 2019 | $9.04 | May 14, 2019 | $8.72 | Jun 13, 2019 | $8.76 |
| Apr 15, 2019 | $9.09 | May 15, 2019 | $8.75 | Jun 14, 2019 | $8.76 |
| Apr 16, 2019 | $9.12 | May 16, 2019 | $8.79 | Jun 17, 2019 | $8.76 |
| Apr 17, 2019 | $9.09 | May 17, 2019 | $8.82 | Jun 18, 2019 | $8.75 |
| Apr 18, 2019 | $9.04 | May 20, 2019 | $8.83 | Jun 19, 2019 | $8.75 |
| Apr 22, 2019 | $8.97 | May 21, 2019 | $8.84 | Jun 20, 2019 | $8.75 |
| Apr 23, 2019 | $8.91 | May 22, 2019 | $8.84 | Jun 21, 2019 | $8.74 |
| Apr 24, 2019 | $8.84 | May 23, 2019 | $8.83 | Jun 24, 2019 | $8.73 |
| Apr 25, 2019 | $8.75 | May 24, 2019 | $8.82 | | |

AI67214 v.04

# CBL 5.25% Note – 90-Day Look-Back Table
## (Average Closing Price: March 27, 2019 – June 24, 2019, inclusive)

| Date | Average Closing Price of Security from Mar 27, 2019 Through Listed Date | Date | Average Closing Price of Security from Mar 27, 2019 Through Listed Date | Date | Average Closing Price of Security from Mar 27, 2019 Through Listed Date |
|---|---|---|---|---|---|
| Mar 27, 2019 | $767.50 | Apr 26, 2019 | $765.15 | May 28, 2019 | $746.90 |
| Mar 28, 2019 | $765.00 | Apr 29, 2019 | $762.51 | May 29, 2019 | $745.94 |
| Mar 29, 2019 | $768.13 | Apr 30, 2019 | $760.63 | May 30, 2019 | $745.09 |
| Apr 01, 2019 | $771.10 | May 01, 2019 | $759.51 | May 31, 2019 | $744.16 |
| Apr 02, 2019 | $772.13 | May 02, 2019 | $758.37 | Jun 03, 2019 | $743.15 |
| Apr 03, 2019 | $771.77 | May 03, 2019 | $757.32 | Jun 04, 2019 | $742.67 |
| Apr 04, 2019 | $772.95 | May 06, 2019 | $756.35 | Jun 05, 2019 | $741.90 |
| Apr 05, 2019 | $773.35 | May 07, 2019 | $755.44 | Jun 06, 2019 | $741.18 |
| Apr 08, 2019 | $774.14 | May 08, 2019 | $754.65 | Jun 07, 2019 | $740.27 |
| Apr 09, 2019 | $774.36 | May 09, 2019 | $754.10 | Jun 10, 2019 | $739.32 |
| Apr 10, 2019 | $774.62 | May 10, 2019 | $753.43 | Jun 11, 2019 | $738.72 |
| Apr 11, 2019 | $774.72 | May 13, 2019 | $752.72 | Jun 12, 2019 | $737.92 |
| Apr 12, 2019 | $774.84 | May 14, 2019 | $751.98 | Jun 13, 2019 | $737.41 |
| Apr 15, 2019 | $774.87 | May 15, 2019 | $751.11 | Jun 14, 2019 | $736.66 |
| Apr 16, 2019 | $775.05 | May 16, 2019 | $750.49 | Jun 17, 2019 | $736.15 |
| Apr 17, 2019 | $774.81 | May 17, 2019 | $749.94 | Jun 18, 2019 | $735.61 |
| Apr 18, 2019 | $774.76 | May 20, 2019 | $749.87 | Jun 19, 2019 | $735.31 |
| Apr 22, 2019 | $773.63 | May 21, 2019 | $749.23 | Jun 20, 2019 | $735.05 |
| Apr 23, 2019 | $771.93 | May 22, 2019 | $748.88 | Jun 21, 2019 | $734.65 |
| Apr 24, 2019 | $769.61 | May 23, 2019 | $748.05 | Jun 24, 2019 | $734.42 |
| Apr 25, 2019 | $767.71 | May 24, 2019 | $747.58 | | |

AI67215 v.04

Table 2e

**CBL 4.60% Note – 90-Day Look-Back Table**
**(Average Closing Price: March 27, 2019 – June 24, 2019, inclusive)**

| Date | Average Closing Price of Security from Mar 27, 2019 Through Listed Date |
|---|---|
| Mar 27, 2019 | $694.00 |
| Mar 28, 2019 | $708.96 |
| Mar 29, 2019 | $715.14 |
| Apr 01, 2019 | $718.86 |
| Apr 02, 2019 | $719.28 |
| Apr 03, 2019 | $720.65 |
| Apr 04, 2019 | $722.70 |
| Apr 05, 2019 | $724.18 |
| Apr 08, 2019 | $724.49 |
| Apr 09, 2019 | $724.12 |
| Apr 10, 2019 | $723.97 |
| Apr 11, 2019 | $723.02 |
| Apr 12, 2019 | $722.20 |
| Apr 15, 2019 | $720.75 |
| Apr 16, 2019 | $719.53 |
| Apr 17, 2019 | $717.87 |
| Apr 18, 2019 | $716.44 |
| Apr 22, 2019 | $714.93 |
| Apr 23, 2019 | $712.83 |
| Apr 24, 2019 | $710.94 |
| Apr 25, 2019 | $709.23 |

| Date | Average Closing Price of Security from Mar 27, 2019 Through Listed Date |
|---|---|
| Apr 26, 2019 | $706.83 |
| Apr 29, 2019 | $704.80 |
| Apr 30, 2019 | $702.68 |
| May 01, 2019 | $701.57 |
| May 02, 2019 | $700.36 |
| May 03, 2019 | $699.51 |
| May 06, 2019 | $698.88 |
| May 07, 2019 | $697.68 |
| May 08, 2019 | $697.19 |
| May 09, 2019 | $696.34 |
| May 10, 2019 | $695.05 |
| May 13, 2019 | $694.29 |
| May 14, 2019 | $693.98 |
| May 15, 2019 | $693.46 |
| May 16, 2019 | $693.43 |
| May 17, 2019 | $692.86 |
| May 20, 2019 | $692.40 |
| May 21, 2019 | $692.29 |
| May 22, 2019 | $691.95 |
| May 23, 2019 | $691.56 |
| May 24, 2019 | $691.17 |

| Date | Average Closing Price of Security from Mar 27, 2019 Through Listed Date |
|---|---|
| May 28, 2019 | $690.51 |
| May 29, 2019 | $689.64 |
| May 30, 2019 | $688.32 |
| May 31, 2019 | $687.30 |
| Jun 03, 2019 | $686.59 |
| Jun 04, 2019 | $685.57 |
| Jun 05, 2019 | $684.74 |
| Jun 06, 2019 | $683.98 |
| Jun 07, 2019 | $683.24 |
| Jun 10, 2019 | $682.79 |
| Jun 11, 2019 | $682.39 |
| Jun 12, 2019 | $681.81 |
| Jun 13, 2019 | $681.05 |
| Jun 14, 2019 | $680.41 |
| Jun 17, 2019 | $679.89 |
| Jun 18, 2019 | $679.40 |
| Jun 19, 2019 | $679.07 |
| Jun 20, 2019 | $678.76 |
| Jun 21, 2019 | $678.45 |
| Jun 24, 2019 | $678.03 |

Case 1:19-cv-00181-JRG-CHS   Document 221-1   Filed 07/24/23   Page 27 of 52   PageID #: 5160

AI67217 v.04

Table 2f

# CBL 5.95% Note – 90-Day Look-Back Table
## (Average Closing Price: March 27, 2019 – June 24, 2019, inclusive)

| Date | Average Closing Price of Security from Mar 27, 2019 Through Listed Date | Date | Average Closing Price of Security from Mar 27, 2019 Through Listed Date | Date | Average Closing Price of Security from Mar 27, 2019 Through Listed Date |
|------|------|------|------|------|------|
| Mar 27, 2019 | $707.50 | Apr 26, 2019 | $738.64 | May 28, 2019 | $725.46 |
| Mar 28, 2019 | $718.08 | Apr 29, 2019 | $736.95 | May 29, 2019 | $724.17 |
| Mar 29, 2019 | $727.88 | Apr 30, 2019 | $735.15 | May 30, 2019 | $722.59 |
| Apr 01, 2019 | $728.41 | May 01, 2019 | $734.42 | May 31, 2019 | $721.35 |
| Apr 02, 2019 | $731.73 | May 02, 2019 | $734.20 | Jun 03, 2019 | $720.13 |
| Apr 03, 2019 | $734.42 | May 03, 2019 | $733.35 | Jun 04, 2019 | $718.82 |
| Apr 04, 2019 | $737.00 | May 06, 2019 | $733.15 | Jun 05, 2019 | $717.32 |
| Apr 05, 2019 | $738.47 | May 07, 2019 | $733.05 | Jun 06, 2019 | $715.87 |
| Apr 08, 2019 | $739.63 | May 08, 2019 | $732.51 | Jun 07, 2019 | $714.97 |
| Apr 09, 2019 | $740.46 | May 09, 2019 | $732.19 | Jun 10, 2019 | $714.22 |
| Apr 10, 2019 | $741.53 | May 10, 2019 | $731.97 | Jun 11, 2019 | $713.30 |
| Apr 11, 2019 | $741.08 | May 13, 2019 | $731.78 | Jun 12, 2019 | $712.47 |
| Apr 12, 2019 | $742.23 | May 14, 2019 | $730.98 | Jun 13, 2019 | $711.66 |
| Apr 15, 2019 | $741.09 | May 15, 2019 | $730.22 | Jun 14, 2019 | $710.82 |
| Apr 16, 2019 | $741.04 | May 16, 2019 | $730.09 | Jun 17, 2019 | $709.84 |
| Apr 17, 2019 | $740.97 | May 17, 2019 | $730.18 | Jun 18, 2019 | $709.17 |
| Apr 18, 2019 | $740.58 | May 20, 2019 | $729.45 | Jun 19, 2019 | $708.47 |
| Apr 22, 2019 | $740.06 | May 21, 2019 | $728.95 | Jun 20, 2019 | $707.96 |
| Apr 23, 2019 | $739.93 | May 22, 2019 | $728.13 | Jun 21, 2019 | $707.60 |
| Apr 24, 2019 | $740.03 | May 23, 2019 | $727.14 | Jun 24, 2019 | $707.19 |
| Apr 25, 2019 | $739.32 | May 24, 2019 | $726.47 | | |

## PROOF OF CLAIM AND RELEASE FORM

You are urged to read carefully the accompanying Notice of Proposed Settlement of Class Action, Motion for Attorneys' Fees and Expenses, and Final Approval Hearing (the "Notice"). All capitalized terms used herein not otherwise defined herein shall have the same meaning as defined in the Notice.

To file a claim and recover under the Settlement of this Action, you must submit this Proof of Claim and Release Form (the "Proof of Claim"). However, such filing is not a guarantee that you will share in the proceeds of the Settlement in the Action.

**You must send your completed and signed Proof of Claim either postmarked, if mailed, or filed, if emailed, on or before August 14, 2023, addressed to the Claims Administrator at:**

*CBL Securities Litigation*
c/o Epiq Class Action & Claims Solutions, Inc.
P.O. Box 2438
Portland, OR 97208-2438
Tel.: 1-888-296-0616
www.cblsecuritieslitigation.com

If you are a Settlement Class Member and you do not timely request exclusion, you will be bound by the terms of any judgment entered in the Action.

If you are **not** a Settlement Class Member, **do not** submit a Proof of Claim.

**If you need assistance filling out this Proof of Claim, please contact the Claims Administrator.**

### Part I – INSTRUCTIONS FOR FILLING OUT THE PROOF OF CLAIM FORM

**Important additional information regarding the Settlement and this Proof of Claim is contained in the accompanying Notice. Please refer to the Plan of Allocation set forth in the accompanying Notice for a detailed explanation of how a Claimant's Recognized Loss will be calculated.**

1. In order to be eligible to participate in the distribution of the Settlement Fund, a claimant ("Claimant") must have purchased or otherwise acquired CBL & Associates Inc. ("CBL") Securities (as defined in the Notice) between July 29, 2014 and March 26, 2019, both dates inclusive (the "Class Period"), and otherwise be a member of the Settlement Class as defined in the Notice.

2. The submission of a Proof of Claim does not ensure that your claim will be upheld or that you will share in any recovery. All claims are subject to verification and investigation. You may be requested to provide further information.

3. All claims must be made by persons or entities who were beneficial owners (as opposed to record holders or nominees) of shares of CBL Securities. (As outlined in the Notice, brokerage firms, banks and other nominees are requested to transmit copies of the Notice and Proof of Claim to their present or former customers who were such beneficial owners. *See* Notice, Section VIII.) If shares of CBL Securities were owned jointly, all joint owners must complete and sign the Proof of Claim.

4. Executors, administrators, guardians, conservators and trustees may complete and sign the Proof of Claim on behalf of persons or entities represented by them, but they must identify such persons or entities and provide proof of their authority (*e.g.*, powers of attorney or currently effective letters testamentary or letters of administration) to do so.

5. You must file a separate Proof of Claim for each differently named account or ownership, such as an individual account, an IRA account, a joint account, a custodial account, etc. Joint tenants, co-owners or UGMA custodians should file a single claim. Claimants who file one or more claims (*e.g.*, one in Claimant's name and one for an IRA or joint ownership) must identify the other claims filed.

6. NOTICE REGARDING ELECTRONIC FILES: Certain claimants with large numbers of transactions may request, or may be requested, to submit information regarding their transactions in electronic files. To obtain the mandatory electronic filing requirements and file layout, you may email the Claims Administrator's electronic filing department at www.cblsecuritieslitigation.com. Any file not submitted in accordance with the required electronic filing format will be subject to rejection. No electronic files will be considered to have been properly submitted unless the Claims Administrator issues an email after processing your file with your claim number(s) and respective

account information. Do not assume that your file has been received or processed until you receive this email. If you do not receive such an email within 10 days of your submission, you should contact the electronic filing department at www.cblsecuritieslitigation.com to inquire about your file and confirm it was received and acceptable.

7.  There will be no Recognized Loss attributed to any CBL securities other than the CBL Securities identified in the Notice.

8.  The date of purchase and/or sale of CBL Securities is the "trade" date and not the "settlement" date.

9.  The first-in, first-out basis ("FIFO") will be applied to both purchases and sales.

10. The date of covering a "short sale" is deemed to be the date of purchase of CBL Securities; and the date of a "short sale" is deemed to be the date of sale of CBL Securities. Shares originally sold short will have a Recognized Loss of zero.

11. No cash payment will be made on a claim where the potential distribution is less than $20.00.

12. You must attach to your claim form **copies** of brokerage confirmations, monthly statements or other documentation of your transactions in CBL Securities in order for your claim to be valid. Failure to provide this documentation could delay verification of your claim or could result in rejection of your claim.

13. If you have any questions or need additional Proofs of Claim, contact the Claims Administrator via the information set forth on the first page of this document. You may make photocopies of this form.

## PART II – CLAIMANT IDENTIFICATION

**Please complete this PART II in its entirety. The Claims Administrator will use this information for all communications regarding this Claim Form. If this information changes, you MUST notify the Claims Administrator in writing at the address above.**

Beneficial Owner's First Name | MI | Beneficial Owner's Last Name

Co-Beneficial Owner's First Name | MI | Co-Beneficial Owner's Last Name

Entity Name (if Beneficial Owner is not an individual)

Representative or Custodian Name (if different from Beneficial Owner[s] listed above)

Address 1 (street name and number)

Address 2 (apartment, unit or box number)

City | State | ZIP Code

Country

Last four digits of Social Security Number or Taxpayer Identification Number

Telephone Number (Day) | Telephone Number (Evening)

Email address (Email address is not required, but if you provide it you authorize the Claims Administrator to use it in providing you with information relevant to this claim)

Account Number (where securities were traded)

Claimant Account Type (check appropriate box)

☐ Individual     ☐ IRA/401K     ☐ Estate

☐ Joint     ☐ Pension Plan     ☐ Trust

☐ Corporation     ☐ Other _____ (please specify)

## PART III – SCHEDULE OF TRANSACTIONS IN CBL SECURITIES

## COMMON STOCK

**1. HOLDINGS AS OF JULY 29, 2014** – State the total number of shares of CBL Common Stock held as of the opening of trading on July 29, 2014. (Must be documented.) If none, write "zero" or "0."

Confirm Proof of Position Enclosed ☐

**2. PURCHASES/ACQUISITIONS FROM JULY 29, 2014 THROUGH JUNE 24, 2019, INCLUSIVE** – Separately list each and every purchase/acquisition (including free receipts) of CBL Common Stock from after the opening of trading on July 29, 2014 through and including the close of trading on June 24, 2019. (Must be documented.)

| Date of Purchase/Acquisition (List Chronologically) (MMDDYYYY) | Number of Shares Purchased/ Acquired | Purchase/Acquisition Price Per Share | Total Purchase/Acquisition Price (excluding taxes, commissions, and fees) | Confirm Proof of Purchase/ Acquisition Enclosed |
|---|---|---|---|---|
| | | $ . | $ . | ☐ |
| | | $ . | $ . | ☐ |
| | | $ . | $ . | ☐ |
| | | $ . | $ . | ☐ |
| | | $ . | $ . | ☐ |

**3. SALES FROM JULY 29, 2014 THROUGH JUNE 24, 2019, INCLUSIVE** – Separately list each and every sale/disposition (including free deliveries) of CBL Common Stock from after the opening of trading on July 29, 2014 through and including the close of trading on June 24, 2019. (Must be documented.)

**IF NONE, CHECK HERE** ☐

| Date of Sale (List Chronologically) (MMDDYYYY) | Number of Shares Sold | Sale Price Per Share/Note | Total Sale Price (excluding taxes, commissions, and fees) | Confirm Proof of Sale Enclosed |
|---|---|---|---|---|
| | | $ . | $ . | ☐ |
| | | $ . | $ . | ☐ |
| | | $ . | $ . | ☐ |
| | | $ . | $ . | ☐ |
| | | $ . | $ . | ☐ |

**4. HOLDINGS AS OF JUNE 24, 2019 –** State the total number of shares of CBL Common Stock held as of the close of trading on June 24, 2019. (Must be documented.) If none, write "zero" or "0."

| | | | | | |
|---|---|---|---|---|---|

Confirm
Proof of
Position
Enclosed

☐

**IF YOU REQUIRE ADDITIONAL SPACE FOR THE SCHEDULE ABOVE, ATTACH EXTRA SCHEDULES IN THE SAME FORMAT. PRINT THE BENEFICIAL OWNER'S FULL NAME AND LAST FOUR DIGITS OF SOCIAL SECURITY/TAXPAYER IDENTIFICATION NUMBER ON EACH ADDITIONAL PAGE. IF YOU DO ATTACH EXTRA SCHEDULES, CHECK THIS BOX.**

☐

## PREFERRED STOCK – SERIES D 7.375%

| | |
|---|---|
| **1. HOLDINGS AS OF JULY 29, 2014** – State the total number of shares of CBL Preferred Stock - Series D 7.375% held as of the opening of trading on July 29, 2014. (Must be documented.) If none, write "zero" or "0." | Confirm Proof of Position Enclosed ☐ |

**2. PURCHASES/ACQUISITIONS FROM JULY 29, 2014 THROUGH JUNE 24, 2019, INCLUSIVE** – Separately list each and every purchase/acquisition (including free receipts) of CBL Preferred Stock - Series D 7.375% from after the opening of trading on July 29, 2014 through and including the close of trading on June 24, 2019. (Must be documented.)

| Date of Purchase/Acquisition (List Chronologically) (MMDDYYYY) | Number of Shares Purchased/ Acquired | Purchase/Acquisition Price Per Share | Total Purchase/Acquisition Price (excluding taxes, commissions, and fees) | Confirm Proof of |
|---|---|---|---|---|
| | | $  .  | $  .  | ☐ |
| | | $  .  | $  .  | ☐ |
| | | $  .  | $  .  | ☐ |
| | | $  .  | $  .  | ☐ |
| | | $  .  | $  .  | ☐ |

**3. SALES FROM JULY 29, 2014 THROUGH JUNE 24, 2019, INCLUSIVE** – Separately list each and every sale/disposition (including free deliveries) of CBL Preferred Stock - Series D 7.375% from after the opening of trading on July 29, 2014 through and including the close of trading on June 24, 2019. (Must be documented.)

**IF NONE, CHECK HERE** ☐

| Date of Sale (List Chronologically) (MMDDYYYY) | Number of Shares Sold | Sale Price Per Share | Total Sale Price (excluding taxes, commissions, and fees) | Confirm Proof of Sale Enclosed |
|---|---|---|---|---|
| | | $  .  | $  .  | ☐ |
| | | $  .  | $  .  | ☐ |
| | | $  .  | $  .  | ☐ |
| | | $  .  | $  .  | ☐ |
| | | $  .  | $  .  | ☐ |

**4. HOLDINGS AS OF JUNE 24, 2019** – State the total number of shares of CBL Preferred Stock- Series D 7.375% held as of the close of trading on June 24, 2019. (Must be documented.) If none, write "zero" or "0."

| | | | | | |
|---|---|---|---|---|---|

Confirm Proof of Position Enclosed

☐

**IF YOU REQUIRE ADDITIONAL SPACE FOR THE SCHEDULE ABOVE, ATTACH EXTRA SCHEDULES IN THE SAME FORMAT. PRINT THE BENEFICIAL OWNER'S FULL NAME AND LAST FOUR DIGITS OF SOCIAL SECURITY/TAXPAYER IDENTIFICATION NUMBER ON EACH ADDITIONAL PAGE. IF YOU DO ATTACH EXTRA SCHEDULES, CHECK THIS BOX.**

☐

## PREFERRED STOCK – SERIES E 6.625%

<table>
<tr><td colspan="4"><strong>1. HOLDINGS AS OF JULY 29, 2014</strong> – State the total number of shares of CBL Preferred Stock - Series E 6.625% held as of the opening of trading on July 29, 2014. (Must be documented.) If none, write "zero" or "0."<br><br>☐☐☐☐☐☐</td><td>Confirm Proof of Position Enclosed<br><br>☐</td></tr>
</table>

**2. PURCHASES/ACQUISITIONS FROM JULY 29, 2014 THROUGH JUNE 24, 2019, INCLUSIVE** – Separately list each and every purchase/acquisition (including free receipts) of CBL Preferred Stock - Series E 6.625% from after the opening of trading on July 29, 2014 through and including the close of trading on June 24, 2019. (Must be documented.)

| Date of Purchase/Acquisition (List Chronologically) (MMDDYYYY) | Number of Shares Purchased/ Acquired | Purchase/Acquisition Price Per Share | Total Purchase/Acquisition Price (excluding taxes, commissions, and fees) | Confirm Proof of |
|---|---|---|---|---|
| | | $ . | $ . | ☐ |
| | | $ . | $ . | ☐ |
| | | $ . | $ . | ☐ |
| | | $ . | $ . | ☐ |
| | | $ . | $ . | ☐ |

**3. SALES FROM JULY 29, 2014 THROUGH JUNE 24, 2019, INCLUSIVE** – Separately list each and every sale/disposition (including free deliveries) of CBL Preferred Stock - Series E 6.625% from after the opening of trading on July 29, 2014 through and including the close of trading on June 24, 2019. (Must be documented.)

**IF NONE, CHECK HERE** ☐

| Date of Sale (List Chronologically) (MMDDYYYY) | Number of Shares Sold | Sale Price Per Share | Total Sale Price (excluding taxes, commissions, and fees) | Confirm Proof of Sale Enclosed |
|---|---|---|---|---|
| | | $ . | $ . | ☐ |
| | | $ . | $ . | ☐ |
| | | $ . | $ . | ☐ |
| | | $ . | $ . | ☐ |
| | | $ . | $ . | ☐ |

**4. HOLDINGS AS OF JUNE 24, 2019** – State the total number of shares of CBL Preferred Stock - Series E 6.625% held as of the close of trading on June 24, 2019. (Must be documented.) If none, write "zero" or "0."

Confirm Proof of Position Enclosed ☐

IF YOU REQUIRE ADDITIONAL SPACE FOR THE SCHEDULE ABOVE, ATTACH EXTRA SCHEDULES IN THE SAME FORMAT. PRINT THE BENEFICIAL OWNER'S FULL NAME AND LAST FOUR DIGITS OF SOCIAL SECURITY/TAXPAYER IDENTIFICATION NUMBER ON EACH ADDITIONAL PAGE. IF YOU DO ATTACH EXTRA SCHEDULES, CHECK THIS BOX.

☐

## 5.25% – 2023 CBL SENIOR NOTES

<table>
<tr><td colspan="2"><b>1. HOLDINGS AS OF JULY 29, 2014</b> – State the total number of 5.25% – 2023 CBL Senior Notes held as of the opening of trading on July 29, 2014. (Must be documented.) If none, write "zero" or "0."<br><br>☐☐☐☐☐☐</td><td>Confirm Proof of Position Enclosed<br><br>☐</td></tr>
</table>

**2. PURCHASES/ACQUISITIONS FROM JULY 29, 2014 THROUGH JUNE 24, 2019, INCLUSIVE** – Separately list each and every purchase/acquisition (including free receipts) of 5.25% – 2023 CBL Senior Notes from after the opening of trading on July 29, 2014 through and including the close of trading on June 24, 2019. (Must be documented.)

| Date of Purchase/Acquisition (List Chronologically) (MMDDYYYY) | Face Value of Notes Purchased/ Acquired | Purchase/Acquisition Price Per $1,000 Face Value | Total Purchase/Acquisition Price (excluding taxes, commissions, and fees) | Confirm Proof of Purchase/ |
|---|---|---|---|---|
| ☐☐☐☐☐☐☐☐ | ☐☐☐☐☐☐ | $ ☐☐☐☐☐ . ☐☐ | $ ☐☐☐☐☐☐ . ☐☐ | ☐ |
| ☐☐☐☐☐☐☐☐ | ☐☐☐☐☐☐ | $ ☐☐☐☐☐ . ☐☐ | $ ☐☐☐☐☐☐ . ☐☐ | ☐ |
| ☐☐☐☐☐☐☐☐ | ☐☐☐☐☐☐ | $ ☐☐☐☐☐ . ☐☐ | $ ☐☐☐☐☐☐ . ☐☐ | ☐ |
| ☐☐☐☐☐☐☐☐ | ☐☐☐☐☐☐ | $ ☐☐☐☐☐ . ☐☐ | $ ☐☐☐☐☐☐ . ☐☐ | ☐ |
| ☐☐☐☐☐☐☐☐ | ☐☐☐☐☐☐ | $ ☐☐☐☐☐ . ☐☐ | $ ☐☐☐☐☐☐ . ☐☐ | ☐ |

**3. SALES FROM JULY 29, 2014 THROUGH JUNE 24, 2019, INCLUSIVE** – Separately list each and every sale/disposition (including free deliveries) of CBL Preferred Stock - Series E 6.625% from after the opening of trading on July 29, 2014 through and including the close of trading on June 24, 2019. (Must be documented.)

**IF NONE, CHECK HERE** ☐

| Date of Sale (List Chronologically) (MMDDYYYY) | Face Value of Notes Sold | Sale Price Per $1,000 Face Value | Total Sale Price (excluding taxes, commissions, and fees) | Confirm Proof of Sale Enclosed |
|---|---|---|---|---|
| ☐☐☐☐☐☐☐☐ | ☐☐☐☐☐☐ | $ ☐☐☐☐☐ . ☐☐ | $ ☐☐☐☐☐☐ . ☐☐ | ☐ |
| ☐☐☐☐☐☐☐☐ | ☐☐☐☐☐☐ | $ ☐☐☐☐☐ . ☐☐ | $ ☐☐☐☐☐☐ . ☐☐ | ☐ |
| ☐☐☐☐☐☐☐☐ | ☐☐☐☐☐☐ | $ ☐☐☐☐☐ . ☐☐ | $ ☐☐☐☐☐☐ . ☐☐ | ☐ |
| ☐☐☐☐☐☐☐☐ | ☐☐☐☐☐☐ | $ ☐☐☐☐☐ . ☐☐ | $ ☐☐☐☐☐☐ . ☐☐ | ☐ |
| ☐☐☐☐☐☐☐☐ | ☐☐☐☐☐☐ | $ ☐☐☐☐☐ . ☐☐ | $ ☐☐☐☐☐☐ . ☐☐ | ☐ |

010-CA40064817<br>AI67310 v.03

**4. HOLDINGS AS OF JUNE 24, 2019 –** State the total face value of 5.25% – 2023 CBL Senior Notes held as of the close of trading on June 24, 2019. (Must be documented.) If none, write "zero" or "0."

| | | | | | |
|---|---|---|---|---|---|

Confirm Proof of Position Enclosed ☐

**IF YOU REQUIRE ADDITIONAL SPACE FOR THE SCHEDULE ABOVE, ATTACH EXTRA SCHEDULES IN THE SAME FORMAT. PRINT THE BENEFICIAL OWNER'S FULL NAME AND LAST FOUR DIGITS OF SOCIAL SECURITY/TAXPAYER IDENTIFICATION NUMBER ON EACH ADDITIONAL PAGE. IF YOU DO ATTACH EXTRA SCHEDULES, CHECK THIS BOX.**

☐

## 4.60% – 2024 CBL SENIOR NOTES

| **1. HOLDINGS AS OF JULY 29, 2014** – State the total number of 4.60% – 2024 CBL Senior Notes held as of the opening of trading on July 29, 2014. (Must be documented.) If none, write "zero" or "0." | Confirm Proof of Position Enclosed ☐ |
|---|---|

**2. PURCHASES/ACQUISITIONS FROM JULY 29, 2014 THROUGH JUNE 24, 2019, INCLUSIVE** – Separately list each and every purchase/acquisition (including free receipts) of 4.60% – 2024 CBL Senior Notes from after the opening of trading on July 29, 2014 through and including the close of trading on June 24, 2019. (Must be documented.)

| Date of Purchase/Acquisition (List Chronologically) (MMDDYYYY) | Face Value of Notes Purchased/ Acquired | Purchase/Acquisition Price Per $1,000 Face Value | Total Purchase/Acquisition Price (excluding taxes, commissions, and fees) | Confirm Proof of Purchase/ Acquisition Enclosed |
|---|---|---|---|---|
| | | $ . | $ . | ☐ |
| | | $ . | $ . | ☐ |
| | | $ . | $ . | ☐ |
| | | $ . | $ . | ☐ |
| | | $ . | $ . | ☐ |

**3. SALES FROM JULY 29, 2014 THROUGH JUNE 24, 2019, INCLUSIVE** – Separately list each and every sale/disposition (including free deliveries) of 4.60% – 2024 CBL Senior Notes from after the opening of trading on July 29, 2014 through and including the close of trading on June 24, 2019. (Must be documented.)

**IF NONE, CHECK HERE** ☐

| Date of Sale (List Chronologically) (MMDDYYYY) | Face Value of Notes Sold | Sale Price Per $1,000 Face Value | Total Sale Price (excluding taxes, commissions, and fees) | Confirm Proof of Sale Enclosed |
|---|---|---|---|---|
| | | $ . | $ . | ☐ |
| | | $ . | $ . | ☐ |
| | | $ . | $ . | ☐ |
| | | $ . | $ . | ☐ |
| | | $ . | $ . | ☐ |

<table>
<tr><td>

**4. HOLDINGS AS OF JUNE 24, 2019 – State the total face value of 4.60%** – 2024 CBL Senior Notes held as of the close of trading on June 24, 2019. (Must be documented.) If none, write "zero" or "0."

| | | | | | |
|---|---|---|---|---|---|

</td><td>

Confirm Proof of Position Enclosed

☐

</td></tr>
</table>

**IF YOU REQUIRE ADDITIONAL SPACE FOR THE SCHEDULE ABOVE, ATTACH EXTRA SCHEDULES IN THE SAME FORMAT. PRINT THE BENEFICIAL OWNER'S FULL NAME AND LAST FOUR DIGITS OF SOCIAL SECURITY/TAXPAYER IDENTIFICATION NUMBER ON EACH ADDITIONAL PAGE. IF YOU DO ATTACH EXTRA SCHEDULES, CHECK THIS BOX.**

☐

Case 1:19-cv-00181-JRG-CHS    Document 221-1    Filed 07/24/23    Page 40 of 52
PageID #: 5173

**5.95% – 2026 CBL SENIOR NOTES**

| **1. HOLDINGS AS OF JULY 29, 2014 –** State the total number of 5.95% – 2026 CBL Senior Notes held as of the opening of trading on July 29, 2014. (Must be documented.) If none, write "zero" or "0." | Confirm Proof of Position Enclosed |
|---|---|
| ☐☐☐☐☐☐ | ☐ |

**2. PURCHASES/ACQUISITIONS FROM JULY 29, 2014 THROUGH JUNE 24, 2019, INCLUSIVE –** Separately list each and every purchase/acquisition (including free receipts) of 5.95% – 2026 CBL Senior Notes from after the opening of trading on July 29, 2014 through and including the close of trading on June 24, 2019. (Must be documented.)

| Date of Purchase/ Acquisition (List Chronologically) (MMDDYYYY) | Face Value of Notes Purchased/ Acquired | Purchase/Acquisition Price Per $1,000 Face Value | Total Purchase/Acquisition Price (excluding taxes, commissions, and fees) | Confirm Proof of Purchase/ Acquisition Enclosed |
|---|---|---|---|---|
| | | $ _ _ _ _ . _ _ | $ _ _ _ _ _ . _ _ | ☐ |
| | | $ _ _ _ _ . _ _ | $ _ _ _ _ _ . _ _ | ☐ |
| | | $ _ _ _ _ . _ _ | $ _ _ _ _ _ . _ _ | ☐ |
| | | $ _ _ _ _ . _ _ | $ _ _ _ _ _ . _ _ | ☐ |
| | | $ _ _ _ _ . _ _ | $ _ _ _ _ _ . _ _ | ☐ |

**3. SALES FROM JULY 29, 2014 THROUGH JUNE 24, 2019, INCLUSIVE –** Separately list each and every sale/disposition (including free deliveries) of 5.95% – 2026 CBL Senior Notes from after the opening of trading on July 29, 2014 through and including the close of trading on June 24, 2019. (Must be documented.)

**IF NONE, CHECK HERE** ☐

| Date of Sale (List Chronologically) (MMDDYYYY) | Face Value of Notes Sold | Purchase/Acquisition Price Per $1,000 Face Value | Total Sale Price (excluding taxes, commissions, and fees) | Confirm Proof of Sale Enclosed |
|---|---|---|---|---|
| | | $ _ _ _ _ . _ _ | $ _ _ _ _ _ . _ _ | ☐ |
| | | $ _ _ _ _ . _ _ | $ _ _ _ _ _ . _ _ | ☐ |
| | | $ _ _ _ _ . _ _ | $ _ _ _ _ _ . _ _ | ☐ |
| | | $ _ _ _ _ . _ _ | $ _ _ _ _ _ . _ _ | ☐ |
| | | $ _ _ _ _ . _ _ | $ _ _ _ _ _ . _ _ | ☐ |

**4. HOLDINGS AS OF JUNE 24, 2019** – State the total face value of 5.95% – 2026 CBL Senior Notes held as of the close of trading on June 24, 2019. (Must be documented.) If none, write "zero" or "0."

Confirm Proof of Position Enclosed

☐

**IF YOU REQUIRE ADDITIONAL SPACE FOR THE SCHEDULE ABOVE, ATTACH EXTRA SCHEDULES IN THE SAME FORMAT. PRINT THE BENEFICIAL OWNER'S FULL NAME AND LAST FOUR DIGITS OF SOCIAL SECURITY/TAXPAYER IDENTIFICATION NUMBER ON EACH ADDITIONAL PAGE. IF YOU DO ATTACH EXTRA SCHEDULES, CHECK THIS BOX.**

☐

## PART IV - RELEASE OF CLAIMS AND SIGNATURE

## SUBMISSION TO JURISDICTION OF THE COURT

By submitting this Proof of Claim and Release Form, I/we, and every Settlement Class Member I/we represent, submit to the jurisdiction of the United States District Court for the Eastern District of Tennessee for purposes of this Action and the Settlement of the Action, as reflected in the Stipulation of Settlement (the "Settlement"). I/We further agree to be bound by the orders of the Court, agree that this Proof of Claim Form, my/our status or the status of the Settlement Class member(s) I/we represent as a Claimant and the allowable amount of this claim will be subject to review and further inquiry, and that I/we will furnish such additional documentation with respect to this Proof of Claim as may be required.

## RELEASE

By signing this Proof of Claim and Release Form, and in consideration of the establishment of the Settlement Fund, as of the Effective Date thereof, the undersigned claimant ("Claimant"), on behalf of Claimant and Claimant's predecessors, successors, parents, subsidiaries, affiliates, custodians, agents, assigns, representatives, heirs, executors, trustees, and administrators, hereby releases and forever discharges all of the "Released Plaintiffs' Claims," including "Unknown Claims," against each of the "Defendants' Releasees."

With respect to any and all Released Plaintiffs' Claims, the Claimant hereto stipulates and agrees that, upon the Effective Date, he, she or it shall expressly waive, and shall be deemed to have waived, and by operation of the Final Judgment shall have waived, any and all provisions, rights, and benefits conferred by any law of any state or territory of the United States, or principle of common law, which is similar, comparable, or equivalent to Cal. Civ. Code § 1542, which provides:

A GENERAL RELEASE DOES NOT EXTEND TO CLAIMS WHICH THE CREDITOR DOES NOT KNOW OR SUSPECT TO EXIST IN HIS OR HER FAVOR AT THE TIME OF EXECUTING THE RELEASE, WHICH IF KNOWN BY HIM OR HER, MUST HAVE MATERIALLY AFFECTED HIS OR HER SETTLEMENT WITH THE DEBTOR.

Claimant may hereafter discover facts in addition to or different from those that any of them now know or believe to be true with respect to the subject matter of the Released Plaintiffs' Claims but Claimant shall expressly have, and be deemed to have, and by operation of the Judgment shall have, fully, finally, and forever settled and released any and all Released Plaintiffs' Claims known or unknown, suspected or unsuspected, contingent or non-contingent, whether or not concealed or hidden, that now exist, or heretofore have existed upon any theory of law or equity now existing or coming into existence in the future, including, but not limited to, conduct that is negligent, reckless, intentional, with or without malice, or a breach of any duty, law or rule, without regard to the subsequent discovery or existence of such different or additional facts. Claimant acknowledges that the waivers contained in this paragraph, and the inclusion of "Unknown Claims" in the definition of Released Plaintiffs' Claims, were separately bargained for and are key elements of the Settlement.

## CERTIFICATION

By signing and submitting this Claim Form, the claimant(s) or the person(s) who represent(s) the claimant(s) agree(s) to the release above and certifies (certify) as follows:

1.   that I (we) have read and understand the contents of the Notice and this Claim Form, including the Releases provided for in the Settlement and the terms of the Plan of Allocation;

2.   that the claimant(s) is a (are) member(s) of the Settlement Class Member(s), as defined in the Notice, and is (are) not excluded by definition from the Settlement Class as set forth in the Notice;

3.   that the claimant(s) has (have) **not** submitted a request for exclusion from the Settlement Class;

4.   that I (we) own(ed) the CBL Securities identified in the Claim Form and have not assigned the claim against Defendants or any of the other Defendants' Releasees to another, or that, in signing and submitting this Claim Form, I (we) have the authority to act on behalf of the owner(s) thereof;

5.   that the claimant(s) has (have) not submitted any other claim covering the same purchases/acquisitions of CBL Securities and knows (know) of no other person having done so on the claimant's (claimants') behalf;

6.   that the claimant(s) submit(s) to the jurisdiction of the Court with respect to claimant's (claimants') claim and for purposes of enforcing the Releases set forth herein;

016-CA40064817
AI67316 v.03

7.   that I (we) agree to furnish such additional information with respect to this Claim Form as Lead Counsel, the Claims Administrator, or the Court may require;

8.   that the claimant(s) waive(s) the right to trial by jury, to the extent it exists, agree(s) to the determination by the Court of the validity or amount of this Claim and waives any right of appeal or review with respect to such determination;

9.   that I (we) acknowledge that the claimant(s) will be bound by and subject to the terms of any judgment(s) that may be entered in the Action; and

10. that the claimant(s) is (are) NOT subject to backup withholding under the provisions of Section 3406(a)(1)(C) of the Internal Revenue Code because (a) the claimant(s) is (are) exempt from backup withholding or (b) the claimant(s) has (have) not been notified by the IRS that he/she/it is subject to backup withholding as a result of a failure to report all interest or dividends or (c) the IRS has notified the claimant(s) that he/she/it is no longer subject to backup withholding. **If the IRS has notified the claimant(s) that he/she/it is subject to backup withholding, please strike out the language in the preceding sentence indicating that the claim is not subject to backup withholding in the certification above.**

UNDER THE PENALTIES OF PERJURY, I (WE) CERTIFY THAT ALL OF THE INFORMATION PROVIDED BY ME (US) ON THIS CLAIM FORM IS TRUE, CORRECT, AND COMPLETE, AND THAT THE DOCUMENTS SUBMITTED HEREWITH ARE TRUE AND CORRECT COPIES OF WHAT THEY PURPORT TO BE.

Date: ☐☐ – ☐☐ – ☐☐☐☐
　　　MM　　DD　　YYYY

Signature of claimant

Print claimant name here

Date: ☐☐ – ☐☐ – ☐☐☐☐
　　　MM　　DD　　YYYY

Signature of joint claimant, if any

Print joint claimant name here

*If the claimant is other than an individual, or is not the person completing this form, the following also must be provided:*

Date: ☐☐ – ☐☐ – ☐☐☐☐
　　　MM　　DD　　YYYY

Signature of person signing on behalf of claimant

Print name of person signing on behalf of claimant here

Capacity of person signing on behalf of claimant, if other than an individual, *e.g.*, executor, president, trustee, custodian, etc. (Must provide evidence of authority to act on behalf of claimant – *see* #4 on page 16 of this Claim Form.)

**REMINDER CHECKLIST**

1.    Sign the above release and certification.

2.    Attach only **copies** of acceptable supporting documentation. Do not send originals, as these documents will not be returned to you.

3.    Do not highlight any portion of the Claim Form or any supporting documents.

4.    Keep copies of the completed Claim Form and documentation for your own records.

5.    The Claims Administrator will acknowledge receipt of your Claim Form by mail, within 60 days. Your claim is not deemed filed until you receive an acknowledgement postcard. **If you do not receive an acknowledgement postcard within 60 days, please call the Claims Administrator toll-free at 1-888-296-0616.**

6.    If your address changes in the future, or if this Claim Form was sent to an old or incorrect address, you must send the Claims Administrator written notification of your new address. If you change your name, inform the Claims Administrator.

7.    If you have any questions or concerns regarding your claim, please contact the Claims Administrator at the address on page 1, by email at info@cblsecuritieslitigation.com, or by toll-free phone at 1-888-296-0616 or you may visit www.cblsecuritieslitigation.com. DO NOT call the Court, Defendants, or Defendants' Counsel with questions regarding your claim.

# EXHIBIT C

# CONFIRMATION OF PUBLICATION

**IN THE MATTER OF:** *CBL Securities Litigation*

I, Kathleen Komraus, hereby certify that

(a) I am the Media & Design Manager at Epiq Class Action & Claims Solutions, a noticing administrator, and;

(b) The Notice of which the annexed is a copy was published in the following publication on the following date:

*5.29.2023 – PR Newswire*

**X** *Kathleen Komraus*
**(Signature)**

Media & Design Manager
**(Title)**

# Abraham, Fruchter & Twersky, LLP and Pomerantz LLP Announce Proposed Settlement of Class Action Involving Purchasers of CBL & Associates Properties, Inc. Securities

NEWS PROVIDED BY
**Pomerantz LLP and Abraham, Fruchter & Twersky, LLP ➙**
29 May, 2023, 08:00 ET

GREENEVILLE, Tenn., May 29, 2023 /PRNewswire/ --

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF TENNESSEE**

**CHATTANOOGA DIVISION**

| | |
|---|---|
| IN RE CBL & ASSOCIATES PROPERTIES, INC. SECURITIES LITIGATION | Consolidated Case No. 1:19-CV-181-JRG-CHS |

**TO: ALL PERSONS AND ENTITIES THAT PURCHASED OR OTHERWISE ACQUIRED CBL & ASSOCIATES PROPERTIES, INC. COMMON STOCK, PREFERRED STOCK, AND/OR CERTAIN CBL SENIOR NOTES DURING THE PERIOD FROM JULY 29, 2014 TO MARCH 26, 2019, BOTH DATES INCLUSIVE (THE "CLASS PERIOD").**

**PLEASE READ THIS NOTICE CAREFULLY AND IN ITS ENTIRETY. YOUR RIGHTS MAY BE AFFECTED BY PROCEEDINGS IN THIS ACTION.**

**YOU ARE HEREBY NOTIFIED,** pursuant to Rule 23 of the Federal Rules of Civil Procedure and an Order of the United States District Court for the Eastern District of Tennessee, that a hearing will be held on August 21, 2023, at 1:30 p.m., before Honorable J. Ronnie Greer, at the United States District Court for the Eastern District of Tennessee, James H. Quillen United States Courthouse, 220 West Depot Street, Greeneville, Tennessee 37743, to determine: (1) whether the settlement of the Settlement Class's claims against Defendants for $17,500,000, should be approved as fair, just, reasonable and adequate; (2) whether the proposed Plan of Allocation is fair, just,

reasonable, and adequate; (3) whether the application of Lead Counsel for an award of attorneys' fees and expenses should be approved; (4) whether the Plaintiffs should be granted a compensatory award; and (5) whether the Action should be dismissed with prejudice as set forth in the Stipulation filed with the Court.

If you purchased or acquired CBL & Associates Properties, Inc. securities (*i.e.*, common stock, preferred stock, or senior notes) between July 29, 2014 and March 26, 2019, your rights may be affected by the Settlement of this Action. If you have not received a detailed Notice of Proposed Settlement of Class Action, Motion for Attorneys' Fees and Expenses, and Final Approval of Hearing, you may obtain copies by contacting the Claims Administrator in writing or email at: *CBL Securities Litigation,* c/o Epiq Class Action & Claims Solutions, Inc., P.O. Box 2438, Portland, OR 97208-2438; Telephone: 1-888-296-0616; email: info@cblsecuritieslitigation.com or www.cblsecuritieslitigation.com.

If you are a member of the Settlement Class and wish to share in the Settlement money, you must submit a Proof of Claim no later than **August 14, 2023** establishing that you are entitled to recovery. As further described in the Notice, you will be bound by any judgment entered in the Action, regardless of whether you submit a Proof of Claim, unless you exclude yourself from the Settlement Class, in accordance with the procedures set forth in the Notice, by no later than **July 31, 2023**. Any objections to the Settlement, Plan of Allocation or attorney's fees and expenses must be filed and served, in accordance with the procedures set forth in the Notice, no later than **July 31, 2023**.

Inquiries, other than requests for the Notice, may be made to Lead Counsel: Michael J. Wernke, Pomerantz LLP, 600 Third Avenue, New York, New York 10016, mjwernke@pomlaw.com or Jeffrey S. Abraham or Michael J. Klein, Abraham, Fruchter & Twersky, LLP, 450 Seventh Avenue, 38th Floor, New York, New York, 10123, jabraham@aftlaw.com, mklein@aftlaw.com.

**INQUIRIES <u>SHOULD NOT</u> BE DIRECTED TO THE COURT,**
**THE CLERK'S OFFICE, THE DEFENDANTS, OR DEFENDANTS' COUNSEL.**

DATED: May 29, 2023

BY ORDER OF THE COURT

United States District Court for the Eastern District of Tennessee

URL// www.cblsecuritieslitigation.com

SOURCE Pomerantz LLP and Abraham, Fruchter & Twersky, LLP

# EXHIBIT D

Case 1:19-cv-00181-JRG-CHS     Document 221-1     Filed 07/24/23     Page 50 of 52
PageID #: 5183

July 8th 2023

To whom It May concern

I Brandon Lee John Bunch

of ████████████ would not like to participate in the Class action law suit against "CBL & Associates Properties" at this time while I did purchase shares during the time frame indicated in your letter. I do not remember how many shares I owned or what I purchased them at.

Sincerely,

Brandon Bunch

Brandon Bunch



CBL Securities Litigation Inc.
P.O. Box 2438
Portland, OR
97208-2438