# EXHIBIT 4

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**CHATTANOOGA DIVISION**

|  |  |  |
|---|---|---|
| IN RE CBL & ASSOCIATES PROPERTIES, INC. SECURITIES LITIGATION | ) ) ) ) | Consolidated Case No. 1:19-CV-181-JRG-CHS |

**DECLARATION OF JOHN W. CHANDLER, JR. IN SUPPORT OF MOTION FOR APPROVAL OF ATTORNEYS' FEES AND EXPENSES**

I, John W. Chandler, Jr., hereby declare as follows:

1. I am a partner at The Hamilton Firm located in Chattanooga, Tennessee. I submit this declaration in support of Local Counsel's application for an award of attorneys' fees, as well as for reimbursement of expenses incurred by my firm in connection with services I rendered in the above-captioned class action (the "Action"). At the request of Lead Counsel in this Action, Jeffrey S. Abraham, I agreed to serve as Local Counsel. As Local Counsel, I handled several administrative duties, including; but not limited to, reviewing and approving many of the initial pleadings filed in this cause; assisting Lead Counsel file a Petition to be admitted Pro Hac Vice in this cause; reviewing and making suggested changes to numerous pleadings filed in this matter; communicating by email and telephone with Lead Counsel and other attorneys, who were Local Counsel in this cause; attending several hearings before Magistrate Judge Steger related to this cause; communicating with Defendant CBL's Local Counsel Scott Shaw regarding various matters related to this litigation; communicating by telephone on several occasions with CBL's Local Counsel Scott Shaw with law clerks of both Magistrate Judge Steger and United States District Judge Ronnie Greer regarding scheduling and other matters; and numerous pleadings via PACER in this case.

2. The information in this declaration regarding my time working on this Action, included in the schedule attached hereto as Exhibit 1, was prepared by me from time records, emails, and other documents that I personally regularly prepared and maintained in the ordinary course of business. Although my paralegal devoted significant time to this Action, I have not charged any time for her work on this matter. I believe that the time reflected in Exhibit No. 1 that I devoted to this litigation is reasonable in amount and was necessary for the effective and efficient prosecution and resolution of the Action.

1

3.      The total number of hours I expended on this Action was 98.6. Although I do not ordinarily bill my time by the hour, I believe that charging an hourly rate of $500.00 per hour for my work in this Action is reasonable based upon my years of practicing law and also is in line with or less than the amount I would receive for comparable work in a contingency fee case that I routinely handle.

4.      As is detailed in Exhibit No. 2, my firm has incurred a total of $1,505.19 in unreimbursed expenses in connection with my involvement with this Action. Those expenses are determined from the bills and other documents showing same that have been paid by my firm.

5.      My experience and work as an attorney from the date of my graduation from the University of Tennessee College of Law in 1978 through the present date are set forth on the documents attached hereto as Exhibit No. 3.

I declare under penalty of perjury pursuant to the laws of the United States of America that the foregoing is true and correct.

Executed this 24th day of July, 2023.

Respectfully Submitted,


_____ */s/ John W. Chandler, Jr.* _____
JOHN W. CHANDLER, JR.

2

# EXHBIIT 1

*In re CBL & Associates Properties, Inc.*

## JOHN W. CHANDLER, JR. TIME REPORT
## From July 8, 2019 through April 24, 2023

| Timekeeper | Hours For Period | Rate | Total Fees |
|---|---|---|---|
| John W. Chandler, Jr. | 98.6 | $500.00 | $49,300.00 |

3

# EXHIBIT 2

*In re CBL & Associates Properties, Inc.*

## THE HAMILTON FIRM EXPENSE REPORT

| DISBURSEMENT | TOTAL |
|---|---|
| Court Costs | 580.00 |
| Court Reporter Fees | $529.55 |
| Travel Costs | $395.64 |
| **TOTAL** | **$1505.19** |

4

# EXHIBIT 3

*In re CBL & Associates Properties, Inc.*

## JOHN W. CHANDLER, JR.'S BIOGRAPHY

5

# John W. Chandler, Jr.

Attorney

During his 40+ years as a trial lawyer, John W. Chandler, Jr. has tried well over 100 jury cases to verdict in State and Federal Courts throughout Tennessee, Mississippi, and Arkansas. He has obtained numerous jury verdicts and settlements for clients of $1.0 Million or more in the following areas of legal practice: tractor-trailer litigation, railroad crossing litigation, products liability litigation, medical malpractice litigation, and §1983 Civil Rights litigation. During the past several years, Mr. Chandler has focused his practice primarily on representing clients in serious injury and death cases resulting from tractor-trailer wrecks.

Mr. Chandler has been licensed to practice law in the State of Tennessee since 1978 and is admitted to practice in all State and Federal Courts in Tennessee, all U.S. District Courts in Arkansas and Mississippi, and the U.S. Sixth and Eighth Circuit Courts of Appeal. He is an active member of several State and National trial lawyers' organizations, including the American Association for Justice (AAJ) where he served as the Chair of the Railroad Section (2000-2001), The Academy of Truck Accident Attorneys (ATAA), and the Tennessee Trial Lawyers' Association (TTLA). Mr. Chandler has lectured and made presentations to other lawyers on the handling of automobile accident, truck accident, and railroad accident lawsuits.

Mr. Chandler has been **"AV Preeminent Peer Review 5.0 out of 5.0"** rated by Martindale-Hubbell, the leading peer based lawyer rating service for the last 24 years or since 1994, "AV® Preeminent™ and BV® Distinguished™ are certification marks of Reed Elsevier Properties Inc., used in accordance with the Martindale-Hubbell certification procedures, standards, and policies." He also has been a member of the Million Dollar Advocates Forum since 1985, has been listed in Best Lawyers of America, and has been recognized in Who's Who in American Law.

Case 1:19-cv-00181-JRG-CHS     Document 221-4     Filed 07/24/23     Page 8 of 9 PageID #: 5276

# Employment

The Hamilton Firm
Chattanooga, TN (May 2018-Present)

See profile published in Hamilton County Herald.

Law Office of Morgan Adams / Truck Wreck Justice, PLLC
Chattanooga, TN   (October 2008 – May 2018)

During his approximately 10 year tenure with Morgan Adams, Mr. Chandler devoted 100% of his practice to representing Plaintiffs in cases filed in State and Federal Courts throughout the State of Tennessee.  He primarily handled tractor-trailer wreck cases involving catastrophic injury or death.

Solo Practice
Chattanooga, Tennessee  (January 2001 – October 2008)

Along with his wife, Pamela O'Dwyer, Mr. Chandler handled numerous railroad grade crossing cases in State and Federal Courts throughout  Tennessee, Arkansas, and Mississippi. Ms. O'Dwyer and Mr. Chandler obtained several jury verdicts and settlements in excess of $1.0 million, including a $1.4 Million jury verdict in the case of *Shanklin v. Norfolk Southern Ry. Co.* 369 F3d 978 (6th Cir. 2004).

Burch, Porter & Johnson, PLLC, Memphis, Tennessee
Partner (September 1984 – January 2001)
Associate (September 1978 – August 1984)

After graduating from law school, Mr. Chandler was employed at the Memphis firm of Burch, Porter & Johnson, PLLC where he handled a wide variety of cases both for Defendants and for Plaintiffs. While he was still an associate, Mr. Chandler assumed primary responsibility for representing Illinois Central Railroad Company and Southern Pacific Railroad in grade crossing and FELA cases.  During his tenure at Burch Porter, he also handled numerous Plaintiff cases, including a § 1983 Civil Rights case, wherein he obtained a $1.5 Million verdict for the parents of a young Sheriff's Deputy who was recklessly shot and killed by his partner.  *See Carr v. Hicks*, Case No. 2:89-cv-03090, U.S. Dist. Ct. Western District of Tennessee.

Case 1:19-cv-00181-JRG-CHS          Document 221-4          Filed 07/24/23          Page 9 of 9
PageID #: 5277