# EXHIBIT 7

Case 1:19-cv-00181-JRG-CHS   Document 221-7   Filed 07/24/23   Page 1 of 5
PageID #: 5299

DocuSign Envelope ID: E3E54D9B-CC37-4C3B-B96E-5A0B9CAAAE45

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**CHATTANOOGA DIVISION**

| | | |
|---|---|---|
| | ) | |
| IN RE CBL & ASSOCIATES PROPERTIES, | ) | Consolidated Case No. |
| INC. SECURITIES LITIGATION | ) | 1:19-CV-181-JRG-CHS |
| | ) | |

## <u>DECLARATION OF JAY B. SCOLNICK</u>

I, Jay B. Scolnick, declare as follows:

1.      I submit this declaration to provide the Court with a description of my efforts in pursuit of this Action, and to express my support for the proposed Settlement, attorneys' fees and expenses, and my request for an award pursuant to the Private Securities Litigation Reform Act ("PSLRA").

2.      On September 10, 2019, the Court appointed me, Mark Shaner, Charles D. Hoffman, Lydia Hoffman and HoffInvestCo as lead plaintiffs in the Action.  On April 24, 2023, and for settlement purposes only, the Court appointed me, Mark Shaner, Charles D. Hoffman, HoffInvestCo and Ronald T. Amsterdam, as Class Representatives for the Settlement Class.

3.      As set forth below, I closely monitored and participated in this Action. I was kept apprised of important developments in this matter and provided input on significant case decisions and events, including in connection with negotiations regarding the Settlement and ultimately resolving this Action.

### A. <u>My Oversight Of This Action</u>

4.      I actively monitored and oversaw this Action. Specifically, throughout the course of this litigation, I engaged in the following activities:

> a. regularly communicated with my lawyers at Pomerantz LLP ("Pomerantz") concerning developments in the case as well as strategic and other aspects of this litigation;

b. requested and received regular updates on material events, such as the preparation of the complaint, my appointment as lead plaintiff, Defendants' motions (including their motion to dismiss), discovery developments, class certification matters, and discussions concerning the potential resolution of this matter;

c. communicated with my attorneys at Pomerantz concerning CBL's bankruptcy proceedings and the potential impact on this Action;

d. reviewed and discussed with counsel the preparation of various court papers, including the complaint, my motion for appointment as lead plaintiff, oppositions to Defendants' motion to dismiss, responses to discovery requests, and the class certification motion.

e. gathered documents that were responsive to document requests, and worked through production issues with my counsel concerning the scope and manner of production, as well as the issue of whether particular documents were, in fact, responsive;

f. provided information to my counsel in response to Defendants' interrogatories;

g. extensively prepared for my deposition pursuant to the motion for class certification, which involved numerous communications with counsel by email, telephone and video conferencing during the weeks and days preceding the deposition, including full days of preparation before the deposition;

h. extensively discussed with counsel the potential damages reasonably achievable in this action based on models prepared by the parties' respective experts; and

i. over the course of three separate mediation sessions, discussed, evaluated and approved the proposed Settlement for $17,500,000 in cash.

## B. <u>My Support Of The Settlement</u>

5. I fully support the proposed Settlement of this Action and believe that it is an excellent result for the Settlement Class.

6.      I take seriously my role as Class Representative to ensure that the attorneys' fees are fair in light of the result achieved for the Class and reasonably compensate Class Counsel for the work involved and the substantial risks they undertook in litigating the Action.  I evaluated Class Counsel's fee request by considering the work performed and by considering the substantial recovery obtained for the Settlement Class.

7.      Class Counsel's fee request for 20% of the Settlement Fund is made in accordance with the retainer agreement I entered into with Pomerantz at the beginning of this Action, which permitted Pomerantz to seek fees not to exceed 20% of any settlement or judgment achieved. I have discussed the requested fee and expense application with Pomerantz and I believe that Class Counsel's application for attorney's fees is fair and reasonable in light of work performed by Class Counsel on behalf of the Settlement Class, and that the request for Class Counsel's litigation expenses is fair and reasonable. Thus, I support the request.

## C. My Request for An Award Pursuant to The PSLRA

8.      I expended a total of 290 hours pursuing the claims in this Action.

9.      I spent my time in this matter on the following:

   a.      42 hours – Monitoring news of CBL and monitoring the progress of the litigation  and the efforts of counsel on behalf of the Class.

   b.      29 hours – Located and produced all documents relevant to my filing for appointment as co-Lead Plaintiff. Located and produced all documents relevant to the  motion for class certification prepared by my counsel.

   c.      9 hours – Reviewed Defendants' document requests and interrogatories served upon me and helped provide responses, including gathering relevant documents.

   d.      33 hours – Prepared for and attended my deposition.

   e.      35 hours – Reviewed drafts of filings made in this Action, including the initial and amended complaints, and briefing and orders on the motions to dismiss and class certification, and reviewed those documents once they

DocuSign Envelope ID: E3E54D9B-CC37-4C3B-B96E-5A0B9CAAAE45

were filed with the Court, discussed litigation and settlement strategies with my counsel about this Action on a regular basis, including numerous written and telephonic communications and conversations, regarding the litigation, CBL's bankruptcy proceedings.

f.    15 hours – Participated in settlement discussions and strategy with counsel and remained available throughout both mediation processes.

g.    127 hours – Engaging in discussions with counsel and my fellow Class Representative, Mark Shaner, throughout the duration of the litigation, including the pros and cons of litigation strategies, mediation, negotiation strategies, and the considerable time and effort I spent deciding whether to approve the settlement ultimately reached in this matter.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this __21__ day of July, 2023.

DocuSigned by:

*Jay B. Scolnick*

B542481A4B0C451...

JAY B. SCOLNICK