# EXHIBIT 8

Case 1:19-cv-00181-JRG-CHS     Document 221-8     Filed 07/24/23     Page 1 of 5
PageID #: 5304

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**CHATTANOOGA DIVISION**

| | |
|---|---|
| IN RE CBL & ASSOCIATES PROPERTIES, INC. SECURITIES LITIGATION | ) ) ) ) Consolidated Case No. 1:19-CV-181-JRG-CHS |

## DECLARATION OF RONALD T. AMSTERDAM

I, Ronald T. Amsterdam, declare as follows:

1.      I submit this declaration to provide the Court with a description of my efforts in pursuit of this Action, and to express my support for the proposed Settlement, attorneys' fees and expenses, and my request for an award pursuant to the Private Securities Litigation Reform Act ("PSLRA").

2.      On September 10, 2019, the Court appointed Jay B. Scolnick, Mark Shaner, Charles D. Hoffman, Lydia Hoffman and HoffInvestCo as Lead Plaintiffs in the Action. On August 18, 2022, Lead Plaintiffs made a motion for class certification requesting that they as well as myself be appointed class representatives.  On April 24, 2023, and for settlement purposes only, the Court appointed me, Jay Scolnick, Mark Shaner, Charles D. Hoffman and HoffInvestCo as Class Representatives for the Settlement Class.

3.      As set forth below, I closely monitored and participated in this Action. I was kept apprised of important developments in this matter and provided input on significant case decisions and events, including in connection with negotiations regarding the Settlement and ultimately resolving this Action.

### A. My Oversight Of This Action

4.      I actively monitored and oversaw this Action. Specifically, throughout the course of this litigation, I engaged in the following activities:

      a.   Monitored the Action and its progress prior to being proffered as a class representative;

b. regularly communicated with my lawyers at Pomerantz LLP ("Pomerantz") concerning developments in the case as well as strategic and other aspects of this litigation;

c. requested and received regular updates on material events, such as the history of the case prior to me being proffered as a class representative, discovery developments, and class certification matters;

d. communicated with my attorneys at Pomerantz concerning CBL's bankruptcy proceedings and the potential impact on this Action;

e. reviewed and discussed with counsel the preparation of various court papers, including responses to discovery requests, the class certification motion and opposition to Defendants' motion to strike me from the class certification motion.

f. gathered documents that were responsive to document requests, and worked through production issues with my counsel concerning the scope and manner of production, as well as the issue of whether particular documents were, in fact, responsive;

g. provided information to my counsel in response to Defendants' interrogatories;

h. extensively prepared for my deposition pursuant to the motion for class certification, which involved numerous communications with counsel by email, telephone and video conferencing during the weeks and days preceding the deposition, including full days of preparation before the deposition; and

i. extensively discussed with counsel the potential damages reasonably achievable in this action based on models prepared by the parties' respective experts.

## B. My Support Of The Settlement

5. I fully support the proposed Settlement of this Action and believe that it is an excellent result for the Settlement Class.

6. I take seriously my role as Class Representative to ensure that the attorneys' fees are fair in light of the result achieved for the Class and reasonably compensate Class Counsel for

the work involved and the substantial risks they undertook in litigating the Action. I evaluated Class Counsel's fee request by considering the work performed and by considering the substantial recovery obtained for the Settlement Class.

7. Class Counsel's fee request for 20% of the Settlement Fund is made in accordance with the retainer agreement I entered into with Pomerantz. I have discussed the requested fee and expense application with Pomerantz and I believe that Class Counsel's application for attorney's fees is fair and reasonable in light of work performed by Class Counsel on behalf of the Settlement Class, and that the request for Class Counsel's litigation expenses is fair and reasonable. Thus, I support the request.

## C. My Request for An Award Pursuant to The PSLRA

8. I expended a total of 75 hours pursuing the claims in this Action.

9. I spent my time in this matter on the following:

a. Monitoring news of CBL: 5 hours.

b. Reviewing initial and amended complaints, and briefing and orders on the motions to dismiss, class certification and to strike me as a class representative: 3 hours.

c. Communicating and corresponding with my counsel regarding the litigation and settlement: 17 hours.

d. Gathering and producing documents and information to my counsel in response to Defendants' document requests and interrogatories as well as the motion for class certification and Defendants' motion to strike me as a class representative: 25 hours.

e. Preparing for, traveling to and attending my deposition: 25 hours.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

{00559173;1 }

DocuSign Envelope ID: 5C6B32D9-C742-4498-91DA-0F6D5EF8A222

Executed this 21 day of July, 2023.

DocuSigned by:

*Ronald Amsterdam*

D900F5E0BD68443...

RONALD T. AMSTERDAM

{00559173;1 }