# EXHIBIT 9

Case 1:19-cv-00181-JRG-CHS    Document 221-9    Filed 07/24/23    Page 1 of 5
PageID #: 5309

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**CHATTANOOGA DIVISION**

| | | |
|---|---|---|
| | ) | |
| IN RE CBL & ASSOCIATES PROPERTIES, | ) | Consolidated Case No. |
| INC. SECURITIES LITIGATION | ) | 1:19-CV-181-JRG-CHS |
| | ) | |

**<u>DECLARATION OF CHARLES D. HOFFMAN</u>**

I, Charles D. Hoffman, individually and on behalf of HoffInvestCo, declare as follows:

1.      I submit this declaration to provide the Court with a description of my efforts in pursuit of this Action, and to express my support for the proposed Settlement, attorneys' fees and expenses, and my request for an award pursuant to the Private Securities Litigation Reform Act ("PSLRA").

2.      On September 10, 2019, the Court appointed me, Jay B. Scolnick, Charles D. Hoffman, Lydia Hoffman and HoffInvestCo as lead plaintiffs in the Action.  On April 24, 2023, and for settlement purposes only, the Court appointed me, Jay B. Scolnick, Charles D. Hoffman, HoffInvestCo and Ronald T. Amsterdam, as Class Representatives for the Settlement Class.

3.      As set forth below, I closely monitored and participated in this Action. I was kept apprised of important developments in this matter and provided input on significant case decisions and events, including in connection with negotiations regarding the Settlement and ultimately resolving this Action.

## A. <u>My Oversight Of This Action</u>

4.      I actively monitored and oversaw this Action. Specifically, throughout the course of this litigation, I engaged in the following activities:

a.  regularly communicated with my lawyers at Abraham, Fruchter & Twersky, LLP ("AF&T") concerning developments in the case as well as strategic and other aspects of this litigation;

b.  requested and received regular updates on material events, such as the preparation of the complaint, my appointment as lead plaintiff, Defendants' motions (including their motion to dismiss), discovery developments, class certification matters, and discussions concerning the potential resolution of this matter;

c.  communicated with my attorneys at AF&T concerning CBL's bankruptcy proceedings and the potential impact on this Action;

d.  reviewed and discussed with counsel the preparation of various court papers, including the complaint, my motion for appointment as lead plaintiff, oppositions to Defendants' motion to dismiss, responses to discovery requests, and the class certification motion.

e.  gathered documents that were responsive to document requests, and worked through production issues with my counsel concerning the scope and manner of production, as well as the issue of whether particular documents were, in fact, responsive;

f.  provided information to my counsel in response to Defendants' interrogatories;

g.  extensively prepared for my deposition pursuant to the motion for class certification, which involved numerous communications with counsel by email, telephone and video conferencing during the weeks and days preceding the deposition, including full days of preparation before the deposition;

h. extensively discussed with counsel the potential damages reasonably achievable in this action based on models prepared by the parties' respective experts; and

i. over the course of three separate mediation sessions, discussed, evaluated and approved the proposed Settlement for $17,500,000 in cash.

## B. My Support Of The Settlement

5. I fully support the proposed Settlement of this Action and believe that it is an excellent result for the Settlement Class.

6. I take seriously my role as Class Representative to ensure that the attorneys' fees are fair in light of the result achieved for the Class and reasonably compensate Class Counsel for the work involved and the substantial risks they undertook in litigating the Action. I evaluated Class Counsel's fee request by considering the work performed and by considering the substantial recovery obtained for the Settlement Class.

7. Class Counsel's fee request for 20% of the Settlement Fund is made in accordance with a retainer agreement entered into at the beginning of this Action. I have discussed the requested fee and expense application with AF&T and I believe that Class Counsel's application for attorney's fees is fair and reasonable in light of work performed by Class Counsel on behalf of the Settlement Class, and that the request for Class Counsel's litigation expenses is fair and reasonable. Thus, I support the request.

## C. My Request for An Award Pursuant to The PSLRA

8. I expended a total of 72 hours pursuing the claims in this Action. I am a recently retired attorney and CPA and I regularly charged $500 per hour for my time during the Class Period. I continue to charge the same rate for matters that I am still concluding.

9. I spent my time in this matter on the following:

a. Reviewing initial and amended complaints and briefing and orders on the motions to dismiss and class certification: 16 hours.

b. Communicating and corresponding with my counsel regarding the litigation, CBL's bankruptcy proceedings, and settlement: 6 hours.

c. Gathering and producing documents and information to my counsel in response to Defendants' document requests and interrogatories: 19 hours.

d. Monitoring news of CBL: 15 hours.

e. Preparing for and attending my deposition: 16 hours.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this _23__ day of July, 2023.

_____*Charles D. Hoffman*_____
_____
CHARLES D. HOFFMAN