UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

IN RE CBL & ASSOCIATES PROPERTIES,    )    Consolidated Case No.
INC. SECURITIES LITIGATION            )    1:19-CV-00181-JRG-CHS

## <u>ORDER</u>

On April 24, 2023, the Court, in its Order Preliminarily Approving Settlement and Providing for Notice [Doc. 215], approved a procedure by which any member of the Settlement Class could request exclusion, in writing, from the Settlement Class, [*id.* at 10–12]. The Court has received ten requests for exclusion from the following individuals: Brandon Bunch, Dorado Ridgell, Harriet W. Wildermuth, John P. English, Matthew Raisch, Richard A. Rumley, Bruce Budovec, Michael and Judith Hahn, James Brigham, and Jose Ayala. [Suppl. Decl. of Susanna Webb, Doc. 223, Ex. A, at 4–27]. Each of these requests is either invalid or untimely, *see* [Order Preliminarily Approving Settlement at 10–11 (setting out the procedure and the deadline for exclusion)], and the Court therefore **ORDERS** as follows:

1. Brandon Bunch, Dorado Ridgell, Harriet W. Wildermuth, John P. English, Matthew Raisch, Richard A. Rumley, Bruce Budovec, Michael and Judith Hahn, James Brigham, and Jose Ayala **SHALL** be deemed to have waived their rights to be excluded from the Settlement Class;

2. Brandon Bunch, Dorado Ridgell, Harriet W. Wildermuth, John P. English, Matthew Raisch, Richard A. Rumley, Bruce Budovec, Michael and Judith Hahn, James Brigham, and Jose Ayala **SHALL** be forever barred from requesting exclusion from the Settlement Class in this or any other proceeding;

3.  Brandon Bunch, Dorado Ridgell, Harriet W. Wildermuth, John P. English, Matthew Raisch, Richard A. Rumley, Bruce Budovec, Michael and Judith Hahn, James Brigham, and Jose Ayala **SHALL** be bound by the provisions of the Stipulation and Settlement and all proceedings, determinations, orders, and judgments in this action, including, but not limited to, the judgment and the releases provided for therein; and

4.  Brandon Bunch, Dorado Ridgell, Harriet W. Wildermuth, John P. English, Matthew Raisch, Richard A. Rumley, Bruce Budovec, Michael and Judith Hahn, James Brigham, and Jose Ayala **SHALL** be barred from commencing, instituting, maintaining, prosecuting, or continuing to prosecute any or all of the Released Plaintiffs' claims against any of the Defendants' Releasees, as more fully described in the Stipulation and Notice.

So ordered.

ENTER:

s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE
