UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| IN RE CBL & ASSOCIATES PROPERTIES, | ) | Consolidated Case No. |
| INC. SECURITIES LITIGATION | ) | 1:19-CV-00181-JRG-CHS |

## <u>ORDER</u>

This matter is before the Court on Plaintiffs' Unopposed Motion for Award of Attorneys' Fees, Reimbursement of Expenses, and Compensatory Award to Class Representatives [Doc. 219]. On August 21, 2023, the Court held a hearing at which it heard from the parties about the fairness and reasonableness of Plaintiffs' counsel's unopposed request for fees, expenses, and a compensatory award. *See* Fed. R. Civ. P. 23(h) (providing that courts in certified class actions "may award reasonable attorney's fees and nontaxable costs that are authorized by law or by the parties' agreement"). Counsel's request for twenty percent of the settlement fund, or $3,500,000, equates to a lodestar multiplier of 1.1, which is below the range of multipliers that courts commonly award in class-action securities suits and other complex litigation. Counsel's requested fee, in relation to the settlement, is therefore fair and reasonable. In addition, counsel's requests for expenses totaling $789,986.47 and for a compensatory award totaling $143,000 are likewise fair and reasonable because they are the type of expenses that attorneys typically bill in similar litigation and were necessary to achieve the benefit of the class. Plaintiffs' Unopposed Motion for Award of Attorneys' Fees, Reimbursement of Expenses, and Compensatory Award to Class Representatives [Doc. 219] is therefore **GRANTED**.

So ordered.

ENTER:

s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE