|  |  |
|---|---|
| IN RE CBL & ASSOCIATES PROPERTIES, INC. SECURITIES LITIGATION | Consolidated Case No. 1:19-CV-181-JRG-CHS |

## LEAD PLAINTIFFS' UNOPPOSED MOTION
## FOR AUTHORIZATION TO DISTRIBUTE NET SETTLEMENT FUND

PLEASE TAKE NOTICE that, upon the accompanying Declaration of Susanna Webb in Support of Lead Plaintiffs' Motion for Authorization to Distribute Net Settlement Fund (the "Webb Declaration"), which is being submitted on behalf of the Court-approved Claims Administrator, Epiq Class Action & Claims Solutions, Inc. ("Epiq" or the "Claims Administrator"), and the Memorandum in Support of Lead Plaintiffs' Motion for Authorization to Distribute Net Settlement Fund, Lead Plaintiffs Jay B. Scolnick, Mark Shaner, Charles D. Hoffman, and HoffInvestCo ("Lead Plaintiffs") will and hereby do move this Court for entry of the accompanying Proposed Order Granting Authorization to Distribute the Net Settlement Fund. That order will, inter alia: (1) approve Epiq's administrative recommendations accepting and rejecting Proofs of Claim Forms submitted in this Action; (2) direct the distribution of 95% of the Net Settlement Fund to Authorized Claimants whose Claims have been accepted as valid and approved by the Court, maintaining a reserve in order to address any tax liability and claims administration-related contingencies that may arise, with the any remainder to be distributed subsequently; (3) direct that distribution checks state "DEPOSIT PROMPTLY, VOID AND SUBJECT TO RE-DISTRIBUTION IF NOT NEGOTIATED WITHIN 90 DAYS OF ISSUE DATE"; (4) direct that Authorized Claimants will forfeit all recovery from the Settlement if they fail to deposit or cash their distribution checks in a timely manner; (5) adopt the recommended plan for any funds remaining following the distribution; (6) release claims related to the claims

administration process; and (7) provide that the Court retains jurisdiction to consider any further applications concerning the administration of the Settlement, and such other and further relief as the Court deems appropriate.

A Proposed Order Granting Authorization to Distribute the Net Settlement Fund is filed concurrently herewith. Defendants do not oppose the relief sought by this motion.

Dated: February 27, 2024.

Respectfully Submitted,

/s/ *Sarah R. Johnson*
Al Holifield (BPR# 015494)
Sarah R. Johnson (BPR# 030781)
**HOLIFIELD & JANICH, PLLC**
11907 Kingston Pike Suite 201
Knoxville, Tennessee 37934
Tel: (865) 566-0115
Fax: (865) 566-0119
aholifield@holifieldlaw.com
sjohnson@holifieldlaw.com

John W. Chandler, Jr.
**THE HAMILTON FIRM**
2401 Broad Street, Suite 102
Chattanooga, TN 37408
Tel: (423) 634-0871
Fax: (423) 634-0874
jwc@thehamiltonfirm.com

**Co-Liaison Counsel for Plaintiffs**

Jeffrey S. Abraham (admitted *pro hac vice*)
Michael J. Klein (admitted *pro hac vice*)
**ABRAHAM, FRUCHTER &**
   **TWERSKY, LLP**
450 Seventh Avenue, 38th Floor
New York, NY 10123
Tel: (212) 279-5050
Fax: (212) 279-3655
jabraham@aftlaw.com
mklein@aftlaw.com

Jeremy A. Lieberman (admitted *pro hac vice*)
Michael J. Wernke (admitted *pro hac vice*)
**POMERANTZ LLP**
600 Third Avenue, 20th Floor
New York, New York 10016
Tel: (212) 661-1100
Fax: (212) 661-8665
jalieberman@pomlaw.com
mjwernke@pomlaw.com

**Co-Lead Counsel and Proposed Class Counsel**

**BRONSTEIN, GEWIRTZ &**
     **GROSSMAN, LLC**
Peretz Bronstein
60 East 42nd Street, Suite 4600
New York, NY 10165
Tel: (212) 697-6484
Fax: (212) 697-7296
peretz@bgandg.com

**Additional Counsel for Jay Scolnick**

**KASKELA LAW LLC**
D. Seamus Kaskela
18 Campus Boulevard, Suite 100
Newtown Square, PA 19073
Tel: (484) 258-1585
skaskela@kaskelalaw.com

**Additional Counsel for Mark Shaner**

3

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 27, 2024, I caused the foregoing to be electronically filed with the Clerk of Court via CM/ECF, which will send a notice of electronic filing to all registered users.

<u>*By: Sarah R. Johnson*</u>
**HOLIFIELD & JANICH, PLLC**
11907 Kingston Pike Suite 201
Knoxville, Tennessee 37934
Tel: (865) 566-0115
Fax: (865) 566-0119
sjohnson@holifieldlaw.com

*Co-Liaison Counsel for Plaintiffs*